| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|

| Jayla Allen, et al |
|---|
| *versus* |
| Waller County, Texas, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Leah C. Aden<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>(212) 965-2200; laden@naacpldf.org<br>New York, 4555207<br>New York Southern District Court, LA4627 |
|---|---|

| Name of party applicant seeks to appear for: | Jayla Allen, et al |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/22/2018 | Signed: | /s/ Leah C. Aden |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

## Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                          United States District Judge