UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|

| Jayla Allen, et al |
|---|

*versus*

| Waller County, Texas, et al |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Deuel Ross<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>(212) 965-2200; dross@naacpldf.org<br>New York, 4825295<br>New York Southern District Court, DR9255 |
|---|---|

| Name of party applicant seeks to appear for: | Jayla Allen, et al |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/22/2018 | Signed: /s/ Deuel Ross |
|---|---|

| The state bar reports [NY] that the applicant's status is: currently registered |
|---|
| Dated: 12/06/2018    Clerk's signature [signature] |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____      _____

United States District Judge