## UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|

| Jayla Allen, et al |
|---|
| *versus* |
| Waller County, Texas, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Catherine Meza<br>NAACP Legal Defense & Educational Fund, Inc.<br>700 14th Street NW, Suite 600<br>Washington, DC 20005<br>202-216-2727; cmeza@naacpldf.org<br>New York, 4517066<br>New York Southern District Court, CM2375 |
|---|---|

| Name of party applicant seeks to appear for: | Jayla Allen, et al |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/22/2018 | Signed: | /s/ Catherine Meza |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
United States District Judge