UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|

| |
|---|
| Jayla Allen, et al |
| *versus* |
| Waller County, Texas, et al |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Kristen A. Johnson<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>(212) 965-2200; kjohnson@naacpldf.org<br>New York, 5555552<br>New York Southern District Court, KJ1125 |
|---|---|

| Name of party applicant seeks to appear for: | Jayla Allen, et al |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/22/2018 | Signed: | /s/ Kristen A. Johnson |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:     Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____                     _____
                                                United States District Judge