**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Jayla Allen, et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:18−cv−03985 |
| | § | |
| Waller County, Texas, et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on October 23, 2018, at Houston, Texas.

_____
Nancy F. Atlas
United States District Judge