IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH, | § § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Civil Action No. 4:18-cv-3985 |
| WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, | § § § § § § § § § | |
| *Defendants*. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Waller County, Texas, the Waller County Commissioner's Court, Judge Carbett "Trey" Duhon, III, and Christy A. Eason, all in their official capacities, notify the Court of the appearance of counsel for Defendants in this action:

| | |
|---|---|
| C. Robert Heath | Gunnar P. Seaquist |
| Texas State Bar No. 09347500 | Texas State Bar No: 24043358 |
| Southern District No. 13381 | Southern District No: 1140733 |
| *bheath@bickerstaff.com* | *gseaquist@bickerstaff.com* |
| BICKERSTAFF HEATH | BICKERSTAFF HEATH |
| DELGADO ACOSTA LLP | DELGAGO ACOSTA LLP |
| 3711 S. MoPac Expressway | 3711 S. MoPac Expressway |
| Building One, Suite 300 | Building One, Suite 300 |
| Austin, Texas 78746 | Austin, Texas 78746 |
| Telephone: (512) 472-8021 | Telephone: (512) 472-8021 |
| Facsimile: (512) 320-5638 | Facsimile: (512) 320-5638 |

Respectfully submitted,

By:    */s/ C. Robert Heath*
       C. ROBERT HEATH
       Texas State Bar No. 09347500
       Southern District No. 13381
       *bheath@bickerstaff.com*
       Gunnar P. Seaquist
       Texas State Bar No. 24043358
       Southern District No: 1140733
       *gseaquist@bickerstaff.com*
       BICKERSTAFF HEATH
       DELGADO ACOSTA LLP
       3711 S. MoPac Expressway
       Building One, Suite 300
       Austin, Texas 78746
       Telephone: (512) 472-8021
       Facsimile: (512) 320-5638

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

     This is to certify that on October 24, 2018, a true and correct copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record via the electronic case filing system of the United States District Court for the Southern District of Texas.

                          */s/ C. Robert Heath*
                          C. Robert Heath