UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:18-cv-3985 |
|---|---|---|---|
| JAYLA ALLEN, ET AL ||||
| *versus* ||||
| WALLER COUNTY, TEXAS, ET AL ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elton R. Mathis<br>Waller County Criminal District Attorney<br>645 12th Street<br>Hempstead, Texas 77445<br>(979) 826-7718<br>(979) 826-7722 (FAX)<br>e.mathis@wallercounty.us<br>SBOTX: 24014568 |
|---|---|

| Name of party applicant seeks to appear for: | Waller County, Texas, Waller County Commissioners' Court, Judge Trey Duhon, Christy A. ~~Eason~~ |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/23/2018 | Signed: | Elton R. Mathis, Waller County District Attorney |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                                   Clerk's signature |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                  United States District Judge