UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:18-cv-3985 |
|---|---|---|---|
| JAYLA ALLEN, ET AL ||||
| *versus* ||||
| WALLER COUNTY, TEXAS, ET AL ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elizabeth Dorsey<br>Waller County Criminal District Attorney's Office<br>645 12th Street<br>Hempstead, Texas 77445<br>(979) 826-7718<br>(979) 826-7722 (fax)<br>e.dorsey@wallercounty.us<br>SBN 24092357 |
|---|---|

| Name of party applicant seeks to appear for: | Waller County, Texas, Waller County Commissioners' Court, Judge Trey Duhon, Christy A. |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/24/2018 | Signed: Elizabeth Dorsey, Assistant Criminal District Attorney |
|---|---|

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature |

**Order**      **This lawyer is admitted *pro hac vice*.**

Dated: _____      _____
                                                                                                United States District Judge