# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants*. | Civil Case No. 4:18-cv-3985 |

## PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65(b), and for the reasons set forth in the attached memorandum of law, Plaintiffs Jayla Allen, Damon Johnson, Joshua Muhammad, Raul Sanchez, and Treasure Smith (collectively, "Plaintiffs"), respectfully request that this Court enter a temporary restraining order compelling Defendants Waller County, Texas; the Waller County Commissioners Court; Judge Carbett J. Duhon III; and Christy A. Eason (collectively, "Defendants") (a) to extend the days and hours of early

1

voting for the 2018 general election in Waller County at the Memorial Student Center at Prairie View A&M University ("PVAMU") and the Waller County Community Center ("Community Center") or the City Hall in Prairie View according to the schedules described in Parts I and II below; and (b) to provide written notice of the early voting hours requested herein as described in Part III below.

I. At the Memorial Student Center on the PVAMU campus, provide the following days and hours of early voting:

(a) Thursday, October 25, and Friday, October 26, from 7:00 a.m. to 7:00 p.m.; <u>and</u>

(b) Monday, October 29, through Friday, November 2, from 7:00 a.m. to 7:00 p.m.

II. At the Community Center or the City Hall in Prairie View, provide the following days and hours of early voting:

(a) Saturday, October 27, from 9:00 a.m. to 2:00 p.m.;

(b) Sunday, October 28, from 12:00 p.m. to 5:00 p.m.; <u>and</u>

(c) Monday, October 29, through Friday, November 2, from 7:00 a.m. to 7:00 p.m.

III. Provide written notice of the early voting hours herein requested for the 2018 general election to the following parties:

(a) The University President of PVAMU;

(b) The President of the PVAMU Student Government Association;

(c) The Mayor and City Council of the City of Prairie View; <u>and</u>

(d) An appropriate representative of each church located in Prairie View.

Plaintiffs further request emergency consideration of this motion and a hearing, with notice, at the Court's earliest possibly availability. The early voting period in Waller County, Texas, started on Monday, October 22, 2018, and will continue through Friday, November 2, 2018. Absent prompt issuance of the requested emergency relief, Plaintiffs will be irreparably harmed by being denied early voting opportunities during the first week of early voting and continue to be deprived of an equal opportunity to participate in our democracy.

In support of this motion, Plaintiffs rely upon the attached Memorandum of Law in Support of Plaintiffs' Emergency Motion for a Temporary Restraining Order.

Respectfully submitted on October 24, 2018,

*/s/ Adam T. Schramek*
Adam T. Schramek (SDTX 31913)
State Bar No. 24033045
Attorney-in-Charge
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
adam.schramek@nortonrosefulbright.com

**Of Counsel:**
Sherrilyn A. Ifill*
Janai S. Nelson*
Samuel Spital*
Leah C. Aden**
Deuel Ross**
Kristen A. Johnson**
John S. Cusick*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**

Julie Goodrich Harrison (SDTX 3017799)
State Bar No. 24092434
Nicole Lynn (SDTX 3041738)
  State Bar No. 24095526
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
sspital@naacpldf.org
dross@naacpldf.org
kjohnson@naacpldf.org
jcusick@naacpldf.org

Catherine Meza**
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592
cmeza@naacpldf.org

julie.harrison@nortonrosefulbright.com
nicole.lynn@nortonrosefulbright.com

William F. Calve (SDTX 3206298)
  State Bar No. 24096505
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Telephone: (210) 270-7132
Facsimile: (210) 270-7205
william.calve@nortonrosefulbright.com

*Counsel for Plaintiffs*

*Motions for Pro Hac Vice forthcoming
**Motions for Pro Hac Vice pending

## CERTIFICATE OF CONFERENCE

I certify that on October 23 and October 24, 2018, I conferred with Elton Mathis, counsel for Defendants, before filing this Emergency Motion. Mr. Mathis indicated that Defendants are opposed to the relief requested herein.

*/s/ Leah C. Aden*
Leah C. Aden

## CERTIFICATE OF SERVICE

I certify that on October 24, 2018, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served on Elton Mathis, C. Robert Heath, and Gunnar P. Seaquist, counsel for Defendants, via electronic mail.

*/s/ Leah C. Aden*
Leah C. Aden