Case 4-18cv3985   Document 14   Filed in TXSD on 10/24/2018   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:18-cv-3985 |
|---|---|---|---|

| JAYLA ALLEN, ET AL |
|---|
| *versus* |
| WALLER COUNTY, TEXAS, ET AL |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Elton R. Mathis<br>Waller County Criminal District Attorney<br>645 12th Street<br>Hempstead, Texas 77445<br>(979) 826-7718<br>(979) 826-7722 (FAX)<br>e.mathis@wallercounty.us<br>SBOTX: 24014568 |
|---|---|

| Name of party applicant seeks to appear for: | Waller County, Texas, Waller County Commissioners' Court, Judge Trey Duhon, Christy A. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/23/2018 | Signed: Elton R. Mathis, Waller County District Attorney |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 10/25/2018 | Clerk's signature |

**Order**

Dated: 10/26/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge