Case 4-18cv3985   Document 2   Filed in TXSD on 10/22/2018   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|

| Jayla Allen, et al |
|---|
| *versus* |
| Waller County, Texas, et al |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Leah C. Aden<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>(212) 965-2200; laden@naacpldf.org<br>New York, 4555207<br>New York Southern District Court, LA4627 |

| Name of party applicant seeks to appear for: | Jayla Allen, et al |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes _____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/22/2018 | Signed: | /s/ Leah C. Aden |
|---|---|---|

| The state bar reports that the applicant's status is: Currently Registered | |
|---|---|
| Dated: 10/25/2018 | Clerk's signature |

**Order**

Dated: 10/26/18

This lawyer is admitted *pro hac vice*.

_____
United States District Judge