## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH, <br><br> *Plaintiffs*, <br><br> v. <br><br> WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, <br><br> *Defendants*. | Civil Case No. 4:18-cv-3985 |

## PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs Jayla Allen, Damon Johnson, Joshua Muhammad, Raul Sanchez, and Treasure Smith (collectively, "Plaintiffs") hereby file this Motion to Withdraw Plaintiffs' Emergency Motion for Temporary Restraining Order (the "TRO Motion") [Dkt. No. 16].

On October 24, 2018, Plaintiffs filed the TRO Motion and supporting memorandum of law [Dkt. No. 17] requesting that the Court enter a temporary restraining order compelling Defendants Waller County, Texas; the Waller County Commissioners Court; Judge Carbett J. Duhon III; and Christy A. Eason (collectively, "Defendants") to: (a) extend the days and hours of early voting for the 2018 general election in Waller County

at the Memorial Student Center at Prairie View A&M University and the Waller County Community Center or the City Hall in Prairie View; and (b) provide written notice of these requested early voting changes and other relief, as more fully set forth in the TRO Motion.

Since filing the Complaint, the parties have engaged in negotiations regarding Plaintiffs' claims and causes of action. Additionally, on October 24, 2018, Defendant Waller County Commissioners' Court adopted changes to the 2018 early voting schedule at issue. On October 25, 2018, the parties had a status conference before this Court. In light of all of the above, Plaintiffs anticipate that the parties will continue to engage in discussions with Defendants regarding their pending claims and causes of action. Therefore Plaintiffs move to withdraw the TRO Motion, without prejudice.

Respectfully submitted on October 26, 2018,

/s/ Adam T. Schramek
Adam T. Schramek (SDTX 31913)
State Bar No. 24033045
Attorney-in-Charge
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
adam.schramek@nortonrosefulbright.com

**Of Counsel:**

Sherrilyn A. Ifill*
Janai S. Nelson*
Samuel Spital*
Leah C. Aden**
Deuel Ross**
Kristen A. Johnson**
John S. Cusick**
**NAACP LEGAL DEFENSE AND**

Julie Goodrich Harrison (SDTX 3017799)
State Bar No. 24092434
Nicole Lynn (SDTX 3041738)
State Bar No. 24095526
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151

**EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
sspital@naacpldf.org
laden@naacpldf.org
dross@naacpldf.org
kjohnson@naacpldf.org
jcusick@naacpldf.org

Catherine Meza**
**NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592
cmeza@naacpldf.org

Facsimile: (713) 651-5246
julie.harrison@nortonrosefulbright.com
nicole.lynn@nortonrosefulbright.com

William F. Calve (SDTX 3206298)
 State Bar No.  24096505
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Telephone: (210) 270-7132
Facsimile: (210) 270-7205
william.calve@nortonrosefulbright.com

 *Motions for Pro Hac Vice forthcoming
** Motions for Pro Hac Vice pending

*Counsel for Plaintiffs*