| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>                    *Defendants*. | Civil Case No. 4:18-cv-3985 |

**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW
PLAINTIFFS' EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER**

Upon consideration of the Plaintiffs' Motion to Withdraw the Plaintiffs' Emergency

Motion for Temporary Restraining Order, the Court finds that the Motion should be

GRANTED.

It is therefore ORDERED that the Plaintiffs' Emergency Motion for Temporary

Restraining Order [Dkt. No. 16] is hereby WITHDRAWN without prejudice.

SIGNED on _____, 2018.

_____
**THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE**