United States District Court
Southern District of Texas
**ENTERED**
October 31, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH,<br>*Plaintiffs*,<br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br>*Defendants*. | Civil Case No. 4:18-cv-3985 |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Upon consideration of the Plaintiffs' Motion to Withdraw the Plaintiffs' Emergency Motion for Temporary Restraining Order, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED that the Plaintiffs' Emergency Motion for Temporary Restraining Order [Dkt. No. 16] is hereby WITHDRAWN without prejudice.

SIGNED on October 30, 2018.

**THE HONORABLE ANDREW S. HANEN**
**UNITED STATES DISTRICT JUDGE**