UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|
| | Jayla Allen, et al | | |
| | *versus* | | |
| | Waller County, Texas, et al | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kristen A. Johnson<br>NAACP Legal Defense & Educational Fund, Inc.<br>40 Rector Street, 5th Floor<br>New York, New York 10006<br>(212) 965-2200; kjohnson@naacpldf.org<br>New York, 5555552<br>New York Southern District Court, KJ1125 |
|---|---|

| Name of party applicant seeks to appear for: | Jayla Allen, et al |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/22/2018 | Signed: /s/ Kristen A. Johnson |
|---|---|

| The state bar reports that the applicant's status is: Currently Registered |
|---|
| Dated: 10/25/18 | Clerk's signature |

**Order**

Dated: 10/30/18

This lawyer is admitted *pro hac vice*.

United States District Judge