# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH, § § § § § | | |
| *Plaintiffs*, § | | |
| vs. § | Civil Action No. 4:18-cv-3985 | |
| § | | |
| WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, § § § § § § § § | | |
| *Defendants*. § | | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

TO THE HONORABLE ANDREW S. HANEN:

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, Waller County, Texas, the Waller County Commissioner's Court, Judge Carbett "Trey" Duhon, III, and Christy A. Eason, all in their official capacities, file this Unopposed Motion for Extension of Time to File a Responsive Pleading, and would respectfully show the Court the following:

1. Plaintiffs served their Original Complaint on Defendants Waller County and Waller County Commissioners Court on November 27, 2018; on Judge Carbett "Trey" Duhon, III on November 28, 2018; and on Christy A. Eason on November 26, 2018.

2. Defendants' current deadlines to answer or otherwise respond to the Original Complaint are, respectively, December 18, December 19, and December 17, 2018.

3. Because the current answer deadlines fall immediately before the Christmas holiday, and so that Defendants may have adequate time to prepare a response, Defendants now file this unopposed motion for extension of time to file a responsive pleading in this matter, and asks that the response deadline for all defendants be extended up to, and including, **January 7, 2019**.

4. The undersigned conferred with Nicole Lynn, counsel for Plaintiff, by email on Friday, November 30, and was informed that Plaintiffs are not opposed to the relief sought herein.

## PRAYER

For these reasons, Defendants ask that this Court grant an extension of time to January 7, 2019, to respond to Plaintiffs' Original Complaint, and for such other and further relief to which Defendants may be entitled.

Respectfully submitted,

C. ROBERT HEATH
Texas State Bar No. 09347500
Southern District No. 13381
*bheath@bickerstaff.com*

By: */s/ Gunnar P. Seaquist*
Gunnar P. Seaquist
Texas State Bar No. 24043358
Southern District No: 1140733
*gseaquist@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

The undersigned conferred with Nicole Lynn, counsel for Plaintiff, by email on Friday, November 30th. Ms. Lynn indicated that Plaintiffs are unopposed to the request sought herein.

                                                */s/ Gunnar P. Seaquist*
                                                Gunnar P. Seaquist


**CERTIFICATE OF SERVICE**

This is to certify that on December 5, 2018, a true and correct copy of the foregoing document was served on all counsel of record via the electronic case filing system of the United States District Court for the Southern District of Texas.

                                                */s/ Gunnar P. Seaquist*
                                                Gunnar P. Seaquist