IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH, | § § § § | |
| *Plaintiffs*, | § § | |
| vs. | § § | Civil Action No. 4:18-cv-3985 |
| WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, | § § § § § § § § § | |
| *Defendants*. | § § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

On this day, the Court considered the Unopposed Motion for Extension of Time to File a Responsive Pleading of Defendants Waller County, Texas, the Waller County Commissioner's Court, Judge Carbett "Trey" Duhon, III, and Christy A. Eason, all in their official capacities. The Court having found that good cause exists to grant the Motion for Extension of Time, it is hereby

ORDERED that the Defendants shall file an answer or otherwise respond to Plaintiffs' Original Complaint on or before **January 7, 2019.**

SIGNED on this ___6th___ day of _December_, 2018.

_____
JUDGE PRESIDING