UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|

| |
|---|
| Jayla Allen, et al. |
| *versus* |
| Waller County, Texas, et al. |

| | |
|---|---|
| Lawyer's Name | John S. Cusick |
| Firm | NAACP Legal Defense & Educational Fund, Inc. |
| Street | 40 Rector Street, 5th Floor |
| City & Zip Code | New York, NY 10006 |
| Telephone & Email | (212) 965-2200; jcusick@naacpldf.org |
| Licensed: State & Number | New York, 5585245 |
| Federal Bar & Number | New York Southern District Court, JC0098 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Jayla Allen, et al. |

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/15/2019 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**       **This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
                                                           United States District Judge