Case 4:18-cv-03985   Document 36   Filed on 01/17/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-3985 |
|---|---|---|---|
| | Jayla Allen, et al. | | |
| | *versus* | | |
| | Waller County, Texas, et al. | | |

| | |
|---|---|
| Lawyer's Name | John S. Cusick |
| Firm | NAACP Legal Defense & Educational Fund, Inc. |
| Street | 40 Rector Street, 5th Floor |
| City & Zip Code | New York, NY 10006 |
| Telephone & Email | (212) 965-2200; jcusick@naacpldf.org |
| Licensed: State & Number | New York, 5585245 |
| Federal Bar & Number | New York Southern District Court, JC0098 |

| Name of party applicant seeks to appear for: | Jayla Allen, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/15/2019 | Signed: *(signature)* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 1/16/19 | Clerk's signature: *(signature)* Ruth R Guerrero |

**Order**

Dated: 1/17/19

This lawyer is admitted *pro hac vice*.

*(signature)*

United States District Judge