IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants*. | Civil Case No. 4:18-cv-3985 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS <u>IN EXCESS OF PAGE LIMIT</u>**

Plaintiffs Jayla Allen, Damon Johnson, Joshua Muhammad,[1] Raul Sanchez, and Treasure Smith (collectively, "Plaintiffs"), through their undersigned counsel, hereby move the Court for an order granting them leave, pursuant to this Court's Civil Procedure ("C.P.") J(1), to file their *Response in Opposition to Defendants' Motion to Dismiss* ("Response") in excess of the twenty (20) page limit set forth in C.P. J(1). In support of this Motion, Plaintiffs state that:

1. This case is about Plaintiffs' "fundamental" right to vote, *Bartlett v. Strickland*, 556 U.S. 1, 10 (2009), a right that the Supreme Court has recognized is "preservative of all rights," *Yick Wo v. Hopkins*, 118 U.S. 356, 370 (1886).

---

[1] Pending before the Court is Plaintiffs' Unopposed Motion to Withdraw Plaintiff Joshua Muhammad. Doc. 37.

1

2. Specifically, Plaintiffs have brought this action alleging four causes of action under the voting guarantees of the Fourteenth, Fifteenth, and Twenty-Sixth Amendments to the U.S. Constitution and Section 2 of the Voting Rights Act of 1965, 52 U.S.C. § 10301 ("Section 2"), alleging that Defendants' actions in adopting and maintaining a discriminatory early voting plan for the November 2018 general election denied or abridged Plaintiffs' right to vote.

3. On January 7, 2019, Defendants filed a Motion to Dismiss, which exceeded the page limit set forth in C.P. J(1).

4. Defendants, through their Motion to Dismiss, seek to defeat each of Plaintiffs' statutory and constitutional claims.

5. To overcome Defendants' Motion to Dismiss, Plaintiffs have endeavored to minimize the length of their Response, while at the same time providing a complete presentation of the facts and law of this case to address the arguments raised by Defendants. This Motion to exceed the page limit is made in good faith.

6. Given the fundamental nature of the right at issue, the complexity of the legal frameworks in this constitutional and Section 2 case, the sheer number of factors to be analyzed, and the breadth of evidence, Plaintiffs respectfully request that this Court grant their request to file their Response in excess of the page limit set forth in C.V. J(1).

Respectfully submitted on January 28, 2019,

**Of Counsel:**
/s/ Leah C. Aden
Leah C. Aden*
Deuel Ross*
Kristen A. Johnson*
John S. Cusick*

Adam T. Schramek (SDTX 31913)
State Bar No. 24033045
Attorney-in-Charge
**Norton Rose Fulbright US LLP**
98 San Jacinto Boulevard, Suite 1100

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org
dross@naacpldf.org
kjohnson@naacpldf.org
jcusick@naacpldf.org

Catherine Meza*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592
cmeza@naacpldf.org

*Pro Hac Vice*

Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
adam.schramek@nortonrosefulbright.com

Julie Goodrich Harrison (SDTX 3017799)
  State Bar No. 24092434
Nicole Lynn (SDTX 3041738)
  State Bar No. 24095526
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
julie.harrison@nortonrosefulbright.com
nicole.lynn@nortonrosefulbright.com

William F. Calve (SDTX 3206298)
  State Bar No.  24096505
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Telephone: (210) 270-7132
Facsimile: (210) 270-7205
william.calve@nortonrosefulbright.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Plaintiffs' *Motion for Leave Pursuant to File Their Response in Opposition to Defendants' Motion to Dismiss in Excess of Page Limit* with this Court using the CM/ECF system, which provides notice of filing to all counsel of record.

<u>*/s/ Leah C. Aden*</u>
Leah C. Aden

*Attorney for Plaintiffs*