**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants*. | Civil Case No. 4:18-cv-3985 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
THEIR RESPONSE IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS IN EXCESS OF PAGE LIMIT**

The Court has considered Plaintiffs' Motion for Leave to File Their Response in Opposition to Defendants' Motion to Dismiss in Excess of Page Limit, filed on January 28, 2019, by Plaintiffs Jayla Allen, Damon Johnson, Joshua Muhammad, Raul Sanchez, and Treasure Smith (collectively, "Plaintiffs").

The Court hereby GRANTS Plaintiffs' Motion and ORDERS that Plaintiffs' Response in Opposition of Defendants' Motion to Dismiss be filed in excess of the twenty (20) page limit set forth in this Court's Civil Procedure J(1).

SIGNED on this _____ day of _____, 2019.

_____
**The Honorable Andrew S. Hanen
United States District Judge**

1