United States District Court
Southern District of Texas
**ENTERED**
February 11, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, JOSHUA MUHAMMAD, RAUL SANCHEZ, and TREASURE SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants*. | Civil Case No. 4:18-cv-3985 |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW PLAINTIFF JOSHUA MUHAMMAD

The Court has considered the motion for the withdrawal of Plaintiff Joshua Muhammad as a party in this action, filed on January 25, 2019, by Plaintiffs Jayla Allen, Damon Johnson, Joshua Muhammad, Raul Sanchez, and Treasure Smith (collectively, "Plaintiffs").

The Court hereby GRANTS Plaintiffs' motion and ORDERS that Mr. Muhammad shall be voluntarily withdrawn, without prejudice, from this litigation. All other parties among the Plaintiffs remain in this litigation.

SIGNED on this ___8th___ day of ___February___, 2019.

_____
**The Honorable Andrew S. Hanen
United States District Judge**