UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Jayla Allen, et al.

v.   Case Number: 4:18−cv−03985

Waller County, Texas, et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**   Courtroom 704
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 3/7/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   February 22, 2019

David J. Bradley, Clerk