IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, RAUL SANCHEZ, and TREASURE SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants*. | Civil Case No. 4:18-cv-3985 |

**PLAINTIFFS' UNOPPOSED MOTION TO PARTICIPATE BY TELEPHONE
FOR THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Pursuant to Magistrate Judge Frances H. Stacy's Procedures Manual ("M.P.") 3(b), Plaintiffs Jayla Allen, Damon Johnson, Raul Sanchez, and Treasure Smith (collectively, "Plaintiffs"), through their undersigned Counsel, hereby move the Court to grant their *Unopposed Motion to Participate by Telephone for the Initial Pretrial and Scheduling Conference* scheduled for March 7, 2019 at 10:00 a.m. CST. Although a member of Plaintiffs' counsel team, Nicole Lynn, will appear in person for the court-ordered conference, Plaintiffs' lead counsel from the NAACP Legal Defense and Educational Fund, Inc. ("LDF"), who are based in New York, request leave to participate telephonically. If permitted, Plaintiffs' counsel are able to provide a dial-in telephone conference number, unless the Court prefers that they call in to a number provided by the Court. Counsel for Defendants have advised that they do not oppose this motion.

1

Plaintiffs respectfully request that the Court grant the telephone conference request pursuant to M.P. 3(b).

Respectfully submitted on March 5, 2019,

**Of Counsel:**

/s/ Leah C. Aden
Leah C. Aden*
Deuel Ross*
Kristen A. Johnson*
John S. Cusick*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, NY 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org
dross@naacpldf.org
kjohnson@naacpldf.org
jcusick@naacpldf.org

Catherine Meza*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592
cmeza@naacpldf.org

*Pro Hac Vice*

Adam T. Schramek (SDTX 31913)
State Bar No. 24033045
Attorney-in-Charge
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
adam.schramek@nortonrosefulbright.com

Julie Goodrich Harrison (SDTX 3017799)
  State Bar No. 24092434
Nicole Lynn (SDTX 3041738)
  State Bar No. 24095526
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
julie.harrison@nortonrosefulbright.com
nicole.lynn@nortonrosefulbright.com

William F. Calve (SDTX 3206298)
  State Bar No. 24096505
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Telephone: (210) 270-7132
Facsimile: (210) 270-7205
william.calve@nortonrosefulbright.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Plaintiffs' Unopposed Motion to Participate By Telephone for the Initial Pretrial and Scheduling Conference* with the Court using the CM/ECF system, which provides notice of filing to all counsel of record.

                                         */s/ Leah C. Aden*
                                         Leah C. Aden

                                         *Attorney for Plaintiffs*