IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAYLA ALLEN, DAMON JOHNSON, RAUL SANCHEZ, and TREASURE SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants*. | Civil Case No. 4:18-cv-3985 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO PARTICIPATE BY TELEPHONE
<u>FOR THE INITIAL PRETRIAL AND SCHEDULING CONFERENCE</u>**

The Court has considered Plaintiffs' Unopposed Motion to Participate by Telephone for the Initial Pretrial and Scheduling Conference scheduled for March 7, 2019 at 10:00 a.m. CST, filed on March 5, 2019, by Plaintiffs Jayla Allen, Damon Johnson, Raul Sanchez, and Treasure Smith (collectively, "Plaintiffs").

The Court hereby GRANTS Plaintiffs' Motion and ORDERS that Plaintiffs shall be permitted to participate telephonically. The Clerk of this Court shall issue notice to the Parties as to whether the Court will use the dial-in telephone conference number offered by Plaintiffs, or a number provided by the Court.

1

2

SIGNED on this _____ day of _____, 2019.

_____
**The Honorable Frances H. Stacy**
**United States Magistrate Judge**