

August 26, 2019

*Via efiling*

The Honorable Andrew S. Hanen
United States District Judge
Southern District of Texas
United States Courthouse
515 Rusk Street, Room 8613
Houston, Texas 77002

      RE:    Civil Action No. 4:18-cv-03985; *Jayla Allen et al v. Waller County Texas, et al*; In the United States District Court for the Southern District of Texas.

Dear Judge Hanen:

    In accordance with Section 8D of the Court's procedures regarding scheduling order deadlines, Defendants file this letter memorializing the parties' agreement extending the deadline for Defendants to serve expert reports. Specifically, the parties have conferred and agreed that Defendants' expert report, which under the Court's existing scheduling order was due to be served by September 3, 2019, may now be served on or before September 10, 2019.

                    Respectfully submitted,

                    Gunnar P. Seaquist
                    *Counsel for Defendants*

**AGREED TO FORM AND CONTENT:**

_____
Leah Aden
*Counsel for Plaintiffs*

3711 S. MoPac Expressway, Building One, Suite 300, Austin, TX 78746 | Phone: 512-472-8021 | Fax: 512-320-5638 | www.bickerstaff.com
Austin      El Paso      Houston