United States District Court
Southern District of Texas
**ENTERED**
August 27, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYLA ALLEN, *et al.*, | § |
| Plaintiffs, | § |
| v. | § CIVIL ACTION NO. 4:18-CV-03985 |
| WALLER COUNTY, TEXAS, *et al.*, | § |
| Defendants. | § |

## ORDER

Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint [Doc. No. 51] is currently pending before the Court. As that motion has superseded Defendants' previously filed motion to dismiss Plaintiffs' original complaint, Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Original Complaint [Doc. No. 34] is hereby denied as moot.

Signed at Houston, Texas, on this the 27th day of August, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE