IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

<table>
<tr><td>

JAYLA ALLEN, DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY,

*Plaintiffs*,

v.

WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,

*Defendants*.

</td><td>

Civil Case No. 4:18-cv-3985

</td></tr>
</table>

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Individual Plaintiffs Jayla Allen, Damon Johnson, and Treasure Smith, and organizational Plaintiff the Panther Party write to provide the Court with notice of a July 30, 2019 ruling in *Casey v. Gardner*, No. 19-cv-00149-JL (D.N.H.).

In that ruling, U.S. District Court Judge Joseph LaPlante denied defendants' motion to dismiss plaintiffs' claims under the Fourteenth and Twenty-Sixth Amendments to the U.S. Constitution, which were brought by two college students who are challenging a New Hampshire voter residency law as an intentional burden on their right to vote.[1] This opinion in *Casey* was issued after the parties in this case fully briefed the court on defendants' pending motion to dismiss.

---

[1]   The court in *Casey* issued its decision following a motion hearing. A written order is to follow, which has yet to be issued. In the interim, Plaintiffs in this case attached a transcript of that hearing as **Exhibit A** to this supplemental document. The relevant discussion about the age-discrimination claims can be found beginning at page 61, line 21, through page 79, line 15.

Respectfully submitted on August 28, 2019,

/s/ *Leah C. Aden*

Leah C. Aden*
Deuel Ross*
Kristen A. Johnson*
John S. Cusick*
**NAACP LEGAL DEFENSE &**
 **EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, New York 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org
dross@naacpldf.org
kjohnson@naacpldf.org
jcusick@naacpldf.org

Catherine Meza*
**NAACP LEGAL DEFENSE &**
 **EDUCATIONAL FUND, INC.**
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 682-1300
Fax: (212) 226-7592
cmeza@naacpldf.org

*Pro Hac Vice*

Adam T. Schramek (SDTX 31913)
State Bar No. 24033045
Attorney-in-Charge
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
adam.schramek@nortonrosefulbright.com

Julie Goodrich Harrison (SDTX 3017799)
 State Bar No. 24092434
Nicole Lynn (SDTX 3041738)
 State Bar No. 24095526
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
julie.harrison@nortonrosefulbright.com
nicole.lynn@nortonrosefulbright.com

William F. Calve (SDTX 3206298)
 State Bar No.  24096505
**NORTON ROSE FULBRIGHT US LLP**
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Telephone: (210) 270-7132
Facsimile: (210) 270-7205
william.calve@nortonrosefulbright.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I electronically filed a true and correct copy of the above document with the Clerk of Court by using the CM/ECF system, which automatically provides notice of filing to all counsel of record.

/s/ Leah C. Aden
Leah C. Aden

# EXHIBIT A