# EXHIBIT 1

Chapter 1085

H.B. No. 1888

1  AN ACT
2  relating to temporary branch polling place hours of operation.
3   BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:
4   SECTION 1.  The heading to Section 42.0621, Election Code,
5  is amended to read as follows:
6   Sec. 42.0621.  PRECINCTS FOR ELECTIONS HELD ON NOVEMBER [A]
7  UNIFORM ELECTION DATE.
8   SECTION 2.  Section 42.0621(a), Election Code, is amended to
9  read as follows:
10   (a)  In an election held on the November [a] uniform election
11  date, the political subdivisions to which Section 42.002(a)(5)
12  applies shall use the regular county election precincts.
13   SECTION 3.  Section 85.062(e), Election Code, is amended to
14  read as follows:
15   (e)  In an election covered by Subsection (d), a temporary
16  branch polling place that is located in a movable structure may be
17  established only with the approval of the county clerk.  If a
18  [movable] temporary branch polling place is established in a
19  movable structure on the request of a political party, each other
20  political party whose nominee for governor in the most recent
21  gubernatorial general election received more than 10 percent of the
22  total number of votes received by all candidates for governor in the
23  election is entitled to establishment of such a polling place.  The
24  election officers serving a polling place covered by this

1

H.B. No. 1888

1 subsection must be affiliated or aligned with different political
2 parties to the extent possible. The secretary of state, after
3 consulting the state chair of each affected political party, shall
4 prescribe the procedures necessary to implement this subsection.
5 SECTION 4. The heading to Section 85.064, Election Code, is
6 amended to read as follows:
7 Sec. 85.064. DAYS AND HOURS FOR VOTING: TEMPORARY BRANCH
8 [IN POPULOUS COUNTY].
9 SECTION 5. Section 85.064(b), Election Code, is amended to
10 read as follows:
11 (b) Early voting by personal appearance at each temporary
12 branch polling place [established under Section 85.062(d)] shall be
13 conducted on the days that voting is required to be conducted at the
14 main early voting polling place under Section 85.005 and remain
15 open for at least:
16 (1) eight hours each day; or
17 (2) three hours each day if the city or county clerk
18 does not serve as the early voting clerk for the territory holding
19 the election and the territory has fewer than 1,000 registered
20 voters. [The authority establishing the temporary branch polling
21 place shall determine the hours during which the voting is to be
22 conducted on those days. The authority shall order voting to be
23 conducted for the same number of hours that voting is required to be
24 conducted on those days at the main early voting polling place under
25 Section 85.005 on receipt of a written request for those hours
26 submitted by at least 15 registered voters of the county. The
27 request must be submitted in time to enable compliance with Section

2

1  ~~85.067.~~]

2  SECTION 6.  Section 85.068(a), Election Code, is amended to
3  read as follows:

4  (a) The early voting clerk shall post notice for each
5  election stating any dates and the hours that voting on Saturday or
6  Sunday will be conducted under Section 85.064(d) [~~or 85.065(b)~~], if
7  the early voting clerk is a county clerk or city secretary under
8  Section 83.002 or 83.005.

9  SECTION 7.  The following provisions of the Election Code
10 are repealed:
11      (1)  Section 42.002(c);
12      (2)  Sections 85.064(a) and (c); and
13      (3)  Section 85.065.
14 SECTION 8.  This Act takes effect September 1, 2019.

```
                                                            H.B. No. 1888
_____                _____
    President of the Senate                        Speaker of the House
```

    I certify that H.B. No. 1888 was passed by the House on May 8,
2019, by the following vote: Yeas 91, Nays 53, 1 present, not
voting.

```
                                               _____
                                                    Chief Clerk of the House
```

    I certify that H.B. No. 1888 was passed by the Senate on May
21, 2019, by the following vote: Yeas 19, Nays 12.

```
                                               _____
                                                    Secretary of the Senate
```

APPROVED:  __6 - 10 - 2019__
                Date

```
           _____
                     Governor
```

FILED IN THE OFFICE OF THE
SECRETARY OF STATE
10:00 am O'CLOCK
JUN 14 2019

Secretary of State

4