# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLA ALLEN, DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY, | § § § § | CIVIL ACTION NO. 4:18-CV-3985 |
| *Plaintiffs*, | § § | |
| v. | § § | JUDGE CHARLES ESKRIDGE |
| WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, | § § § § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court are Defendants' Motion for Summary Judgment [ECF 73], Plaintiffs' Response [ECF 76], and Defendants' Reply [ECF ___].

The Court has considered the aforementioned and evidence contained therein. The Court finds that Plaintiffs have adduced facts sufficient to raise a genuine issue of material fact regarding each of their claims. The Court therefore DENIES Defendants' Motion for Summary Judgment.

It is so ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge