IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLA ALLEN, DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY, <br> *Plaintiffs*, <br><br> V. <br><br> WALLER COUNTY TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, <br> *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 4:18-CV-3985 |

## DEFENDANTS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

To the Honorable Charles Eskridge, United States District Judge:

In its Order to Show Cause of February 27, 2020, the Court requested Defendants' position as whether their recently filed motion for summary judgment (Doc. 73) moots or supersedes their earlier-filed motion to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule 12(b)(6) (Doc. 51).

Defendants respectfully respond that their summary judgment motion does not moot or supersede the motion to dismiss, but instead provides an alternate basis on which the Court may dispose of Plaintiffs' claims. Both motions present separate live issues—the threshold question of pleading sufficiency and the related, though distinct, question of the absence of a genuine issue of material fact in the evidence—that are ripe for

consideration by the Court. Should the Court grant either motion, it would resolve all claims against all parties, and the remaining motion become moot at that time.

        Respectfully submitted,

        C. ROBERT HEATH
        Texas State Bar No. 09347500
        Southern District No. 13381
        *bheath@bickerstaff.com*

By:   */s/ Gunnar P. Seaquist*
       GUNNAR P. SEAQUIST
       Texas State Bar No. 24043358
       Southern District No: 1140733
       *gseaquist@bickerstaff.com*

       BICKERSTAFF HEATH
       DELGADO ACOSTA LLP
       3711 S. MoPac Expressway
       Building One, Suite 300
       Austin, Texas 78746
       Telephone: (512) 472-8021
       Facsimile: (512) 320-5638

       **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on March 5, 2020, a true and correct copy of the foregoing document was served on all counsel of record via the electronic case filing system of the United States District Court for the Southern District of Texas.

       */s/ Gunnar P. Seaquist*
       Gunnar P. Seaquist