United States District Court
Southern District of Texas
**ENTERED**
March 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLA ALLEN, *et al.*, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-03985 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| WALLER COUNTY | § | |
| COMMISSIONERS | § | |
| COURT, *et al.,* | § | |
| Defendants. | § | |

## ORDER

Before the Court is a motion to dismiss for failure to state a claim by Defendants. Dkt 51. Also before the Court is their motion for summary judgment. Dkt 73.

The motion to dismiss is DENIED.

The motion for summary judgment is set as follows for oral argument:

Wednesday, April 01, 2020, at 1:30 P.M.
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002

The Court's Case Manager will consult with counsel by email during the week in advance of the hearing to determine whether the hearing will proceed in person or via teleconference.

SO ORDERED.


Signed on March 13, 2020, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge