**PLAINTIFF'S EXHIBIT**

**1**

# LICENSE AGREEMENT
# FOR POLLING LOCATION
(Waller County)

This **LICENSE AGREEMENT** ("Agreement") is entered into by and between **PRAIRIE VIEW A&M UNIVERSITY**, a member of The Texas A&M University System, an agency of the State of Texas ("Licensor") and **WALLER COUNTY, TEXAS** ("Licensee").

WHEREAS, Licensor is the owner of certain real property located at the Willie A. Tempton, Sr. Memorial Student Center (the "Property");

WHEREAS, Licensee desires to utilize a portion of the Property as a Voting location for the 2014 Elections;

NOW, THEREFORE, in consideration for the mutual promises herein, and other good and valuable consideration, it is agreed as follows:

1. Licensee shall have the non-exclusive right to use the Willie A. Tempton, Sr. Memorial Student Center ("MSC") Room 218 and the MSC Parking Lot (the "Licensed Premises") for the purpose of a Voting location for the 2014 Elections.

2. Licensee shall not use the Licensed Premises for any purpose other than the purpose above described.

3. Licensee shall not conduct, carry on or permit to be carried on any operation on the Licensed Premises which might be or become dangerous to any person or to any property, real or personal.

4. Licensee shall comply with all laws and regulations in using the Licensed Premises and shall not permit or conduct any operation on the Licensed Premises which is unlawful or repugnant to governmental regulation.

5. This license is personal to the Licensee. It is not assignable, and any attempt to assign this license will terminate the license.

6. This license is terminable by either party at will by the giving of notice to the other party.

7. Licensee shall be responsible for the acts or failure to act of its employees, agents or servants, provided, however, its responsibility shall be subject to the terms, provisions and limitations of the Constitution and laws of the State of Texas, particularly the Texas Tort Claims Act.

Prepared by Office of General Counsel
PVAMU: License Agmt For Polling Location
Legal Files No. 2013-0034236-T010
GMJ-2/10/2014

**PLS000341**

EXECUTED this 25 day of February, 2014.

PRAIRIE VIEW A&M UNIVERSITY, a member of The Texas A&M University System, an agency of the State of Texas

By: _____
COREY S. BRADFORD, PH.D.
Sr. Vice President for Business Affairs

APPROVED AS TO FORM:

_____
GINA M. JOSEPH
Assistant General Counsel
Office of General Counsel
The Texas A&M University System

EXECUTED this 19th day of February, 2014.

WALLER COUNTY, TEXAS

By: _____
GLENN BECKENDOREF
County Judge

Prepared by Office of General Counsel
PVAMU: License Agent For Polling Location
Legal Files No 2013-0034236-T010
GMJ-2/10/2014

PLS000342