**PLAINTIFF'S EXHIBIT**

**2**

# LICENSE AGREEMENT
## FOR POLLING LOCATION
### (Waller County)

This **LICENSE AGREEMENT** ("Agreement") is entered into by and between **PRAIRIE VIEW A&M UNIVERSITY**, a member of The Texas A&M University System, an agency of the State of Texas ("Licensor") and **WALLER COUNTY, TEXAS** ("Licensee").

WHEREAS, Licensor is the owner of certain real property located at the Willie A. Tempton, Sr. Memorial Student Center (the "Property");

WHEREAS, Licensee desires to utilize a portion of the Property as a Voting location for the ___2016___ Election(s);

NOW, THEREFORE, in consideration for the mutual promises herein, and other good and valuable consideration, it is agreed as follows:

1. Licensee shall have the non-exclusive right to use the Willie A. Tempton, Sr. Memorial Student Center ("MSC") Room(s) ___119, 111, 218, Lobby___ and the MSC Parking Lot (the "Licensed Premises") for the purpose of a Voting location for the ___2016___ Election(s).

2. Licensee shall not use the Licensed Premises for any purpose other than the purpose above described.

3. Licensee shall not conduct, carry on or permit to be carried on any operation on the Licensed Premises which might be or become dangerous to any person or to any property, real or personal.

4. Licensee shall comply with all laws and regulations in using the Licensed Premises and shall not permit or conduct any operation on the Licensed Premises which is unlawful or repugnant to governmental regulation.

5. This license is personal to the Licensee. It is not assignable, and any attempt to assign this license will terminate the license.

6. This license is terminable by either party at will by the giving of notice to the other party.

7. Licensee shall be responsible for the acts or failure to act of its employees, agents or servants, provided, however, its responsibility shall be subject to the terms, provisions and limitations of the Constitution and laws of the State of Texas, particularly the Texas Tort Claims Act.

Prepared by Office of General Counsel
Polling Location TEMPLATE
Legal Files No. 2013-0034236-T010
Approved by GMJ on 2/10/2014

PLS000343

8. During the term of this Agreement, Licensee will have the non-exclusive right to use the Licensed Premises on the following dates:

Early and regular voting in February - May

Early and regular voting in October - November



9. Licensor recognizes that ~~there is no loitering in the hallway of the second floor of the MSC during the election and that~~ election laws will be enforced during the election. Licensee recognizes that because the MSC is a student center, students and college personnel cannot be restricted from the dining or other facilities on the first floor of the MSC. Furthermore, students and college personnel will not be restricted from any rooms that hold classes or that are enclosed in the MSC.

10. State Law required signs will be allowed on the Licensed Property.

11. If law assistance is needed by Licensee, the Waller County Sheriff's Office will be allowed on the Licensed Property and the County Election Office will notify the Campus Police as well.

12. Any notice required or permitted under this Agreement must be in writing, and shall be deemed to be delivered (whether actually received or not) when deposited with the United States Postal Service, postage prepaid, certified mail, return receipt requested, and addressed to the intended recipient at the address set out below. Notice may also be given by regular mail, personal delivery, courier delivery, facsimile transmission, email or other commercially reasonable means and will be effective when actually received. Licensor and Licensee can change their respective notice address by sending to the other party a notice of the new address. Notices should be addressed as follows:

Licensor:                                          Licensee:

PRAIRIE VIEW A&M UNIVERSITY         WALLER COUNTY, TEXAS
Attn: Corey S. Bradford, Ph.D.              Election Administration Office
Sr. Vice President for Business Affairs     836 Austin Street, Suite 103
P.O. Box 519, MS 1300                        Hempstead, Texas 77445
Prairie View, TX 77446                        Phone: 979.826.7643
Phone: 936-261-2150                           Fax: 979.826.7645
Fax: 936-261-2159

Prepared by Office of General Counsel
Polling Location TEMPLATE
Legal Files No. 2013-0034236-T010
Approved by GMJ on 2/10/2014

PLS000344

**EXECUTED** this ⎽⎽23⎽⎽ day of ⎽⎽February⎽⎽, 20⎽⎽16⎽⎽.

**PRAIRIE VIEW A&M UNIVERSITY**, a member
of The Texas A&M University System, an agency
of the State of Texas

By: ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

 **COREY S. BRADFORD, PH.D.**
 Sr. Vice President for Business Affairs


**EXECUTED** this ⎽⎽⎽⎽ day of ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽, 20⎽⎽⎽.

**WALLER COUNTY, TEXAS**

By: ⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽

 ~~GLENN BECKENDORFF~~  TREY DUHON
 County Judge

Prepared by Office of General Counsel
Polling Location TEMPLATE
Legal Files No. 2013-0034236-T010
Approved by GMJ on 2/10/2014

PLS000345