PLAINTIFF'S EXHIBIT 3

# WALLER COUNTY EARLY VOTING BY PERSONAL APPEARANCE
*Votación por Anticipado para el Condado de Waller - EN PERSONA*

## GENERAL, CONSTITUTIONAL AMENDMENT, WALLER-HARRIS EMERGENCY SERVICES DISTRICT #200, CITY OF KATY, KATY ISD, ROYAL ISD, and BROOKSHIRE MUNICIPAL WATER DISTRICT ELECTIONS
*Elección General, Enmienda Constitucional, Distrito de Servicios de Emergencia Nro. 200 de Harris-Waller, Ciudad de Katy, Katy ISD, Royal ISD, y Distrito Municipal de Agua, Brookshire*

**MONDAY, OCTOBER 20, 2014 through FRIDAY, OCTOBER 31, 2014**
*Lunes, 20 de Octubre 2014 hasta Viernes 31 de Octubre 2014*

## MAIN OFFICE EARLY VOTING LOCATION & HOURS BY PERSONAL APPEARANCE
*Sitio y Horario de la Oficina Principal para Votar Anticipado*

**WALLER COUNTY COURTHOUSE, ASSEMBLY ROOM, 836 Austin Street Hempstead, Texas**
*Sala de Reunión, Corte del Condado de Waller, 836 Austin Street, Hempstead, Texas*

| Day | Date | Hours |
|---|---|---|
| MONDAY | OCTOBER 20, 2014 | 8:00 A.M. to 5:00 P.M. |
| TUESDAY | OCTOBER 21, 2014 | 8:00 A.M. to 5:00 P.M. |
| WEDNESDAY | OCTOBER 22, 2014 | 8:00 A.M. to 8:00 P.M. |
| THURSDAY | OCTOBER 23, 2014 | 8:00 A.M. to 8:00 P.M. |
| FRIDAY | OCTOBER 24, 2014 | 8:00 A.M. to 8:00 P.M. |
| SATURDAY | OCTOBER 25, 2014 | 8:00 A.M. to 8:00 P.M. |
| SUNDAY | OCTOBER 26, 2014 | 1:30 P.M. to 6:30 P.M. |
| MONDAY | OCTOBER 27, 2014 | 8:00 A.M. to 8:00 P.M. |
| TUESDAY | OCTOBER 28, 2014 | 8:00 A.M. to 8:00 P.M. |
| WEDNESDAY | OCTOBER 29, 2014 | 8:00 A.M. to 8:00 P.M. |
| THURSDAY | OCTOBER 30, 2014 | 8:00 A.M. to 8:00 P.M. |
| FRIDAY | OCTOBER 31, 2014 | 8:00 A.M. to 8:00 P.M. |

## BRANCH EARLY VOTING LOCATIONS & HOURS BY PERSONAL APPEARANCE
*Sitios y Horario Sucursales de Votación por ANTICIPADO en Persona*

| Day | Date | Hours |
|---|---|---|
| WEDNESDAY | OCTOBER 22, 2014 | 8:00 A.M. to 8:00 P.M. |
| THURSDAY | OCTOBER 23, 2014 | 8:00 A.M. to 8:00 P.M. |

**Commissioner Pct. 2:** Waller ISD Administration Office, 2214 Waller Street, Waller
**Commissioner Pct. 3:** St. Francis of Assisi Episcopal Church, 204 Dooley Street, Prairie View
**Commissioner Pct. 4:** Waller County Library-Brookshire, 3815 6th Street, Brookshire

| Day | Date | Hours |
|---|---|---|
| FRIDAY | OCTOBER 24, 2014 | 8:00 A.M. to 8:00 P.M. |
| SATURDAY | OCTOBER 25, 2014 | 8:00 A.M. to 8:00 P.M. |

**Commissioner Pct. 1:** Rolling Hills VFD-Annex Training Center, 31541 FM 1736, Hempstead
**Commissioner Pct. 2:** JP-2, Fieldstore County Building, 27388 Fieldstore Road, Waller
**Commissioner Pct. 3:** JP-3, Monaville County Building, 12620 FM 1887, Hempstead
**Commissioner Pct. 4:** Katy VFW Hall, 6202 George Bush Ave., Katy

| Day | Date | Hours |
|---|---|---|
| SUNDAY | OCTOBER 26, 2014 | 1:30 P.M. TO 4:30 P.M. |

**Commissioner Pct. 2:** Waller ISD, Administration Office, 2214 Waller Street, Waller
**Commissioner Pct. 3:** Prairie View A & M Alumni Building, 148 University Drive, Prairie View
**Commissioner Pct. 4:** Waller County Library, Brookshire, 3815 6th Street, Brookshire

**Any voter eligible to vote in Waller County may vote EARLY at any one of the Early Voting Locations**
*Cualquier votante elegible para votar en el Condado de Waller puede votar en cualquiera de los sitios de votación anticipada*

DEFENDANTS000154