PLAINTIFF'S EXHIBIT 6

15

# Waller County Early Voting Locations and Hours
*(Sitios y horarios de votación anticipada Del Condado de Waller)*
November 8, 2016 *(08 de Noviembre, 2016)*

**On Election Day, voters must vote in the precinct where they are registered to vote.**
*(El Día de Elección, los votantes deberán votar en su precinto donde están inscritos para votar.)*

| Location of Election Day Polling Places *(Ubicación de las casillas electorales el Día de Elección)* |
|---|
| Pct *(Precinto)* 101: St. Bartholomew's Episcopal Church, 811 14th St., Hempstead |
| Pct *(Precinto)* 102: Waller County Annex, 775 Bus. 290 East, Hempstead |
| Pct *(Precinto)* 103: Hempstead High School Library, 801 Donoho St., Hempstead |
| Pct *(Precinto)* 104: Waller County Fairgrounds, 21988 FM 359, Hempstead |
| Pct *(Precinto)* 105: Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead |
| Pct *(Precinto)* 206: Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX |
| Pct *(Precinto)* 207: Turlington Elementary, 23400 Hegar Rd., Hockley |
| Pct *(Precinto)* 208: Waller ISD Admin Bldg., 2214 Waller St., Waller |
| Pct *(Precinto)* 309: Willie A Tempton, Sr., Memorial Student Center, Prairie View A & M University |
| Pct *(Precinto)* 310: Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View |
| Pct *(Precinto)* 311: Monaville County Building JP3, 12620 FM 1887, Hempstead |
| Pct *(Precinto)* 312: Monaville Fire Department, 13631 Cochran Rd., Waller |
| Pct *(Precinto)* 313: Adam's Flat Building, 36249 FM 529, Brookshire |
| Pct *(Precinto)* 414: Mt. Zion Methodist Church, 4998 Mt. Zion Road, Brookshire |
| Pct *(Precinto)* 415: Pattison VFD, 2950 FM 359 North, Pattison |
| Pct *(Precinto)* 416: Brookshire Convention Center, 4027 5th St., Brookshire TX |
| Pct *(Precinto)* 417: Waller Co. Library, 3815 6th St., Brookshire |
| Pct *(Precinto)* 418: Igloo 777 Igloo Rd., Katy |
| Pct *(Precinto)* 419/420: **NOT AVAILABLE AT PRESENT** |

**For early voting, a voter may vote at any of the locations listed below:**
*(Para Votación Adelantada, los votantes podrán votar en cualquiera de las ubicaciones nombradas abajo.)*

| | |
|---|---|
| **Monday- Friday, October 24-28, 2016** *(Lunes-Viernes, 24-28 de Octubre, 2016)* <br> Waller County Courthouse *(Corte del Condado de Waller)*, 836 Austin St., Hempstead TX | 8 am – 5 pm |
| **Saturday and Sunday, October 29-30, 2016** *(Sábado y Domingo, 29-30 de Octubre, 2016)* <br> Waller County Courthouse, 836 Austin Street, Hempstead TX <br> Waller ISD Administration Building, 2214 Waller St., Waller TX <br> Brookshire Waller Co. Library, 3815 6th St., Brookshire <br> Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View | 9 am-3 pm Saturday October 29, 2016 *(Sábado, 29 de Octubre, 2016)* <br><br> 1:30 pm – 4:00 pm Sunday October 30 *(Domingo, 30 de Octubre, 2016)* |
| **Monday, October 31, 2016** *(Lunes, 31 de Octubre, 2016)* <br> Waller County Courthouse, 836 Austin Street, Hempstead TX *(Corte del Condado de Waller)* | 8 am-5 pm |
| **Tuesday-Friday, November 1-4** *(Martes-Viernes, 1-4 de Noviembre, 2016)* <br> Waller County Courthouse, 836 Austin Street, Hempstead TX | 8 am-8 pm |
| Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX <br> Waller ISD Administration Building, 2214 Waller St., Waller TX <br> Monaville JP 3 Building, 12620 FM 1887, Hempstead TX <br> Brookshire Waller Co. Library, 3815 6th St., Brookshire <br> Katy **NOT AVAILABLE AT PRESENT** | 11 am-8 pm |
| Student Center, PVAM University, LW Minor Street, Prairie View, TX | 11 am-8pm Tuesday, Wednesday *(Martes, Miércoles)* |
| St. Francis Episcopal Church, 204 Dooley St., Prairie View, TX | 11 am-8pm Thursday, Friday *(Jueves, Viernes)* |

DEFENDANTS000064