PLAINTIFF'S EXHIBIT 7

AW1-1
Prescribed by Secretary of State
Sections 3.004, 3.006, 85.004, Texas Election Code
3/07

# ORDER OF GENERAL ELECTION (ORDEN DE ELECCION GENERAL)

An election is hereby ordered to be held on November 8, 2016, in Waller County, Texas for the purpose of electing the following county and precinct officers as required by Article XVI, Section 65 of the Texas Constitution.

*(Por la presente se ordena que se lleve a cabo una elección el día 8 de Noviembre, 2016, en el Condado de Waller, Texas, con el propósito de elegir los siguientes oficiales del condado y del precinto como requerido por el Articulo XVI, Sección 65, de la Constitución de Texas.)*

Sheriff *(Sherife)*
Tax Assessor-Collector *(Asesor-Colector de Impuesto)*
County Commissioner, Precinct 1 *(Comisionado del Condado, Precintó Núm. 1)*
County Commissioner, Precinct 3 *(Comisionado del Condado, Precintó Núm. 3)*
Constable, Precinct 1 *(Condestable, Precintó Núm. 1)*
Constable, Precinct 2 *(Condestable, Precintó Núm. 2)*
Constable, Precinct 3 *(Condestable, Precintó Núm. 3)*
Constable, Precinct 4 *(Condestable, Precintó Núm. 4)*

Early voting by personal appearance will be conducted each weekday at:
*(La votación adelantada en persona se llevará a cabo de lunes a viernes en:)*
Waller County Courthouse, 836 Austin Street, Hempstead TX 77445

Between the hours of 8 a.m. and 5 p.m. beginning on October 24, and ending on November 4, 2016.
*(entre las 8 de la mañana y las 5 de la tarde empezando el 24 de Octubre y terminando el 4 de Noviembre, 2016)*

Applications for ballot by mail shall be mailed to:
*(Las solicitudes para boletas que se votarán adelantada por correo deberán enviarse a:)*

Daniel Teed, Waller County Elections Administrator *(Administrador de Eleccionnes, Condado de Waller)*
836 Austin Street, Room 103
Hempstead, TX 77445

Applications for ballots by mail must be received no later than the close of business on October 28, 2016:
*(Las solicitudes para boletas que se votaran adelantada por correo deberán recibirse no más tardar de las horas de negocio el 28 de Octubre, 2016.)*

Federal postcard applications must be received no later than the close of business on October 28, 2016:
*(La tarjeta Federal de solicitud deberá recibirse no más tardar de las horas de negocio el 28 de Octubre, 2016.)*

Other Early Voting:
*(Otros Votación Adelante)*

| | |
|---|---|
| Saturday and Sunday, October 29-30, 2016 *(Sábado y Domingo, 29-30 de Octubre, 2016)*<br>Waller County Courthouse, 836 Austin Street, Hempstead TX<br>Waller ISD Administration Building, 2214 Waller St., Waller TX<br>Brookshire Waller Co. Library, 3815 6th St., Brookshire<br>Prairie View City Hall, 44500 Bus. Hwy. 290, Prairie View | 9 am-3 pm Saturday October 29, 2016 *(Sábado, 29 de Octubre, 2016)*<br>and<br>1:30 pm – 4:00 pm Sunday October 30 *(Domingo, 30 de Octubre, 2016)* |
| Tuesday-Friday, November 1-4 *(Martes-Viernes, 1-4 de Noviembre, 2016)*<br>Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX<br>Waller ISD Administration Building, 2214 Waller St., Waller TX<br>Monaville JP 3 Building, 12620 FM 1887, Hempstead TX<br>Brookshire Waller Co. Library, 3815 6th St., Brookshire<br>Katy Cane Island Event Center, 2100 Cane Island Pkwy, Katy | 11 am-8 pm |
| PVAMU Student Center, LW Minor Street, Prairie View, TX<br><br>St. Francis Episcopal Church, 204 Dooley St., Prairie View, TX | PVAMU Student Center<br>11 am-8pm Tuesday, Wednesday, November 1-2<br>*(Martes, Miércoles, 1-2 de Noviembre)*<br>St. Francis Episcopal Church<br>11 am-8pm Thursday, Friday, November 3-4<br>*(Jueves, Viernes, 3-4 de Noviembre)* |

Election Day Voting:
*(La votación sobre el día de elección)*

| Location of Election Day Polling Places *(Ubicación de las casillas electorales el Día de Elección)* |
|---|
| Pct *(Precinto)* 101: St. Bartholomew's Episcopal Church, 811 14th St., Hempstead |
| Pct *(Precinto)* 102: Waller County Annex, 775 Bus. 290 East, Hempstead |
| Pct *(Precinto)* 103: Hempstead High School Library, 801 Donoho St., Hempstead |
| Pct *(Precinto)* 104: Waller County Fairgrounds, 21988 FM 359, Hempstead |
| Pct *(Precinto)* 105: Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead |
| Pct *(Precinto)* 206: Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX |
| Pct *(Precinto)* 207: Turlington Elementary, 23400 Hegar Rd., Hockley |
| Pct *(Precinto)* 208: Waller ISD Admin Bldg., 2214 Waller St., Waller |
| Pct *(Precinto)* 309: Willie A Tempton, Sr., Memorial Student Center, Prairie View A & M University |
| Pct *(Precinto)* 310: Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View |
| Pct *(Precinto)* 311: Monaville County Building JP3, 12620 FM 1887, Hempstead |
| Pct *(Precinto)* 312: Monaville Fire Department, 13631 Cochran Rd., Waller |
| Pct *(Precinto)* 313: Adam's Flat Building, 36249 FM 529, Brookshire |
| Pct *(Precinto)* 414: Mt. Zion Methodist Church, 4998 Mt. Zion Road, Brookshire |
| Pct *(Precinto)* 415: Pattison VFD, 2950 FM 359 North, Pattison |
| Pct *(Precinto)* 416: Brookshire Convention Center, 4027 5th St., Brookshire TX |
| Pct *(Precinto)* 417: Waller Co. Library, 3815 6th St., Brookshire |
| Pct *(Precinto)* 418: Igloo 727 Igloo Rd., Katy |
| Pct *(Precinto)* 419/420: Katy Cane Island Event Center, 2100 Cane Island Pkwy, Katy |

Issued this the 22nd day of August, 2016. *(Emitada este día 22nd de Agosto, 2016.)*

_____
Signature of County Judge *(Firma del Juez del Condado)*

DEFENDANTS000071