PLAINTIFF'S EXHIBIT 8

# Early Voting and Election Day Polling Places
*Sitios de votación adelantada en persona y Día de Elecciones*

## NOVEMBER 2017 GENERAL ELECTION

**MAIN EARLY VOTING** (principal sitio de votación por anticipado)
**8AM-5PM Monday–Friday October 23 – November 3** (lunes a viernes Octubre 23 – Noviembre 3  8AM-5PM)
Waller County Courthouse (Corte del Condado de Waller)
836 Austin, Hempstead
Waller ISD Administration Building (Oficina de Administración)
2214 Waller St., Waller
Waller Co. Library Brookshire Branch (Biblioteca del Condado en Brookshire)
3815 6th St., Brookshire

**EXTENDED HOURS** (horario extendido):
**9am-1pm Saturday October 28** (sábado, 28 de Octubre)
**8am-8pm Thursday and Friday November 2nd and 3rd** (jueves y viernes)

Any voter eligible to vote in Waller County may vote EARLY at any one of the Early Voting Locations
*Cualquier votante elegible para votar en el Condado de Waller puede votar en cualquiera de los sitios de votación anticipada*

## Election Day Polling Locations November 7, 2017 7AM - 7PM *(Sitios del Día de Elecciones 3 de Noviembre 2015 7AM-7PM)*

Pct. (Precinto) 101: St. Bartholomew's Episcopal Church, 811 14th St., Hempstead (County only)
Pct. (Precinto) 102: Waller County Annex, 775 Bus. 290 East, Hempstead (County only)
Pct. (Precinto) 103: Hempstead High School Library, 801 Donoho St., Hempstead (County only)
Pct. (Precinto) 104: Waller County Fairgrounds, 21988 FM 359, Hempstead (County only)
Pct. (Precinto) 105: Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead (County only)
Pct. (Precinto) 206: Fieldstore Elementary School, 31670 Giboney Rd., Waller (County only)
Pct. (Precinto) 207: Turlington Elementary, 23400 Hegar Rd., Hockley (County only)
Pct. (Precinto) 208: Waller ISD Admin Bldg., 2214 Waller St., Waller (County + City of Waller)
Pct. (Precinto) 309: Memorial Student Center, Prairie View A & M University (County only)
Pct. (Precinto) 310: Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View l (County only)
Pct. (Precinto) 311: Monaville County Building JP3, 12620 FM 1887, Hempstead (County only)
Pct. (Precinto) 312: Monaville Fire Department, 13631 Cochran Rd., Waller (County only)
Pct. (Precinto) 313: Adam's Flat Building, 36249 FM 529, Brookshire (County only)
Pct. (Precinto) 414: Mt. Zion Methodist Church, 4998 Mt. Zion Road, Brookshire (County only)
Pct. (Precinto) 415: Pattison VFW, 2950 FM 359 North, Pattison (County only)
Pct. (Precinto) 416: Brookshire Convention Center, 4027 5th St., Brookshire TX 77423 (County + City of Brookshire)
Pct. (Precinto) 417: Waller Co. Library, 3815 6th St., Brookshire (County + City of Brookshire)
Pct. (Precinct) 418: Igloo 777 Igloo Rd., Katy (County + Katy ISD)
Pct. (Precinto) 419/420: Katy Cane Island Event Center, 2100 Cane Island Pkwy, Katy (County + Katy ISD)

On Election Day, voters are required to vote in the voting precinct in which they are registered.
*En el Día de Elecciones cada votante tendrá que votar en el precintó en el que está registrado.*

DEFENDANTS000074