PLAINTIFF'S EXHIBIT 9

## Early Voting and Election Day Polling Places
*Sitios de votación adelantada en persona y Día de Elecciones*

**MAIN EARLY VOTING** (principal sitio de votación por anticipado)
8AM-5PM Monday–Friday October 23 – November 3 *(lunes a viernes Octubre 23 – Noviembre 3  8AM-5PM)*
Waller County Courthouse *(Corte del Condado de Waller)*
836 Austin, Hempstead
Waller ISD Administration Building *(Oficina de Administración)*
2214 Waller St., Waller
Waller Co. Library Brookshire Branch *(Biblioteca del Condado en Brookshire)*
3815 6th St., Brookshire

**EXTENDED HOURS** *(horario extendido)*:
9am-1pm Saturday October 28 *(sábado, 28 de Octubre)*
8am-8pm Thursday and Friday November 2nd and 3rd  *(jueves y viernes)*

### NOVEMBER 2017 GENERAL ELECTION
Constitutional Amendment
Jail Bond
City of Waller Bond
City of Brookshire Alderman
KISD Bond

Any voter eligible to vote in Waller County may vote EARLY at any one of the Early Voting Locations
*Cualquier votante elegible para votar en el Condado de Waller puede votar en cualquiera de los sitios de votación anticipada*

### Election Day Polling Locations November 7, 2017 7AM - 7PM *(Sitios del Día de Elecciones 3 de Noviembre 2015 7AM-7PM)*

Pct. *(Precinto)* 101: St. Bartholomew's Episcopal Church, 811 14th St., Hempstead (County only)
Pct. *(Precinto)* 102: Waller County Annex, 775 Bus. 290 East, Hempstead (County only)
Pct. *(Precinto)* 103: Hempstead High School Library, 801 Donoho St., Hempstead (County only)
Pct. *(Precinto)* 104: Waller County Fairgrounds, 21988 FM 359, Hempstead (County only)
Pct. *(Precinto)* 105: Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead (County only)
Pct. *(Precinto)* 206: Justice of the Peace, Pct. 2, 27388 Fieldstore Rd. Waller (County only)
Pct. *(Precinto)* 207: Turlington Elementary, 23400 Hegar Rd., Hockley (County only)
Pct. *(Precinto)* 208: Waller ISD Admin Bldg., 2214 Waller St., Waller (County + City of Waller)
Pct. *(Precinto)* 309: Memorial Student Center, Prairie View A & M University (County only)
Pct. *(Precinto)* 310: Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View I (County only)
Pct. *(Precinto)* 311: Monaville County Building JP3, 12620 FM 1887, Hempstead (County only)
Pct. *(Precinto)* 312: Monaville Fire Department, 13631 Cochran Rd., Waller (County only)
Pct. *(Precinto)* 313: Adam's Flat Building, 36249 FM 529, Brookshire (County only)
Pct. *(Precinto)* 414: Mt. Zion Methodist Church, 4998 Mt. Zion Road, Brookshire (County only)
Pct. *(Precinto)* 415: Pattison VFD, 2950 FM 359 North, Pattison (County only)
Pct. *(Precinto)* 416: Brookshire Convention Center, 4027 5th St., Brookshire TX 77423 (County + City of Brookshire)
Pct. *(Precinto)* 417: Waller Co. Library, 3815 6th St., Brookshire (County + City of Brookshire)
Pct. *(Precinct)* 418: Igloo 777 Igloo Rd., Katy (County + Katy ISD)
Pct. *(Precinto)* 419/420: Katy Cane Island Event Center, 2100 Cane Island Pkwy, Katy (County + Katy ISD)

On Election Day, voters are required to vote in the voting precinct in which they are registered.
*En el Día de Elecciones cada votante tendrá que votar en el precinto en el que está registrado.*

DEFENDANTS000091

# WALLER COUNTY
## ELECTIONS ADMINISTRATOR
Christy A. Eason

October 4, 2017

Honorable Commissioners' Court
836 Austin St.
Hempstead, TX 77445

Gentlemen,

It is respectfully requested that you approve the addition of the following polling location for the duration of Early Voting for the November 7, 2017 Special Election.

**Waller County Community Center**
**21274 FM 1098**
**Prairie View, Tx 77446**

October 23, 2017 – October 27, 2017
8:00 am – 5:00 pm

Saturday, October 28, 2017
9:00 am – 1:00 pm

October 30, 2017 – November 2, 2017
8:00 am – 5:00 pm

November 3, 2017
8:00 am – 8:00 pm

Thank you in advance,

Christy A. Eason
Elections Administrator
Waller County, Tx

DEFENDANTS000097

# MINUTES
## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – OCTOBER 11, 2017

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 11th day of October 2017 at its meeting place in the Commissioners Courtroom of the Waller County Courthouse, Hempstead, Texas. The meeting was called to order by Waller County Judge Trey Duhon at 9:02 a.m. with the following members of the Court present to-wit:

Carbett "Trey" J. Duhon III, County Judge
John A. Amsler, Commissioner Precinct 1
Russell Klecka, Commissioner Precinct 2
Jeron Barnett, Commissioner Precinct 3
Justin Beckendorff, Commissioner Precinct 4
Debbie Hollan, County Clerk

Delivery of Invocation by: Commissioner Amsler
Pledge to the American Flag and Texas Flag led by: Commissioner Barnett

1. Approval of Agenda.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett. **Motion carried**.

    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

## PUBLIC COMMENT

1. DeWayne Charleston addressed the court with his concerns on the early voting polling locations for the upcoming election in November.
2. Bob Gage addressed the court regarding consent agenda item #6.
3. Denise Mattox, MD addressed the court with her concerns regarding agenda item #14.
4. Herschel Smith commented on his concerns with Waller County.
5. Valda Combs commented on her concerns regarding the polling locations selected for early voting in November.
6. Student representative from Prairie View A&M University addressed the court with his concerns on the early voting polling locations for the November Election.

## CONSENT AGENDA (2-7 Items)

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes – October 4, 2017 Regular Session
3. Request to approve payment on the following:
   (a) $21,250.00 for Invoice # 1704 to Waller County Economic Development from line item 125-411-547200 [Economic Development].
   (b) $940.00 for Invoice to Schmidt Funeral Home from line item 125-423-540705 [Transport to Morgue].

October 11, 2017 Regular Session

DEFENDANTS000098

(c) $1,015.00 for Invoice to Schmidt Funeral Home from line item 125-423-540705 [Transport to Morgue].

(d) $200.00 for Invoice # 239595 to Texas Judicial Academy from line item 125- 411-562300 [County Organizational Dues].

4. Request by County Treasurer for approval of payroll.

5. Request by County Auditor for approval and/or ratification of Accounts Payable.

6. Discuss and approve refunds in excess of $500.00 in accordance with section 31.11 Texas Tax Code.

7. Discuss and take action to approve a utility permit to place a Groundwater monitoring well within the ROW of Houston Highway by AD Environmental Services, LLC for Korlczyk's Meat Market.

   Motion to **approve consent agenda items** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## PROCLAMATION

8. Discuss and take action to approve the Proclamation declaring October 2017 as Domestic Violence Awareness Month in Waller County.

   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

9. Discuss and take action to approve the Proclamation declaring October 2017 as Breast Cancer Awareness Month in Waller County.

   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## COUNTY JUDGE

10. Discuss and take action to approve the transfer of $250.00 from line item 125-440-563000 [Training & Conference] to line item 125-440-581816 [Air Card/Wireless].

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## TREASURER

11. Discuss and take action to approve CJD Sexual Assault Investigator Grant Salary Order.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

DEFENDANTS000099

## CONSTABLE PRECINCT 2

12. Discuss and take action to approve the official bond for Timothy Peters and Brian Murray for reserve deputy constables for Precinct 2.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## ELECTIONS ADMINISTRATOR

13. Discuss and take action to approve an additional polling location for the duration of Early Voting for the November 7, 2017 Special Election.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.

*Court recessed at 10:22 a.m.*
*Court reconvened at 10:33 a.m.*

    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## COUNTY ENGINEER

14. **Discuss** possible revisions to the Fee Schedule for the Road and Bridge Department. *No action required.*

15. Discuss and take action to accept the proposal from Arborleaf Engineering & Surveying, Inc. to design the proposed intersection improvements at FM 1488 and Hegar Rd for an amount not to exceed $33,490.00 to be paid from line item 125-600-581615 [Capital Outlay].

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## MISCELLANEOUS

16. Discuss and take action to adopt the order provided by bond counsel supplementing the order calling a bond election on November 7, 2017 to reflect an additional early voting location.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## AUDITOR

17. **Spread** upon the minutes the Certification of Funds for the WF- Violence Against Women Formula Grant, Grant #3443601, in the amount of $58,131.00 for the Waller County Sheriff's Office. *No action required.*

DEFENDANTS000100

18. Request by County Auditor for approval to amend the 2017-2018 Grant Budget to accommodate the WF- Violence Against Women Formula Grant, Grant #3443601, in the amount of $58,131.00 for the Waller County Sheriff's Office.

   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes       Commissioner Amsler – Yes       Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes       Commissioner Beckendorff – Yes*

19. Request by County Auditor for approval of quarterly reimbursement of Juror Payments.

   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes       Commissioner Amsler – Yes       Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes       Commissioner Beckendorff – Yes*

## EXECUTIVE SESSION

20. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

21. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

   **No Executive Session needed.**

## ADJOURN MEETING

   Motion to **adjourn** meeting by Commissioner Barnett, seconded by Commissioner Beckendorff.
   **Motion carried**.
   *Judge Trey Duhon – Yes       Commissioner Amsler – Yes       Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes       Commissioner Beckendorff – Yes*

   Meeting was **ADJOURNED** at 11:15 a.m.

**APPROVED** this the 18th day of October 2017.

_____
Carbett "Trey" J. Duhon, III
County Judge

ATTEST:

_____
Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas



DEFENDANTS000101