**PLAINTIFF'S EXHIBIT 12**

## 2018 GENERAL ELECTION – WALLER COUNTY AND ROYAL ISD
### EARLY VOTING LOCATIONS
DURING EARLY VOTING ALL PRECINCTS A[RE ABLE TO VOTE] AT ANY LOCATION

EXHIBIT 7
WIT: Eason
DATE: 9-26-19
V. Hildebrandt, CSR

| Days/Dates | Location | Hours |
|---|---|---|
| **WEEK ONE** | | |
| MONDAY – FRIDAY, October 22 – 26, 2018 | [Waller Co Courthouse, 836 Austin St, Hempstea]d, Tx | 8am – 5pm |
| SATURDAY, October 27, 2018 | | 9am – 2pm |
| SUNDAY, October 28, 2018 | | 12pm – 5pm |
| MONDAY – FRIDAY, October 22 – 26, 2018 | Waller ISD Admin Bldg., 2214 Waller St., Waller, Tx | 8am – 5pm |
| SATURDAY, October 27, 2018 | | 9am – 2pm |
| MONDAY – FRIDAY, October 22 – 26, 2018 | Waller Co Library Brookshire, 3815 6th St., Brookshire, Tx | 8am – 5pm |
| SATURDAY, October 27, 2018 | | 9am – 2pm |
| SUNDAY, October 28, 2018 | | 12pm – 5pm |
| THURSDAY – FRIDAY, October 25 – 26, 2018 | Fieldstore County Bldg., JP 2, 27388 Fieldstore Rd., Waller, Tx | 8am – 5pm |
| SATURDAY, October 27, 2018 | | 9am – 2pm |
| THURSDAY – FRIDAY, October 25 – 26, 2018 | Monaville County Bldg., JP 3, 12620 FM 1887, Hempstead, Tx | 8am – 5pm |
| SATURDAY, October 27, 2018 | | 9am – 2pm |
| MONDAY – WEDNESDAY, October 22 – 24, 2018 | Katy VFW, 2606 George Bush Dr., Katy, Tx | 8am – 5pm |
| SUNDAY, October 28, 2018 | Prairie View City Hall | 12pm – 5pm |
| **WEEK TWO** | | |
| MONDAY – WEDNESDAY, October 29 – 31, 2018; THURSDAY - FRIDAY, November 1 – 2, 2018 | Waller Co Courthouse, 836 Austin St, Hempstead, Tx | 8am – 5pm / 7am – 7pm |
| MONDAY – WEDNESDAY, October 29 – 31, 2018; THURSDAY - FRIDAY, November 1 – 2, 2018 | Waller ISD Admin Bldg., 2214 Waller St., Waller, Tx | 8am – 5pm / 7am – 7pm |
| MONDAY – WEDNESDAY, October 29 – 31, 2018; THURSDAY - FRIDAY, November 1 – 2, 2018 | Waller Co Library Brookshire, 3815 6th St., Brookshire, Tx | 8am – 5pm / 7am – 7pm |
| MONDAY – WEDNESDAY, October 29 – 31, 2018 | Memorial Student Center, PVAMU, Prairie View, Tx | 7am – 7pm |
| THURSDAY – FRIDAY, November 1 – 2, 2018 | WC Community Center – PV, FM 1098, Prairie View, Tx | 7am – 7pm |

DEFENDANTS000158