PLAINTIFF'S EXHIBIT 13

| | |
|---|---|
| **From:** | Christy Eason |
| **Sent:** | Wednesday, August 28, 2019 11:32 AM |
| **To:** | rosapatlan@aol.com |
| **Subject:** | 2019 General Joint Election EV and ED Polling Locations.docx |
| **Attachments:** | 2019 General Election EV and ED Polling Locations.docx; ATT00001.htm |

Here you go!

DEFENDANTS002625

| 2019 SPECIAL ELECTION<br>WALLER COUNTY<br>(WISD, RISD, WILLOW CREEK FARMS MUD, METRO) | EARLY VOTING LOCATIONS | |
|---|---|---|
| **DURING EARLY VOTING ALL PRECINCTS AND ENTITIES CAN VOTE AT ANY LOCATION** | | |
| **MONDAY OCTOBER 21 – FRIDAY NOVEMBER 1, 2019** | | |
| MONDAY – FRIDAY<br>October 21 – November 1, 2019<br><br>THURSDAY AND FRIDAY October 31 and November 1 | Waller County Courthouse<br>836 Austin St,<br>Hempstead, Tx | 8am – 5pm<br><br>7am – 7pm |
| MONDAY – FRIDAY<br>October 21 – November 1, 2019<br><br>THURSDAY AND FRIDAY October 31 and November 1 | Waller ISD Admin Bldg<br>2214 Waller St.,<br>Waller, Tx | 8am – 5pm<br><br>7am – 7pm |
| MONDAY – FRIDAY<br>October 21 – November 1, 2019<br><br>THURSDAY AND FRIDAY October 31 and November 1 | Waller Co Comm. Center<br>21274 FM 1098<br>Prairie View, Tx | 8am – 5pm<br><br>7am – 7pm |
| MONDAY – FRIDAY<br>October 21 – November 1, 2019<br><br>THURSDAY AND FRIDAY October 31 and November 1 | Field Store Elementary<br>31670 Giboney Rd<br>Waller, Tx | 8am – 5pm<br><br>7am – 7pm |
| MONDAY – FRIDAY<br>October 21 – November 1, 2019<br><br>THURSDAY AND FRIDAY October 31 and November 1 | Roberts Road Elementary<br>24920 Zube Rd<br>Hockley, Tx | 8am – 5pm<br><br>7am – 7pm |
| MONDAY – FRIDAY<br>October 21 – November 1, 2019<br><br>THURSDAY AND FRIDAY October 31 and November 1 | Brookshire Convention Ctr<br>4029 5th St<br>Brookshire, Tx | 8am – 5pm<br><br>7am – 7pm |

| 2019 SPECIAL ELECTION<br>WALLER COUTY ELECTION DAY POLLING LOCATIONS<br>(WISD, RISD, WILLOW CREEK FARM MUD, METRO)<br>November 5, 2019   7am – 7 pm | |
|---|---|
| **PRECINCT** | **POLLING LOCATION  ( ubicaciones de sondeo)** |
| 101/102/103/104/105 | Waller Co. Annex (Road and Bridge), 775 Bus. 290 East, Hempstead, Tx |
| 206/207 | Fieldstore Co. Bldg. (JP2), 27388 Fieldstore Rd., Waller, Tx |
| 208 | Waller ISD Admin Bldg., 2214 Waller St., Waller, Tx |
| 309 | Memorial Student Center, PVAMU, 155 L.W. Minor St., Prairie View, Tx |
| 310 | Prairie View Community Center, 21274 FM 1098, Prairie View, Tx |
| 311/312/313 | Monaville Co. Bldg. (JP3), 12620 FM 1887, Hempstead, Tx |
| 414/415 | Pattison Vol. Fire Dept., 2950 FM 359 N, Pattison, Tx |
| 416/417 | Brookshire Convention Ctr., 4027 5th St., Brookshire, Tx |
| 418 | Igloo, 777 Igloo Rd., Katy, Tx |
| 419/20 | Katy VFW, 6206 George Bush Dr., Katy, Tx |

DEFENDANTS002626