PLAINTIFF'S EXHIBIT 14

| 2020 JOINT PRIMARY ELECTION WALLER COUNTY EARLY VOTING LOCATIONS FEBRUARY 18 – FEBRUARY 28, 2020 | | | |
|---|---|---|---|
| **ALL LOCATIONS WILL BE OPEN THE SAME HOURS AS LISTED** | | | |
| | | | |
| Waller County Annex – Road and Bridge, 775 Bus. 290 E, Hempstead, Tx | Tuesday | Feb. 18 | 8 AM – 5 PM |
| Waller ISD Admin Building, 2214 Waller St., Waller, Tx | Wednesday | Feb. 19 | 7 AM – 7PM |
| Waller County Community Center, FM 1098, Prairie View, Tx | Thursday | Feb. 20 | 8 AM – 5 PM |
| Brookshire Convention Center, 4027 5th Street, Brookshire, Tx | Friday | Feb. 21 | 8 AM – 5 PM |
| | Saturday | Feb. 22 | 10 AM – 3 PM |
| | Monday | Feb. 24 | 8 AM – 5 PM |
| | Tuesday | Feb. 25 | 8 AM – 5 PM |
| *** EXTENDED HOURS HIGHLIGHTED IN RED* | Wednesday | Feb. 26 | 7 AM – 7 PM |
| | Thursday | Feb. 27 | 8 AM – 5 PM |
| | Friday | Feb. 28 | 8 AM – 5 PM |

| 2020 JOINT PRIMARY ELECTION WALLER COUTY ELECTION DAY LOCATIONS MARCH 3, 2020   7 AM – 7 PM | |
|---|---|
| **VOTING PRECINCT** | **POLLING LOCATION** |
| 101 | St. Bartholomew's Episcopal Church, 811 14th St., Hempstead, Tx |
| 102 | Waller Co. Annex (Road and Bridge), 775 Bus. 290 Hempstead, Tx |
| 103 | Hempstead High School Library, 801 Donoho St., Hempstead, Tx |
| 104 | Waller Co. Fairgrounds, 21988 FM 359, Hempstead, Tx |
| 105 | Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead, Tx |
| 206 | Fieldstore Co. Bldg. (JP2), 27388 Fieldstore Rd., Waller, Tx |
| 207 | Turlington Elementary, 23400 Hegar Rd., Hockley |
| 208 | Waller ISD Admin Bldg., 2214 Waller St., Waller, Tx |
| 309 | Memorial Student Center, PVAMU, Prairie View, Tx |
| 310 | Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View, Tx |
| 311 | Monaville Co. Bldg. (JP3), 12620 FM 1887, Hempstead, Tx |
| 312 | Monaville Fire Dept., 13631 Cochran Rd., Waller, Tx |
| 313 | Adam's Flat Building, 36249 FM 529, Brookshire, Tx |
| 414 | Mt. Zion Methodist Church, 4998 Mt. Zion Rd., Brookshire, Tx |
| 415 | Pattison Vol. Fire Dept., 2950 FM 529 N, Pattison, Tx |
| 416/417 | Brookshire Convention Ctr., 4027 5th St., Brookshire, Tx |
| 418 | Houston Executive Airport, 1900 Cardiff Rd., Brookshire, Tx |
| 419/420 | Katy VFW, 6206 George Bush Dr., Katy, Tx |