# 2020 JOINT PRIMARY RUNOFF ELECTION
# WALLER COUNTY
# EARLY VOTING LOCATIONS
# JUNE 29, 2020 TO JULY 10, 2020

PLAINTIFF'S EXHIBIT 15

| ALL EARLY VOTING LOCATIONS WILL BE OPEN THE SAME HOURS | WEEK 1 | DATE | TIME |
|---|---|---|---|
| Waller Co. Annex – Road & Bridge, 775 Bus. 290 E Hempstead, TX | Monday | June 29 | 8 AM – 5 PM |
| | Tuesday | June 30 | 8 AM – 5 PM |
| | Wednesday | July 1 | 8 AM – 5 PM |
| Waller ISD Admin Building, 2214 Waller St., Waller, TX | Thursday | July 2 | 8 AM – 5 PM |
| | **WEEK 2** | **DATE** | **TIME** |
| | Monday | July 6 | 8 AM – 5 PM |
| Waller County Community Center, FM 1098, Prairie View, TX | Tuesday | July 7 | 8 AM – 5 PM |
| | Wednesday | July 8 | 8 AM – 5 PM |
| Brookshire Convention Center, 4027 5th Street, Brookshire, TX | Thursday | July 9 | **7 AM – 7 PM** *** |
| | Friday | July 10 | **7 AM – 7 PM** *** |

# 2020 JOINT PRIMARY RUNOFF ELECTION
# WALLER COUNTY
# ELECTION DAY LOCATIONS
# JULY 14, 2020   7 AM TO 7 PM

| VOTING PRECINCT | POLLING LOCATION |
|---|---|
| 101/102/103/104 | Waller Co. Annex (Road and Bridge), 775 Bus. 290 Hempstead, TX |
| 105 | Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead, TX |
| 206/207 | Fieldstore Co. Bldg. (JP2), 27388 Fieldstore Rd., Waller, TX |
| 208 | Waller ISD Admin Bldg., 2214 Waller St., Waller, TX |
| 309/310 | Waller County Community Center, FM 1098, Prairie View, TX |
| 311/312/313 | Monaville Co. Bldg. (JP3), 12620 FM 1887, Hempstead, Tx |
| 414/415/416/417 | Brookshire Convention Ctr., 4027 5th St., Brookshire, Tx |
| 418/419/420 | Katy VFW, 6206 George Bush Dr., Katy, Tx |