## VERITY EQUIPMENT ASSIGNMENT
## 2018 GENERAL ELECTION



PLAINTIFF'S EXHIBIT 16

EXHIBIT 5
WIT: Eason
DATE: 9-26-19
V. Hildebrandt, CSR

- 31 Controllers
- 36 Access
- 81 Touch
- 2 Access used for backup

| Equipment Assignment | Controller | Access |
|---|---|---|
| Accuracy Testing | 1 | 1 |
|  | 1 | 1 |

| Equipment Assignment | Controller | Access | Touch |
|---|---|---|---|
| **Early Voting** | | | |
| Courthouse | 1 | 3 | 6 |
| WISD Admin | 1 | 1 | 3 |
| Brookshire Library | 1 | 1 | 4 |
| Katy VFW | 1 | 1 | 3 |
| JP 3 | 1 | 1 | 2 |
| JP 2 | 1 | 1 | 3 |
| PVAMU Student Ctr | 2 | 3 | 7 |
| PV Community Center | 1 | 1 | 2 |
| PV City Hall | 1 | 2 | 1 |
|  | 10 | 14 | 31 |

| Election Day | Registered Voters | Controller | Access | Touch |
|---|---|---|---|---|
| 101 | 1903 | 1 | 1 | 3 |
| 102 | 1773 | 1 | 1 | 2 |
| 103 | 1377 | 1 | 1 | 1 |
| 104 | 802 | 1 | 1 | 2 |
| 105 | 796 | 1 | 1 | 2 |
| 206 | 2736 | 1 | 1 | 3 |
| 207 | 3476 | 1 | 1 | 3 |
| 208 | 1649 | 1 | 1 | 3 |
| 309 | 4834 | 2 | 3 | 7 |
| 310 | 2003 | 1 | 1 | 3 |
| 311 | 788 | 1 | 1 | 2 |
| 312 | 1642 | 1 | 1 | 2 |
| 313 | 628 | 1 | 1 | 1 |
| 414 | 358 | 1 | 1 | 2 |
| 415 | 1353 | 1 | 1 | 2 |
| 416 | 1541 | 1 | 1 | 3 |
| 417 | 1308 | 1 | 1 | 3 |
| 418 | 2514 | 1 | 1 | 3 |
| 419/20 | 1532 | 1 | 1 | 3 |
|  |  | 20 | 21 | 50 |