**PVAMU Transportation Office Hours**
Monday – Friday 8:00 AM – 5:00 PM
Phone: 936-261-1140   For Special Assistance Please Contact: 936-261-3585

# PVAMU TRANSPORTATION SCHEDULE

www.trackthepanther.com



| Route | Runs every | 15 minutes |
|---|---|---|
| **On Campus Loop** | Depart (MSC) | Last Run (MSC) |
| Monday - Friday | | |

**PURPLE** runs every 30 min from the MSC
**GOLD** runs once an hour from the MSC

### First Departure from MSC @ 7:00 am / Last Departure from the MSC @ 5:00 pm

| Off Campus PURPLE route | MSC (Leave) | Pine Island | Brookside/ Panther Hill | University Trails | Creekside | MSC (Arrive) |
|---|---|---|---|---|---|---|
| A Mon.-Fri. | :00 | :12 | :15 | :17 | :19 | :22 |
| B Mon.-Fri. | :30 | :42 | :45 | :47 | :49 | :52 |

### First Departure from MSC @ 7:00 am / Last Departure from the MSC @ 6:00 pm

| Off Campus GOLD route | MSC (Leave) | The Ranch | Empty Eye II | Empty Eye I | Valero | Dollar General | Echols & University | Panther Quarters | Panther Plaza | Architecture Bld. | MSC (Arrive) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A Mon.-Fri. | :00 | :14 | :24 | :26 | :27 | :28 | :29 | :30 | :32 | :34 | :38 |

### NorthWest Campus Route

| NorthWest GREEN Campus | MSC (Leave) | NorthWest | MSC (Arrive) |
|---|---|---|---|
| A Mon.-Thurs | 4:30 pm | 5:15 pm | 6:30 pm |
| B Mon.-Thurs | 8:15 pm | 9:00 pm | 9:45 pm |

**Stop at Cypress made by Request**

### First Departure from MSC @ 6:00 pm / Last Departure from the MSC @ 9:00 pm

| Black Route | MSC (Leave) | Brookside/ Panther Hill | Pine Island | The Ranch | MSC (Arrive) |
|---|---|---|---|---|---|
| Mon.-Thurs. | :00 | :09 | :12 | :24 | :38 |
| Sat. | 7:00 8:00 1:00 2:00 | 7:09 8:09 1:09 2:09 | 7:12 8:12 1:12 2:12 | 7:24 8:24 1:24 2:24 | 7:38 8:38 1:38 2:38 |

PLAINTIFF'S EXHIBIT 17

PLS000329

All routes.



PLS000330

Purple A route.



PLS 000331

Purple B route.



PLS000332

Panther Loop route.



PLS000333

Cypress Loop route.



PLS000334

Gold route.



PLS 000335

Blue route.



PLS000336

Black route.



PLS000337