# Prairie View A&M University

Prairie View A&M University is the second-oldest public institution of higher education in Texas. Established in 1876 as a land-grant institution, PVAMU is known for its dedication to excellence in teaching, research and service. This historically black university has an established reputation for producing thousands of engineers, nurses, educators, architects and other business and legal professionals. With an 18:1 faculty to student ratio, Prairie View students receive personal attention, focused faculty interaction and the ability to benefit from their wealth of knowledge in the public and private sectors.

Located only 45 miles from the heart of Houston, Texas the fourth most populous city in the U.S., the 1500-acre picturesque campus offers modern facilities in Prairie View, Texas on the gently rolling hills of Waller County (population 36,000). The University's location offers the advantages of a pleasant, semi-rural environment with convenient access to the excitement of a major American city. The city of Prairie View is on the frontier of change in the Northwest Houston growth corridor. The PVAMU College of Nursing is located in the heart of the world-renowned Texas Medical Center in Houston, the Northwest Houston Center is located in Cy-Fair on the Hwy 249 corridor just north of Beltway 8.



## DEGREES AWARDED

**Undergraduate**  **Graduate**

| Year | Graduate | Undergraduate | Total |
|---|---|---|---|
| 2000/01 | 397 | 720 | 1,117 |
| 2001/02 | 417 | 746 | 1,163 |
| 2002/03 | 474 | 738 | 1,212 |
| 2003/04 | 685 | 721 | 1,406 |
| 2004/05 | 678 | 795 | 1,473 |
| 2005/06 | 697 | 889 | 1,586 |
| 2006/07 | 757 | 851 | 1,608 |
| 2007/08 | 752 | 776 | 1,528 |
| 2008/09 | 709 | 868 | 1,577 |
| 2009/10 | 560 | 879 | 1,439 |

*Source: PVAMU Office of Institutional Research and Effectiveness*

## EMPLOYERS OF PVAMU GRADUATES

PVAMU Alumni are employed by many prestigious corporations and governmental entities; including, but not limited to the following:

ACCENTURE
AT&T
BOEING
CATERPILLAR
CENTERPOINT ENERGY
CHEVRON
CITY OF HOUSTON
EXXONMOBIL
HALLIBURTON
HOUSTON INDEPENDENT SCHOOL DISTRICT
IBM
NASA
OMAHA PUBLIC POWER DISTRICT
RAYTHEON
SHELL
STATE OF TEXAS
TEXAS INSTRUMENTS
TEXAS UTILITIES
U.S. ARMY CORPS OF ENGINEERS
UNITED STATES DEPARTMENT OF AGRICULTURE
The information presented in this report is derived from a study by the Prairie View A&M University College of Business titled *The Economic Impact of Prairie View A&M University on Waller County, the Houston-Baytown-Sugar Land MSA and the State of Texas.*

Conducted by College of Business Dean Munir Quddus, PhD; Sonja Langley, PhD; Michael Williams, PhD; Rahim Quazi, PhD and Lawrence McNeil, PhD, this study was developed in an effort to analyze the various benefits taxpayers and the community realize from supporting this historic institution. Mary Lee Hodge, Senior Vice President of Business Affairs, Rod Mireles, Controller, Dean Williamson, PhD, Director, Institutional Research and Sheleah D. Reed, Executive Director of Communications, were helpful in providing the necessary data and developing this publication.

The full study is available online at www.pvamu.edu/reports. Please contact Munir Quddus at muquddus@pvamu.edu or Mary Lee Hodge at mlhodge@pvamu.edu if you have questions or would like to provide additional input concerning this study. December 1, 2010

www.pvamu.edu

PLAINTIFF'S EXHIBIT 21



# Prairie View A&M University
PRAIRIE VIEW

### Northwest Houston Center
HOUSTON

### College of Nursing
TEXAS MEDICAL CENTER

# 2010
## Economic Impact of
# Prairie View A&M University
on Waller County, the Houston-Baytown-Sugar Land MSA and the State of Texas

## WALLER COUNTY

**TOTAL OUTPUT IMPACT FOR EVERY 1,000 STUDENTS:**
*$15.96 million and 167 full-time jobs*

**DIRECT ECONOMIC BENEFIT:** *$108,973,211 annually*
The direct benefit of PVAMU to Waller County economy is estimated at *$108.97* million per year.
- $69.63 million in faculty & staff wages and salaries
- $14.37 million in other institutional spending
- $19.86 million in spending by undergraduate students
- $2.70 million in spending by graduate students
- $2.41 million in spending by visitors to the university

**TOTAL ECONOMIC BENEFIT:** *$133,922,680 annually*
- $108.97 million in direct benefits
- $24.95 million in secondary effects

**EMPLOYMENT BENEFIT:** *1,405 full-time jobs*
- 377 Waller County residents employed full time (excluding student workers) by the University
- 1,028 additional full-time jobs generated by University related activities

**LIFETIME EARNINGS BENEFIT OF 2010 GRADUATES:** *$95,087,065*
Based on the gains in lifetime earning streams from a university degree, the University contributes $95.09 million in additional lifetime earnings to 2010 graduates who reside in Waller County.
- $54.90 million is contributed to graduates with bachelor's degrees
- $39.12 million is contributed to graduates with master's degrees
- $1.08 million is contributed to graduates with doctorate degrees

### SOURCES OF REVENUE FY 2010
Total *$187,132,543*

- State Appropriations $60,407,257
- Auxiliary Operations $12,532,273
- AUF $12,150,000
- Other income $12,944,624
- Gifts $1,131,210
- Contracts and Grants Operating $21,610,713
- Contracts and Grants Non operating $22,668,916
- Tuition and Fees $35,908,145
- Federal Appropriations $7,779,405

*Source: PVAMU Comptroller's office*

## HOUSTON-BAYTOWN-SUGAR LAND MSA

**TOTAL OUTPUT IMPACT FOR EVERY 1,000 STUDENTS:**
*$46.23 million and 323 full-time jobs*

**DIRECT ECONOMIC BENEFIT:** *$216,087,923 annually*
The direct benefit of PVAMU to the Greater Houston Region economy is estimated at *$216.09* million per year.
- $69.88 million in faculty & staff wages and salaries
- $42.11 million in other institutional spending
- $56.49 million in spending by undergraduate students
- $36.83 million in spending by graduate students
- $10.77 million in spending by visitors to the University

**The Houston-Baytown-Sugar Land MSA** includes 10 counties: Austin, Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, San Jacinto, and Waller.

**TOTAL ECONOMIC BENEFIT:** *$387,982,562 annually*
The total economic benefit of PVAMU to the Greater Houston Region economy is estimated at *$387.98* million annually.
- $216.09 million in direct benefit
- $171.89 million in secondary effects

**EMPLOYMENT BENEFIT:** *2,711 full-time jobs*
- 655 Greater Houston Region residents employed full time (excluding student workers) by the University
- 2,056 additional full-time jobs generated by University related activities

**LIFETIME EARNINGS BENEFIT OF 2010 GRADUATES:** *$628,534,552*
Based on the gains in lifetime earning streams from a university degree, the University contributes $628.53 million in additional lifetime earnings to 2010 graduates who reside in the Greater Houston Region.
- $313.19 million is contributed to graduates with bachelor's degrees
- $306.91 million is contributed to graduates with master's degrees
- $8.44 million is contributed to graduates with doctorate degrees

### SOURCES OF EXPENDITURES FY 2010
Total *$190,532,107*

- Debt Service $11,404,209
- Other Expenditures $3,352,103
- Capital Outlay - Non construction $3,424,691
- Net Student Aid $17,886,765
- Wages, Salaries and Benefits $91,616,197
- Operating Expenses and Equipment $62,848,141

*Source: PVAMU Comptroller's office*

## STATE OF TEXAS

**TOTAL OUTPUT IMPACT FOR EVERY 1,000 STUDENTS:**
*$60.09 million and 423 full-time jobs*

**DIRECT ECONOMIC BENEFIT:** *$257,157,571 annually*
The direct benefit of PVAMU to the Texas economy is estimated at *$257.16* million per year.
- $69.88 million in faculty and staff wages and salaries
- $61.71 million in other institutional spending
- $75.09 million in spending by undergraduate students
- $39.70 million in spending by graduate students
- $10.77 million in spending by visitors to the University

**TOTAL ECONOMIC BENEFIT:** *$504,355,589 annually*
The total economic benefit of PVAMU to Texas economy is estimated at *$504.36* million annually.
- $257.16 million in direct benefit
- $247.20 million in secondary effects

**EMPLOYMENT BENEFIT:** *3,549 full-time jobs*
- 1,136 Texas residents employed full time (excluding student workers) by the University
- 2,413 additional full-time jobs generated by University related activities

**LIFETIME EARNINGS BENEFIT OF 2010 GRADUATES:** *$1,265,715,873*
Based on the gains in lifetime earning streams from a university degree, the University contributes $1.27 billion in additional lifetime earnings to 2010 graduates who reside in Texas.
- $672.12 million is contributed to graduates with bachelor's degrees
- $577.71 million is contributed to graduates with master's degrees
- $15.88 million is contributed to graduates with doctorate degrees

### STATE OF TEXAS DIRECT BENEFIT FY 2010
*Figures are in millions of dollars*
Total *$257.16*



- Visitor Spending $10.77
- University Operations Spending $61.71
- Employee Wages and Salaries $69.88
- Student Spending $114.79

*Source: Calculations based on data provided by the University, authors' assumptions (following other studies), and the IMPLAN multipliers*