## DEGREES AWARDED



| Year | Total Degrees Awarded | Undergraduate | Graduate |
|---|---|---|---|
| 2000/01 | 1,117 | 720 | 397 |
| 2001/02 | 1,163 | 746 | 417 |
| 2002/03 | 1,212 | 738 | 474 |
| 2003/04 | 1,406 | 721 | 685 |
| 2004/05 | 1,473 | 795 | 678 |
| 2005/06 | 1,586 | 889 | 697 |
| 2006/07 | 1,608 | 851 | 757 |
| 2007/08 | 1,528 | 776 | 752 |
| 2008/09 | 1,516 | 831 | 685 |
| 2009/10 | 1,438 | 878 | 560 |
| 2010/11 | 1,454 | 904 | 550 |
| 2011/12 | 1,488 | 1026 | 462 |

Source: PVAMU Office of Institutional Research and Effectiveness



## EMPLOYERS OF PVAMU ALUMNI

include many prestigious corporations and governmental entities such as:

Accenture
AT&T
Boeing
Cy-Fair Independent School District
Chevron
City of Houston
Enterprise Rent-a-car
ExxonMobil
Halliburton
Houston Independent School District
IBM
Lockheed Martin
NASA
Raytheon
Shell
State of Texas
Texas Instruments
U.S. Army Corps of Engineers
United States Department of Agriculture



The information presented in this report is derived from a study by the Prairie View A&M University College of Business titled *The Economic Impact of Prairie View A&M University on Waller County, the Houston-Baytown-Sugar Land MSA and the State of Texas.*

View the full study at www.pvamu.edu/reports. Please contact Munir Quddus at muquddus@pvamu.edu if you have questions or would like to provide additional input concerning this study. *December 1, 2012*

**Prairie View A&M University** is an institution steeped in tradition with a firm grasp of the future. With an established reputation for producing engineers, corporate leaders, nurses and educators, PVAMU has made an impact throughout the United States. Through the creation of courses like Chinese and Arabic, Prairie View continues to prepare its students to compete in a global marketplace.

Close proximity to Houston, coupled with its quiet rural location, make PVAMU an ideal place to study, learn and explore. The university's dedication to excellence extends past its majestic campus into nearby Houston. The state-of-the-art College of Nursing resides in the world-renowned Texas Medical Center, where students learn the latest nursing procedures in simulation labs. In Northwest Houston, students enjoy the convenience of centralized offerings in education, nursing, business and community development at the university's Northwest Houston Center.

Rooted deep within the heart of PVAMU is the mission of providing access to a quality education. Students' needs are met through a comprehensive approach, addressing their issues inside and outside of the classroom.



www.pvamu.edu





# 2012
# Economic Impact

ON WALLER COUNTY,
THE HOUSTON-BAYTOWN-SUGAR LAND MSA
AND THE STATE OF TEXAS

PLAINTIFF'S EXHIBIT
22

# Waller County

## TOTAL OUTPUT IMPACT FOR EVERY 1,000 STUDENTS
**$20.05 million** and **193** full-time jobs



## DIRECT ECOMOMIC BENEFIT
**$122.10 million** annually

- **$67.31 million** in faculty and staff wages and salaries
- **$15.57 million** in other institutional spending
- **$30.22 million** in undergraduate student spending
- **$1.57 million** in graduate student spending
- **$7.43 million** in University visitor spending

## TOTAL ECONOMIC BENEFIT
**$162.38 million** annually

- **$122.10 million** in direct benefits
- **$40.28 million** in secondary effects

## EMPLOYMENT BENEFIT
**1,563** full-time jobs

- **369** Waller County residents employed full-time (excluding student workers) by the University
- **1,194** additional full-time jobs generated by University-related activities

## LIFETIME EARNINGS BENEFIT
The University contributes a benefit of **$99.81 million** in additional lifetime earnings to 2012 graduates who reside in Waller County.

- **$76.40 million** is contributed to graduates with bachelor's degrees
- **$21.83 million** is contributed to graduates with master's degrees
- **$1.58 million** is contributed to graduates with doctoral degrees



# Houston-Baytown-Sugar Land MSA

*Includes Austin, Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, San Jacinto and Waller Counties*

## TOTAL OUTPUT IMPACT FOR EVERY 1,000 STUDENTS
**$51.81 million** and **393** full-time jobs

## DIRECT ECONOMIC BENEFIT
**$227.03 million** annually

- **$67.56 million** in faculty and staff wages and salaries
- **$41.17 million** in other institutional spending
- **$67.38 million** in undergraduate student spending
- **$36.47 million** in graduate student spending
- **$14.45 million** in University visitor spending

## TOTAL ECONOMIC BENEFIT
**$419.60 million** annually

- **$227.03 million** in direct benefit
- **$192.56 million** in secondary effects

## EMPLOYMENT BENEFIT
**3,182** full-time jobs

- **641** Greater Houston Region residents employed full-time (excluding student workers) by the University
- **2,541** additional full-time jobs generated by University-related activities



## LIFETIME EARNINGS BENEFIT
The University contributes a benefit of **$618.12 million** in additional lifetime earnings to 2012 graduates who reside in the Greater Houston Region.

- **$364.74 million** is contributed by graduates with bachelor's degrees
- **$236.26 million** is contributed by graduates with master's degrees
- **$17.12 million** is contributed by graduates with doctoral degrees

# State of Texas



## TOTAL OUTPUT IMPACT FOR EVERY 1,000 STUDENTS
**$68.35 million** and **499** full-time jobs

## DIRECT ECONOMIC BENEFIT
**$267.73 million** annually

- ■ **$67.56 million** in faculty and staff wages and salaries
- ■ **$59.88 million** in other institutional spending
- ■ **$85.10 million** in undergraduate student spending
- ■ **$40.36 million** in graduate student spending
- ■ **$14.83 million** in University visitor spending

Source: Calculations based on data provided by the University, authors' assumptions (following other studies), and IMPLAN multipliers

## TOTAL ECONOMIC BENEFIT
**$553.58 million** annually

- **$267.74 million** in direct benefit
- **$285.84 million** in secondary effects

## EMPLOYMENT BENEFIT
**4,047** full-time jobs

- **1,112** Texas residents employed full-time (excluding student workers) by the University
- **2,935** additional full-time jobs generated by University-related activities

## LIFETIME EARNINGS BENEFIT
The University contributes a benefit of **$1.15 billion** in additional lifetime earnings to 2012 graduates who reside in Texas.

- **$696.62 million** contributed by graduates with bachelor's degrees
- **$427.40 million** contributed by graduates with master's degrees
- **$30.97 million** contributed by graduates with doctoral degrees