PLAINTIFF'S
EXHIBIT

**23**

# Exhibit 9

## <u>DECLARATION OF FRANK JACKSON</u>

My name is Frank D. Jackson. I am over the age of 18 and fully competent to make this declaration.

Under penalty of perjury, I declare the following:

1.  I am a resident of the City of Prairie View ("Prairie View").

2.  I am the Assistant Vice Chancellor in the Governmental Relations Office at Prairie View A&M University ("PVAMU"). I am also a PVAMU alumnus.

3.  Previously, I served as a member of the Commissioners Court in Waller County for eight (8) years, and as a member of the Prairie View City Council for twelve (12) years. I also served five terms as Prairie View's mayor.

4.  At PVAMU, I am responsible for staying abreast of laws and legislative issues on a local, state, and federal basis that impact PVAMU students and the campus community.

5.  Given my long service in local politics and my strong personal and professional connections to PVAMU, I am familiar with the workings of the Commissioners Court, the roles of the local Democratic and Republican Party chairs, and the ongoing struggle of PVAMU students for full voting rights, including fair early voting opportunities, in Waller County.

6.  My professional responsibilities involve regularly consulting with PVAMU students, faculty, and other administrators, as well as Waller County elected officials, about matters that affect the campus community, such as early voting.

7.  Based on my personal knowledge, consultation with relevant parties, and engagement with these issues, the Waller County Republican Party Chair David W. Luther and the Waller County Democratic Party Chair Rosa Harris did not consult

1

with PVAMU administrators, PVAMU students, or Prairie View City Council members before submitting their early voting agreement to the Commissioners Court for approval, or acquiescing to an early voting plan prepared by Waller County, as the case may be, in September of 2018.

8.   I attended the Waller County Commissioners' Court public hearing on October 17, 2018 to observe the proceedings and testify in favor of a proposed amendment to the County's early voting plan for the 2018 general election that would provide more early voting opportunities at PVAMU.

9.   A video recording of my testimony and of full hearing on October 17, 2018, which is true and correct based on my personal knowledge and experience, can be viewed online on the Commissioners Court page of Waller County's website at http://wallercountytx.swagit.com/play/10172018-1225.

10.   During the October 17 public hearing, in my presence and under my observation, several commissioners attempted to justify the current early voting plan based on alleged comments attributed to Ms. Rosa Harris. These commissioners indicated that early voting on PVAMU's campus at the Memorial Student Center ("MSC") had been moved from the first week to the second week of the early voting based on the supposition, attributed to Ms. Harris that it would coincide—and therefore, supposedly conflict—with homecoming.

11.   I strongly disagree with the supposition that the homecoming week is an inappropriate time for early voting.

12.   Based on my personal knowledge, gained as a proud PVAMU alumnus and current PVAMU administrator, our homecoming week began on October 22, 2018, and the

2

major activities did not begin until later in the week. Based on my personal knowledge and consultation with students and alumni, the assertion that students would be discouraged from early voting if the scheduled early voting days on campus coincided with homecoming week is inaccurate. Indeed, homecoming week is an ideal time for early voting. Alumni, for example, would encourage students to exercise their right to vote, particularly because alumni are acutely aware of the importance of that right in part because of the historical record of voting discrimination directed against PVAMU students by Texas officials and Waller County officials in particular. Moreover, the concentration of students near the MSC because that is where many homecoming activities took place would have provided ample opportunities for students to cast a ballot.

13. At the October 17 public hearing, one or more commissioners also indicated in my presence that non-student residents of Prairie View would not feel comfortable traveling to the PVAMU campus to vote, or that they would not find our parking and other facilities adequate for their needs. Based on my personal and professional knowledge and experience, these suggestions mischaracterize the nature of the relationship between the PVAMU community and residents of Prairie View and do PVAMU a disservice. In fact, many of our students are involved with volunteering activities and internships in Prairie View. Our ties with neighboring cities are much stronger than the commissioners appear to understand.

14. In addition, we at PVAMU pride ourselves on being welcoming hosts for our non-student visitors who come to PVAMU's campus to vote during early voting. We reserve a number of parking spots specifically for these voters and remind our

3

students that these spots are not available to them during voting periods. We also post signage pointing voters to the polling place, which is wheelchair-accessible.

15. During elections in the last decade, we have seen a handful of isolated incidents where, due to a miscommunication or confusion on the part of our staff, voters have received parking tickets while coming to campus to cast their ballots. We take these unfortunate incidents very seriously and work to resolve them as quickly as possible. I have personally reached out to voters and PVAMU staff to ensure that these mistakes are not repeated, and that every such ticket brought to my attention has been canceled. Because of increased clarity among PVAMU staff about our policy of reserving dedicated parking spaces for voters, we do not expect to see any similar issues in future elections. Ultimately, it is my strong opinion that any parking concerns are a logistical issue that can be addressed and resolved and, therefore, do not outweigh the importance of PVAMU students and Prairie View residents more generally having fair access to early voting, including on PVAMU's campus.

16. The MSC is ADA-compliant, including its above-mentioned access ramp and parking facilities. However, we understand that some voters with mobility issues may find it challenging to navigate nonetheless, and we take these concerns seriously. In response, during the early-voting and Election Day periods for recent elections, we have organized student volunteer mobility escorts to assist voters with

mobility issues who come to the MSC to cast their ballots. We plan to continue to provide this service for the 2020 elections and other elections going forward.

17.     It should also be noted that the PVAMU campus hosts numerous public events throughout the year—from cultural events and musical performances to veterans' appreciation days and conferences—that draw non-student attendees who reside in Prairie View, elsewhere in Waller County, and beyond. The MSC is a particularly popular location for public events, due to its large capacity, modern amenities, ADA-compliant design, ample parking, and the fact that it is well-known to students and visitors alike as a hub of activity.

18.     In short, I respectfully disagree with concern expressed by some commissioners during deliberations regarding the early voting plan for the 2018 general election that non-student residents of Prairie View, Monaville, or other areas would be uncomfortable traveling to the PVAMU campus to vote, or that PVAMU is not prepared to accommodate them during early voting. Speaking as a former mayor of Prairie View—and a resident of this city for more than 50 years—the suggestion that non-student Prairie View voters would be unwelcome, uncomfortable, or unaccommodated on our campus is absurd. In fact, we are prepared to accommodate all voters who are eligible to participate in early voting on campus, including during the homecoming week.

19.     I have also learned of concerns on the part of some Waller County officials about election security at the MSC. My understanding is that these concerns stem entirely from a single incident during the 2018 early voting period when a group of students entered the MSC auditorium to practice for a performance through a door that was

inadvertently left unlocked while the voting machines were in the room. We took this incident seriously and have worked to make sure it does not happen again. At the same time, this was an innocent mistake and was quickly corrected. We do not foresee any security issues at the MSC in future elections. Ultimately, it is my strong opinion that any security concerns at the MSC are based on an isolated incident in 2018 that does not reflect a pattern showing that MSC is an unsecure voting location. Moreover, such a concern can be addressed and, therefore, does not outweigh the importance of PVAMU students and Prairie View residents more generally having fair access to early voting, including on PVAMU's campus.

20.    Ultimately, as a Prairie View resident, former Waller County elected official, and current PVAMU administrator, I strongly believe that early voting at the MSC is necessary to ensure political participation by PVAMU students and other voters. I am aware that Prairie View residents and PVAMU students lack access to vehicles. Moreover, Waller County does not have public transportation. For this reason, it is extremely critical for Waller County to offer on-campus voting for PVAMU students. It simply is a barrier to them being able to have to scrape together a ride, the time, and other resources to travel off-campus to vote.

21.    As a Prairie View resident, former Waller County elected official, and current PVAMU administrator, I am aware of the where the Waller County Community Center ("WCC") is located and that it has been renovated in recent years, including that finally some paved parking is available outside of it. Still, the WCC is an inferior location for voting than the MSC because there is no sidewalk that leads from PVAMU's campus to it, its capacity for people is much smaller than the MSC,

its parking lot is substantially smaller than those that surround the MSC, and the WCC is used infrequently by PVAMU students as compared to the MSC which is the center of life for PVAMU's students. PVAMU students eat, meet for extracurricular activities, study, socialize, go to the bookstore, and more at the MSC.

22. In addition to my work on issues related directly to elections, I have been actively involved in advocating for Waller County officials to stop using the U.S. Post Office's ZIP Codes when assigning addresses to residents Prairie View, including in my testimony at the October 17, 2018 public hearing. My opinion is that this system is inappropriate and creates difficulties for Prairie View residents and PVAMU students.

23. Based on my personal knowledge, consultation with relevant parties, and engagement with these issues, the "rural addressing system" used by Waller County is at the heart of many complications that make it hard for residents of Prairie View, including PVAMU students, to vote on election day. This system makes it necessary and critical for Prairie View residents an PVAMU students to have equal access to early voting.

24. Based on my personal knowledge, consultation with relevant parties, and engagement with these issues, I understand that Waller County's Rural Addressing System uses the U.S. Postal Service's ZIP Codes to assign Rural Addresses to the Residents of Prairie View. Since Prairie View does not have home delivery of mail, the Rural Mail Route ("RFD") method is used.

25.     Based on my personal knowledge, consultation with relevant parties, and engagement with these issues, I understand that rural delivery of mail in Prairie View has been assigned in part to the U.S. Post Office in the City of Waller and in part to the U.S. Post Office in the City of Hempstead. The street that Prairie View officially designates Sandra Bland Parkway, and which many county officials persist in calling by its old name, University Drive (FM 1098), is the artificial dividing line used by these respective U.S. Post Offices for Rural Delivery of mail. The following description is based on my personal knowledge, consultation with relevant parties, and engagement with advocacy around ZIP Codes in Prairie View and on the PVAMU campus:

a.      Residences and buildings east of Sandra Bland Parkway are assigned to the Waller Post Office and are assigned Waller's ZIP Code (77484).

b.      Residences and other buildings west of Sandra Bland Parkway are assigned to the Hempstead Post Office and are assigned Hempstead's ZIP Code (77445).

c.      The only building in the City of Prairie View that uses the Prairie View ZIP Code (77446) is the U. S. Post Office in Prairie View.

d.      Businesses, homes, and apartments within the Prairie View city limits are shown under Waller County's rural addressing system as being located in either Waller or Hempstead. This includes university buildings on the PVAMU campus.

e.      The Prairie View City Hall has a Waller Address.

      f.      Residential subdivisions in Prairie View are given Hempstead or Waller addresses.

26.    I believe the City of Prairie View is losing its identity as an incorporated city as a result of the system maintained by Waller County officials.

27.    Based on my personal knowledge, consultation with relevant parties, and engagement with these issues, the confusion caused by Waller County's rural addressing system creates complications with UPS and FedEx delivery, as well as GPS systems.

28.    I believe the City of Prairie View may be losing sales tax revenue because of the address system as well.

29.    Based on my personal knowledge, consultation with PVAMU students and members of the Prairie View community, and engagement with these issues, the zip code confusion causes voting to become particularly challenging for students and newer residents of Prairie View, because every address in Prairie View, other than the U.S. Post Office in Prairie View, is misrepresented as being located in another city.

30.    I am aware of students and others who have been confused into believing that that they live in Hempstead or Waller because of the addresses they have been assigned by Waller County. I have become aware that many students are unsure of which precinct is appropriate for them to vote in on Election Day.

31.    I am aware of students who have gone to the wrong polling precinct, under the misapprehension that they live in either Waller or Hempstead rather than Prairie View, and have been turned away.

32.  Based on my personal knowledge, consultation with PVAMU students and members of the Prairie View community, and engagement with these issues, has dissuaded some students from voting on Election Day. This is one of the reasons of which I am aware that students rely heavily on early voting to exercise their fundamental right to vote. I have also heard of fear among students that registering with an incorrect address as a result of the ZIP Code issue could lead their registrations to be canceled.

33.  I believe that Waller County should stop using the U.S. Post Office's ZIP Codes when assigning addresses to locations in Prairie View. To the best of my knowledge, ZIP Codes are used by the Post Office to sort mail, and are not needed to dispatch Fire, Police or EMS to an address.

34.  Based on my knowledge of the importance of early voting for PVAMU students, I believe that Waller County should continue to provide PVAMU students an early voting location on campus at the MSC in the interest of fairness, practicality, and democratic justice. The County should also engage with PVAMU students when they are considering possible polling locations and making other important decisions that affect PVAMU students' ability to participate in the political process and exercise their right to vote. In the recent 2019 elections, Waller County failed to do either of these things, claiming that H.B. 1888 made it impractical to provide an early voting location on campus.

35.  One of our most sacred duties as past or present civic leaders is to help train the younger generation in the responsibilities and privileges of citizenship. Waller County should embrace this duty by making it easier, not harder, for PVAMU

10

students to vote. These students are bright, independent, wise, and excited about participating in our democracy. After all they and their predecessors have overcome to obtain and exercise their right to vote in this county, providing a polling place on-campus is the least that the commissioners court can do—it will help to remedy past and ongoing harms and foster a new generation of voters who are passionately prepared to carrying out the sacred duties of citizenship.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Frank D. Jackson

_____
Date   12/9/19