


# EXHIBIT A

# DECLARATION OF VALERIE GIBSON

My name is Valerie Gibson. I am over the age of 18 years old and fully competent to make this declaration.

Under penalty of perjury, I declare the following:

1. I am the Office of Student Engagement, Administrative Assistant at Prairie View A&M University ("PVAMU").

2. In this role, I serve as facilitator for managing/approving event space.

3. PVAMU staff, have advocated for the Memorial Student Center to serve as an early voting site, with increases in the number of early voting days and hours at this location, for the past few years.

4. These efforts have been expressed and communicated to students, community members, and Waller County elected officials.

5. The facilities at the Memorial Student Center at PVAMU would be available and could easily accommodate increases to early voting days and hours on any day from Monday, October 22 through Friday, November 2.

I declare under penalty of perjury that the forgoing is true and correct.

[signature]

Valerie Gibson

10/22/2018

Date