PLAINTIFF'S EXHIBIT 26

# EXHIBIT E

## DECLARATION OF DAMON JOHNSON

My name is Damon Johnson and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am 19 years old and a sophomore majoring in chemical engineering at Prairie View A&M University ("PVAMU").

2. I am a Black registered voter in the State of Texas and have voted in Prairie View during my time as a PVAMU student.

3. I have used early voting and take advantage of it whenever it is available because I have a busy student and activity schedule.

4. I serve on PVAMU's Student Government Association as a senator of business. I am also a member of the following organizations: the Prairie View Consulting Association, Chemistry Club, American Institution for Chemical Engineers, and the Speech and Debate Club.

5. I live off campus within walking distance to PVAMU, but do not have a car. I travel almost every week out-of-town for Speech and Debate Club activities, relying on transportation that PVAMU provides.

6. In the past, I have relied on others for a ride to off-campus polling locations, but sometimes I was unable to get rides due to my schedule. When I was unable to get rides, I missed out on voting.

7. The Memorial Student Center that is on campus is centrally located and most accessible to me for early voting as I can pass through there between classes and club activities.

8. My understanding is that early voting has been offered at an off-campus community center. I do not know where that is and because I do not have a car, I would have to find a ride there.

9. On October 21, 2018, a fellow student contacted and informed me that early voting had been cut at PVAMU for the first week and there would be limited on campus early voting in the second week. That was the first time I was made aware of the lack of early voting opportunities at PVAMU.

10. Due to my busy schedule and lack of a vehicle, I do not believe that Waller County's current allocation of early voting opportunities is sufficient, practical or fair to many students such as myself.

11. I believe that early voting opportunities should be provided to PVAMU students and Prairie View residents on an equal basis with other residents of Waller County.

I declare under penalty of perjury that the forgoing is true and correct.

_Damon Johnson_

10/22/18
Date