PLAINTIFF'S EXHIBIT
**28**

# EXHIBIT G

## DECLARATION OF RAUL SANCHEZ

My name is Raul Sanchez and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am 19 years old and a sophomore majoring in business management at Prairie View A&M University ("PVAMU").

2. I am a Hispanic registered voter in the State of Texas and have voted in Prairie View during my time as a PVAMU student.

3. I use early voting due to my student schedule and because I do not have a car.

4. I am in the Power Lifting Club and am a member of two church groups at PVAMU.

5. I live off campus and rely on the shuttle provided by PVAMU to get to and from campus. I do not have a car so I have to call people to get a ride off campus. Sometimes I am late to class or miss class entirely because I do not have a vehicle.

6. The Memorial Student Center is centrally located, everyone passes through it, so it is most convenient and accessible location for early voting students like me.

7. I understand that the County has offered early voting off-campus at a community center. I do not know where that is and would have to ask for a ride to get there.

8. I was not aware of the cuts to early voting at PVAMU until October 21, 2018 when a fellow student contacted and informed me there would be only a few days of on-campus early voting over the course of one week.

9. Due to my busy schedule and lack of a vehicle, I do not believe that Waller County's current allocation of early voting opportunities is adequate, practical or fair to many students such as myself.

10. I believe that early voting opportunities should be provided to PVAMU students and Prairie View residents on an equal basis with other residents of Waller County.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Raul Sanchez

10/22/18
Date