

PLAINTIFF'S EXHIBIT 29

# EXHIBIT H

## DECLARATION OF TREASURE SMITH

My name is Treasure Smith and I am over the age of 18 and fully competent to make this declaration. Under penalty of perjury, I declare the following:

1. I am 20 years old and a sophomore majoring in Criminal Justice at Prairie View A&M University ("PVAMU").

2. I am a Black registered voter in the State of Texas and have voted in Prairie View during my time as a PVAMU student.

3. I use early voting because I have a busy student, work, and activity schedule.

4. I work part-time and I am a member of the speech and debate team with which I travel frequently each month for team activities.

5. I live off campus in the Panther Hill Apartments and do not have a car. PVAMU provides a shuttle that only travels to and from campus. I must rely on rides from others to travel off-campus and work around their schedules and mine.

6. The PVAMU on-campus student center is a much more accessible and central voting location than off-campus voting sites for many students like me without a vehicle who have busy schedules.

7. I only learned of Waller County's decision to provide fewer early voting opportunities to Prairie View than to other cities elsewhere in the County from a fellow student on October 21, 2018.

8. I believe it is unfair that other predominantly white areas or smaller areas have up to 11 days of early voting over two weeks while PVAMU, which has a predominantly black student-body, has only 3 days of early voting on campus in the second week.

9. Due to our large student population, many of whom have busy schedules and do not have a vehicle, I believe there should be equal opportunities for early voting at PVAMU comparable to other parts of Waller County. Many students will have a problem adjusting their schedules to ask for or catch a ride to vote off-campus, denying us a voice in our democratic process.

I declare under penalty of perjury that the forgoing is true and correct.

_____
Treasure Smith

10/21/2018
_____
Date