Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

---

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                   HOUSTON DIVISION

 3  JAYLA ALLEN, DAMON        )
    JOHNSON, TREASURE SMITH,  )
 4  AND THE PANTHER PARTY,    )
        Plaintiffs,           )
 5                            )
    VS.                       )  CIVIL ACTION NO.:
 6                            )  4:18-CV-3985
    WALLER COUNTY TEXAS; THE  )
 7  WALLER COUNTY             )
    COMMISSIONERS COURT;      )
 8  JUDGE CARBETT "TREY" J.   )
    DUHON III, IN HIS         )
 9  OFFICIAL CAPACITY AS THE  )
    WALLER COUNTY JUDGE; AND  )
10  CHRISTY A. EASON, IN HER  )
    OFFICIAL CAPACITY AS THE  )
11  WALLER COUNTY ELECTIONS   )
    ADMINISTRATOR,            )
12      Defendants.           )

13      *******************************************
              ORAL DEPOSITION OF
14               TREASURE SMITH
                OCTOBER 10, 2019
15      *******************************************

16          ORAL DEPOSITION OF TREASURE SMITH, produced as

17  a witness at the instance of the Defendants and duly

18  sworn, was taken in the above-styled and numbered cause

19  on OCTOBER 10, 2019, from 2:40 p.m. to 5:26 p.m., before

20  SHERRI SANTMAN FISHER, Certified Shorthand Reporter in

21  and for the State of Texas, reported by machine

22  shorthand, at the University Square Clubhouse, 502 Anne

23  Preston Street, Prairie View, Texas, pursuant to the

24  Federal Rules of Civil Procedure and the provisions

25  stated on the record or attached hereto.
```

---

**Page 3**

```
 1                      INDEX
                                        PAGE
 2
    Appearances                         2
 3
    Stipulations                        4
 4
    Examination by Mr. Seaquist         4
 5     2:40 p.m. - 3:00 p.m.
       3:05 p.m. - 3:53 p.m.
 6     4:16 p.m. - 4:38 p.m.
       4:42 p.m. - 5:00 p.m.
 7     5:09 p.m. - 5:11 p.m.
    Examination by Ms. Harrison         90
 8     5:11 p.m. - 5:26 p.m.
 9
    Changes and Corrections             104
10
    Signature                           105
11
    Reporter's Certification            106
12
13                 EXHIBIT INDEX
14  NO.   DESCRIPTION                PAGE
15  1  Plaintiff Treasure Smith's Response and  17
       Objections to Defendant Waller County's
16     First Set of Interrogatories
17  2  Prairie View A&M University Map      20
18  3  Google Map                          51
19  4  Course Schedule                     58
20  5  Twitter Post Dated October 25, 2018 76
21
22
23
24
25
```

PLAINTIFF'S
EXHIBIT

**35**

---

**Page 2**

```
 1                  APPEARANCES
 2
 3  FOR THE PLAINTIFFS:
 4    MS. LEAH ADEN
      MR. JOHN CUSICK
 5    NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.
      40 Rector Street
 6    Fifth Floor
      New York, New York 10006-1738
 7    212-965-7715/212-226-7592 (fax)
      laden@naacpldf.org
 8    jcusick@naacpldf.org
 9    MS. JULIE GOODRICH HARRISON
      NORTON ROSE FULBRIGHT US LLP
10    1301 McKinney
      Suite 5100
11    Houston, Texas 77010-3095
      713-651-5151/713-651-5246 (fax)
12    julie.harrison@nortonrosefulbright.com
13
    FOR THE DEFENDANTS:
14
      MR. GUNNAR P. SEAQUIST
15    BICKERSTAFF HEATH DELGADO ACOSTA LLP
      3711 South Mopac Expressway
16    Building 1, Suite 300
      Austin, Texas 78746
17    512-472-8021/512-320-5638 (fax)
      gseaquist@bickerstaff.com
18
      MS. ELIZABETH DORSEY
19    WALLER COUNTY DISTRICT ATTORNEY'S OFFICE
      645 12th Street
20    Hempstead, Texas 77445
      979-826-7718/979-826-7722 (fax)
21    e.dorsey@wallercounty.us
22
23  ALSO PRESENT:
24    Steven Lance
25
```

---

**Page 4**

```
 1          (Witness sworn)
 2          MR. SEAQUIST:  Okay.  Before we get
 3  started, for the record, counsel have conferred prior to
 4  the deposition and we're going to agree to waive the
 5  reading requirements under Federal Rule Civil -- Federal
 6  Rule of Civil Procedure 30(b)(5).
 7          MS. HARRISON:  That's correct.
 8          MR. SEAQUIST:  And for purposes of the
 9  deposition, I think we've also agreed that objection,
10  form, will be sufficient to preserve any form
11  objections.
12          MS. HARRISON:  Yes, we agree to that.
13          MR. SEAQUIST:  Okay.
14          TREASURE SMITH,
15  having been first duly sworn, testified as follows:
16               EXAMINATION
17  BY MR. SEAQUIST:
18      Q.  Good afternoon, Ms. Smith.  My name is Gunnar
19  Seaquist.  I don't think you and I have met before
20  today.  Is that right?
21      A.  Like two minutes ago.
22      Q.  Okay.
23      A.  Okay.  Yeah.  Didn't we shake hands?  Your hand
24  was cold.
25      Q.  That's right.
```

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 5

1        I represent the defendants in the lawsuit
2 in which you are a named plaintiff. Do you understand
3 that?
4    A. Yes, sir.
5    Q. Okay. Have you ever given a deposition before?
6    A. No, sir.
7    Q. All right. We will go over just a few -- a few
8 of the guidelines.
9        We have our court reporter here today. I
10 talk too fast, so I'm going to talk a little more slowly
11 if I can. But we need her to be able to take down
12 everything that you and I say to each other.
13        And so if you will do your very best,
14 please, to wait until I ask my full question before you
15 start your answer and I am going to do my very best to
16 wait until you've given your full answer before I ask my
17 next question. That way, we're not talking over each
18 other. Okay?
19    A. Okay.
20    Q. Also, when we're just talking without a court
21 reporter, we'll often use nonverbal cues, headshakes,
22 head nods. We use uh-huh or huh-uh. On the transcript
23 those things don't come out. And so I need you to
24 answer out loud verbally and with yeses or nos where
25 appropriate.

Page 6

1        If for some reason you don't do that, I'll
2 kind of prod you for a yes or a no. I'm not trying to
3 be rude. I'm just trying to get a good record. Okay?
4    A. Okay.
5    Q. Okay. The other thing is we've been at this
6 for a while now, so I guarantee you that at some point
7 this afternoon I'm going to ask you a question that's
8 poorly worded or doesn't make sense for some reason.
9        If I do that, please can we have an
10 understanding -- or if you don't understand my question,
11 can we have an agreement that you'll ask me to clarify?
12    A. Okay.
13    Q. Okay. And can we also have an agreement then
14 that if you do answer one of my questions, you
15 understood it and gave the best answer you could?
16    A. Uh-huh. I mean, yes. Sorry. You said don't
17 say uh-huh.
18    Q. It happens to us all.
19        Also, this is not a marathon. If you need
20 a break at any point, just let me know. We can take a
21 break. I would just ask that if there's a question on
22 the table that you answer that question and then we'll
23 take a break. Okay?
24    A. Okay.
25    Q. All right. Will you give us your full name for

Page 7

1 the record, please?
2    A. Treasure Smith.
3    Q. Okay. Ms. Smith, is there any reason that you
4 would be unable to understand or truthfully answer any
5 of my questions today?
6    A. No, sir.
7    Q. For example, are you taking any medications
8 that would impair your ability to understand my
9 questions?
10    A. No, sir.
11    Q. Okay. And are you ready to proceed with the
12 deposition today?
13    A. Yes, sir.
14    Q. What have you done to prepare for the
15 deposition today?
16    A. Met with my attorneys.
17    Q. Okay. When you say your attorneys, are you
18 talking about the lawyers that are in the room today?
19    A. Yes, sir.
20    Q. Okay. And that's Julie Harrison from the
21 Norton-Rose law firm, correct?
22    A. Yes, sir.
23    Q. And then we have Leah Aden, John Cusick, and
24 Steven Lance from the NAACP Legal Defense Fund.
25    A. Yes, sir.

Page 8

1    Q. All right. You were able to meet with all of
2 them prior to your deposition?
3    A. Yes, sir.
4    Q. Okay. About how long would you say you spent
5 meeting with counsel before the deposition today?
6    A. 30 minutes to an hour, 45. I would say about
7 45 minutes.
8    Q. In addition to meeting with counsel, did you
9 review any documents before the deposition?
10    A. Yes.
11    Q. What did you look at?
12    A. This. It's just transcripts, things that I had
13 to get notarized earlier, this here.
14    Q. Okay. Are those the interrogatory responses or
15 the responses to some questions that we had asked for
16 you to answer as a plaintiff in this case?
17    A. Yes, sir.
18    Q. Okay. And you swore to the truth of the
19 statements you gave in those responses?
20    A. Yes, sir.
21    Q. Other than your interrogatory responses, is
22 there any -- are there any other documents that you have
23 reviewed before the deposition today?
24    A. No, sir.
25    Q. Did you prepare any documents or make any

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

---

Page 9

1  written notes --
2      A.  No.
3      Q.  -- in anticipation of your deposition today?
4      A.  No.
5      Q.  Okay.  Before we talk about the substance of
6  the case, I'm just going to get a little bit of
7  background about you.
8          Can you tell me where -- or what year you
9  were born, please?
10     A.  1998.
11     Q.  And where were you born?
12     A.  Houston, Texas.
13     Q.  Did you grow up in Houston?
14     A.  Yes, sir.
15     Q.  What area of Houston?
16     A.  Houston is a city, so like I don't know --
17  like --
18     Q.  Any particular -- north, south, east, west?
19     A.  South.
20     Q.  South Houston?
21         Do you have any siblings?
22     A.  Yes.
23     Q.  How many?
24     A.  Four.
25     Q.  Are they older, younger, all of the above?

---

Page 10

1      A.  All of the above.  One older and three younger.
2      Q.  Have any of your siblings attended Prairie View
3  A&M ahead of you?
4      A.  No.
5      Q.  Throughout the deposition today I may say
6  Prairie View A&M or I may say PVAMU.  Do you understand
7  what we're talking about when I say those things?
8      A.  Uh-huh.  Yes.  Sorry.
9      Q.  Either of your parents alumni at Prairie View
10  A&M?
11     A.  No, sir.
12     Q.  Anybody else in your family go to Prairie View
13  A&M before you?
14     A.  Yes, sir.
15     Q.  Who is that?
16     A.  A cousin.
17     Q.  Do you know what year your cousin graduated?
18     A.  The year before last year, so that was 2018.
19     Q.  So 2017?
20     A.  I think it was 2018.  2018.
21     Q.  That sounds right.
22     A.  Sorry.  That was last year.
23     Q.  Do your parents have college degrees?
24     A.  No.
25     Q.  Okay.  In your nuclear family, are you the

---

Page 11

1  first generation to go to college?
2      A.  No.
3      Q.  Okay.  You have one of your older siblings that
4  went to college?
5      A.  No.
6      Q.  Okay.  Who else has gone to college in your
7  family?
8      A.  My grandma.  Wait.  Does she count nuclear?
9      Q.  Did she go to Prairie View A&M?
10     A.  No.
11     Q.  Okay.  She certainly counts, but --
12     A.  Huh?
13     Q.  What did you -- what does your father do for a
14  living?
15     A.  I don't know.  He's out of the picture.
16     Q.  Okay.  What about your mom?
17     A.  She's a realtor.
18     Q.  Where did you attend high school?
19     A.  Willowridge High School.
20     Q.  Can you spell that for me?
21     A.  W-i-l-l-o-w-r-i-d-g-e.
22     Q.  What year did you graduate?
23     A.  2017.
24     Q.  And when did you start at Prairie View A&M?
25     A.  The summer of 2017, in June -- sorry.  I was

---

Page 12

1  still trying to figure it out in my head because it was
2  summer program.  I think it was -- it was June, I think.
3      Q.  Did you attend summer school?
4      A.  They had a program for incoming freshmen and
5  everything was paid for.
6      Q.  Okay.  And so where did you stay for that
7  summer program?
8      A.  In the dorm rooms.
9      Q.  Which dorm was it?
10     A.  45.  I don't know if it had a name.  Just
11  45.  It was Building 45.
12     Q.  So that was starting in June of 2017?
13     A.  Yes, sir.
14     Q.  Have you declared a major?
15     A.  Yes, sir.
16     Q.  What is your major?
17     A.  Criminal justice.
18     Q.  And are you a junior this year?
19     A.  Yes, sir.
20     Q.  How did you choose Prairie View as the
21  university you wanted to attend?
22     A.  Based off of the cost.  It wasn't that pricey.
23  It wasn't too far from home and it wasn't too close.
24  And they gave me a lot of money -- well, not a lot of
25  money, but it was paid for.  A good portion of it was

---

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 13

1  paid for.
2    Q.  You got some scholarship?
3    A.  Yeah, and grant money, too.
4    Q.  To your knowledge, has anybody else in your
5  family ever lived in Waller County?
6    A.  No, sir.
7    Q.  Well, you said you had the one cousin who went
8  to Prairie View, but I guess other than that?
9    A.  Yeah, but she didn't live here.  She was older,
10  so she commuted.
11   Q.  From Houston?
12   A.  (Nod affirmative).
13   Q.  Okay.
14       MS. ADEN:  Was that a yes?
15       THE WITNESS:  Oh, sorry.  Yes.  She
16  commuted, yes.
17   Q.  (BY MR. SEAQUIST)  See, sometimes I'll forget to
18  remind you.
19   A.  Yes.  I was about to say --
20   Q.  Do you pay your own tuition at Prairie View?
21   A.  Yes.
22   Q.  Does your mom pay part of the tuition for you?
23   A.  No.
24   Q.  Are you married?
25   A.  No.

Page 14

1    Q.  Do you have any children?
2    A.  No.
3    Q.  Are you currently employed?
4    A.  Yes.
5    Q.  Where do you work?
6    A.  The student rec center.
7    Q.  And what's your position at the student rec
8  center?
9    A.  Assistant.
10   Q.  How long have you been in that position?
11   A.  Two and a half years, because I started as soon
12  as I got here.
13   Q.  So in the summer of --
14   A.  Oh, sorry.  No.  I started like when the actual
15  school year started.
16   Q.  Starting in the fall of 2017?
17   A.  Yes, sir.
18   Q.  Is that a work study position or --
19   A.  Yes.
20   Q.  How many hours a week do you work?
21   A.  20, 22.
22   Q.  And has that been consistent since you started?
23   A.  Yes.
24   Q.  What is your work schedule?
25   A.  Well, it depends, because my schedule changes

Page 15

1  like every semester.
2    Q.  Okay.
3    A.  So I make it to go with that.  So currently, on
4  Tuesdays and Thursdays I do 6:45 to 10:00; and then
5  Monday, Wednesday, and Friday I do 9:45 to 12:00.  And
6  sometimes I may pick up a shift if like one of my clubs'
7  meetings gets canceled or a class gets canceled and I'm
8  stuck on campus, so I'll just like pick up an extra
9  shift and that will probably be like 1:45 to 6:00.
10   Q.  Okay.  When you say 6:45 to 10:00, is that
11  a.m.?
12   A.  Yes, sir.
13   Q.  Okay.  And the same question for 9:45 to 12:00.
14  Would that be a.m.?
15   A.  Yes.  12:00 p.m.
16   Q.  Do you remember what your work schedule was for
17  the fall semester of 2018, last year?
18   A.  No, sir.  I don't even remember what my class
19  schedule was.
20   Q.  Okay.
21   A.  I remember for the spring of 2019, though.
22   Q.  For 2019?
23   A.  Huh?
24   Q.  For 2019 you remember?
25   A.  Yes, the spring of 2019.

Page 16

1    Q.  But you're not sure what your work schedule was
2  in the fall of 2018.
3    A.  No, sir.
4    Q.  Has it typically -- when you have worked, has
5  it typically been in the morning?
6    A.  No, because sometimes I have morning classes
7  and I also have to stay with the times of the shuttle.
8  Like this time I've done the 6:45 because someone lives
9  in the same apartments as me and she works a 6:45
10  schedule, so I can ride with her.  But usually I can't
11  take a shift until after like 8:00 because the first
12  shuttle doesn't come until after 8:00.
13   Q.  Is the shuttle pretty reliable?
14   A.  No.
15   Q.  In what way?
16   A.  I'm usually late for class.  This one
17  professor, he had a five-minute rule.  It was last
18  spring.  And his class didn't start until 1:00 p.m.; but
19  just to be on the safe side, I would always be on campus
20  by 11:00 or 10:00 or something because I don't want to
21  risk like him not allowing me to come to class.  Even if
22  you tell him like it was the shuttle's fault, he's like
23  "I don't care.  I want to see documentation.  And you
24  still can't come in for the class."
25   Q.  So sometimes the shuttle runs late.

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 17

1    A.  Yes.
2        MR. SEAQUIST:  Okay.  I'm going to mark
3  Exhibit 1.
4        (Exhibit No. 1 marked)
5    Q.  (BY MR. SEAQUIST) Do you recognize, Ms. Smith,
6  what I've just handed you as Exhibit 1?
7    A.  Yes.
8    Q.  And are these the interrogatory responses that
9  you had reviewed prior to the deposition today?
10   A.  Yes.
11   Q.  Okay.  Now, before coming to school at Prairie
12  View A&M, were you living with your mom in Houston?
13   A.  Yes.
14   Q.  And you provided us an address of 16015
15  Beckbridge.  Is that a correct address?
16   A.  Yes.
17   Q.  And that's in Houston?
18   A.  Yes, sir.
19   Q.  All right.  But it's in a part of Houston
20  that's in Fort Bend County?
21   A.  Yes.
22   Q.  Your interrogatories say that after you turned
23  18, you first registered to vote in Fort Bend County.
24  Is that right?
25   A.  Yes.

Page 18

1    Q.  All right.  When did you turn 18?
2    A.  September 9th.  Oh, the year.  2016.
3    Q.  And do you remember when you first registered
4  to vote?
5    A.  Yes.
6    Q.  When was that?
7    A.  Oh, sorry.  I don't remember the exact date.  I
8  just know it was before the election.  And that was an
9  election year, presidential election, so it was a big
10  deal for everyone to register to vote, so --
11   Q.  So you registered before the election?
12   A.  Yes, sir.
13   Q.  The 2016 presidential election.
14   A.  Yes, sir.
15   Q.  Do you remember how you first registered?
16   A.  Yes.
17   Q.  What did you do?
18   A.  I went to the DPS office and I was needing an
19  ID as well, and they asked about that and I registered
20  to vote as well.
21   Q.  Okay.  And did you ever vote in Fort Bend
22  County?
23   A.  No, sir.
24   Q.  Did you vote in the 2016 presidential election?
25   A.  No, sir.

Page 19

1    Q.  Do you know or were you aware of where the
2  polling place was for the -- for your precinct for the
3  2016 election?
4    A.  Yes.  It was an elementary school like five
5  minutes away.
6    Q.  Do you know roughly how far in distance that
7  was?
8    A.  The walk would probably be about 20 minutes.
9  Driving, five minutes.  I don't know like exact mileage
10  or anything.
11   Q.  Okay.  Maybe a mile or two?
12   A.  I don't know.  I'm not that good.  Sorry.
13   Q.  That's okay.
14   A.  I don't really know mileage.
15   Q.  When did you -- let me ask you this.  Do you
16  know whether there was early voting available to you in
17  Fort Bend County in the 2016 presidential election?
18   A.  No, I'm not exactly aware.
19   Q.  You don't know one way or the other?
20   A.  No.  Sorry.
21   Q.  Okay.  But you ultimately didn't vote in that
22  election?
23   A.  No, sir.
24   Q.  Was there a particular reason why you chose not
25  to?

Page 20

1    A.  Yes, sir.
2    Q.  What was that?
3    A.  I didn't support either candidate.
4    Q.  Okay.
5    A.  But now I know that's not a good move.
6    Q.  Your interrogatories say that when you came to
7  Prairie View, you lived at 100 University Drive,
8  Building 45.  Is that right?
9    A.  Yes, sir.
10   Q.  Which residential hall is that or housing?
11   A.  It's the UC, Universal College.  It's literally
12  across from here.
13   Q.  The University College?
14   A.  Uh-huh.  I mean, yes.  Sorry.
15   Q.  But students refer to it as the UC?
16   A.  Yes, sir.
17   Q.  And that's on-campus housing, correct?
18   A.  Yes, sir.
19   Q.  Is it a dorm or apartment style?
20   A.  Dorm.
21       MR. SEAQUIST:  I'm going to mark Exhibit
22  2.
23       (Exhibit No. 2 marked)
24   Q.  (BY MR. SEAQUIST) I'll hand you what I've
25  marked as Exhibit 2.

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 21

1    A.  Thank you.
2    Q.  Do you recognize Exhibit 2 to be a map of the
3  campus of Prairie View A&M University?
4    A.  Yes.  This is my first time looking at an
5  actual map, but -- not an actual map, but of the school,
6  because I have GPS on my phone.  But yeah.
7        MS. ADEN:  Gunnar, do you mind if we just
8  take a quick break unrelated to the questions?  I just
9  want to make sure she's comfortable with something.
10       MR. SEAQUIST:  I do.
11       MS. ADEN:  You don't mind.
12       MR. SEAQUIST:  I do not mind.
13       MS. ADEN:  Okay.
14       (Recess from 3:00 p.m. to 3:05 p.m.)
15   Q.  (BY MR. SEAQUIST) Okay.  Before we went off the
16  record, I had just handed you a copy of the campus map.
17  And I think you had said that you had not seen this
18  particular map before.  Is that correct?
19   A.  Yes.
20   Q.  All right.  And in fact --
21   A.  But I'm not denying that it's like accurate or
22  anything.
23   Q.  Okay.  I appreciate that.
24       One thing you did say that was interesting
25  is you said that you use your phone to locate where

Page 22

1  you're going?
2    A.  Yes.
3    Q.  What did you mean by that?
4    A.  There's a PVAMU app and it navigates you around
5  campus.
6    Q.  Okay.  Does your phone also have a mapping app
7  on it?
8    A.  Yes.
9    Q.  All right.  You told us that you -- in the
10  first year that you were here, you lived at the
11  University College dorm.
12   A.  Yes, sir.
13   Q.  I don't know if you can see it.  The writing is
14  pretty small on here.  But on the map, in the legend,
15  the University College shows up as No. 7.  Can you see
16  the No. 7 on the map?  And I'll help you out.  It's
17  right here.
18       THE WITNESS:  Can you show me?
19       I'm sorry.  I just can't -- that's kind of
20  hard.
21       MR. SEAQUIST:  No, that's just fine.
22       MS. HARRISON:  So that one is No. 7.
23       THE WITNESS:  Okay.  Thanks.
24       Yes, I see it.
25   Q.  (BY MR. SEAQUIST) And does that accurately

Page 23

1  reflect where you were living on campus?
2    A.  Yes, sir.
3    Q.  Okay.  For the 2017 to 2018 school year.
4    A.  Yes.
5        Wait.  2018-2019.  Wait.
6    Q.  2017 to 2018, I think.
7    A.  Yes.  Sorry.
8    Q.  That's fine.
9        Did you have to pay a housing cost to live
10  on campus?
11   A.  Yes.
12   Q.  Is that something you got a scholarship or
13  grant for or is that something you had to pay for
14  yourself?
15   A.  Yes.  I mean, like nothing paid for -- the room
16  and board was separate pay.  So, yes, I had to pay for
17  that on my own.
18   Q.  And did you receive any assistance in paying
19  that from your mom?
20   A.  No.
21   Q.  Did you receive any assistance from anybody
22  else in your family in terms of paying either tuition or
23  room and board?
24   A.  Yes.  My grandma helped pay for the deposit
25  because before -- like the deposit was due in December

Page 24

1  when I was still a senior in high school.
2    Q.  Did you have a meal plan for the 2017 to 2018
3  school year, that is, the year when you first got here?
4    A.  Yes.
5    Q.  And where does that meal plan allow you to eat
6  on campus?
7    A.  Okay.  So there's The Zone back here and then
8  there's this place called Jazzman's Cafe next to the
9  library and then there's the MSC, which is the student
10  cafeteria, and there's also like snacks in the bookstore
11  and you can use that as well.
12   Q.  And how many meals a day does that cover?
13   A.  Three days during the week, two days on
14  weekends.
15   Q.  During your first year at Prairie View, did you
16  ever go back home to Houston on the weekends?
17   A.  Yes, sir.
18   Q.  How often would you do that?
19   A.  The first -- September is my birthday.  I went
20  home in September.  But August, there was like a storm
21  or something like that, so everyone was kind of stuck at
22  school.  So I went back for my birthday, maybe two weeks
23  after.  But after that, it's just like a month.  It goes
24  by really fast.  The month of October is homecoming.
25  And then I just waited until the Thanksgiving break,

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 25

1  came back. And then I went back home for the Christmas
2  break.
3      Q.   For the times that you did go home, how did you
4  get there?
5      A.   My mom.
6      Q.   Your mom would come pick you up?
7      A.   Yes, sir.
8      Q.   And in terms of getting back to campus, how did
9  you get back?
10     A.   My mom, she would take me. But eventually I
11  found out, which is pretty ironic, that my roommate --
12  she lived somewhere in the same location as me; and one
13  day I caught a ride back with her, her parents, because
14  she didn't have transportation either.
15     Q.   When you first got to campus in 2017, were you
16  given any information about how to register to vote as a
17  PVAMU student?
18     A.   No. Well, yes. Like in what way? Like during
19  Welcome Day?
20     Q.   Just -- you tell me. How did you get
21  information on how to register to vote here?
22     A.   Okay. There was a speaker that came to one of
23  our classes and she said she was deputized to register
24  to vote and, if you're interested in enacting change,
25  come sign up. And then we had to fill out a voter

Page 26

1  registration card and she said in about two or three
2  weeks we would get something in the mail and we would be
3  eligible to vote.
4      Q.   Okay. Do you remember who that speaker was?
5      A.   No, sir.
6      Q.   Do you remember whether she was -- you said it
7  was a she, right?
8      A.   Yes, it was a she.
9      Q.   Do you remember whether she was with a
10  particular group or organization?
11     A.   No. But she was advocating on behalf of
12  someone.
13     Q.   Okay. Do you remember who she was advocating
14  on behalf of?
15     A.   Sandra Bland. I don't know if you're familiar
16  with her. She's kind of someone known around campus,
17  may she rest in peace.
18     Q.   So she came to your class to speak about Sandra
19  Bland?
20     A.   Well, it was about voting and the importance of
21  voting. And I guess that was more of the sympathetic
22  approach, to find like somewhere in the middle for us to
23  relate, like why is this important to us, how could this
24  affect us. And that was her way of like relating to the
25  students by using this example of someone who went here.

Page 27

1  Well, she didn't go here. She didn't go here. Sorry.
2      Q.   You're doing just fine. Thank you.
3          Okay. But you don't -- the woman who came
4  and advocated for Sandra Bland or spoke about voting,
5  you don't remember specifically whether she was with any
6  particular organization.
7      A.   No. I said she wasn't. She wasn't.
8      Q.   Okay. And so you registered to vote in the
9  fall of 2017?
10     A.   Yes, sir.
11     Q.   Do you remember which month you registered in?
12     A.   Not exactly. I'm going to go out on a limb and
13  say September.
14     Q.   And you said you filled out a card?
15     A.   Yes, sir.
16     Q.   Where -- did the lady who came to speak to you
17  guys give you the card or did you get the card
18  elsewhere?
19     A.   She gave us the card.
20     Q.   And did you register using the 100 University
21  address?
22     A.   Yes, sir.
23     Q.   Did you have any problems registering to vote?
24     A.   No, sir.
25     Q.   And did you get confirmation that your

Page 28

1  registration had been accepted as you were told you
2  would?
3      A.   Yes, sir. I got a card with a yellow sticker.
4      Q.   Do you know what voting precinct you lived in
5  when you were on campus at the University College?
6      A.   No, sir.
7      Q.   If I told you it was 309, would that ring a
8  bell for you?
9      A.   No, sir.
10     Q.   Okay. In reading your answer to Interrogatory
11  No. 5, which is Exhibit 1 that I gave you, you say that
12  the -- to the best of your knowledge and recollection,
13  the first election you voted in was the 2017 general
14  election.
15     A.   Yes, sir.
16     Q.   And is that still your recollection today?
17     A.   Yes, sir.
18     Q.   Do you remember -- if you need a minute to look
19  at it, that's fine.
20     A.   Sorry.
21     Q.   Do you remember what the subject of the 2017
22  November election was?
23     A.   Yes.
24     Q.   What do you remember?
25     A.   They -- okay. I'm sorry if I say "they". I

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 29

1  don't know specific names.  But the elected officials in
2  position, they were proposing building a jail; and us,
3  as students, we didn't want that because we felt like it
4  would bring down the value of the university because it
5  would be near it and other reasons like, okay, we would
6  be policed more and who would fill up these jails, would
7  it be more brown and black students.
8          Like so we had concerns like that.  So
9  that was the topic of that election.  And it was a
10 really big deal.  And we had like an entire forum in the
11 Juvenile Justice Building trying to bring awareness to
12 it and make sure students like understand how this is a
13 pressing matter.
14     Q.  So you recall in 2017 -- in November of 2017
15 there was a jail bond election; is that right?
16     A.  Yes, sir.
17     Q.  And what do you understand a bond election to
18 be?
19     A.  I don't really know.  But I assume, based on my
20 understanding, to vote whether or not they will or will
21 not do it or whether or not it would be this amount of
22 money put into it or something like that.
23     Q.  Do you know whether the bond election passed or
24 not?
25     A.  To my knowledge, it did go through.

Page 30

1      Q.  Do you know whether the County is building a
2  new jail facility?
3      A.  I heard different reasons why.  I don't know if
4  it's the truth or not because I feel like I'm just a
5  low-ranked student.  They wouldn't tell us the absolute
6  truth.  Some people were saying because the one they
7  have is not up to code.  It's really old.
8      Q.  You're talking about your understanding of the
9  reasons for why they wanted to build a new jail.
10     A.  Yes.
11     Q.  My question is a little different than that,
12 which is:  Do you know whether, in fact, the County ever
13 began building the new jail facility?
14     A.  I don't think they did.  Did they?
15     Q.  Did -- I can't answer questions from you.  I've
16 got to ask you.
17     A.  Sorry.
18     Q.  That's okay.
19     A.  I wasn't trying to question you.
20     Q.  No.  That's just fine.
21     A.  I'll just look it up after.
22     Q.  Okay.  As far as you know, though, there's not
23 been any jail built in Prairie View?
24     A.  Yes, sir.
25     Q.  You had talked a little bit about some of the

Page 31

1  events that you had participated in leading up to the
2  election in November of 2017.  And one of the things you
3  said was "We held a forum."  Do you remember that
4  testimony?
5      A.  That I just said like two seconds ago?
6      Q.  Yes.
7      A.  Yes.
8      Q.  Okay.  When you say "We held a forum," who is
9  the "we"?
10     A.  The Panther Party.
11     Q.  Anyone else?
12     A.  No, sir.
13         Well, sorry.  I take that back.  I believe
14 members of City Council were there.
15     Q.  Was the Student Government Association involved
16 in holding that forum?
17     A.  SGA?  I don't think so, but maybe.
18     Q.  Any other organizations that you can think of
19 that were a part of that particular forum?
20     A.  No, sir.  There may have been -- some
21 professors may have offered extra credit to show up
22 because it was pretty full.
23     Q.  It was pretty what?  I'm sorry.
24     A.  The room was full.  Like it was really big and
25 it's kind of hard to fill that up, but it was packed.

Page 32

1      Q.  Okay.  Other than that forum, were there any
2  other events that you participated in that you can
3  recall in anticipation of the election in November of
4  2017?
5      A.  No, sir.
6      Q.  Do you remember participating in -- well,
7  that's okay.
8          You just mentioned The Panther Party was
9  one of the organizations that participated in the forum
10 you discussed.  Your interrogatories suggest that you
11 are a member of The Panther Party.  Is that right?
12     A.  At the time, yes.
13     Q.  When did you sign up to be a member of The
14 Panther Party?
15     A.  Probably like September 2017.
16     Q.  And how did you find out about The Panther
17 Party?
18     A.  Well, I was on the speech and debate team; and
19 I think the guy who was the president, he came and was
20 recruiting people and like giving us flyers; and I just
21 decided to show up.
22     Q.  Okay.  Was that Joshua Muhammad?
23     A.  Yes.
24     Q.  Did you attend any meetings -- do you know what
25 I'm referring to when I talk about the Waller County

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

---

Page 33

1  Commissioners Court?
2      A.  Yes, sir, I've become familiar with that.
3      Q.  Okay.  Did you attend any meetings of the
4  Waller County Commissioners Court in the fall of 2017?
5      A.  No, sir.
6      Q.  So no Commissioners Court meetings about the
7  2017 election.
8      A.  No, sir.
9      Q.  Did you talk to or otherwise communicate with,
10  e-mail, text, whatever, any officials or employees of
11  Waller County in advance of the 2017 election?
12      A.  No, sir.
13      Q.  Did you advocate in any way for additional
14  voting locations in Waller County for the November 2017
15  election?
16      A.  No, sir.
17      Q.  Did you advocate in any way for any additional
18  voting hours in Waller County in the November -- for the
19  November 2017 election?
20      A.  No, sir.
21      Q.  Do you know the local chair of the Waller
22  County Democratic party, Rosa Patlan Harris?
23      A.  No, sir.
24      Q.  You never talked to Ms. Harris to your
25  knowledge?

---

Page 34

1      A.  No, sir.  But if she's been on this campus and
2  had an event, probably.  But I don't usually like stay
3  after to talk.  I might listen to be respectful.
4      Q.  Did you -- how did you learn of the locations
5  and hours available for you to vote in the November 2017
6  election?
7      A.  There were group messages and everyone was
8  dropping them in group messages.  There would be flyers
9  around campus.  And there would be a sign outside the
10  MSC as well.
11      Q.  When you say group messages, there was
12  reference made in an earlier deposition to GroupMe.  Is
13  that the same thing?
14      A.  Yes.
15      Q.  Okay.
16      A.  Sorry.
17      Q.  No, that's fine.
18          Is GroupMe -- is that exclusively a
19  Panther Party messaging box or is there one for the
20  campus as well?
21      A.  No.  There's just -- it's an app called
22  GroupMe.  Anyone can download GroupMe.  And usually
23  students, like the first day of class, they'll start a
24  GroupMe and they may drop like due dates, answers,
25  different things in a group message.

---

Page 35

1          And Panther Party can create their own
2  separate group message.  But it isn't like exclusive to
3  only that.  Like I have -- I'm in a group message every
4  year.  I have group messages for the speech and debate
5  team, other clubs that I'm in.  So there are people --
6      Q.  It's just a much cooler time than when I went
7  to school.
8          MS. HARRISON:  Yeah, it is.
9          THE WITNESS:  Other universities have
10  GroupMes as well, so --
11      Q.  (BY MR. SEAQUIST)  Okay.  You said there were
12  flyers around.  Who puts up those flyers, if you know?
13      A.  I don't know.
14      Q.  Okay.  Do you know who puts up the signs at the
15  MSC to let people know when the early -- or when the
16  voting hours are?
17      A.  No, sir.  But the sign is really tiny anyway.
18  It's not even tall.  It's like a little short sign.
19      Q.  Now, I think in your interrogatory responses
20  you said that you did vote in the November '17 general
21  election, the jail bond election.
22      A.  Yes.
23          Wait.  Sorry.  Repeat that.
24      Q.  Did you vote in the jail bond election?
25      A.  Yes.  I thought you said --

---

Page 36

1      Q.  Where did you vote in that election?
2      A.  The MSC.
3      Q.  Do you remember -- do you remember where in the
4  MSC the voting was?
5      A.  Second floor.  To the right there's just a
6  building -- not a building.  A room.  Sorry.
7      Q.  Okay.  Do you remember the day you voted?
8      A.  No, sir.
9      Q.  Do you remember roughly what time of day it was
10  you would have gone in to vote on the jail bond
11  election?
12      A.  No, sir.
13      Q.  Do you remember how you got to the MSC that
14  day?
15      A.  Yes, sir.
16      Q.  How did you do that?
17      A.  Walked.
18      Q.  Do you remember whether you were coming from
19  your housing or another classroom or a building on
20  campus?
21      A.  I probably was coming from class or I probably
22  was coming from eating because the cafeteria is like in
23  the same building as the MSC, so I would just catch the
24  elevator and go up there.
25      Q.  Got it.

---

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 37

1        Do you remember for the November 2017
2  election, the jail bond election, how long it took you
3  to vote?
4      A.  It didn't take long.  Probably about 20
5  minutes.
6      Q.  Did you have any difficulty in voting in that
7  election?
8      A.  Yes.
9      Q.  What difficulty did you have?
10      A.  In my -- the address on the voter registrations
11  card didn't match the address on my ID.  But I told
12  her -- I said something like "I've been living here.
13  This is like my address right now."  And she went ahead
14  and let me vote.  But I think that's what took the most
15  time was me explaining that to her.
16      Q.  So that was part of the 20 minutes you just
17  talked about?
18      A.  Yes.
19      Q.  You think that that discussion was the biggest
20  part of the 20 minutes.
21          MS. HARRISON:  Objection, form.
22          Go ahead.
23      Q.  (BY MR. SEAQUIST) You can answer.
24      A.  About five to 10.
25      Q.  Okay.

Page 38

1      A.  10 and a half.
2      Q.  According to your interrogatories, the next
3  election you had -- you voted in was the primary in
4  March of 2018.
5      A.  Yes, sir.
6      Q.  Did you vote in the Democrat or the Republican
7  primary?
8      A.  Democrat.
9      Q.  Do you identify as a Democrat?
10      A.  No.  Well, maybe at the time I did.  Not
11  currently.
12      Q.  Okay.  At the time were you a member of the
13  Democratic party?
14      A.  No.  I did go to the Democratic convention,
15  though.
16      Q.  Which one?
17      A.  I do not remember.
18      Q.  Do you remember when you went?
19      A.  Yes.  It was just in the spring.  Who was
20  running -- I don't remember.
21      Q.  The spring of what year?
22      A.  It was 2018.  I think there was Congress seats
23  up --
24      Q.  Okay.
25      A.  -- because there was a woman who was running

Page 39

1  for Congress and she was introduced by another club that
2  I'm in for women in politics.  So she just paid for us
3  to go to Austin that weekend.  And that was the
4  Democratic convention.
5      Q.  Okay.  What was the other club, the women in
6  politics club?
7      A.  Ignite.
8      Q.  Are you a member or have you attended any
9  events of the Waller County Democratic party?
10      A.  No, sir.
11      Q.  Have you -- are you a member or have you been
12  to any events of the Waller County Democratic Club?
13      A.  No, sir.  I didn't even know that existed.
14      Q.  Do you know whether there are any on-campus
15  student Democratic or Democrat organizations?
16      A.  No, sir.
17      Q.  Did you support a particular candidate in the
18  Democrat primary in 2018?
19      A.  Yes, sir.
20      Q.  Do you remember who that was?
21      A.  Tawana Cadien, I think she was running for
22  Congress.  Brian Rowland, he was running for mayor.  And
23  Marian Jackson, she was running for a judge position,
24  for reelection.  So -- anyone else that I voted for?
25      Q.  Okay.  Marian Jackson -- do you know a Prairie

Page 40

1  View A&M employee named Frank Jackson?
2      A.  I've heard of him, but I haven't had the
3  pleasure of meeting him yet.
4      Q.  Do you know if Marian Jackson is his wife?
5      A.  Yes.  Everyone keeps telling me that I should
6  go see him.
7      Q.  Is that right?
8      A.  Yes.  But I'm too busy.
9          (Discussion off the record)
10      Q.  (BY MR. SEAQUIST) Let me follow up on that for
11  just a minute.  Why are people telling you that you
12  should go see Mr. Jackson?
13      A.  Just because he's a good person to connect with
14  and he's aligned with my interests and things like that.
15      Q.  Okay.  Did you campaign for a candidate in
16  2018, in the 2018 primary?
17      A.  Yes, sir.
18      Q.  What kind of campaign activities did you engage
19  in?
20      A.  We went to Austin.  Really it was during the
21  gun reform march as well.  We held up signs.  We passed
22  out flyers.  We had on buttons.  And when I say "we,"
23  I'm talking about other members of Ignite.  That's what
24  we did for Tawana Cadien.
25          For Marian Jackson, I would ask my

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 41

1  professors if they would mind allowing professors to
2  come speak. And one professor actually made me write an
3  essay about why. So I feel like that was a form of
4  campaigning to allow her to come speak.
5          And with Brian Rowland, I would stand
6  outside the MSC and just pass out a bunch of flyers and
7  ask people to vote.
8      Q. Did you ever go do any campaigning in the City
9  of Prairie View?
10     A. No. I was not open to do door knocking.
11     Q. Did you attend or participate in any
12 election-related events leading up to the 2018 primary?
13     A. No.
14     Q. Did you participate in any voter registration
15 drives?
16     A. Oh, yes. Sorry. Yes.
17     Q. What did you do in terms of a voter
18 registration drive?
19     A. Just drop it in group messages on GroupMe,
20 telling students to come to this event, you get free
21 Scantrons. We were giving out free papers. We will
22 give out snacks if you just come register to vote,
23 telling people it takes less than five minutes.
24     Q. And when you say "we," who are you referring
25 to?

Page 42

1      A. I believe that was with The Panther Party,
2  where they were having like drives and things to get
3  people registered to vote.
4      Q. What about -- apart from the voter
5  registration, did you participate in any informational
6  sessions about the election or about the primary?
7      A. No, sir. Or does the judge coming to class
8  talking -- does that count?
9      Q. That's fine. You've told us about that. But
10 anything else?
11     A. No, sir.
12     Q. Okay. And when you say the judge coming to
13 class, you specifically asked your professor if Judge
14 Jackson could come and speak to the class; is that
15 right?
16     A. Yes. I gave him more like background on her as
17 well because they're not from here, so --
18     Q. Did -- and he ultimately approved that even if
19 he made you write an essay about it?
20     A. Yes, sir.
21     Q. And did Judge Jackson actually come and speak
22 to your class?
23     A. Yes, sir.
24     Q. Did any of the other candidates for that
25 judicial seat or for that JP seat come and speak to your

Page 43

1  class?
2      A. No, sir. They didn't ask, so I didn't ask.
3      Q. Other than what you already talked about, did
4  you do any kind of get out the vote activities for the
5  November -- or excuse me, for the March primary in 2018?
6      A. No, sir.
7      Q. There was a voter-only party in April of 2018,
8  I believe. Do you remember that?
9      A. Yes.
10     Q. Did you participate in that event?
11     A. No. I don't do parties.
12     Q. Okay. Even if you didn't go to the party, did
13 you help organize it or do anything to help prepare for
14 it?
15     A. Not really. I didn't drop that in group
16 messages. I'm not a fan. I didn't really like that
17 idea, so I didn't push it.
18     Q. I know you said you don't like parties. Have
19 you heard of student parties being held in fields around
20 this area?
21     A. Absolutely, yes.
22     Q. Is that a common occurrence?
23     A. Yes.
24     Q. Do a lot of the Prairie View A&M students go to
25 those parties?

Page 44

1      A. Yes.
2      Q. Do you know where those fields are?
3      A. No. I'm not that good with directions. And
4  I've been to one.
5      Q. You actually did go to one?
6      A. Yes. Around freshman year for homecoming, I
7  did go to that one. And it was at night. And right now
8  I have contacts in, but back then -- these contacts are
9  really expensive. I couldn't afford them. So at
10 nighttime --
11     Q. You couldn't see?
12     A. -- I couldn't see anything.
13     Q. How did you get to that party?
14     A. It was this friend of mine.
15     Q. Gave you a ride?
16     A. Yes.
17     Q. Do you remember how far a drive it was to get
18 there?
19     A. I don't recall it being far. Probably about
20 like 10 minutes. But since there was so many people
21 going, it was probably backed-up traffic causing it to
22 be longer.
23     Q. Did you attend any meetings of the Waller
24 County Commissioners Court in advance of the 2018
25 primary?

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 45

1    A. No, sir.
2    Q. Did you talk to or otherwise communicate with
3  any officials or employees of Waller County in advance
4  of the 2018 primary?
5    A. Yes, sir.
6    Q. What did you -- what communications did you
7  have?
8    A. I mean, like if I was -- I was campaigning with
9  them, so they would sometimes text or ask what time is
10  my class. Like Marian Jackson, she needed to
11  double-check what time is my class and how many classes
12  was he allowing her to speak in.
13        With Tawana Cadien, she had to like see if
14  we were free to go to the event in Austin, how many days
15  it was.
16        And with Brian Rowland, the same thing
17  with him. He would ask me like if I wanted to do door
18  knocking and I was like "It's too hot. No."
19    Q. Other than the people you were campaigning for,
20  though, did you talk to anybody over at the County?
21    A. No, sir.
22    Q. Did you advocate in any way for additional
23  voting locations in Waller County in the 2018 primary?
24    A. No, sir.
25    Q. Did you advocate in any way for additional

Page 46

1  voting hours in Waller County in the 2018 primary?
2    A. No, sir.
3    Q. You did vote in the 2018 primary, correct?
4    A. Yes.
5    Q. Where did you vote?
6    A. MSC.
7    Q. Did you vote early or on election day?
8    A. Early.
9    Q. Do you remember what time of day you went to
10  cast your ballot?
11    A. Was this the Beto election?
12    Q. Yes. Well, it was the primary in which Beto
13  was in.
14    A. Okay. Morning.
15        Wait. Was that a morning? Sorry.
16    Q. Do you remember how long it took you to vote at
17  that -- at the March primary in 2018?
18    A. So is it okay if I change my answer?
19  Because -- I'm sorry. I just remembered that it was
20  actually the afternoon and it was kind of busy because
21  it was a popular election. He actually came down to our
22  school and talked to the students.
23        So, yeah, it was actually the afternoon.
24  And usually it doesn't take me that long to cast a vote,
25  but there was like actually a wait. And it was the

Page 47

1  professor who has the five-minute rule and I literally
2  had to run across campus to get to class before the
3  five-minute rule because I didn't think it was going to
4  take me that long to vote, but it was popular.
5    Q. Okay. And you're -- if you need to correct
6  something at any time, you're welcome to let me know. I
7  want to make sure that the testimony we get today is
8  your accurate testimony. Okay?
9    A. Uh-huh. Thank you for allowing that.
10    Q. So your recollection now is that you actually
11  voted in the afternoon. And you said -- and we're clear
12  we're talking about the primary election, right?
13    A. Yes.
14    Q. Okay. And you said there was actually a crowd
15  there because Beto O'Rourke himself came down?
16    A. Yes. Not the actual day, but maybe like a week
17  prior.
18    Q. Because this was an early voting day.
19    A. Yes.
20    Q. Okay. And you were able to cast your ballot
21  and make it back to class, although it was close.
22    A. Yes.
23    Q. Did you take any kind of a spring break trip in
24  March of 2018?
25    A. Yes.

Page 48

1    Q. Where did you go?
2    A. I went with my sister and my friend to
3  somewhere.
4    Q. Somewhere?
5    A. Yes.
6    Q. Was it in Texas?
7    A. No.
8    Q. Okay. Was it -- so it was out of Texas?
9    A. Yes.
10    Q. Was it in the U.S.?
11    A. Yes.
12    Q. Okay. All right. And what means of
13  transportation did you use to get there?
14    A. We took a Megabus or like Flixbus or something
15  like that.
16    Q. Okay. All right. Now, your interrogatories
17  say that at the end of the 2018 school year, in May, you
18  moved out of the Building 45, University College. Is
19  that right?
20    A. Yes. The time frame just confused me because I
21  thought we were just talking about Beto and that was
22  just -- sorry. I just got really confused.
23    Q. That's all right.
24        So we were just talking about Beto in the
25  March primary. And so if I read your interrogatories

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

---

Page 49

1  correctly, it sounds to me like in May, shortly -- you
2  know, a few months after that, you moved out of the
3  University College.  Is that the right time frame?
4      A.  Uh-huh.
5      Q.  Okay.  And uh-huh is yes?
6      A.  Yes.  I'm so sorry.
7      Q.  It's all right.
8          It says that you lived overseas through a
9  study abroad program for June and July of that year?
10     A.  Yes, sir.
11     Q.  Where did you go?
12     A.  Chennai, India.
13     Q.  And did you take that trip through an agency or
14  an entity or --
15     A.  University.
16     Q.  Was it a university-sponsored trip?
17     A.  Yes, sir.
18     Q.  Was there a separate cost for the study abroad
19  program?
20     A.  Yes, sir.  It was the criminal justice
21  department that paid for it.  And also there was the
22  study abroad program who gave out scholarships as well.
23     Q.  Did you have to pay anything out of your pocket
24  or from family support for the study abroad program?
25     A.  Yes.  I had to pay for my own passport.

Page 50

1      Q.  And you were able to do that and get a passport
2  to go?
3      A.  Yes, sir.
4      Q.  Okay.
5      A.  Also I have a job, so --
6      Q.  When you returned from the study abroad program
7  at the end of July in 2018, did you go immediately back
8  to Prairie View or did you go home to Houston for a
9  while?
10     A.  Immediately back to Prairie View.  We had class
11  the next day.
12     Q.  Oh, wow.  Okay.
13     A.  Right.
14     Q.  So do you remember when you got back to Prairie
15  View for the fall semester in 2018?
16     A.  Okay.  The fall semester of 2018, I didn't live
17  on campus.  So I was back in the City of Prairie View,
18  but not the University of Prairie View.
19     Q.  Okay.  Do you remember when -- okay.  In your
20  interrogatories, it looks like you said that you moved
21  into a residence at 2314 Richards Road.  Is that right?
22     A.  That should be 23104.
23     Q.  Okay.
24     A.  Sorry.
25     Q.  That's all right.

Page 51

1          Building 5, No. 5304?
2      A.  (Nod affirmative).
3      Q.  Okay.
4      A.  Personal.
5      Q.  Well, only to ask you -- is that the Panther
6  Hill Apartments?
7      A.  Yes, sir.
8      Q.  Do you remember when you moved into the Panther
9  Hill Apartments?
10     A.  Yes, sir.
11     Q.  What day?  Or what time frame?
12     A.  I just know it was August of 2018 and it was
13  probably afternoon.  I don't remember the exact date.
14     Q.  Time of day -- yeah.  So August of 2018, you
15  said?
16     A.  Yes, sir.
17         MR. SEAQUIST:  Okay.  I'm marking Exhibit
18  3.
19         (Exhibit No. 3 marked)
20     Q.  (BY MR. SEAQUIST) I'll hand you that document
21  as Exhibit 3.
22     A.  Okay.
23     Q.  Ms. Smith, I'll represent that what I've handed
24  you marked as Exhibit 3 is a Google satellite map of the
25  Prairie View area.

Page 52

1      A.  Yes, sir.
2      Q.  In looking at this map -- and I know some of
3  the writing is small, so it may be hard to see.  But are
4  you able to identify the Prairie View A&M campus?
5      A.  Yes, sir.
6      Q.  Are you also able to identify on this map the
7  Panther Hill Apartments?
8      A.  Yes, sir.
9      Q.  On Exhibit 3 there is a red -- it looks like a
10  balloon right next to the words "Panther Hill
11  Apartments".  Does that accurately -- fairly and
12  accurately depict the location of the Panther Hill
13  Apartments?
14     A.  I'm not sure.  I guess.  Yes, sir.
15     Q.  Yes?
16     A.  I mean, I don't know.  Like I said, I don't
17  usually look at maps, so --
18     Q.  Well, do you know if the Panther Hill
19  Apartments are south of 290?
20     A.  Yes.
21     Q.  Okay.  All right.  If this is the Panther Hill
22  Apartments with the red dot here and this is the
23  university campus, does that appear to correctly display
24  the Panther Hill Apartments in relation to where the
25  campus is?

---

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

---

Page 53

1    A.  Yes, sir.
2    Q.  Okay.  So obviously Panther Hill is off campus,
3  right?
4    A.  Yes, sir.
5    Q.  Do you know the distance between the Panther
6  Hill Apartments and the edge of the campus?
7    A.  Yes, sir.
8    Q.  How far is that?
9    A.  50 minutes, walking.
10   Q.  Okay.  Did you say 50 or 15?
11   A.  50.  Walking is 50 minutes at an average pace
12  probably.
13   Q.  Have you walked that distance before?
14   A.  No.  But one time I thought I was going to have
15  to walk, but these guys seen me and my friend and asked
16  us if we needed a ride.
17   Q.  Okay.  So in terms of saying it's 50 minutes to
18  walk, how did you come up with that number?
19   A.  I put it in the GPS on my phone.
20   Q.  And it told you 50 minutes?
21   A.  50.
22   Q.  Yes, five-zero.
23       When you moved into the Panther Hill
24  Apartments, did you update your voter registration to
25  reflect your new address?

---

Page 54

1    A.  Yes.
2    Q.  Okay.  Do you know what voting precinct the
3  Panther Hill Apartments fall into?
4    A.  No.
5    Q.  Okay.  If I told you 310, would that ring a
6  bell?
7    A.  No, sir.
8    Q.  Okay.  Do you own a car?
9    A.  No, sir.
10   Q.  Have you had a car at any time since you've
11  been a student at Prairie View?
12   A.  No, sir.
13   Q.  Do you have a driver's license?
14   A.  No, sir.
15   Q.  Have you ever gotten a driver's license?
16   A.  No, sir.
17   Q.  Have you, at any time since you have been on
18  the Prairie View -- at Prairie View, owned a bicycle?
19   A.  No, sir.
20   Q.  Since moving to the Panther Hill Apartments --
21  and you talked a little bit about this earlier.  But
22  just so the record is clear, since moving to the Panther
23  Hill Apartments, what are the different means of
24  transportation that you have used to get to campus?
25   A.  Shuttle.  And I have a friend who works at the

---

Page 55

1  rec center like me and we both work the morning shift,
2  so I've used her to get to work/campus because the rec
3  center is on campus.
4    Q.  Do you know what shuttle route it is that comes
5  by your house?
6    A.  No, sir.
7    Q.  Where does it pick up for the Panther Hill
8  Apartments?
9    A.  Right in front of the apartments.  But I know
10  there's like different color routes, but it's confusing
11  because, like I said, it's unreliable.  Some days it
12  will say red route, purple route, green route.  But I
13  just -- whichever one is there, I get on it.
14   Q.  When is the first shuttle in the morning?
15   A.  7:30.
16   Q.  And what's the last shuttle dropoff in the
17  evening?
18   A.  After 5:00 p.m. is when I try to stick to it
19  because after that you will wait for 30 minutes to an
20  hour because --
21   Q.  For the next --
22   A.  -- after 5:00 p.m. it goes like all over, so
23  they're picking up every single person who doesn't have
24  transportation.  So it's like an hour wait or something
25  like that.  So it's supposed to be until 8:00 p.m., but

---

Page 56

1  it can drag over.
2    Q.  Okay.  In 2018, once you were living over at
3  the Panther Hill Apartments, did you keep your meal
4  plan?
5    A.  No, sir.
6    Q.  Did you prepare and eat your meals at your
7  apartment then after that?
8    A.  Yes, sir.
9    Q.  Where do you shop for groceries?
10   A.  H-E-B.
11   Q.  And how far is that from your apartment?
12   A.  Driving, probably like 20 minutes.
13   Q.  Is that how you typically get there?
14   A.  Yes, sir.
15   Q.  How do you get a ride to the H-E-B?
16   A.  I usually do a trade with a friend, like "I'll
17  buy you some food in exchange for a ride to H-E-B."
18   Q.  Is there a Walmart or a Target or something
19  like that around Prairie View?
20   A.  Yes, sir.
21   Q.  Do you ever go shop there?
22   A.  Yes and no.  The Walmart doesn't carry meat,
23  so --
24   Q.  Okay.
25   A.  It's --

---

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 57

1    Q.  When you go to Walmart, how do you get to
2  Walmart?
3    A.  A shuttle goes to Walmart.
4    Q.  From your apartment or from the campus?
5    A.  Apartment.  Like there's a stop like after
6  picking up to the Walmart.
7    Q.  Is there a movie theater around here?
8    A.  I don't think so.
9    Q.  Since you've been at Prairie View have you gone
10  to see any movies?
11    A.  Yes.
12    Q.  Where was the movie showing?
13    A.  It was like a drive-in theater this summer that
14  I went.  I don't remember where it was, but -- I don't
15  remember.  It probably is not exactly in Prairie View,
16  but it wasn't really far.  It was probably like 20 --
17  you know what?  Actually, it was in Cypress.  I take
18  that back.  It was in Cypress.
19    Q.  And how did you get there?
20    A.  This guy.
21    Q.  Did you say a guy?
22    A.  Yes.
23    Q.  Okay.  Do you attend church in Prairie View?
24    A.  Yes, sir.
25    Q.  Which church do you go to?

Page 58

1    A.  Well, I go to church, but it's not a church
2  located here.  It's called Refuge Temple Ministries.
3  But a bus comes and picks you up.
4    Q.  Does it pick you up at your apartment or at the
5  campus?
6    A.  The campus.
7    Q.  Have you ever been to a Prairie View City
8  Council meeting?
9    A.  No, sir.
10    Q.  Do you know where the Prairie View city hall
11  is?
12    A.  No, sir.
13    Q.  Do you know whether the city hall is close to
14  the Panther Hill Apartments?  Or do you have any idea
15  about that?
16    A.  No.  Is -- no, I can't.
17    Q.  Okay.  Let's talk about your schedule in 2018.
18        MS. ADEN:  Do you mind if we take a quick
19  five-minute?
20        MR. SEAQUIST:  Not a bit.
21        (Recess from 3:53 p.m. to 4:16 p.m.)
22        (Exhibit No. 4 marked)
23    Q.  (BY MR. SEAQUIST) All right, Ms. Smith.  Before
24  we took our late lunch break, I was about to ask you
25  about your fall 2018 schedule and hand you what I have

Page 59

1  marked as Exhibit 4.
2    A.  Thank you.
3    Q.  Do you recognize Exhibit 4?
4    A.  Yes, sir.
5    Q.  Exhibit 4 is what was produced to us.  It bears
6  the Bates label Plaintiffs 327 and 328 and represented
7  to us to be your schedule for the fall of 2018.  Can you
8  confirm that that's what this is?
9    A.  Yes, sir.
10    Q.  Okay.  In looking at 327 and 328, what I notice
11  is that one page is a schedule for a Monday and the
12  other page is a schedule for a Tuesday.  Do you see
13  that?
14    A.  Yes, sir.
15    Q.  Is it fair to say that the Monday schedule
16  would be -- would also have been your schedule for
17  Wednesdays and Fridays?
18    A.  Yes, sir.
19    Q.  Okay.  This was -- these were Monday,
20  Wednesday, Friday classes, correct?
21    A.  Yes, sir.
22    Q.  And then if we look at 328, which is your
23  Tuesday schedule, is it fair to say that this was
24  also -- would have been the same schedule that you had
25  on Thursdays as well?

Page 60

1    A.  Yes, sir.
2    Q.  Okay.  And although this calendar is for
3  December 10th and 11th of 2018, is it correct that this
4  schedule was consistent throughout the entire fall
5  semester of 2018?
6    A.  Yes, sir.
7    Q.  Okay.  So in looking at your schedule, your
8  earliest class Monday, Wednesday, Friday was at 10:00
9  a.m.; is that right?
10    A.  Yes, sir.
11    Q.  And your last class on Monday, Wednesday,
12  Friday ended at 1:50.
13    A.  Yes, sir.
14    Q.  So on Monday, Wednesday, Friday you had no
15  class before 10:00 or after 1:50, correct?
16    A.  Yes, sir.
17    Q.  Do you remember what your work schedule would
18  have been on those days, if any?
19    A.  Yes, sir.
20    Q.  What would it have been?
21    A.  1:45 to 6:00 on Monday, Wednesdays, and
22  Fridays.  Tuesdays and Thursdays I couldn't work because
23  that was the debate practice times at the time -- the
24  debate practice days at the time.
25    Q.  Okay.  Let me go back through that with you.

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 61

1       You said Monday, Wednesday, Fridays you
2  would have worked 1:45 to 6:00?
3       A.  Yes, sir.
4       Q.  Okay.  My confusion is that it looks like your
5  last class ended at 1:50.  Did you leave class early to
6  go to work?
7       A.  No, sir.  I would just be late.
8       Q.  Just late to work?
9       How long did it take you to get over to
10  your work from your last class at the Woolfolk Social
11  and Political Science Building?
12       A.  Five minutes, seven at the most.  I walk really
13  fast.
14       Q.  Prior to 10:00 a.m. on Monday, Wednesday, and
15  Fridays, did you have any activities?
16       A.  No, sir.  Just to make sure I was up in time to
17  get on the shuttle and get to class on time.
18       Q.  And you told us the first shuttle leaves from
19  Panther Hill at 7:30?
20       A.  Yes, sir.
21       Q.  Tuesdays and Thursdays, you said you did not
22  work in the afternoons because you had speech and
23  debate?
24       A.  Yes, sir.
25       Q.  What time was speech and debate?

Page 62

1       A.  It was 5:00.  It started at 5:00 until -- if I
2  would have picked up the 1:45 to 6:00, I would have been
3  an hour late.
4       Q.  Okay.  How long -- it started at 5:00?  How
5  long did it last?
6       A.  Literally just one hour.  But we have a new
7  coach now, so it's much longer.
8       Q.  Okay.  But this was at the time in the fall of
9  2018.
10       A.  Yes, sir.
11       Q.  So 5:00 to 6:00, you would have had debate.
12  Anything after 6:00 on Tuesdays and Thursdays?
13       A.  Not like -- nothing regular.  But Tuesdays and
14  Thursdays there would be different events on campus.
15  Like we would have talent shows.  Different people would
16  come to campus and speak.  Like I think last year it was
17  Shaun King, which is a big African-American activist,
18  so --
19       Q.  Did you go hear Mr. King speak?
20       A.  Yes, sir.  Actually, I didn't know him at the
21  time, but everyone was talking about it, so --
22       Q.  Okay.  On Tuesdays and Thursdays your first
23  class started at 11:00 a.m.; is that right?
24       A.  Yes, sir.
25       Q.  Did you have any activities before 11:00

Page 63

1  a.m. on Tuesdays and Thursdays?
2       A.  No, sir.
3       Q.  Okay.  In your interrogatories -- and I can
4  point you to it, but let me just ask my question because
5  I don't think we'll really need to look at it.
6       You indicated you spent approximately 15
7  hours a week during the fall semester on the speech and
8  debate club.  Is that 15 hours what you're spending now
9  versus what you had back then or were there other -- did
10  you spend additional time on speech and debate back in
11  the fall of '18 other than your two one-hour sessions?
12       A.  Yes.  Are we just talking about during the
13  week, Monday through Friday?
14       Q.  Uh-huh.
15       A.  Well, Fridays are tournament days; so
16  typically, literally, we would leave campus at about
17  7:00, probably get to the university we're debating
18  possibly 10:00, and it will go -- we will have like
19  tournaments back to back until about 9:00.  And then by
20  the time we get back to campus, it's like 11:00.  And
21  sometimes we would stop to eat as a team.
22       Q.  So for the debate team, the competitions were
23  on Fridays and you would essentially miss a whole day of
24  school for that.
25       A.  Yes.  It's considered a university-excused

Page 64

1  activity.
2       Q.  Sure.
3       Had you been in the debate -- speech and
4  debate in high school as well?
5       A.  No, sir.
6       Q.  You started that when you came to Prairie View?
7       A.  Yes, sir.
8       Q.  And is that -- I think you just said that's an
9  activity you're still engaged in?
10       A.  Huh?
11       Q.  You're still doing it?
12       A.  Yes, sir.
13       Q.  Okay.  So if I understand your speech and
14  debate schedule, it's Tuesdays for an hour, Thursdays
15  for an hour, and then pretty much all of Friday.
16       A.  It's on Saturday and Sunday as well, but those
17  days are not counted, so yes.
18       Q.  All right.  And you traveled to other
19  universities for that?
20       A.  Yes, sir.
21       Q.  How did you all travel?
22       A.  A school bus.
23       Q.  I think you mentioned that you were a member of
24  the Ignite club?
25       A.  Yes, sir.

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 65

1  Q.  Are there any regular meetings of the Ignite
2  club?
3  A.  Wednesdays, 5:00.
4  Q.  5:00 to --
5  A.  6:00.
6  Q.  So could you do that when you were working in
7  the fall of 2018 if you worked from 1:45 to 6:00?
8  A.  The job is -- I would explain it to them.  I
9  have a good relationship with the managers, so I would
10  let them know I'm leaving for practice or a meeting for
11  that club.
12  Q.  So if you had another activity that you needed
13  to do, you could get off of work to go do that.
14  A.  If it has to do with school, because it's work
15  study, so they try to, you know, understand that school
16  is first.
17  Q.  Okay.
18  A.  And I could possibly get a scholarship from
19  that club.
20  Q.  All right.  Now, we've already talked a little
21  bit about the fact that you are a member of The Panther
22  Party.  You joined it in 2017?
23  A.  Currently, no, I'm not a member.
24  Q.  When did you cease being a member of The
25  Panther Party?

Page 66

1  A.  Summer of 2018.
2  Q.  So were you a member of The Panther Party in
3  the fall, from September to December of 2018?
4  A.  Yes.
5  Q.  So I guess I need to clarify the dates because
6  you just told me you stopped in the summer of '18 and
7  that -- but that you were for the fall of '18.  Maybe
8  I'm misunderstanding you.
9  A.  Then maybe I wasn't for the fall of '18.
10  Sorry.
11  Q.  Okay.  But you're pretty confident that you
12  stopped being in The Panther Party in the summer of '18.
13  A.  Yes.
14  Q.  That was the summer that you --
15  A.  Studied abroad?
16  Q.  Yes.
17  A.  Yes.
18  Q.  Okay.  Did you -- unless you studied abroad
19  last summer, too.
20  A.  No, sir.
21  Q.  Okay.
22  A.  By "last summer," you mean like --
23  Q.  '19, summer of '19.
24  A.  Okay.
25  Q.  But you did not travel abroad summer of '19.

Page 67

1  A.  No, sir.
2  Q.  All right.  When you were a member of The
3  Panther Party, did you pay any membership dues?
4  A.  Yes, sir.
5  Q.  How much did you pay?
6  A.  I do not remember.  I think it was between 10
7  to 15 dollars.
8  Q.  Okay.  Was that just in the first year that you
9  were a member?
10  A.  Yes, sir.
11  Q.  When you were a member of The Panther Party,
12  did you hold any kind of a special position?
13  A.  No, sir.
14  Q.  You weren't like an officer, president,
15  vice-president, anything like that?
16  A.  No, sir.  I was not a part of E board.
17  Q.  Were you on any of the committees?
18  A.  Yes, sir.
19  Q.  Which committee were you on?
20  A.  I don't remember the name of it, but it was
21  basically you go to elders' house and take out their
22  trash for them or plant things in the garden.
23  Q.  Was that the community development committee?
24  A.  Yeah, I think that was.
25  MS. ADEN:  You've got to speak up.

Page 68

1  THE WITNESS:  I'm sorry.  I think that's
2  what it was.
3  Q.  (BY MR. SEAQUIST) But you were not on the
4  political engagement committee; is that right?
5  A.  I was in that as well.  I'm sorry.  I don't
6  remember like the exact different names of whatever you
7  participated in in the clubs.
8  Q.  Okay.
9  A.  But that is how I met the mayor, the guy who
10  was running for mayor, Brian Rowland, through that club.
11  Q.  Was he a member as well?
12  A.  No, sir.
13  Q.  Is he -- is Mr. Rowland a Prairie View student
14  or --
15  A.  No, sir.
16  Q.  Okay.
17  A.  I -- I don't know what he is.  Well, I think
18  he's a member of City Council.
19  Q.  Okay.
20  A.  But I didn't -- I don't know what he does.
21  Q.  In the fall of 2018, before the general
22  election in November, did you attend any voter
23  registration drives or trainings hosted by The Panther
24  Party?
25  A.  No, sir.

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 69

1   Q. Did you attend any get out the vote events
2 hosted by The Panther Party in advance of that 2018
3 November election?
4   A. No, sir.
5   Q. Did you attend any candidate forums in advance
6 of the 2018 November election?
7   A. I don't remember.
8   Q. That's fine.
9     So as we kind of already talked about, the
10 candidates were Beto O'Rourke. Do you remember going to
11 any forums for Beto O'Rourke?
12   A. Oh, yes. I thought we were talking about a
13 different time.
14   Q. That's okay.
15   A. Yes, I do remember.
16   Q. And Mike Siegel? Do you remember the name Mike
17 Siegel?
18   A. Yes, I remember him.
19   Q. Okay. Were both of them at a candidate forum
20 here?
21   A. I don't remember. That wasn't someone I was
22 supporting.
23   Q. Do you have social media accounts?
24   A. Yes, sir.
25   Q. Facebook?

Page 70

1   A. No, sir.
2   Q. Twitter?
3   A. No, sir.
4   Q. Instagram?
5   A. Yes, sir.
6   Q. Do you follow The Panther Party on Instagram?
7   A. Yes, sir.
8   Q. You know Jayla Allen, correct?
9   A. Yes.
10   Q. Okay. She's a plaintiff in this lawsuit?
11   A. Yes.
12   Q. Is that right?
13   A. Yes, sir.
14   Q. Do you follow her on social media, on
15 Instagram?
16   A. No, sir. I know this ironic, but I don't think
17 I've ever met her since.
18   Q. Okay. To your knowledge as of today, you don't
19 know if you've ever met Jayla Allen?
20   A. No. But I hear her name a lot, I guess, since
21 we're both plaintiffs.
22   Q. Do you follow any of the County's social media,
23 the Waller County social media pages?
24   A. No, sir. I didn't know they had them.
25   Q. You told me that you didn't support either Mike

Page 71

1 Siegel or Beto O'Rourke in the 2018 --
2   A. Wait. I do support -- I did support Beto.
3   Q. You did support Beto.
4     Were there any other candidates in the
5 2018 general election that you were supporting?
6   A. Not that I want to mention.
7   Q. Okay. Did you campaign for any candidates for
8 the 2018 general election?
9   A. The general election was in the spring?
10   Q. No, ma'am. In the fall, November.
11   A. Yes.
12   Q. Who did you campaign for?
13   A. Beto.
14   Q. For Beto?
15   A. (Nod affirmative).
16   Q. What did you do to campaign for Beto?
17   A. I wore his button. He gave out stickers.
18     I wore his button. He gave out stickers.
19 I would put the stickers in places where I thought
20 people would look. I posted him on social media. I
21 recorded him speaking, posted that on social media. And
22 I hashtagged like #govote, #beto.
23   Q. Okay. Did you continue to campaign for
24 Ms. Jackson or for Judge Jackson?
25   A. Yes, sir.

Page 72

1   Q. Did you -- other than the candidate forum we
2 just talked about, did you attend or participate in any
3 election-related events leading up to the 2018 general
4 election in November?
5   A. No, sir.
6   Q. Participate in any voter registration drives?
7   A. No, sir.
8   Q. Go to any informational sessions about the
9 election?
10   A. No, sir.
11   Q. Okay. And I think you've already told us you
12 don't care for the voter-only parties.
13   A. No, sir.
14   Q. Okay. Did you -- in the fall of 2018 did you
15 attend any meetings of the Waller County Commissioners
16 Court?
17   A. No, sir.
18   Q. Did you advocate in any way for additional
19 voting hours in Waller County in the 2018 general
20 election?
21   A. No, sir.
22   Q. Do you have an understanding of how Waller
23 County -- well, scratch that.
24     Do you have an understanding of how voting
25 locations and hours are chosen in the State of Texas?

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 73

1    A.  No, sir, but I have assumptions.
2    Q.  Okay.  Do you have any -- an understanding of
3  how Waller County, the Commissioners Court, selects its
4  early voting locations and hours?
5    A.  No, sir.  Well, I'm not going to say my -- do
6  you want to hear my opinion?  My opinions?
7    Q.  Well, I guess my question is:  Do you know one
8  way or the other?
9    A.  I have my own opinion that I've created that I
10  believe is based on factual evidence.  They don't want
11  the students exercising their right to vote, so they
12  deliberately try to give them less time or make it just
13  as inconvenient as possible and confusing.  I literally
14  think that is strategically and deliberately done.
15    Q.  Okay.
16    A.  It's any way to get less students to vote.
17  Absolutely, yeah.  That's my opinion.
18    Q.  Okay.  And you testified that was an assumption
19  about how it was done?
20    A.  Yes.  Not supported by any facts.
21    Q.  How did you first learn of the location and
22  hours for voting in the November of 2018 election?
23    A.  Group messages, GroupMe.
24    Q.  Do you remember when you first learned about
25  the election hours or -- sorry.  Let me try that again.

Page 74

1         Do you remember when you learned of the
2  locations and hours available for voting in the 2018
3  election?
4    A.  No, I don't remember the exact day.
5    Q.  When you saw the schedule, did you have any
6  immediate concerns about it?
7    A.  Yes, sir.
8    Q.  What were your concerns?
9    A.  That it was only three days.
10    Q.  When you say it was only three days, what do
11  you mean?
12    A.  Monday, Tuesday, and Wednesday.
13    Q.  Are you referring to --
14    A.  Oh, wait.  Sorry.  Was that the election in the
15  spring where they did that?
16    Q.  Well, I'm asking you about your concerns about
17  the voting hours for the November 2018 election, if you
18  remember.
19    A.  Okay.  And what about -- you're asking if I had
20  concerns about that?
21    Q.  Yeah.  When you saw the schedule, whether you
22  had any concerns upon seeing it.
23    A.  Not -- yes.
24    Q.  Okay.  And so my follow-up question then is:
25  What were the concerns that you remember having when you

Page 75

1  learned of the voting schedule for the 2018 general
2  election?
3    A.  Just inconvenient times, having to make time,
4  having to make sure I am in like -- I have arrived there
5  to the MSC within the time of the shuttle.  And if I
6  want to sleep in, I probably can't sleep in because I
7  need to hurry up and catch the shuttle.  So, yeah, it's
8  like, "Oh, do I want to take a nap?  No, I can't take a
9  nap because I've got to go and catch the shuttle."
10    Q.  Okay.  Other than that, any concerns that you
11  remember?
12    A.  Just inconvenient.
13    Q.  Okay.
14         MS. HARRISON:  Do you mind if we take a
15  quick break, Gunnar?
16         MR. SEAQUIST:  No.
17         MS. ADEN:  Like a minute?
18         MR. SEAQUIST:  That's fine.
19         (Recess from 4:38 p.m. to 4:42 p.m.)
20    Q.  (BY MR. SEAQUIST) Okay, Ms. Smith.  We took a
21  break so you could confer with counsel.  We're now back
22  on the record.
23         Do you recall when homecoming was in the
24  fall of 2018?
25    A.  Not the exact day.  I just know it was the

Page 76

1  month of October.
2    Q.  Okay.  Do you remember it being the first week
3  of early voting --
4    A.  No, sir.
5    Q.  -- in the general election?
6    A.  No, sir.
7    Q.  Do you know one way or the other?
8    A.  No, sir.
9    Q.  Were you aware --
10         MR. SEAQUIST:  I'm going to mark Exhibit
11  5.
12         (Exhibit No. 5 marked)
13    Q.  (BY MR. SEAQUIST) I'll hand you what I've
14  marked as Exhibit 5.  Were you aware -- have you seen
15  this -- have you seen Exhibit 5 before?
16    A.  Yes, sir.
17    Q.  Okay.  What do you recognize Exhibit 5 to be?
18    A.  It was Panther Party's way of providing
19  transportation to students who did not have access to a
20  vehicle to go and exercise their right to vote because
21  they understood that that was the number one difficulty
22  in students being able to vote.
23         And since we had to compromise due to not
24  having the same amount of voting days at the MSC, which
25  is the most convenient place for all students, this was

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 77

1 something that they tried to quickly come up with to
2 solve for this curve ball and inconvenience that was
3 just given to us and not like allowing us to vote, us as
4 Prairie View students.
5        MR. SEAQUIST: Objection, nonresponsive.
6    Q. (BY MR. SEAQUIST) My question is: What
7 specifically do you recognize Exhibit -- well, Exhibit
8 5 -- Exhibit 5 is a notice of a bus going from campus to
9 the courthouse in Hempstead; is that right?
10   A. Yes, sir.
11   Q. And you said a moment ago that this was The
12 Panther Party's way of providing transportation to the
13 polls; is that right?
14   A. Yes, sir.
15   Q. Do you know who actually paid for this bus?
16   A. No, sir.
17   Q. Do you know who actually hired the bus?
18   A. No, sir.
19   Q. The bus ran three times on Friday, the 26th,
20 2018? Is that right?
21   A. I'm not aware. I didn't get on the bus.
22   Q. Okay. Did you make any effort to -- well,
23 scratch that.
24       Do you know how many students ultimately
25 did ride the bus to Hempstead to vote?

Page 78

1    A. No, I --
2        MS. HARRISON: Objection, form.
3        THE WITNESS: No, I don't.
4    Q. (BY MR. SEAQUIST) Did you go to the October
5 17th, 2018 Commissioners Court meeting?
6    A. No, sir.
7    Q. Did you at any point in the fall of 2018 talk
8 to any officials or employees of Waller County about
9 voting locations or hours?
10   A. No, sir.
11   Q. Have you ever talked to the Waller County
12 election administrator, Christy Eason?
13   A. No, sir.
14   Q. What about the county judge, Trey Duhon? Have
15 you ever spoken to him?
16   A. No, sir.
17   Q. Have you -- do you know who Commissioner Jeron
18 Barnett is?
19   A. No, sir.
20   Q. Have you ever talked to any of the County
21 Commissioners --
22   A. No, sir.
23   Q. -- of Waller County? Okay. Of Waller County?
24   A. No, sir.
25   Q. Okay. You understand that the initial plan

Page 79

1 approved by the Commissioners Court scheduled early
2 voting at the Memorial Student Center on Monday, October
3 29th, through Wednesday, October 31st, from 8:00 to 5:00
4 each day; is that right?
5    A. Yes, sir.
6    Q. Okay. And if we look --
7    A. Wait. Was it 7:00 to 7:00 p.m.? No.
8    Q. Well, we'll talk about that. It got extended
9 to that later, but I'll ask you about that in a minute.
10 Originally it was 8:00 to 5:00. Do you remember that?
11   A. Yes, sir.
12   Q. Okay. And we discussed earlier that on Monday
13 you didn't have any commitments prior to 10:00 a.m.,
14 correct?
15   A. Yes, sir. But it tended to change due to
16 October, homecoming week, the same time around midterms
17 weeks, so we may have like meet-ups to study. So
18 usually there are reviews. It's easier to do the
19 reviews before class. If the professor goes over it,
20 then we can ask him questions about something we may
21 have had trouble with. So yes.
22   Q. So by Monday, October 29th -- well, let's back
23 up.
24       Is it your testimony that homecoming
25 activities can interfere with your schedule and your

Page 80

1 availability to vote?
2    A. No.
3    Q. Okay. On October 29th, homecoming was over,
4 correct?
5    A. Yes, maybe. Probably, yeah. That seems really
6 late.
7    Q. When do finals start?
8    A. Finals start in December.
9    Q. When do midterms start?
10   A. Usually it's the week of homecoming.
11   Q. Okay. On October 29th at 10:00 a.m. -- excuse
12 me. On October 29th of 2018 do you remember having
13 anything prior to 10:00 a.m.?
14   A. No, sir.
15   Q. On October -- Tuesday, October 30th, 2018, do
16 you remember having anything in your schedule prior to
17 11:00 a.m.?
18   A. Not that I know of. It was awhile ago. So I
19 could have had something to do. You never know. I
20 could have had plans to eat at the MSC. I could have
21 been in the library studying. I could have been at
22 Jazzman's Cafe getting something to drink. Or I could
23 have still been in bed.
24   Q. Okay. Anything else you can think of that you
25 might have been doing at that time?

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 81

1    A. I mean, so I know me saying that I could have
2 been in bed probably seems like I was just being lazy.
3 But I'm tired sometimes. I'm busy. So I try to like
4 get in like little mini-naps or not wake up until like
5 right before class starts, just in time to catch the
6 shuttle in time to get to class on time. So if I don't
7 have to wake up extremely early, like it's a relief.
8    Q. Okay. Anything else that you can think of you
9 might have been doing prior to 11:00 a.m. on a Tuesday,
10 on October 30th?
11    A. No, sir.
12    Q. Okay. Now, in the initial plan, the
13 Commissioners Court also provided early voting from 7:00
14 a.m. to 7:00 p.m. at the Waller County Community Center
15 on Thursday and Friday of that week, the 1st and 2nd of
16 November. Were you aware of that?
17    A. Yes, sir.
18    Q. Okay. You, I think, stated in your
19 interrogatories that you've never been to the Waller
20 County Community Center?
21    A. Yes, sir.
22    Q. Is that still true today?
23    A. Yes, sir.
24    Q. Do you know where the Waller County Community
25 Center is?

Page 82

1    A. No, sir.
2    Q. Do you know where the post office is?
3    A. No, sir.
4    Q. If you wanted to look to find out where the
5 Waller County Community Center is, what would you do to
6 go about finding that?
7    A. I would put it in on the maps on my phone.
8    Q. Did you ever do that in the fall of 2018 to
9 find out where it was to see if you might want to vote
10 there?
11    A. No, sir.
12    Q. PVAMU operates -- well, you talked a little bit
13 earlier about you ride the shuttle from your apartment
14 to school; is that right?
15    A. Yes, sir.
16    Q. There's also a shuttle route that is called the
17 campus loop that runs just around the campus; is that
18 right?
19    A. Yes, sir.
20    Q. Do you ever ride that campus loop shuttle?
21    A. No, sir.
22    Q. When you need to get somewhere on campus, from
23 Point A to B, for example, you just walk there?
24    A. Yes, sir.
25    Q. Have you ever had a class in the Hobart Taylor

Page 83

1 Hall?
2    A. Yes, sir.
3    Q. And when you went to class in Hobart Taylor,
4 did you just walk over there?
5    A. Yes, sir.
6    Q. Did you mind going to classes at Hobart Taylor
7 Hall?
8    A. Yes. No. I'm not -- where is Hobart? I think
9 that's the political science building.
10    Q. It was -- looking at your schedule for December
11 11th, a Tuesday, it looks like you had a math class,
12 Comprehensive Math Skills for Contemporary Algebra, at
13 the Hobart --
14    A. Oh, wait. Yes, I know where that is. The
15 band.
16    Q. The what?
17    A. The band. The band.
18    Q. Are you saying band or bend?
19    A. Band. Sorry. That's -- I was just speaking to
20 myself.
21    Q. Okay. What does the band reference?
22    A. That building is usually where the band members
23 are.
24    Q. Oh, okay. I got you.
25       So did you have any problems making it to

Page 84

1 class over at the Taylor Hall?
2    A. No, sir.
3    Q. You're not a member of the sorority or the
4 fraternity, are you?
5    A. No, sir.
6    Q. Obviously you're not a member of a fraternity.
7 I apologize.
8       The sorority?
9    A. No, sir. It's okay.
10    Q. Do you know anyone who took advantage of early
11 voting at the Waller County Community Center?
12    A. No, sir.
13    Q. Now, did you also come to learn that on October
14 24th, 2018, the Commissioners Court added additional
15 early voting hours and an additional location in the
16 City of Prairie View?
17    A. Yes, sir.
18    Q. Okay. And in doing that, I think this is what
19 you were talking about earlier. The Commissioners Court
20 actually extended the hours at the student center from
21 8:00 to 5:00 to 7:00 to 7:00 on all three days. Is that
22 something that's familiar to you?
23    A. Yes, sir.
24    Q. They also -- the Commissioners Court also added
25 Sunday voting at the Prairie View city hall from 12:00

512-743-5867          Cooley Reporting     512-410-3012 (fax)
                      Jcooleycsr@gmail.com

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 85

1  to 5:00.  Were you aware of that?
2  A.  Yes, sir.
3  Q.  Did you undertake any effort to look at or try
4  to find out where the city hall was?
5  A.  No, sir.  I just knew it was off campus and I
6  didn't have a ride there.
7  Q.  Okay.  Have you ever looked to see where city
8  hall sits in proximity to the Panther Hill Apartments?
9  A.  No, sir.
10  Q.  If you had wanted to find out where the Prairie
11  View city hall was, is that something you could have
12  done?
13  A.  Yes, sir.
14  Q.  And how would you have done it?
15  A.  Put it into maps on my phone.
16  Q.  In your interrogatory responses, you say you
17  were ultimately able to vote at the Memorial Student
18  Center?
19  A.  Yes, sir.
20  Q.  Did you vote early or on election day?
21  A.  Early.
22  Q.  And do you remember what day you voted early?
23  A.  No, sir.  I feel like it was a Monday or a
24  Wednesday.
25  Q.  Okay.

Page 86

1  A.  Because, again, that professor and how he has a
2  five-minute rule and I had to run.  So that's how I
3  remember.
4  Q.  Do you remember roughly what time of day it was
5  when you would have voted on that Monday or Wednesday?
6  A.  I was pushing it, so it would have had to have
7  been noon to 1:00, so right after I got out of
8  W.R. Banks, ran to the MSC, and then took off --
9  Q.  Okay.
10  A.  -- to get to his class.
11  Q.  So you would have voted on your lunch break?
12  A.  Well, it was -- not hardly.  It was literally
13  10 minutes.  But I did cross country in high school,
14  so --
15  Q.  Okay.
16  A.  But never again.
17  Q.  How fast do you run a mile?
18  A.  Terrible.
19  Q.  All right.  That's probably not a fair question
20  for a Texan.
21  A.  I would just say terrible.  I'd probably beat
22  you, but still not great.
23  Q.  You'd definitely beat me.
24  MS. ADEN:  Touche.
25  Q.  (BY MR. SEAQUIST) Okay.  If you look at Exhibit

Page 87

1  2, which is your interrogatory responses, specifically
2  No. 7, I just want to clarify something with you.
3  MS. HARRISON:  Gunnar, I think you're
4  referring to Exhibit 1.
5  MR. SEAQUIST:  I'm sorry.  Exhibit 1 is
6  correct.
7  Q.  (BY MR. SEAQUIST) In your Interrogatory 7, you
8  state -- or in your response to Interrogatory No. 7, you
9  state to the best of your knowledge and recollection,
10  you walked to the Memorial Student Center from your
11  housing and voted in person during the early voting
12  opportunities in October 2018.
13  Did you walk from the Panther Hill
14  Apartments to vote?
15  A.  Absolutely not.
16  Q.  Okay.  So that's an error in the response
17  there; is that right?
18  A.  Yes.
19  Q.  Okay.
20  A.  I've never done that.
21  Q.  Your recollection is that you walked from your
22  class before lunch, voted, and then went to your next
23  class.
24  A.  Yes.  Right after I got out of one class, I
25  went to the MSC.

Page 88

1  Q.  And you say it took you about 10 minutes to get
2  from class to class?
3  A.  Less than that.
4  Q.  Okay.  So in terms of the time it took you to
5  vote, is about five minutes a fair estimate?
6  A.  Wait.  I do not remember.  Because this was the
7  Beto election.
8  Q.  Uh-huh.
9  A.  And it was longer because there was more
10  people.  So I don't -- but I did get to class like at
11  1:04, before his five-minute cutoff rule.
12  Q.  Okay.
13  A.  So -- but, yeah, you could still say it
14  probably took about five, seven minutes.
15  Q.  Okay.  Do you remember on election day the
16  students had a march?
17  A.  Yes.
18  Q.  Did you participate in that march?
19  A.  I think I had a class during the time; but
20  after, people were still like hanging out around like
21  the MSC.  So I was just there, but I didn't get to
22  physically do the march.
23  Q.  Okay.  You didn't actually walk in the march.
24  A.  No.  I'm lazy, too, now.
25  MR. SEAQUIST:  Let's go off the record.

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

---

Page 89

1    (Recess from 5:00 p.m. to 5:09 p.m.)
2        MR. SEAQUIST: Okay. We can go back on.
3    Q. (BY MR. SEAQUIST) Ms. Smith, other than this
4 lawsuit, have you ever been a party to a lawsuit before?
5    A. No, sir.
6    Q. Have you understood all my questions today?
7    A. Yes, sir.
8    Q. Okay. And have you answered them to the best
9 of your ability?
10   A. No, sir. One question, I'm not a hundred
11 percent sure about it. It was the question about if I
12 changed my address when I moved to Panther Hill
13 Apartments.
14   Q. Yes.
15   A. I'm not a hundred percent sure if I did or
16 didn't.
17   Q. The question -- okay. You understood my
18 question. You're just not as sure whether you did or
19 not.
20   A. Yes.
21   Q. Okay. Because the question was whether you
22 changed or updated your voter registration at the time
23 you moved. You said earlier that you thought you had.
24 And now you're correcting that answer to say you're not
25 sure?

---

Page 90

1    A. Yes, sir.
2        MR. SEAQUIST: Fair enough.
3        We'll pass the witness.
4        THE WITNESS: And another thing.
5    Q. (BY MR. SEAQUIST) Okay.
6    A. With Beto, I didn't vote the day Beto came to
7 campus and I don't know if I was confusing when I
8 answered that. So he came prior to the early voting
9 days.
10   Q. Okay. And was that -- clarify for me. When
11 Beto came, was that at the primary in the spring or did
12 he come in the general election in November?
13   A. I don't remember.
14       MR. SEAQUIST: Okay. Fair enough.
15       Now we will pass the witness.
16       EXAMINATION
17 BY MS. HARRISON:
18   Q. Okay, Treasure. I'm just going to ask you a
19 couple of quick follow-up questions.
20   A. Okay.
21   Q. So you testified earlier that you moved off
22 campus for your sophomore year?
23   A. Yes.
24   Q. Why did you move off campus?
25   A. Because there was a deadline to pay the

---

Page 91

1 deposit; and when I was ready to pay the deposit, it was
2 already full.
3    Q. What was the deposit for?
4    A. An on-campus housing.
5    Q. So you missed the deadline to pay the deposit?
6 Is that what you're saying?
7    A. Yes.
8    Q. And because of that, you didn't have an
9 on-campus housing option?
10   A. Yes, ma'am.
11   Q. So we talked a little bit about Mr. Jackson and
12 that people had advised you to meet him. And you
13 testified that you thought that was because you might
14 have some interests that are in align with him. What
15 are those interests?
16   A. Making minorities self-sufficient, fighting for
17 the -- fighting for civil rights, as like a young
18 student like knowing about systematic forms of racism
19 that may exist and how I can address those things or
20 make a difference.
21       So those are some things that I would
22 assume that people mean by we would be interested in
23 some of the same things.
24   Q. What do you do on campus to further those
25 interests?

---

Page 92

1    A. I try to get students to register to vote. I
2 get in contact with politicians who I believe have
3 interests that are in like the best good of not just
4 students on Prairie View, but everyone, and not just
5 specifically favoring.
6        So I make kids aware of that. I try to
7 give them examples of why voting affects them and why
8 voting is important and how it can make a difference.
9 Like presidential elections are like what affects us the
10 least and we should be more concerned with local
11 elections which affect us the most. So I do that.
12       I'm on the speech and debate team at the
13 school and I represent the campus in a good way. I've
14 brought back victories.
15       And I'm in Ignite. That represents the
16 campus in a good way as well. There are other women
17 in -- you know, women, we're a marginalized group, so I
18 try to get other women who may be interested in politics
19 and get them to join this club and let them know there's
20 opportunities to meet and network with other women who
21 want to put you in positions and like point you in the
22 right direction and they have connections.
23       So I feel like those are things that I
24 contribute to towards the campus. I pay tuition.
25 That's not free. That contributes to them building

---

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

---

Page 93

1  things on campus.  And also they take a 25-dollar fee
2  for scholarships.  I don't know.  So --
3      Q.  So you mentioned your involvement in some
4  school clubs.  Do you ever have to leave work early to
5  participate in those clubs?
6      A.  Yes.
7      Q.  And when you leave work before your shifts end,
8  are you getting paid for that time for the remainder of
9  your shift?
10     A.  No.
11     Q.  Can you elaborate more on that?
12     A.  I have to clock out.
13     Q.  You have to clock out?
14     A.  I don't -- I don't get to -- I mean, I feel
15  like, you know, education is first and that's the main
16  reason I'm here, so it takes precedent over my on-campus
17  job, so I've got to go.
18     Q.  And the club activities that you're involved
19  in, like the speech and debate team or Ignite, does
20  that -- I think you testified earlier that involves some
21  travel.  How much travel do you do for those clubs?
22     A.  Well, it depends on how far the university is
23  and how far we make it in the tournament.  For example,
24  debate starts on Friday, but you get dropped; and if you
25  make it to that Saturday, then you will be debating that

---

Page 94

1  Saturday.  And depending on how big the tournament is,
2  you could be voting all the way up to Sunday.
3          And depending on where it is -- like, for
4  example, we had a tournament in Tennessee, so we left on
5  Wednesday and we didn't get back until Monday night
6  because there was a long drive.  We wanted to still get
7  some rest.  And then we did really well in that
8  tournament and we went all the way to Sunday.  But if we
9  would have lost, then possibly it would have been done
10  by Saturday or it would have been done by Friday.
11         So, yes, there is traveling, but the
12  traveling varies.
13     Q.  So other than the time that you spend traveling
14  and participating in tournaments and the scheduled
15  one-hour Tuesday and Thursday speech meetings, do you --
16     A.  But it's changed since then, by the way.
17     Q.  The one-hour meetings have changed?
18     A.  Yes.
19     Q.  How much time do you spend now?
20     A.  Now we have a new coach, new head coach, so
21  it's Wednesdays from 5:00 to 9:00 p.m.
22     Q.  Okay.  So other than those scheduled times,
23  are you taking out additional time to work on your
24  speech and debate?
25     A.  Yes.

---

Page 95

1      Q.  About how much time do you think you spend in a
2  week to do that?
3      A.  Two hours a day.  I work half a day because, I
4  mean, in debate -- I don't want to give you all a whole
5  lesson.  But you have partners and our coach may give us
6  a topic in the group message and say "We're debating
7  this tomorrow as a practice topic."
8          So we will meet ahead, before practice on
9  Wednesday, and prepare our case that we're going to be
10  debating.  And then Wednesday we'll do debate.  And
11  before practice is over, he may give us a new topic and
12  say "Do this one on your own" and we'll make time to
13  meet up on campus to do that.
14     Q.  So if -- if you were traveling for debate and
15  there were early voting days that were all grouped
16  together, one day after another, would you -- is there a
17  chance that you would have to miss all of those early
18  voting days because of your travel?
19         MR. SEAQUIST:  Form.
20     Q.  (BY MS. HARRISON) You can answer.
21     A.  Yes.
22     Q.  Do you know personally of students who have
23  traveled for school purposes that have missed early
24  voting days?
25         MR. SEAQUIST:  Form.

---

Page 96

1          THE WITNESS:  What -- what exactly does
2  that mean?
3      Q.  (BY MS. HARRISON) He's objecting to my
4  question, but you can go ahead and answer it.
5      A.  Oh, okay.  Yes.
6      Q.  Can you give me an example?
7      A.  Like people on the football team, again, if
8  they like make it and they continue winning, they may
9  have to leave and travel, so they miss early voting
10  days.
11     Q.  So you mentioned in --
12     A.  The answer is two.
13     Q.  The answer is two?  Okay.
14         You testified earlier that in 2017 in the
15  fall you walked to vote?  Is that -- is that what you
16  testified to earlier?
17     A.  Yes.  But 2017, that's when I lived right there
18  on campus.  So when I say walk, I -- yeah.
19     Q.  So was it convenient for you to walk since you
20  lived on campus?
21     A.  Yes.
22     Q.  Since you've moved off campus, have you walked
23  from your housing to vote?
24     A.  No, never.
25     Q.  And you mentioned a couple of times your mom or

---

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 97

1  one of your friend's parents driving you to and from
2  Houston; is that right?
3      A.  Yes.  When she went home -- like if she was
4  going home that weekend, I could possibly ride with her
5  or ride back with her.
6      Q.  And so we've talked some today about you
7  catching a ride with friends or taking the shuttle.  Is
8  there any other access to transportation that you have
9  in Waller County?
10          MR. SEAQUIST:  Form.
11          THE WITNESS:  No, ma'am.
12     Q.  (BY MS. HARRISON) Does Waller County have a
13 city bus system or public transportation system that you
14 could use?
15          MR. SEAQUIST:  Form.
16          THE WITNESS:  No, ma'am.
17     Q.  (BY MS. HARRISON) Are there any ride-sharing
18 services, like Uber or Lyft, in Waller County?
19     A.  No, ma'am.
20     Q.  So you mentioned sometimes when you take the
21 school shuttle that that runs late.  Do you remember
22 that testimony?
23     A.  Yes, ma'am.
24     Q.  Does it run on time more often or late more
25 often?

Page 98

1      A.  Late.  Like it's --
2      Q.  Would you say that's --
3      A.  Late, like 30 minutes late, like 45 minutes
4  late.
5      Q.  And so do you regularly expect it to run late
6  instead of being on time?
7      A.  Yes.
8      Q.  As far as your friends or family members giving
9  you a ride to the grocery store or other places that you
10 go, do they ever ask for anything in exchange for those
11 rides?
12     A.  Yes.  Mostly gas money.
13     Q.  And I think you testified earlier that you
14 sometimes offer to pay for groceries.  Are there any
15 other things that you offer besides just gas money and
16 groceries?
17     A.  No.
18     Q.  So we've talked some about your work study job
19 at the rec center.  How close is the rec center to MSC?
20     A.  Directly across, about -- as soon as I get off
21 the shuttle, a one-minute walk.
22     Q.  So if you're standing outside of the rec
23 center, would you be able to see the MSC?
24     A.  Yes.
25     Q.  Earlier, on Exhibit 5, if you'll -- I'm going

Page 99

1  to pull up your official Exhibit 5.  We talked about the
2  bus for the -- for the election.  Is that -- yeah,
3  Exhibit 5.
4          You testified that you didn't take this
5  bus to vote; is that correct?
6      A.  Yes.
7      Q.  Did you associate that bus with the purpose of
8  taking students who lived off campus to vote -- did you
9  associate that with The Panther Party and its
10 organization?
11         MR. SEAQUIST:  Form.
12         THE WITNESS:  Yes.
13     Q.  (BY MS. HARRISON) Let me reask that question
14 because I think it was a bad question.
15         Was it your understanding that The Panther
16 Party helped to organize that bus for the purpose of
17 taking students to vote?
18     A.  Yes.
19     Q.  You've also testified that you haven't gone to
20 any Commissioners Court or City Council meetings.  Is
21 that because you lacked transportation to get there?
22     A.  Yes.
23     Q.  Do you know how far it would be to walk to
24 County Commissioners meetings or City Council meetings?
25     A.  No.  But I know the timing is usually early in

Page 100

1  the morning.  It's -- no, I don't know how far it would
2  be to walk.
3      Q.  And you said that the time is early in the
4  morning?  The time for what?
5      A.  These Commissioners meetings.
6      Q.  The scheduled time for the meeting?  Is that
7  what you're talking about?
8      A.  Yes, ma'am.
9      Q.  And there was a discussion about city hall.  Do
10 you know where city hall is in Prairie View?
11     A.  No, ma'am.
12     Q.  So have you ever been there?
13     A.  No, ma'am.
14     Q.  Are you aware of a shuttle that goes to city
15 hall?
16     A.  No, ma'am.
17     Q.  At the beginning of your testimony today, we
18 walked kind of through your life background and a
19 little -- a few things about your family.  One thing
20 that you mentioned was that neither of your parents have
21 gone to college but that your grandmother had been to
22 college.
23         Apart from your grandmother, what does it
24 mean to you to be the first one in your immediate family
25 to have gone to college?

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 101

1  A.  A good thing.  I've never -- I didn't know I
2  was considered to be first generation.  But it's a good
3  thing.  I like the fact that I can inspire my younger
4  siblings that they can rise above poverty lines and just
5  something that they were born into but they didn't
6  deserve to.
7       And I like the fact that I can say that
8  I'm doing something useful with my life.  And I'm trying
9  to make the most of it.  I try to do things with just my
10  actions and not just my words, so I feel like it's a
11  bold action to be the first one to try to seek higher
12  education.
13  Q.  Do you have plans for what you'll do after you
14  graduate from college?
15  A.  Absolutely.
16  Q.  What are those plans?
17  A.  I want to go to law school and I want to help
18  people who have been wrongfully convicted get
19  exonerated.
20  Q.  So the last thing I want to touch on is you had
21  mentioned earlier that you had some assumptions about
22  how county officials had established voting procedures.
23  Can you -- can you go into what those assumptions are
24  and why you believe them?
25       MR. SEAQUIST:  Form.

Page 102

1       THE WITNESS:  Because I do feel like it's
2  a more older, white generation type of county and
3  then -- but there's this college with mostly
4  African-American students and they feel like it's unfair
5  that we're here for only four years and we get to have a
6  say in permanent decisions.
7       But what they don't understand is, even
8  though we're only here for four years, we want to
9  prepare the way and pave the way for future students who
10  will come to this institution.
11       Just like there was a point in time where
12  we didn't even have -- as students at Prairie View,
13  despite us paying tuition and that tuition going into
14  taxes and things like that, they didn't have a right to
15  vote.  And there were generations before us who fought
16  until we got that right to vote.  So now it's up to us
17  to continue that fight and break down these barriers.
18       MS. HARRISON:  Okay.  We'll pass the
19  witness.
20       MR. SEAQUIST:  Ms. Smith, I'd just like to
21  thank you for your time this afternoon.  Good luck to
22  you.
23       THE WITNESS:  Thank you.  Are we off the
24  record?
25       MR. SEAQUIST:  Uh-huh.

Page 103

1       MS. HARRISON:  Nothing further.
2       (Proceedings concluded at 5:26 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 104

1       CHANGES AND CORRECTIONS
2  WITNESS NAME:          DATE OF DEPOSITION:
3  TREASURE SMITH          OCTOBER 10, 2019
4  PAGE   LINE   CHANGE          REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

Jayla Allen, et al. vs. Waller County Texas, et al.
Treasure Smith - 10/10/2019

Page 105

1    I, TREASURE SMITH, have read the foregoing
2  deposition and hereby affix my signature that same is
3  true and correct, except as noted above.
4
5  _____
6        TREASURE SMITH
7
8
9  THE STATE OF _____)
10 COUNTY OF _____)
11
12   Before me,_____, on this
13 day personally appeared TREASURE SMITH, known to me (or
14 proved to me under oath or through
15 _____) (description of identity
16 card or other document)) to be the person whose name is
17 subscribed to the foregoing instrument and acknowledged
18 to me that they executed the same for the purposes and
19 consideration therein expressed.
20    Given under my hand and seal of office this
21 _____ day of _____, _____.
22
23
   _____
24    NOTARY PUBLIC IN AND FOR
   THE STATE OF _____
25    COMMISSION EXPIRES:_____

Page 106

1     IN THE UNITED STATES DISTRICT COURT
2      FOR THE SOUTHERN DISTRICT OF TEXAS
3        HOUSTON DIVISION
4  JAYLA ALLEN, DAMON       )
   JOHNSON, TREASURE SMITH, )
5  AND THE PANTHER PARTY,   )
     Plaintiffs,            )
6                           )
   VS.                      )  CIVIL ACTION NO.:
7                           )  4:18-CV-3985
   WALLER COUNTY TEXAS; THE )
8  WALLER COUNTY            )
   COMMISSIONERS COURT;     )
9  JUDGE CARBETT "TREY" J.  )
   DUHON III, IN HIS        )
10 OFFICIAL CAPACITY AS THE )
   WALLER COUNTY JUDGE; AND )
11 CHRISTY A. EASON, IN HER )
   OFFICIAL CAPACITY AS THE )
12 WALLER COUNTY ELECTIONS   )
   ADMINISTRATOR,           )
13   Defendants.            )
14 ********************************
15    REPORTER'S CERTIFICATION
16   ORAL DEPOSITION OF TREASURE SMITH
17      OCTOBER 10, 2019
18 ********************************
19 I, SHERRI SANTMAN FISHER, Certified Shorthand
20 Reporter in and for the State of Texas, hereby certify
21 to the following:
22    That the witness, TREASURE SMITH, was duly sworn by
23 the officer and that the transcript of the oral
24 deposition is a true record of the testimony given by
25 the witness;

Page 107

1    I further certify that pursuant to FRCP Rule
2  30(f)(1) that the signature of the deponent:
3    __X__ was requested by the deponent or a party
4  before the completion of the deposition and returned
5  within 30 days from date of receipt of the transcript.
6  If returned, the attached Changes and Signature Page
7  contains any changes and the reasons therefor;
8    _____ was not requested by the deponent or a party
9  before the completion of the deposition.
10   That the amount of time used by each party at the
11 deposition is as follows:
12 MS. JULIE GOODRICH HARRISON.....0 Hours, 15 Minutes
13 MR. GUNNAR P. SEAQUIST.....1 Hour, 48 Minutes
14   I further certify that I am neither counsel for,
15 related to, nor employed by any of the parties or
16 attorneys in the action in which this proceeding was
17 taken, and further that I am not financially or
18 otherwise interested in the outcome of the action.
19   Certified to by me this 20th of October, 2019.
20
21
22 SHERRI SANTMAN FISHER, Texas CSR 2336
   CSR Expiration Date: 12/31/19
23 COOLEY REPORTING, Firm No. 702
   8407 Fathom Circle, Unit B
24 Austin, Texas 78750
   512-743-5867/512-410-3012
25

512-743-5867        Cooley Reporting    512-410-3012 (fax)
            Jcooleycsr@gmail.com