

# THE PANTHER PARTY

CONSTITUTION AND BYLAWS

ADOPTED MARCH 28, 2018

RATIFIED APRIL 18, 2018

ARTICLE I.  NAME & PURPOSE

Section 1.01 Name – The name of this organization shall be THE PANTHER PARTY.

Section 1.02 Purpose – The purpose of this organization shall be: The purpose of the organization shall be: To address Prairie View A&M University and the city of Prairie View address the social, political, economic and historical landscape of the Prairie View A&M University College & Community, Texas A&M Collegiate System, and Waller County.

ARTICLE II.  MEMBERSHIP & DUES

Section 2.01 Eligibility - Membership shall be open to students currently attending Prairie View A&M University upon payment of the dues as outlined in Section

Section 2.02 Dues – Dues shall be $10 per semester.

ARTICLE III.  OFFICERS

Section 3.01 Officers – The officers shall be a President, Vice-President, Secretary, and Treasurer.

Section 3.02 Eligibility – Officers must be full-time students.

Section 3.03 Appointment – Officers shall be nominated by the President on a merit-based system at the last meeting of the semester. The appointment and merit of officers shall be approved by a majority vote of the Panther Council.

Section 3.04 Special Nomination – Any member of the Panther Party can nominate themselves or another member for any officer position. The merit of the nomination shall be approved by a majority vote of the Panther Council.

PLAINTIFF'S EXHIBIT 37

PLS000319



Section 3.05 Election – In the case of their being more than one nominee for an officer position, the officer shall be elected by a majority vote.

Section 3.06 Runoff Election - In the case where no nominee receives a majority vote of the ballots casts, a runoff election shall be conducted between the nominees who receive the top (2) highest percentages of votes.

Section 3.07 Term – The officers shall serve for one year and their term of office shall begin at the commencement of the fall semester.

Section 3.08 Vacancy – If a vacancy occurs in the office of President, the Vice-President shall assume the office for the remainder of the term and vacancies in any other office shall be filled by a special appointment.

ARTICLE IV.  DUTIES OF OFFICERS

Section 4.01 President – It shall be the duty of the President to:

(a) Preside at meetings

(b) Vote only in case of a tie

(c) Represent the organization

(d) Appoint committee chairpersons subject to the approval of the Executive Committee Serve as an ex-officio member of all committees except

(e) the nominating committee

(f) Perform such other duties as ordinarily pertain to this office

Section 4.02 Vice-President – It shall be the duty of the Vice-President to:

(a) Preside in the absence of the President

(b) Serve as chairperson of the Program Committee

Section 4.03 Secretary – It shall be the duty of the Secretary to:

(a) Record the minutes of all meetings

(b) Keep a file of the organization's records

(c) Maintain a current roster of membership

(d) Issue notices of meetings and conduct the general correspondence of the organization

Section 4.04 Treasurer – It shall be the duty of the Treasurer to:



(a) Receive all funds and process Request for Payment, Deposit Slip, and Officer Signature Forms.

(b) Keep an itemized account of all receipts and expenditures and make reports as directed.

## ARTICLE V.  MEETINGS

Section 5.01 Meetings – Regular meetings shall be held weekly during the regular school year.

Section 5.02 Special Meeting – Special meetings may be called by the President with the approval of the Executive Committee.

Section 5.03 Quorum – A quorum shall consist of 1/2 of the membership.

Section 5.04 Parliamentary Authority – Robert's Rules of Orders, shall guide this organization in all cases to which they are applicable and in which they are not inconsistent with these bylaws.

## ARTICLE VI.  THE PANTHER COUNCIL

Section 6.01 Responsibility – Management of this organization shall be vested in the Panther Council which shall be responsible to the entire membership to uphold these bylaws.

Section 6.02 Membership – This council shall consist of the officers as listed in Article III and the faculty advisor.

Section 6.03 Meetings – This committee shall meet at least once between regular meetings of the organization to organize and plan future activities.

## ARTICLE VII. ADVISOR

Section 7.01 Selection – there shall be a faculty/staff advisor who shall be selected each year by the membership.

Section 7.02 Duties – The responsibilities of the faculty advisor shall be to:

(a) Maintain an awareness of the activities and programs sponsored by the student organization.



(b) Meet on a regular basis with the leader of the student organization to discuss upcoming meetings, long range plans, goals, and problems of the organization.

(c) Attend regular meetings, executive board meetings as often as schedule allows.

(d) Assist in the orientation of new officers.

(e) Explain and clarify campus policy and procedures that apply to the organization.

(f) Maintain contact with the Student Life Office.

(g) Provide direction in the area of parliamentary procedure, meeting facilitation, group-building, goal setting, and program planning.

(h) Assist the organization treasurer in monitoring expenditures, fundraising activities, and corporate sponsorship to maintain an accurate and up-to-date account ledger.

(i) Inform organization members of those factors that constitute unacceptable behavior on the part of the organization members, and the possible consequence of said behaviors.

## ARTICLE VIII. COMMITTEES

Section 8.01 Program Committee – A program committee composed of the Vice-President as chairperson and four other members shall be appointed by the President before the end of spring semester, whose duty shall be to plan the overall program of the organization.

Section 8.02 Special Committees – The President shall have the authority to appoint any special committees, with the approval of the Executive Committee, from time to time as need demands.

## ARTICLE IX. AMENDMENTS

Section 9.01 Selection – These bylaws may be amended by a two-thirds (2/3) majority vote of the chapter membership.

Section 9.02 Notice – All members shall receive advanced notice of the proposed amendment at least five days before the meeting.

**PLS000322**



ARTICLE X.   SUPERVISION

Section 10.01      Board of Directors - All activity of The Panther Party shall be supervised and is subject to approval or denial by the Board of Directors of The Panther Party, Inc.

PLS000323