Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Rolando B. Pablos  
Secretary of State




PLAINTIFF'S EXHIBIT 38

# Office of the Secretary of State

## CERTIFICATE OF FILING
## OF

The Panther Party  
File Number: 802684180

The undersigned, as Secretary of State of Texas, hereby certifies that a Certificate of Formation for the above named Domestic Nonprofit Corporation has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

The issuance of this certificate does not authorize the use of a name in this state in violation of the rights of another under the federal Trademark Act of 1946, the Texas trademark law, the Assumed Business or Professional Name Act, or the common law.

Dated: 03/28/2017

Effective: 03/28/2017





Rolando B. Pablos  
Secretary of State

*Come visit us on the internet at http://www.sos.state.tx.us/*

Phone: (512) 463-5555  Fax: (512) 463-5709  Dial: 7-1-1 for Relay Services  
Prepared by: Elena Smart  TID: 10306  Document: 724558640002

PLS000317