PLAINTIFF'S EXHIBIT
**44**





TEXAS A&M ENGINEERING

**TEEX**®

EXTENSION SERVICE

Knowledge
Engineering





# Appendicies for the
# Waller County
# Comprehensive
# Strategic Plan

Prepared for:

Waller County, Texas









**ECONOMIC**
Development



# APPENDICES FOR THE
# WALLER COUNTY COMPREHENSIVE STRATEGIC PLAN

July 2017

**Prepared for:**

Waller County, Texas

836 Austin Street, Suite 203

Hempstead, Texas 77445

**Point of Contact:**

The Honorable Judge Carbett "Trey" J. Duhon III

T.Duhon@wallercounty.us

979.826.7700

**Prepared By:**

Texas A&M Engineering Extension Service

Knowledge Engineering

College Station, TX 77845

**Point of Contact:**

Lisa Mutchler, Program Director

Lisa.Mutchler@teex.tamu.edu

979.458.6710

# TABLE OF CONTENTS

# APPENDICES

Appendix I:     Waller County, TX: State of the Community Report 2016

Appendix II:    Purdue University Regional Data Snapshot Industry Cluster Analysis 2016

Appendix III:   Waller County Strategic Planning Guide: 2017–2037

## APPENDIX I:

## WALLER COUNTY, TX: STATE OF THE COMMUNITY

## REPORT 2016

# WALLER COUNTY, TX
## State of Community Report 2016





## Background

In 1993 the Department of Landscape Architecture and Urban Planning in the College of Architecture at Texas A&M University, initiated the Texas Target Communities program (TTC) to provide technical assistance to small towns on issues related to land use planning and economic development. Today TTC, in partnership with the Texas A&M AgriLife Extension Service, also works with rural counties and marginalized communities across Texas to provide technical support in keeping with Texas A&M's mission as a land grant university. At the same time it serves as a "real world" learning laboratory for graduate students within coursework on campus. Students gain valuable planning experience while targeted communities receive valuable assistance they could not access otherwise and results in a positive difference in the quality of life for its residents. Communities are chosen for participation in TTC based on demonstrated need and their commitment to the planning process.

The Waller County Strategic Planning Committee (WCSPC), with connections through Prairie View A&M University (PVAMU), contacted The Texas Target Communities (TTC) program at Texas A&M University to develop the Waller County State of Community Report 2016 in anticipation of the development of a county strategic plan. In order to support the strategic planning efforts of Waller County, TTC program associates gathered data from a variety of disciplines related to the present state of the County. The TTC team then analyzed the data to identify potential areas for growth and development.

TTC Staff:

John Cooper, Director and Associate Professor of the Practice

Jaimie Hicks Masterson, Program Coordinator

Gopika Nair, Student Intern

LAUP Faculty:

Dr. Wei Li, Assistant Professor and Coordinator of MUP

LAUP Students:

| Qazi Aniqua Zahra | Vrushali Sathaye | Xinhe Ruan |
| --- | --- | --- |
| Wayne Day | Qikun Chen | Tamanna Tasnum |
| Manasvini Thiagarajan | Garrett Engish | Kelly Trietsch |

## Executive Summary

Waller County is on the northwest side of Harris County.  It offers the best of a rural lifestyle  and a short commute to the nation's fourth largest city.  Citizens of Waller County enjoy access to many social and economic opportunities already and the outlook for expanding access to opportunities is positive. Waller is set to grow ahead of the state and H-GAC 8 by 2050. The County expects an increasing Hispanic population, a trend seen throughout Texas. Approximately 34% of the population in Waller is college educated and 46% of residents are enrolled in schools and colleges. Waller County is a home to PVAMU and four (4) independent school districts (Hempstead, Royal, Katy and Waller).

Proximity to Houston plays an important role in the economy of the County. Manufacturing and agriculture sectors lead the economy. These sectors are more specialized in the County in comparison to Texas. Education services follow in level of impact, due to the presence of many school districts and PVAMU. Employment 'by place of residence' has increased significantly by 40%, from 2004 to 2014. Texas in comparison increased by 25% over that span and the nation only increased by 13%.

Roughly, 19% of people in Waller County are living under poverty.  Of those in poverty, the City of Prairie View has the most due to the student population at PVAMU. The County does not have many affordable housing units, but 40% of all homes are under $100,000. The City of Houston is rapidly encroaching upon Waller County, threatening to disrupt the rural lifestyle many County residents enjoy. As Houston expands, there will be an increase in impervious surface cover, which will increase the risk of flooding.

# Contents

1.   Introduction ....................................................................................................................... 6

2.   History ............................................................................................................................... 7

3.   Population ......................................................................................................................... 9

   3.1.    Population Density ................................................................................................... 9

   3.2.    Population Estimates and Projections ................................................................... 10

4.   Race ................................................................................................................................. 12

5.   Age Pyramid ................................................................................................................... 14

6.   Education ......................................................................................................................... 16

7.   Employment .................................................................................................................... 18

   7.1.    Overview ................................................................................................................ 18

   7.2.    Unemployment Rate .............................................................................................. 19

8.   Economy .......................................................................................................................... 21

   8.1.    Economic Structure ............................................................................................... 21

   8.2.    Characteristics of Regional Economy ................................................................... 22

   8.3.    Economic Growth .................................................................................................. 24

   8.4.    Job Density and Inflow/ Outflow ......................................................................... 27

   8.5.    Leakage/ Surplus Factor ....................................................................................... 30

   8.6.    Income Distribution .............................................................................................. 31

   8.7.    Poverty .................................................................................................................. 33

9.   Housing ........................................................................................................................... 34

   9.1.    Housing Types ....................................................................................................... 34

   9.2.    Renters Vs. Owners ............................................................................................... 35

   9.3.    Home Value ........................................................................................................... 36

   9.4.    Monthly Rental Rates ............................................................................................ 38

10.    House Vacancy and Unaffordability ............................................................................ 39

   10.1.    Vacant Housing .................................................................................................... 39

   10.2.    Mortgage Status and Affordability ..................................................................... 40

   10.3.    Monthly Rental Rates ........................................................................................... 43

   10.4.    Affordable Housing Programs ............................................................................. 46

11.     Environmental Factors ................................................................................................................................48

   11.1.    Most Recent Natural Disasters: ............................................................................................................48

   11.2.    Floods, Historical Tornados, and Watersheds.................................................................................49

   11.3.    Land Cover .................................................................................................................................................52

   11.4.    Soil ................................................................................................................................................................53

12.     Infrastructure ..............................................................................................................................................54

   12.1.    Transportation .........................................................................................................................................54

   12.2.    Facilities .....................................................................................................................................................56

   12.3.    County Independent School Districts: ...............................................................................................57

13.     S.W.O.T Analysis .........................................................................................................................................58

# 1. Introduction

Waller is a rural county bounded on the east by Harris County and the west by the Brazos River. It is situated in the lower plain of southeast Texas, with 513 sq. miles of land and 4.4 sq. miles of water. The county is bordered by Grimes County to the north, Montgomery County to the northeast, Fort Bend County to the south, Austin County to the west and Washington County to the northwest.

The County's climate is temperate, characterized by warm and mild winters. The average temperature in July is 95°F and 39° F in January. The average annual rainfall in the county is 42 inches. Cities in the County include Hempstead, Prairie View, Brookshire, Waller, Pine Island and part of Katy, which also has territory in Harris and Fort Bend County. The County's economy is mainly dependent on farming, cattle, forest products, construction and manufacturing.  PVAMU is a major university and a part of the Texas A&M University system.



*Figure 1.1: Location Waller County, TX*

## 2. History

Waller County was established in 1873. The County began to develop in the late nineteenth century with the implementation of the Houston and Texas Central Railway. The county seat (Hempstead) was developed by the railway companies. The Town of Brookshire began to emerge as a center of activity  after the Missouri, Kansas, and Texas Railways passed through the city from Houston in 1893. Today, both railways are property of the Union Pacific Railway network.



*Figure 2.1: Courthouse, Heampstead*
Source: courthousehistory.com

In the late 1800's, cotton was the major product in the county's economy, along with cattle. Waller County was home to one of the first plantations in the southern part of the country.

The cotton-based economy introduced African-Americans to Waller County as slaves. After emancipation however, many stayed in the area.  The 1880 census reported 65% of its population as being African Americans. Today the African-American population in Waller County is 26%.

The participation of African Americans in politics increased and they were elected to county as well as to state offices. Cultural diversity enhanced with immigrants from Central and Eastern Europe, Ireland and Italy arriving in late nineteenth century, together with Germans, Polish and Czech immigrants arriving in the beginning of the twentieth Century.



*Figure 2.2: Waller County Courthouse*
Source: courthousehistory.com



*Figure 2.3: I-10 and I-45*
Source: Google Maps,2016

If the railway helped to develop the area in the beginning of the century, the highways have the same function today. The anticipated, and then actual, construction of the new Highway 290 by-pass from Houston spurred a blossoming population and expansion in the eastern part of Waller County that affected both the Waller Independent School District and the City of Waller.  In addition to US 290, Interstate 10 cuts through the Waller County near its southern border.  Waller County's position on Interstate 10 (which connects Houston to San Antonio) makes Waller an important piece in the region's economy, and raises the value of advanced planning for county development.

# 3. Population

## 3.1.  Population Density

The population of Waller County (44,825)[1] is mostly rural with a population density less than 100 people per square mile (Figure 3. 1). The population of Waller County is clustered around the five cities: the City of Hempstead, Prairie View Brookshire, Pine Island and the portion of Katy.[2] The population density of Waller County (87 per sq. mile) is less than the Texas average (99.9 per sq. mile).[3]



Population Density for Waller County, 2014

*Figure 3. 1: Population Density for Waller County, 2014*

Source: 2014 Data from the Social Explorer

---

[1] 2014 ACS 5- year estimates
[2] The city of Katy crosses Waller, Harris, and Fort Bend county boundaries
[3] Waller County : 87 per sq. mile, Texas: 99.9 per sq. mile (American community Survey, 2010-2014)

## 3.2.  Population Estimates and Projections

In 2014, there were 44,825 people residing in Waller County, increasing from 32,663 people in 2000 and 43,205 people in 2010. The major population centers include portions of Katy (15,071), Hempstead (6,197), Prairie View (5,890), Brookshire (4,804), and Waller[4] (1,956). Waller grew faster than the Houston- Galveston Area Council (H-GAC) and Texas from 2000 to 2010 and faster than Texas over the entire 2000 to 2014 time period.

Population projections for Waller County obtained from the Office of the State Demographer (OSD) and from H-GAC 8.[5] are biennial population projections for the state and the County by age, sex, and race/ethnicity.  Population projections account for special populations, fertility rates, mortality rates, and residual migration rates each year from 2015 to 2050.[6]

H-GAC also provides projections for 2010 to 2040, which are updated every quarter. These projections include population, employment and land use.

|  | Estimates | | Projections | | | | |
|---|---|---|---|---|---|---|---|
|  | 2000 | 2010 | 2020 | 2030 | 2040 | 2050 | Source |
| **Waller** | 32,663 | 43,205 | 52,133 | 62,492 | 74,071 | 86,862 | OSD |
|  |  |  | 46,114 | 87,675 | 1,09,334 | - | H-GAC |
| **H-GAC 8** | 4,669,571 | 5,891,999 | 6,865,178 | 7,886,965 | 8,921,141 | 9,955,782 | OSD |
|  |  |  | 7,221,595 | 8,632,761 | 10,018,623 | - | H-GAC |
| **Texas** | 20,851,820 | 25,145,561 | 28,813,282 | 32,680,217 | 36,550,595 | 40,502,749 | OSD |

*Table 3.1: Population Estimates and Projections for Waller County, H-GAC 8, and Texas (number of persons)*

Source: OSD and H-GAC

---

[4] The city of Waller crosses Waller and Harris county boundaries
[5] The H-GAC 8 consists of the following counties: Brazoria, Chambers, Fort-Bend, Galveston, Harris, Liberty, Montgomery, and Waller.
[6] Three migration scenarios are used to estimate projections. The first, zero (0.0) migration scenario, assumes that immigration and outmigration are equal resulting in natural growth. The second, one-half (0.5) scenario, assumes a growth rate averaging the zero migration scenario and the growth rate experienced from 2000 to 2010. This third (1.0) scenario assumes that the 2000 to 2010 trends in age, sex and race/ethnicity net migration will continue into the future. The Office of the Demographer suggests that the one-half scenario be used for long-term planning purposes.

| | Estimates (% change) | Projections (% change) | | | | |
|---|---|---|---|---|---|---|
| | **2000 to 2010** | **2010 to 2020** | **2020 to 2030** | **2030 to 2040** | **2040 to 2050** | **Source** |
| **Waller** | 32.2 | 20.7 | 19.9 | 18.5 | 17.3 | OSD |
| | 34 | 17 | 90 | 25 | - | H-GAC |
| **H-GAC 8** | 26.2 | 16.5 | 14.9 | 13.1 | 11.6 | OSD |
| | 27 | 24 | 20 | 16 | - | H-GAC |
| **Texas** | 20.6 | 14.6 | 13.4 | 11.8 | 10.8 | OSD |

*Table 3.2: Population Estimates and Projections for Waller County, H-GAC 8, and Texas (percentage change)*

Source: OSD and H-GAC Forecast (2016)

For the most part, Waller is set to grow at a faster pace than the H-GAC 8 and the state as a whole, for each decade through 2050. The H-GAC projection for Waller is highly aggressive for the 2020 to 2030 time period than the OSD 0.5 scenario projections.[7] Estimates from the 2000 and 2010 Census are presented with projections from both the OSD 0.5 scenario and the H-GAC.



*Figure 3.2: Population Projections*

---

[7] Only during the 2010 to 2020 period does the H-GAC project a substantially lower growth rate for Waller County than for the H-GAC 8.

## 4. Race

Figure 4.1 shows the distribution of people by race throughout the County. The races are relatively dispersed, though African-Americans are clustered around the larger cities, particularly Prairie View.  There are few if any African-Americans in the north-eastern portion of the County.



*Figure 4.1: Race Dot Map for Waller County, 2014*

Source: 2014 Data from the Social Explorer

According to the US Census, Waller County's population is 45% of White, compared to Texas at 44% (Figure 4.2). Waller County has a larger proportion of African-Americans than Texas and smaller proportion of Asian. Although Texas has greater proportion of Hispanics than Waller County. However, by 2050 the County's Hispanic population is projected to be over 50%, which is a consistent trend in Texas.



*Figure 4.2: Race and Ethnicity by Waller County and Texas*

Source: U.S. Census



*Figure 4.3: Population Projection by Race as a % of Total Population for Waller County*

Source: OSD

# 5. Age Pyramid

The age pyramid for Waller County is shown in Figure 5.1. Waller County has the largest population of recent high school graduates (20 to 24 year olds) compared to surrounding counties likely due to the presence of PVAMU. Waller County also has a large population of children and young people, and a greater proportion of people from 45 to 60 years old when compared to other age groups in the County. There is a much larger proportion of those ages 25 to 44 in Texas than Waller County. The age pyramid for Texas in 2015 is displayed in Figure 5.2.



*Figure 5.1: Age Distribution in Waller County*

*Figure 5.2: Age Distribution in Texas*

Source: U.S. Census

Waller County's age and sex distribution slightly resembles a cup shape, which means an aging society. Based on population projections, there will be proportionally more people ages 45 to 64 and 65-plus in the next 20 years—or more mid-career residents, retirees, and elderly. The less than 18, and 25 to 44 age groups will remain relatively stable for the next few years while the 18 to 24 age group is expected to decline. This could be a negative sign as the County will lose its younger population (Figure 5.3).



*Figure 5.3: Population projections by Age Group (Percentage of Total)*

Source: OSD

## 6. Education

While more (34%) residents have a high school education in Waller than in Texas and the US, Waller falls slightly short of Texas and the U.S. with regard to college attainment. The lower levels of attainment for associate, bachelor and graduate degrees is surprising considering the presence and prominence of PVAMU (see Figure 6. 1).



*Figure 6. 1: Education; Attainment Detailed Comparison (Age 25+)*



*Figure 6.2: Waller County; School Enrollment by Aggregate Categories*

Source: U.S. Census Bureau 2014, www.towncharts.com

As observed in Figure 6.2, eighty percent of person's age 25 or older in Waller County are high school graduates. Also, 46% of residents are enrolled in undergraduate programs, which is higher than all neighboring counties: Austin, Washington, Grimes, Harris and Fort Bend. Not surprising, the City of Prairie View, due to the presence of PVAMU has a college population equal to about 95% of all students in school. Other cities have a decent population of school going children between the ages 1-12.

# 7. Employment
## 7.1.  Overview

As of 2014 there were 23,038 people employed in Waller County,  including 17,984 wage and salary employees. Personal income per capita for the county was $34,078, which has grown by $10,000 from 2004 to 2014.[8] Total Employment has increased by 22.7 percent and 43.3 percent since 2009 and 2004, respectively.

|  | 2004 | 2009 | 2014 |
| --- | --- | --- | --- |
| Total Employment | 16,078 | 18,773 | 23,038 |
| Wage and Salary Employment | 12,594 | 14,550 | 17,984 |
| Proprietor Employment | 3,484 | 4,223 | 5,054 |
| Waller County PIPC | $24,683 | $28,869 | $34,078 |
|  |  |  |  |
| Texas PIPC | $31,077 | $37,037 | $45,669 |
| United States PIPC | $34,316 | $39,376 | $46,049 |

*Table 7.1: Employment Totals and Personal Income Per Capita (PIPC)*

Source: Bureau of Economic Analysis

Major employers in the county include.[9]

- Briarwood- Brookwood Inc.
- Creekside Nursery
- Hempstead ISD
- Igloo
- PBS of Central Florida
- Prairie View A&M University
- Royal ISD
- Waller ISD
- Wal-Mart associates Inc.

The industry sectors with the largest employment are Manufacturing (3,281), Educational Services (2,688), and Construction (1,364).[10]

---

[8] Bureau of Economic Analysis. (2014). Waller County, TX; Employment figures represent Employment and Personal Income Per Capita by place of residence.
[9] County profile prepared by the H-GAC as part of "Our Great Region 2040"
[10] LODES; employment by place of work.

## 7.2.   Unemployment Rate

The unemployment rate in Waller County has gone down since 2010, which is a good indicator of the economic growth. As we see in Figure 7.2.1, Texas and Waller County have similar trends.  Since 2010 unemployment has dropped from approximately 8%to 4.5% in Waller and4.7% in Texas.[11]



*Figure 7.2.1: Trend of Unemployment Rate*



In addition, as indicated in Figure 7.2.2, most working people in the County are either self-employed or work for a private company (Figure 7.2.2).

*Figure 7.2.2: Types of Workers*

---

[11] Bureau of Labor Statistics 2014



*Figure 7.2.3: Unemployment Rate (%)*

Source: http://www.city-data.com/county/Waller_County-TX.html



Figure 7.2.3 above indicates that most of the people in the county are employed. Most of the unemployment is concentrated around Prairie View A&M University (Figure 7.2.4) likely due to the presence of students.

*Figure 7.2.4: Prairie View A&M Campus*

Source: https://en.wikipedia.org/wiki/Prairie_View,_Texas

# 8. Economy

## 8.1. Economic Structure

As shown in Figure 8.1.1, five industry sectors provide over 50% of the industry employment shares in Waller County:

- Health Care and Social Assistance,
- Educational Services,
- Retail trade,
- Manufacturing
- Construction.

Among the five, the Manufacturing, Construction and Educational Services have a larger relative percentage of employment shares than Texas.



*Figure 8.1.1: Employment Shares in Waller County and Texas*

## 8.2.   Characteristics of Regional Economy

A location quotient (LQ) is a method to quantify how concentrated a particular
industry is in a region as compared to a larger region, such as Texas. A location
quotient value greater than 1.0 means that the industry sector is a specialized area
compared to the larger region.

| NAICS Title | By Place of Work | | By Place of Residence | |
|---|---|---|---|---|
| | LQ 2014 Waller- Texas | LQ 2014 Waller- US | LQ 2014 Waller- Texas | LQ 2014 Waller- US |
| Agriculture, Forestry, Fishing and Hunting | 1.95 | 1.19 | 0.95 | 0.63 |
| Mining | 1.32 | 5.96 | 1.49 | 6.51 |
| Utilities | 0.38 | 0.45 | 0.99 | 1.17 |
| Construction | 1.59 | 2.09 | 1.36 | 1.79 |
| Manufacturing | 2.88 | 2.52 | 1.57 | 1.38 |
| Wholesale Trade | 1.52 | 1.78 | 1.33 | 1.55 |
| Retail Trade | 0.7 | 0.7 | 0.98 | 0.97 |
| Transportation and Warehousing | 0.78 | 0.85 | 0.8 | 0.88 |
| Information | 0.1 | 0.08 | 0.62 | 0.52 |
| Finance and Insurance | 0.19 | 0.2 | 0.62 | 0.64 |
| Real Estate and Rental and Leasing | 0.71 | 0.82 | 0.99 | 1.14 |
| Professional, Scientific, and Technical Services | 0.41 | 0.39 | 0.96 | 0.93 |
| Management of Companies and Enterprises | 0.03 | 0.02 | 0.96 | 0.59 |
| Administrative and Support and Waste Mgmt | 0.4 | 0.43 | 0.85 | 0.9 |
| Educational Services | 1.79 | 1.97 | 1.02 | 1.13 |
| Health Care and Social Assistance | 0.6 | 0.53 | 0.79 | 0.71 |
| Arts, Entertainment, and Recreation | 1.09 | 0.77 | 0.98 | 0.7 |
| Accommodation and Food Services | 0.64 | 0.64 | 0.82 | 0.83 |
| Other Services(except Public Administration) | 0.5 | 0.44 | 0.84 | 0.73 |
| Public Administration | 0.46 | 0.34 | 0.92 | 0.67 |

*Table 8.2. 1: Location Quotient by NAICS Industry Codes*

Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment

Conversely, a value less than 1.0 demonstrates a weakness in the industry sector. The LQ was calculated by dividing the percentage of economic activity in Waller County by the percentage of economic activity of Texas.

Employment by 'place of work' demonstrates the jobs that are available in the county. Alternatively, employment by 'place of residence' indicates the types of jobs residents have, although the jobs are in another county.

Manufacturing boasts the greatest LQ at 2.88 when compared to Texas. Agriculture et al. follows behind at 1.95 and 1.19 when compared to the Texas and the US respectively. Not surprisingly, Education Services has a LQ of 1.79 due to influence of Prairie A&M. Mining is relatively large when compared to the US at 5.96 but not as large when compared to the Mining specialized in Texas. Nonetheless, Waller County has a higher proportion of Mining Jobs than Texas. Other industries Waller specializes in include Construction (1.59) and Wholesale Trade (1.52). All told, Waller County has many specializations pointing to a strong economy.

Of the industrial sectors with an LQless than one,the most notable industry is Management of Companies and Enterprises (0.03). Most likely, these types of jobs are hosted by nearby Houston, often dubbed the oil capitol of the US. Along with corporate jobs in mining, Houston likely attracts most if not all of the white-collar jobs. Other sectors including Information (0.10) and Finance and Insurance (0.19) are also likely to be stronger Houston.

## 8.3.   Economic Growth

Waller County has benefited from the overall growth in Texas. Shift-share analysis is atool which complements LQ and economic base analysis. The purpose is to indicate the relative economic growth rate of the region's industries compared to national trends and to determine regional comparative advantages. It determines how much of regional job growth can be attributed to national trends compared to local economic conditions.

In Waller County, employment levels compare exceptionally well to state and national benchmarks. Total employment 'by place of residence' increased by 4,092 or 39.96% from 2004 to 2014. Comparatively, Texas increased by 2, 27,109 or 25.14% and the U.S. increased by 15,319,082 or 12.80%.



|  | Base - Texas | Base - United States |
|---|---|---|
| ▉ Regional | 2,120 | 3,057 |
| ▉ Industry Mix | (606) | (280) |
| ▉ Benchmark | 2,574 | 1,310 |

*Figure 8.3.1: Shift-Share Analysis for Waller County, 2004-2014*

Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment

The energy and chemical industries  appear to be emerging and dominant in Waller County (Figure 8.3.2).  Manufacturing was concentrated in the County as well, in comparison to the nation. Additionally, manufacturing is export-oriented with a base multiplier value of 2.17.[12]

---

[12]  Base Multiplier, is the ratio of the total employment in year to the base employment in that year. Base multipliers are powerful tools in analyzing and forecasting regional economic activity. A higher economic base multiplier implies a larger effect of the basic job creator on the total number of jobs.



*Figure 8.3.2: Shift- Share Analysis of Waller County Industry Clusters as Compared to Texas*

Source: https://www.h-gac.com/community/publications/regional_industry_cluster_analysis.pdf

|          | Downward  | Stable                                          | Upward            |
|----------|-----------|-------------------------------------------------|-------------------|
| Poor     |           |                                                 |                   |
| Medium   | Matagorda | Liberty,         Waller, Wharton                | Colorado, Walker  |
| Good     |           | Austin,        Brazoria, Chambers, Galveston,    Harris, Montgomery | Fort Bend |

*Table 8.3.1: Distribution of GCEDD Counties Across Nine Types of Economic Performance*

Source: https://www.h-gac.com/community/community/publications/regional_industry_cluster_analysis.pdf

The categories in Table 8.3.1 are defined using five variables that measure economic change. Economic performance in Waller and surrounding counties is measured with indicators, such as median household income, average annual wage, unemployment rate, and poverty rate.[13] Median household income, which includes transfer payments, wages and investment income, measures the economic well-being of a household. Average annual wage on the other hand, indicates compensation levels. The unemployment rate is utilized to assess labor availability information; whereas, poverty rate quantifies the proportion of the population whose family income is below a certain threshold. In addition to the four variables mentioned above, five other indicators are used to measure the economic well-being of a county: average annual change since 2001 for the four indicators mentioned above, plus change in total covered employment from 2001 to 2005. The economic performance analysis indicates that most of the counties in the region with the exception of Matagorda County are performing well. The County should use these indicators to monitor improvements overtime.

---

[13] GCEDD: Gulf Coast Economic Development District; https://www.h-gac.com/community/community/publications/regional_industry_cluster_analysis.pdf

## 8.4. Job Density and Inflow/ Outflow

Employment sectors were concentrated in the six cities (Prairie View, Pine Island, Hempstead, Waller, Brookshire and a part of Katy) (Figure 8.4.1).



*Figure 8.4.1: Major Employment provision areas in Waller County*

Source: http://onthemap.ces.census.gov/

While the discussion thus far has focused on the jobs available inside Waller County, it is also important to understand the inflow and outflow of employees. In addition, there are three categories of employees (Figure 8.4.1):

1) Live and work in Waller,

2) Live in Waller and work outside of Waller,

3) Live outside of Waller and commute to Waller to work.



Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-
Destination Employment Statistics



*Figure 8.4.2: Job Inflow/ Outflow*

Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination
Employment Statistics

From 2004 to 2014, Waller experienced a slight reduction in the proportion of workers
that live and work in Waller County. Nearby Harris County, anchored by Houston,
attracts a majority of the employment leaving the county. Figure 8.4.3 depicts
employment flow from Waller County for 2004 and 2014.





Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics

*Figure 8.4.3: Distance and Direction from Home Census Block to Work Census Block*

## 8.5.  Leakage/ Surplus Factor

A leakage represents an industry sector where the volume of local retail sales generated by local retail businesses do not meet the volume of retail potential of local household spending – essentially, when demand exceeds supply. A leakage presents an opportunity to keep household spending within the county rather than lose it to markets outside of Waller County. A surplus on the other hand represents a situation where supply exceeds local demand, but it is possible that the excess supply is attracting consumption from outside the Waller market area.

From Figure 8.5.1 we can see that vending machine operators, shoe and accessory stores and stationary stores fall under leakages. Vending machines are very common and important, especially at places like bus stops, school canteens, office canteens, community halls, stadiums, gas stations etc. There are very few sectors which are surplus in the County. Also, we understand that the County primarily depends on the neighboring cities like Houston for jobs, entertainment and shopping centers.



*Figure 8.5.1: Leakage/ Surplus Factor by Industry Group*

Source: Esri and Infogroup

## 8.6.   Income Distribution

The per capita income of Waller County is $34,078 (BEA 2014) and median household income is $50,889.[14] The distribution of median income of the county shows that the Katy area has the highest median income and the Pattison area has the lowest (Figure 8.6.2). In Waller County 29.07% of the African-American population lives below poverty line, followed by 22.76% of the Hispanic population and 21.22% of the White or Anglo population.[15]

On an average, White citizens earn more than other races or ethnicities. Figure 8.6.1 shows the wage disparity between the 5 most common occupations.[16]

Highest Average Salary: White; $43,572 ± $3,317



*Figure 8.6.1: Wage by Race & Ethnicity*

[14] U.S. Census Bureau 2014
[15] U.S. Census Bureau 2014
[16] Dataset: 2014 ACS PUMS 5- year Estimates; Source: U.S. Census Bureau 2014



*Figure 8.6.2: Distribution of Median Income*

Source: U.S. Census Bureau 2014

## 8.7.  Poverty

Roughly 19% of the population in the US live below the poverty level, which is a little more than Texas (17%).[17] In Waller County, Prairie View has the highest percentage of people living below poverty. This may be due to the high student population (Figure 8.7.1).  According to the US Census Bureau (see Figure 8.7.2), 36% of the population are in poverty and not in the labor force.



*Figure 8.7.1: Population in Poverty (%)*

Source: U.S. Census Bureau 2014



*Figure 8.7.2: Population in Poverty and Working Status (%)*

Source: U.S. Census Bureau 2014

---

[17] U.S. Census Bureau 2014

# 9. Housing
## 9.1. Housing Types

The majority of the homes in Waller County are single family, multi-family, and mobile homes. There are 15,839 total housing units with an average household size of 2.81 and family size of 3.29.[18] By 2035, 10,000 additional housing units are needed to meet population projections referenced earlier in this document. Roughly, 9,482 are owner occupied units and just over half (51.5%) of the owner occupied units carry mortgage.

Waller County has a larger percentage of mobile homes than Texas. The County has 24% of housing stock as mobile homes which is common in rural areas (Figure 9.1.1).



*Figure 9.1.1: Comparison of Housing Type (%)*

Source: Our Great Region 2040: H-GAC

---

[18] American FactFinder; U.S. Census Bureau 2014

## 9.2.    Renters Vs. Owners

Texas has 35% rental and 65% owned homes. Overall, Waller County is similar to
Texas, though city by city we see a different picture (Figure 9.2.1). A higher
percentage of rental homes in Prairie View is likely due to the presence of Prairie
View A&M. Pine Island ahd Katy have the high share of owned homes in the county
(Figure 9.2.1). The overall number of rental units are in Table 9.2.2.



*Figure 9.2.1: Percentage of Owned and Rental Homes*

Source: U.S. Census Bureau 2014



*Figure 9.2.2: Number of Rental Housing Units*

Source: U.S. Census Bureau 2014

## 9.3.  Home Value

About 18% of the homes in Waller County are worth less than $50,000 (Figure 9.3.1). It also has one of the largest proportions of home values between $50,000 and $100,000 or 21% of all homes (Harris County - 25%, Grimes County - 27%). Roughly 40% of all homes are less than $100,000 in value and 70% of all homes are less than $200,000 in value.  Figure 9.3.2 offers a closer at the individual cities, Brookshire and Hempstead have a large proportion of homes valued less than $50,000, 45% and 40% respectively.



*Figure 9.3.1: Home Value Distribution (%)*

Source: U.S. Census Bureau 2014



*Figure 9.3.2: Home Value Distribution (%) by City*

Source: U.S. Census Bureau 2014

## 9.4. Monthly Rental Rates

With regard to rental rates, most (33%) pay between $500 and $750 in Waller County (see Figure 9.4.2). Prairie View has a good mix rent levels, and inn Hempstead, most rental housing is less than $1000 in rent.



*Figure 9.4.1: Monthly Rental rates for the County (%)*



*Figure 9.4.2: Monthly Rental Rates Cities(%)*

Source: http://www.towncharts.com/Texas/Housing/Waller-County-TX-Housing-data.html, U.S. Census Bureau

# 10.    House Vacancy and Unaffordability

## 10.1. Vacant Housing

Vacant and abandoned properties are often attributed to larger economic forces at work in the community; and they often associated or at least perceived to be associated with higher levels of crime, increased risk to health and welfare, plunging property values, and escalating municipal costs, which exacerbates overall community decline and disinvestment.[19]

Out of the total housing units (15,839), roughly 11.5% are vacant. Of vacant units, 2.77% are for rent and 1.29% are for sale (Figure 10.1.2).



*Figure 10.1. 1: Vacant Housing Units (%)*

Source: http://www.city-data.com/county/Waller_County-

*Figure 10.1.2: Housing Availability (%)*

Source: ASC, 2014

---

[19] John Accordino and Gary T. Johnson. 2000. "Addressing the Vacant and Abandoned Property Problem," *Journal of Urban Affairs* 22:3, 302–3.

## 10.2. Mortgage Status and Affordability

Roughly 51% of housing units in Waller County have a mortgage payment (Texas: 61%).[20] As Figure 10.2.1 indicates, Pine Island has comparatively fewer housing units with a mortgage payment (at 30% of houses). In addition, there are 60 units in Hempstead (13.2%) and 9 (11.1%) units in Pine Island that pay more than $3,000 or more as a mortgage payment. Most of the units in Hempstead and the City of Waller pay a mortgage of over $1,000.

Housing units without a mortgage payment typically pay a minimum amount for maintenance purposes even after the mortgage has been paid off and are 'free and clear'. The cities of Hempstead, Waller, Pine Island and Prairie View have more than 50% of homes without a mortgage payment (Table 10.2 **2**.2). There are 822 units in the County (59 in the City of Waller, 31 in Pine Island, and the remaining in unincorporated areas of the county), paying $700 or more even without a mortgage. These data can be used in the development of housing programs aimed to meet the needs of people at different economic levels.

---

[20] American FactFinder; U.S. Census Bureau 2014; housing units with mortgage include the loan amount plus the money for maintenance

| | Texas | Waller County | Brookshire | Hempstead | Pine Island | Prairie View | Waller city | Katy |
|---|---|---|---|---|---|---|---|---|
| Total (Owner Occupied Units) | 5,652,542 | 9,482 | 601 | 1,014 | 273 | 291 | 405 | 3,915 |
| Housing units with a mortgage: | 3,423,338 | 4,882 | 406 | 452 | 81 | 139 | 166 | 2,530 |
| Less than $200 | 1,212 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $200 to $299 | 3,843 | 6 | 0 | 0 | 0 | 0 | 0 | 6 |
| $300 to $399 | 10,835 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $400 to $499 | 29,536 | 33 | 0 | 0 | 0 | 0 | 0 | 0 |
| $500 to $599 | 57,921 | 69 | 23 | 25 | 0 | 20 | 0 | 0 |
| $600 to $699 | 95,797 | 140 | 42 | 0 | 0 | 0 | 0 | 16 |
| $700 to $799 | 133,467 | 192 | 18 | 57 | 0 | 13 | 13 | 0 |
| $800 to $899 | 171,467 | 222 | 0 | 41 | 0 | 0 | 0 | 49 |
| $900 to $999 | 198,129 | 155 | 31 | 0 | 1 | 0 | 0 | 122 |
| $1,000 to $1,249 | 578,005 | 937 | 171 | 129 | 30 | 30 | 65 | 393 |
| $1,250 to $1,499 | 558,475 | 844 | 24 | 120 | 12 | 31 | 68 | 550 |
| $1,500 to $1,999 | 771,459 | 1,147 | 55 | 20 | 11 | 45 | 15 | 709 |
| $2,000 to $2,499 | 373,440 | 503 | 42 | 0 | 8 | 0 | 5 | 348 |
| $2,500 to $2,999 | 189,801 | 357 | 0 | 0 | 10 | 0 | 0 | 82 |
| $3,000 or more | 249,951 | 277 | 0 | 60 | 9 | 0 | 0 | 255 |

*Table 10.2.1: Selected Monthly Home Owner Cost - Housing Units with Mortgage*

Source: U.S. Census Bureau, 2010-2014 American Community Survey 5-Year Estimates

| | Texas | Waller County | Brookshire | Hempstead | Pine Island | Prairie View | Waller city | Katy |
|---|---|---|---|---|---|---|---|---|
| Total (Owner Occupied Units) | 5,652,542 | 9,482 | 601 | 1,014 | 273 | 291 | 405 | 3,915 |
| Housing units without a mortgage: | 2,229,204 | 4,600 | 195 | 562 | 192 | 152 | 239 | 1,385 |
| Less than $100 | 23,734 | 13 | 0 | 0 | 0 | 0 | 0 | 0 |
| $100 to $149 | 51,478 | 9 | 0 | 0 | 2 | 0 | 0 | 8 |
| $150 to $199 | 102,411 | 141 | 0 | 15 | 0 | 0 | 0 | 8 |
| $200 to $249 | 149,251 | 263 | 0 | 49 | 3 | 0 | 32 | 68 |
| $250 to $299 | 180,968 | 424 | 0 | 70 | 20 | 18 | 9 | 43 |
| $300 to $349 | 197,016 | 479 | 0 | 125 | 6 | 9 | 32 | 25 |
| $350 to $399 | 199,842 | 484 | 62 | 99 | 14 | 0 | 17 | 38 |
| $400 to $499 | 360,308 | 756 | 104 | 57 | 43 | 55 | 62 | 188 |
| $500 to $599 | 285,788 | 675 | 8 | 116 | 43 | 27 | 23 | 196 |
| $600 to $699 | 206,468 | 534 | 21 | 31 | 30 | 24 | 5 | 212 |
| $700 or more | 471,940 | 822 | 0 | 0 | 31 | 19 | 59 | 599 |

*Table 10.2 2: Selected Monthly Home Owner Cost - Housing Units without Mortgage*

Source: U.S. Census Bureau, 2010-2014 American Community Survey 5-Year Estimates

## 10.3.  Monthly Rental Rates[21]



*Figure 10.3. 1: Rental Characteristics for Studio - No Bedroom Units*

There are 44% of studio apartments available for rent in the County, although none are available in the City of Waller, Pine Island and Katy. In Prairie View all the studio apartments are $1000 or more. Additionally, 45% of apartments in Hempstead and Waller County overall are on 'rent without any cash'.[22]

As for one-bedroom rental units, most range from $500-$749 per month but Katy has majority of units costing more than $750 per month.



*Figure 10.3.2: Rental Characteristics for One-Bedroom Units*

---

[21] U.S. Census Bureau 2014

[22] No cash rent are provided free by friends or relatives or in exchange for services such as resident manager, caretaker, minister, or tenant farmer; also military bases.



*Figure 10.3.3: Rental Characteristics for Two-Bedrooms Units*

Two bedroom apartments are available in most of the cities in all price ranges, though the County average ranges from $500-$1000 (Figure 10.3.3).

About 82% of rental properties in Prairie View and 70% in Katy are more than $1,000 per month for a three bedroom unit.



*Figure 10.3.4: Rental Characteristics for Three-Bedrooms Units*



*Figure 10.3.5: Number of Rental Housing Units by Price in Waller County*

The Figure 10.3.5 above indicates the number of rental housing units  at various price ranges in Waller County. Most of the rental units fall within the $500 – $900 range. There around 440 units which take no rent from renters.[23]

---

[23] No cash rent are provided free by friends or relatives or in exchange for services such as resident manager, caretaker, minister, or tenant farmer; also military bases.

## 10.4. Affordable Housing Programs

Waller County's federally assisted affordable rental housing stock includes 16
properties and 754 units financed through Section 8, LIHTC and RD 515.[24] Units
provide some form of rental assistance to make them more affordable for very low
income population. The largest federally assisted affordable rental community in the
county is the Park at Clear Creek (76 units) while the smallest is Donald Sowell(1
unit). Two apartment properties provide senior housing totaling 90 units.



*Figure 10.4. 1: % of Federally Assisted Affordable Housing in Waller County*

Source: www.affordablehousingonline.com

---

[24] The Low-Income Housing Tax Credit (**LIHTC**) is the federal government's primary program for encouraging the
investment of private equity in the development of affordable rental housing for low-income households.
**Section 8**: The housing choice voucher program is the federal government's major program for assisting very low-
income families, the elderly, and the disabled to afford decent, safe, and sanitary housing in the private market.
Since housing assistance is provided on behalf of the family or individual, participants are able to find their own
housing, including single-family homes, townhouses and apartments.
**RD 515:** Rural Rental Housing Loans are direct, competitive mortgage loans made to provide affordable multifamily
rental housing for very low-, moderate-income families, elderly persons, and persons with disabilities. This is
primarily a direct housing mortgage program; its funds may also be used to buy and improve land and to provide
necessary facilities such as water and waste disposal systems.
 www.affordablehousingonline.com

Cities with Federally Assisted Projects in Waller County

| City | Properties | Units |
|------|-----------|-------|
| Heampstead | 7 | 399 |
| Prairie View | 5 | 133 |
| Brookshire | 2 | 92 |

| Program | Properties | Units |
|---------|-----------|-------|
| Section 8 | 1 | 44 |
| LIHTC | 13 | 641 |
| RD 515 | 9 | 415 |
| Total | 16 | 754 |

Note: The total does not necessarily equal the sum of each program as some properties may participate in multiple funding programs

# 11.    Environmental Factors
## 11.1. Most Recent Natural Disasters:[25]

There have been a number of federally declared disasters since 1995 in Waller County (13), six hurricanes, four fires, three floods, three storms, and two tornadoes (Table 11.1.1). To date, Waller County has been granted about $6,218,085.26  in FEMAPublic Assistance.

| Name | Incident Period | Emergency Declared | FEMA Id | Natural Disaster Type |
|------|-----------------|--------------------|---------|-----------------------|
| Texas Hurricane Ike | September 7, 2008 – September 26, 2008 | September 10, 2008 | FEMA-EM-3294 | Hurricane |
| Texas Hurricane Ike | September 7, 2008 – October 2, 2008 | September 13, 2008 | FEMA-DR-1791 | Hurricane |
| Texas Hurricane Gustav | August 27, 2008 - September 7, 2008 | August 29, 2008 | FEMA-EM-3290 | Hurricane |
| Texas Wildfires | March 14, 2008 - September 1, 2008, | March 14, 2008 | FEMA-EM-3284 | Fire |
| Texas Hurricane Rita | September 23, 2005 - October 14, 2005 | September 24, 2005 | FEMA-DR-1606 | Hurricane |
| Texas Hurricane Rita | September 20, 2005 to October 14, 2005 | September 21, 2005 | FEMA-EM-3261 | Hurricane |
| Texas Hurricane Katrina | August 29, 2005 to October 1, 2005 | September 2, 2005 | FEMA-EM-3216 | Hurricane |
| Texas Extreme Fire Hazards | August 1, 1999 to December 10, 1999 | September 1, 1999 | FEMA-EM-3142 | Fire |
| Texas Severe Storms, Flooding and Tornadoes | October 17, 1998 to November 15, 1998 | October 21, 1998 | FEMA-DR-1257 | Storm, Tornado, Flood |
| Texas Fire Emergency | February 23, 1996 to September 19, 1996 | February 23, 1996 | FEMA-EM-3117 | Fire |

*Table 11.1. 1: History of Natural Disaster*

[25] http://www.city-data.com/county/Waller_County-TX.html#ixzz4AwE2PeUH ;

## 11.2. Floods, Historical Tornados[26], and Watersheds

Most of Waller County has been affected by tornadoes of scale F0- F2 at some point in its history. The eastern side of the County is more prone to flooding due to the presence of the Brazos River.

Watershed planning is a common practice for flood mitigation and ecological sustainability. If we look at the county by watershed, eastern Waller County (in purple) drains towards Houston and western Waller County (in white) drains toward the Brazos River (Figure 11.2.2). Development and increased impervious surfaces in the County will likely impact drainage and flooding in the Houston area. Eastern Waller County development will impact the Addicks Reservoir, while western Waller County development will impact communities along the Brazos River, such as Richmond, Rosenberg, and Sugar Land.

---

[26] (In) 100 Year- Floodplain- 1% probability of occurring in any given year.
   (Out) 500 Year- Floodplain- 0.2% probability of occurring in any given year
   Fujita Scale
   F0- Light Damage
   F1- Moderate Damage
   F2- Significant Damage
   F3- Severe Damage
www.agcensus.usda.gov, www.h-gac.com



*Figure 11.2.1: Flood Zones Map 2006*



*Figure 11.2.2: Watershed Map*

## 11.3. Land Cover

As seen in Figure 11.3.1 the majority of the County is agricultural land, with dense forested areas to the north. As the County grows, development is anticipated along the 290 corridor, in the already established cities of Waller, Prairie View, and Hempstead. Development is also anticipated along the I-10 corridor near Brookshire to Katy area. Thoughtful consideration of the environment, flooding impacts, and soils types will yield a county positioned for a prosperous future.



*Figure 11.3.1: Land Cover change 1996-2010*

## 11.4.  Soil

Looking at the soils in Waller County, there is an abundance of 'prime farmland' (Figure 11.4.1). Prime farmland produces the highest yields with minimal inputs of energy and economic resources.



*Figure 11.4.1: Land Suitability*

## 12.    Infrastructure

### 12.1. Transportation

Waller County contains two important transportation connections, US highway 290 in the north and Interstate 10 in the south. Both roads are two of the three primary routes into the City of Houston, positioning the County for development opportunities. (Figure 12.1.1).



*Figure 12.1.1: Road/ Rail Connection*

Currently 17% of rsidents car pool to work and 9% walk, take a bus or worke at home
(Figure 12.1.2). Because of the high volume routes of Highway 290 and I-10, there
are opportunities for alternative transportation options commuting to Houston.
According to H-GAC Regional Travel Demand Model calculated in 2008, Weekday
Peak Period Ridership is more than 6900 vehicles along Highway 290. Figure 12.1.13
shows possible commuter rail opportunities in the Houston area, one of which is the
290- Eureka rail route. It has the potential commute time of 20 minutes from
downtown Houston to Waller County during the peak hour. This option would
provide additional access to schools, workplace, and service providers (including
medical clinics, daycare and various social service providers).



*Figure 12.1.2: Transportation Mode Choice to Work- Comparing*



*Figure 12.1.3: Proposed Rail route H-GAC*

Source: http://www.txdot.gov/

## 12.2. Facilities

Figure 12.2.1 displays the location of police stations, fire stations, schools, healthcare, airports and parks throughout the County.The county has one hospital located in Prairie View but other major hospitals are relatively close:

- Tomball Regional Medical Center
- North Cypress Medical Center
- Methodist West Houston Hospital, Cypress Fairbanks Medical Center
- Memorial Hermann Katy Hospital, Christus St Catherine Hospital



*Figure 12.2.1: Facilities Map*

## 12.3. County Independent School Districts:

### Waller I.S.D.
The Waller Independent School District, serves the communities of Hockley, Prairie View and Waller. In April 1989, the district was revisited by an accreditation team from the Texas Education Agency and maintained full accreditation as a result of the visit. It has one elementary school, three middle schools, and two high schools.

### Hempstead I.S.D.
The Hempstead School District has one elementary school, one middle school, and one high school and with the passage of a bond issue in 1996, the district has undertaken an aggressive building and renovation program. A new middle school was completed in the summer of 1997 and extensive renovations to the high school and elementary school were completed the following year. A new track facility was also completed in 1998 and current planning is underway for a new athletic stadium.

### Royal I.S.D.
The Royal Independent School District is located in southern Waller County and serves the communities of Brookshire, Pattison, Sunnyside and surrounding areas. In 2009, the school district was rated "academically acceptable" by the Texas Education Agency. It has two elementary schools, two middle schools and two high schools.

### Katy I.S.D.
The Katy Independent School District is located in southeast corner of the Waller County in the city of Katy. A small portion of the Katy ISD serves the county. The school district has been recognized by the Texas Education Agency.

# 13.    S.W.O.T Analysis

| Strength |
|---|
| <ul><li>Proximity to Houston</li><li>Important transportation routes to Houston, by way of Highway 290 and I-10</li><li>Abundant rich soils considered 'prime farmland'</li><li> Prairie View A&M University brings opportunity for higher education and research endeavors</li><li>Low cost of living</li><li>Rural and country lifestyle</li><li>Strong industries in Mining, Construction, Manufacturing and Wholesale Trade</li><li>Low unemployment</li><li>High population projections through 2050</li><li>Growth and development in the City of Katy, expanding westward annexing parts of the county.</li></ul> |
| **Opportunities** |
| <ul><li>Facilitate anticipated future development growth along Highway 290 and I-10, residential and economic development</li><li>Expand alternative transportation options and commuter rail to Houston</li><li>Develop in a resilient way to reduce flood impacts for County residents and those in surrounding areas</li><li>Diversify housing options, including housing values above $200,000</li><li>Preserve ecologically rich areas, including north Waller County and market for eco-tourism</li><li>Capture weekend urbanites promote eco-tourism and the 'rural playground' of Waller County (i.e., cyclists, agri-tourism, etc.)</li><li>Expand relationship with Prairie View A&M University and the Texas A&M University System as it is prime location between Houston area executives and Texas A&M University.</li><li>Shore up leakages in household purchases</li></ul> |

# APPENDIX II:

## PURDUE UNIVERSITY REGIONAL DATA SNAPSHOT
## INDUSTRY CLUSTER ANALYSIS 2016



# Regional Data Snapshot

*Industry Cluster Analysis*
*SET Session 1*

## Waller County Region, Texas




**Table of Contents**

**01** Overview

**02** Industry and Occupation

**03** Industry Cluster Analysis

**04** Occupations

# 01
# overview

Waller County Region, TX

# Waller County Region, TX

The Waller County Region is comprised of 8 Texas counties. The region includes large metropolitan area of Houston. Interstate 10 connects the region to San Antonio in the west and Louisiana in the east, and Interstate 45 connects the region to Dallas, TX in the north.

- Austin
- Brazos
- Fort Bend
- Grimes
- Harris
- Montgomery
- Waller
- Washington



# 02
# industry and occupation

Establishments

Employment by industry

# Components of changes in Jobs

| Changes in Jobs (2009-2015) | | |
|---|---|---|
| Gained by | New Startups | +1,032,677 |
| | Spinoffs | +376,363 |
| | Expansion | +724,982 |
| | In-migration | +66,870 |
| Lost by | Closings | -1,253,731 |
| | Contractions | -481,347 |
| | Out-migration | -46,186 |
| Net change | | +419,628 |

An establishment is a physical business location.

Branches, standalones and headquarters are all considered types of establishments.

## Definition of Company Stages

**0** Self-employed

**1** 2-9 employees

**2** 10-99 employees

**3** 100-499 employees

**4** 500+ employees

section 02

Source: YourEconomy.org

6

**Industry and occupation**

# Establishments

## Number of Establishments by Company Stages

| Stage | 2009 | | 2015 | |
|---|---|---|---|---|
| | Establishments | Proportion | Establishments | Proportion |
| Stage 0 | 22,228 | 10% | 23,761 | 8% |
| Stage 1 | 150,873 | 70% | 224,464 | 76% |
| Stage 2 | 39,709 | 18% | 42,893 | 15% |
| Stage 3 | 3,790 | 2% | 3,760 | 1% |
| Stage 4 | 435 | 0.2% | 426 | 0.1% |
| **Total** | **217,035** | **100%** | **295,304** | **100%** |

**Questions:**

- What stage businesses have shaped the region's economic growth in the last 6 years?

- Which ones are growing or declining the most?

- Which stage of establishments are likely to shape the region's future economic growth?

**section 02**

Note: The table has some residual in 2009 establishments due to the lack of information on the Waller county.

Source: Youreconomy.org database

# Jobs and Sales

## Number of Jobs by Company Stages

| Year | 2009 | 2015 | % Change |
|---|---|---|---|
| Stage 0 | 22,228 | 25,487 | 15% |
| Stage 1 | 558,042 | 879,974 | 58% |
| Stage 2 | 966,493 | 1,003,050 | 4% |
| Stage 3 | 658,280 | 623,422 | -5% |
| Stage 4 | 533653 | 639,441 | 19.8% |
| **Total** | **2,738,696** | **3,171,374** | **16%** |

## Sales ($Billions, 2015) by Company Stages

| Year | 2009 | 2015 | % Change |
|---|---|---|---|
| Stage 0 | 4.97 | 13.5 | 173% |
| Stage 1 | 133.36 | 266.7 | 100% |
| Stage 2 | 212.43 | 320.7 | 51% |
| Stage 3 | 161.53 | 192.3 | 19% |
| Stage 4 | 105.82 | 57.2 | -45.9% |
| **Total** | **618.12** | **850.52** | **38%** |

**Questions**

What establishments are the most numerous based on company stages?

What stages have experienced the largest growth? The greatest decline?

What company stage employs the largest number of people?

What stage captures the most sales?

Which ones have experienced the greatest percentage loss over the 2009-2015 period?

**section 02**

Note: The table has some residuals in 2009 establishments due to the lack of information on Waller county.

Source: Youreconomy.org database

# Top ten industry sector employment growth

| NAICS | Description | 2009 Jobs | 2014 Jobs | Change | Change (%) | State Change (%) |
|---|---|---|---|---|---|---|
| 55 | Management of Companies and Enterprises | 26,535 | 42,305 | 15,770 | 59% | 36% |
| 21 | Mining, Quarrying, and Oil and Gas Extraction | 112,289 | 145,687 | 33,398 | 30% | 56% |
| 61 | Educational Services | 54,799 | 68,846 | 14,047 | 26% | 16% |
| 72 | Accommodation and Food Services | 213,398 | 261,546 | 48,148 | 23% | 18% |
| 42 | Wholesale Trade | 140,473 | 168,933 | 28,460 | 20% | 15% |
| 56 | Administrative and Support and Waste Management and Remediation Services | 229,141 | 275,191 | 46,050 | 20% | 19% |
| 62 | Health Care and Social Assistance | 284,911 | 338,903 | 53,992 | 19% | 15% |
| 31 | Manufacturing | 225,499 | 258,093 | 32,594 | 14% | 7% |
| 54 | Professional, Scientific, and Technical Services | 259,374 | 296,119 | 36,745 | 14% | 14% |
| 81 | Other Services (except Public Administration) | 186,060 | 210,200 | 24,140 | 13% | 11% |

Questions:
- What regional industry sectors have seen the greatest growth?
- Did they grow at the same rate as the state?
- What factors are causing the growth?

section 02

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

**Industry and occupation**

# Top two industry sector employment decline

| NAICS | Description | 2009 Jobs | 2014 Jobs | Change | Change (%) | State Change (%) |
|-------|-------------|-----------|-----------|--------|------------|------------------|
| 22 | Utilities | 17,515 | 16,422 | -1,093 | -6% | 1% |
| 51 | Information | 43,588 | 42,985 | -603 | -1% | 1% |

Questions:
- How does the industry sector make-up of the region compare to the rest of the state?
- Which industry sectors are growing and declining the most in employment?

section 02

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

# 03
# Industry cluster analysis

# List of Clusters

- Advanced Materials
- Agribusiness, Food Processing & Technology
- Apparel & Textiles
- Arts, Entertainment, Recreation & Visitor Industries
- Biomedical/Biotechnical (Life Sciences)
- Business & Financial Services
- Chemicals
- Computer & Electronic Product Manufacturing
- Defense & Security
- Education & Knowledge Creation
- Electrical Equip, Appliance & Component Manufacturing

- Fabricated Metal Product Manufacturing
- Energy (Fossil & Renewable)
- Forest & Wood Products
- Glass & Ceramics
- Information Technology & Telecommunications
- Machinery Manufacturing
- Manufacturing Super-cluster
- Mining
- Primary Metal Manufacturing
- Printing & Publishing
- Transportation & Logistics
- Transportation Equipment Manufacturing

# How to interpret cluster data results

The graph's four quadrants tell a different story for each cluster.

Contains clusters that are more concentrated in the region but are declining (negative growth). These clusters typically fall into the lower quadrant as job losses cause a decline in concentration.

**Mature**
Top left
(strong but declining)

Contains clusters that are more concentrated in the region and are growing. These clusters are strengths that help a region stand out from the competition. Small, high-growth clusters can be expected to become more dominant over time.

**Stars**
Top right
(strong and advancing)

Contains clusters that are under-represented in the region (low concentration) and are also losing jobs. Clusters in this region may indicate a gap in the workforce pipeline if local industries anticipate a future need. In general, clusters in this quadrant show a lack of competitiveness.

**Transforming**
Bottom left
(weak and declining)

**Emerging**
Bottom right
(weak but advancing)

Contains clusters that are under-represented in the region but are growing, often quickly. If growth trends continue, these clusters will eventually move into the top right quadrant. Clusters in this quadrant are considered emerging strengths for the region.

section 03

Modified from: http://www.charlestonregionaldata.com/bubble-chart-explanation/   13

# Industry cluster analysis

## Mature Clusters

Chemicals & Chemical Based Prod. (**1.36**; 58,849)

Transportation & Logistics (**1.35**; 152,532)

Business & Financial Services (**1.07**; 487,854)

Advanced Materials (**1.03**; 109,155)

## Star Clusters

Machinery Mfg. (**2.53**; 58,890)

Energy (Fossil & Renewable) (**2.33**; 459,071)

Fabricated Metal Product Mfg. (**2.19**; 63,979)

Manufacturing Supercluster (**1.32**; 160,342)

Glass & Ceramics (**1.13**; 6,652)

**Level of Specialization**

**Percent Growth in Specialization**

## Transforming Clusters

IT & Telecommunications (**0.91**; 129,283)

Computer & Electronic Product Mfg. (**0.85**; 18,063)

Defense & Security (**0.73**; 111,519)

Arts, Enter, Rec & Visitor Industries (**0.65**; 95,789)

Forest & Wood Products (**0.65**; 33,954)

Printing & Publishing (**0.63**; 38,551)

Apparel & Textiles (**0.55**; 14,761)

Transportation Equipment Mfg. (**0.22**; 6,925)

## Emerging Clusters

Mining (**0.96**; 10,569)

Electrical Eqpt., App. & Comp. Mfg. (**0.96**; 7,675)

Biomedical/Biotechnical (**0.82**; 228,514)

Education & Knowledge Creation (**0.68**; 55,617)

Primary Metal Manufacturing (**0.60**; 4,810)

Agribusiness, Food Proc & Tech (**0.36**; 39,213)

**section 03**

*NOTE: The first number after each cluster represents the number of total jobs (full and part time jobs by place of work) in that cluster in the region in 2014. The clusters are sorted in decreasing order by location quotient as shown in the bubble chart.*

# Bubble Chart: What to Look at First

| Quadrant Location |  | Size of Location Quotient |  | Percentage Change in Last 5 Years | | Number of Employees |
|---|---|---|---|---|---|---|



**Quadrant Location**

Start with clusters located in the STARS quadrant

See if the MATURING clusters might have a good chance of growing again

Determine if EMERGING clusters are likely to grow in strength

Avoid clusters that are "TRANSFORMING"

**Size of Location Quotient**

Focus on clusters with an LQ of 1.2 or higher

Clusters with high LQs represent economic activities in which the region is competitive relative to the U.S.

REMEMBER: Clusters only capture industries that have the likelihood of exporting goods and services.

**Percentage Change in Last 5 Years**

The horizontal line (the x-axis) shows the percentage growth or decline of a cluster over a five-year period.

Make sure to examine the SIZE and DIRECTION of that change.

Dramatic declines in a cluster with a an LQ of 1.2 or higher could be a difficult one to resurrect.

**Number of Employees**

The size of the bubble refers to the number of people employed in that cluster.

It may be worthwhile to focus on clusters that are both competitive and that employ a good number of people.



**Industry and occupation**
# Industry cluster bubble chart

Energy, **2.33**, 459,071
Business&FinancialService, **1.07**, 487,854
Advanced Materials, **1.03**, 109,155
Chemicals, **1.36**, 58,849
Glass & Ceramics, **1.13**, 6,652
Transportation & Logistics, **1.35**, 152,532
Mfg Supercluster, **1.32**, 160,342
IT & Telecomm., **0.91**, 129,283
Mining, **0.96**, 10,569
Edu. & Knowledge, **0.68**, 55,617
Apparel & Textiles, **0.55**, 14,761
Defense & Security, **0.73**, 111,519
Biomedical/Biotech, **0.82**, 228,514
Forest & Wood Prod., **0.65**, 33,954
Agri. & Food Process., **0.36**, 39,213
Arts & Ent., **0.65**, 95,789
Printing & Publishing, **0.63**, 38,551

LQ, 2014

-15%    -10%    -5%    0%    5%    10%    15%

Percent change in LQ, 2009-2014

Note: Label includes cluster name, LQ in 2014, and Employment in 2014.

**section 02**

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors).

16

# The Manufacturing Super-Cluster

Please note that this is not a cluster that a SET region should select. Rather, focus on the manufacturing sub-clusters that are important to that super-cluster.





**Industry and occupation**

## Manufacturing sub-cluster bubble chart

Note: Label includes cluster name, LQ in 2014, and Employment in 2014.

section 02

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors).

18

**Industry and occupation**

# For your region

### Mature Industries

Four industry clusters in the Waller County Region are in the Matured stage: Chemicals; Transportation & Logistics; Business & Financial Services; and Advanced Materials. The mature industries are relatively concentrated, but their growth is trending downward. It is worth noting, however, that the Region may find it worthwhile to invest in efforts to shore up the concentrations of these industries.

### Transforming Industries

Transforming clusters capture the mix of industries that are experiencing relative decline and limited export capability. In the Region, eight industry clusters are all Transforming clusters, IT & Telecom.; Computer & Electronic Product Mfg.; Defense & Security; Arts, Ent., Rec. & Visitor Industries; Forest & Wood Products; Printing & Publishing; Apparel & Textiles; and Transportation Equipment Mfg. Any amount of growth in these industries would require relatively large investments.

### Star Industries

Star industry clusters are highly concentrated, exporting and still experiencing growth in the region. Four Star industry clusters in the Waller County Region are Machinery Mfg.; Energy; Fabricated Metal Prod. Mfg.; and Glass & Ceramics. These clusters have higher job concentrations in the region compared to the U.S.

### Emerging Industries

Industry clusters that may be poised for the future growth are classified as "Emerging." There are six Emerging clusters in total in the Waller County Region: Mining; Electrical Equipment Appliance & Component Mfg.; Biomedical/Biotechnical; Education & Knowledge Creation; Primary Metal Mfg.; and Agribusiness, Food Processing & Technology.

**section 03**

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors).

# 04
# occupations

Top occupations

STEM occupations



Industry and occupation

# Top five occupations in 2014

## Questions:

- What are the education and skill requirements for these occupations?
- Do the emerging and star clusters align with the top occupations?
- What type salaries do these occupations typically provide?

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

# Science, Technology, Engineering & Math



**Job change in STEM occupations**

Waller County Region, TX
Rest of Texas

| | 2009 | 2014 | Change |
|---|---|---|---|
| Waller County Region, TX | 157,396 | 181,392 | 15.2% |
| Rest of Texas | 345,273 | 395,291 | 14.5% |

**Questions:**

- How do STEM jobs compare to the state?

- What has been the trend of STEM jobs over time?

- How important are STEM jobs to the region's Star and Emerging clusters?

section 04

*Note: STEM and STEM-related occupation definitions from BLS (2010)

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

# Report Contributors

This report was prepared by the Purdue Center for Regional Development, in partnership with the Southern Rural Development Center and USDA Rural Development, in support of the Stronger Economies Together program.



### Report Authors
Bo Beaulieu, PhD
Andrey Zhalnin, PhD
Indraneel Kumar, PhD



### Data Analysis
Ayoung Kim
Andrey Zhalnin, PhD
Indraneel Kumar, PhD



### Report Design
Tyler Wright

This report was supported, in part, by grant from the USDA Rural Development through the auspices of the Southern Rural Development Center. It was produced in support of the Stronger Economies Together (SET) program.



The Purdue Center for Regional Development (PCRD) seeks to pioneer new ideas and strategies that contribute to regional collaboration, innovation and prosperity.

**For more information,** please contact:

Dr. Bo Beaulieu,
PCRD Director:
ljb@purdue.edu

Or

765-494-7273

October 2016

# APPENDIX III:

## WALLER COUNTY STRATEGIC PLANNING GUIDE: 2017–2037

# Waller County

## A Community Approach to Economic Growth

*"Katy, Brookshire, Pattison, Waller, Prairie View, Pine Island, Hempstead"*

# Waller County Strategic Planning Guide: 2017-2037

*"Katy, Brookshire, Pattison, Waller, Prairie View, Pine Island, Hempstead"*

## Strategic Plan: Table of Contents

- ### SECTION I. Introduction and Summary
  - A. Introduction — 7
  - B. Philosophy and Approach — 7
  - C. Summary of the State of the County — 7
  - D. Vision — 8
  - E. Strategic Plan Focus Areas — 8

- ### SECTION II. Existing Conditions
  - A. Background and staff — 12
  - B. Report contents — 13
  - C. Population — 14
  - D. Race — 17
  - E. Age — 19
  - F. Education — 21
  - G. Employment — 23
  - H. Economy — 25
  - I. Housing — 38
  - J. Housing Vacancy & Unaffordability — 42
  - K. Environmental — 51
  - L. Infrastructure — 56

- ### SECTION III. Regional Cluster Analysis
  - A. Overview and Explanation — 61
  - B. Industry and Occupation — 62
  - C. Industry Cluster Analysis — 67
  - D. Occupations — 75

- ## SECTION IV. Vision and Strategic Development
  - A. Vision                                                         77
  - B. Public and Stakeholder engagement process                     77
  - C. Strengths                                                      78
  - D. Weakness                                                       78
  - E. Opportunities                                                  78
  - F. Threats                                                        78

- ## SECTION V. Economic Development Strategies and Components
  - A. Process used to determine strategies                          80
  - B. Strategic plan components and data collected                  81

- ## SECTION VI. Implementation Agenda
  - Implementation Agenda                                            89

- ## SECTION VII. Appendices
  - Appendix A: Planning committees and members                      130
  - Appendix B: Kick-off, precinct, focus group participants         131
  - Appendix C: Organizations contacted, reports and plans reviewed  137
  - Appendix D: Survey questions and results                         138
  - Appendix E: Projects affecting the County                        142

# Acknowledgements

**Prairie View A&M University Administration**

Dr. George Wright, President of Prairie View A&M University

Dr. Felicia Nave, Provost & Senior Vice President for Academic Affairs

Dr. Corey Bradford, Senior Vice President for Business Affairs

Dr. James Palmer, Interim Dean and Director of Land Grant Programs and Associate Provost for Academic Affairs

Dr. Alton B. Johnson, Former Dean and Director of Land Grant Programs

**Waller County Strategic Planning Committee**

**County Judge Trey Duhon,** Committee Advisor

**Commissioner Jeron Barnett,** Committee Advisor

**Jimmy Henry**, Committee Chair, Program Leader for Community & Economic Development, Prairie View A&M

**Danielle Hairston-Green**, Committee Co-Chair, Program Specialist for Family & Consumer Sciences, Prairie View A&M University

**Rozenia Toney**, Secretary, Community & Economic Development, Prairie View A&M

**Dr. Noel Estwick**, Planning Specialist, Prairie View A&M

**Lloyd Hebert**, Business Specialist Community & Economic Development, Prairie View A&M

**Dr. Terrance Finley**, Office of Business Affairs, Prairie View A&M

**Waller County Strategic Planning Committee**

**Dr. Sam Arungwa**, Communities That Care

**Vince Yokem**, Waller County EDP

**Mary Anne Piacentini**, Katy Prairie Conservancy

**Jude Daniels**, City of Prairie View Economic Development

**Ronnie McDonald**, Texas Rural Leadership Program

**Bridgett Ross**, Small Business Development Ctr.

**Stephan Gage**, Houston Galveston Area Council

**Lisa Mutchler,** Texas A&M Engineering Extension Service

**Sue Ann Palmore**, Texas A&M Engineering Extension Service

**External Agencies**

**Dr. Jack Steele,** Director, Houston Galveston Area Council

**Dr. John Cooper**, Director, Texas Target Communities

**Mrs. Jaimie Masterson**, Texas Target Communities, Texas A&M

**Dr. Bo Beaulieu**, Center for Regional Development, Purdue University

**Jennifer Powis**, Katy Drainage District

**Photos provided by**

Department of Marketing, Communications & Information Technology, College of Ag and Human Sciences

**Andre Brown**, Photographer

# Acknowledgements

**Elected Officials**

**Trey Duhon**, Waller County Judge

**Jeron Barnett,** Waller County Commissioner

**John Amsler,** Waller County Commissioner

**Russell Klecka**, Waller County Commissioner

**Justin Beckendorff**, Waller County Commissioner

**Mayor Michael Wolfe**, City of Hempstead

**Mayor Fabol Hughes**, City of Katy

**Former Mayor Debra Ferris**, Town of Pine Island

**Former Mayor Frank Jackson**, City of Prairie View

**Mayor Danny Marburger**, City of Waller



**SECTION I.**
**INTRODUCTION AND EXECUTIVE SUMMARY**

# SECTION I. INTRODUCTION AND EXECUTIVE SUMMARY

## A. Introduction

Over the years, Waller County has seen continued growth and development affecting the landscape of the community. In 2013 Commissioner Jeron Barnett reached out to one of the Waller County Extension Agents of Prairie View A&M University Cooperative Extension Program to seek assistance with a Strategic Plan that would address the growth Waller County is experiencing. Meetings were held and committees were established mostly including of the College of Agriculture and Human Sciences staff (Research, Academics, and Extension). For various reasons the meetings discontinued and the effort was momentarily suspended. In 2015 Judge Trey Duhon reintroduced the effort and begin to meet with Prairie View A&M University Administration as well as his Commissioners Court to resurrect the Strategic Planning Effort. After months of planning and meeting the Waller County Strategic Planning Efforts officially began with the Waller County Strategic Plan Breakfast held Thursday, March 31, 2016.

## B. Philosophy and Approach

The strategic plan was developed, in 5 phases, by viewing data about the county which included indicators of how well our county departments are achieving their current goals, any issues occurring in our community that affect our ability to deliver services, elected office and citizen input. A vision and high level goals were developed by the Waller County Strategic Planning team to describe "what" the stakeholders believed Waller County would look like in 5-10 years. The vision and goals are the basis for creating a strategic plan and "how" Waller County will achieve these goals. The objectives in the strategic plan are the foundation for creating tactical work plans to manage what needs to happen in order for the objectives to be fulfilled.

## C. Summary of the State of the County

Waller County is on the northwest side of Harris County. It offers the best of a rural lifestyle and a short commute to the nation's fourth largest city. Citizens of Waller County enjoy access to many social and economic opportunities already and the outlook for expanding access to opportunities is positive. Waller is set to grow ahead of the state and H-GAC 8 by 2050. The County expects an increasing Hispanic population, a trend seen throughout Texas. Approximately 34% of the population in Waller is college educated and 46% of residents are enrolled in schools and colleges. Waller County is a home to PVAMU and four (4) independent school districts (Hempstead, Royal, Katy and Waller).

Proximity to Houston plays an important role in the economy of the County. Manufacturing and agriculture sectors lead the economy. These sectors are more specialized in the County in comparison to Texas. Education services follow in level of impact, due to the presence of many school districts and PVAMU. Employment 'by place of residence' has increased significantly by 40%, from 2004 to 2014. Texas in

comparison increased by 25% over that span and the nation only increased by 13%. Roughly, 19% of people in Waller County are living under poverty. Of those in poverty, the City of Prairie View has the most due to the student population at PVAMU. The County does not have many affordable housing units, but 40% of all homes are under $100,000. The City of Houston is rapidly encroaching upon Waller County, threatening to disrupt the rural lifestyle many County residents enjoy. As Houston expands, there will be an increase in impervious surface cover, which will increase the risk of flooding.

## D. Vision

Waller County will be one of the first strategically-planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

## E. Strategic Plan Focus Area

**Municipalities**

I. Preserve and enhance natural resources, with a focus on water management.

II. Promote smart, clean growth with consistent regulations and codes throughout Waller County.

III. Attract higher paying industries and alleviate economic disparity in the County.

IV. Enhance the connectivity of Waller County with public transportation, particularly to and from Houston.

V. Establish a reputation for high quality education capable of drawing in and retaining a skilled workforce in the County, to the benefit of attracting targeted businesses to and development in the area.

VI. Promote County and City collaborations to preserve and enhance the quality of life and infrastructure in Waller County.

**Infrastructure & Broadband (Drainage & Flooding)**

I. Create larger budgets for infrastructure.

II. Plan for future county-wide wireless.

III. Increase electrical system reliability and capacity.

**Economic Development/Poverty**

I. Create policies and regulation methods for targeted development.

II. Improve workforce quality and viability.

III. Attract a broader array of desirable amenities.

**Housing**

I. Increase residential and business district connectivity and attractiveness to visitors and residents alike.

II. Obtain and take advantage of resources necessary to promote economic and community development throughout Waller County.

III. Provide educational resources to attract new residents and retain current residents in the community.

**Public Safety & Crime**

I. Engage in PVAMU College law enforcement internships.

II. Enhance community relations with law enforcement.

III. Establish a uniform and organized method to conduct performance ranking (evidence based policing).

**Education**

I. Establish a collaborative network with other ISDs in Waller County.

II. Foster a stronger relationship between ISDs and Prairie View A&M University (PVAMU).

III. Increase ISD visibility.

**Transportation**

I. Review and update County Major Thoroughfare and Freeway Plan (MTFP) and development regulations.

II. Develop county and regional drainage & detention policies.

III. Develop a strategy to allow for city growth that preserves the natural aspects of more rural areas.

IV. Identify the County's priorities in terms of how it wants to develop.

**Agriculture and Natural Resources**

I. Preserve the rural nature of Waller County.

II. Preserve agriculture in Waller County.

III. Promote heritage-based economic drivers in Waller County.

IV. Aim for targeted development.

**Parks and Open Space**

I. Preserve places with historical, cultural, and natural resource value.

II. Protect the quality and quantity of Waller County's water resources.

III. Acquire county parks.

IV. Create opportunities for bike and pedestrian trails.





## SECTION II.

## STATE OF THE COUNTY

# SECTION II. STATE OF THE COUNTY

## A. Background and Staff

Waller is a rural county bounded on the east by Harris County and the west by the Brazos River. It is situated in the lower plain of southeast Texas, with 513 sq. miles of land and 4.4 sq. miles of water. The county is bordered by Grimes County to the north, Montgomery County to the northeast, Fort Bend County to the south, Austin County to the west and Washington County to the northwest.

The County's climate is temperate, characterized by warm and mild winters. The average temperature in July is 95˚F and 39˚ F in January. The average annual rainfall in the county is 42 inches. Cities in the County include Hempstead, Prairie View, Brookshire, Waller, Pine Island and part of Katy, which also has territory in Harris and Fort Bend County. The County's economy is mainly dependent on farming, cattle, forest products, construction and manufacturing. PVAMU is a major university and a part of the Texas A&M University system.



*Figure A.1: Location Waller County, TX*

## B. Report Contents

Waller County was established in 1873. The County began to develop in the late nineteenth century with the implementation of the Houston and Texas Central Railway. The county seat (Hempstead) was developed by the railway companies. The Town of Brookshire began to emerge as a center of activity after the Missouri, Kansas, and Texas Railways passed through the city from Houston in 1893. Today, both railways are property of the Union Pacific Railway network.



*Figure B.1: Courthouse, Hempstead*
Source: courthousehistory.com

In the late 1800's, cotton was the major product in the county's economy, along with cattle. Waller County was home to one of the first plantations in the southern part of the country.

The cotton-based economy introduced African-Americans to Waller County as slaves. After emancipation however, many stayed in the area. The 1880 census reported 65% of its population as being African Americans. Today the African-American population in Waller County is 26%.

The participation of African Americans in politics increased and they were elected to county as well as to state offices. Cultural diversity enhanced with immigrants from Central and Eastern Europe, Ireland and Italy arriving in late nineteenth century, together with Germans, Polish and Czech immigrants arriving in the beginning of the twentieth Century



*Figure B.2: Waller County Courthouse*
Source: courthousehistory.com

If the railway helped to develop the area in the beginning of the century, the highways have the same function today. The anticipated, and then actual, construction of the new Highway 290 by-pass from Houston spurred a blossoming population and

expansion in the eastern part of Waller County that affected both the Waller Independent School District and the City of Waller.

In addition to US 290, Interstate 10 cuts through the Waller County near its Southern border. Waller County's position on Interstate 10 (which connects Houston to San Antonio) makes Waller an important piece in the region's economy, and raises the value of advanced planning for county development.

## C. Population

**1. Population Density**

The population of Waller County (44,825) is mostly rural with a population density less than 100 people per square mile (Figure C.1.1).The population of Waller County is clustered around the five cities: the City of Hempstead, Prairie View Brookshire, Pine Island and the portion of Katy. The population density of Waller County (87 per sq. mile) is less than the Texas average (99.9 per sq. mile



*Figure B.3: I-10 and I-45*

Source: Google Maps, 2016





*Figure C. 1: Population Density for Waller County, 2014*

Source: 2014 Data from the Social Explorer

## 2. Population Estimates and Projection

In 2014, there were 44,825 people residing in Waller County, increasing from 32,663 people in 2000 and 43,205 people in 2010. The major population centers include portions of Katy (15,071), Hempstead (6,197), Prairie View (5,890), Brookshire (4,804), and Waller (1,956). Waller grew faster than the Houston- Galveston Area Council (H-GAC) and Texas from 2000 to

2010 and faster than Texas over the entire 2000 to 2014 time period. Population projections for Waller County obtained from the Office of the State Demographer (OSD) and from H-GAC 8 are biennial population projections for the state and the County by age, sex, and race/ethnicity. Population projections account for special populations, fertility rates, mortality rates, and residual migration rates each year from 2015 to 2050. H-GAC also provides projections for 2010 to 2040, which are updated every quarter. These projections include population, employment and land use.

For the most part, Waller is set to grow at a faster pace than the H-GAC 8 and the state as a whole, for each decade through 2050. The H-GAC projection for Waller is highly aggressive for the 2020 to 2030 time period than the OSD 0.5 scenario projections. Estimates from the 2000 and 2010 Census are presented with projections from both the OSD 0.5 scenario and the H-GA

| | Estimates | | Projections | | | | |
|---|---|---|---|---|---|---|---|
| | **2000** | **2010** | **2020** | **2030** | **2040** | **2050** | **Source** |
| **Waller** | 32,663 | 43,205 | 52,133 | 62,492 | 74,071 | 86,862 | OSD |
| | | | 46,114 | 87,675 | 1,09,334 | - | H-GAC |
| **H-GAC 8** | 4,669,571 | 5,891,999 | 6,865,178 | 7,886,965 | 8,921,141 | 9,955,782 | OSD |
| | | | 7,221,595 | 8,632,761 | 10,018,623 | - | H-GAC |
| **Texas** | 20,851,820 | 25,145,561 | 28,813,282 | 32,680,217 | 36,550,595 | 40,502,749 | OSD |

*Table C.1: Population Estimates and Projections for Waller County, H-GAC 8, and Texas (number of persons)*

| | Estimates (% change) | Projections (% change) | | | | |
|---|---|---|---|---|---|---|
| | **2000 to 2010** | **2010 to 2020** | **2020 to 2030** | **2030 to 2040** | **2040 to 2050** | **Source** |
| **Waller** | 32.2 | 20.7 | 19.9 | 18.5 | 17.3 | OSD |
| | 34 | 17 | 90 | 25 | - | H-GAC |
| **H-GAC 8** | 26.2 | 16.5 | 14.9 | 13.1 | 11.6 | OSD |
| | 27 | 24 | 20 | 16 | - | H-GAC |
| **Texas** | 20.6 | 14.6 | 13.4 | 11.8 | 10.8 | OSD |

*Table C.2: Population Estimates and Projections for Waller County, H-GAC 8, and Texas (percentage change)*

Source: OSD and H-GAC Forecast (2016)



*Figure C.2: Population Projections*

## D. Race

Figure D.1 shows the distribution of people by race throughout the County. The races are relatively dispersed, though African-Americans are clustered around the larger cities, particularly Prairie View. There are few if any African-Americans in the north-eastern portion of the County. According to the US Census, Waller County's population is 45% of White, compared to Texas at 44%

(Figure D.2). Waller County has a larger proportion of African-Americans than Texas and smaller proportion of Asian. Although Texas has greater proportion of Hispanics than Waller

County. However, by 2050 the County's Hispanic population is projected to be over 50%, which is a consistent trend in Texas.



# Race Distribution in Waller County, 2014



- One dot represents value of 50

● Total Population: Hispanic or Latino

● Total Population: Asian Alone

● Total Population: American Indian and
  Alaska Native Alone

● Total Population: Black or African
  American Alone

● Total Population: White Alone

*Figure D.1: Race Dot Map for Waller County, 2014*



*Figure D.2: Race and Ethnicity by Waller County and Texas*

Source: U.S. Census



*Figure D.3: Population Projection by Race as a % of Total Population for Waller County*

Source: OSD

## E. Age

The age pyramid for Waller County is shown in Figure E.**1**. Waller County has the largest population of recent high school graduates (20 to 24 year olds) compared to surrounding counties likely due to the presence of PVAMU. Waller County also has a large population of children and young people, and a greater proportion of people

from 45 to 60 years old when compared to other age groups in the County. There is a much larger proportion of those ages 25 to 44 in Texas than Waller County. The age pyramid for Texas in 2015 is displayed in Figure E.**2**. Waller County's age and sex distribution slightly resembles a cup shape, which means an aging society. Based on population projections, there will be proportionally more people ages 45 to 64 and 65-plus in the next 20 years—or more mid-career residents, retirees, and elderly. The less than 18, and 25 to 44 age groups will remain relatively stable for the next few years while the 18 to 24 age group is expected to decline. This could be a negative sign as the County will lose its younger population (Figure E.3).



*Figure E.1: Age Distribution in Waller County*



*Figure E.2: Age Distribution in Texas*

Source: U.S. Census



*Figure E.3: Population projections by Age Group (Percentage of Total)*

Source: OSD

## F. Education

While more (34%) residents have a high school education in Waller than in Texas and the US, Waller falls slightly short of Texas and the U.S. with regard to college attainment. The lower levels of attainment for associate, bachelor and graduate degrees is surprising considering the presence and prominence of PVAMU (see Figure F. 1).As observed in Figure F.2, eighty percent of person's age 25 or older in Waller County are high school graduates. Also, 46% of residents are enrolled in undergraduate programs, which is higher than all neighboring counties: Austin, Washington, Grimes, Harris and Fort Bend. Not surprising, the City of Prairie View, due to the presence of PVAMU has a college population equal to about 95% of all students in school. Other cities have a decent population of school going children between the ages 1-12.



*Figure F. 1: Education; Attainment Detailed Comparison (Age 25+)*

## Waller County Cities School Enrollment by Aggregate Categories



*Figure F.2: Waller County; School Enrollment by Aggregate Categories*

Source: U.S. Census Bureau 2014, www.towncharts.com

## G. Employment

### 1. Overview

As of 2014 there were 23,038 people employed in Waller County, including 17,984 wage and salary employees. Personal income per capita for the county was $34,078, which has grown by $10,000 from 2004 to 2014. Total Employment has increased by 22.7 percent and 43.3 percent since 2009 and 2004, respectively.

Major employers in the county include.

- Briarwood- Brookwood Inc.
- Creekside Nursery
- Hempstead ISD
- Igloo
- PBS of Central Florida
- Prairie View A&M University
- Royal ISD
- Waller ISD
- Wal-Mart associates Inc.

The industry sectors with the largest employment are Manufacturing (3,281), Educational Services (2,688), and Construction (1,364).

### 2. Unemployment Rate

The unemployment rate in Waller County has gone down since 2010, which is a good indicator of the economic growth. As we see in Texas and Waller County have similar trends. Since 2010 unemployment has dropped from approximately 8%to 4.5% in Waller and4.7% in Texas.

In addition, as indicated in Figure G.2.2, most working people in the County are either self-employed or work for a private company (Figure G.2.2).

Figure G.2.3 above indicates that most of the people in the county are employed. Most of the unemployment is concentrated around Prairie View A&M University (Figure G.2.4) likely due to the presence of students.



*Figure G.2.1: Trend of Unemployment Rate*



- Private Sector
- Government
- Self-employed, not incorporated

*Figure G.2.2: Types of Workers*



*Figure G.2.3: Unemployment Rate (%)*

Source: http://www.city-data.com/county/Waller_County-TX.html



*Figure G.2.4: Prairie View A&M Campus*

Source: https://en.wikipedia.org/wiki/Prairie_View,_Texas

## H. Economy

### 1. Economic structure

As shown in Figure H.**1.1**, five industry sectors provide over 50% of the industry employment shares in Waller County:

- Health Care and Social Assistance,
- Educational Services,
- Retail trade,
- Manufacturing
- Construction.

Among the five, the Manufacturing, Construction and Educational Services have a larger relative percentage of employment shares than Texas.



*Figure H.1.1: Employment Shares in Waller County and*

## 2. Characteristics of Regional Economy

A location quotient (LQ) is a method to quantify how concentrated a particular industry is in a region as compared to a larger region, such as Texas. A location quotient value greater than 1.0 means that the industry sector is a specialized area compared to the larger region.

| | By Place of Work | | By Place of Residence | |
|---|---|---|---|---|
| NAICS Title | LQ 2014 Waller- Texas | LQ 2014 Waller- US | LQ 2014 Waller- Texas | LQ 2014 Waller- US |
| Agriculture, Forestry, Fishing and Hunting | 1.95 | 1.19 | 0.95 | 0.63 |
| Mining | 1.32 | 5.96 | 1.49 | 6.51 |
| Utilities | 0.38 | 0.45 | 0.99 | 1.17 |
| Construction | 1.59 | 2.09 | 1.36 | 1.79 |
| Manufacturing | 2.88 | 2.52 | 1.57 | 1.38 |
| Wholesale Trade | 1.52 | 1.78 | 1.33 | 1.55 |
| Retail Trade | 0.7 | 0.7 | 0.98 | 0.97 |
| Transportation and Warehousing | 0.78 | 0.85 | 0.8 | 0.88 |
| Information | 0.1 | 0.08 | 0.62 | 0.52 |
| Finance and Insurance | 0.19 | 0.2 | 0.62 | 0.64 |
| Real Estate and Rental and Leasing | 0.71 | 0.82 | 0.99 | 1.14 |
| Professional, Scientific, and Technical Services | 0.41 | 0.39 | 0.96 | 0.93 |
| Management of Companies and Enterprises | 0.03 | 0.02 | 0.96 | 0.59 |
| Administrative and Support and Waste Mgmt | 0.4 | 0.43 | 0.85 | 0.9 |
| Educational Services | 1.79 | 1.97 | 1.02 | 1.13 |
| Health Care and Social Assistance | 0.6 | 0.53 | 0.79 | 0.71 |
| Arts, Entertainment, and Recreation | 1.09 | 0.77 | 0.98 | 0.7 |
| Accommodation and Food Services | 0.64 | 0.64 | 0.82 | 0.83 |
| Other Services(except Public Administration) | 0.5 | 0.44 | 0.84 | 0.73 |
| Public Administration | 0.46 | 0.34 | 0.92 | 0.67 |

*Table H.2. 1: Location Quotient by NAICS Industry Codes*

Source: U.S. Census Bureau, On the Map Application and LEHD Origin-Destination Employment

Conversely, a value less than 1.0 demonstrates a weakness in the industry sector. The LQ was calculated by dividing the percentage of economic activity in Waller County by the percentage of economic activity of Texas.

Employment by 'place of work' demonstrates the jobs that are available in the county. Alternatively, employment by 'place of residence' indicates the types of jobs residents have, although the jobs are in another county.

Manufacturing boasts the greatest LQ at 2.88 when compared to Texas. Agriculture et al. follows behind at 1.95 and 1.19 when compared to the Texas and the US respectively. Not surprisingly, Education Services has a LQ of 1.79 due to influence of Prairie A&M. Mining is relatively large when compared to the US at 5.96 but not as large when compared to the Mining specialized in Texas. Nonetheless, Waller County has a higher proportion of Mining Jobs than Texas. Other industries Waller specializes in include Construction (1.59) and Wholesale Trade (1.52). All told, Waller County has many specializations pointing to a strong economy.

Of the industrial sectors with an LQ less than one, the most notable industry is Management of Companies and Enterprises (0.03). Most likely, these types of jobs are hosted by nearby Houston, often dubbed the oil capitol of the US. Along with corporate jobs in mining, Houston likely attracts most if not all of the white-collar jobs. Other sectors including Information

(0.10) and Finance and Insurance (0.19) are also likely to be stronger Houston.

**3. Economic Growth**

Waller County has benefited from the overall growth in Texas. Shift-share analysis is a tool which complements LQ and economic base analysis. The purpose is to indicate the relative economic growth rate of the region's industries compared to national trends and to determine regional comparative advantages. It determines how much of regional job growth can be attributed to national trends compared to local economic conditions.

In Waller County, employment levels compare exceptionally well to state and national benchmarks. Total employment 'by place of residence' increased by 4,092 or 39.96% from 2004 to 2014. Comparatively, Texas increased by 2, 27,109 or 25.14% and the U.S. increased by 15,319,082 or 12.80%.

The energy and chemical industries appear to be emerging and dominant in Waller County (Figure H.3.2). Manufacturing was concentrated in the County as well, in comparison to the nation. Additionally, manufacturing is export-oriented with a base multiplier value of 2.17. From 2004 to 2014, Waller experienced a slight reduction in the proportion of workers that live and work in Waller County. Nearby Harris County, anchored by Houston, attracts a majority of the employment leaving the county. Figure H.4.3 depicts employment flow from Waller County for 2004 and 2014



| | Base – Texas | Base – United States |
|---|---|---|
| Regional | 2,120 | 3,057 |
| Industry Mix | (606) | (280) |
| Benchmark | 2,574 | 1,310 |

*Figure H.3.1: Shift-Share Analysis for Waller County, 2004-2014*

Source: U.S. Census Bureau, On the Map Application and LEHD Origin-Destination Employment



| | B | D | E | F | G | H | J | L | M | N | O | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Expected Change | -5 | 1 | 21 | 2 | -30 | 2 | -15 | -16 | -6 | 1 | -128 | -17 | -57 |
| Competitive Effect | -48 | 20 | 53 | 138 | 664 | -12 | 379 | -277 | -16 | 12 | 244 | 75 | 114 |
| Job Gain/Loss | -54 | 21 | 74 | 140 | 634 | -10 | 365 | -292 | -22 | 13 | 116 | 58 | 58 |

*Figure H.3.2: Shift- Share Analysis of Waller County Industry Clusters as Compared to Texas*

Source: https://www.h-gac.com/community/community/publications/regional_industry_cluster_analysis.pdf

The categories in Table H.3.1 are defined using five variables that measure economic change. Economic performance in Waller and surrounding counties is measured with indicators, such as median household income, average annual wage, unemployment rate, and poverty rate. Median household income, which includes transfer payments, wages and investment income, measures the economic well-being of a household. Average annual wage on the other hand, indicates compensation levels. The unemployment rate is utilized to assess labor availability information; whereas, poverty rate quantifies the proportion of the population whose family income is below a certain threshold. In addition to the four variables mentioned above, five other indicators are used to measure the economic well-being of a county: average annual change since 2001 for the four indicators mentioned above, plus change in total covered employment from 2001 to 2005. The economic performance analysis indicates that most of the counties in the region with the exception of Matagorda County are performing well. The County should use these indicators to monitor improvements overtime.

### 4. Job Density and Inflow/ Outflow

Employment sectors were concentrated in the six cities (Prairie View, Pine Island, Hempstead, Waller, Brookshire and a part of Katy). While the discussion thus far has focused on the jobs available inside Waller County, it is also important to understand the inflow and outflow of employees. In addition, there are three categories of employees

1) Live and work in Waller.

2) Live in Waller and work outside of Waller.

3) Live outside of Waller and commute to Waller to work.

| | Downward | Stable | Upward |
|---|---|---|---|
| Poor | | | |
| Medium | Matagorda | Liberty, Waller, Wharton | Colorado, Walker |
| Good | | Austin, Brazoria, Chambers, Galveston, Harris, Montgomery | Fort Bend |

*Table H.3.1: Distribution of GCEDD Counties across Nine Types of Economic Performance*



*Figure H.4.1: Major Employment provision areas in Waller County*

Source: http://onthemap.ces.census.gov/



Source: U.S. Census Bureau, on the Map Application and LEHD Origin-Destination Employment Statistics



Year 2014

11,501

15,159

2,832

*Figure H.4.2: Job Inflow/ Outflow*

Source: U.S. Census Bureau, On the Map Application and LEHD Origin-Destination Employment Statistics



**Year 2004**

| Jobs by Distance - Work Census Block to Home Census Block | | |
|---|---|---|
| | 2004 | |
| | Count | Share |
| Total All Jobs | 10,241 | 100.0% |
| Less than 10 miles | 2,111 | 20.6% |
| 10 to 24 miles | 3,160 | 30.9% |
| 25 to 50 miles | 3,518 | 34.4% |
| Greater than 50 miles | 1,452 | 14.2% |



**Year 2014**

| Jobs by Distance - Work Census Block to Home Census Block | | |
|---|---|---|
| | 2014 | |
| | Count | Share |
| Total All Jobs | 14,333 | 100.0% |
| Less than 10 miles | 3,002 | 20.9% |
| 10 to 24 miles | 4,483 | 31.3% |
| 25 to 50 miles | 3,740 | 26.1% |
| Greater than 50 miles | 3,108 | 21.7% |

*Figure H.4.3: Distance and Direction from Home Census Block to Work Census Block*

Source: U.S. Census Bureau, On the Map Application and LEHD Origin-Destination Employment Statistics

## 5. Leakage/ Surplus Factor

A leakage represents an industry sector where the volume of local retail sales generated by local retail businesses do not meet the volume of retail potential of local household spending – essentially, when demand exceeds supply. A leakage presents an opportunity to keep household spending within the county rather than lose it to markets outside of Waller County. A surplus on the other hand represents a situation where supply exceeds local demand, but it is possible that the excess supply is attracting consumption from outside the Waller market area.

From Figure H.5.1 we can see that vending machine operators, shoe and accessory stores and stationary stores fall under leakages. Vending machines are very common and important, especially at places like bus stops, school canteens, office canteens, community halls, stadiums, gas stations etc. There are very few sectors which are surplus in the County. Also, we understand that the County primarily depends on the neighboring cities like Houston for jobs, entertainment and shopping centers.



## 6. Income Distribution

The per capita income of Waller County is $34,078 (BEA 2014) and median household income is $50,889. The distribution of median income of the county shows that the Katy area has the highest median income and the Pattison area has the lowest (Figure H.6.2). In Waller County 29.07% of the African-American population lives below poverty line, followed by 22.76% of the Hispanic population and 21.22% of the White or Anglo population.

On an average, White citizens earn more than other races or ethnicities. Figure H.6.1 shows the wage disparity between the 5 most common occupations.

Highest Average Salary: White; $43,572 ± $3,317



*Figure H.6.1: Wage by Race & Ethnicity*



**Median Income Distribution in Waller County**

N

Praire View

Hempstead

Waller

Pattison

Katy

Brookshire

Legend

**Median Income**

- 36560 or Less
- 36561 - 42500
- 42501 - 49250
- 49251 - 65967
- 65968 - 92917
- Census Tract Boundary

0  1.25 2.5    5    7.5    10
Miles

*Figure H.6.2: Distribution of Median Income*

Source: U.S. Census Bureau 2014

## 7. Poverty

Roughly 19% of the population in the US live below the poverty level, which is a little more than Texas (17%). In Waller County, Prairie View has the highest percentage of people living below poverty. This may be due to the high student population (Figure H.7.1). According to the US Census Bureau (see Figure H.7.2), 36% of the population are in poverty and not in the labor force.



*Figure H.7.1: Population in Poverty (%)*

Source: U.S. Census Bureau 2014



*Figure H.7.2: Population in Poverty and Working Status (%)*

Source: U.S. Census Bureau 2014

# I. Housing

## 1. Housing Types

The majority of the homes in Waller County are single family, multi-family, and mobile homes. There are 15,839 total housing units with an average household size of 2.81 and family size of 3.29. By 2035, 10,000 additional housing units are needed to meet population projections referenced earlier in this document. Roughly, 9,482 are owner occupied units and just over half (51.5%) of the owner occupied units carry mortgage.

Waller County has a larger percentage of mobile homes than Texas. The County has 24% of housing stock as mobile homes which is common in rural areas (Figure I.1.1).

## 2. Rentals vs. Owners

Texas has 35% rental and 65% owned homes. Overall, Waller County is similar to Texas, though city by city we see a different picture (Figure I.2.1). A higher percentage of rental homes in Prairie View is likely due to the presence of Prairie View A&M. Pine Island and Katy have the high share of owned homes in the county (Figure I.2.1). The overall number of rental units are in Table I.2.2.



*Figure I.1.1: Comparison of Housing Type (%)*

Source: Our Great Region 2040: H-GAC



*Figure I.2.1: Percentage of Owned and Rental Homes*

Source: U.S. Census Bureau 2014



*Figure H.2.2: Number of Rental Housing Units*

Source: U.S. Census Bureau 2014

## 3. Home Value

About 18% of the homes in Waller County are worth less than $50,000 (Figure 9.3.1). It also has one of the largest proportions of home values between $50,000 and $100,000 or 21% of all homes (Harris County -

25%, Grimes County - 27%). Roughly 40% of all homes are less than $100,000 in value and 70% of all homes are less than $200,000 in value. Figure 9.3.2 offers a closer at the individual cities, Brookshire and Hempstead have a large proportion of homes valued less than $50,000, 45% and 40% respectively.



*Figure I.3.1: Home Value Distribution (%)*

Source: U.S. Census Bureau 2014



*Figure I.3.2: Home Value Distribution (%) by City*

Source: U.S. Census Bureau 2014

## 4. Monthly Rental Rates

With regard to rental rates, most (33%) pay between $500 and $750 in Waller County (see Figure I.4.2). Prairie View has a good mix rent levels, and inn Hempstead, most rental housing is less than $1000 in rent.



*Figure I.4.1: Monthly Rental rates for the County (%)*



*Figure I.4.2: Monthly Rental Rates Cities (%)*

Source: http://www.towncharts.com/Texas/Housing/Waller-County-TX-Housing-data.html, U.S. Census Bureau

## J. Housing Vacancy & Unaffordability

### 1. Vacant Housing

Vacant and abandoned properties are often attributed to larger economic forces at work in the community; and they often associated or at least perceived to be associated with higher levels of crime, increased risk to health and welfare, plunging property values, and escalating municipal costs, which exacerbates overall community decline and

disinvestment. Out of the total housing units (15,839), roughly 11.5% are vacant. Of vacant units, 2.77% are for rent and 1.29% are for sale (Figure J.1.2).



*Figure J.1. 1: Vacant Housing Units (%)*

Source: http://www.city-data.com/county/Waller_County-



*Figure J.1.2: Housing Availability (%)*

Source: ASC, 2014

## 2. Mortgage Status and Affordability

Roughly 51% of housing units in Waller County have a mortgage payment (Texas: 61%). As Figure J.2.1 indicates, Pine Island has comparatively fewer housing units with a mortgage payment (at 30% of houses). In addition, there are 60 units in Hempstead (13.2%) and 9 (11.1%) units in Pine Island that pay more than $3,000 or more as a mortgage payment. Most of the units in Hempstead and the City of Waller pay a mortgage of over $1,000.

Housing units without a mortgage payment typically pay a minimum amount for maintenance purposes even after the mortgage has been paid off and are 'free and clear'. The cities of Hempstead, Waller, Pine Island and Prairie View have more than 50% of homes without a mortgage payment (Table J.2.2.2).

There are 822 units in the County (59 in the City of Waller, 31 in Pine Island, and the remaining in unincorporated areas of the county), paying $700 or more even without a mortgage. These data can be used in the development of housing programs aimed to meet the needs of people at different economic levels.



| | Texas | Waller County | Brookshire | Hempstead | Pine Island | Prairie View | Waller city | Katy |
|---|---|---|---|---|---|---|---|---|
| Total (Owner Occupied Units) | 5,652,542 | 9,482 | 601 | 1,014 | 273 | 291 | 405 | 3,915 |
| Housing units with a mortgage: | 3,423,338 | 4,882 | 406 | 452 | 81 | 139 | 166 | 2,530 |
| Less than $200 | 1,212 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $200 to $299 | 3,843 | 6 | 0 | 0 | 0 | 0 | 0 | 6 |
| $300 to $399 | 10,835 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| $400 to $499 | 29,536 | 33 | 0 | 0 | 0 | 0 | 0 | 0 |
| $500 to $599 | 57,921 | 69 | 23 | 25 | 0 | 20 | 0 | 0 |
| $600 to $699 | 95,797 | 140 | 42 | 0 | 0 | 0 | 0 | 16 |
| $700 to $799 | 133,467 | 192 | 18 | 57 | 0 | 13 | 13 | 0 |
| $800 to $899 | 171,467 | 222 | 0 | 41 | 0 | 0 | 0 | 49 |
| $900 to $999 | 198,129 | 155 | 31 | 0 | 1 | 0 | 0 | 122 |
| $1,000 to $1,249 | 578,005 | 937 | 171 | 129 | 30 | 30 | 65 | 393 |
| $1,250 to $1,499 | 558,475 | 844 | 24 | 120 | 12 | 31 | 68 | 550 |
| $1,500 to $1,999 | 771,459 | 1,147 | 55 | 20 | 11 | 45 | 15 | 709 |
| $2,000 to $2,499 | 373,440 | 503 | 42 | 0 | 8 | 0 | 5 | 348 |
| $2,500 to $2,999 | 189,801 | 357 | 0 | 0 | 10 | 0 | 0 | 82 |
| $3,000 or more | 249,951 | 277 | 0 | 60 | 9 | 0 | 0 | 255 |

**Table J.2.1: Selected Monthly Home Owner Cost - Housing Units with Mortgage**

Source: U.S. Census Bureau, 2010-2014 American Community Survey 5-Year Estimates

|  | Texas | Waller County | Brookshire | Hempstead | Pine Island | Prairie View | Waller city | Katy |
|---|---|---|---|---|---|---|---|---|
| Total (Owner Occupied Units) | 5,652,542 | 9,482 | 601 | 1,014 | 273 | 291 | 405 | 3,915 |
| Housing units without a mortgage: | 2,229,204 | 4,600 | 195 | 562 | 192 | 152 | 239 | 1,385 |
| Less than $100 | 23,734 | 13 | 0 | 0 | 0 | 0 | 0 | 0 |
| $100 to $149 | 51,478 | 9 | 0 | 0 | 2 | 0 | 0 | 8 |
| $150 to $199 | 102,411 | 141 | 0 | 15 | 0 | 0 | 0 | 8 |
| $200 to $249 | 149,251 | 263 | 0 | 49 | 3 | 0 | 32 | 68 |
| $250 to $299 | 180,968 | 424 | 0 | 70 | 20 | 18 | 9 | 43 |
| $300 to $349 | 197,016 | 479 | 0 | 125 | 6 | 9 | 32 | 25 |
| $350 to $399 | 199,842 | 484 | 62 | 99 | 14 | 0 | 17 | 38 |
| $400 to $499 | 360,308 | 756 | 104 | 57 | 43 | 55 | 62 | 188 |
| $500 to $599 | 285,788 | 675 | 8 | 116 | 43 | 27 | 23 | 196 |
| $600 to $699 | 206,468 | 534 | 21 | 31 | 30 | 24 | 5 | 212 |
| $700 or more | 471,940 | 822 | 0 | 0 | 31 | 19 | 59 | 599 |

**Table J.2 2:  Selected Monthly Home Owner Cost - Housing Units without Mortgage**

Source: U.S. Census Bureau, 2010-2014 American Community Survey 5-Year Estimates

## 3. Monthly Rental Rates

There are 44% of studio apartments available for rent in the County, although none are available in the City of Waller, Pine Island and Katy. In Prairie View all the studio apartments are $1000 or more. Additionally, 45% of apartments in Hempstead and Waller County overall are on 'rent without any cash'.

As for one-bedroom rental units, most range from $500-$749 per month but Katy has majority of units costing more than $750 per month.



*Figure J.3. 1: Rental Characteristics for Studio - No Bedroom Units*



*Figure J.3.2: Rental Characteristics for One-Bedroom Units*

Two bedroom apartments are available in most of the cities in all price ranges, though the County average ranges from $500-$1000 (Figure J.3.3).

About 82% of rental properties in Prairie View and 70% in Katy are more than $1,000 per month for a three bedroom unit.



*Figure J.3.3: Rental Characteristics for Two-Bedroom Units*



*Figure J.3.4: Rental Characteristics for Three-Bedroom Units*



*Figure J.3.5: Number of Rental Housing Units by Price in Waller County*

The Figure J.3.5 above indicates the number of rental housing units at various price ranges in Waller County. Most of the rental units fall within the $500 – $900 range. There around 440 units which take no rent from renters.

## 4. Affordable Housing Programs

Waller County's federally assisted affordable rental housing stock includes 16 properties and 754 units financed through Section 8, LIHTC and RD 515. Units provide some form of rental assistance to make them more affordable for very low income population. The largest federally assisted affordable rental community in the county is the Park at Clear Creek (76 units) while the smallest is Donald Sowell (1 unit). Two apartment properties provide senior housing totaling 90 units.



*Figure J.4. 1: % of Federally Assisted Affordable Housing in Waller County*

Cities with Federally Assisted Projects in Waller County

| City | Properties | Units |
|---|---|---|
| Hempstead | 7 | 399 |
| Prairie View | 5 | 133 |
| Brookshire | 2 | 92 |

| Program | Properties | Units |
|---|---|---|
| Section 8 | 1 | 44 |
| LIHTC | 13 | 641 |
| RD 515 | 9 | 415 |
| Total | 16 | 754 |

Note: The total does not necessarily equal the sum of each program as some properties may participate in multiple funding programs

## K. Environmental

**1. Most Recent Natural Disasters**

There have been a number of federally declared disasters since 1995 in Waller County (13), six hurricanes, four fires, three floods, three storms, and two tornadoes (Table K.1.1). To date, Waller County has been granted about $6,218,085.26 in FEMA Public Assistance.

| Name | Incident Period | Emergency Declared | FEMA Id | Natural Disaster Type |
|------|----------------|-------------------|---------|----------------------|
| Texas Hurricane Ike | September 7, 2008 – September 26, 2008 | September 10, 2008 | FEMA-EM-3294 | Hurricane |
| Texas Hurricane Ike | September 7, 2008 – October 2, 2008 | September 13, 2008 | FEMA-DR-1791 | Hurricane |
| Texas Hurricane Gustav | August 27, 2008 - September 7, 2008 | August 29, 2008 | FEMA-EM-3290 | Hurricane |
| Texas Wildfires | March 14, 2008 - September 1, 2008, | March 14, 2008 | FEMA-EM-3284 | Fire |
| Texas Hurricane Rita | September 23, 2005 - October 14, 2005 | September 24, 2005 | FEMA-DR-1606 | Hurricane |
| Texas Hurricane Rita | September 20, 2005 to October 14, 2005 | September 21, 2005 | FEMA-EM-3261 | Hurricane |
| Texas Hurricane Katrina | August 29, 2005 to October 1, 2005 | September 2, 2005 | FEMA-EM-3216 | Hurricane |
| Texas Extreme Fire Hazards | August 1, 1999 to December 10, 1999 | September 1, 1999 | FEMA-EM-3142 | Fire |
| Texas Severe Storms, Flooding and Tornadoes | October 17, 1998 to November 15, 1998 | October 21, 1998 | FEMA-DR-1257 | Storm, Tornado, Flood |
| Texas Fire Emergency | February 23, 1996 to September 19, 1996 | February 23, 1996 | FEMA-EM-3117 | Fire |

*Table K.1. 1: History of Natural Disaster*

## 2. Floods, Historical Tornados, and Watersheds

Most of Waller County has been affected by tornadoes of scale F0- F2 at some point in its history. The eastern side of the County is more prone to flooding due to the presence of the Brazos River.

Watershed planning is a common practice for flood mitigation and ecological sustainability. If we look at the county by watershed, eastern Waller County (in purple) drains towards Houston and western Waller County (in white) drains toward the Brazos River (Figure K.2.2). Development and increased impervious surfaces in the County will likely impact drainage and flooding in the Houston area. Eastern Waller County development will impact the Addicks Reservoir, while western Waller County development will impact communities along the Brazos River, such as Richmond, Rosenberg, and Sugar Land.



*Figure K.2.1: Flood Zones Map 2006*



*Figure K.2.1: Watershed Map*

## 3. Land Cover

As seen in Figure K.3.1 the majority of the County is agricultural land, with dense forested areas to the north. As the County grows, development is anticipated along the 290 corridor, in the already established cities of Waller, Prairie View, and Hempstead.

Development is also anticipated along the I-10 corridor near Brookshire to Katy area. Thoughtful consideration of the environment, flooding impacts, and soils types will yield a county positioned for a prosperous future.



*Figure K.3.1: Land Cover change 1996-2010*

## 4. Soil

Looking at the soils in Waller County, there is an abundance of 'prime farmland' (Figure K.4.1). Prime farmland produces the highest yields with minimal inputs of energy and economic resources.



*Figure K.4.1: Land Suitability*

## L. Infrastructure

### 1. Transportation

Waller County contains two important transportation connections, US highway 290 in the north and Interstate 10 in the south. Both roads are two of the three primary routes into the City of Houston, positioning the County for development opportunities. (Figure L.1.1).



*Figure L.1.1: Road/ Rail Connection*

Currently 17% of rsidents car pool to work and 9% walk, take a bus or worke at home (Figure L.1.2). Because of the high volume routes of Highway 290 and I-10, there are opportunities for alternative transportation options commuting to Houston. According to H-GAC Regional Travel Demand Model calculated in 2008, Weekday Peak Period Ridership is more than 6900 vehicles along Highway 290. Figure L.1.13 shows possible commuter rail opportunities in the Houston area, one of which is the 290- Eureka rail route. It has the potential commute time of 20 minutes from downtown Houston to Waller County during the peak hour. This option would provide additional access to schools, workplace, and service providers (including medical clinics, daycare and various social service providers).



*Figure L.1.2: Transportation Mode Choice to Work- Comparing*



*Figure L.1.3: Proposed Rail route H-GAC*

Source: http://www.txdot.gov/

## 2. Facilities

Figure L.2.1 displays the location of police stations, fire stations, schools, healthcare, airports and parks throughout the County. The county has one hospital located in Prairie View but other major hospitals are relatively close:

- Tomball Regional Medical Center
- North Cypress Medical Center
- Methodist West Houston Hospital, Cypress Fairbanks Medical Center
- Memorial Hermann Katy Hospital, Christus St Catherine Hospital



*Figure L.2.1: Facilities Map*

### 3. County Independent School Districts

Waller I.S.D.
The Waller Independent School District, serves the communities of Hockley, Prairie View and Waller. In April 1989, the district was revisited by an accreditation team from the Texas Education Agency and maintained full accreditation as a result of the visit. It has one elementary school, three middle schools, and two high schools.

Hempstead I.S.D.
The Hempstead School District has one elementary school, one middle school, and one high school and with the passage of a bond issue in 1996, the district has undertaken an aggressive building and renovation program. A new middle school was completed in the summer of 1997 and extensive renovations to the high school and elementary school were completed the following year. A new track facility was also completed in 1998 and current planning is underway for a new athletic stadium.

Royal I.S.D.
The Royal Independent School District is located in southern Waller County and serves the communities of Brookshire, Pattison, Sunnyside and surrounding areas. In 2009, the school district was rated "academically acceptable" by the Texas Education Agency. It has two elementary schools, two middle schools and two high schools.

Katy I.S.D.
The Katy Independent School District is located in southeast corner of the Waller County in the city of Katy. A small portion of the Katy ISD serves the county. The school district has been recognized by the Texas Education Agency.



# SECTION III.

# REGIONAL CLUSTER ANALYSIS

# SECTION III. Regional Cluster Analysis

## Overview and Explanation
### Waller County Region, TX

The Waller County Region is comprised of 8 Texas counties. The region includes large metropolitan area of Houston. Interstate 10 connects the region to San Antonio in the west and Louisiana in the east, and Interstate 45 connects the region to Dallas, TX in the north.

- Austin
- Brazos
- Fort Bend
- Grimes
- Harris
- Montgomery
- Waller
- Washington



## B. Industry and Occupation

| Components of changes in Jobs | | |
| --- | --- | --- |
| **Changes in Jobs  (2009-2015)** | | |
| Gained by | New Startups | +1,032,677 |
| | Spinoffs | +376,363 |
| | Expansion | +724,982 |
| | In-migration | +66,870 |
| Lost by | Closings | -1,253,731 |
| | Contractions | -481,347 |
| | Out-migration | -46,186 |
| **Net change** | | **+419,628** |



An establishment is a physical business location.

Branches, standalones And headquarters are all considered types of establishments.

### Definition of Company Stages

0 — Self-employed

1 — 2-9 employees

2 — 10-99 Employees

3 — 100-499 Employees

4 — 500+ Employees

Source: YourEconomy.org

## B. Industry and Occupation

## Establishments

| Number of Establishments by Company Stages | | | | |
|---|---|---|---|---|
| | **2009** | | **2015** | |
| **Stage** | **Establishments** | **Proportion** | **Establishments** | **Proportion** |
| Stage 0 | 22,228 | 10% | 23,761 | 8% |
| Stage 1 | 150,873 | 70% | 224,464 | 76% |
| Stage 2 | 39,709 | 18% | 42,893 | 15% |
| Stage 3 | 3,790 | 2% | 3,760 | 1% |
| Stage 4 | 435 | 0.2% | 426 | 0.1% |
| **Total** | **217,035** | **100%** | **295,304** | **100%** |

**Questions:**
- What stage businesses have shaped the region's economic growth in the last 6 years?
- Which ones are growing or declining the most?
- Which stage of establishments are likely to shape the region's future economic growth?

Note: The table has some residual in 2009 establishments due to the lack of information on the Waller County.

Source: Youreconomy.org database

## B. Industry and Occupation

# Jobs and Sales

**Number of Jobs by Company Stages**

| Year | 2009 | 2015 | % Change |
|------|------|------|----------|
| Stage 0 | 22,228 | 25,487 | 15% |
| Stage 1 | 558,042 | 879,974 | 58% |
| Stage 2 | 966,493 | 1,003,050 | 4% |
| Stage 3 | 658,280 | 623,422 | -5% |
| Stage 4 | 533653 | 639,441 | 19.8% |
| **Total** | **2,738,696** | **3,171,374** | **16%** |

**Sales ($Billions, 2015) by Company Stages**

| Year | 2009 | 2015 | % Change |
|------|------|------|----------|
| Stage 0 | 4.97 | 13.5 | 173% |
| Stage 1 | 133.36 | 266.7 | 100% |
| Stage 2 | 212.43 | 320.7 | 51% |
| Stage 3 | 161.53 | 192.3 | 19% |
| Stage 4 | 105.82 | 57.2 | -45.9% |
| **Total** | **618.12** | **850.52** | **38%** |

**Questions**
- What establishments are the most numerous based on company stages?
- What stages have experienced the largest growth? The greatest decline?
- What company stage employs the largest number of people?
- What stage captures the most sales?
- Which ones have experienced the greatest percentage loss over the 2009-2015 period?

Note: The table has some residuals in 2009 establishments due to the lack of information on Waller County.

Source: Youreconomy.org database

## B. Industry and Occupation

## Top ten industry sector employment growth

| NAICS | Description | 2009 Jobs | 2014 Jobs | Change | Change (%) | State Change (%) |
|-------|-------------|-----------|-----------|--------|------------|------------------|
| 55 | Management of Companies and Enterprises | 26,535 | 42,305 | 15,770 | 59% | 36% |
| 21 | Mining, Quarrying, and Oil and Gas Extraction | 112,289 | 145,687 | 33,398 | 30% | 56% |
| 61 | Educational Services | 54,799 | 68,846 | 14,047 | 26% | 16% |
| 72 | Accommodation and Food Services | 213,398 | 261,546 | 48,148 | 23% | 18% |
| 42 | Wholesale Trade | 140,473 | 168,933 | 28,460 | 20% | 15% |
| 56 | Administrative and Support and Waste Management and Remediation Services | 229,141 | 275,191 | 46,050 | 20% | 19% |
| 62 | Health Care and Social Assistance | 284,911 | 338,903 | 53,992 | 19% | 15% |
| 31 | Manufacturing | 225,499 | 258,093 | 32,594 | 14% | 7% |
| 54 | Professional, Scientific, and Technical Services | 259,374 | 296,119 | 36,745 | 14% | 14% |
| 81 | Other Services (except Public Administration) | 186,060 | 210,200 | 24,140 | 13% | 11% |

**Questions:**
- What regional industry sectors have seen the greatest growth?
- Did they grow at the same rate as the state?
- What factors are causing the growth?

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

## B. Industry and Occupation

# Top two industry sector employment decline

| NAICS | Description | 2009 Jobs | 2014 Jobs | Change | Change (%) | State Change (%) |
|-------|-------------|-----------|-----------|--------|------------|------------------|
| 22 | Utilities | 17,515 | 16,422 | -1,093 | -6% | 1% |
| 51 | Information | 43,588 | 42,985 | -603 | -1% | 1% |

**Questions:**
- How does the industry sector make-up of the region compare to the rest of the state?
- Which industry sectors are growing and declining the most in employment?



Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

# C. Industry cluster analysis

## List of Clusters

- Advanced Materials
- Agribusiness, Food Processing & Technology
- Apparel & Textiles
- Arts, Entertainment, Recreation & Visitor Industries
- Biomedical/Biotechnical (Life Sciences)
- Business & Financial Services
- Chemicals
- Computer & Electronic Product Manufacturing
- Defense & Security
- Education & Knowledge Creation
- Electrical Equip, Appliance & Component Manufacturing
- Fabricated Metal Product Manufacturing
- Energy (Fossil & Renewable)
- Forest & Wood Products
- Glass & Ceramics
- Information Technology & Telecommunications
- Machinery Manufacturing
- Manufacturing Super-cluster
- Mining
- Primary Metal Manufacturing
- Printing & Publishing
- Transportation & Logistics
- Transportation Equipment Manufacturing

## C. Industry cluster analysis

## How to interpret cluster data results

The graph's four quadrants tell a different story for each cluster.



Contains clusters that are more concentrated in the region but are declining (negative growth). These clusters typically fall into the lower quadrant as job losses cause a decline in concentration.

**Mature**
Top left
(strong but declining)

**Stars**
Top right
(strong and advancing)

Contains clusters that are more concentrated in the region and are growing. These clusters are strengths that help a region stand out from the competition. Small, high-growth clusters can be expected to become more dominant over time.

Contains clusters that are under-represented in the region (low concentration) and are also losing jobs. Clusters in this region may indicate a gap in the workforce pipeline if local industries anticipate a future need. In general, clusters in this quadrant show a lack of competitiveness.

**Transforming**
Bottom left
(weak and declining)

**Emerging**
Bottom right
(weak but advancing)

Contains clusters that are under-represented in the region but are growing, often quickly. If growth trends continue, these clusters will eventually move into the top right quadrant. Clusters in this quadrant are considered emerging strengths for the region.

Modified from: http://www.charlestonregionaldata.com/bubble-chart-explanation/

## C. Industry cluster analysis

### Bubble Chart: What to Look at First



**Quadrant Location**

Start with clusters located in the STARS quadrant
See if the MATURING clusters might have a good chance of growing again
Determine if EMERGING clusters are likely to grow in strength
Avoid clusters that are "TRANSFORMING"

**Size of Location Quotient**

Focus on clusters with an LQ of 1.2 or higher Clusters with high LQs represent economic activities in which the region is competitive relative to the U.S.

REMEMBER: Clusters only capture industries that have the likelihood of exporting goods and services.

**Percentage Change in Last 5 Years**

The horizontal line (the x-axis) shows the percentage growth or decline of a cluster over a five-year period. Make sure to examine the SIZE and DIRECTION of that change. Dramatic declines in a cluster with a LQ of 1.2 or higher could be a difficult one to resurrect.

**Number of Employees**

The size of the bubble refers to the number of people employed in that cluster. It may be worthwhile to focus on clusters that are both competitive and that employ a good number of people.

## C. Industry cluster analysis

## Industry cluster bubble chart



# C. Industry cluster analysis

## The Manufacturing Super-Cluster

Please note that this is not a cluster that a SET region should select. Rather, focus on the manufacturing sub-clusters that are important to that super-cluster.





## C. Industry cluster analysis

# Manufacturing sub-cluster bubble chart



Note: Label includes cluster name, LQ in 2014, and Employment in 2014.

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors).

## C. Industry cluster analysis

# For your region

## Mature Industries

Four industry clusters in the Waller County Region are in the Matured stage: Chemicals; Transportation & Logistics; Business & Financial Services; and Advanced Materials. The mature industries are relatively concentrated, but their growth is trending downward. It is worth noting, however, that the Region may find it worthwhile to invest in efforts to shore up the concentrations of these industries.

## Transforming Industries

Transforming clusters capture the mix of industries that are experiencing relative decline and limited export capability. In the Region, eight industry clusters are all Transforming clusters, IT & Telecom.; Computer & Electronic Product Mfg.; Defense & Security; Arts, Ent., Rec. & Visitor Industries; Forest & Wood Products; Printing & Publishing; Apparel & Textiles; and Transportation Equipment Mfg. Any amount

of growth in these industries would require relatively large investments.

## Star Industries

Star industry clusters are highly concentrated, exporting and still experiencing growth in the region. Four Star industry clusters in the Waller County Region are Machinery Mfg.; Energy; Fabricated Metal Prod. Mfg.; and Glass & Ceramics. These clusters have higher job concentrations in the region compared to the U.S.

## Emerging Industries

Industry clusters that may be poised for the future growth are classified as "Emerging." There are six Emerging clusters in total in the Waller County Region: Mining; Electrical Equipment Appliance & Component Mfg.; Biomedical/Biotechnical; Education & Knowledge Creation; Primary Metal Mfg.; and Agribusiness, Food Processing & Technology.

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors).

## C. Industry cluster analysis

# Top five occupations in 2014



**Questions**:

- What are the education and skill requirements for these occupations?
- Do the emerging and star clusters align with the top occupations?
- What type salaries do these occupations typically provide?

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

## D. Occupation

# Science, Technology, Engineering & Math



Job change in STEM occupations

Waller County Region, TX

Rest of Texas

2009 — 157,396 | 345,273
2014 — 181,392 | 395,291
Change — 15.2% | 14.5%

## Questions:

- How do STEM jobs compare to the state?
- What has been the trend of STEM jobs over time?
- How important are STEM jobs to the region's Star and Emerging clusters?

*Note: STEM and STEM-related occupation definitions from BLS (2010)

Source: EMSI Class of Worker 2015.4 (QCEW, non-QCEW, self-employed and extended proprietors)

**SECTION IV.**

**VISION AND STRATEGIC DEVELOPMENT**

# SECTION IV. Vision and Strategic Development

## A. Vision

Waller County will be one of the first strategically-planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

## B. Public and Stakeholder Engagement Process

To develop a vision for Waller County, we followed a process that included input from a variety of sources. The 2016 Waller County Strategic Planning Survey generated input from a random sampling of citizens, including a supplemental question to identify what Waller County should focus on in the next 5-10 years. We gathered data from a variety of sources, both external and internal to county government.

In the Spring of 2016, a kick of breakfast was hosted at Prairie View A&M University. During this breakfast leaders were introduced to the strategic planning process and had an opportunity to provide feedback in order to guide the strategic planning team. These ideas provided more insight into areas of concern and areas of opportunity in the county.



## C. Strengths

- Natural beauty & resources
- Access to metro cities & their facilities
- 290 & I-10
- Leadership
- Strong sense of community & involvement
- Education, especially higher education (PVAMU)
- Friendly, family environment
- Quality of life
- Experienced workforce
- Local churches/community group involvement
- Support for local businesses
- Agricultural presence
- Millions of grant funds

## D. Weakness

- Infrastructure
- Schools, especially for younger grades
- Division between North & South
- Lack of communication
- Lack of planning/strategic plan
- Lack of quality, good-paying jobs
- Lack of housing
- No grant writer
- Lack of water rights control
- Groundwater pollution
- Unutilized fairgrounds
- Jobs/restaurants/shopping far from residential areas
- Not enough social services
- No county park/hospital
- Educational disparity
- Large county, separates citizens

- Internet
- Lack of family-oriented activities
- Outside pressures

## E. Opportunities

- Retirement community
- Support local business & attract new businesses for jobs
- Improve schools, vocational training
- Recognize historical landmarks
- Recreational expansion (biking & parks, connect restaurants & retail areas)
- Tax revenue use for local projects
- Transit expansion (van/not rail)
- Utilize grant funding
- Ecotourism & tourism based on cultural heritage
- Undeveloped land space
- Farm-to-table local sourcing

## F. Threats

- No plan for growth
- High speed rail, hazardous cargo traffic, Hwy 36 A
- Natural disasters, especially flooding
- Loss of green space
- Divisions in the county
- Excessive governmental control
- Crime/drugs
- Landfills
- External perceptions
- Encroachment of nearby cities
- High taxes

**SECTION V.**

**ECONOMIC DEVELOPMENT STRATEGIES AND COMPONENTS**

# SECTION V. Economic Development Strategies and Components

## A. Process Used to Develop Strategies

Through the guidance of Houston Galveston Area Council professionals the committee developed a structure for data collection from community members and professional focus group participants. Areas of studies were identified by the committee including economic development, transportation, infrastructure, water, education, workforce development, health and human services, natural resources and green space, and master planning. These areas were discussed at precinct meetings open to the community held in the four precincts of Waller County. Community participants were urged to provide input on each of the areas as well as identify issues, priorities, advantages, and strengths through group presentations of a S.W.O.T. (strength, weaknesses, opportunities, threats) analysis of the County.

Community input was gathered and then presented to fifteen (15) professional focus group members who used this data to help them to develop strategies for addressing county issues. Following the focus group meetings, Texas A&M Engineering Extension Service (TEEX) complied the strategic data into categories, and strategies. Condense



## B. Strategic plan components and data collected

**FOCUS AREA Municipalities**

**Vision proposed by focus group:** Waller County will be one of the first strategically-planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

**I. Preserve and enhance natural resources, with a focus on water management.**

a. Form a task force that partners with experts like PVAMU researchers to identify water resources, availability, and impact in Waller County with the power to enforce and educate on relevant environmental issues

b. Develop plans to address water drainage and flooding throughout Waller County including maintenance of drainage ways, building better retention ponds, and building a County water reserve parks in each precinct

c. Establish County-wide zoning regulations and ordinances to preserve natural resources such as water and support rural agriculture, where necessary

**II. Promote smart, clean growth with consistent regulations and codes throughout Waller County.**

a. Establish a forum to discuss County zoning, building permits, and building quality standards that involves public leaders such as city councilmen, mayors, judges, and commissioners

b. Explore tax incentives for energy efficient builders and homeowners

c. Increase infrastructure capacity for future growth, especially for water and sewage

d. Promote retail, restaurants, and entertainment districts that are connected to residential areas and develop county parks connecting communities

e. Develop a plan for tourism growth that takes advantage of the County's historical significance and natural attractions in promoting tourism growth

**III. Attract higher paying industries and alleviate economic disparity in the County.**

a. Ensure infrastructure is in place to attract targeted industries like energy

b. Designate Enterprise Zones where applicable

c. Obtain a unique zip code for Prairie View

d. Hire a grant manager or agency to manage and execute proposal, grant writing, and grant management in order to maximize grant funding for expansion of infrastructure and business growth

e. Implement school career and technology programs that address the needs of local employers and targeted industries

**IV. Enhance the connectivity of Waller County with public transportation, particularly to and from Houston.**

a. Place metro bus stops in mutually convenient location(s) in Waller County

b. Continue HOV/Bus lane from Houston to Hempstead

c. Explore the possibility and feasibility of commuter rail

**V. Establish a reputation for high quality education capable of drawing in and retaining a skilled workforce in the County, to the benefit of attracting targeted businesses to and development in the area.**

a. Develop mentoring programs involving actual employers for particular groups such as mental needs individuals or those in job preparation that are coordinated between school districts
b. Ensure all school districts throughout Waller County reach exemplary status with businesses, parents, teachers, school boards, and the central office all involved in marketing school successes and supporting in-school activities
c. Develop a support system to keep graduating high school students in the community though financial literacy training and PVAMU support and participation in local groups that encourage students to receive higher education locally
d. Develop and promote high paying certification programs, alternative education and vocational training programs, university-level skill building programs, and district-wide cluster skills training
e. Create and advertise new after school programs that will expose students at early age to career and technology education
f. Re-establish the County-wide superintendent collaborative to bring ISDs together and identify common issues and best practices
g. Increase the number of GED/alternative centers and open a career and tech facility supported by community employers

h. Develop a community support group that can help implement and support plans to enhance education in Waller County

**VI. Promote County and City collaborations to preserve and enhance the quality of life and infrastructure in Waller County.**

a. Have County and City administrators & engineers meet regularly and work together in development projects
b. Ensure the County leads cities in establishing unified building ordinances and coordinating planning involving parks and water management
c. Explore federal and state grant funds that can improve access to broadband in the community
d. Increase County jail and additional law enforcement office facilities
e. Develop a support group to help implement and support plans to improve quality of life in Waller County that involves a variety of individuals representing citizens, businesses, city leaders, schools, etc.

**FOCUS AREA Infrastructure & Broadband (Drainage & Flooding)**

**Vision proposed by focus group:** Waller County will be one of the first strategically-planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

**I. Create larger budgets for infrastructure.**
a. Implement development communication based on advanced information to help drive planning

**II. Plan for future county-wide wireless.**

a. Assess the economic feasibility of county-wide wireless
b. Develop a wireless plan integrated with the development plan and subdivisions

**III. Increase electrical system reliability and capacity.**

a. Develop a plan for the electrical system for individual users
b. Visit service areas and implement automated systems technology (smart grid) based on user density

**FOCUS AREA Economic Development / Poverty**

**Vision proposed by focus group:** Waller County will be one of the first strategically-planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

**I. Create policies and regulation methods for targeted development.**

a. Review what is in place and create a plan to improve methodology and policies.
b. Seek legislative support to shape county planning capacity for development.

**II. Improve workforce quality and viability.**

a. Implement a strategy to increase average per capita and median household income.
b. Coordinate with ISDs and community colleges to connect programs with need.

**III. Attract a broader array of desirable amenities.**

a. Conduct a periodic assessment to determine popular amenities.
b. Target marketing to providers.
c. Enhance tourism.

**FOCUS AREA Housing**

**Vision proposed by focus group:** Waller County will be one of the first strategically-planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

**I. Increase residential and business district connectivity and attractiveness to visitors and residents alike.**

a. Revitalize existing town centers and ensure connectivity to residential communities
b. Develop community programed activities to engage residents and visitors of all ages
c. Review and update parking plans to maximize allocated space and prepare for growth
d. Review and improve 36A transportation plan to enhance the connectivity of the region

**II. Obtain and take advantage of resources necessary to promote economic and community development throughout Waller County.**

a. Hire a grant writer, such as Goodman, to find and obtain monetary support for County development
b. Develop uniformity in internet access across the County

**III. Provide educational resources to attract new residents and retain current residents in the community.**

a. Promote the development of a community college within the County
b. Promote and utilize Houston-Galveston Area Council classes

**FOCUS AREA Public Safety & Crime**

**Vision proposed by focus group:** Waller County law enforcement will strive to deliver effective and professional law enforcement services to Waller County residents through broadminded partnerships with County and City Leaders, our community, and partner law enforcement agencies.

**I. Engage in PVAMU College law enforcement internships.**

a. Develop a college law enforcement internship program that effectively utilizes college interns in assisting local law enforcement
b. Allocate space at law enforcement agencies to accommodate interns

**II. Enhance community relations with law enforcement.**

a. Highlight agency collaboration in the public's view
b. Improve media relations
c. Improve collaboration between departmental administrators

**III. Establish a uniform and organized method to conduct performance ranking (evidence based policing).**

a. Conduct and analyze public surveys evaluating police performance
b. Conduct and analyze employee surveys to evaluate departmental.

**FOCUS AREA Education**

**Vision proposed by focus group:** The Waller County Education Program, fully supported by the education services, will be a premier employer-ISD collaboration to create a quality experience for students and families. ISDs will continue to graduate the best students who will return to the community as productive adults and educators.

**I. Establish a collaborative network with other ISDs in Waller County.**

a. Establish a Waller County ISD Consortium that will allow for appointed parents, educators, and student leaders to unite and brainstorm the best practices to benefit all entities
b. Establish at least one collaborative family event annually
c. Establish at least one collaborative professional development event annually in collaboration with Prairie View A&M University and Lone Star College

**II. Foster a stronger relationship between ISDs and Prairie View A&M University (PVAMU).**

a. Encourage ISD educators to get involved in campus programming and bring students to campus for tours
b. Foster opportunities for ISD teachers, superintendents, principals to give talks and lectures as guest speakers on PV's campus and represent their ISDs at campus job fairs
c. Connect with university deans to secure students interested in practicum and working as substitute teachers
d. Establish a pipeline between the College of Education Teaching/Certification program and the ISDs
e. Connect with campus student engagement to connect with campus

organizations looking for volunteer hours

### III. Increase ISD visibility.

a. Become stronger advocates by implementing programs to help educators and families understand how to navigate through the local, state, and federal political system.
b. Create opportunities and connect with venues that will allow the ISDs to tell their story.
c. Create unique opportunities to engage legislators in the work that is being done in the ISDs.

## FOCUS AREA Transportation

**Vision proposed by focus group:** Waller County will be one of the first strategically-planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

### I. Review and update County Major Thoroughfare and Freeway Plan (MTFP) and development regulations.

a. Analyze the Houston Galveston Area Council sub-regional study, which begins in January 2017.
b. Consider sensitive areas and agrarian interests when updating the thoroughfare plan.
c. Explore multi-modal opportunities.
d. Incorporate development regulation best practices from local and national sources.
e. Seek horizontal and vertical integration of development regulations throughout the County.

f. Advocate for changes to state law where appropriate.

### II. Develop county and regional drainage & detention policies.

a. Identify flood-prone areas.
b. Explore the creation of additional and county-wide drainage management districts.
c. Locate areas that might provide regional detention opportunities.

### III. Develop a strategy to allow for city growth that preserves the natural aspects of more rural areas.

a. Use incentives to encourage development where the County wants to see growth.
b. Base further County development on models provided by currently well-developed master planned communities.

### IV. Identify the County's priorities in terms of how it wants to develop.

a. Consider other counties and determine what would work for Waller County.
b. Identify what is important to the community and its citizens.

## FOCUS AREA Agriculture and Natural Resources

**Vision proposed by focus group:** Waller County will be one of the first strategically planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

### I. Preserve the rural nature of Waller County.

a. Utilize incentives to influence development
b. Target certain areas for high-density development
c. Integrate smart, clean growth strategies into the County's economic development plan
d. Engage in discussion on climate change impact

**II. Preserve agriculture in Waller County.**

a. Establish secure networks to produce agriculture products for urban neighbors
b. Develop new models of farming such as micro farms
c. Devise a plan to keep agriculture affordable
d. Offer educational programs on the value of agriculture to the county

**III. Promote heritage-based economic drivers in Waller County.**

a. Continue to promote dove and waterfowl hunting.
b. Encourage commercial and industrial development that align with Waller County's cultural and natural heritage.

**IV. Aim for targeted development.**

a. Analyze new types of development to determine which are best suited for Waller County
b. Conduct high-density development in specific areas to boost the tax base

**FOCUS AREA Parks and Open Space**

**Vision proposed by focus group:** Waller County will be one of the first strategically planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

**I. Preserve places with historical, cultural, and natural resource value.**

a. Identify areas that should not be developed such as floodplain and flood areas
b. Develop partnerships with groups and/or individuals to help set aside land while it is currently available
c. Create a plan to discourage development in potential set-aside areas and encourage development in more appropriate areas

**II. Protect the quality and quantity of Waller County's water resources.**

a. Use flooding mitigation to earn income and protect land
b. Create a water district

**III. Acquire county parks.**

a. Create a county park master plan
b. Explore the feasibility of establishing a part set aside fund to require developers to help fund more city-wide parks
c. Develop partnerships to aid in developing county parks

**IV. Create opportunities for bike and pedestrian trails.**
a. Make all roads multi-modal
b. Develop a bike trail system using existing roads
c. Explore how to allow bike access across rivers and major roadways

**FOCUS AREA Health and Disease**

**Vision proposed by focus group:** Waller County will be one of the first strategically planned counties in Texas with a focus on responsible growth that preserves the heritage of the County and its natural resources.

**I. Provide a full range of comprehensive preventative, primary and behavioral health services to all county residents.**

a. Develop a comprehensive health plan which includes a needs assessment for Waller County

b. Hire a County Health Officer whose duties will include coordinating the activities related to developing the health plan, as well as administrative support as necessary

c. Establish a long-term stakeholders group to help design and implement the plan

**II. Educate local leaders and residents about available services and the** importance of taking personal **responsibility for their health.**

a. Offer relevant workshops for the county government

b. Engage stakeholders through community meetings on the topics, including providers, extension service, churches, schools, and hospitals

c. Establish a support group that includes stakeholders in planning and disseminating healthcare information

**III. Place healthcare providers in all public schools.**

a. Educate the entire community - kids, parents, staff and board members - on the benefits of health care in the school system and discuss successful models Waller County ISDs can build on

b. Secure funding to place health services in public schools



**SECTION VI.**

**IMPLEMENTATION AGENDA**

# SECTION VI. Implementation Agenda

## Municipalities

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I : Preserve and enhance natural resources, with a focus on water management** | | | | | | | |
| **Strategic Action Item 1.A** Form a task force that partners with experts like PVAMU researchers to identify water resources, availability, and impact in Waller County with the power to enforce and educate on relevant environmental issues | | | | | | | |
| **Strategic Action Item 1.B** Develop plans to address water drainage and flooding throughout Waller County including maintenance of drainage ways, building better retention ponds, and building a County water reserve parks in each precinct | | | | | | | |
| **Strategic Action Item I.C** Establish County-wide zoning regulations and ordinances to preserve natural resources such as water and support rural agriculture, where necessary | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II: Promote smart, clean growth with consistent regulations and codes throughout Waller County.** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategic Action Item II.A**<br><br>Establish a forum to discuss County zoning, building permits, and building quality standards that involves public leaders such as city councilmen, mayors, judges, and commissioners | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategic Action Item II.B**<br><br>Explore tax incentives for energy efficient builders and homeowners | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategic Action Item IIC**<br><br>Increase infrastructure capacity for future growth, especially for water and sewage | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II: Promote smart, clean growth with consistent regulations and codes throughout Waller County.** | | | | | | | |
| **Strategic Action Item II.D** <br><br> Promote retail, restaurants, and entertainment districts that are connected to residential areas and develop county parks connecting communities | | | | | | | |
| **Strategic Action Item II.E** <br><br> Develop a plan for tourism growth that takes advantage of the County's historical significance and natural attractions in promoting tourism growth | | | | | | | |
| **Strategy III: Attract higher paying industries and alleviate economic disparity in the County** | | | | | | | |
| **Strategic Action Item III.A** <br><br> Ensure infrastructure is in place to attract targeted industries like energy | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy III: Attract higher paying industries and alleviate economic disparity in the County** | | | | | | | |
| **Strategic Action Item III.A**<br><br>Ensure infrastructure is in place to attract targeted industries like energy | | | | | | | |
| **Strategic Action Item III.B**<br><br>Designate Enterprise Zones where applicable | | | | | | | |
| **Strategic Action Item III.C**<br><br>Obtain a unique zip code for Prairie View | | | | | | | |
| **Strategic Action Item III.D**<br><br>Hire a grant manager or agency to manage and execute proposal, grant writing, and grant management in order to maximize grant funding for expansion of infrastructure and business growth | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy III: Attract higher paying industries and alleviate economic disparity in the County** | | | | | | | |
| **Strategic Action Item III.E**<br><br>Implement school career and technology programs that address the needs of local employers and targeted industries | | | | | | | |
| **Strategy IV: Enhance the connectivity of Waller County with public transportation, particularly to and from Houston** | | | | | | | |
| **Strategic Action Item IV.A**<br><br> Place metro bus stops in mutually convenient location(s) in Waller County | | | | | | | |
| **Strategic Action Item IV.B**<br><br>HOV/ Bus lane from Houston to Hempstead | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy IV: Enhance the connectivity of Waller County with public transportation, particularly to and from Houston** | | | | | | | |
| **Strategic Action Item IV.C**<br><br>Explore the possibility and feasibility of commuter rail | | | | | | | |
| **Strategy V: Establish a reputation for high quality education capable of drawing in and retaining a skilled workforce in the County, to the benefit of attracting targeted business to and development in the area** | | | | | | | |
| **Strategic Action Item V.A**<br><br>Develop mentoring programs involving actual employers for particular groups such as mental needs individuals or those in job preparation that are coordinated between school districts | | | | | | | |
| **Strategic Action Item V.B**<br><br>Ensure all school districts throughout Waller County reach exemplary status with businesses, parents, teachers, school boards and the central office all involved in marketing school successes and supporting in school activities | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy V: Establish a reputation for high quality education capable of drawing in and retaining a skilled workforce in the County, to the benefit of attracting targeted business to and development in the area** | | | | | | | |

**Strategic Action Item V.C**

Develop a support system to keep graduating high school students in the community though financial literacy training and PVAMU support and participation in local groups that encourage students to receive higher education locally

**Strategic Action Item V.D**

Develop and promote high paying certification programs, alternative education and vocational training programs, university-level skill building programs, and district- wide cluster skills training

**Strategic Action Item V.E**

Create and advertise new after school programs that will expose students at early age to career and technology education

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy V: Establish a reputation for high quality education capable of drawing in and retaining a skilled workforce in the County, to the benefit of attracting targeted business to and development in the area** | | | | | | | |
| **Strategic Action Item V.F**<br><br>Re-establish the County-wide superintendent collaborative to bring ISDs together and identify common issues and best practices | | | | | | | |
| **Strategic Action Item V.G**<br><br>Develop a community support group that help implement and support plans to enhance education in Waller County | | | | | | | |
| **Strategic Action Item V.H**<br><br>Develop a community support group that can help implement and support plans to enhance education in Waller County | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy VI: Promote County and City collaborations to preserve and enhance the quality of life and infrastructure in Waller County** | | | | | | | |
| **Strategic Action Item VI.A**<br><br>Have County and City administrators & engineers meet regularly and work together in development projects | | | | | | | |
| **Strategic Action Item VI.B**<br><br>Ensure the County lead cities in establishing unified building ordinances and coordinating planning involving parks and water management | | | | | | | |
| **Strategic Action Item VI.C**<br><br>Explore federal and state grant funds that can improve access to broadband in the community | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy VI: Promote County and City collaborations to preserve and enhance the quality of life and infrastructure in Waller County** | | | | | | | |
| **Strategic Action Item VI.D**<br><br>Increase County jail and additional law enforcement office facilities | | | | | | | |
| **Strategic Action Item VI.E**<br><br>Develop a support group to help implement and support plans to improve quality of life in Waller County that involves a variety of individuals representing citizens, businesses, city leaders, schools etc. | | | | | | | |



## Infrastructure & Broadband (Drainage & Flooding)

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I: Create larger budgets for infrastructure** | | | | | | | |
| **Strategy Action Item I.A**<br><br>Implement development communication based on advanced information to help drive planning | | | | | | | |
| **Strategy II: Plan for future county- wide wireless** | | | | | | | |
| **Strategy Action Item II. A**<br><br>Assess the economic feasibility of county- wide wireless | | | | | | | |
| **Strategy Action Item II. B**<br><br>Visit service areas and implement automated systems technology (smart grid) based on user density | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy Action Item III. A** Develop a plan for the electrical system for individual users | | | | | | | |

| **Strategy Action Item III. A**<br><br>Develop a plan for the electrical system for individual users | | | | | | | |
|---|---|---|---|---|---|---|---|

| **Strategy Action Item III.B**<br><br>Visit service areas and implement automated systems technology (smart grid) based on user density | | | | | | | |
|---|---|---|---|---|---|---|---|



## Economic Development/Poverty

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I: Create policies and regulation methods for targeted development** | | | | | | | |
| **Strategy Action Item I.A**<br><br>Review what is in place and create a plan to improve methodology and policies | | | | | | | |
| **Strategy Action Item II. B**<br><br>Seek legislative support to shape county planning capacity for development | | | | | | | |
| **Strategy II: Improve workforce quality and viability** | | | | | | | |
| **Strategy Action Item II. A**<br><br>Implement a strategy to increase average per capita and median household income | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II: Improve workforce quality and viability** | | | | | | | |
| **Strategy Action Item II.B**<br><br>Coordinate with ISDs and community colleges to connect programs with need | | | | | | | |
| **Strategy III: Attract a broader array of desirable amenities** | | | | | | | |
| **Strategy Action Item III. A**<br><br>Assess the economic feasibility of county- wide wireless | | | | | | | |
| **Strategy Action Item III. B**<br><br>Target marketing to providers | | | | | | | |
| **Strategy Action Item III.C**<br><br>Enhance tourism | | | | | | | |

## Housing

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I: Increase residential and business district connectivity and attractiveness to visitors and residents alike.** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item I.A**<br><br>Revitalize existing town centers and ensure connectivity to residential communities. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item I. B**<br><br>Develop community programed activities to engage residents and visitors of all ages. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item I. C**<br><br>Review and update parking plans to maximize allocated space and prepare for growth. | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I: Increase residential and business district connectivity and attractiveness to visitors and residents alike** | | | | | | | |
| **Strategy Action Item I.D**<br><br>Review and improve 36A transportation plan to enhance the connectivity of the region. | | | | | | | |
| **Strategy II:  Obtain and take advantage of resources necessary to promote economic and community development throughout Waller County.** | | | | | | | |
| **Strategy Action Item II. A**<br><br>Hire a grant writer, such as Goodman, to find and obtain monetary support for County development. | | | | | | | |
| **Strategy Action Item II. B**<br><br>Develop uniformity in internet access across the County | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy III: Provide educational resources to attract new residents and retain current residents in the community.** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item III. A**<br><br>Promote the development of a community college within the County. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item III. B**<br><br>Promote and utilize Houston-Galveston Area Council classes. | | | | | | | |




## Public Safety & Crime

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I: Engage in PVAMU College law enforcement internships.** | | | | | | | |
| **Strategy Action Item I.A**<br><br>Develop a college law enforcement internship program that effectively utilizes college interns in assisting local law enforcement. | | | | | | | |
| **Strategy Action Item I. B**<br><br>Allocate space at law enforcement agencies to accommodate interns | | | | | | | |
| **Strategy II: Enhance community relations with law enforcement.** | | | | | | | |
| **Strategy Action Item II. A**<br><br>Highlight agency collaboration in the public's view. | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II: Enhance community relations with law enforcement.** | | | | | | | |
| **Strategy Action Item II.B**<br><br>Improve media relations | | | | | | | |
| **Strategy Action Item II.C**<br><br>Improve collaboration between departmental administrators | | | | | | | |
| **Strategy III: Establish a uniform and organized method to conduct performance ranking (evidence based policing).** | | | | | | | |
| **Strategy Action Item III.A**<br><br>Conduct and analyze public surveys evaluating police performance | | | | | | | |



| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy III: Establish a uniform and organized method to conduct performance ranking (evidence based policing).** | | | | | | | |
| **Strategy Action Item III.C**<br><br>Conduct and analyze employee surveys to evaluate departmental performance | | | | | | | |

## Education

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I:  Establish a collaborative network with other ISDs in Waller County.** | | | | | | | |
| **Strategy Action Item I.A**<br><br>Establish a Waller County ISD Consortium that will allow for appointed parents, educators, and student leaders to unite and brainstorm the best practices to benefit all entities | | | | | | | |
| **Strategy Action Item I.B**<br><br>Establish at least one collaborative family event annually | | | | | | | |
| **Strategy Action Item I.C**<br><br>Establish at least one collaborative professional development event annually in collaboration with Prairie View A&M University and Lone Star College | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II:   Foster a stronger relationship between ISDs and Prairie View A&M University (PVAMU).** | | | | | | | |
| **Strategy Action Item II.A**<br><br>Encourage ISD educators to get involved in campus programming and bring students to campus for tours | | | | | | | |
| **Strategy Action Item II.B**<br><br>Foster opportunities for ISD teachers, superintendents, principals to give talks and lectures as guest speakers on PV's campus and represent their ISDs at campus job fair | | | | | | | |
| **Strategy Action Item II.C**<br><br>Connect with university deans to secure students interested in practicum and working as substitute teachers | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II:   Foster a stronger relationship between ISDs and Prairie View A&M University (PVAMU).** | | | | | | | |
| **Strategy Action Item II.D** Establish a pipeline between the College of Education Teaching/Certification program and the ISDs | | | | | | | |
| **Strategy Action Item II.E** Connect with campus student engagement to connect with campus organizations looking for volunteer hours | | | | | | | |
| **Strategy III: Increase ISD visibility** | | | | | | | |
| **Strategy Action Item III.A** Create opportunities and connect with venues that will allow the ISDs to tell their story | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy III: Increase ISD visibility** | | | | | | | |
| **Strategy Action Item III.B**<br><br>Become stronger advocates by implementing programs to help educators and families understand how to navigate through the local, state, and federal political system | | | | | | | |
| **Strategy Action Item III.C**<br><br>Create unique opportunities to engage legislators in the work that is being done in the ISDs | | | | | | | |



## Transportation

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I:  Review and update County Major Thoroughfare and Freeway Plan (MTFP) and development regulations.** | | | | | | | |
| **Strategy Action Item I.A**<br><br>Analyze the Houston Galveston Area Council sub-regional study, which begins in January 2017 | | | | | | | |
| **Strategy Action Item I.B**<br><br>Consider sensitive areas and agrarian interests when updating the thoroughfare plan | | | | | | | |
| **Strategy Action Item I.C**<br><br>Explore multi-modal opportunities | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I:  Review and update County Major Thoroughfare and Freeway Plan (MTFP) and development regulations.** | | | | | | | |
| **Strategy Action Item I.D** Incorporate development regulation best practices from local and national sources | | | | | | | |
| **Strategy Action Item I.E** Seek horizontal and vertical integration of development regulations throughout the County | | | | | | | |
| **Strategy Action Item I.F** Advocate for changes to state law where appropriate | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II:  Develop county and regional drainage & detention policies.** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item II.A**<br><br>Identify flood-prone areas | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item II.B**<br><br>Explore the creation of additional and county-wide drainage management districts | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item II.C**<br><br>Locate areas that might provide regional detention opportunities | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy IV:  Identify the County's priorities in terms of how it wants to develop.** | | | | | | | |

| **Strategy Action Item IV.B** Identify what is important to the community and its citizens | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |



## Agriculture and Natural Resources

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I:  Preserve the rural nature of Waller County.** | | | | | | | |
| **Strategy Action Item I.A** Utilize incentives to influence development | | | | | | | |
| **Strategy Action Item I.B** Target certain areas for high-density development | | | | | | | |
| **Strategy Action Item I.C** Integrate smart, clean growth strategies into the County's economic development plan | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I:  Preserve the rural nature of Waller County.** | | | | | | | |
| **Strategy Action Item I.D** Engage in discussion on climate change impact | | | | | | | |
| **Strategy II:  Preserve agriculture in Waller County.** | | | | | | | |
| **Strategy Action Item II.A** Establish secure networks to produce agriculture products for urban neighbors | | | | | | | |
| **Strategy Action Item II.B** Develop new models of farming such as micro farms | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II: Preserve agriculture in Waller County.** | | | | | | | |
| **Strategy Action Item II.C**<br><br>Devise a plan to keep agriculture affordable | | | | | | | |
| **Strategy Action Item II.D**<br><br>Offer educational programs on the value of agriculture to the county | | | | | | | |
| **Strategy III: Promote heritage-based economic drivers in Waller County.** | | | | | | | |
| **Strategy Action Item III.A**<br><br>Continue to promote dove and waterfowl hunting. | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy III: Promote heritage-based economic drivers in Waller County.** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item III.B** <br><br> Encourage commercial and industrial development that align with Waller County's cultural and natural heritage. | | | | | | | |

**Strategy III: Aim for targeted development.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item III.A** <br><br> Analyze new types of development to determine which are best suited for Waller County | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item III.B** <br><br> Conduct high-density development in specific areas to boost the tax base | | | | | | | |

## Parks and Open Space

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I: Preserve places with historical, cultural, and natural resource value.** | | | | | | | |
| **Strategy Action Item I.A** Identify areas that should not be developed such as floodplain and flood areas | | | | | | | |
| **Strategy Action Item I.B** Develop partnerships with groups and/or individuals to help set aside land while it is currently available | | | | | | | |
| **Strategy Action Item I.C** Create a plan to discourage development in potential set-aside areas and encourage development in more appropriate areas | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II: Protect the quality and quantity of Waller County's water resources.** | | | | | | | |
| **Strategy Action Item II.A**<br><br>Use flooding mitigation to earn income and protect land | | | | | | | |
| **Strategy Action Item II.B**<br><br>Create a water district | | | | | | | |
| **Strategy III: Acquire county parks.** | | | | | | | |
| **Strategy Action Item III.A**<br><br>Create a county park master plan | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II:  Acquire county parks.** | | | | | | | |
| **Strategy Action Item III.B**<br><br>Explore the feasibility of establishing a part set aside fund to require developers to help fund more city-wide parks | | | | | | | |
| **Strategy Action Item III.C**<br><br>Develop partnerships to aid in developing county parks | | | | | | | |
| **Strategy IV: Create opportunities for bike and pedestrian trails.** | | | | | | | |
| **Strategy Action Item IV.A**<br><br>Make all roads multi-modal | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy IV: Create opportunities for bike and pedestrian trails.** | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item IV.B**<br><br>Develop a bike trail system using existing roads | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item IV.B**<br><br>Explore how to allow bike access across rivers and major roadways | | | | | | | |



## Health and Disease

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy I: Provide a full range of comprehensive preventative, primary and behavioral health services to all county residents.** | | | | | | | |
| **Strategy Action Item I.A**<br><br>Develop a comprehensive health plan which includes a needs assessment for Waller County | | | | | | | |
| **Strategy Action Item I.B**<br><br>Hire a County Health Officer whose duties will include coordinating the activities related to developing the health plan, as well as administrative support as necessary | | | | | | | |
| **Strategy Action Item I.C**<br><br>Establish a long-term stakeholders group to help design and implement the plan | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy II:  Educate local leaders and residents about available services and the importance of taking personal responsibility for their health.** | | | | | | | |
| **Strategy Action Item II.A** Offer relevant workshops for the county government | | | | | | | |
| **Strategy Action Item II.B** Engage stakeholders through community meetings on the topics, including providers, extension service, churches, schools, and hospitals | | | | | | | |
| **Strategy Action Item II.C** Establish a support group that includes stakeholders in planning and disseminating healthcare information | | | | | | | |

| Strategic Action | Lead Agency and Partners | Resources | Timeline | | | | |
|---|---|---|---|---|---|---|---|
| | | | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
| **Strategy III:  Place healthcare providers in all public schools.** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item III.A**<br><br>Educate the entire community - kids, parents, staff and board members - on the benefits of health care in the school system and discuss successful models Waller County ISDs can build on | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Strategy Action Item III.B**<br><br>Secure funding to place health services in public schools | | | | | | | |





**SECTION VII.**

**APPENDICES**

# Appendix A: Planning committees and members

**Prairie View A&M University Administration**

Dr. George Wright, President of Prairie View A&M University

Dr. Corey Bradford, Senior Vice President for Business Affairs

Dr. Felicia Nave, Provost & Senior Vice President for Academic Affairs

**Waller County Strategic Planning Committee**

Jimmy Henry, Committee Chair,

Program Leader for Community & Economic Development, Prairie View A&M University

Dr. Danielle Hairston-Green, Committee Co- Chair, Program Specialist for Family & Consumer Sciences, Prairie View A&M University

Judge Trey Duhon, Waller County

Commissioner Jeron Barnett, Waller County Pct. 3

Vince Yokom, Waller County EDC

Dr. Terrance Finley, Business Affairs, Prairie View A&M University

Dr. Estwick Noel, Cooperative Agricultural Research Center, Prairie View A&M University

Bridget Ross, Director of Small Business Development Center (SBDC), Prairie View A&M University

Lloyd Hebert, Program Specialist for Community & Economic Development, Prairie View A&M University

Dr. William Turner, Cooperative Agricultural Research Center, Prairie View A&M University

Dr. Alton B. Johnson, Former Dean and Director of Land Grant Programs, College of Agriculture and Human Sciences, Prairie View A&M University

Stephan Gage, Houston-Galveston Area Council (H-GAC)

Dr. John Cooper, Texas Target Communities (TCC)

Jaimie Masterson, Texas Target Communities (TCC)

Ronald McDonald, Texas Rural Leadership Program (TRLP)

Lisa Mutchler, Texas A&M Engineering Extension Service (TEEX)

SueAnn Palmore, Texas A&M Engineering Extension Service (TEEX)

Mary Anne Piacentini, Katy Prairie Conservancy

Jennifer Powis, Katy Drainage District

Carol Courville, San Bernard Electric Cooperative, Inc. (SBEC)

Dr. Sam Arungwa, Communities That Care (CTC)

Judith Daniels, City of Prairie View EDC and Empty Eye Construction & Property Management, Inc.



# Appendix B: Kick-off, precinct, focus group participants

**Waller County Precinct Participants**

Brandt Mannchen
Wayne LeBlanc
Debra Ferris
Larry Cates
Debbie Cates
Linda Durham
Steve Chalfant
Christen Hatfield
Reed Vestel
Jennifer Stephen
Shirley Thompson
Paris Kinkaid
John Isom
Rosa Patlan Harris
Dr. L.H. Lockett
Stacy Ayers
Jen Powis
Commissioner John Amsler
Tamara Fraley
Steven Fraley
Connie Amsler
Francis J. Rudzen
Wanda White
Dana Nelson
Kent Fleshner
Harvey Laas
Robert MacCallum
Emma MacCallum
Brian Waggoner

**Waller County Precinct Participants**

Eileen Birney
Kelly Sorge
Mack Reynolds
Daniel W. Banks
Laura Jauregui
Don Phillips
Butch Crawford
Sidney Phillips
Stacey Chandler
Janet Fisher
Dr. Estwick Noel
Pat Bruegger
Tracy Sebesta
Mary Ann Drawl
Pandy Hardeway
Cynthia Davis
L.M. Marcus
Kevin Moran
Russell Klecker
Audrey Luther
David Luther
Cindy Jones
 Steve Lee
Sam Arungwa
Priscilla Johnson
Rhonda Jordan
Gary Henson
David Tinney
Arthur W. West Johnson

**Waller County Precinct Participants**

Kimen Wheeler
Doug Wheeler
Robb Bashaw
Alison Tyler
Kathy Sprecher
David Sprecher
Mayor Danny Marburger
Kirby
Bill Goluby
Wesley Newman
Eunice Carroll
Carrie Gourly
Dennis Shirley
Nancy Arnold
Mayor David Allen
Louise Doman
James Larry
David Benzion
Myeshia Roach
Samara T. Greggs
Glenn A. Hegar
Patti Payne
Doug Jordan
Ruth Lohmer
Ted Krenek
Kent Fleshner
 Linda C. Langlitz
Catalena Langlitz
Marilyn Vaughn

**Waller County Precinct Participants**

Pat Craft
Jason Rusch
Mayor Joe Garcia
Raymond Dollins
Dana Nelson
Houston Butcher
Mary Martin
Marian Balke
Ben Lohmer
Sandy West
Stan Kitzman
Gabriela Pareh
Kim C. Branch
Bridget Ross
Kathy McPherson
Wallace Everitt
Pat Keeling
Irene Mattox
Connie Turner
Nathaniel Richardson
Christian Godwin
Lillie Diley
 Roland Stasny
Cindy Stasny
Travis Sellers
Commissioner Jeron
Denise Mattox
Rosie Powell
David Benzion

# Appendix B: Kick-off, precinct, focus group participants

**Focus Group Participants**

**Agriculture and Natural Resources**

Dr. Estwick Noel, Prairie View A&M University

Mary Ann Piacentini, Katy Prairie Conservancy

Raymond Dollins, Brookshire-Katy Drainage District

Trey Bethke, Natural Resources Conservation Service

Matt Brazil, Civil Engineers, Jones & Carter (with Kalkomey)

Jeff Cemi, Texas State Soil and Water Conservation

Stephanie Damron, Texas Parks and Wildlife

Dr. Nelson Daniels, Prairie View A & M University Cooperative Extension Service

David DiIorio, DiIorio Farms

Larry Jones, Navasota Soil and Water Conservation District

Charles Kalkomey, Brookshire-Katy Drainage District

Brian Koch, Texas State Soil and Water Conservation

Harvey Lass, Navasota Soil and Water Conservation District

Glenn Laird, Harris County Flood Control District

Wesley Newman, Katy Prairie Conservancy

Tom Paben, Waller County Farm Bureau

**Focus Group Participants**

**Agriculture and Natural Resources**

Sam Reese, Katy Prairie Conservancy/Warren Ranch

Diane Russell, Coastal Prairie Chapter Master Naturalists

Yancy Scott, Waller County Engineer

Stacie Villareal, Texas AgriLife - County Extension Agent

Vince Yokum, Waller County EDC

**Focus Group Participants**

**Education**

Dr. Danielle Hairston-Green, Prairie View A&M University

Dr. Terrance Finley, Prairie View A&M University

Carol Bates, Waller ISD-Jones Elementary School Principal

Ryan Steele, Royal ISD Deputy Superintendent

Keri Houston, Royal ISD Educator

Susie Hopkins, Royal ISD Early Childhood Center Principal

Mandy Burks, Hempstead Elementary School Assistant Principal

**Economic Development and Poverty**

Vince Yokom, Waller County Economic Development

Carol Courville San Bernard Electric Cooperative, Inc. (SBEC)

**Economic Development and Poverty**

John Spiess, San Bernard Electric Cooperative, Inc. (SBEC)

Chuck Norrell, KDW (Commercial Developers)

David Tinney, LJA Engineering

Anthony Francis, LJA Engineering

Greg Turner, Turner Duran Architects

**Focus Group Participants**

**Health and Disease**

Harvey Laas, AccessHealth

Dr. Sam Arungwa, Communities That Care (CTC)

Bobbie Wilson, United Way

Carol Edwards, CEO of Access Health

Eric Todd, CEO of Health Point accompanied by his Assistant

Kilian William, DSHS Regional Office, Houston, TX

Rachel Kubala, RN, DSHS Bellville Clinic

**Focus Group Participants**

**Housing**

Christopher Cotton, Prairie View A&M University

Judith Daniels, City of Prairie View EDC and Empty Eye Construction & Property Management, Inc.

Chris Romani, Texas Precast Inc.

# Appendix B: Kick-off, precinct, focus group participants

**Focus Group Participants**

**Housing**

Ronald Leverett, Prairie View EDC

Tom Condon, Collier International

**Focus Group Participants**

**Infrastructure and Broadband**

Vince Yokom, Waller County Economic Development

Carol Courville, San Bernard Electric Cooperative, Inc. (SBEC)

John Spiess, San Bernard Electric Cooperative, Inc. (SBEC)

Joe Olivares, San Bernard Electric Cooperative, Inc. (SBEC)

Gary Guthman, San Bernard Electric Cooperative, Inc. (SBEC)

Chuck Norrell, KDW (Commercial Developers)

**Focus Group Participants**

**Parks and Open Space**

Mary Ann Piacentini, Katy Prairie Conservancy

Stephan Gage, Houston-Galveston Area Council (H-GAC)

Dr. Estwick Noel, Prairie View A&M University

Matt Baumgarten, SWA Group

Augustus Campbell, West Houston Association

Dewayne Davis, Waller County Deputy Engineer

Tom Douglas, Sierra Club

Diana Foss, Texas Parks and Recreation Department

**Focus Group Participants**

**Parks and Open Space**

John Isom, City of Waller EDC

Deborah January-Bevers, Houston Wilderness

Brandt Mannchen, Sierra Club

Clark Martinson, Energy Corridor

Yancy Scott, Waller County Engineer

Juan Serna, Brown & Gay/Gilbert Associates

Dick Smith, Cypress Creek Greenway Project

**Focus Group Participants**

**Public Safety and Crime**

Mayor David Allen, City of Prairie View

Chief Anthony Solomon, City of Prairie View

Sheriff R. Glenn Smith, Waller County Sheriff's Office

Chief Deputy Craig Davis, Waller County Sheriff's Office

Chief Deputy Brian Cantrell, Waller County Sheriff's Office

Captain Joe Hester, Waller County Sheriff's Office

Sergeant Darren Vacek, Texas Department of Public Safety

Corporal Victor Gails, Texas Department of Public Safety

Steve Underhill, Waller Independent School District

Chief Michael Williams, Waller Police Department

**Focus Group Participants**

**Public Safety and Crime**

Sergeant Michael Henderson, Waller Police Department

Chief Laketra Douglas, Hempstead ISD Police Department

Dr. Sam Arungwa, Communities that Care (CTC)

**Focus Group Participants**

**Transportation and County Planners**

Stephan Gage, Houston-Galveston Area Council (H-GAC)

Mary Ann Piacentini, Katy Prairie Conservancy

Dr. Estwick Noel, Prairie View A&M University

Augustus Campbell, West Houston Association

Judith Daniels, City of Prairie View EDC and Empty Eye Construction & Property Management, Inc.

Dewayne Davis, Waller County Deputy Engineer

Marie Herndon, Prairie View City Council

John Isom, City of Waller EDC

Grady Mapes, Transportation

Clark Martinson, Energy Corridor

Fred Mathis, Harris County

Amar Mohite, City of Houston

Gene Schmidt, City of Waller

# Appendix B: Kick-off, precinct, focus group participants

**Focus Group Participants**

**Transportation and County Planners**

Yancy Scott, Waller County Engineer
Seab A. Smith, CERT Member, Prairie View, TX

**Focus Group Participants**

**Municipalities Focus Groups**

**City of Brookshire**

Nathaniel Richardson, City of Brookshire EDC

Jimmy Henry, Prairie View A&M University
SueAnn Palmore, Texas A&M Engineering Extension Service (TEEX)

**City of Hempstead**

Mayor Michael S. Wolfe, City of Hempstead

Malcolm Brown, City of Hempstead EDC
Jimmy Henry, Prairie View A&M University

**City of Katy**

Dr. Danielle Hairston-Green, Prairie View A&M University

Byron Hebert, City of Katy Administrator

Anas Garfoui, Planning Technician

Lloyd Hebert, Prairie View A&M University

Jimmy Henry, Prairie View A&M University

**Focus Group Participants**

**Municipalities Focus Groups**

**City of Katy**

Lisa Mutchler, Texas A&M Engineering Extension Service (TEEX)

SueAnn Palmore, Texas A&M Engineering Extension Service (TEEX)

**City of Pattison**

Mayor Joe Garcia, City of Pattison

Jimmy Henry, Prairie View A&M University

Dr. Danielle Hairston-Green, Prairie View A&M University

**City of Pine Island**

Debra "Debi" Ferris, Former Mayor, City of Pine Island

Commissioner Steve Nagen, City of Pine Island

Jimmy Henry, Prairie View A&M University

SueAnn Palmore, Texas A&M Engineering Extension Service (TEEX)

**City of Waller**

Mayor Danny Marburger, City of Waller

Dr. Edna Eaton, City of Waller

Sydney Johnson, City of Waller Mayor Pro Team

Cynthia Ward, City of Waller Secretary

Gene Smith, City of Waller. Extension Service (TEEX)

**Focus Group Participants**

**Municipalities Focus Groups**

**City of Waller**

Lloyd Hebert, Prairie View A&M University

Jimmy Henry, Prairie View A&M University

SueAnn Palmore, Texas A&M Engineering

**City of Prairie View**

Mayor David Allen, City of Prairie View

Kim Washington-Garrett, Former Prairie View City Council

Marie Herndon, Prairie View City Council

Judith Daniels, City of Prairie View EDC and Empty Eye Construction & Property Management, Inc.

Dr. Lushia White, (no affiliation listed)

Lloyd Hebert, Prairie View A&M University

Jimmy Henry, Prairie View A&M University

Lisa Mutchler, Texas A&M Engineering Extension Service (TEEX)

SueAnn Palmore, Texas A&M Engineering Extension Service (TEEX)

# Appendix B: Kick-off, precinct, focus group participants

**Waller County Strategic Planning Breakfast Kick-off Attendees**

Commissioner John Amsler, Waller County Pct. 1

Nancy Arnold, Waller City Council

Commissioner Jeron Barnett, Waller County Pct. 3

Commissioner Justin Beckendorff, Waller County Pct. 4

Representative Cecil Bell, State of Texas

Mike Boehnke, Waller County Auditor

Dr. Corey Bradford, Prairie View A&M University

Chuck Brawner, City of Katy

Sylvia Cedillo, Waller County

Dr. John Cooper, Texas Target Communities (TTC)

Carol Courville, San Benard Electric Cooperative, Inc. (SBEC)

Judge Trey Duhon, Waller County

Truman Edminster, EHRA

Debi Ferris, Former Mayor, City of Pine Island

Dr. Terence Finley, Prairie View A&M University

Anthony Francis, LJA Engineering

Anas Garfaoui, City of Katy

Sandra Gonzalez, Small Business Development Center (SBDC), Prairie A&M University

John Grounds, LJA Engineering

Dr. Danielle Hairston-Green, Prairie View A&M University

**Waller County Strategic Planning Breakfast Kick-off Attendees**

Bryon Hebert, City of Katy Administrator

Jimmy Henry, Prairie View A&M University

Gray Henson, Jr., EHRA

Mayor Fabol Hughes, City of Katy

John Isom, City of Waller EDC

Frank Jackson, Former Mayor, City of Prairie View

Darryl Johnson, Waller County

Sidney Johnson, City of Waller Mayor Pro Team

Dr. Alton Johnson, Former Dean and Director of Land Grant Programs, College of Agriculture and Human Sciences, Prairie View A&M University

Gray Jones, Katy City Council

Commissioner Russell Klecka, Waller County Pct. 2

Senator Lois Kolkhorst, State of Texas

Harvey Laas, AccessHealth

Mayor Danny Marburger, City of Waller

Elton Mathis, Waller County District Attorney

Dr. Denise Mattox, Waller County

Bill Mathews, Former Mayor, City of Pattison

Ronald McDonald, Texas Rural Leadership Program (TRLP)

Dr. Michael McFrazier, Prairie View A&M University

**Waller County Strategic Planning Breakfast Kick-off Attendees**

Dr. Felicia Nave, Prairie View A&M University

Dr. James Palmer, Prairie View A&M University

Andy Perry, Houston, Executive Airport

Mary Ann Piacentini, Katy Prairie Conservancy

Jennifer Powis, Katy Drainage District

Dr. Michael Prince, Prairie View A&M University

Kayce Renia, Prairie View A&M University

Orval Rhoades, Waller County Engineer

JL Rose, Brookshire Katy Drainage District

Jim Russ, EHRA

Joan Sargent, Waller County Treasurer

Yancy Scott, Waller County Engineer

Reginal Smith, LJA Engineering

Sheriff Glenn Smith, Waller County

Jack Steele, Houston-Galveston Area Council

David Tinney, LJA Engineering

Fred Washington, Prairie View A&M University

Jarell Williams, Prairie View A&M University

Dr. Carolyn Williams, Prairie View A&M University

# Appendix B: Kick-off, precinct, focus group participants

**Waller County Strategic Planning Breakfast Kick-off Attendees**

Reginal Smith, LJA Engineering

Sheriff Glenn Smith, Waller County

Jack Steele, Houston-Galveston Area Council

David Tinney, LJA Engineering

Fred Washington, Prairie View A&M University

Jarell Williams, Prairie View A&M University

Mayor Michael Wolfe, City of Hempstead

Dr. George Wright, Prairie View A&M University

Vince Yokom, Waller County EDC

Allen Younts, Waller County Auditor

Dr. Noel Estwick, Prairie View A&M University

Bianca, Prairie View A&M University

Kendra, Prairie View A&M University

Courtney, Prairie View A&M University

Mark Klein, Katy Prairie Conservancy

Wesley Newman, Katy Prairie Conservancy

Dr. Edna Eaton, City of Waller



# Appendix C: Organizations contacted, reports and Plans reviewed

**ORGANIZATIONS PROVIDING RESEARCH**

Prairie View A&M University

Houston-Galveston Area Council

Texas Target Communities

Texas A&M Engineering Extension Service

Center for Regional Development, Purdue University





**STRATEGIC PLANS**

Burnet county Strategic Plan

Hays County Strategic Plan

Ventura County Strategic Plan

Eau Claire County Strategic Plan

Marathon County Strategic Plan 2012-2017

Brunswick Tomorrow Final

Chatham County Economic Development Strategic Plan

Dallas County Strategic Plan 2007-2017

Marathon County Strategic Plan 2012-2017

New Hannover County Strategic Plan 2011-2016

Pages from Peoria County Strategic Plan 2011

Pages from Prince George Economic Strategy Plan

Pages from St Louis EDP Working Strategic Plan 2014

Washoe County 2016-2018 strategic plan

Williamson County Strategic Plan 2010-2014

Peoria County Strategic Plan 2011

Prince George Economic Strategy Plan

Southern Tier Strategic Plan

Southern Tier Strategic Plan_Page_001.jpg

St Louis EDP-Working-Strategic-Plan-2014.pdf

St Louis Future-of-EcoDev-in-STL.pdf

Strategic Plan Report to Cumberland County 2014

Chatham County Economic Development Strategic Plan

# Appendix D: Survey questions and results

When nonresidents who were employed in Waller County were asked about their location of residence more than 6% indicated Harris County. 93 participants skipped this question.



# Appendix D: Survey questions and results

When participants were asked about their total household income more than 60% indicated that their income was above $70k annually. 19 participants skipped this question.



# Appendix D: Survey questions and results

When participants were asked to rank their county priorities in order of importance Crime was identified as the number one concern followed by Water, Education, and Drainage and flooding. The top 9 priority areas are what was used to guide the development of the Special Interest Group focus group meetings (SIG).



# Appendix D: Survey questions and results

When the participants were asked about the strength of Waller County 19% indicated that the rural area was a strength equally followed by the community. 74 participants skipped this question.

When the participants were asked about the weaknesses of Waller County 12% indicated the county and 10% indicated the Roads. 80 participants skipped this question.

When the participants were asked about the opportunities that Waller County has 31% indicated Growth while 18% indicated Business opportunities. 98 participants skipped this question.



# Appendix E: Project affecting the County

## City of Katy

1. Drainage – lost 109 homes, 25 businesses from Cypress Creek flooding this year. Contracted with Castillo Engineering to conduct a Hydro Study. Once completed, plans need to be made to address retention ponds which could also be part of parks.
2. Cane Island development off I-10, building capacity with infrastructure and housing development
3. Boardwalk – 89 acre nature and water preserve with retail, eateries, hotel and conference center, patio homes, villas, walkable

## City of Pine Island

1. Possible ice cream manufacturer and candy wrapping facility to be built
2. Possible project to build a multi-use pavilion and conference center near the fairgrounds

## City of Waller

1. Received grant to revitalize City downtown - streets, sidewalks, walkability, etc.
2. Renovating community center, park development, parking lot & playground.
3. City of Waller mobility study underway - sidewalks, drainage, parking, roads, etc.

4. Possibility of new City Hall and City plaza – current city hall building is old.
5. Bond issue for infrastructure.

## City of Brookshire

1. Plans underway to develop a strategic plan for the city
2. Hotel construction
3. Subdivision being planned in community – 300 home subdivision
4. Plans to build a new fire station to replace the old station

## City of Hempstead

1. Potential housing development can make a significant impact on the County

## Economic Development Focus Group

1. Ongoing commercial development along I-10

## Housing Focus Group

1. Commuter Train
2. High speed rail
3. Land fill
4. 36A
5. 290 Expansion
6. Daikin acquiring housing for Employee
7. Projects affecting the County

## Infrastructural Focus Group

1. Large residential developments along FM 1488 and around Katy

# Appendix E: Project affecting the County

## Health & Diseases Focus Group

1. AHEC East and smoke free Hempstead in restaurants and smoking cessation programs.
2. AccessHealth New Access Point and New Services
3. Clean up and recovery from the floods
4. Prairie View projects and revamping the campus
5. TAMU cancer grants and work in the community- cancer screenings
6. The proposed landfill and long term effects.
7. Communities that Care
8. Community Centered Heath Home
9. Progressive Farmers' Safety Day – injury prevention for children
10. County Child Fatality Review Team



## Park and Open Space Focus Group

1. Various highway and major thorough fare projects, drainage infrastructure, and residential and commercial development.

## Public Safety and Crime Focus Group

1. Implementation of High-Speed Rail
2. Development of three new apartment complexes in the City of Waller
3. Estimated population growth in the next 10 years
4. Several new businesses moving to Waller County

## Transportation Focus Group

1. H-GAC sub-regional study; beginning in January 2017
2. I-10 Expansion from Brookshire, TX to Sealy, TX; Beginning in January 2017
3. TxDOT Hwy 36A Feasibility Study





Texas A&M Engineering

EXTENSION SERVICE

P.O. Box 40006
College Station, TX 77842-4006
877.833.9638
teex.org



KNOWLEDGE
Engineering



BUSINESS
Solutions



ECONOMIC
Development



WORKFORCE
Solutions



SOFTWARE
Solutions



CYBERSECURITY



K17.9543.07