**PLAINTIFF'S EXHIBIT 59**

# PRAIRIE VIEW A&M UNIVERSITY 1876

## Week at a Glance

P21698511 Damon R. Johnson
Aug 28, 2018 01:32 pm

The following is your class schedule by day and time. Classes that do not have scheduled meeting times are listed at the bottom of the page. Click on hyperlinked courses for more detail.

Go to (MM/DD/YYYY): [ ] Submit

Previous Week — **Week of Aug 27, 2018** (33 of 48) — Next Week

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|
| 9am | CHEM 1033-P02 10012 Class 9:00 am-9:50 am 0790 A101 | | CHEM 1033-P02 10012 Class 9:00 am-9:50 am 0790 A101 | | CHEM 1033-P02 10012 Class 9:00 am-9:50 am 0790 A101 | | |
| 10am | | | | | | | |
| 11am | ENGL 1123-P30 11278 Class 11:00 am-11:50 am 0789 363 | | ENGL 1123-P30 11278 Class 11:00 am-11:50 am 0789 363 | | ENGL 1123-P30 11278 Class 11:00 am-11:50 am 0789 363 | | |
| 12pm | | | | | | | |
| 1pm | COMM 1003-P25 11788 Class 1:00 pm-1:50 pm 0689 2B215 | | COMM 1003-P25 11788 Class 1:00 pm-1:50 pm 0689 2B215 | | COMM 1003-P25 11788 Class 1:00 pm-1:50 pm 0689 2B215 | | |
| 2pm | | CHEG 1011-P01 10784 Class 2:00 pm-2:50 pm 0504 109 | | | | | |
| 3pm | MATH 2024-P01 10099 Class 3:30 pm-5:20 pm 0508 309 | CHEG 1021-P01 10786 Class 3:00 pm-4:50 pm 0504 109 | | MATH 2024-P01 10099 Class 3:30 pm-5:20 pm 0508 309 | GNEG 2021-P03 10304 Class 3:00 pm-5:50 pm 0743 224 | | |
| 4pm | | | | | | | |
| 5pm | | | | | | | |

RELEASE: 8.7.1

1 of 2

PLS000004