
 **Mon Dec 10, 2018** 

**10:00 AM**

CRJS 2513-P02 - Corrections: Systems and Practices
Juvenile Justice Building, Room 235
10:00 AM - 10:50 AM

**11:00 AM**

CRJS 2413-P01 - Police Systems and Practices
Juvenile Justice Building, Room 235
11:00 AM - 11:50 AM

**12:00 PM**

MATH 1103-P05 - Contemporary College Algebra (Developmental Only)
W R Banks, Room 240
12:00 PM - 12:50 PM

**1:00 PM**

HIST 1313-P04 - U.S. to 1876
Woolfolk Soc & Pol Sci Bldg, Room 207
1:00 PM - 1:50 PM

**2:00 PM**


Daily View


Full Schedule

 **Courses (Logon Required)**

 Tue Dec 11, 2018 

**11:00 AM**

MATH 0321-P05 - Comprehensive Math Skills for Contemporary Algebra
Hobart Thomas Taylor Sr Hall, Room 1A110
11:00 AM - 11:50 AM

**12:00 PM**

ENGL 1123-P36 - Freshman Composition I
Hilliard Hall - Comm Bldg, Room 126
12:30 PM - 1:50 PM

**1:00 PM**

**2:00 PM**

**3:00 PM**

 Daily View

 Full Schedule

PLS000328