

# The Panther Party

## 20 Members

Primary Contact: Nia Scott

PLS000318