

# THE PANTHER PARTY
## *Meeting Minutes*
October 17, 2018

I. **Call to order**

Joshua Muhammad called to order the regular meeting of The Panther Party at 5:09 PM on October 17, 2018 at New Business/Agriculture Building Room 216.

II. **Roll call -** See sign-in sheet.

III. **Approval of minutes from last meeting -** There were no minutes from last meeting.

IV. **Reports**

    a. Presidents – No Report.

    b. Treasurer's Report

        i. PayPal Account Balance: $114.29

        ii. Complete Financial Report for "Registration in Session"

        iii. Considering waiving dues for Fall semester

    c. Community Development (Kirsten Budwine, Chair)

        i. Picking Up the Pieces (PUTP) went Rosewood previous Friday.

        ii. Partnering with Abundance of Hands for community service

        iii. CDC is partnering with city to develop community watch program on the foundation of PUTP

            1. Met with community member, Christina Zavala, who has already started a community watch program to learn from her model

PLAINTIFF'S EXHIBIT 64

PLS000338

iv. No PUTP this Friday. TPP Members have been invited to participate Judge Jackson's campaign push

v. Searching for more committee members and co-chair

d. Economic Development Report (Nia Scott, Chair)

i. EDC Goal for the Year: Business Director

1. There are other entities who have already started a directory

ii. EDC Chair proposed meeting for November 13 for entities already engaged in entrepreneurship and innovation to discuss collaboration

iii. Freshman UC Petition – William Lamptey

1. Had freshman sign petition at "Registration in Session"

2. 101 signatures

3. Proposing meeting to form a committee of freshman entrepreneurs before taking it university administration

iv. EDC Chair wants to engage with respective administrators to make changes to on-campus leases to fix oppressive elements

v. Searching for more committee members and co-chair

e. Political Engagement (Joshua Muhammad)

i. Went to Commissioners Court to push to add additional polling locations on campus for first week of early voting. Commissioners Court voted not to add additional polling locations.

1. Attending a meeting with coalition of PV community members to address issue

a. Discussed press release, legal action, and Pull Up to the Polls to transport students to voting locations for the first week of early voting (Oct. 22-24)

f. Registration in Session Debrief

PLS000339

i. Overall successful event. Registered a lot of freshman who also had fun at event with food and music.
              ii. Area for improvement is better planning ahead of time because event started an hour late.
       g. Voters Only Affair: 90s vs 00s
              i. Met with Highlife. Should have a flyer no later than Monday
              ii. Need helps getting businesses
              iii. Locations: New Gym or MSC
              iv. Event was entered into Pawlink

V. **Unfinished business**

   a. Committee Selection

VI. **New Business**

   a. New Meeting Format - Joshua Muhammad moved to adopt new meeting format that will consist of the first part of the meeting being a general body meeting, and the second part of the meeting will allow committees to meet among themselves. Motion was seconded and approved by a majority vote.

   b. Removal of Members from TPP GroupMe – There were disagreements between members of E-Board for student organization and BOD of TPP the supervising non-profit corporation. Issues are still being resolved and there will be an update at the next TPP meeting.

VII. **Announcements**

VIII. **Adjournment**

Meeting Adjourned at 5:10pm. Next Meeting: Wednesday, October 31 at 5:50 PM.

PLS000340