PLAINTIFF'S EXHIBIT 66

*Student Information*
**Current Program**
Bachelor of Arts
| | |
|---|---|
| **Level:** | Undergraduate |
| **Program:** | BA in Political Science |
| **Admit Term:** | Fall 2017 |
| **Admit Type:** | First Time Freshman |
| **Catalog Term:** | Fall 2017 |
| **College:** | Arts & Sciences |
| **Campus:** | Main Campus |
| **Major and Department:** | Political Science, SOWK Behavioral & POSC (Div) |
| **Minor:** | Legal Studies |
| **Academic Standing:** | |

*Undergraduate Course work*

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 12436 | CHIN | 1013 | PH1 | Elementary Chinese I | Main Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 10651 | HCOL | 1213 | PH1 | Honors Colloquium II | Main Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 10569 | POSC | 2133 | P01 | Introduction to Political Science | Main Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 12016 | POSC | 2413 | P01 | Scope and Methods in Political Science | Main Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 12019 | POSC | 3123 | P01 | Modern Political Theory | Main Campus | A | 3.000 | 3.000 | 3.000 | 12.00 |
| 12583 | POSC | 4156 | P02 | Internship in Political Science | Main Campus | B | 6.000 | 6.000 | 6.000 | 18.00 |

PLS000148