PLAINTIFF'S EXHIBIT 67

RESOLUTION NO. R2019-0812-001

A RESOLUTION OF THE CITY OF PRAIRIE VIEW, TEXAS, SUPPORTING THE REALIGNING OF POSTAL ZIP CODE BOUNDARIES TO INCLUDE ALL OF THE CITY OF PRAIRIE VIEW, TEXAS, UNDER ONE ZIP CODE.

WHEREAS, the City of Prairie View's incorporated city limits are included in three different ZIP code boundaries being: 77484, 77445, and 77446; and

WHEREAS, the portions of the City which fall within the 77484 or 77445 ZIP Code boundaries are inaccurately represented as being located in Waller or Hempstead and are served by rural delivery which is routed through relatively distant Post Offices; and

WHEREAS, new voters, especially PVAMU students are affected in their fundamental right to vote through confusion of polling precincts delineated by ZIP code; and

WHEREAS, Management Instruction PO-439-2016-1 requires a "careful, thorough, and balanced evaluation" in relation to ZIP code boundaries; and

WHEREAS, the City Council of the City of Prairie View, Texas believes that a careful, thorough and balanced evaluation should take full account of "the unique situations" in Prairie View, including the shameful history of discrimination against Prairie View residents by county, state, and federal officials, the aggravating influence of Waller County's Rural Addressing System, and the reality that the present ZIP Code boundaries, in effect, perpetuate a similar form of discriminatory harm to Black voters in Prairie View, particularly during election seasons; and,

WHEREAS, the City Council of the City of Prairie View, Texas believes that change to a uniform ZIP code would be in the best interests of the citizens of Prairie View.

NOW THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF PRAIRIE VIEW, TEXAS:

1. That all of the above recitals are true and correct;

2. That the City Council of the City of Prairie View, Texas, hereby endorses the August 6, 2019 letter from the NAACP to District Manager David Camp requesting a uniform ZIP code for the City of Prairie View, Texas.

PASSED AND APPROVED this 26 day of August, 2019.

_____
Mayor, City of Prairie View, Texas

ATTEST:

_____
City Secretary, City of Prairie View, Texas

APPROVED AS TO FORM:

_____
Sarah Griffin, Assistant City Attorney
Denton Navarro Rocha Bernal & Zech, PC