PLAINTIFF'S EXHIBIT 69

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 3/19/2015 9:37:22 AM -0600 |
| **To:** | wallerinfo@wallertexas.com; wallertimes@sbcglobal.net; Carrie <alcarrie@sbcglobal.net>; patricia chernosky <hotlinepress@sbcglobal.net> |
| **Subject:** | esd 200 election |

Dear friends,

I just spoke with the law firm representing the Waller-Harris Emergency Services District #200 for their upcoming tax election to be held on May 9, 2015.

We are discussing a couple of concerns I have and how best to serve the voters by providing good information early and getting voter input.

My concerns are as follows:

This election is going to cut out the residents of the following cities: Brookshire, Hempstead, Prairie View, Waller, and Katy. This could result in massive voter confusion because the residents of all these cities except Katy are used to voting on the elections for this ESD district and they are not going to understand why they are now being cut out of the voting.

The locations of the early voting and election day voting, though geographically sensible, may not be acceptable to some of our residents. For example, people living around Brookshire will have to go to Pattison to vote, many people living in the Prairie View area will end up driving to Hempstead or Field Store JP 2 office to vote, and they are not used to having this type of polling place arrangement.

I have expressed my opinion to the law firm of Coveler and Katz that we need to have informational town meetings on this topic and it needs to be provided to the newspapers of the area early so citizens will have an opportunity to digest the information and, if they want, provide input as to any opposition.

I'm wanting to help pull this together on behalf of our citizens, even though it's not a county election.

Please send me any of your ideas on how we can best serve the people on this matter.

DEFENDANTS001157

Dan Teed

Waller County Elections Administrator

DEFENDANTS001158