| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 12/17/2015 11:52:21 AM -0700 |
| **To:** | Trey Duhon <t.duhon@wallercounty.us> |
| **CC:** | Elizabeth Dorsey <e.dorsey@wallercounty.us> |
| **Subject:** | early voting hours |

Judge Duhon,

Upon the emailed request of the Democratic Party from the Democratic Party Chair, I have submitted an agenda ítem for court to reconsider the early voting locations and hours.

If you approve the item for placement on the agenda, I plan to submit the same hours and locations as before because I believe the best serve all of our voters and are still economically reasonable.

The Republican Party Chairman has already said he plans to oppose my locations and hours, possibly going as far as requesting that it come before the court yet again at the next meeting.

My recommendation as to the locations and hours remains the same, and while I am open to changes, I do not believe that reducing the polling places to 2 serves the people in the northeast portion of the County sufficiently.

Sincerely,

Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001418