PLAINTIFF'S
EXHIBIT

**72**

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 12/22/2015 4:45:12 PM -0700 |
| **To:** | Trey Duhon <t.duhon@wallercounty.us>; Elton Mathis <e.mathis@wallercounty.us> |
| **Subject:** | proposed early voting hours |
| **Attachments:** | 03 01 2016 primary voting locations and hours.docx |

The attached proposed early voting locations are exactly the same as in 2014 primary and election day.  There are 2 differences from the original proposal from last week:

Prairie View:  The Episcopal Church instead of City Hall.  (It's closer to campus)

Field Store:  The County Building instead of the Community Center.



Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001426

# Proposed Waller County Early Voting Locations and Hours[1]
*(Sitios y horarios de votación anticipada Del Condado de Waller)*
March 1, 2016 Primaries *(Primarias, 01 de Marzo, 2016)*

**Election Day, voters must vote in their precinct where registered to vote.**
*(El Día de Elección, los votantes deberán votar en su precinto donde están inscritos para votar.)*

| Location of Election Day Polling Places *(Ubicación de las casillas electorales el Día de Elección)* |
|---|
| Pct (*Precinto*) 101: St. Bartholomew's Episcopal Church, 811 14th St., Hempstead |
| Pct (*Precinto*) 102: Waller County Annex, 775 Bus. 290 East, Hempstead |
| Pct (*Precinto*) 103: Hempstead High School Library, 801 Donoho St., Hempstead |
| Pct (*Precinto*) 104: Waller County Fairgrounds, 21988 FM 359, Hempstead |
| Pct (*Precinto*) 105: Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead |
| Pct (*Precinto*) 206: Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX |
| Pct (*Precinto*) 207: Turlington Elementary, 23400 Hegar Rd., Hockley |
| Pct (*Precinto*) 208: Waller ISD Admin Bldg., 2214 Waller St., Waller |
| Pct (*Precinto*) 309: Willie A Tempton, Sr., Memorial Student Center, Prairie View A & M University |
| Pct (*Precinto*) 310: Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View |
| Pct (*Precinto*) 311: Monaville County Building JP3, 12620 FM 1887, Hempstead |
| Pct (*Precinto*) 312: Monaville Fire Department, 13631 Cochran Rd., Waller |
| Pct (*Precinto*) 313: Adam's Flat Building, 36249 FM 529, Brookshire |
| Pct (*Precinto*) 414: Mt. Zion Methodist Church, 4998 Mt. Zion Road, Brookshire |
| Pct (*Precinto*) 415: Pattison VFW, 2950 FM 359 North, Pattison |
| Pct (*Precinto*) 416: Brookshire Convention Center, 4027 5th St., Brookshire TX |
| Pct (*Precinto*) 417: Waller Co. Library, 3815 6th St., Brookshire |
| Pct (*Precinto*) 418:  Igloo 777 Igloo Rd., Katy |
| Pct (*Precinto*) 419/420: Katy VFW Hall, 6202 George Bush Drive, Katy |

**For early voting, a voter may vote at any of the locations listed below:**
*(Para Votación Adelantada, los votantes podrán votar en cualquiera de las ubicaciones nombradas abajo.)*

| MAIN EARLY VOTING POLLING PLACE *(Locación principal de votación adelantada)* <br><br> **Waller County Courthouse** (*Corte del Condado de Waller*), **836 Austin St., Hempstead TX,** | **Days and Hours of Operation** *(Días y Horas de Operación)* <br><br> **Tuesday–Friday** *(Martes-Viernes)* **2/16/2016 – 2/19/2016 8 am – 5 pm** **Saturday** *(Sábado)* **2/20/2016 9 am – 2 pm** **Sunday,** *(Domingo)* **2/21/2016 1:30 pm – 4:30 PM** **Monday-Friday,** *(Lunes-Viernes)* **2/22/2016-2/26/2016 8 am – 8 pm** |
|---|---|
| **BRANCH EARLY VOTING** *(Sucursal de votación  por anticipado)* **Brookshire Waller County Library** *(Biblioteca del Condado de Waller, Brookshire)* **Waller ISD Administration Building:** *(Edificio de administración, Waller ISD)* | **9 am-2 pm Saturday,** *(Sabado)* **2/20/2016** |
| **Additional BRANCH EARLY VOTING** *(Sucursales adicionales de votación  por anticipado)* <br><br> **Turlington Elementary School, 23400 Hegar Rd., Hockley** **Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX** **St. Francis Episcopal Church, 204 Dooley St., Prairie View TX** **Monaville JP 3 Building, 12620 FM 1887, Hempstead** **Waller Co. Library at Brookshire, 3815 6th St., Brookshire** **Katy VFW Hall, 6202 George Bush Ave., Katy** | **12 pm-8 pm Thursday and Friday** *(Jueves-Viernes)* **2/25/2016-2/26/2016** |

---

[1] Waller County Party chairs have entered into a joint election agreement with Waller County.  These election day polling places are proposed by the County Elections Administrator to the Commissioners' Court in order to offer our equipment and services in those locations to the parties for their Primary elections.

DEFENDANTS001427

DEFENDANTS001428

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 12/23/2015 11:10:54 AM -0700 |
| **To:** | African American News and Issues <news@aframnews.com>; brook times tribune <county.news@timestribune.com>; carrie gourley <alcarrie@sbcglobal.net>; hemp hotline press <hotlinepress@sbcglobal.net>; hemp wall co news cit <citizen2011@att.net>; kety times press releases <news@katytimes.com>; waller waller times <wallertimes@sbcglobal.net> |
| **CC:** | "Schroeder, Jennifer" <jschroed@wallerisd.net>; Ann Smith <citysecretary@wallertexas.com>; City Secretary <citysecretary@cityofbrookshire.org>; Shannon Smith <ssmith@prairieviewtexas.gov>; Missy Bunch <mbunch@cityofkaty.com> |
| **Subject:** | Waller County Early Voting Locations and Hours |
| **Attachments:** | 03.01.2016 Election Day.Early Voting locations and hours.pdf |

Dear Friends,


Attached is the document approved by Commissioners Court this morning for early voting locations and hours.


The locations are subject to availability, although I don't anticipate availability problems.  I've contacted all the early voting places already, and am waiting to hear back from a few.


Merry Christmas.


Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001429

# Corrected Proposed Waller County Early Voting Locations and Hours[1]

*(Sitios y horarios de votación anticipada Del Condado de Waller)*

March 1, 2016 Primaries *(Primarias, 01 de Marzo, 2016)*

**Election Day, voters must vote in their precinct where registered to vote.**
*(El Día de Elección, los votantes deberán votar en su precinto donde están inscritos para votar.)*

| Location of Election Day Polling Places *(Ubicación de las casillas electorales el Día de Elección)* |
|---|
| Pct *(Precinto)* 101: St. Bartholomew's Episcopal Church, 811 14th St., Hempstead |
| Pct *(Precinto)* 102: Waller County Annex, 775 Bus. 290 East, Hempstead |
| Pct *(Precinto)* 103: Hempstead High School Library, 801 Donoho St., Hempstead |
| Pct *(Precinto)* 104: Waller County Fairgrounds, 21988 FM 359, Hempstead |
| Pct *(Precinto)* 105: Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead |
| Pct *(Precinto)* 206: Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX |
| Pct *(Precinto)* 207: Turlington Elementary, 23400 Hegar Rd., Hockley |
| Pct *(Precinto)* 208: Waller ISD Admin Bldg., 2214 Waller St., Waller |
| Pct *(Precinto)* 309: Willie A Tempton, Sr., Memorial Student Center, Prairie View A & M University |
| Pct *(Precinto)* 310: Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View |
| Pct *(Precinto)* 311: Monaville County Building JP3, 12620 FM 1887, Hempstead |
| Pct *(Precinto)* 312: Monaville Fire Department, 13631 Cochran Rd., Waller |
| Pct *(Precinto)* 313: Adam's Flat Building, 36249 FM 529, Brookshire |
| Pct *(Precinto)* 414: Mt. Zion Methodist Church, 4998 Mt. Zion Road, Brookshire |
| Pct *(Precinto)* 415: Pattison VFW, 2950 FM 359 North, Pattison |
| Pct *(Precinto)* 416: Brookshire Convention Center, 4027 5th St., Brookshire TX |
| Pct *(Precinto)* 417: Waller Co. Library, 3815 6th St., Brookshire |
| Pct *(Precinto)* 418: Igloo 777 Igloo Rd., Katy |
| Pct *(Precinto)* 419/420: Katy VFW Hall, 6202 George Bush Drive, Katy |

For early voting, a voter may vote at any of the locations listed below:
*(Para Votación Adelantada, los votantes podrán votar en cualquiera de las ubicaciones nombradas abajo.)*

| | |
|---|---|
| **MAIN EARLY VOTING POLLING PLACE**<br>*(Locación principal de votación adelantada)*<br><br>**Waller County Courthouse** *(Corte del Condado de Waller)*,<br>836 Austin St., Hempstead TX, | **Days and Hours of Operation**<br>*(Días y Horas de Operación)*<br><br>Tuesday–Friday *(Martes-Viernes)*<br>2/16/2016 – 2/19/2016 8 am – 5 pm<br>Saturday *(Sábado)*<br>2/20/2016 9 am – 2 pm<br>Monday-Friday, *(Lunes-Viernes)*<br>2/22/2016-2/26/2016 8 am – 8 pm |
| **BRANCH EARLY VOTING** *(Sucursal de votación por anticipado)*<br>Brookshire Waller County Library<br>*(Biblioteca del Condado de Waller, Brookshire)*<br>Waller ISD Administration Building:<br>*(Edificio de administración, Waller ISD)* | 9 am-2 pm Saturday, *(Sabado)* 2/20/2016 |
| Additional **BRANCH EARLY VOTING** *(Sucursales adicionales de votación por anticipado)*<br><br>Waller ISD Admin Bldg., 2214 Waller St., Waller<br>Fieldstore County Building (JP2) 27388 Fieldstore Road, Waller TX<br>St. Francis Episcopal Church, 204 Dooley St., Prairie View TX<br>Monaville JP 3 Building, 12620 FM 1887, Hempstead<br>Waller Co. Library at Brookshire, 3815 6th St., Brookshire<br>Katy VFW Hall, 6202 George Bush Ave., Katy | 12 pm-8 pm Thursday and Friday *(Jueves-Viernes)*<br>2/25/2016-2/26/2016 |

---

[1] Waller County Party chairs have entered into a joint election agreement with Waller County. These election day polling places are proposed by the County Elections Administrator to the Commissioners' Court in order to offer our equipment and services in those locations to the parties for their Primary elections.

DEFENDANTS001430