PLAINTIFF'S EXHIBIT 73

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 12/23/2015 4:44:11 PM -0700 |
| **To:** | DS M529 <dsm529@gmail.com>; gbcarter@academicplanet.com; gloriattax@aol.com; rosapatlan@aol.com; sbooth.sw@gmail.com; sylviacedillo@yahoo.com; apatlan48@yahoo.com; darryljohnson@lobbyist.com; dorayoung21@gmail.com; educatedlarry@gmail.com; elvin@yahoo.com; ericgreen222@yahoo.com; fjacksontx@prodigy.net; gddouglas2@aol.com; helen8boyer@sbcglobal.net; hsmith1959@gmail.com; janetw.fisher@yahoo.com; john_busby@sbcglobal.net; jvanya7438@consolidated.net; llockett1984@gmail.com; lwilson928@gmail.com; marie.herndon@gmail.com; mejacksontx@prodigy.net; mrlegalbiz@aol.com; rskc1805@aol.com; rznton@yahoo.com; sgreen2@consolidated.net; tibbs_b@sbcglobal.net; tomashyne@sbcglobal.net; wccac062012@gmail.com |
| **CC:** | cdlenzy@yahoo.com; pct.207chairwoman@gmail.com; desiraeprice12@gmail.com; etabetadst@gmail.com; jdudley2@student.pvamu.edu; mwashington18@student.pvamu.edu |
| **Subject:** | RE: RE: Request for Early Voting on Campus + expanded weekend hours |
| **Attachments:** | December 23 letter re early voting at the university.docx |

Dr. Mattox,

As a follow-up to the conversation we had earlier, please refer to the letter I had provided you expressing interest in having early voting as well as election day on campus, along with concerns. If we were to do this in the future, for example, for the November General Election, these concerns must be addressed or resolved by the University. While the University people are nice and easy to work with, they have regulations they have to follow that do not always coincide with what is needed for the voter rights of the Prairie View City community coming in to vote.

The University is not in session until mid-January, so resolving them in time for the ballots to be properly programmed by our January 6 test date is not possible. The polling places have to be programmed on the ballot.

To all of you who have received this petition, please read the attached letter I provided Dr. Mattox stating the hurdles that need to be addressed with the University in order for early voting to occur on campus. As stated in the letter and in conversations with Dr. Mattox, I am favorable to early voting being hosted by the University, if the law can be followed and if the hurdles regarding elderly or walking distance limited people can be overcome. I think having the hurdles in writing should help anyone who wants to be part of the process of working with the

DEFENDANTS001431

University to overcome them for future elections. I don't believe there is time for the March 1 election, though, since the ballot is already programmed and in the proofing stages and the University will not be back in session until after January 19.

As for extra early voting boxes in every precinct, Waller County already has 2 in each precinct and we do not have equipment for adding 4 more sites, one in each precinct. In order to add these sites, we would need to petition the court to purchase more machinery at $4,000 - $4,500 each piece plus yearly licensing and support fees. Of course, our equipment is already past it's life expectancy, and buying equipment compatible with our current system is still buying obsolete equipment. Replacing our voting equipment with a new system will likely cost $500,000 - $800,000 by my best estimates.

Again, we have a time frame issue here. Our ballot is already programmed and in the proofing process, and buying extra equipment takes weeks of time and tons of money. The ballot programming would have to already be finished well before the equipment could possibly arrive.

In past elections, St. Francis has served us well, with it's paved parking lot and a sidewalk up to the door, and the hall being on ground level. Also, it is one block over from the Prairie View post office, which is a few extra blocks for some students to walk, but a quick 2 – 3 minute drive from campus, and a great location for Prairie View City residents, as well as being fairly close to campus. Please keep in mind that all students properly registered in 309 have election day voting for 12 hours right in the student center. If they don't have transportation available to take them a few blocks to vote early at St. Francis, they will likely be on campus during the hours of election day voting.

Thanks again for your interest in ease of voting.

Dan Teed

Waller County Elections Administrator

(979) 826-7643

**From:** DS M529 [mailto:dsm529@gmail.com]
**Sent:** Wednesday, December 23, 2015 5:01 PM
**To:** dsm529@gmail.com; gbcarter@academicplanet.com; gloriattax@aol.com; rosapatlan@aol.com; sbooth.sw@gmail.com; sylviacedillo@yahoo.com; apatlan48@yahoo.com; darryljohnson@lobbyist.com; dorayoung21@gmail.com; educatedlarry@gmail.com; elvin@yahoo.com; ericgreen222@yahoo.com; fjacksontx@prodigy.net; gddouglas2@aol.com; helen8boyer@sbcglobal.net;

DEFENDANTS001432

hsmith1959@gmail.com; janetw.fisher@yahoo.com; john_busby@sbcglobal.net; jvanya7438@consolidated.net; llockett1984@gmail.com; lwilson928@gmail.com; marie.herndon@gmail.com; mejacksontx@prodigy.net; mrlegalbiz@aol.com; rskc1805@aol.com; rznton@yahoo.com; sgreen2@consolidated.net; tibbs_b@sbcglobal.net; tomashyne@sbcglobal.net; wccac062012@gmail.com
**Cc:** cdlenzy@yahoo.com; pct.207chairwoman@gmail.com; desiraeprice12@gmail.com; etabetadst@gmail.com; jdudley2@student.pvamu.edu; mwashington18@student.pvamu.edu
**Subject:** Request for Early Voting on Campus + expanded weekend hours

Hello Everyone!

RE: my report on the status of early voting in Pct 3 from Commissioner's Court today.

My request was that early voting in Waller County (an A&M system county) approximate the early voting in Brazos County (another A&M system county) less than an hr away from PVAMU. This is the **Brazos County customary primary Election Early Vote Schedule** (thank you Election Judge Thompson for the research - see attached):

- 5 sites, one of which is "Memorial Student Center (MSC) – Texas A&M University, College Station, Texas
- T-F 1st week 8-5; M-F 2nd week 8-8
- Saturday 8-8
- Sunday 10-3

I was wholly reasonable. I asked that early voting be available in Pct 3 as well as the PVAMU MSC; just like A&M. No one wanted to hear it; they refused to entertain it. NO EARLY VOTING ON CAMPUS! And I know they received legal communication regarding on-campus early voting just yesterday. The Texas Democratic Party told me so.

The court was only able to abide early voting in the city of Prairie View, somewhere, anywhere; the church, the plaza, the city hall; just not on campus! Like College Station, PVAMU has a huge, high density, mostly ambulatory population; they need a box on campus. I spoke to the Brazos County Elections Administrator. No one begrudges the students at A&M a box. No one complains. Everyone understands. It's all good. And parking is wide open after 4:30 pm.

Commissioner's court meets again on the 29th of this month. Let's get this on the agenda. Again. Let us also please institute a PETITION for expanded Sat 8-8 and Sunday 12-5 voting at the courthouse.

**PRESENTLY <u>BRANCH</u> early voting stands at:**

Sat 02/20, 9-2 Brookshire, Waller

Sun 02/21 - Nothing

Thu, Fri, 02/25-26, 12-8, Waller ISD, Fields Store, St Francis (switch this to MSC), Monaville, Brookshire Library, Katy VFW

I would support adding an additional box in each Pct to maintain any obligatory ratio.

Best Regards,

D Mattox MD

Democratic Precinct Chair 311

Waller County

DEFENDANTS001434