PLAINTIFF'S
EXHIBIT

**74**

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 1/14/2016 7:13:20 AM -0700 |
| **To:** | Trey Duhon <t.duhon@wallercounty.us> |
| **Subject:** | RE: RE: elections agenda item jan 20 |

Thanks.   My cell is (979) 221-7702.


Dan Teed

Waller County Elections Administrator

(979) 826-7643


**From:** Trey Duhon
**Sent:** Wednesday, January 13, 2016 7:14 PM
**To:** Dan Teed <d.teed@wallercounty.us>
**Cc:** Jeron Barnett <j.barnett@wallercounty.us>
**Subject:** Re: elections agenda item jan 20


I will try to call you tomorrow to discuss further.

Trey Duhon

Waller County Judge

836 Austin Street, Ste 203

Hempstead, Texas 77445

(979) 826-7700 phone

(979) 826-2112 fax




On Jan 13, 2016, at 8:26 AM, Dan Teed <d.teed@wallercounty.us> wrote:

> Judge Duhon,
>
>
> The University has offered to meet parking and other concerns regarding early voting on campus and to allow us to vote downstairs.

DEFENDANTS001445

Also, we've been looking at equipment and time, and think that we could easily add Tuesday and Wednesday voting on campus and then move the equipment over to St. Francis for Thursday and Friday. This would keep us in compliance with the law and allow for early voting for the elderly as well as students.

Since it appears that obstacles have been removed and all are green lights, I'd like to request that it be put on the agenda for January 20, 2016. The way this election is shaping up, I'm thinking we need to add another day at all the other branch locations as well. We have the budget for this already, and shouldn't need any additional funds.

I'm sorry I didn't have this on the original request. Looking back, I think I wasn't strong enough in representing the interests of the voters in the face of the other ideas. I know this makes us all look weak, and that is my fault for trying to accommodate and still provide what was necessary rather than firmly standing for what was right without compromising.

I know that you have the decision as to what to put on the agenda, and I respect your decision as to whether or not this should be revisited, but I think we need to do it, no matter how it looks, because it is right and we will not regret it come election time.

Sincerely,

Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001446