PLAINTIFF'S
EXHIBIT

75

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 1/15/2016 12:23:12 PM -0700 |
| **To:** | "Lowe,Alisha" <amlowe@PVAMU.EDU> |
| **CC:** | Jeron Barnett <j.barnett@wallercounty.us> |
| **Subject:** | RE: RE: Waller County Elections on PVAMU campus |

By the way Ms. Lowe,


You and everyone are definitely invited to this historic meeting of the Waller County Commissioners Court! According to what I've heard, Waller County hasn't had early voting in the middle of campus since the '80's. Of course, I can't verify that, since I wasn't here and haven't found records indicating either way.


Commissioners Court is Wednesday January 20 at 9 am on the second floor of the Waller County Courthouse, 836 Austin Street, Room 103, Hempstead TX 77445.


Dan Teed

Waller County Elections Administrator

(979) 826-7643


**From:** Dan Teed
**Sent:** Friday, January 15, 2016 1:20 PM
**To:** 'Lowe,Alisha' <amlowe@PVAMU.EDU>
**Cc:** Jeron Barnett <j.barnett@wallercounty.us>
**Subject:** RE: Waller County Elections on PVAMU campus


Thanks, Ms. Lowe.


Commissioner Barnett (the Commissioner where the University is located) wanted more information on this, so I'm sending this to him. Also, we have made preparations for reserving parking by buying cones, which we have made arrangement to get lettered with "Voters Only" in English and Spanish. We needed them for another location as well.


It is my perspective that we are doing what is right, and probably long overdue. Thanks so much for your work on this!

DEFENDANTS001450

I've send this to the Houston Chronicle and all our local papers.  This is truly good news for the county that we are working to make this happen.  I wonder if we ought to send something to the campus news sources once the Court has approved the places and times and once the campus news organizations are in full swing?

One other small thing that I didn't mention before.  I think it would be best if we had the voting downstairs in the locations the City of Prairie View uses.  The equipment would need to be pulled into a closet or lockable room if possible.  The equipment has built in security that tracks every ballot issued and makes it impervious to tampering.  Also, we seal it every night and fill out logs documenting that the equipment has not been tampered with or any ballots issued from polls closing one night to polls opening the next day.

Dan Teed

Waller County Elections Administrator

(979) 826-7643

---

**From:** Lowe,Alisha [mailto:amlowe@PVAMU.EDU]
**Sent:** Tuesday, January 12, 2016 9:59 AM
**To:** Dan Teed <d.teed@wallercounty.us>
**Cc:** Ransom,Steven <saransom@pvamu.edu>
**Subject:** RE: Waller County Elections on PVAMU campus

Mr. Teed,

We are making a concerted effort at the University to ensure that all your requirements are met. It doesn't look like we'll have any issues meeting the voter's needs.  I will keep your office posted.

Yours in Service,

Alisha Lowe-Scott

---

**From:** Dan Teed [mailto:d.teed@wallercounty.us]
**Sent:** Monday, January 11, 2016 10:16 AM
**To:** Lowe,Alisha <amlowe@PVAMU.EDU>

DEFENDANTS001451

**Subject:** Waller County Elections on PVAMU campus

Ms. Lowe,

There are several things we want to do on campus this election cycle:

We want to make the historical move of starting early voting on campus.  I don't have permission from the Commissioners Court to do this, but plan to seek it on January 20, 2016.  In order to do this lawfully, all Waller County voters who desire to come will have to be allowed to access the polling place.  To prepare for this, I wanted to see if we could do the following:

    a.   Possibly have security reserve 8 parking spaces for off-campus voters

    b.   Possibly have security issue voter parking passes (possibly with the time and date to keep them from being re-used) to keep people's vehicles from being towed and to avoid violating voter rights by making them provide their name and tag number in order to be able to vote.

    c.   Allow for legally required postings on the entrance to the building. (We could get a stand if it's a violation of policy to put it on the glass)

    d.   Allow a sign that says "Vote Early Here" to be placed somewhere outside the building a week or two in advance of the early voting dates.  (This is not required, but would allow students to plan when to vote.)

We want to have our usual deputy voter registrar training on January 25, and our voter drive on January 26th.  Also, I want to be available to the classes like you suggested to Vanessa, especially if it could work in to one of those days.

If early voting is approved by Commissioners Court, I'd like for it to be on February 23 and 24, from noon to 8 pm.  That way it catches both day and evening classes.

What do you think about all of this?

Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001452

DEFENDANTS001453