PLAINTIFF'S EXHIBIT 76

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 1/19/2016 9:37:31 AM -0700 |
| **To:** | Trey Duhon <t.duhon@wallercounty.us> |
| **Subject:** | proposed early voting hours |

Judge Duhon,

I'm realizing I forgot to tell you something regarding the early voting days proposed. One reason I had suggested 3 days everywhere except PV and 4 days there is because the other 3 commissioners precincts get early voting on Saturday. Adding a whole other day to all of the other precincts might trigger some people to feel that they are being unfairly treated because they do not have Saturday voting, and would thus have one less day.

Perhaps another possible way to add early voting hours could be to extend the hours on Saturday in the other locations to be exactly 8 instead of the 6 currently proposed.

It's up to you, of course. I just didn't want to leave out a piece of the puzzle.

BTW, the University has been contacting me; they are working out details related to reserving parking, providing handicap services, such as wheelchairs and other services, and working on an exception to their signage policy that would allow our signs.

Also, they are working with us to provide a location to lock the elections equipment when it is not in use, so that we can have voting downstairs, which alleviates some of the concern as to the distance of the walk for voters, and having to use an elevator (which is not an issue in and of itself, of course.)

The elections equipment itself, when properly used, is secure against tampering, and has 2 or 3 safety nets in place for almost every conceivable form that tampering could take.

At the present, there appear to be no obstacles whatsoever to having the voting on campus, and ensuring that it is conducted with integrity, honor, and complete compliance with applicable laws.

DEFENDANTS001457

Thanks,

Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001458