PLAINTIFF'S EXHIBIT 77

| | |
|---|---|
| **From:** | rosapatlan@aol.com |
| **Sent:** | 1/21/2016 5:22:08 PM -0700 |
| **To:** | Justin Beckendorff <j.beckendorff@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Trey Duhon <t.duhon@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A. Amsler <j.amsler@wallercounty.us> |
| **CC:** | tibbs_b@sbcglobal.net; dsm529@gmail.com; yellowdog@txdemocrats.org; gmaxey@txdemocrats.org; ericreen222@yahoo.com |
| **Subject:** | Early voting in Prairie View A & M University MSC |

The theater production of Commissioner Court yesterday, Wednesday was a delay tactic. Using smoke and mirrors you accomplished your goal, NO early voting in MSC for students. FYI, the party chairs contracted the election administrator to handle the Primary Elections. The parties may have input but all decisions are made by the administrator. Who better to make election decisions than the only and most election law versed person in the county? Dan Teed was hired for his experience, knowledge of election law and integrity.

The election administrator presents his plan to the court as a formality. The court passes it as a formality. The court has little, if any knowledge of election law. Evidently, neither of the party chairs have sufficient knowledge of election law. Dan is under contract by both parties to conduct the Primary Election. Let the man do the job he was contracted to do. How many times are we going to have the Department of Justice breathing down our necks because our elected officials are ignorant of the voting rights of voters?

DEFENDANTS001336