PLAINTIFF'S EXHIBIT 78

|  |  |
|---|---|
| **From:** | Maduforo Eze <meze1@student.pvamu.edu> |
| **Sent:** | 1/22/2016 11:47:29 AM -0700 |
| **To:** | "Jackson,Frank" <fdjackson@pvamu.edu>; "McFrazier,Michael" <mlmcFrazier@pvamu.edu>; dsm529@gmail.com; mherdon@prairieviewtexas.gov; jrandle@prairieviewtexas.gov; MARIAN JACKSON <mejacksontx@prodigy.net>; John A. Amsler <j.amsler@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Trey Duhon <t.duhon@wallercounty.us>; "Ransom,Steven" <saransom@pvamu.edu>; jmiller@prairieviewtexas.gov; hthomas@prairieviewtexas.gov; Herschel C. Smith <hc.smith@wallercounty.us>; amlowe@pvamu.edu; jvpettus@pvamu.edu; lfbyars@pvamu.edu; bshaffelfinger1125@yahoo.com; sbooth.sw@gmail.com; chlewter@pvamu.edu |
| **CC:** | jacolahnd@yahoo.com; Marcus R. Washington <Marcuswashington3@gmail.com> |
| **Subject:** | Early Voting on the campus of Prairie View A&M University |
| **Attachments:** | SGA Early Voting Letter.pdf |

Greetings All:

This note comes to you in response to the debate in the Commissioners Court surrounding the idea of removing early voting from Prairie View A&M University (PVAMU). The PVAMU Student Government Association has drafted the attached letter with the intention of gaining much needed support in efforts to push forward the agenda of securing early voting on campus. Early voting on campus increases the accessibility and availability for the registered students of the PVAMU student body. We have found this accessibility to be helpful in getting students to the polls and keeping them abreast of current advancements.

Please see the attached document and respond upon receipt.

Thank you.

--
**Maduforo Eze**
**Prairie View A&M University**
**Student Government Association**
**Vice President of Governmental Relations**
**(832) 576-5993**
**Meze1@student.pvamu.edu**

DEFENDANTS001475



# PRAIRIE VIEW A&M UNIVERSITY
A Member of the Texas A&M University System

**January 21, 2016**

**TO**: Elected Officials, Community Leaders, University Administration, and Concerned Individuals
**SUBJECT**: Early voting on the Campus of Prairie View A&M University

This letter comes to you on behalf of the concerned student body of Prairie View A&M University. On January 20th, 2016, the Waller County Commissioners Court decided to table the approval (or disapproval) of having two days of early voting on our campus on Tuesday, February 23rd and Wednesday, February 24th from 12 PM to 8 PM. The main reasons being they believe that; 1) The Memorial Student Center (MSC) isn't suitable for disabled individuals to enter even if the voting is held on the first floor; 2) They aren't assured that parking will be available to voters on this day; 3) They think that individuals will continue to campaign in the voting areas (which is a violation) and; 4) They also believe that the area will be too chaotic to have voting in this area, even though voting has been held here numerous times before and has never experienced an uncontrolled environment.

We as students and registered voters find the Memorial Student Center to be very accessible. Though if not accessible to some, an alternate location has been put in position for those individuals -- the St. Francis Episcopal Church in Prairie View, that will be open an additional two days which will be accessible to any other community voters. This topic at the Commissioners Court meeting caused a lengthy debate which led this piece of the agenda to be tabled.

We (the students) of this great University charge you all with supporting our endeavors to get early voting back on Campus and in our Memorial Student Center by reaching out and helping us (students, citizens, and the like) to come up with a plan that will accommodate all voters. With the help of all parties involved, we want to have volunteers that will be able to help negate any reason we should not have early voting on campus. We would furthermore like for all of you to stand with us at next week's Commissioners Court meeting on Wednesday, January 27th. We look forward to hearing from you all.

Sincerely,

*Jacolahn Dudley*
Jacolahn Dudley
President, Student Government Association

*Marcus R. Washington*
Marcus Washington
Vice President, Student Government Association

*Maduforo Eze*
Maduforo Eze
VP Governmental Relations, Student Government Association

www.pvamu.edu

Student Government Association
P.O. Box 519 ~ M.S. 1026 Prairie View, Texas 77446
Phone (936) 261-1363 Fax (936) 261-1364

DEFENDANTS001476