PLAINTIFF'S EXHIBIT 79

| | |
|---|---|
| **From:** | Jeron Barnett <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/J.BARNETT> |
| **Sent:** | 1/26/2016 9:22:25 AM -0700 |
| **To:** | Justin Beckendorff <j.beckendorff@wallercounty.us> |
| **Subject:** | Fwd: Fwd: Voting location sites on the campus of PVAMU |

FYI, I have not received an answer to my request, not sure why.

Sent from my iPad

Begin forwarded message:

> **From:** Jeron Barnett <j.barnett@wallercounty.us>
> **Date:** January 22, 2016 at 1:02:19 PM CST
> **To:** "amlowe@PVAMU.EDU" <amlowe@PVAMU.EDU>
> **Subject: Voting location sites on the campus of PVAMU**
>
> Greetings Ms. Lowe
> First allow me to say thank you for appearing before the Commissioner's Court on this past Wednesday, I know it was a very taxing situation. I want to assure you that I and my colleagues are for having early voting on the PVAMU campus and that will happen! I just want to ensure that since seniors, handicapped and others who may have difficulty due to age or physical impairment can get to the polling spot as safely as possible. I'm sure you would agree that when age become a factor slowing us down or inhibiting us, independence and self reliance becomes paramount, and I just want to ensure that we afford every opportunity and possibility for that independence to those who relishes it.
> I do value the right of the student body in reference to voting and I have fought to preserve that right several times, I just want to see all who have the right to vote be able to exercise that right in a manner that is as less confusing and prohibitive as possible. If possible would you examine the Panther Plaza which is a fantastic addition to the PVAMU campus and advise me if any special parking, handicap assistance or the deployment of political signage would interfere with the normal orderly operations of the University and student body activities. Thank you for your assistance.
> Jeron Barnett
> Sent from my iPad

DEFENDANTS001653