PLAINTIFF'S EXHIBIT 80

| | |
|---|---|
| **From:** | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| **Sent:** | 1/26/2016 2:16:04 PM -0700 |
| **To:** | Jeron Barnett <j.barnett@wallercounty.us>; Trey Duhon <t.duhon@wallercounty.us> |
| **Subject:** | 3 location possibilities attachment |
| **Attachments:** | 3 Location Possibilities on PVAMU.docx |

Commissioner Barnett, here's the attachment referenced in the earlier email regarding on campus locations.


I've provided an analysis from the Elections Office regarding each location. I was not aware of the Hobart Building being an option, so that one is not sufficiently researched at this point. I should be able to provide more information by the end of today.


Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001481

3 Location Possibilities on PVAMU

Preferred by University:

The Student Center Auditorium is First Preference of the University and the Senior Adults Polled from the Prairie View area.

| Size/Capacity: | Can handle hundreds with ease | 9 handicap parking spots |
|---|---|---|
| Parking: | 9 handicap parking spots | Parking reserved for voters |
| Convenience for students: | Plenty of seating for waiting voters | Large restrooms on either side of the entrance to the cafeteria |
| #1 reason for preferring: | Accessibility to students | Thousands of students use the MSC, especially around lunch time, and it is within easy walking distance of thousands. |
| | | |
| Drawback observed by Elections Administrator | 10 steps or handicap accessible ramp is necessary for entrance from parking lot. (HOWEVER, this building is totally modern and meets ADA standards.) | Solution: Volunteer office is offering to coordinate people to help people come up stairs. Also, curbside voting is available. St. Francis voting is available. Ballots by Mail are available. Building is ADA accessible. |
| Concern expressed in Commissioners Court: | Distance to walk for elderly/handicapped people. | Distance is not too bad. Moving to the auditorium makes it within about 200' of parking. Student assistance is available. Seating is available for elderly and other voters who are waiting. St. Francis is available and closer to elderly voters than the University is. Ballots by Mail are available. Building is ADA accessible. |
| Concern expressed by Commissioner's Court: | Maintaining order/"Policing" the space for campaigning | Solution: This is simply not a problem. Courthouses and schools across the state have common access, and students and politicians are present, but not campaigning in sight of voters. The University is offering a security presence to support our pollworkers if needed, but overall, the students are especially well |

DEFENDANTS001482

|  |  | behaved. Solutions if there were a problem: 1. Pollworkers can request that campaign activity be stopped 2. The person in charge of the polling place can call security. (The Student Center is close to the Security/Campus Police office.) 3. Poll watchers can be appointed by the parties or candidates to observe and report suspicious behavior to the person in charge of the polling place. 4. State and federal election watchers have been requested by the elections office. |
|---|---|---|
| Evaluation by Elections Office: | Ideal for student voting, and ok for the Prairie View Community if early voting is also open at St. Francis, as long as reserved parking, security, and assistance is provided. The University has been making arrangements for all of these. | Polling senior adults in the Prairie View area has indicated divided support this location. On campus, support has been unanimous. Other options are seen with disdain and frustration. |

2nd Choice: Criminal Justice Center

| Size/Capacity: | Can handle dozens with ease |  |
|---|---|---|
| Parking: | 2 handicap parking spots | Parking is not available unless gate is opened |
| Convenience: | No seating for waiting voters | Restooms are sufficient |
| #1 reason for preferring: | No stairs |  |
|  |  |  |
| Drawback observed by Elections Administrator | Availability: Rooms are not reserved yet. Parking: gated. |  |
| Concern expressed in Commissioners Court: | None | Distance is ok. Should be within 200'. |
| Concern expressed by | None | Order: shouldn't be a problem. |

DEFENDANTS001483

| Commissioner's Court: | | Solutions if there were a problem: <br> 1. Pollworkers can request that campaign activity be stopped <br> 2. The person in charge of the polling place can call security. (The Student Center is close to the Security/Campus Police office.) <br> 3. Poll watchers can be appointed by the parties or candidates to observe and report suspicious behavior to the person in charge of the polling place. <br> 4. State and federal election watchers have been requested by the elections office. |
|---|---|---|
| Evaluation by Elections Office: | Ok, but doesn't serve many students, is difficult to find, and arrangements would have to be made to leave the parking gate open, which might interfere with parking and traffic flow for faculty and staff. | Public opinion seemed to be neutral on this option, other than the fact that there is no parking available at present. |

Panther Plaza:

| Size/Capacity: | Can handle a handful with ease | |
|---|---|---|
| Parking: | 3 handicap spots | No parking reserved for voters |
| Convenience for students: | Seating arrangements are unknown | 1. A long distance from most of campus. Only a few hundred graduate students are close by. <br> 2. No sidewalks between main part of campus and Panther Plaza. <br> 3. The developed space is already taken by vendors or by the faculty-staff cafeteria. <br> 4. Small restrooms may be insufficient for large |

DEFENDANTS001484

| | | voter turnout |
|---|---|---|
| #1 reason for preferring: | Accessibility to senior adults | A handful of senior adults may want to use this location instead of the St. Francis location. |
| Drawback observed by Elections Administrator | 1. Students, adults, and senior adults polled are almost unanimously against this being a site for students because of it's long distance from the main part of campus. Adults polled off campus said it sounded "fishy" or gave some similar comment and expressed negativity about the motives of the Court if they approve this option. One adult suggested that this is racism and is an attempt to keep the number of student voters down. | No observable solution. |
| Concern expressed in Commissioners Court: | None. | Distance is super close as long as very few people vote. If large crowds drive in, the distance increases and the inconvenience to voters increases because the facility is not sufficient for large crowd control. |
| Concern expressed by Commissioner's Court: | None. | Maintaining order should be similar to other polling places except if large crowds show up. Then the County will have to hire extra workers and provide security. |
| Evaluation by Elections Office: If the Court approves this location, it will be effectively another place for senior adults to vote, not a convenient place for students to vote. | The elections office is concerned that a move in this direction will be seen by nearly all residents of the Prairie View area as an attempt to suppress voter participation by students. | |

DEFENDANTS001485

Hobart Building:

Information received mid-afternoon Tuesday indicated that the Hobart Building might be a possibility. It is fairly centrally located, and if parking could be reserved, might be an option.

DEFENDANTS001486