PLAINTIFF'S EXHIBIT 81

| | |
|---|---|
| From: | Dan Teed <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/D.TEED> |
| Sent: | 8/2/2016 3:57:54 PM -0600 |
| To: | Trey Duhon <t.duhon@wallercounty.us> |
| Subject: | FW: FW: deputy early voting clerks |

Re-reading this, I thought it needed a bit more explanation:

These are not regular office employees, temporary or otherwise, but are pollworkers.

The law is written such that it contemplates limited ballots and ballots by mail being done at the main early voting polling place, so the hiring of pollworkers for these tasks is actually more natural than killing my staff to get all of this done in a big election like November 8.

We have plenty of budget for this, since our need for large number of pollworkers has been diminished by modern, reliable equipment. We are hiring 4 people for most places, instead of the 6 they would have hired in big presidential elections previously.

This should prevent the dust-up that occurred with the Democratic candidates in the Primary and Runoff over the mail ballots. Parties would use the list procedure required by the state for all early voting deputy clerks to provide people they think would be best, taking the onus off the elections office for fending off attacks over people's political fears related to ballots and ensure that a person from both parties is responsible for accurate ballot processing.

Dan Teed

Waller County Elections Administrator

(979) 826-7643

**From:** Dan Teed
**Sent:** Tuesday, August 02, 2016 10:46 AM
**To:** 'rosapatlan' <rosapatlan@aol.com>; Wallace Koenning <koenning@swbell.net>; 'Don Hand' <donlhand@sbcglobal.net>; 'DS M529' <dsm529@gmail.com>
**Cc:** Vanessa Lopez <v.lopez@wallercounty.us>
**Subject:** deputy early voting clerks

Dear Friends,

In order to provide better, faster service to the voters and to ensure the integrity of

DEFENDANTS001341

the ballot by mail process and limited ballot process, I am asking the Commissioners Court for 2 additional deputy early voting clerks to work ballot by mail applications and ballots as they come in, and limited ballots. I've checked with the State, and this is perfectly in compliance with their laws and procedures.

This is a detailed, demanding task that requires a very high level of accuracy and comprehension.

I would like for each party to submit me names for this task that will blow those requirements out of the water. The names don't have to go through court, just through me, if the court approves the positions.

I want to hire one from each party. They will need to be available at the courthouse during the days leading up to early voting for training and working applications and ballots, and during the hours of early voting for processing limited ballots, ballot by mail applications, and returned ballots. 2 names wouldn't hurt, because the job may be more demanding than 1 person from each party can handle. I expect them to occupy part of the courthouse kitchen during the hours of early voting.

I expect a continual flow of limited ballots and tons of ballots by mail, since this is a presidential election, so they will likely be kept busy.

My staff should be kept available while the polls are open to answer phone calls, work with questions, and support the polling places. And they should be able to go home at night and rest instead of working around the clock doing ballots by mail after doing limited ballots all day.

Thanks,

Dan Teed

Waller County Elections Administrator

(979) 826-7643

DEFENDANTS001342