**PLAINTIFF'S EXHIBIT**

**82**

| From: | Christy Eason <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/6CEC817386174EFFB6A05B7E8344F579-CHRIS> |
|---|---|
| Sent: | 10/3/2017 3:56:18 PM -0600 |
| To: | rosapatlan <rosapatlan@aol.com> |
| CC: | Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A. Amsler <j.amsler@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Vote <Vote@wallercounty.us>; e.shelburne-tca@wallercounty.us; Debbie Hollan <d.hollan@wallercounty.us>; Dr Denise Mattox <dsm529@gmail.com>; judgecharleston@gmail.com; wallercountydemocraticparty@gmail.com; David Luther <david@davidwluther.com> |
| Subject: | RE: RE: Additional Early Voting Polls |

Mrs. Harris,


To clarify, after reading back through my response to your request of reconsidering early voting locations, I find nowhere that I stated I was not able or unwilling to accommodate your request. You asked for reevaluation and I stated facts. I also asked if ballot by mail would be an option for those having difficulty getting to the approved locations. If you will check back to our email dated *August 10th* you will see that you did in fact ask if the county would have the bond on the November ballot and my reply to you was yes. Last week you, Vanessa and I sat at my desk and discussed scheduling workers for the early voting locations and the desire to add locations was never mentioned by you.


However, in an effort to accommodate all voters in each commissioner's precinct, I will place the following item on the Commissioner's Court agenda for consideration and approval:


The addition of an early voting location which is equally assessable to the citizens of the City of Prairie View and students of PVAMU:


**Waller County Community Center**

**21274 FM 1098**

**Prairie View, Tx 77446**


October 23, 2017 – October 27, 2017

DEFENDANTS001350

8:00 am – 5:00 pm

Saturday, October 28, 2017

9:00 am – 1:00 pm

October 30, 2017 – November 2, 2017

8:00 am – 5:00 pm

November 3, 2017

8:00 am – 8:00 pm

I can appreciate your thoughts on working with an Elections Administrator who was flexible with negotiation up to the last minute. I too am open to negotiation, planned in a timely manner and in accordance with the Texas Election Code.

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

---

**From:** rosapatlan [mailto:rosapatlan@aol.com]

DEFENDANTS001351

**Sent:** Monday, October 02, 2017 5:09 PM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A. Amsler <j.amsler@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Vote <Vote@wallercounty.us>; e.shelburne-tca@wallercounty.us; Debbie Hollan <d.hollan@wallercounty.us>; Dr Denise Mattox <dsm529@gmail.com>; judgecharleston@gmail.com; wallercountydemocraticparty@gmail.com
**Subject:** RE: Additional Early Voting Polls

Yes ma'm that is correct, I did receive this information back in August and I was in agreement with it at that time. The only items on the ballot in August were 7 constitutional amendments. The jail bond was not agreed to at that time. The Commissioners voted to add it to the ballot. Things have changed. All the items you mentioned are not beyond your capacity to change or correct. I worked with an election administrator who was flexible and was able to negotiate up to the last minute, places to vote and times and bring it before Commissioner Court for approval. All it takes is individuals willing to work together for a common goal, for the benefit of the voters. The jail is a big concern to the students of Prairie View and to people of color. Denying them a poll in the university for early voting is an infringement of their rights to vote early. I will fight for the right of students to have a voice. I am sorry you are not able or willing to work this out with the commissioners for the good of the minority community.


Rosa Patlan Harris, WC Democratic Chair




Sent on my Samsung Galaxy S7.


-------- Original message --------

From: Christy Eason <c.eason@wallercounty.us>

Date: 10/2/17 1:25 PM (GMT-06:00)

To: rosapatlan@aol.com

Cc: Trey Duhon <t.duhon@wallercounty.us>, Jeron Barnett <j.barnett@wallercounty.us>, Russell Klecka <r.klecka@wallercounty.us>, "John A. Amsler" <j.amsler@wallercounty.us>, Justin Beckendorff <j.beckendorff@wallercounty.us>, Ellen Shelburne <e.shelburne-tac@wallercounty.us>, Debbie Hollan <d.hollan@wallercounty.us>, Vote <Vote@wallercounty.us>, wallercountydemocraticparty@gmail.com,

DEFENDANTS001352

dsm529@gmail.com
Subject: RE: Additional Early Voting Polls

Mrs. Harris,

Thank you for your e-mail requesting additional early voting locations and extended periods of early voting for the 2017 General Election. On August 9, 2017 I sent the list of early voting locations and times, elections day polling locations (in which we opened all 19 locations instead of the consolidated number of locations usually used for an off year election), and poll workers for your approval. You were in agreement with the exception of an early voting ballot board clerk that may need to be changed at a later date. The lists were approved in

Commissioner's Court on August 16th. You and I have also discussed this matter several times in my office as late as last week and still you voiced your agreement. To add more locations at this late date would require Commissioner's Court approval, changing ballot location formatting (which has already been proofed and ordered), having all 3 entities who are contracting for election services to change their Notice of Election and public postings (which some have already done) staffing twelve additional poll workers as well as securing four additional locations. We currently have three locations that will be open during early voting in its entirety, two days in each location for twelve hours as well as Saturday hours. If I can assist any voters that are having a difficult time getting to the polls with ballot by mail please advise.

Thank you,

**Christy A. Eason**

DEFENDANTS001353

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

**From:** rosapatlan@aol.com [mailto:rosapatlan@aol.com]
**Sent:** Monday, October 02, 2017 11:00 AM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett
<j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A.
Amsler <j.amsler@wallercounty.us>; Justin Beckendorff
<j.beckendorff@wallercounty.us>; Ellen Shelburne <e.shelburne-
tac@wallercounty.us>; Debbie Hollan <d.hollan@wallercounty.us>; Vote
<Vote@wallercounty.us>; wallercountydemocraticparty@gmail.com;
dsm529@gmail.com
**Subject:** Additional Early Voting Polls

Ms. Eason, after assessing the early voting schedule and the effect it will have on early voters, I strongly recommend early voting polls be opened one week in Fieldstore, one week in Turlington, one week in Prairie View, and one week at the university. It is a fact, Constitutional Amendment Elections are generally low interest low turnout. You add a hot issue such as a Bond for a new jail to the ballot and voters take a personal interest. It involves our tax money and personal freedom.

The last thing we would want the voters to feel is we are obstructing and denying them the right to vote by making them travel miles to vote early. Past elections have shown a large number of voters prefer to vote early.

I believe the election office has the funds to add a few more polls so I am asking for re-evaluation and reconsideration.

Thank you.

Rosa Patlan Harris, W. C. Democratic Chair

DEFENDANTS001354

Not good enough Christy. The citizens of PV have transportation. Most students don't. Walking from one end of the campus to the other is time consuming plus signing in and voting. We have already done this battle to death and frankly I'm tired of it. The students fought and won this battle. The 309 poll is the largest poll in Waller County. How can you justify not having an early voting poll in the MSC? Things have changed Christy and we are not going back to those days, not without a fight. Adding the jail bond and having voter drives at PVAMU then telling the students no poll in the MSC is so wrong on so many levels.

We need a poll in Fieldstore, Katy and in PV and MSC.

I may have been given the wrong information but I was told Katy ISD has a school election at the same time. Are you handling that? If so, more reason to have a Katy poll. Thank you.

Rosa Patlan Harris, WC Democratic Chair


Sent on my Samsung Galaxy S7.

-------- Original message --------
From: Christy Eason <c.eason@wallercounty.us>
Date: 10/3/17 4:56 PM (GMT-06:00)
To: rosapatlan <rosapatlan@aol.com>
Cc: Trey Duhon <t.duhon@wallercounty.us>, Jeron Barnett <j.barnett@wallercounty.us>, Russell Klecka <r.klecka@wallercounty.us>, "John A. Amsler" <j.amsler@wallercounty.us>, Justin Beckendorff <j.beckendorff@wallercounty.us>, Vote <Vote@wallercounty.us>, e.shelburne-tca@wallercounty.us, Debbie Hollan <d.hollan@wallercounty.us>, Dr Denise Mattox <dsm529@gmail.com>, judgecharleston@gmail.com, wallercountydemocraticparty@gmail.com, David Luther <david@davidwluther.com>
Subject: RE: Additional Early Voting Polls


Mrs. Harris,


To clarify, after reading back through my response to your request of reconsidering early voting locations, I find nowhere that I stated I was not able or unwilling to accommodate your request. You asked for reevaluation and I stated facts. I also asked if ballot by mail would be an option for those having difficulty getting to the approved locations. If you will check back to our email dated *August 10th* you will see that you did in fact ask if the

DEFENDANTS001355

county would have the bond on the November ballot and my reply to you was yes. Last week you, Vanessa and I sat at my desk and discussed scheduling workers for the early voting locations and the desire to add locations was never mentioned by you.

However, in an effort to accommodate all voters in each commissioner's precinct, I will place the following item on the Commissioner's Court agenda for consideration and approval:

The addition of an early voting location which is equally assessable to the citizens of the City of Prairie View and students of PVAMU:

**Waller County Community Center**

**21274 FM 1098**

**Prairie View, Tx 77446**

October 23, 2017 – October 27, 2017

8:00 am – 5:00 pm

Saturday, October 28, 2017

9:00 am – 1:00 pm

October 30, 2017 – November 2, 2017

8:00 am – 5:00 pm

November 3, 2017

8:00 am – 8:00 pm

I can appreciate your thoughts on working with an Elections Administrator who was flexible with negotiation up to the last minute. I too am open to negotiation, planned in a timely manner and in accordance with the Texas Election Code.

DEFENDANTS001356

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

---

**From:** rosapatlan [mailto:rosapatlan@aol.com]
**Sent:** Monday, October 02, 2017 5:09 PM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett
<j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A.
Amsler <j.amsler@wallercounty.us>; Justin Beckendorff
<j.beckendorff@wallercounty.us>; Vote <Vote@wallercounty.us>; e.shelburne-
tca@wallercounty.us; Debbie Hollan <d.hollan@wallercounty.us>; Dr Denise
Mattox <dsm529@gmail.com>; judgecharleston@gmail.com;
wallercountydemocraticparty@gmail.com
**Subject:** RE: Additional Early Voting Polls

Yes ma'm that is correct, I did receive this information back in August and I was in
agreement with it at that time. The only items on the ballot in August were 7
constitutional amendments. The jail bond was not agreed to at that time. The
Commissioners voted to add it to the ballot. Things have changed. All the items you
mentioned are not beyond your capacity to change or correct. I worked with an
election administrator who was flexible and was able to nogotiate up to the last
minute, places to vote and times and bring it before Commissioner Court for
approval. All it takes is individuals willing to work together for a common goal, for
the benefit of the voters. The jail is a big concern to the students of Prairie View and
to people of color. Denying them a poll in the university for early voting is an
infringement of their rights to vote early. I will fight for the right of students to have
a voice. I am sorry you are not able or willing to work this out with the

DEFENDANTS001357

commissioners for the good of the minority community.


Rosa Patlan Harris,  WC Democratic Chair




Sent on my Samsung Galaxy S7.


-------- Original message --------

From: Christy Eason <c.eason@wallercounty.us>

Date: 10/2/17 1:25 PM (GMT-06:00)

To: rosapatlan@aol.com

Cc: Trey Duhon <t.duhon@wallercounty.us>, Jeron Barnett
<j.barnett@wallercounty.us>, Russell Klecka <r.klecka@wallercounty.us>, "John A.
Amsler" <j.amsler@wallercounty.us>, Justin Beckendorff
<j.beckendorff@wallercounty.us>, Ellen Shelburne <e.shelburne-
tac@wallercounty.us>, Debbie Hollan <d.hollan@wallercounty.us>, Vote
<Vote@wallercounty.us>, wallercountydemocraticparty@gmail.com,
dsm529@gmail.com

Subject: RE: Additional Early Voting Polls


Mrs. Harris,


Thank you for your e-mail requesting additional early voting locations and extended
periods of early voting for the 2017 General Election. On August 9, 2017 I sent the list
of early voting locations and times, elections day polling locations (in which we opened
all 19 locations instead of the consolidated number of locations usually used for an off
year election), and poll workers for your approval. You were in agreement with the
exception of an early voting ballot board clerk that may need to be changed at a later
date. The lists were approved in

Commissioner's Court on August 16th.  You and I have also discussed this matter
several times in my office as late as last week and still you voiced your agreement.  To

DEFENDANTS001358

add more locations at this late date would require Commissioner's Court approval, changing ballot location formatting (which has already been proofed and ordered), having all 3 entities who are contracting for election services to change their Notice of Election and public postings (which some have already done) staffing twelve additional poll workers as well as securing four additional locations. We currently have three locations that will be open during early voting in its entirety, two days in each location for twelve hours as well as Saturday hours.  If I can assist any voters that are having a difficult time getting to the polls with ballot by mail please advise.

Thank you,

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

**From:** rosapatlan@aol.com [mailto:rosapatlan@aol.com]
**Sent:** Monday, October 02, 2017 11:00 AM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A. Amsler <j.amsler@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Ellen Shelburne <e.shelburne-tac@wallercounty.us>; Debbie Hollan <d.hollan@wallercounty.us>; Vote <Vote@wallercounty.us>; wallercountydemocraticparty@gmail.com; dsm529@gmail.com
**Subject:** Additional Early Voting Polls

DEFENDANTS001359

Ms. Eason, after assessing the early voting schedule and the effect it will have on early voters, I strongly recommend early voting polls be opened one week in Fieldstore, one week in Turlington, one week in Prairie View, and one week at the university. It is a fact, Constitutional Amendment Elections are generally low interest low turnout. You add a hot issue such as a Bond for a new jail to the ballot and voters take a personal interest. It involves our tax money and personal freedom.

The last thing we would want the voters to feel is we are obstructing and denying them the right to vote by making them travel miles to vote early. Past elections have shown a large number of voters prefer to vote early.

I believe the election office has the funds to add a few more polls so I am asking for re-evaluation and reconsideration.

Thank you.

Rosa Patlan Harris, W. C. Democratic Chair

DEFENDANTS001360

| From: | rosapatlan <rosapatlan@aol.com> |
|---|---|
| Sent: | 10/4/2017 7:56:20 AM -0600 |
| To: | Christy Eason <c.eason@wallercounty.us> |
| CC: | Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A. Amsler <j.amsler@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Dr Denise Mattox <dsm529@gmail.com>; Herschel C. Smith <hc.smith@wallercounty.us>; judgecharleston@gmail.com |
| Subject: | RE: RE: Additional Early Voting Polls |

Ballot by mail is only for 65 and older, physically challenged or will be out of the county during the entire time of voting. Under election law none of the students qualify to vote by mail in Waller County. Its against the law for them to vote by mail. Next thing you know Elton Mathis will be indicting them for voter fraud, the local papers will have their faces scattered all over their front pages, and your new jail will have all the inhabitants it wants.

In addition, it's unethical for the county judge and the election administrator to be advising the republican chair whether to open additional boxes. I tried to come to an agreement for unity with him and he said he had to talk to the judge and EA first even though he agreed we needed more boxes. Someone needs to inform the republican chair and the Ethics Commission elected officials do not run the parties. Thank you.

Rosa Patlan Harris, WC Democratic Chair


Sent on my Samsung Galaxy S7.

-------- Original message --------
From: Christy Eason <c.eason@wallercounty.us>
Date: 10/3/17 4:56 PM (GMT-06:00)
To: rosapatlan <rosapatlan@aol.com>
Cc: Trey Duhon <t.duhon@wallercounty.us>, Jeron Barnett <j.barnett@wallercounty.us>, Russell Klecka <r.klecka@wallercounty.us>, "John A. Amsler" <j.amsler@wallercounty.us>, Justin Beckendorff <j.beckendorff@wallercounty.us>, Vote <Vote@wallercounty.us>, e.shelburne-tca@wallercounty.us, Debbie Hollan <d.hollan@wallercounty.us>, Dr Denise Mattox <dsm529@gmail.com>, judgecharleston@gmail.com, wallercountydemocraticparty@gmail.com, David Luther <david@davidwluther.com>
Subject: RE: Additional Early Voting Polls


Mrs. Harris,


To clarify, after reading back through my response to your request of reconsidering early voting locations, I find nowhere that I stated I was not able or unwilling to accommodate your request. You asked for reevaluation and I stated facts. I also asked if ballot by mail would be an option for those having difficulty getting to the approved locations. If you will check back to our email dated *August 10th* you will see that you did in fact ask if the

DEFENDANTS001361

county would have the bond on the November ballot and my reply to you was yes. Last week you, Vanessa and I sat at my desk and discussed scheduling workers for the early voting locations and the desire to add locations was never mentioned by you.

However, in an effort to accommodate all voters in each commissioner's precinct, I will place the following item on the Commissioner's Court agenda for consideration and approval:

The addition of an early voting location which is equally assessable to the citizens of the City of Prairie View and students of PVAMU:

**Waller County Community Center**

**21274 FM 1098**

**Prairie View, Tx 77446**

October 23, 2017 – October 27, 2017

8:00 am – 5:00 pm

Saturday, October 28, 2017

9:00 am – 1:00 pm

October 30, 2017 – November 2, 2017

8:00 am – 5:00 pm

November 3, 2017

8:00 am – 8:00 pm

I can appreciate your thoughts on working with an Elections Administrator who was flexible with negotiation up to the last minute. I too am open to negotiation, planned in a timely manner and in accordance with the Texas Election Code.

DEFENDANTS001362

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

---

**From:** rosapatlan [mailto:rosapatlan@aol.com]
**Sent:** Monday, October 02, 2017 5:09 PM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett
<j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A.
Amsler <j.amsler@wallercounty.us>; Justin Beckendorff
<j.beckendorff@wallercounty.us>; Vote <Vote@wallercounty.us>; e.shelburne-
tca@wallercounty.us; Debbie Hollan <d.hollan@wallercounty.us>; Dr Denise
Mattox <dsm529@gmail.com>; judgecharleston@gmail.com;
wallercountydemocraticparty@gmail.com
**Subject:** RE: Additional Early Voting Polls

Yes ma'm that is correct, I did receive this information back in August and I was in agreement with it at that time. The only items on the ballot in August were 7 constitutional amendments. The jail bond was not agreed to at that time. The Commissioners voted to add it to the ballot. Things have changed. All the items you mentioned are not beyond your capacity to change or correct. I worked with an election administrator who was flexible and was able to nogotiate up to the last minute, places to vote and times and bring it before Commissioner Court for approval. All it takes is individuals willing to work together for a common goal, for the benefit of the voters. The jail is a big concern to the students of Prairie View and to people of color. Denying them a poll in the university for early voting is an infringement of their rights to vote early. I will fight for the right of students to have a voice. I am sorry you are not able or willing to work this out with the

DEFENDANTS001363

commissioners for the good of the minority community.


Rosa Patlan Harris,  WC Democratic Chair




Sent on my Samsung Galaxy S7.


-------- Original message --------

From: Christy Eason <c.eason@wallercounty.us>

Date: 10/2/17 1:25 PM (GMT-06:00)

To: rosapatlan@aol.com

Cc: Trey Duhon <t.duhon@wallercounty.us>, Jeron Barnett
<j.barnett@wallercounty.us>, Russell Klecka <r.klecka@wallercounty.us>, "John A.
Amsler" <j.amsler@wallercounty.us>, Justin Beckendorff
<j.beckendorff@wallercounty.us>, Ellen Shelburne <e.shelburne-
tac@wallercounty.us>, Debbie Hollan <d.hollan@wallercounty.us>, Vote
<Vote@wallercounty.us>, wallercountydemocraticparty@gmail.com,
dsm529@gmail.com

Subject: RE: Additional Early Voting Polls


Mrs. Harris,


Thank you for your e-mail requesting additional early voting locations and extended
periods of early voting for the 2017 General Election. On August 9, 2017 I sent the list
of early voting locations and times, elections day polling locations (in which we opened
all 19 locations instead of the consolidated number of locations usually used for an off
year election), and poll workers for your approval. You were in agreement with the
exception of an early voting ballot board clerk that may need to be changed at a later
date. The lists were approved in
Commissioner's Court on August 16th.  You and I have also discussed this matter
several times in my office as late as last week and still you voiced your agreement.  To

DEFENDANTS001364

add more locations at this late date would require Commissioner's Court approval, changing ballot location formatting (which has already been proofed and ordered), having all 3 entities who are contracting for election services to change their Notice of Election and public postings (which some have already done) staffing twelve additional poll workers as well as securing four additional locations. We currently have three locations that will be open during early voting in its entirety, two days in each location for twelve hours as well as Saturday hours. If I can assist any voters that are having a difficult time getting to the polls with ballot by mail please advise.

Thank you,

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

c.eason@wallercounty.us

**From:** rosapatlan@aol.com [mailto:rosapatlan@aol.com]
**Sent:** Monday, October 02, 2017 11:00 AM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A. Amsler <j.amsler@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Ellen Shelburne <e.shelburne-tac@wallercounty.us>; Debbie Hollan <d.hollan@wallercounty.us>; Vote <Vote@wallercounty.us>; wallercountydemocraticparty@gmail.com; dsm529@gmail.com
**Subject:** Additional Early Voting Polls

DEFENDANTS001365

Ms. Eason, after assessing the early voting schedule and the effect it will have on early voters, I strongly recommend early voting polls be opened one week in Fieldstore, one week in Turlington, one week in Prairie View, and one week at the university. It is a fact, Constitutional Amendment Elections are generally low interest low turnout. You add a hot issue such as a Bond for a new jail to the ballot and voters take a personal interest. It involves our tax money and personal freedom.

The last thing we would want the voters to feel is we are obstructing and denying them the right to vote by making them travel miles to vote early. Past elections have shown a large number of voters prefer to vote early.

I believe the election office has the funds to add a few more polls so I am asking for re-evaluation and reconsideration.

Thank you.

Rosa Patlan Harris, W. C. Democratic Chair

DEFENDANTS001366

| From: | david@davidwluther.com |
|---|---|
| Sent: | 10/4/2017 4:11:27 PM -0600 |
| To: | Christy Eason <c.eason@wallercounty.us>; 'rosapatlan' <rosapatlan@aol.com> |
| CC: | Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A. Amsler <j.amsler@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Vote <Vote@wallercounty.us>; e.shelburne-tca@wallercounty.us; Debbie Hollan <d.hollan@wallercounty.us>; 'Dr Denise Mattox' <dsm529@gmail.com>; judgecharleston@gmail.com; wallercountydemocraticparty@gmail.com |
| Subject: | RE: RE: Additional Early Voting Polls |

Ms. Harris and to all other interested parties copied above:

My initial instinct was not to wade into this e-mail fray, however; I have been mentioned directly which, in my view, requires a response.

In an e-mail dated today, Ms. Harris, you write:

"***In addition, it's unethical for the county judge and the election administrator to be advising the republican chair whether to open additional boxes. I tried to come to an agreement for unity with him and he said he had to talk to the judge and EA first even though he agreed we needed more boxes. Someone needs to inform the republican chair and the Ethics Commission elected officials do not run the parties.***"

My interpretation of this passage is that:

1.) an ethical issue arises from any communication I may have or have had with county officials relating to the issue of additional early voting poll locations; and

2.) I should be admonished for being unaware that elected officials of the County are not able to dictate procedures to the Political Parties .

In response, I can find no statue or court decision which suggests it is unethical or improper for a political party official to seek information from any elected official of the County relative to matters which concern elections. In this case, it is the political parties who have no jurisdiction or authority to dictate or demand anything from the County. We may request, but we may not demand. Ms. Harris, I believe your e-mail may also mischaracterize my response relating to additional voting locations.

DEFENDANTS001367

So that you might be informed, Section 85.002 of the Texas Election Code establishes that the early voting clerk (the Elections Administrator in our County) shall establish the main early voting polling place. Section 86.062 (a) allows for temporary branch polling place(s) to be established by: (1) the commissioners court, for an election in the which the county clerk (again the EA in Waller County) is the early voting clerk. In my view, these two sections establish that the political parties have no authority in the establishment of any temporary branch polling locations nor does an "agreement for unity" among the parties carry any official weight. My discussions with any county official in this regard were merely fact finding in nature and to suggest otherwise is unfounded and speculative at best. Further, I am confident that dialog with county officials regarding this matter, in my capacity as Republican County Chair, is not only ethical but wise.

With regard to the need for me to be "informed"; I appreciate your concern for my education in the duties of the County Chair of the Republican Party but I assure you I am completely informed in this particular matter. I will agree that the county elected officials should not and will not "run the parties." However, perhaps it is you, Ms. Harris, who may need to brush up a bit on the role played by the political parties in county elections. Your statements to me in our phone conversation and the e-mail quoted above suggests that you may have a fundamental misunderstanding of the very limited role of the political party chairs have in non-primary election matters.

I am in favor of establishing one additional early voting location to be situated at the Prairie View Community Center. This seems to be a fair solution as each commissioner precinct will then have one early voting location. In my opinion, serving as a location for voting is a central to the Community Center's service the Prairie View community. After all it is central to all residents in the area, is easily accessible and has ample parking. I'm sorry but I cannot agree with your arguments to the contrary. I understand that all voting boxes in the County, including the Prairie View campus location, will be open for in-person voting on election day. In light of this fact, I am puzzled by your assertion that not having an early voting location on the Prairie View Campus in some way infringes on the students ability to vote.

I am committed to working to ensure fair elections for all residents of Waller County and to a robust and healthy debate regarding all issues that unnecessarily but all too often divide us.

DWL

DEFENDANTS001368



**David W. Luther**

Chairman

Republican Party of Waller County

Cell: 713-628-7187

www.WallerGop.org

---

**From:** Christy Eason [mailto:c.eason@wallercounty.us]
**Sent:** Tuesday, October 03, 2017 4:56 PM
**To:** rosapatlan
**Cc:** Trey Duhon; Jeron Barnett; Russell Klecka; John A. Amsler; Justin Beckendorff; Vote;
e.shelburne-tca@wallercounty.us; Debbie Hollan; Dr Denise Mattox;
judgecharleston@gmail.com; wallercountydemocraticparty@gmail.com; David Luther
**Subject:** RE: Additional Early Voting Polls

Mrs. Harris,

To clarify, after reading back through my response to your request of reconsidering early voting locations, I find nowhere that I stated I was not able or unwilling to accommodate your request. You asked for reevaluation and I stated facts. I also asked if ballot by mail would be an option for those having difficulty getting to the approved locations. If you will check back to our email dated *August 10th* you will see that you did in fact ask if the county would have the bond on the November ballot and my reply to you was yes. Last week you, Vanessa and I sat at my desk and discussed scheduling workers for the early voting locations and the desire to add locations was never mentioned by you.

However, in an effort to accommodate all voters in each commissioner's precinct, I will place the following item on the Commissioner's Court agenda for consideration and approval:

The addition of an early voting location which is equally assessable to the citizens of the City of Prairie View and students of PVAMU:

**Waller County Community Center**

**21274 FM 1098**

DEFENDANTS001369

**Prairie View, Tx 77446**

October 23, 2017 – October 27, 2017

8:00 am – 5:00 pm

Saturday, October 28, 2017

9:00 am – 1:00 pm

October 30, 2017 – November 2, 2017

8:00 am – 5:00 pm

November 3, 2017

8:00 am – 8:00 pm

I can appreciate your thoughts on working with an Elections Administrator who was flexible with negotiation up to the last minute. I too am open to negotiation, planned in a timely manner and in accordance with the Texas Election Code.

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

DEFENDANTS001370

**From:** rosapatlan [mailto:rosapatlan@aol.com]
**Sent:** Monday, October 02, 2017 5:09 PM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett
<j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A.
Amsler <j.amsler@wallercounty.us>; Justin Beckendorff
<j.beckendorff@wallercounty.us>; Vote <Vote@wallercounty.us>; e.shelburne-
tca@wallercounty.us; Debbie Hollan <d.hollan@wallercounty.us>; Dr Denise
Mattox <dsm529@gmail.com>; judgecharleston@gmail.com;
wallercountydemocraticparty@gmail.com
**Subject:** RE: Additional Early Voting Polls

Yes ma'm that is correct, I did receive this information back in August and I was in agreement with it at that time. The only items on the ballot in August were 7 constitutional amendments. The jail bond was not agreed to at that time. The Commissioners voted to add it to the ballot. Things have changed. All the items you mentioned are not beyond your capacity to change or correct. I worked with an election administrator who was flexible and was able to negotiate up to the last minute, places to vote and times and bring it before Commissioner Court for approval. All it takes is individuals willing to work together for a common goal, for the benefit of the voters. The jail is a big concern to the students of Prairie View and to people of color. Denying them a poll in the university for early voting is an infringement of their rights to vote early. I will fight for the right of students to have a voice. I am sorry you are not able or willing to work this out with the commissioners for the good of the minority community.

Rosa Patlan Harris, WC Democratic Chair

Sent on my Samsung Galaxy S7.

-------- Original message --------

From: Christy Eason <c.eason@wallercounty.us>

Date: 10/2/17 1:25 PM (GMT-06:00)

To: rosapatlan@aol.com

DEFENDANTS001371

Cc: Trey Duhon <t.duhon@wallercounty.us>, Jeron Barnett <j.barnett@wallercounty.us>, Russell Klecka <r.klecka@wallercounty.us>, "John A. Amsler" <j.amsler@wallercounty.us>, Justin Beckendorff <j.beckendorff@wallercounty.us>, Ellen Shelburne <e.shelburne-tac@wallercounty.us>, Debbie Hollan <d.hollan@wallercounty.us>, Vote <Vote@wallercounty.us>, wallercountydemocraticparty@gmail.com, dsm529@gmail.com

Subject: RE: Additional Early Voting Polls

Mrs. Harris,

Thank you for your e-mail requesting additional early voting locations and extended periods of early voting for the 2017 General Election. On August 9, 2017 I sent the list of early voting locations and times, elections day polling locations (in which we opened all 19 locations instead of the consolidated number of locations usually used for an off year election), and poll workers for your approval. You were in agreement with the exception of an early voting ballot board clerk that may need to be changed at a later date. The lists were approved in

Commissioner's Court on August 16th.  You and I have also discussed this matter several times in my office as late as last week and still you voiced your agreement.  To add more locations at this late date would require Commissioner's Court approval, changing ballot location formatting (which has already been proofed and ordered), having all 3 entities who are contracting for election services to change their Notice of Election and public postings (which some have already done) staffing twelve additional poll workers as well as securing four additional locations. We currently have three locations that will be open during early voting in its entirety, two days in each location for twelve hours as well as Saturday hours.  If I can assist any voters that are having a difficult time getting to the polls with ballot by mail please advise.

Thank you,

DEFENDANTS001372

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

**From:** rosapatlan@aol.com [mailto:rosapatlan@aol.com]
**Sent:** Monday, October 02, 2017 11:00 AM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Trey Duhon <t.duhon@wallercounty.us>; Jeron Barnett
<j.barnett@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; John A.
Amsler <j.amsler@wallercounty.us>; Justin Beckendorff
<j.beckendorff@wallercounty.us>; Ellen Shelburne <e.shelburne-
tac@wallercounty.us>; Debbie Hollan <d.hollan@wallercounty.us>; Vote
<Vote@wallercounty.us>; wallercountydemocraticparty@gmail.com;
dsm529@gmail.com
**Subject:** Additional Early Voting Polls

Ms. Eason, after assessing the early voting schedule and the effect it will have on early voters, I strongly recommend early voting polls be opened one week in Fieldstore, one week in Turlington, one week in Prairie View, and one week at the university. It is a fact, Constitutional Amendment Elections are generally low interest low turnout. You add a hot issue such as a Bond for a new jail to the ballot and voters take a personal interest. It involves our tax money and personal freedom.

The last thing we would want the voters to feel is we are obstructing and denying them the right to vote by making them travel miles to vote early. Past elections have shown a large number of voters prefer to vote early.

I believe the election office has the funds to add a few more polls so I am asking for re-evaluation and reconsideration.

Thank you.

Rosa Patlan Harris, W. C. Democratic Chair

DEFENDANTS001373

DEFENDANTS001374