**PLAINTIFF'S EXHIBIT 83**

| From: | Christy Eason <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/6CEC817386174EFFB6A05B7E8344F579-CHRIS> |
|---|---|
| Sent: | 1/8/2018 8:08:33 AM -0700 |
| To: | Trey Duhon <t.duhon@wallercounty.us> |
| Subject: | FW: FW: Primary Election Contract |

This email contradicts her text message. In the text which was sent after the email she stated that she doesn't know what she is signing and that she had gotten no documents. However this email starts off by stating "I have not felt well enough to go over the entire contract" but she had some questions.

As far as the EV locations and times, the run down she gave in the email is what was requested by the Democratic Party and she was informed at that time that I had not met with David yet. I know he will not agree to this. The days and times are all over the place and would be very confusing to voters. I have the list that I intend to propose and am sending it over to Liz so she can look it over. I will send as soon as I get the thumbs up.

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

c.eason@wallercounty.us

**From:** rosapatlan [mailto:rosapatlan@aol.com]
**Sent:** Sunday, January 07, 2018 6:20 PM

DEFENDANTS001255

**To:** Christy Eason <c.eason@wallercounty.us>; Vote <Vote@wallercounty.us>; sylviacedillo@yahoo.com; Gloria Marie Thompson <gloriattax@aol.com>; Gwen Carter <gbcarter@academicplanet.com>
**Subject:** Primary Election Contract

I have not felt well enough to go over the entire contract between parties and Contracting Officer Election Administrator, completely. Although I do have some questions.
I do not want a repeat of the fiasco of last election where I was blamed for a decision, I was not given an opportunity to make.

Does signing this contract in any way give away my negotiation power to select voting polls, times and pollworkers.?

We sat down briefly and discussed early voting for 2 weeks in the courthouse with one Democrat and one Republican in charge for the entire 2 weeks, with the clerks more flexible. The hours are 8-5 except the last Thursday and Friday, which are 7-7. The Sat hrs are 9-3.

We discussed early voting during the first week which starts on Tues, scheduled for Prairie View to include the Sat following with same hrs, 9 -3.

Waller Administration Bldg, Fieldstore, Brookshire Library, and Cane Island will have early voting beginning on second week of early voting, Sat from 9-3 and Monday-Wed from 8-5, with hrs on Thus-Fri 7-7.

PVAMU MSC is Mon-Wed 8-5, Thurs- Friday 7-7. PCT 3 Monaville days are Wed-Friday. Wed 8-5, Thursday -Friday 7-7. At the time we discussed Monaville, we did not have a contested race in Pct 3. We need an early voting place in between Hempstead and Brookshire for the same time as other polls. Too many miles for anyone who wants to vote early to travel.

We discussed

 1.1 no combination of polls during Election Day except pct 19 and 20

Question

1.5  will the pollworkers be paid for their      training?

1.10 convention notices have been approved by SOS. Will EA have those printed?

2.3 did you receive  the referenda to be placed on Democratic Ballot?


I have not received a list of voting polls which will be approved Wed. Please send me a copy of such and any other documents set up for approval.


Thank you Christy

DEFENDANTS001256

Sent from my Samsung Galaxy smartphone.

DEFENDANTS001257