PLAINTIFF'S EXHIBIT 84

| | |
|---|---|
| **From:** | Christy Eason <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/6CEC817386174EFFB6A05B7E8344F579-CHRIS> |
| **Sent:** | 1/19/2018 3:47:31 PM -0700 |
| **To:** | Trey Duhon <t.duhon@wallercounty.us>; Elton Mathis <e.mathis@wallercounty.us> |
| **Subject:** | Early Voting Locations |
| **Attachments:** | MAIN EARLY VOTING Draft1.docx; MAIN EARLY VOTING Draft2.docx |

Alright I'm ducking …… your thoughts?

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

c.eason@wallercounty.us

DEFENDANTS001258

| | |
|---|---|
| **MAIN EARLY VOTING**<br>Waller County Courthouse<br>836 Austin St.<br>Hempstead, TX 77445 | February 20 – 23, 2018<br>**Tuesday – Friday**　　8am – 5pm<br>February 24, 2018<br>**Saturday**　　9am – 2pm<br>February 26 – 28, 2018<br>**Monday – Wednesday**　8am – 5pm<br>March 1 – 2, 2018<br>**Thursday – Friday**　　8am – 8pm |
| **BRANCH EARLY VOTING**<br>Waller Co Community Ctr, FM 1098, Prairie View<br><br>Student Center, PVAMU Campus, Prairie View<br><br><br>Waller Co JP Office Pct 2, Fieldstore Rd. Waller<br>Waller Co JP Office Pct 3, Monaville, Waller | February 20 – 21, 2018<br>**Tuesday - Wednesday**　8am – 5pm<br>February 22 – 23, 2018<br>**Thursday – Friday**　　8am – 5pm<br><br>February 21 – 23, 2018<br>**Wednesday – Friday**　12pm – 8pm<br>February 24, 2018<br>**Saturday**　　9am – 2pm |
| **ADDITIONAL EARLY VOTING**<br>Waller Co. Library, 3815 6th St., Brookshire<br>Waller ISD Admin Bldg., Waller St., Waller<br><br><br>Cane Island Event Ctr., Cane Island Pkwy., Katy | February 26 - 28, 2018<br>**Monday – Wednesday**　8am – 5pm<br>March 1 – 2, 2018<br>**Thursday – Friday**　　8am – 8pm<br><br>March 1 – 2, 2018<br>**Thursday – Friday**　　12pm – 8pm |

DEFENDANTS001259

| WALLER COUNTY EARLY VOTING | 2018 PRIMARY ELECTION | |
|---|---|---|
| **WEEK ONE** | | |
| **TUESDAY – FRIDAY** <br> Feb 20 – 23, 2018 | Waller Co Courthouse | 8am – 5pm |
| **TUESDAY - WEDNESDAY** <br> Feb 20 – 21, 2018 | Community Center, Prairie View | 8am – 5pm |
| **THURSDAY – FRIDAY** <br> Feb 22 -23, 2018 | Student Center PVAMU Campus | 8am – 5pm |
| **WEDNESDAY – FRIDAY** <br> Feb 21 – 23, 2018 | JP 2 Fieldstore, JP 3 Monaville | 12pm – 8pm |
| **SATURDAY** <br> Feb 24, 2018 | Courthouse, Field Store, Monaville | 9am – 2pm |
| **WEEK TWO** | | |
| **MONDAY – WEDNESDAY** <br> Feb 26 – 28, 2018 | Waller Co Courthouse | 8am – 5pm |
| **THURSDAY – FRIDAY** <br> March 1 – 2, 2018 | | 8am – 8pm |
| **MONDAY – WEDNESDAY** <br> Feb 26 – 28, 2018 | Waller Co Library Brookshire | 8am – 5pm |
| **THURSDAY – FRIDAY** <br> March 1 – 2, 2018 | | 8am – 8pm |
| **MONDAY – WEDNESDAY** <br> Feb 26 – 28, 2018 | Waller ISD Admin Bldg | 8am – 5pm |
| **THURSDAY – FRIDAY** <br> March 1 – 2, 2018 | | 8am – 8pm |
| **THURSDAY – FRIDAY** <br> March 1 – 2, 2018 | Cane Island, Katy | 12pm – 8pm |

DEFENDANTS001260