PLAINTIFF'S
EXHIBIT

**86**

| From: | Christy Eason <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/6CEC817386174EFFB6A05B7E8344F579-CHRIS> |
|---|---|
| Sent: | 1/23/2018 2:47:06 PM -0700 |
| To: | Trey Duhon <t.duhon@wallercounty.us> |
| Subject: | EV Polling Locations |
| Attachments: | EV Calendar DRAFT.docx; EV Calendar DRAFT2.docx |

Final schedule ….. approved by David Luther, Liz and Elton and I believe Rosa Harris. I have covered every part of the county adequately. I will put on next weeks agenda. (if you approve ☺)

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

c.eason@wallercounty.us