PLAINTIFF'S EXHIBIT 88

|        |                                                                                                              |
|--------|--------------------------------------------------------------------------------------------------------------|
| From:  | Christy Eason <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/6CEC817386174EFFB6A05B7E8344F579-CHRIS> |
| Sent:  | 3/5/2018 1:11:40 PM -0700                                                                                    |
| To:    | Gary Nemec <g.nemec@wallercounty.us>                                                                         |
| Subject: | Re: Re: Mr. Nemec                                                                                          |

No, all is good. An officer is meeting me in the morning to mark off a few places for voter parking. We will do that also during the next election for Early Voting.

Once again I apologize for your inconvenience.

***Christy A. Eason***
***Elections Administrator***


On Mar 5, 2018, at 1:46 PM, Gary Nemec <g.nemec@wallercounty.us> wrote:

> Thank you for your quick attention and your email.
>
> I called the number on the parking link of the PVAM web site and talke with a Ms Darby.
>
> She was very polite and sympathetic to my complaint about the ticket. She asked me for the
>
> number 17m200000303 and told me the ticket would be cancelled.
>
> If you still want me to stop by just let me know.
>
>
> If I would have talked to her first I would not have sent the email to The Judge and Commissioner.
>
>
> Garrett (Gary) Nemec
>
> Waller County Veteran Service Officer
>
> Next Door to the Post Office
>
> Prairie View TX 77446
>
> g,nemec@wallercounty.us
>
> 979-826-7733 Fax 936-857-9109
> BEST TO CAL FOR AN APPOINTMENT
>
> Send Snail Mail To:

DEFENDANTS001300

826 Austin St. STE 203
Hempstead TX 77445

**From:** Christy Eason
**Sent:** Friday, March 2, 2018 6:29 PM
**To:** Gary Nemec
**Cc:** Trey Duhon; Jeron Barnett
**Subject:** FW: Mr. Nemec

Mr. Nemec,

I do apologize for the inconvenience you encountered while early voting on PVAMU campus. I, myself have been to the Student Center and have seen their parking situation firsthand. However, I would never have excpected that all handicap accessible parking spots would be occupied. Lesson learned, we will communicate our needs of reserved parking spaces for voter use in future elections. I do not believe that this was a situation of officers targeting voters, I do however agree that more parking spaces should be available for disabled drivers.

I have made contact with Mr. Torres, Director of Parking and Transportaton and he agrees that your citation should and will be disregarded. Please stop by the Information Center at the entrance of the campus with your voting ticket and citation and it will promptly be dismissed.

Have a great weekend,

**Christy A. Eason**

**Waller County Elections Administrator**

816 Wilkins Street

Hempstead, Texas 77445

979-826-7643

**c.eason@wallercounty.us**

**From:** Torres,Francis [mailto:frtorres@PVAMU.EDU]
**Sent:** Thursday, March 01, 2018 11:34 AM
**To:** Christy Eason <c.eason@wallercounty.us>
**Cc:** Washington,Fred <fewashington@pvamu.edu>

DEFENDANTS001301

**Subject:** Mr. Nemec

Ms. Eason

I am reaching out to you on Mr. Nemec's email below

*Judge, commissioner Jeron got a $100.00 parking ticket when I early voted at prairie view.*

*I was in there 3 minutes (see attachments). There was absolutely no parking spaces for*

*Disabled veterans. No vacant parking spaces for anyone that couldn't walk any distance.*

*I think the Officer 988 was purposely lying in wait to ticket. Early voters.*

*Making it easier for students to vote looks like a revenue source. Better voting place*

*WCCC.*

1. We are quite strict on parking at PVAMU due to the limited amount of available space on campus.

2. The lot in question has 91 regular spaces and 5 HC slots.

3. This is a very busy lot based upon it's proximity to the MSC, which is the hub of PVAMU

4. Myself, as a retired Veteran of 38 years of service, who is disabled, we do not have special disabled HC slots for Veterans. However, we don't ignore our Veterans, and have special exemptions for parking (see attached)

5. Officer 988 was doing his job patrolling parking spaces.

To resolve the issues of tickets at PVAMU for early voters, I would recommend that the election staff on site, as they greet the voters, inform the voters that if they receive a parking violation while voting, to have the voter come to the Information center on the way out of campus, bring in the citation with proof of voting, and we will dismiss the citation right there.

We do not wish to inconvenience any individual purposefully, but we have to maintain some semblance of order for all at the inconvenience of some.

DEFENDANTS001302

I can be reached at this email or at my personal cell 832-729-4112

Frank Torres

Director, Parking and Transportation Services

PVAMU

DEFENDANTS001303