PLAINTIFF'S EXHIBIT 89

|        |                                                                                                                                                                                                                                                                                                                 |
|--------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| From:  | Trey Duhon <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/T.DUHON>                                                                                                                                                                                                                |
| Sent:  | 12/19/2018 2:46:11 PM -0700                                                                                                                                                                                                                                                                                     |
| To:    | Xante' Wallace <xwallace@prairieviewtexas.gov>                                                                                                                                                                                                                                                                  |
| CC:    | Cindy Jones <c.jones@wallercounty.us>; Amanda Stevens <a.stevens@wallercounty.us>; Christy Eason <c.eason@wallercounty.us>; Elizabeth Dorsey (e.dorsey@wallercounty.us); Stacie Villarreal <Stacie.Villarreal@ag.tamu.edu> |
| Subject: | RE: RE: Zip Code & Extension Agent                                                                                                                                                                                                                                                                            |

Councilman Wallace


It's great to hear from you.   I would be happy to work towards solutions on all of the issues highlighted in your email.

As for the Zip Code, I was a part of the Waller County Sub-Regional Planning Commission back around 2008-2009, when the Commission tried to work with the U.S. Postal Service to resolve the zip code issues in Prairie View and Pattison (roughly the same type of issues – zip codes being used that coincide with the postal office that the delivery comes out of instead of the geographic area or city).   At that time, we actively tried to engage with the USPS in that regards, and quite simply put – they did not want to work with us.

If that has changed, that would be great news.   I believe the key question is – is the USPS going to sit down with us and work with us to try and resolve the issue?   If you or anyone else can at the very least get the Prairie View USPS Postmaster to agree to sit down with us, and I would be happy to be there and be a part of the conversation, and involve anyone else as needed from the County in that regards.   Do you or anyone else have the ability to at least coordinate or get the PV USPS Postmaster to the table??

On the Election issues, I am copying our Elections Administrator Christy Eason on this email as well…   I know that it is her intent to possible revamp the process we currently use when it comes to scheduling early voting locations for elections.   I think it is her intention to have more engagement with the Unviersity and the student representatives in the future, rather than a reliance on party chairman only.   I think much of the issue we saw in this last cycle had to do more with the fact that early voting was not available on campus during the first week of early voting for the General Election, and of course, that was due to the County agreeing to a request by Waller County Democratic Party Chairman not to schedule early voting during the first week so it would not conflict with PVAMU homecoming activities.   The County will not make that mistake again (in relying on Ms. Harris).  The County originally had early voting scheduled during the first week of early voting for the last election, and had the County stayed with that schedule, I believe we would not have seen the issues which were raised in this last election.


All that being said, please keep in mind that at this time, there is still an active lawsuit pending in which the County has been sued by a handful of students (backed by the NAACP), which is not yet resolved.  I want you to be aware of that fact, because obviously it could limit what we

DEFENDANTS001664

can say or do in this area while that lawsuit is pending.

Lastly, on the issue of the PV Co-Op Extension Program, I discussed that issue this morning in open court after a presentation by Stacie Villareal on the 2018 accomplishments of the Texas A&M Agrilife Extension Service office and its staff, Stedman Douglas, Clara Walker, and Debbie Tiner.   We would support the appointing of an extension agent for the PV Co-Op Extension Program but obviously that appointment would come from the PVAMU.   If you have a resolution that you need us to consider, just forward that resolution to Cindy or Amanda, and we will get that on an agenda for discussion and action after the 1st of the year.

Thanks again for your email.   I look forward to working with you, PV City Council and Mayor Allen, and PVAMU, and the students on all of these issues to help making our community better for everyone.   Until then, I hope you have a very Merry Christmas!!



**Carbett "Trey" J. Duhon III**
**Waller County Judge**
836 Austin Street, Ste 203
Hempstead, Texas  77445
(979) 826-7700  phone
(979) 826-2112 fax

E-mail: t.duhon@wallercounty.us

---

**From:** Xante' Wallace [mailto:xwallace@prairieviewtexas.gov]
**Sent:** Tuesday, December 18, 2018 2:56 PM
**To:** Trey Duhon <t.duhon@wallercounty.us>

DEFENDANTS001665

**Subject:** Zip Code & Extension Agent

> CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know that the content is safe.

Good afternoon Judge Duhon,

This is Prairie View City Councilman Xanté Wallace and I wanted to reach out to ask you about two different things:

In previous conversations, we talked about the Zip Code issue and I wanted to know can we start fully working towards that solution for 2019 and set up an initial meeting.

Secondly, I want to start resolving some of these elections issues now before the next big election cycle and we can talk about that as well in the meeting.

Lastly, I have been in connection with the Prairie View Co-Op Extension Program about getting an Extension Agent for the City of Prairie View. Because the agent works with the County as well, I was told that we may need permission from the County and I will write a resolution for the Prairie View City Council to sign off on. Again, for more details we can have a meeting about this.

Please respond with your thoughts and considered actions on these 3 things. Thank you for your time.

Xante Wallace

Prairie View City Councilman Pos. 5

DEFENDANTS001666

From: Xante' Wallace <xwallace@prairieviewtexas.gov>
Sent: 1/9/2019 8:35:24 AM -0700
To: Trey Duhon <t.duhon@wallercounty.us>
Subject: Re: Re: Zip Code & Extension Agent

CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know that the content is safe.

Good morning Judge Duhon,

I hope your Holiday Break was a great and restful one. As we enter in the New Year, first I want to thank you for your response for those issues stated per my last email are definitely on my list to address this year.

I am actively working with a couple people to get the USPS Postmaster to sit down in a conversation with us and I will keep you posted on the results of that attempt.

I will be contacting Mrs. Eason soon to set up an initial meeting to talk about last year's election and how can we move forward before beginning the next election cycle in a couple months.

I am attempting to present the Resolution for the Co-Op Extension to City Council on Monday because we have not had the chance to meet yet, and if approved, I will send that over to you.

Lastly, I wanted to inquire about the Waller County Community Center. I know that there is a fee for booking events in that venue, but the City of Prairie View is attempting to establish a new tradition in a 3-week Initiative called "Protect the Village" where we bring together the City through multiple events that include Community Service, Social Bonding, and Historical Preservation. I was wondering, since this is a City initiative, can the fee be waived for the City to use the Waller County Community Center on a couple particular dates? I can also send you the full proposal for the initiative so you can get an accurate idea of what it is, if needed, to help you make a decision.

Thank you for your time.

Councilman Xante Wallace

On Wed, Dec 19, 2018 at 3:46 PM Trey Duhon <t.duhon@wallercounty.us> wrote:

> Councilman Wallace
>
> It's great to hear from you. I would be happy to work towards solutions on all of the issues highlighted in your email.
>
> As for the Zip Code, I was a part of the Waller County Sub-Regional Planning Commission back around 2008-2009, when the Commission tried to work with the U.S. Postal Service to resolve the zip code issues in Prairie View and Pattison (roughly the same type of issues – zip codes being used that coincide with the postal office that the delivery comes out of instead of the

DEFENDANTS001667

geographic area or city). At that time, we actively tried to engage with the USPS in that regards, and quite simply put – they did not want to work with us.

If that has changed, that would be great news. I believe the key question is – is the USPS going to sit down with us and work with us to try and resolve the issue? If you or anyone else can at the very least get the Prairie View USPS Postmaster to agree to sit down with us, and I would be happy to be there and be a part of the conversation, and involve anyone else as needed from the County in that regards. Do you or anyone else have the ability to at least coordinate or get the PV USPS Postmaster to the table??

On the Election issues, I am copying our Elections Administrator Christy Eason on this email as well… I know that it is her intent to possible revamp the process we currently use when it comes to scheduling early voting locations for elections. I think it is her intention to have more engagement with the Unviersity and the student representatives in the future, rather than a reliance on party chairman only. I think much of the issue we saw in this last cycle had to do more with the fact that early voting was not available on campus during the first week of early voting for the General Election, and of course, that was due to the County agreeing to a request by Waller County Democratic Party Chairman not to schedule early voting during the first week so it would not conflict with PVAMU homecoming activities. The County will not make that mistake again (in relying on Ms. Harris). The County originally had early voting scheduled during the first week of early voting for the last election, and had the County stayed with that schedule, I believe we would not have seen the issues which were raised in this last election.

All that being said, please keep in mind that at this time, there is still an active lawsuit pending in which the County has been sued by a handful of students (backed by the NAACP), which is not yet resolved. I want you to be aware of that fact, because obviously it could limit what we can say or do in this area while that lawsuit is pending.

Lastly, on the issue of the PV Co-Op Extension Program, I discussed that issue this morning in open court after a presentation by Stacie Villareal on the 2018 accomplishments of the Texas A&M Agrilife Extension Service office and its staff, Stedman Douglas, Clara Walker, and Debbie Tiner. We would support the appointing of an extension agent for the PV Co-Op Extension Program but obviously that appointment would come from the PVAMU. If you have a resolution that you need us to consider, just forward that resolution to Cindy or Amanda, and we will get that on an agenda for discussion and action after the 1st of the year.

Thanks again for your email. I look forward to working with you, PV City Council and Mayor Allen, and PVAMU, and the students on all of these issues to help making our community better for everyone. Until then, I hope you have a very Merry Christmas!!

DEFENDANTS001668



**Carbett "Trey" J. Duhon III**
**Waller County Judge**
836 Austin Street, Ste 203
Hempstead, Texas 77445
(979) 826-7700 phone
(979) 826-2112 fax

E-mail: t.duhon@wallercounty.us

---

**From:** Xante' Wallace [mailto:xwallace@prairieviewtexas.gov]
**Sent:** Tuesday, December 18, 2018 2:56 PM
**To:** Trey Duhon <t.duhon@wallercounty.us>
**Subject:** Zip Code & Extension Agent

*CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know that the content is safe.*

Good afternoon Judge Duhon,

This is Prairie View City Councilman Xanté Wallace and I wanted to reach out to ask you about two different things:

In previous conversations, we talked about the Zip Code issue and I wanted to know can we start fully working towards that solution for 2019 and set up an initial meeting.

Secondly, I want to start resolving some of these elections issues now before the next big election cycle and we can talk about that as well in the meeting.

Lastly, I have been in connection with the Prairie View Co-Op Extension Program about getting an Extension Agent for the City of Prairie View. Because the agent works with the County as well, I was told that we may need permission from the County and I will write a resolution for the Prairie View City Council to sign off on. Again, for more details we can have a meeting about this.

Please respond with your thoughts and considered actions on these 3 things. Thank you for your time.

Xante Wallace

Prairie View City Councilman Pos. 5

DEFENDANTS001670

| From: | Trey Duhon <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/T.DUHON> |
|---|---|
| Sent: | 1/9/2019 11:28:45 AM -0700 |
| To: | Xante' Wallace <xwallace@prairieviewtexas.gov> |
| CC: | Amanda Stevens <a.stevens@wallercounty.us> |
| BCC: | Christy Eason <c.eason@wallercounty.us> |
| Subject: | RE: RE: Zip Code & Extension Agent |

Xante

Thank you for the update in regards to the USPS, election issues, and the co-op extension.

On the Waller County Community Center, the answer to your question is "yes". All you need to do is get with my assistant Amanda, work out the dates, and then she will place it on the Commissioners Court agenda to approve the waiver of the fee for the event…

I have copied her on this email so she is aware of it.



**Carbett "Trey" J. Duhon III**
**Waller County Judge**
836 Austin Street, Ste 203
Hempstead, Texas 77445
(979) 826-7700 phone
(979) 826-2112 fax

E-mail: t.duhon@wallercounty.us

**From:** Xante' Wallace [mailto:xwallace@prairieviewtexas.gov]

DEFENDANTS001671

**Sent:** Wednesday, January 09, 2019 9:35 AM
**To:** Trey Duhon <t.duhon@wallercounty.us>
**Subject:** Re: Zip Code & Extension Agent

> CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know that the content is safe.

Good morning Judge Duhon,

I hope your Holiday Break was a great and restful one. As we enter in the New Year, first I want to thank you for your response for those issues stated per my last email are definitely on my list to address this year.

I am actively working with a couple people to get the USPS Postmaster to sit down in a conversation with us and I will keep you posted on the results of that attempt.

I will be contacting Mrs. Eason soon to set up an initial meeting to talk about last year's election and how can we move forward before beginning the next election cycle in a couple months.

I am attempting to present the Resolution for the Co-Op Extension to City Council on Monday because we have not had the chance to meet yet, and if approved, I will send that over to you.

Lastly, I wanted to inquire about the Waller County Community Center. I know that there is a fee for booking events in that venue, but the City of Prairie View is attempting to establish a new tradition in a 3-week Initiative called "Protect the Village" where we bring together the City through multiple events that include Community Service, Social Bonding, and Historical Preservation. I was wondering, since this is a City initiative, can the fee be waived for the City to use the Waller County Community Center on a couple particular dates? I can also send you the full proposal for the initiative so you can get an accurate idea of what it is, if needed, to help you make a decision.

Thank you for your time.

Councilman Xante Wallace

DEFENDANTS001672

On Wed, Dec 19, 2018 at 3:46 PM Trey Duhon <t.duhon@wallercounty.us> wrote:

Councilman Wallace

It's great to hear from you.   I would be happy to work towards solutions on all of the issues highlighted in your email.

As for the Zip Code, I was a part of the Waller County Sub-Regional Planning Commission back around 2008-2009, when the Commission tried to work with the U.S. Postal Service to resolve the zip code issues in Prairie View and Pattison (roughly the same type of issues – zip codes being used that coincide with the postal office that the delivery comes out of instead of the geographic area or city).   At that time, we actively tried to engage with the USPS in that regards, and quite simply put – they did not want to work with us.

If that has changed, that would be great news.   I believe the key question is – is the USPS going to sit down with us and work with us to try and resolve the issue?   If you or anyone else can at the very least get the Prairie View USPS Postmaster to agree to sit down with us, and I would be happy to be there and be a part of the conversation, and involve anyone else as needed from the County in that regards.   Do you or anyone else have the ability to at least coordinate or get the PV USPS Postmaster to the table??

On the Election issues, I am copying our Elections Administrator Christy Eason on this email as well…   I know that it is her intent to possible revamp the process we currently use when it comes to scheduling early voting locations for elections.   I think it is her intention to have more engagement with the Unviersity and the student representatives in the future, rather than a reliance on party chairman only.   I think much of the issue we saw in this last cycle had to do more with the fact that early voting was not available on campus during the first week of early voting for the General Election, and of course, that was due to the County agreeing to a request by Waller County Democratic Party Chairman not to schedule early voting during the first week so it would not conflict with PVAMU homecoming activities.  The County will not make that mistake again (in relying on Ms. Harris).  The County originally had early voting scheduled during the first week of early voting for the last election, and had the County stayed with that schedule, I believe we would not have seen the issues which were raised in this last election.

All that being said, please keep in mind that at this time, there is still an active lawsuit pending in which the County has been sued by a handful of students (backed by the NAACP), which is not yet resolved.  I want you to be aware of that fact, because obviously it could limit what we can say or do in this area while that lawsuit is pending.

Lastly, on the issue of the PV Co-Op Extension Program, I discussed that issue this morning in open court after a presentation by Stacie Villareal on the 2018 accomplishments of the Texas A&M Agrilife Extension Service office and its staff, Stedman Douglas, Clara Walker,

DEFENDANTS001673

and Debbie Tiner.   We would support the appointing of an extension agent for the PV Co-Op Extension Program but obviously that appointment would come from the PVAMU.   If you have a resolution that you need us to consider, just forward that resolution to Cindy or Amanda, and we will get that on an agenda for discussion and action after the 1st of the year.

Thanks again for your email.   I look forward to working with you, PV City Council and Mayor Allen, and PVAMU, and the students on all of these issues to help making our community better for everyone.   Until then, I hope you have a very Merry Christmas!!



**Carbett "Trey" J. Duhon III**
**Waller County Judge**
836 Austin Street, Ste 203
Hempstead, Texas  77445
(979) 826-7700  phone
(979) 826-2112 fax

E-mail:  t.duhon@wallercounty.us

---

**From:** Xante' Wallace [mailto:xwallace@prairieviewtexas.gov]
**Sent:** Tuesday, December 18, 2018 2:56 PM
**To:** Trey Duhon <t.duhon@wallercounty.us>
**Subject:** Zip Code & Extension Agent

CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you

DEFENDANTS001674