PLAINTIFF'S EXHIBIT 94

# PRAIRIE VIEW A&M UNIVERSITY

A Member of the Texas A&M University System

July 25, 2013

Glenn Beckendorff
Waller County Judge
836 Austin St., Suite 203
Hempstead, TX 77445

Greetings,

My name is Priscilla Barbour, and I am the president of the Prairie View A&M University Student Government Association. I am writing on behalf of the 8,425 students enrolled at the university. We request a polling location be placed at the Memorial Student Center located on the campus of Prairie View A&M University. This is incumbent to the Waller County administration as we find the lack of a polling location on the campus violates Sec. II of the Voting Rights Act for the following reasons: Students have to walk over a mile from housing areas to vote at the nearest location.

Waller County has previously denied polling locations on campus. However, the City of Prairie View has made an effort to accommodate the student body. Lastly, the county claims that the Memorial Student Center is unfitting to facilitate an election. However, the current location is less accommodating, seeing that for the national election students had to stand in a line that stretched to one of the busiest roads in the area.

The Prairie View A&M Student Government Association requests that Waller County comply with the aforementioned provisions no later than October 1, 2013. This measure will allow time to ensure that students are aware of the easier access for casting their vote in the upcoming November elections. Access is a problem, at present, for students for the following reasons: (1) Many students do not have access to transportation. Therefore, they are required to walk over a mile to vote. (2) Also, it has been an issue for students with physical impairments to vote if they do not have transportation. (3) Lastly, students have been faced with an extensive wait period that unfortunately prevented them from voting due to time conflicts with classes.

Additional evidence of voter suppression in violation of Sec. II of the Voting Rights Act can be provided in the form of photographs, written and oral testimony. We are prepared to offer this information to you in person. Accordingly, the Prairie View A&M Student Government Association requests a meeting at your earliest convenience to further discuss this matter.

An email copy will be sent to your office and our phone number appears in the footer of this communication. It is my hope that we can work together to resolve this matter. As an elected official, I am certain you understand the importance of upholding Federal law, and the sanctity of our vote.

With Respect,


Priscilla R. Barbour
Student Government Association President
pbarbour@student.pvamu.edu

Cc: Rick Perry, Governor, State of Texas
    John Sharp, Chancellor of the Texas A&M University System
    Dr. George C. Wright- President, Prairie View A&M University
    Representative Cecil Bell- District 3
    Senator Glen Hegar- District 18
    Attorney General Greg Abbott
    John A. Amsler- Precinct 1 Commissioner
    Frank Pokluda- Precinct 2 Commissioner
    Jeron Barnett- Precinct 3 Commissioner
    Stan Kitzman- Precinct 4 Commissioner
    Ellen C. Shelburne- County Tax Assessor-Collector/ Voter Registrar