PLAINTIFF'S EXHIBIT 96

| | |
|---|---|
| From: | Sam Taylor <STaylor@sos.texas.gov> |
| Sent: | 10/30/2018 7:53:43 PM -0600 |
| To: | Trey Duhon <t.duhon@wallercounty.us>; Rolando Pablos <RPablos@sos.texas.gov> |
| CC: | John A. Amsler <j.amsler@wallercounty.us>; Russell Klecka <r.klecka@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Debbie Hollan <d.hollan@wallercounty.us>; Christy Eason <c.eason@wallercounty.us> |
| Subject: | Correspondence from Secretary Pablos |
| Attachments: | Correspondence_Judge Trey Duhon_10.30.2018.pdf |

*CAUTION: This email originated from outside of the County. Do not click links or open attachments unless you recognize the sender and know that the content is safe.*

Judge Duhon,

Please find the attached correspondence from Secretary Pablos regarding extended hours for the on campus polling location at Prairie View A&M. Please feel free to reach out to the Secretary at your earliest convenience.

Best,

**Sam Taylor**

Communications Director

Texas Secretary of State

Office: 512-463-6116

Cell: 512-538-5293

STaylor@sos.texas.gov

DEFENDANTS001511



DEFENDANTS001512

# The State of Texas



Executive Division
Capitol Building, 1E.8
P.O. Box 12697
Austin, Texas 78711-2697

Phone: 512-463-5770
Fax: 512-475-2761
Dial 7-1-1 For Relay Services
www.sos.state.tx.us

Rolando B. Pablos
Secretary of State

October 30, 2018

The Honorable Carbett "Trey" J. Duhon III
Waller County Judge
836 Austin Street, Suite 203
Hempstead, TX 77445

Judge Duhon:

Thank you for your service to the people and voters of Waller County. I have been proud to work together with Waller County officials to ensure that the students at Prairie View A&M University are properly registered and ready to make their voices heard in this year's General Election and in future elections. Earlier this month we released a joint statement confirming that "no students will be impeded, hampered, or otherwise delayed in exercising their constitutional right to cast a ballot in the upcoming General Election."

In the spirit of our mutual desire to allow maximum access to the Texas voters in your county, I respectfully request that you follow the example of Hays County last week and expand voting hours at the on campus polling location at Prairie View A&M University throughout the remainder of this final week of the Early Voting period in Texas.

Our office understands we have no authority to compel Waller County to expand voting hours at a specific location, nor are we opining on the legality of the Commissioners Court's previous actions in this regard. However, we urge you to take any steps practicable to expand access for students wishing to cast their ballots at a convenient location on campus on Thursday and Friday of this week.

One of my primary goals as Texas' Secretary of State has been to instill a culture of civic participation among the youngest generation of Texas voters. Toward that goal, I want to work with Waller County to find a solution that will offer more opportunities to participate in the electoral process as we conclude the final week of Early Voting in Texas.

Please feel free to reach out to me directly at your earliest convenience with any questions or concerns.

Sincerely,

Rolando B. Pablos
Texas Secretary of State

1

DEFENDANTS001513

CC: Commissioner John A. Amsler, Precinct 1
Commissioner Russell Klecka, Precinct 2
Commissioner Jeron Barnett, Precinct 3
Commissioner Justin Beckendorff, Precinct 4
Christy A. Eason, Waller County Elections Administrator
Debbie Hollan, Waller County Clerk

DEFENDANTS001514

| From: | Trey Duhon <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/T.DUHON> |
|---|---|
| Sent: | 10/31/2018 4:08:47 PM -0600 |
| To: | Rolando Pablos <RPablos@sos.texas.gov> |
| CC: | John A. Amsler <j.amsler@wallercounty.us>; Jeron Barnett <j.barnett@wallercounty.us>; Justin Beckendorff <j.beckendorff@wallercounty.us>; Debbie Hollan <d.hollan@wallercounty.us>; Christy Eason <c.eason@wallercounty.us>; Sam Taylor <STaylor@sos.texas.gov>; Elton Mathis <e.mathis@wallercounty.us>; Gunnar Seaquist <GSeaquist@bickerstaff.com>; Elizabeth Dorsey (e.dorsey@wallercounty.us) |
| Subject: | RE: RE: Correspondence from Secretary Pablos |
| Attachments: | WCCC Distance to MSC.png |

Secretary Pablos


Thank you for your letter dated October 30, 2018.  As you well know, Waller County has and will continue to work with your office, PVAMU and all stakeholders to always make sure that students at PVAMU are property registered  and are able to vote.  We very much appreciate your request that we extend early voting throughout the remainder of the final week of early voting in Texas.


It is important to note that early voting is available to the students at PVAMU for Thursday and Friday of this week.   On the attached, you will see the location of the Waller County Community Center, which was built on land donated to the County by PVAMU for the purposes of building a community center to bring the citizens of Prairie View, the County, and the students together for activities such as voting.  We are very proud of the Community Center, which was completed two years ago at a cost to the County of approximately $1.2M.  One of the PVAMU sororities even rented the center for a Homecoming event last Saturday.   As you can see on the attached, the Community Center is 1,432 ft from the Memorial Student Center (basically a quarter of mile).   It is not over 1 mile away, as has been suggested in the Federal Lawsuit filed against Waller County by the NAACP.

Last Wednesday and Thursday, our Waller County Commissioners Court engaged in negotiations with the Plaintiff's attorneys and met informally with Judge Henan in downtown Houston.  As you probably know, the NAACP withdrew their request for a temporary restraining order in which they were going to seek additional early voting days.   In fact, the Commissioners Court on Thursday of last week, voted to expand the hours of the Campus poll by 9 hours and added a Sunday early voting poll at Prairie View City Hall

DEFENDANTS001515

on Sunday from 12 am to 5 pm, which added 14 hours of early voting to the one week of early voting that had already been scheduled.

We believe that providing early voting on Thursday and Friday at the Community Center is the best option because it is accessible to the students AND citizens of Waller County (especially citizens of Prairie View)… And we believe that Judge Henan did not draw any distinction between the two locations… since both of them are on university property, and the Judge noted that you would be hard pressed to find a student that doesn't have a cell phone with GPS to find any building close by… So, any assertion that students do not have access to early voting on Thursday and Friday is simply not true.

More importantly, what you have requested is not possible for two primary reasons. First, at this point, with the expanding voting we have provided, our Elections Administrator Christy Eason has advised that she does not have the resources in both equipment, or manpower, to staff any additional locations at this point and time, and more importantly, any decision to change the early voting schedule by the Waller County Commissioners Court would have to be conducted in accordance with the Texas Open Meetings Act with 72 hours posted notice. Being that this situation has been discussed at length since last week and in front of Judge Henan, your request, according to our legal counsel, does not meet the standards of an "emergency" for us to conduct an emergency meeting of the Commissioners Court. In conclusion, in order to honor your request that would require the County to violate Texas law, and we cannot do that, respectfully. I'm sure that whatever Hays County did in relation to early voting there was done in accordance with Texas law.

As we move forward, we will continue to work with your office, PVAMU, the city of Prairie View, student leaders, and all county stakeholders to provide more opportunities to participate in the electoral process, within the resources that we have available. As you know, in a County that is one of the fastest growing counties in the State, this is a constant challenge, and we will continue to work with all parties to find solutions that makes early voting accessible to all citizens and students.

It is interesting to note that there are other counties such as Harris County, that do not provide any early voting locations on campus at any of the higher education institutions within their boundaries, such as the University of Houston or Rice University. We are very proud to have extended early voting to the PVAMU campus three years ago, for the first time in PVAMU

DEFENDANTS001516

history.  I would hope that other counties that have universities and colleges within their boundaries receive the same outreach from your office going forward in order to ensure that a culture of civic participation among the youngest generation of Texas voters is instilled THROUGHOUT the state of Texas.

BY COPY OF THIS EMAIL – I AM ADVISING WALLER COUNTY COMMISSIONERS THAT ARE COPIED ON THIS EMAIL THAT THEY DO NOT REPLY OR RESPOND TO THIS EMAIL.



**Carbett "Trey" J. Duhon III**
**Waller County Judge**
836 Austin Street, Ste 203
Hempstead, Texas  77445
(979) 826-7700  phone
(979) 826-2112 fax

E-mail: t.duhon@wallercounty.us

DEFENDANTS001517