PLAINTIFF'S EXHIBIT 97

# MINUTES

## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – JANUARY 4, 2012

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 4th day of January 2012, at its meeting place in the Waller County Courthouse, Hempstead, Texas. The meeting was called to order at 9:00 a.m. with the following members of the Court present to-wit:

Glenn Beckendorff, County Judge
Odis Styers, Commissioner Precinct 1
Frank Pokluda, Commissioner Precinct 2
Sylvia Cedillo, Commissioner Precinct 3
Stan Kitzman, Commissioner Precinct 4
Stephanie Tompkins, Deputy County Clerk

Delivery of Invocation by: Commissioner Styers
Pledge to the American Flag and Texas Flag led by: Commissioner Kitzman

1. Approval of Agenda.
   Motion to approve by Commissioner Cedillo, seconded by Commissioner Kitzman.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

2. Approval of the minutes.
   No minutes to be approved – No action taken.

## PUBLIC COMMENT - None

## SHERIFF

3. Authorize Sheriff's Office personnel and/or other person selected by County Judge to contact local Government Entities to include the presentations on behalf of Waller County in regards to the approximate purchase price of $813,000.00 to Motorola for First Responder Communications.
   Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## COUNTY JUDGE

4. Discuss and take action to approve the Waller County Commissioners Court Agenda Request Form.

DEFENDANTS000343

Motion to approve by Commissioner Pokluda, seconded by Commissioner Styers.
**Motion carried.**
*Judge Glenn Beckendorff – Yes*   *Commissioner Styers – Yes*   *Commissioner Pokluda – Yes*
*Commissioner Cedillo – Yes*   *Commissioner Kitzman – Yes*

## DISTRICT ATTORNEY

5.  Discuss and take action to authorize the Waller County Treasurer to accept funds from the Waller County District Attorney, and to use those funds to pay salary supplements to employees of the District Attorney's Office for fiscal year 2012.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Cedillo.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*   *Commissioner Styers – Yes*   *Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes*   *Commissioner Kitzman – Yes*

## CONSTABLE, PRECINCT 4

6.  Discuss and take action to approve the Official Bond and Oath for Dalton Bock.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Cedillo.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*   *Commissioner Styers – Yes*   *Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes*   *Commissioner Kitzman – Yes*

## MISCELLANEOUS

7.  Discuss and take action to approve Court Order setting the pay for Jurors in 2012 and providing food and lodging for Jurors in certain cases and instances.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Kitzman.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*   *Commissioner Styers – Yes*   *Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes*   *Commissioner Kitzman – Yes*

8.  Discuss and take action to approve Court Order setting allowances for travel outside the County in 2012.

    Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.

    Motion to amend item by Commissioner Pokluda, seconded by Commissioner Styers to insert .51 cents per mile and $36.00 for meals, overnight.

    Motion to amend amendment by Commissioner Kitzman, seconded by Commissioner Cedillo to strike out .51 cents and insert .55 cents per mile.
    **Amended Amendment carried.**
    *Judge Glenn Beckendorff – Yes*   *Commissioner Styers – Yes*   *Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes*   *Commissioner Kitzman – Yes*
    **Amendment carried.**
    *Judge Glenn Beckendorff – Yes*   *Commissioner Styers – Yes*   *Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes*   *Commissioner Kitzman – Yes*
    **Amended Motion carried.**
    *Judge Glenn Beckendorff – Yes*   *Commissioner Styers – Yes*   *Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes*   *Commissioner Kitzman – Yes*

DEFENDANTS000344

9. Discuss and take action to approve the payment of:

   - $1,306.52 to Houston Galveston Areas Council for 2012 membership dues, to be taken from Line Item 125-411-562300 [County Organizational Dues].

   - $1,571.00 to Second Administrative Judicial Region of Texas for Waller County's proportionate share to be taken from Line Item 125-422-541600 [Pro Rata Share Court Expense].

   Motion to approve by Commissioner Pokluda, seconded by Commissioner Cedillo.
   **Motion carried**.
   *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

10. Discuss and take action to approve switching the Veteran's Services and the Law Library office locations.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Styers.
    **Motion carried**.
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

11. Discuss and take action to declare the County Judge's law books as surplus or salvage property and dispose the property pursuant to Local Government Code § 263.152.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Styers.
    **Motion carried**.
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## TREASURER

12. Request by County Treasurer for approval of Treasurer's Report.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Pokluda.
    **Motion carried**.
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## COUNTY CLERK

13. Update on 2012 Primary Elections.

    Robyn German, Waller County Elections Consultant addressed the court with update on the 2012 Primary Elections. The Primary Election has been set for April 3, 2012 and June 5, 2012 will be the Primary Run-off Election.

DEFENDANTS000345

14. ~~Discuss and take action to approve the transfer of the following amounts to line item #125-403-532000 [Election Expense] for additional purchase of election equipment and licenses:~~
    - ~~$474.05 from line item #125-403-544200 [Election Notices]~~
    - ~~$92.00 from line item #125-403-545100 [Maintenance/Equipment]~~
    - ~~$241.90 from line item #125-403-581810 [Equipment Lease/Purchase]~~

    **Item WITHDRAWN.**

## ADJOURN MEETING

Motion to adjourn meeting by Commissioner Styers, seconded by Commissioner Cedillo.
**Motion carried.**

*Judge Glenn Beckendorff – Yes*  *Commissioner Styers – Yes*  *Commissioner Pokluda – Yes*
*Commissioner Cedillo – Yes*  *Commissioner Kitzman – Yes*

Meeting was **ADJOURNED** at 9:32 a.m.

**APPROVED** this the 11th day of January, 2012.

_____
Glenn Beckendorff
County Judge

ATTEST:

Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas

By: _____
Stephanie Tompkins, Deputy County Clerk

# NOTICE OF WALLER COUNTY JOINT PRIMARY ELECTIONS
*AVISO DE ELECCIÓN PRIMARIA CONJUNTA DEL CONDADO DE WALLER*

To the registered voters of the County of Waller, Texas:
*A los votantes registrados del Condado de Waller, Texas:*

Notice is hereby given that the polling places listed below will be open from 7:00 a.m. to 7:00 p.m. April 3, 2012, for the voting in the Joint Primary Elections.

Se hace saber que las casillas electorales se enumeran a continuación estarán abiertos de 7:00 am a 7:00 pm 03 de abril 2012, para la votación en las elecciones primarias conjuntas.

## LOCATIONS OF ELECTION DAY POLLING PLACES:
*LUGARES DE VOTACIÓN DEL DÍA DE ELECCIÓN:*

| Precinct | Location |
|---|---|
| **Precinct 101** [*Precinto Principal 101*] | St Bartholomew's Episcopal Church, 811 14th Street |
| **Precinct 102** [*Precinto Principal 102*] | Waller County Annex Bldg.[Road & Bridge Building], 775 Business 290 |
| **Precinct 103** [*Precinto Principal 103*] | Hempstead High School Library, 801 Donoho |
| **Precinct 104** [*Precinto Principal 104*] | Waller County Fairgrounds, 21988 FM359 |
| **Precinct 105** [*Precinto Principal 105*] | Rolling Hills Volunteer Fire Deparment, 31541 FM 1736 |
| **Precinct 206** [*Precinto Principal 206*] | Fieldstore County Building – JP 2, 29388 Fieldstore Road |
| **Precinct 207** [*Precinto Principal 207*] | Houston Oaks Country Club, 26705 Magnolia Road, Hockley |
| **Precinct 208** [*Precinto Principal 208*] | Waller Junior High School, 2402 Waller Street |
| **Precinct 209** [*Precinto Principal 209*] | **Voting in Precinct 208** – Waller Junior High School, 2402 Waller St. |
| **Precinct 310** [*Precinto Principal 310*] | Waller County Community Center, 21274 FM 1098 |
| **Precinct 311** [*Precinto Principal 311*] | Prairie View City Hall, 44500 Highway Business 290 East |
| **Precinct 312** [*Precinto Principal 312*] | Monaville County Building – JP 3, 12620 FM 1887 |
| **Precinct 313** [*Precinto Principal 313*] | Monaville Fire Station, 13631 Cochran Road |
| **Precinct 314** [*Precinto Principal 314*] | Adams Flat County Building, 36249 FM 529 |
| **Precinct 415** [*Precinto Principal 415*] | Mt. Zion Methodist Church, 40998 Mt. Zion Road |
| **Precinct 416** [*Precinto Principal 416*] | Pattison Area Volunteer Fire Dept., 2950 FM 359 North |
| **Precinct 417** [*Precinto Principal 417*] | Brookshire Convention Center, 4027 5th Street |
| **Precinct 418** [*Precinto Principal 418*] | Brookshire Masonic Lodge, 819 Purdy Street |
| **Precinct 419** [*Precinto Principal 419*] | Houston Executive Airport, 1900 Cardiff Road, Brookshire |
| **Precinct 420** [*Precinto Principal 420*] | **Voting in Precinct 421** – Katy VFW Hall, 6202 George Bush Ave. |
| **Precinct 421** [*Precinto Principal 421*] | Katy VFW Hall, 6202 George Bush Avenue |

## EARLY VOTING BY PERSONAL APPEARANCE WILL BE CONDUCTED AS FOLLOWS:
*LA VOTACIÓN ANTICIPADA EN PERSONA SE LLEVARÁ A CABO DE LA SIGUIENTE MANERA:*

**April 3, 2012 Waller County Joint Primary Election Early Voting Schedule and Location:**
*Elección Primaria Conjunta del Condado de Waller el 3 de Abril de 2012 Lugares y horarios de votación anticipada:*

## MAIN EARLY VOTING LOCATION AND HOURS
*LOCALIDAD CENTRAL DE VOTACIÓN ANTICIPADA Y HORARIOS*

**Waller County Elections Office, 836 Austin Street, Assembly Room** [*Sala de Asamblea*]

DEFENDANTS000347

NOTICE OF WALLER COUNTY JOINT PRIMARY ELECTION
*AVISO DE ELECCIÓN PRIMARIA CONJUNTA DEL CONDADO DE WALLER*

## BRANCH EARLY VOTING LOCATIONS & HOURS
*SUCURSALES DE VOTACIÓN ANTICIPADA Y HORARIOS*

March 22nd thru March 24th, 2012        7:00 a.m. – 7:00 p.m.
*22 de Marzo al 24 de Marzo 2012*        *7:00 a.m. - 7:00 p.m*

| Houston Oaks Country Club | Waller County Community Center | Brookshire Convention Center |
|---|---|---|
| 26705 Magnolia Road, Hockley | 21274 FM 1098, Prairie View | 4027 5th Street, Brookshire |

**Applications for ballot by mail shall be mailed to:**
*Las solicitudes de boletas para votar por correo se deben enviar a:*

Waller County Elections Office
Debbie Hollan, Early Voting Clerk
836 Austin Street, Suite 103
Hempstead, Texas 77445

Applications for ballot by mail must be received no later than the close of business on March 27th, 2012.
*Las solicitudes de boletas para votar por correo se deben recibir a más tardar al cierre de oficinas del 27 de Marzo de 2012.*

_____           _____
Debbie Hollan, County Clerk                  County Judge, Glenn Beckendorff
Early Voting Clerk                           *Juez del Condado, Glenn Beckendorff*
*Debbie Hollan, Oficial del Condado*
*Secretario de votación adelantada*

## PUBLIC NOTICE OF TEST
## OF
## AUTOMATIC TABULATING EQUIPMENT

Notice is hereby given the automatic tabulating equipment that will be used in the Waller County Joint Primary Elections held on April 3, 2012 will be tested on Wednesday, February 15, 2012 - 7:30 A.M. at the Waller County Election Office located at 836 Austin Street, Hempstead, Texas to ascertain that it will accurately count the votes cast for all offices.

_____
Debbie Hollan, County Clerk
Early Voting Clerk

## AVISO PÚBLICO DE PRUEBA DEL
## EQUIPO DE TABULACIÓN AUTOMÁTICO

Se hace saber al equipo de tabulación automático que se utiliza en el Condado de Waller Conjunto de las elecciones primarias celebradas el 03 de abril 2012 se pondrá a prueba el Miércoles, Febrero 15, 2012 - 7:30 AM en la Oficina de Elecciones del Condado de Waller ubicado en 836 Austin Street, Hempstead, Texas, para determinar con precisión que se cuentan los votos emitidos a favor de todas las oficinas.

_____
Debbie Hollan, Oficial del Condado
*Secretario de votación adelantada*

DEFENDANTS000348

# MINUTES

## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – JANUARY 11, 2012

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 11th day of January 2012, at its meeting place in the Waller County Courthouse, Hempstead, Texas. The meeting was called to order at 9:02 a.m. with the following members of the Court present to-wit:

Glenn Beckendorff, County Judge
Odis Styers, Commissioner Precinct 1
Frank Pokluda, Commissioner Precinct 2
Sylvia Cedillo, Commissioner Precinct 3
Stan Kitzman, Commissioner Precinct 4
Stephanie Tompkins, Deputy County Clerk

Delivery of Invocation by: Commissioner Styers
Pledge to the American Flag and Texas Flag led by: Commissioner Kitzman

1. Approval of Agenda.
   Motion to approve by Commissioner Cedillo, seconded by Commissioner Pokluda.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

2. Approval of the minutes – 3 Sets
   Motion to approve by Commissioner Cedillo, seconded by Commissioner Pokluda.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

   Minutes approved:    December 27, 2011 Regular Session,
                        December 29, 2011 Special Session,
                        January 4, 2012 Regular Session.

## PUBLIC COMMENT

1. Mr. Larry Jones spoke on behalf of the Citizens For A Better Waller County regarding the Waller County IT Department.
2. Mr. Elton Mathis, Waller County Criminal District Attorney, gave an update on the move of the District Attorney's Office.

DEFENDANTS000349

## PROCLAMATIONS

3. Discuss and take action to approve the Proclamation commending the Hempstead High School Varsity Football Team on their outstanding season.

   Motion to approve by Commissioner Styers, seconded by Commissioner Cedillo.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes*  *Commissioner Styers – Yes*  *Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes*  *Commissioner Kitzman – Yes*
   (Commissioner Styers read the Proclamation)

4. Discuss and take action to approve the Proclamation in recognizing January as School Board Month.

   Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes*  *Commissioner Styers – Yes*  *Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes*  *Commissioner Kitzman – Yes*
   (Judge Beckendorff read the Proclamation)

## COMMISSIONER, PRECINCT 2

5. Discuss and take action to approve the disbandment of the Space Committee.

   Motion to approve by Commissioner Pokluda, seconded by Commissioner Cedillo.
   **Motion FAILED.**
   *Judge Glenn Beckendorff – No*  *Commissioner Styers – No*  *Commissioner Pokluda – No*
   *Commissioner Cedillo – No*  *Commissioner Kitzman – No*

## TREASURER

6. Request by County Treasurer for approval of Salary Order for Grants.

   Motion to approve by Commissioner Kitzman, seconded by Commissioner Cedillo.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes*  *Commissioner Styers – Yes*  *Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes*  *Commissioner Kitzman – Yes*

7. Request by County Treasurer for approval of payroll.

   Motion to approve by Commissioner Kitzman, seconded by Commissioner Cedillo.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes*  *Commissioner Styers – Yes*  *Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes*  *Commissioner Kitzman – Yes*

8. Request by County Treasurer for approval of Securities pledged by First National Bank to secure Waller County deposits.

   Motion to approve by Commissioner Pokluda, seconded by Commissioner Kitzman.
   **Motion carried.**
   *Judge Glenn Beckendorff – Yes*  *Commissioner Styers – Yes*  *Commissioner Pokluda – Yes*
   *Commissioner Cedillo – Yes*  *Commissioner Kitzman – Yes*

DEFENDANTS000350

## COUNTY CLERK

9. Discuss and take action to approve notices for the upcoming 2012 Joint Primary Elections and notices for possible 2012 Joint Primary Run-Off Elections[s] [if necessary] and authorize the County Judge to sign the election notice. [Joint Primary Resolution was voted on and signed on 12/15/2011].

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Styers.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## SHERIFF

10. **Spread** upon the minutes the Waller County Sheriff's Office Imprest Account Expenditures of Budget 2011.

    No action required.

11. **Spread** upon the minutes the Waller County Sheriff's Office Imprest Account budget 2012.

    No action required.

12. **Spread** upon the minutes the issuance of a check in the amount of $23,783.38 from the Waller County Narc Program Income Fund to the Waller County Imprest Fund in order to establish Budget 2012 in the amount of $25,000.00.

    No action required.

## MISCELLANEOUS

13. Discuss and take action to declare the County Law Library books as surplus or salvage property and dispose the property pursuant to Local Government Code § 263.152.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Kitzman.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

14. Discuss and take action to approve the payment of

    - $236.50 to Germer Gertz, L.L.P. for Invoice # 416100 to be taken from Line Item 125-411-540300 [Legal].

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Styers.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

DEFENDANTS000351

## AUDITOR

15. Request by County Auditor to approve and/or ratify Accounts Payable.

    Motion to approve by Commissioner Styers, seconded by Commissioner Kitzman.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*　　*Commissioner Styers – Yes*　　*Commissioner Pokluda – Yes*
    　　　　　　　　　　　　　　　　　*Commissioner Cedillo – Yes*　　*Commissioner Kitzman – Yes*

16. Request by County Auditor to approve Quarterly Reimbursements of Juror Payments.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Cedillo.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*　　*Commissioner Styers – Yes*　　*Commissioner Pokluda – Yes*
    　　　　　　　　　　　　　　　　　*Commissioner Cedillo – Yes*　　*Commissioner Kitzman – Yes*

17. Request by County Auditor to amend the 2012 budget to create revenue and expense line items to accommodate the Texas Juvenile Probation Commission Grant #TJPC-A-2012-237 1/1/12 – 8/31/12.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*　　*Commissioner Styers – Yes*　　*Commissioner Pokluda – Yes*
    　　　　　　　　　　　　　　　　　*Commissioner Cedillo – Yes*　　*Commissioner Kitzman – Yes*

18. Request by County Auditor to amend the 2011 budget to create revenue and expense line items to accommodate the Texas Juvenile Probation Commission Grant #TJPC-A-2012-237 9/1/11 - 12/31/11 amended budget.

    Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*　　*Commissioner Styers – Yes*　　*Commissioner Pokluda – Yes*
    　　　　　　　　　　　　　　　　　*Commissioner Cedillo – Yes*　　*Commissioner Kitzman – Yes*

19. Request by County Auditor to amend the 2012 budget to create revenue and expense line items to accommodate the Victims' Assistant Grant #VA-11-V30-1886-05 1/1/12 - 8/31/12.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Styers.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*　　*Commissioner Styers – Yes*　　*Commissioner Pokluda – Yes*
    　　　　　　　　　　　　　　　　　*Commissioner Cedillo – Yes*　　*Commissioner Kitzman – Yes*

20. Request by County Auditor to amend the 2012 budget to accommodate benefits for Fund 129 Pre Trial Diversion Fee Salary/Secretary/Supplement.

    Motion to approve by Commissioner Cedillo, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes*　　*Commissioner Styers – Yes*　　*Commissioner Pokluda – Yes*
    　　　　　　　　　　　　　　　　　*Commissioner Cedillo – Yes*　　*Commissioner Kitzman – Yes*

DEFENDANTS000352

21. Discuss and take action to approve Engagement Letter between Waller County and Rutledge Crain and Company, PC and authorize the County Judge to sign.

Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.
**Motion carried**.
*Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
*Commissioner Cedillo – Yes    Commissioner Kitzman – No*

## ADJOURN MEETING

Motion to adjourn meeting by Commissioner Styers, seconded by Commissioner Cedillo.
**Motion carried**.
*Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
*Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

Meeting was **ADJOURNED** at 9:47 a.m.

**APPROVED** this the 18th day of January, 2012.

_____
Glenn Beckendorff
County Judge

ATTEST:

Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas

By: _____
Stephanie Tompkins, Deputy County Clerk

# MINUTES

## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – FEBRUARY 1, 2012

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 1st day of February 2012, at its meeting place in the Waller County Courthouse, Hempstead, Texas. The meeting was called to order at 9:00 a.m. with the following members of the Court present to-wit:

Glenn Beckendorff, County Judge
Odis Styers, Commissioner Precinct 1
Frank Pokluda, Commissioner Precinct 2
Sylvia Cedillo, Commissioner Precinct 3
Stan Kitzman, Commissioner Precinct 4
Debbie Hollan, County Clerk

Delivery of Invocation by: Commissioner Styers
Pledge to the American Flag and Texas Flag led by: Commissioner Kitzman

1. Approval of Agenda.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Cedillo. **Motion carried**.
    *Judge Glenn Beckendorff – Yes   Commissioner Styers – Yes   Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes   Commissioner Kitzman – Yes*

2. Approval of the minutes – 1 Set

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Cedillo. **Motion carried**.
    *Judge Glenn Beckendorff – Yes   Commissioner Styers – Yes   Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes   Commissioner Kitzman – Yes*

    Minutes approved:   January 25, 2012 Regular Session

**PUBLIC COMMENT** - None

**JUSTICE OF THE PEACE, PRECINCT TWO**

3. Discuss and take action to approve the payment of $171.36 to Fayette Communications for Invoice # 3384 to be taken from Line Item 119-429-581815 [Justice Court Technology].

    Motion to approve by Commissioner Styers, seconded by Commissioner
    **Motion carried**.
    *Judge Glenn Beckendorff – Yes   Commissioner Styers – Yes   Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes   Commissioner Kitzman – Yes*

DEFENDANTS000354

## DISTRICT ATTORNEY

4. Discuss and take action to authorize the sale of vehicles awarded to the District Attorney and/or the Sheriff pursuant to state forfeiture laws in accordance with Texas Local Government Code § 263.152.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Styers.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Abstained    Commissioner Kitzman – Yes*

5. Discuss and take action to approve an Agreement to Sell by Public Auction with SWICO Auctions and authorize the County Judge to sign the same.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Kitzman.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Abstained    Commissioner Kitzman – Yes*

## TREASURER

6. Request by County Treasurer for approval and/or release of Securities pledged by First National Bank and authorize County Judge to sign.

    Motion to approve by Commissioner Styers, seconded by Commissioner Cedillo.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## CONSTABLE, PRECINCT 4

7. Discuss and take action to approve the Official Bond and Oath for Christopher Ryland as Reserved Deputy Constable.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

8. Discuss and take action to approve the Official Bond and Oath for Joe Garcia as Reserved Deputy Constable.

    Motion to approve by Commissioner Pokluda, seconded by Commissioner Kitzman.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## TAX ASSESSOR COLLECTOR

9. Discuss and take action to approve refunds in excess of $500.00.

    Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

DEFENDANTS000355

## DISTRICT CLERK

10. Discuss and take action to approve the purchase of additional file shelving for the records on the 4th floor in the amount of $11,750.50. Such items to be paid from the following line items: $3,000.00 from 113-465-545512 [District Clerk Records Preservation] and $8,750.50 from 114-427-545512 [County Clerk/District Clerk Records Preservation].

    Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes     Commissioner Kitzman – Yes*

## COUNTY CLERK

11. Update on 2012 Primary Elections.

    Robyn German, Waller County Elections Consultant addressed the court with a brief update on the 2012 Primary Elections.

12. ~~Discuss and take action to approve a Joint Resolution with Waller County Entities for the May 12, 2012 Elections~~.
    **Item WITHDRAWN.**

## COUNTY ENGINEER

13. Request approval to advertise for Competitive Bids and payment for advertising to be funds from Line Item 125-401-544100 [Bids Notices and Printing]. for: PRECOATED AGGREGATE, AND NONCOATED AGGREGATE.

    Motion to approve by Commissioner Cedillo, seconded by Commissioner Kitzman.

    Motion to amend competitive bids notice by Commissioner Cedillo, seconded by Commissioner Pokluda to read: "The Court shall award the contract on the next regular Commissioner's Court meeting following the meeting the bids are opened."
    **Amendment carried.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes     Commissioner Kitzman – Yes*
    **Amended Motion carried.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes     Commissioner Kitzman – Yes*

14. Request approval of Utility Permit with Texas A & M Information Technology Telecommunications for Owens Road.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Styers.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes     Commissioner Kitzman – Yes*

DEFENDANTS000356

## COUNTY JUDGE

15. Presentation by Bruce High with Harris County IT Department in reference to the status of the Waller County IT Department.

    Bruce High addressed the court regarding the Waller County IT Department.

16. Discuss and take action to create an additional position in the IT Department and approve outside assistants as needed.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Styers.

    Motion to table agenda item by Commissioner Styers, seconded by Commissioner Pokluda.
    **Motion carried – Item TABLED.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *                                  Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## MISCELLANEOUS

17. Discuss and take action to approve Amendment No. 1 to the Tyler Technologies Professional Services Agreement for Odyssey Software to include the County Clerk and County Court at Law in the amount of $51,100.00 and authorize the County Judge to sign. Funds are to be taken from line item 114-427-545512 [County Clerk/District Clerk Records Preservation] in the amount of $20,000.00 and line item 115-426-545512 [County Clerk Records Preservation] in the amount of $31,100.00.

    Motion to approve by Commissioner Cedillo, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *                                  Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

18. Discuss and take action to approve the 2012 CASA Agreement and authorize the County Judge to sign.

    Motion to approve by Commissioner Cedillo, seconded by Commissioner Pokluda.

    Motion to table agenda item by Commissioner Cedillo, seconded by Commissioner Pokluda.
    **Motion carried – Item TABLED.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *                                  Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

19. Discuss and take action to approve the addition of Peggy S. McKay to the 2011-2012 Waller County Historical Commission.

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Styers.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes     Commissioner Styers – Yes     Commissioner Pokluda – Yes*
    *                                  Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

20. Discuss and take action to approve the payment of:

    - ~~$10,000.00 to Casa as allocated in the 2012 Budget from Line Item 125-411-546100 [CASA/Child Advocate]~~. (invoice withdrawn)

    - $17,000.00 to the Waller County Historical Museum as allocated in the 2012 Budget from Line item 125-539-547326 [County Museum].

    - $56.50 to Daystar Publishing Inc. for Invoice 10221 from Line Item 125-401-544100 [Bid Notices and Printing].

    - ~~Discuss and take action to approve the payment of $7,000.00 to Brazos Valley Council of Governments for Invoice # 2750 from Line Item [125-525-546900] for coverage dates of October 1, 2010 to December 31, 2010~~. (invoice withdrawn)

    Motion to approve by Commissioner Kitzman, seconded by Commissioner Styers.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## AUDITOR

21. Approval and/or ratification of Accounts Payable.
    Motion to approve by Commissioner Styers, seconded by Commissioner Pokluda.
    **Motion carried.**
    *Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
    *Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

## ADJOURN MEETING

Motion to adjourn meeting by Commissioner Kitzman, seconded by Commissioner Cedillo.
**Motion carried.**
*Judge Glenn Beckendorff – Yes    Commissioner Styers – Yes    Commissioner Pokluda – Yes*
*Commissioner Cedillo – Yes    Commissioner Kitzman – Yes*

Meeting was **ADJOURNED** at 9:51 a.m.

DEFENDANTS000358

**APPROVED** this the 9th day of February, 2012.

*[signature]*
Glenn Beckendorff
County Judge

*[seal: Waller County Commissioners' Court]*
ATTEST:

*[signature]*
Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas