# MINUTES
## WALLER COUNTY COMMISSIONER'S COURT
## SPECIAL SESSION
## TUESDAY – NOVEMBER 18, 2014



**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **SPECIAL SESSION** on Tuesday, the 18th day of November 2014 at its meeting place in the Waller County Assembly Room, Hempstead, Texas. The meeting was called to order by Waller County Judge Glenn Beckendorff at 9:12 a.m. with the following members of the Court present to-wit:

Glenn Beckendorff, County Judge
Jeron Barnett, Commissioner Precinct 3
Stan Kitzman, Commissioner Precinct 4
Debbie Hollan, County Clerk

Absent:  John A. Amsler, Commissioner Precinct 1
Frank Pokluda, Commissioner Precinct 2

1. Approval of Agenda.

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Kitzman.
    **Motion carried**.
    *Judge Glenn Beckendorff – Yes    Commissioner Amsler – Absent    Commissioner Pokluda – Absent*
    *Commissioner Barnett – Yes    Commissioner Kitzman – Yes*

2. Discuss and take action to approve Official Canvass of the Election Results from the November 4, 2014 Election.

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Kitzman.
    **Motion carried**.
    *Judge Glenn Beckendorff – Yes    Commissioner Amsler – Absent    Commissioner Pokluda – Absent*
    *Commissioner Barnett – Yes    Commissioner Kitzman – Yes*

**ADJOURN MEETING**

Motion to **adjourn** meeting by Commissioner Barnett, seconded by Commissioner Kitzman.
**Motion carried**.
*Judge Glenn Beckendorff – Yes    Commissioner Amsler – Absent    Commissioner Pokluda – Absent*
*Commissioner Barnett – Yes    Commissioner Kitzman – Yes*

Meeting was **ADJOURNED** at 9:42 a.m.

**APPROVED** this the 19th day of November 2014.

Glenn Beckendorff
County Judge

ATTEST:

Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas

NOTICE OF MEETING
OF COMMISSIONERS COURT
OF WALLER COUNTY, TEXAS
TUESDAY, November 25, 2014
9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **TUESDAY,** the **25th** day of **November, 2014,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

2. Approval of the minutes.

## PUBLIC COMMENT

## TREASURER

3. Request by County Treasurer for approval and/or release of securities pledged by First National Bank.

4. Request by County Treasurer to pay accrued comp. time to three employees that are currently over the 240 hours allowed by federal law. As of the pay cycle ending 11/08/2014, each employee has 120 hours of accrued comp. time remaining after payment of the requested hours.

5. Request by County Treasurer for approval of Treasurer's Report.

6. Request by County Treasurer for approval of payroll.

## MAINTENANCE

7. Discuss and take action to approve transfer of $15,000.00 from line item 125-411-569600 [Contingency] to line item 125-442-544700 [Repair & Replacement].

DEFENDANTS000766

## ELECTION ADMINISTRATOR

8. Consider and take action to set the Branch and Main Office Early Voting Hours and Locations for the December 6, 2014 Election (See Annex A).

9. Consider and take action to appoint the Presiding and Alternate Judges for the December 6, 2014 Consolidated Precincts, Ballot Board, and Central Counting Station from lists approved by the Republican and Democratic Party Chairs.

10. Consider and take action to set the number of poll workers for each location, the number of workers for the Ballot Board and Central Counting Station (See Annex B).

11. Consider and take action to consolidate Election Day polling places for the December 6, 2014 Election (See Annex C).

12. Spread upon the minutes the signing and posting of the Notice of Special Election to be held December 6, 2014. Notice to be posted in various news outlets and on the Commissioners Court Bulletin Board as Required by Law.

13. Consider and take action to purchase two (2) HART Intercivic E-Scan Devices, Services, and Accompanying Equipment.

14. Consider and take action on any other matter related to the December 6, 2014 Election.

## TAX ASSESSOR COLLECTOR

15. Discuss and take action to authorize County Judge to sign two (2) tax resale deeds for the private tax resale of certain properties currently held in trust by Waller County pursuant to Section 34.05 (h) (2) of the Texas Tax Code.

16. Discuss and approve refunds in excess of $500.00 in accordance with Section 31.11 of the Texas Tax Code.

## SHERIFF

17. Discuss and take action to approve transfer of 2004 Ford Crown Victoria bearing VIN 2FAFP71WX4X144668 from the Waller County Sheriff's Office to Waller County Pct. #3 Constables Office.

DEFENDANTS000767

## COUNTY ENGINEER

18. Open Bids for: Cold Mix Asphaltic Pavement, Construction Equipment Rental, Crushed Concrete, Crushed Limestone, Debris Removal, Reduction & Disposal, Emulsified Asphalt & Hauling, Gasoline and Diesel Fuels, Hauling Services for Gravel & Aggregate Material, High Density Polyethylene (HDPE) Pipe, High Performance Cold Patch Material, Hot Mix Asphaltic Concrete Pavement (HMAC) & Hauling, Pct. 1 and Pct. 2, Hot Mix Asphaltic Concrete Pavement 9HMAC) & Hauling, Pct. 3 and Pct. 4, Mowing Contract, Pre-coated Aggregate, Reinforced Concrete Pipe, Roadside Vegetative Management, Used Tank Cars.

19. Recommend that the Court approve advertising the establishment of a speed limit and the installation of speed limit signs on Old Kickapoo Rd. – entire length to be 20 mph., in the following newspapers of general circulation: Times Tribune and News Citizen; payment for advertising to be funded from Line Item 125-401-544100 "Bid Notices and Printing", followed by a public hearing during the regular session of Commissioners Court on December 17, 2014.

20. Request approval of the following line item transfers within the Road and Bridge Department Budget:

    Transfer $41,900.00 from line item 110-530-590000 [Bridge Replacement] to the following line items: $900.00 to 110-530-569922 [Diesel Fuel Tax], $6,000.00 to 110-530-587512 [Asphalt & Hauling], $5,000.00 to 110-524-581800 [Furniture & Equipment], $30,000.00 to 110-530-587510 [Sand & Base Material].

    Transfer $10,000.00 from line item 110-530-537100 [Nuisance Abatement] to line item 110-524-536000 [Building Maintenance & Supplies].

21. Presentation of Woodhaven Estates, a 2,752.2 acre, Master Plan Community in Pct. 2, Waller County, Texas.

DEFENDANTS000768

## MISCELLANEOUS

22. Discuss and take action to approve transfer of $28,000.00 from line item 125-411-545001 [Maintenance Contracts] to the following line items: $10,000.00 to 125-518-536400 [Law Enforcement Veh Maint/Parts and Repairs], $2,000.00 to 125-413-566500 [Petit Jurors], and $16,000.00 to 125-434-545100 [Maint/Equip/Elections].

23. Discuss and take action to approve payment on the following invoices:

    - $35.00 to Employees Retirement System of Texas from line item 125-411-562300 [County Organizational Dues].

    - $59,532.50 for Invoice # 28328-MB to Trico Tower Service, Inc. from line item 600-600-581822 [Equip/Radios & Accessories].

    - $537.11 to Johnstone Supply Little York from line item 600-600-587519 [JP 3].

    - $1,824.04 to Waller County Tax Office from line item 125-411-540400 [Taxes/Recycle Center].

## AUDITOR

24. Spread upon the minutes Certification of Funds for donations to the Waller County Sheriff's Office.

25. Request by County Auditor to amend the 2014 Budget to accommodate donations to the Waller County Sheriff's Office.

26. Request by County Auditor for approval of official documents and all monthly reports.

27. Request by County Auditor for approval and/or ratification of Accounts Payable.

## EXECUTIVE SESSION

28. Consultation with attorney about pending or contemplated litigation.

DEFENDANTS000769

ADJOURN MEETING

*Glenn Beckendorff*
Glenn Beckendorff, County Judge
Waller County, Texas

## NOTICE

The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).

DEFENDANTS000770