
PLAINTIFF'S EXHIBIT 99

NOTICE OF MEETING
OF COMMISSIONERS COURT
AND ELECTIONS COMMISSION
OF WALLER COUNTY, TEXAS
Wednesday, January 21, 2015
1:30 PM

Notice is hereby given that Commissioners Court of Waller County, Texas and the Elections Commission of Waller County will conduct a **WORKSHOP** at **1:30 PM** on **Wednesday**, the **21st** day of **January, 2015,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas.**

1. Approval of the Agenda.

2. Presentation by Dan Teed, Elections Administrator on the status of Elections and Voter Registration.

3. Adjourn Meeting.

Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

# Waller County Elections Office Report

Staff 2 full time employees; one of them out for family emergency, 1 empty position, 1 temporary part time worker hired to help file. Her position expires the end of January unless renewed by Court

Elections status
We should be in comparatively decent shape to conduct elections, now that we have scanners, but must
1. Continue to educate our pollworkers. We are still dealing with some who have a mentality of "this is the way we do it in Waller County." That is almost always wrong, since nearly every aspect of elections is governed by law or state procedures. We need to include the online pollworker training provided by the State and more equipment training.
2. Fix broken equipment (We've found at least 15 pieces with faulty circuitry, and have a few JBC's with other problems.) Also, our pollbook computers are notoriously troublesome, and do not reliably find voters when pollworkers search
3. Have HART program our ballots in future
\*\*Please note that the scanners purchased did not include ballot printing software, because it would cost about $30,000 one-time to purchase it, and an additional $8-10,000/year for licensing and support. Programming and printing ballots should not exceed $5,000/election, which includes printing the actual ballots, so we're money ahead to let the HART company print our ballots.

Voter Registration status
Short term

We have serious problems that are being investigated currently by the Department of Justice
    They are trying to get a handle on the problems and scan the evidence they need
    A small sampling of the problems my office has already discovered are presented below

We have problems that have resulted from converting to an off-line voter registration software system (See attached summary)

We have problems resulting from a lack of training and experience in voter registration staff (This overlaps with what the DOJ will most likely discover.)

Longer term:
We need 3 things in the voter registration
    Greater accuracy
    Greater community involvement/transparency/understanding
    Greater capacity to respond quickly to massive voter registration tasks, such as changing
        precinct lines, processing huge voter registration volume from voter drives, etc
        This needs to include ongoing training for not only office staff, but temps who answer phones
        during election time and who help process the voter registrations during high volume times


Here are challenges discovered to date

1. The voter registration rolls
    a. Having gone through the boxes of voter materials that had been piling up since August 2013, we are finding unbelieveable numbers of voter registration documents that have not been processed correctly
        i. As a result, rather than just filing the documents that are stamped "completed" or were represented as having been completed, we are checking each one in the voter registration

DEFENDANTS000788

system  As of today, we have worked from "A" through somewhere in the "L's" as well as up from "Z" to somewhere in the "W's"

As a result, we have found the following

1. Applications and other documents stamped as "complete" that are still in pending status, many of them because of typos by election office staff  For new applications, this means those people were not able to vote
2. Many, many voters have been typed in using the program's autofill rather than fixing the street index Applications and other documents that have errors in the mailing address that probably caused the voter to be placed on "suspense" status
3. Voter records that were intentionally changed from whatever the voter indicated to "Unknown" as the city and "99999" as the zip  This had to result in the voters' address confirmation notices being lost in the mail or returned undeliverable so the voter had no chance of responding to the notices
4. At least one voter who had been registered for decades, but whose voter registration is missing from the new registration system  2 additional documents had been submitted by the voter since the new system was put in place  Both were stamped "complete" and the voter was still not in the system
5. Lots of cancelled voters using the letters "conv." "Conv stands for conversion (not "conviction ")
6. Numerous voters entered into our system whose address is in other counties  This was done in spite of my instructions to check each address that is questionable before processing the voter into our system  Some of these voters are in active pending status, some in pending state verification status  They are stamped complete  We are finding that their original applications were never sent to the counties in which the residence addresses lie, which is an agregious violation of the law, and could have resulted in the voter not being able to vote in the county to which they moved
7. Returned undeliverable voter registration certificates that were apparently never worked  These easily number into the thousands, which probably means they were never worked from the mass mailout
8. Numerous other problems

2. The Department of Justice has flown attorneys and staff members down to go through our files  This is partially because I have told them straightforwardly that we are so busy that it is going to be very hard for us to find the items they are looking for  Also, since records were not kept of documents that were mailed out, we have no way of knowing that we have answered their requests accurately

3. Voter registration certificates were being sent in a csv file (text and spaces) to a printer, who was then sending them to an uncertified printer in Kansas to print all the certificates and bulk mail them  The office would typically wait several weeks to make sure that there were hundreds of cards to mail before this occurred, hopefully not violating the law that says they have to be out within 30 days  While image proofs were sent, they were representative, it is highly unlikely that each card was reviewed before mailing!!  In a pre-cursory review of cards returned undeliverable, I have noticed that a lot of the cards returned undeliverable have typo errors in their mailing addresses, so it's likely that many, many of these cards never made it to voters

4. Redistricting
   a. The City of Katy is rapidly expanding their boundaries  Election law requires the Waller County Commissioners Court to change our voting precinct lines to match the city lines since the city is over 10,000. This needs to finished in the next couple of months, and the voter registration street index must be changed to reflect the new boundaries before time to mail out the ballots in March, and all voters in those areas must be moved and a letter sent to them as to what precinct they will be in and where they will vote

DEFENDANTS000789

- b. Katy intends to annex our current precinct 418 polling location, (if the Igloo corporation agrees) so we are going to have to redraw precinct lines to include a building suitable for voting in precinct 418 or combine it with another precinct, such as precinct 417. Precinct 418 voters will need to be notified of this change
- c. Since voting precincts cannot lie within and without the limits of a city of over 10,000, precinct 418 is going to have to be made smaller and 420 will have to be made larger. We must then make sure that 420 and 418 lie within the percent variance allowed between precincts
- d. We need to do a feasibility study regarding the City of Fulshears. Their ETJ now extends well into Waller County, and should they choose to incorporate that area, it could quickly bring their population above the 10,000 threshold, causing us to carve out a new precinct for the areas that they have incorporated
- e. Whatever polling place is selected for precinct 418, special care should be taken to make sure it does not lie in areas likely to be incorporated by Katy or Fulshears or it will have to be moved again in the near future

5. Staffing
    - a. The Waller County elections office is yet again understaffed. The voter rolls are so messed up that I'd like to see us fix them before bringing in a full time person for the voter registration responsibility. I propose the following
        - i. Training from the Votec company on their voter registration product costs $1,500/day for in office training, $200/hr for webinar training. Yesterday, the president of the company called and offered the training but also offered to assign someone to our specific situation free of charge
        - ii. Hire a consultant, one day a week for a couple of months. We have someone who might be willing to come one day a week for about $20/hour. She has many years of experience in Harris County voter registration, and they use the Votec software that we are somewhat unexperienced in. (Caution "many years of experience" does NOT necessarily equal correct, accurate ways of doing things, so we need to be careful.)
        - iii. Draw from local pollworkers and other interested people, especially retired people, for temporary daily labor. This could serve two roles, getting the files cleaned up by local people who care about the elections, and preparing sufficient numbers of people to find voters in the voter software so we can have knowledgeable people answering the phones when we have to hire extra phone and office staff during early voting and election day in 2016.

6. State voter registration concerns
    - a. The State of Texas is changing voter registration software. In preparation for this, they are requiring us to "sync" our system with theirs. I have already run the sync program, and it yielded thousands of problems
        - i. Please see attached report
        - ii. I have some experience in dealing with these issues, having brought Harrison County online with the State voter registration system before coming to Waller County. From that experience, I make the following observations
            1. The number of "problems" doesn't correlate to the number of fixes. As you fix one problem, it usually generates others
            2. The time frame the State is requiring is unbelievable. In Harrison County, (where I did a similar, but more challenging conversion) we spent well over a year preparing, working around the clock, literally overnight on an ongoing basis, and the conversion still wasn't completely smooth. The State is requiring us to be ready by May 29, 2015
            3. The State is not likely to compromise in accommodating us
            4. The fix that VOTEC is devising for this will likely be only surface deep, and not deal with all of the factors

DEFENDANTS000790

I believe all of this can be done within the election office budget because this should be a slow year for elections However, I would want the temporary workers and the consultant to be approved specifically by Commissioners Court, and all matters be kept public

Respectfully,


Dan Teed
Waller County Elections Administrator

DEFENDANTS000791

vrs23720150106183239 summary  
Totals By Error Code for WALLER

```
 1. Voter In TEAM, not in County        13,502
 2. Voter In County, not in TEAM             0
 3. Legacy ID does not match             8,810
 4. Valid From Date does not match         439
 5. Registration Date does not match     6,460
 6. EDR Date does not match                 61
 7. Residential Address does not match     885
 8. Name does not match                     25
 9. Precinct does not match                  3
10. Voter Status does not match             40
11. County Duplicate VUID                    0
12. TEAM Duplicate VUID                      0
```

DEFENDANTS000792

# WORKSHOP
## WALLER COUNTY COMMISSIONER'S COURT
## WEDNESDAY – JANUARY 21, 2015

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in a **WORKSHOP** on Wednesday, the 21st day of January 2015 at its meeting place in the Waller County Courthouse, Hempstead, Texas. The meeting was called to order by Waller County Judge Trey Duhon at 1.35 p.m. with the following members of the Court present to-wit:

Carbett "Trey" J Duhon III, County Judge
John A Amsler, Commissioner Precinct 1
Russell Klecka, Commissioner Precinct 2
Jeron Barnett, Commissioner Precinct 3
Justin Beckendorff, Commissioner Precinct 4
Stephanie Tompkins, Deputy County Clerk

1. Approval of the Agenda.
   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried.**
   *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

2. Presentation by Dan Teed, Elections Administrator on the status of Elections and Voter Registration.
   No action required.

3. Adjourn Meeting.
   Motion to **adjourn** meeting by Judge Duhon, seconded by Commissioner Barnett
   **Motion carried**
   *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

   Meeting was **ADJOURNED** at 3:00 p m

ATTEST

Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas

By *[signature]*
Stephanie Tompkins, Deputy County Clerk