PLAINTIFF'S EXHIBIT 100

# NOTICE OF MEETING
# OF COMMISSIONERS COURT
# OF WALLER COUNTY, TEXAS
# WEDNESDAY, February 4, 2015
# 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the 4th day of **February, 2015,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

2. Approval of the minutes.

## PUBLIC COMMENT

## PROCLAMATION

3. Discuss and take action to approve Proclamation observing February as Black History Month.

## CONSENT AGENDA (4-6i Items )

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

4. Request by County Treasurer for approval of payroll.

5. Request by County Treasurer for approval and/or release of securities pledged by First National Bank of Bellville / Waller Branch.

## CONSENT AGENDA cont. (4-6i Items )

6. Request to approve payment on the following:

   (a) $57.48 for Invoice # 124834/1 and $19.20 for Invoice # 68144/2 for a total of $76.68 to Hometown Hardware from line item 600-600-587518 [JP #2].

   (b) $4,850.00 for Invoice # 12145858 to Waukesha-Pearce Industries, Inc., from line item 600-600-581822 [Equip/Radios & Accessories].

   (c) $7,500.00 for Invoice # 03882 to Brazos Valley Council of Governments from line item 125-525-546900 [BVCOG] 1st quarterly payment.

   (d) $875.00 for Invoice #83 to Waller County Glass & Mirror to be paid as follows: $525.00 from line item 600-600-587518 [JP 2] and $350.00 from line item 600-600-587519 [JP 3].

   (e) $2,250.00 for Invoice # AH008860 to Harris County Treasurer from line item 125-423-540702 [Autopsy].

   (f) $940.00 for Invoice to Schmidt Funeral Home from line item 125-423-540705 [Transport to Morgue].

   (g) $400.00 for Invoice to Post Oak RC&D Area, Inc. from line item 125-411-562300 [County Organizational Dues].

   (h) $1,500.00 for Invoice to County Judges & Commissioners Assoc. of Texas from line item 125-411-562300 [County Organizational Dues].

   (i) Request by County Auditor for approval and/or ratification of Accounts Payable.

## COMMISSIONER, PRECINCT 3

7. Presentation by Janet LeMelle, Executive Director of the Waller Pregnancy Center on services offered to Waller County citizens.

DEFENDANTS000795

### JUSTICE OF THE PEACE, PRECINCT 1

8. Request to approve the payment of $890.00 to Tyler Technologies for the registration fee for Brandy Smith and Samantha Snyder to attend Odyssey 2015 User Conference March 30-April 1, 2015 in Dallas, Texas. Payment to be taken from line item 119-429-581817 [Justice Court Technology Fund].

### JUSTICE OF THE PEACE, PRECINCT 1

9. Request to approve the payment of $733.06, to Hyatt Regency Dallas for lodging expenses for Brandy Smith and Samantha Snyder to attend Odyssey 2015 User Conference March 30-April1, 2015 in Dallas, Texas. Payment to be taken from line item 119-429-581817 [Justice Court Technology Fund].

### IT DEPARTMENT

10. Request approval to transfer fixed asset to the Maintenance Department.

### RECYCLE CENTER

11. Request approval to transfer fixed asset to the Maintenance Department.

### TAX ASSESSOR COLLECTOR

12. Discuss and approve refunds in excess of $500.00 in accordance with section 31.11 Texas Tax Code.

### SHERIFF

13. Discuss and take action to approve Jail Physician Contract for Inmates in the Waller County Jail.

### COUNTY ENGINEER

14. Recommend the approval to accept the termination letter from Mustang Rental Services for the bid for Construction Equipment Rental, Item No. 1- Asphalt Reclaimer/Stabilizer for 2015.

DEFENDANTS000796

## COUNTY ENGINEER cont.

15. Request approval to advertise for Competitive Bids and payment for advertising to be funded from line item 125-401-544100 [Bid Notices and Printing] for the rental of Asphalt Reclaimer.

    Advertising to be posted in the following newspapers of general circulation: Times Tribune and News Citizen, and payment for advertising to be funded from line item 125-401-544100 [Bid Notices and Printing].

16. Recommend the approval of a Utility Permit for San Bernard Electric Coop., Inc. for the installation of three (3) power poles in the right-of-way of Sunny Side Road.

17. Recommend the approval of a Utility Permit for San Bernard Electric Coop., Inc. for the installation of three (3) power poles in the right-of-way of Giboney Road.

18. Recommend the approval to purchase one (1) 2015 Ford F-150 Super Crew Cab pickup from Sam Pack's Five Star Ford utilizing Texas Smart Buy Contract #071-072-AT-2014. The total purchase price is $26,453.00 and is to be funded from Line Item 110-530-581100 [Construction Equipment] in the Road and Bridge Department Budget.

19. Recommend that the Court accept the application for replat of Houston Oaks, Section 2, Lots 1 through 11, Reserve A and B, all of Block 1; Lots 1 and 2; by Houston Oaks Venture, LP and authorize the County Engineers Office to issue public notice in the Waller County News Citizen for three consecutive weeks, establish a public hearing for March 4, 2015 at 9:00 am during the regular session of the Waller County Commissioners' Court.

20. Discuss and take action to authorize the County Judge to sign the Community Cooperation Statement for the FEMA Flood Study of the Lower Brazos River.

21. Discuss and take action to add the roads within the Kingsland Blvd. and Pappas Drive, Street Dedication Plat and Willow Creek Farms, Section 1 Plat (excluding Pappas Dr.) into the County Maintained Road Log.

DEFENDANTS000797

## ELECTION ADMINISTRATOR

22. Discuss and take action to approve hiring ten (10) temporary part-time workers to assist the EA's office, to be paid from line item 125-434-510046 [Election Workers] cost not to exceed $15,500.

23. Discuss and take action authorizing the Elections Administrator to contract with a voter registration consultant at a rate of $25/hr., not to exceed 12 hours a week for the months of February and March, 2015, to be paid from line item 125-434-540910 [Elections/Prof. Consultant Services] cost not to exceed $2,500.00

24. Discuss and consider soliciting RFQ's for a qualified law firm to prepare recommendations for the redrawing of election precinct boundaries pursuant to sec. 42.031 of the Election Code, to be paid from line item 125-434-540910 [Elections/Prof. Consultant Service].

25. Discuss and take action to authorize the Elections Administrator to contract with Vince Yokom for the posting of all candidate filing materials in the possession of the Elections Office online, to be paid from line item 125-434-532000 [Elections Expense].

26. Spread upon the minutes a written report on the current status of the Elections Office.

## MISCELLANEOUS

27. Discuss and take action to approve a resolution to resell tax trust property as set forth on Exhibit "A" of the resolution.

28. Discuss and take action to approve the private resale offer for Lot 51, Block 1, Legendary Oaks Subdivision, Waller County, Texas, tax account R186914, currently held in trust by Waller County, in the amount of $6,336.16 by Michael Swanigan and Renee Swanigan and authorize the County Judge to sign a resale deed for said property to Michael Swanigan and Renee Swanigan.

29. Discuss and take action to approve payment of $92,507.20 for the balance on invoice # 41204277 to Motorola Solutions, Inc. from line item 600-600-581822 [Equip/Radios & Accessories].

DEFENDANTS000798

## EXECUTIVE SESSION

30. Discussion and possible action regarding case entitled *City of Hempstead and Citizens Against the Landfill in Hempstead v. Waller County, Texas, et al.;* Cause No. 13-03-21872; In the 506th Judicial District Court of Waller County, Texas; Waller County Ordinance No. 2013-001 and the Host Agreement between Waller County, Texas and Pintail Landfill, L.L.C. [Executive Session as requested [pursuant to Texas Government Code, Title 5, Subchapter D. Section 551.071 (Consultation with Attorney)].

31. Reconvene into Open Session for Potential Action Resulting from Executive Session.

32. Consultation with District Attorney about pending or contemplated litigation.

**ADJOURN MEETING**

_____
Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

### NOTICE

**The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).**

DEFENDANTS000799

Waller County Elections Office Report
February 4, 2015

Staff: 2 full time employees, with 1 out for several weeks on Family Medical Leave, leaving 1 employee working. Temporary part time workers employment expired on January 31st

Voter registration status

1. Problem Analysis: past problems that the Elections Office is working to fix immediately
   a. Problems resulting from *converting to off-line voter registration software in 2013*
      i. Voters may have been left out in the conversion process, therefore some may be missing on the voter rolls
      ii. Voter registration appears to have been programmed to automatically reject voters for reasons that may not be guided by state and federal law
         1. *I have sent coorespondance to the VOTEC Company that we must IMMEDIATELY fix these situations.* The VOTEC Company and I have been investigating both the notices created by the system and the logic used to create them so we can ensure that all are in compliance with the law going forward
         2. *The program has apparently not always been in sync with the State.* We are working with the VOTEC company to "sync" the voters in our system with the state system and resolve discrepancies between our program and the State program
   b. Problems resulting from *insufficient training and experience.*
      i. Voter applications appear to have been rejected when they should have been marked as imcomplete
      ii. Apparently, notices of Incomplete applications were not sent when they should have been, instead apparently the voters were sent rejection letters
      iii. Some voter applications may have been rejected for reasons that are not acceptable under federal law, such as "problems" with residence addresses within the County that are not 911 addresses. (This would have been a violation of state law, too.)
      iv. Some information on voter records appears to have been outright changed from what the voter provided on their applications, in ways disadvantageous to voters
   c. Problems resulting from a *past perception of secrecy and insufficient accountability*
      i. We are striving to create a culture of helpfulness and transparency in the Elections Office
         1. Voters are encouraged to come by our office or call to check their voter registration status. Our doors are *literally* open at all times during business hours
         2. *All* voter registration documents will be worked *in my office, in teams of two or more, under my supervision*
         3. No original voter documents will be thrown in boxes and tossed in drawers and closets. They will be *professionally filed, by last name, first name, and will be available for public inspection as needed and allowed by law.*
            *We need help getting to this point of organization, and we are asking for such from the Commissioners Court!*

2. Progress
   a. *Filing/Document preservation*
      i. Voter registration documents originally found in boxes have been individually checked except for about 50. Unfortunately, however, a couple more large boxes, and drawers

1 | Page of 3

and several stacks of additional documents have been found that we have not gone through
ii. About 2/3rds of the "Ok" documents have been filed
iii. We have started working on possible problem documents, but they still number in the thousands
b. Progress with the *Voter Registration Software*
i. I have *thoroughly investigated* the voter registration software and discovered numerous situations with its set up that appear to have caused many of the problems we face today
ii. I have *obtained legal counsel from the State* regarding proper setup of the notices and logic for the notices, and how to handle any improper documents that were sent to voters in the past
iii. I have worked with the President and other high-ranking leaders of the VOTEC Company *to set up ongoing webinars to re-program the voter registration software* to be in compliance with Texas law. The 1st of these was Friday, 1/30, and we will have webinars on 2/4, 2/5, and 2/6 of this week, as well as 2 or 3 each week for the forseeable future
c. Progress in *preparing massive corrective action* on the voter rolls
i. Once programming problems are fixed, we want to bring in *a massive wave of part-time help* to process all the data that we have to correct and re-mail applications to all the hundreds of voters whose applications may have been incorrectly rejected
ii. I am currently doing extensive study, investigation and planning *in preparation for teaching* people to process the problem documents in our system
iii. I am currently *training my full time staff* and want to continue training the previous part-time staffers to help supervise this process, pending commissioners court approval
iv. We have prepared plans *to set up 4 computers in my office* strictly for working these voter registration problems *under my constant direct supervision* to foster teamwork and avoid misguided experiments by temporary staff with the voter registration software
v. We have submitted a *proposal to Court* for hiring part-time temporary workers
d. We have been talking with an *experienced person whom we may wish to hire on a contract basis* as a consultant, if the court approves, but she will not be available for a few weeks
3. *Ongoing problem avoidance*
a. We successfully implemented *audit procedures for all voter documents*. Out of 70 voters I audited on Tuesday, 2/3/15, we caught 10 out of 10 problem applications before they were sent out to the voters
i. I am currently *training my full time staff to do these audits* as well
b. We are doing away with the 1-person in the back office approach to voter registration. From now on, *voter registration work will be done in teams of two or more* in the central office under my supervision
c. We hope to *train temporary part-time staff* (pending court approval for them, of course) extremely well, so we can draw upon their experience during high volume times to provide timely and accurate processing of huge amounts of voter registration documents and avoid expensive and unhealthy amounts of overtime worked by full time elections staff
d. By hiring and training temporary part-time workers who care about the elections in Waller County, by installing and following standardized written procedures, by requiring teamwork in voter registration, and by thorough, ongoing training and supervision, *we wish to make the process of voter registration in Waller County completely transparent* and open to the public, building trust in the election process
4. *Progress with the Department of Justice*
a. The Department of Justice lawyers, technicians, and etc have packed up their scanning equipment and gone back to Washington D.C. and wherever else they came from

DEFENDANTS000801

- b  We have striven to not only be completely transparent and helpful to them, but to be friendly and welcoming toward their expertise in elections matters
- c  I continue to be in constant contact with them by email to make them aware of issues related to their inquiry and to keep them in the loop regarding our progress in fixing our voter registration problems
- d  It is possible that some sort of legal action will be taken against Waller County and against the Elections Office, even though we are working hard to fix any problems we find, and even if the problems were not caused by me or by current office employees. It is possible that the action could name me in my official capacity of Elections Administrator for notices and other things that could have happened in the past. My goal is to participate fully in whatever corrective action may need to be taken and to use every available resource in righting any wrongs as quickly as possible, no matter the cost to me personally in time commitment

Sincerely,

Dan Teed, Waller County Elections Administrator

DT/dt

DEFENDANTS000802

Organizers Being Prepared for Mass Processing and Filing Problem Applications
(A small-scale run to help prepare for what we hope to do with the 10 part-time workers once they are approved )

February 3, 2015



DEFENDANTS000803

"OK" Voter Documents Already Checked, Scanned, and Listed, Ready for Filing

February 3, 2015



DEFENDANTS000804

Problem Documents Being Worked

February 3, 2015



DEFENDANTS000805

More Problem Documents

February 3, 2015



DEFENDANTS000806

Problem Documents I Just Learned About   They haven't been gone through



DEFENDANTS000807