PLAINTIFF'S EXHIBIT 101

Commissioners Court Report: Elections Office
4/15/2015

1. <u>Voter Registration Software:</u>
    a. The VOTEC voter registration software system has been completely reprogrammed with written forms and procedures provided by the State.
    b. We have incorporated a thorough human audit system (rather than relying on the voter registration software) so voter's documents are recorded the moment they come into the office and are checked each step of the way until the final disposition of the documents in accordance with State and federal law.
    c. Our full time staff has worked or are finishing work on voter's documents which were "stuck" in the electronic system due to mismatches, DPS clerk typos, and the like. Our goal is to finish all of these projects before lists are sent to the entities for early voting in about a week. (This will take some significant overtime on my part, since we are also in the middle of elections.)
2. <u>Voter Registration Paper Files:</u>
    a. The part-time team has filed all of the paper files that were in boxes in the correct locations, has worked through the documents that appear to be incorrectly processed, has sent letters and new voter registration applications to all voters who appear to have been wrongfully rejected. (As provided for by legal counsel from the Secretary of State's office.) They have also made substantial progress in organizing and filing everything.
    b. All voter documents that were in boxes have been checked, matched with all other documents for the voter, and filed appropriately.
    c. Problem voter documents have been worked, and their files properly deposited.
    d. The part-time staff is currently pulling thousands of cancelled voters out of the paper files, matching their paperwork and filing them alphabetically by year of cancellation so we can find them easily when voters call during primary and presidential elections next year wanting to find out why they are not on the voter list. So far, this project is complete back through January 2014.
3. <u>Elections:</u>
    a. May 9, 2015 elections. The Waller County Elections Office is currently contracted with the City of Waller, the City of Brookshire, and the Waller-Harris Emergency Services District # 2 for election services. We are also coordinating closely with the City of Hempstead/Hempstead ISD and other cities and schools.
    b. Upcoming elections: The State is expected to order elections on September 12, and again in November to amend the State Constitution. The elections office will immediately begin work procuring voting locations, supplies, and pollworkers for these elections as soon as the May elections are finished.
4. <u>Department of Justice:</u>
    a. The Waller County Elections Office continues to work closely with the Department of Justice in order to ensure that their inquiries are answered to the best of our knowledge and abilities. As of yet, we have no knowledge as to how much of our hard work in following State legal counsel to fix problems of the past will be acceptable to them or how the DOJ will approach any settlement as to righting alleged wrongs from the past.

DEFENDANTS000879

NOTICE OF MEETING
OF COMMISSIONERS COURT
OF WALLER COUNTY, TEXAS
WEDNESDAY, April 15, 2015
9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the 15th day of **April, 2015,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

2. Approval of the minutes.

## PUBLIC COMMENT

## CONSENT AGENDA (3-5 Items)

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

3. Request by County Treasurer for approval of payroll.

4. Request to approve payment on the following:

    (a) $1,500.00 to Canon Funeral Home from line item 125-411-561502 [Pauper Burial Expense]

    (b) $439.00 to Travis County Clerk from line item 125-411-561501 [Medical/Commitment Fees].

    (c) $995.00 to Magnolia Funeral Home, Inc. from line item 125-423-540705 [Transport to Morgue].

## CONSENT AGENDA cont.

(d) $701.25 to Industrial Scale Company, Inc. from line item 125-411-545001 [Maintenance Contracts].

(e) $176.27 to Hometown Hardware for Invoice # 69911/2 and Invoice # 68972/2 from line item 600-600-587519 [JP #3].

(f) $ 80.00 for Invoice # 15547404 [Courthouse, Hold-up Alarm], $50.00 for Invoice #15544904 [Courthouse Burglar Alarm], $885.00 for Invoice # 15112404 [Courthouse Camera Surveillance], $30.00 for Invoice # 15522004 [JP #1 Hold-up Alarm], $204.50 for Invoice # 15111604 [JP #2 Burglar Alarm and DVR System], $115.00 for Invoice # 15520104 [JP #4 Burglar, Hold-Up, Access Control, DVR Monitors], and $75.00 for Invoice # 15540904 [JP #3-Replaced DVR Power Supply] for a total of $1,439.50 to TAC Security & Video from line item 117-428-89758 [Special Revenue Courthouse Security-Miscellaneous Security].

(g) $675.00 for Invoice # 12146876 [Generator/Jail] and $758.00 for Invoice # 12146875 [Generator/Courthouse] for a total of $1,433.00 to Waukesha-Pearce Industries, Inc. from line item 125-411-545001 [Maintenance Contracts].

5. Request by County Auditor for approval and/or ratification of Accounts Payable.

## PROCLAMATION

6. Discuss and take action to approve the Proclamation declaring April 2015 as Fair Housing Month.

## COUNTY JUDGE

7. Presentation by Dr. Dale A. Fritz, District Extension Administrator on Waller County Extension Agent candidate Damion Turner.

8. Discuss and take action to approve appointment of Damion Turner as the Waller County Extension Agent to be effective May 1, 2015.

DEFENDANTS000875

## WALLER COUNTY ECONOMIC DEVELOPMENT

9. **Public Hearing**: Designating the following property as a reinvestment zone under Chapter 312 of the Texas Tax Code. Interested persons may speak or present evidence for or against the designation. Waller County will also consider an application for tax abatement by Burckhardt Compression (US) Inc. for the following property, and Waller County will also consider entering into a tax abatement agreement with Burckhardt Compression (US) Inc. for the following property:

    Approximately 6.5 acres located at 19750 FM 362, Waller, TX 77484 near Old Houston Hwy. and legally described as : Being a tract containing 14.12 acres of land situated in the H. Hedgeperth Survey, Abstract Number 139, Waller County, Texas; Said 14.12 acres being a portion of a call 44 acre tract of land recorded in the name of Robert G. Smith in Volume 255, Page 623 of the Waller County Deed Records (W.C.D.R.); Said 14.12 acres being portions of Blocks B,C, K & L and intervening portion of Castle Street, abandoned by ordinance No. 139 of the City of Waller and recorded in Volume 271, Page 145 of the W.C.D.R., of South Side Addition, according to the map or plat thereof recorded in Volume 19, Page 112 of the W.C.D.R.; Said 14.12 acres being more particularly described by metes and bounds as follows: (bearings are referenced to the Teas Coordinate System of 1983, South Central Zone, based on GPS observations):

10. Discuss and take action to approve the Reinvestment Zone for Burckhardt Compression (US) Inc. and authorize County Judge to sign Order Establishing the Reinvestment Zone.

11. Discuss and take action to approve Tax Abatement Agreement for Burckhardt Compression (US) Inc. and authorize the County Judge to sign.

## COMMISSIONER, PRECINCT 3

12. Discuss and take possible action on reestablishing a committee for creation of a Waller County Fire Marshal Office.

## COUNTY TREASURER

13. Request by County Treasurer for approval of Treasurer's Report.

14. Request by County Treasurer for approval of Investment Report.

DEFENDANTS000876

## MAINTENANCE

15. Discuss and take action to select Contractor for installation of sidewalk at the JP #3 building.

16. Discuss and take action to select Contractor for installation of carpet at the JP #3 building.

## ELECTION ADMINISTRATOR

17. Spread upon the minutes a report on the status of Waller County voter registrations and elections.

## MISCELLANEOUS

18. Discuss and take action to approve payment of $7,500.00 to Brazos Valley Council of Governments as allocated in the 2015 Budget from line item 125-525-546900 [BVCOG].

19. Discuss and take action to transfer $37,500.00 from line item 125-411-569600 [Contingency] to the following line items: $32,000.00 to line item 125-401-560800 [Equipment and Supplies] for desk and newline equipment and $5,500.00 to line item 125-401-540900 [Professional Consultant Services] for video services until end of May.

20. Discuss and take action authorizing Request for Proposals, pursuant to the County Purchasing Act, Subchapter C, Chap. 262 of the Local Government Code, for the construction of the Waller County Community Center and approve advertising in the following newspapers of general circulation: Waller County News Citizen, Times Tribune, Waller Times, Conroe Courier, and The Eagle Payment of advertisement to be paid from Line Item 125-401-544100 [Bid Notices and Printing].

## DISTRICT ATTORNEY

21. Discuss and take action authorizing Waller County District Attorney's office to appear as counsel/attorney-in-charge for Defendant and to file its Notice of Appearance on behalf of Defendant, Waller County, in *City of Hempstead, and Citizens Against the Landfill in Hempstead v. Waller County, Texas, et al.*; Cause No. 13-03-21872; In the 506th Judicial District Court of Waller County, Texas.

DEFENDANTS000877

## EXECUTIVE SESSION

22. Consultation with District Attorney about pending or contemplated litigation.

23. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

**ADJOURN MEETING**

Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

### NOTICE

The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).

DEFENDANTS000878

b. The Elections Office stands ready and eager to help forge a plan that will ensure that future Waller County voter registration and elections are done in strict conformance with procedures set by law.
5. Goals for the Future:
    a. To date, our focus has been on ensuring that voters who applied to vote and may have been eligible are given a chance to re-register, or in cases where their registration was rejected due to an error on the part of the elections office, the error is corrected.
    b. Next, we want to put some intense work into resolving duplicate voters, working deceased and cancelled voters, updating county, district and city lines, and making sure that voters who are incorrectly registered in Waller County who reside in other counties are worked.
    c. We want to continue finding, organizing, and labeling files in order to make responses to information requests more timely and less time consuming.
    d. Also, we would like to scan a number of commonly requested documents and have them ready for answering public information requests next year during the primary and presidential elections.
    e. We want to clean up and clearly label existing file cabinets.
6. Current Elections Office Staff:
    a. 4 Full-time employees.
    b. 7 Part-time temporary employees.
7. Elections Equipment:
    a. Rigorous testing of the elections equipment has revealed that many of the machines are not functioning on battery backup when AC power fails. This is probably the reason that the 2014 Primary election situation was so difficult. We anticipate driving about 20 pieces of equipment to Austin (to save shipping) and anticipate paying for the repairs from the State money accumulated in the Elections Contract line item.
    b. Our earlier investment in backup equipment is already being used. Last night, one of the computers that is no longer allowed to be sold or supported crashed, but we are working with HART, our elections software provider, to switch that computer's responsibilities to one of the backup computers we purchased back in 2014.
8. Remaining Resources:
    a. Although the original $15,000 earmarked from the Election Workers Line item is nearly spent; there is about $3,000 left.
    b. We ~~intend to~~ *may* ask for a small amount of additional money from State Chapter 19 funds to bring this part-time team back to accomplish our goals after the May elections are finished. (Probably about $4,000)
    c. Even with the State ordering extra elections, we project having enough money office-wide to conduct all elections, repair equipment, pay the bills

DEFENDANTS000880

# MINUTES
## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – APRIL 15, 2015

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 15th day of April 2015 at its meeting place in the Commissioners Courtroom of the Waller County Courthouse, Hempstead, Texas. The meeting was called to order by Waller County Judge Trey Duhon at 9:02 a.m. with the following members of the Court present to-wit:

Carbett "Trey" J. Duhon III, County Judge
John A. Amsler, Commissioner Precinct 1
Russell Klecka, Commissioner Precinct 2
Jeron Barnett, Commissioner Precinct 3
Justin Beckendorff, Commissioner Precinct 4
Debbie Hollan, County Clerk

Delivery of Invocation by: Commissioner Amsler
Pledge to the American Flag and Texas Flag led by: Commissioner Barnett

1. Approval of Agenda.

   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes*  *Commissioner Amsler – Yes*  *Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes*  *Commissioner Beckendorff – Yes*

2. Approval of the minutes – 1 Set

   Motion to **approve** one set of minutes by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes*  *Commissioner Amsler – Yes*  *Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes*  *Commissioner Beckendorff – Yes*

   Minutes approved: April 8, 2015 Regular Session

## PUBLIC COMMENT

1. Commissioner John Amsler announced he will be having a town hall meeting at the Hempstead Theatre next Tuesday, April 21, 2015 at 6:30 p.m.

2. Judge Trey Duhon announced the upcoming Waller County Relay for Life to be held on Friday, May 1, 2015 at 6:00 p.m. at the Waller Junior High School to join the fight against cancer, also in relation to that, they will be selling barbeque stuffed baked potatoes on Friday, April 24, 2015 from 11:30 a.m. to 1:00 p.m. Judge also announced our flags are flying at half-staff today as the President of the United States has proclaimed April 15, 2015 as a day of remembrance for President Abraham Lincoln Day.

## CONSENT AGENDA (3-5 Items)

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

DEFENDANTS000881

3. Request by County Treasurer for approval of payroll.

4. Request to approve payment on the following:

   (a) $1,500.00 to Canon Funeral Home from line item 125-411-561502 [Pauper Burial Expense]

   (b) $439.00 to Travis County Clerk from line item 125-411-561501 [Medical/Commitment Fees].

   (c) $995.00 to Magnolia Funeral Home, Inc. from line item 125-423-540705 [Transport to Morgue].

   (d) $701.25 to Industrial Scale Company, Inc. from line item 125-411-545001 [Maintenance Contracts].

   (e) $176.27 to Hometown Hardware for Invoice # 69911/2 and Invoice # 68972/2 from line item 600-600-587519 [JP #3].

   (f) $ 80.00 for Invoice # 15547404 [Courthouse, Hold-up Alarm], $50.00 for Invoice #15544904 [Courthouse Burglar Alarm], $885.00 for Invoice # 15112404 [Courthouse Camera Surveillance], $30.00 for Invoice # 15522004 [JP #1 Hold-up Alarm], $204.50 for Invoice # 15111604 [JP #2 Burglar Alarm and DVR System], $115.00 for Invoice # 15520104 [JP #4 Burglar, Hold-Up, Access Control, DVR Monitors], and $75.00 for Invoice # 15540904 [JP #3-Replaced DVR Power Supply] for a total of $1,439.50 to TAC Security & Video from line item 117-428-89758 [Special Revenue Courthouse Security-Miscellaneous Security].

   (g) $675.00 for Invoice # 12146876 [Generator/Jail] and $758.00 for Invoice # 12146875 [Generator/Courthouse] for a total of $1,433.00 to Waukesha-Pearce Industries, Inc. from line item 125-411-545001 [Maintenance Contracts].

5. Request by County Auditor for approval and/or ratification of Accounts Payable.

   Motion to **approve consent agenda items** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

## PROCLAMATION

6. Discuss and take action to approve the Proclamation declaring April 2015 as Fair Housing Month.

   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

   (Judge Duhon read Proclamation)

## COUNTY JUDGE

7. **Presentation** by Dr. Dale A. Fritz, District Extension Administrator on Waller County Extension Agent candidate Damion Turner.
   No action taken.

8. Discuss and take action to approve appointment of Damion Turner as the Waller County Extension Agent to be effective May 1, 2015.

   Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.
   *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
   *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## WALLER COUNTY ECONOMIC DEVELOPMENT

9. **Public Hearing**: Designating the following property as a reinvestment zone under Chapter 312 of the Texas Tax Code. Interested persons may speak or present evidence for or against the designation. Waller County will also consider entering into a tax abatement agreement with Burckhardt Compression (US) Inc. for the following property:

   Approximately 6.5 acres located at 19750 FM 362, Waller, TX 77484 near Old Houston Hwy. and legally described as : Being a tract containing 14.12 acres of land situated in the H. Hedgeperth Survey, Abstract Number 139, Waller County, Texas; Said 14.12 acres being a portion of a call 44 acre tract of land recorded in the name of Robert G. Smith in Volume 255, Page 623 of the Waller County Deed Records (W.C.D.R.); Said 14.12 acres being portions of Blocks B,C, K & L and intervening portion of Castle Street, abandoned by ordinance No. 139 of the City of Waller and recorded in Volume 271, Page 145 of the W.C.D.R., of South Side Addition, according to the map or plat thereof recorded in Volume 19, Page 112 of the W.C.D.R.; Said 14.12 acres being more particularly described by metes and bounds as follows: (bearings are referenced to the Teas Coordinate System of 1983, South Central Zone, based on GPS observations)

   **Public Hearing began at 9:21 a.m.**
   No public comments received.
   **Public Hearing ended at 9:21 a.m.**

10. Discuss and take action to approve the Reinvestment Zone for Burckhardt Compression (US) Inc. and authorize County Judge to sign Order Establishing the Reinvestment Zone.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett
    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

11. Discuss and take action to approve Tax Abatement Agreement for Burckhardt Compression (US) Inc. and authorize the County Judge to sign.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

    (Vince Yokom, Director with the Waller County Economic Development Program and Mr. Bryan Stewart, Operations Manager with Burckhardt Compression (US) Inc. presented information to the court regarding Burckhardt Compression)

## COMMISSIONER, PRECINCT 3

12. ~~Discuss and take possible action on reestablishing a committee for creation of a Waller County Fire Marshal Office.~~

    **Item WITHDRAWN** per Commissioner Barnett's request.

DEFENDANTS000883

## COUNTY TREASURER

13. Request by County Treasurer for approval of Treasurer's Report.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

14. Request by County Treasurer for approval of Investment Report.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

## MAINTENANCE

15. Discuss and take action to select a Contractor for installation of sidewalk at the JP #3 building.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.

    Motion made by Commissioner Beckendorff, seconded by Commissioner Barnett to **select Glover's Concrete & Construction.**
    **Motion carried**.
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

*Advanced to Agenda Items #21 – #23*

16. Discuss and take action to select Contractor for installation of carpet at the JP #3 building.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.

    Motion made by Commissioner Amsler, seconded by Commissioner Barnett to **select Redi Carpet Wholesale.**
    **Motion carried**.
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

## ELECTION ADMINISTRATOR

17. **Spread** upon the minutes a report on the status of Waller County voter registrations and elections.
    No action required.

## MISCELLANEOUS

18. Discuss and take action to approve payment of $7,500.00 to Brazos Valley Council of Governments as allocated in the 2015 Budget from line item 125-525-546900 [BVCOG].

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

19. Discuss and take action to transfer $37,500.00 from line item 125-411-569600 [Contingency] to the following line items: $32,000.00 to line item 125-401-560800 [Equipment and Supplies] for desk and newline equipment and $5,500.00 to line item 125-401-540900 [Professional Consultant Services] for video services until end of May.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett. **Motion carried**.

    *Judge Trey Duhon – Yes      Commissioner Amsler  – Yes      Commissioner Klecka      – Yes*
    *                            Commissioner Barnett – Yes      Commissioner Beckendorff – Yes*

20. Discuss and take action authorizing Request for Proposals, pursuant to the County Purchasing Act, Subchapter C, Chap. 262 of the Local Government Code, for the construction of the Waller County Community Center and approve advertising in the following newspapers of general circulation: Waller County News Citizen, Times Tribune, Waller Times, Conroe Courier, and The Eagle Payment of advertisement to be paid from Line Item 125-401-544100 [Bid Notices and Printing].

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett. **Motion carried**.

    *Judge Trey Duhon – Yes      Commissioner Amsler  – Yes      Commissioner Klecka      – Yes*
    *                            Commissioner Barnett – Yes      Commissioner Beckendorff – Yes*

## DISTRICT ATTORNEY

21. Discuss and take action authorizing Waller County District Attorney's office to appear as counsel/attorney-in-charge for Defendant and to file its Notice of Appearance on behalf of Defendant, Waller County, in *City of Hempstead, and Citizens Against the Landfill in Hempstead v. Waller County, Texas, et al.*; Cause No. 13-03-21872; In the 506th Judicial District Court of Waller County, Texas.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett. **Motion carried**.

    *Judge Trey Duhon – Yes      Commissioner Amsler  – Yes      Commissioner Klecka      – Yes*
    *                            Commissioner Barnett – Yes      Commissioner Beckendorff – Yes*

## EXECUTIVE SESSION

22. Consultation with District Attorney about pending or contemplated litigation.

    Court **convened** to Executive Session at 9:59 a.m. pursuant to Texas Government Code Section 551.071 (Consultation with Attorney).
    Court **reconvened** from Executive Session at 10:16 a.m.

23. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.
    No action taken.

*Returned to Agenda Item #16*

## ADJOURN MEETING

Motion to **adjourn** meeting by Commissioner Amsler, seconded by Commissioner Barnett. **Motion carried**.

*Judge Trey Duhon* – Yes    *Commissioner Amsler* – Yes    *Commissioner Klecka* – Yes
*Commissioner Barnett* – Yes    *Commissioner Beckendorff* – Yes

Meeting was **ADJOURNED** at 10:56 a.m.

**APPROVED** this the 22nd day of April 2015.

_____
Carbett "Trey" J. Duhon, III
County Judge

ATTEST:

_____
Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas

DEFENDANTS000886