

# Exhibit 103

Video of August 5, 2015 Commissioners Court Hearing
(DEFENDANTS000637)

https://wallercountycommissionerscourt.sharefile.com/d-s6e014410ec84b368