**PLAINTIFF'S EXHIBIT 107**

# Exhibit 107

Video of January 20, 2016 Commissioners Court hearing (DEFENDANTS000639)

https://attendee.gotowebinar.com/recording/8357273905596000258