

# Exhibit 109

Video of January 27, 2016 Commissioners Court hearing (DEFENDANTS000640)

https://attendee.gotowebinar.com/recording/72803435168088577