Case 4:18-cv-03985   Document 125-110   Filed on 09/17/20 in TXSD



# NOTICE OF MEETING
# OF COMMISSIONERS COURT
# OF WALLER COUNTY, TEXAS
### WEDNESDAY, March 23, 2016
### 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the **23rd** day of **March, 2016,** at its meeting place at the **Waller County Courthouse**, **Hempstead, Texas.**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

## PUBLIC COMMENT

## CONSENT AGENDA (2-3 Items)

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes.

3. Request to approve payment on the following:

   (a) $2,887.00 for Invoice # AH011487 to Harris County Treasurer from line item 125-423-540702 [Autopsy].

   (b) $449.00 for Invoice # 16-000133 and $424.00 for Invoice # 16-000206 for a total of $873.00 to Travis County Clerk from line item 125-411-561501 [Medical/Commitment Fees].

4. Request by County Auditor for approval and/or ratification of Accounts Payable.

## COUNTY JUDGE

5. Discuss and take action to accept the donation from "Keep Waller County Beautiful" for $1,051.15 to line item 125-000-470200 [Donations/Animal Control] and $1,051.16 to line item 125-000-472210 [County Donations-Recycle Center].

## COUNTY ENGINEER

6. Discuss and take action to approve a Utility Permit for CenterPoint Energy on Morton Road.

7. Discuss and take action to approve an Access Easement from Sylvia Hight for drainage on Bonner Road.

8. Discuss and take action to approve the Replat of Tuscan Farms Subdivision, Lot 3.

## MISCELLANEOUS

9. Discuss and take action to approve the private resale offer for the following property: Lot 37 of Clear Creek Forest Section 6, Waller County, Texas, tax account R16021 in the amount of $14,003.08 by Mr. Edgar Eden Bazan-Lopez and authorize the County Judge to sign a resale deed for said property to Mr. Edgar Eden Bazan-Lopez.

10. Discuss and take action to approve the private resale offers for the following properties: Lot 8, Block 11 of Monticello Estates, Waller County, Texas, tax account R23872 in the amount of $4,942.06; and Lot 9, Block 11 of Monticello Estates, Waller County, Texas, tax account R23874 in the amount of $3,945.06; both by Mr. Edgar Eden Bazan-Lopez and authorize the County Judge to sign a resale deed for said properties to Mr. Edgar Eden Bazan-Lopez.

11. Discuss and take action to approve proposal from Johnston LLC for Library design.

12. Discuss and take action to approve the appointment of John Amsler to the Long Range Planning Committee.

DEFENDANTS001319

## MISCELLANEOUS cont.

13. Discuss and take action to approve payment of $2,025.00 for Invoice # 106369 to Fritz, Byrne, Head & Fitzpatrick, PLLC from line item 125-411-540300 [Legal] Pintail Landfill.

## ELECTIONS ADMINISTRATOR

14. Discuss and take action to approve early voting dates and hours for the May 24, 2016 primary runoff election, and to approve 2 pollworkers for each location, 1 from each party, to be paid $10/hr.

15. Discuss and take action to approve the rate of pay for early voting pollworkers at $10/hr. for judges and lead clerks, and $9/hr. for clerks, to pay for up to 3 hours training, and to supplement the State rate of pay of election day pollworkers at the rate of $1/hr. for clerks and $2/hr. for judges and lead clerks for the primary runoff election.

16. Discuss and take action to approve the opening of the regular 19 Election Day polling locations and to set the number of pollworkers per Election Day polling place at 2 per party (including judges).

17. Discuss and take action to approve rental of 2 Uhaul trucks and hiring of 2 setup teams, up to 2 people each, for early voting and Election Day setup.

18. Discuss and take action to approve 4 total early voting ballot board workers and 4 Central Counting Station workers.

19. Discuss and take action to appoint Dan Teed as the central counting station supervisor.

## EXECUTIVE SESSION

20. Consultation with District Attorney about pending or contemplated litigation pursuant to Government Code Section 551.071.

21. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

## ADJOURN MEETING

_____
**Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas**

**NOTICE**

**The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).**

DEFENDANTS001321