PLAINTIFF'S EXHIBIT
113

# Exhibit 113

Video of October 11, 2017 Commissioners Court

https://www.co.waller.tx.us/page/co mm.WCCCVideo