# MINUTES
## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – AUGUST 22, 2018

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 22nd day of August 2018 at its meeting place in the Commissioners Courtroom of the Waller County Courthouse, Hempstead, Texas. The meeting was called to order by Waller County Judge Trey Duhon at 9:01 a.m. with the following members of the Court present to-wit:

Carbett "Trey" J. Duhon III, County Judge
John A. Amsler, Commissioner Precinct 1
Russell Klecka, Commissioner Precinct 2
Justin Beckendorff, Commissioner Precinct 4
Debbie Hollan, County Clerk

Absent: Jeron Barnett, Commissioner Precinct 3

Delivery of Invocation by: Commissioner Amsler
Pledge to the American Flag and Texas Flag led by: Commissioner Beckendorff

1. Approval of Agenda.

    Motion to **approve** with agenda items #10, #21-24 to be withdrawn by Commissioner Beckendorff, seconded by Commissioner Klecka
    **Motion carried**.
    *Judge Trey Duhon – Yes     Commissioner Amsler – Yes     Commissioner Klecka – Yes*
    *Commissioner Barnett – Absent     Commissioner Beckendorff – Yes*

**PUBLIC COMMENT** – None

**CONSENT AGENDA**

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes – August 15, 2018 Regular Session
3. Request to approve payment on the following:
    (a) $635.00 for Invoice #NRDD-0003759 and $2,545.00 for Invoice # NRDD-0003786 for a total of $3,180.00 to Texas Association of Counties Risk Management Pool from line item 125-411-560300 [Ins Equip/Build/Pub Liab].
    (b) $15,000.00 to Waller County Historical Society from line item 125-538-568400 [Miscellaneous] as allocated in the 2018 Budget.
4. Request by IT Department to approve Fixed Asset Transfers.
5. Request by District Clerk to approve Fixed Asset Transfers.
6. Request by 506th District Judge to approve Fixed Asset Transfers.
7. Request by County Tax Assessor-Collector to approve Fixed Asset Transfers.
8. Request by County Tax Assessor Collector to approve refunds in excess of $500.00 in accordance with section 31.11 Texas Tax Code.

August 22, 2018 Regular Session

DEFENDANTS000132

9. Request by Treasurer for approval of Treasurer's Monthly Report.

10. ~~Request approval by Juvenile Probation to transfer $1,500.00 from line item 308-578-545302 [Training] and $1,500.00 from line item 308-578-545305 [Training] for a total of $3,000.00 to line item 308-578-530100 [Supplies].~~  **Item WITHDRAWN.**

11. Request by County Auditor for approval and/or ratification of Accounts Payable.

    Motion to **approve** consent agenda items by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion carried.**
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Absent*   *Commissioner Beckendorff – Yes*

## PRESENTATION

12. **Update** by Michael Parks from Brazos Valley Council of Governments on the County Indigent Health Care Program. *No action required.*

## COUNTY ENGINEER

13. Discuss and take action to approve a variance request to the Subdivision and Development Regulations, Engineering Design Standards Section 2 – Lot size, regarding the minimum lot size per dwelling, by Mr. Claude Bryant.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion FAILED.**
    *Judge Trey Duhon – No*   *Commissioner Amsler – No*   *Commissioner Klecka – No*
    *Commissioner Barnett – Absent*   *Commissioner Beckendorff – No*

14. Discuss and take action to approve a variance request to the Subdivision and Development Regulations, Engineering Designs Standards, Section 3 – Flag Lot, regarding the length of staff portion of the lot, by Mr. Milton Thomas.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.

    Motion to **table** agenda item by Commissioner Beckendorff, seconded by Commissioner Amsler.
    **Motion carried – Item TABLED.**
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Absent*   *Commissioner Beckendorff – Yes*

15. Discuss and take action to award Base Bid for "Bridge Replacement at Lewisville Creek Draw" to Forde Construction Company.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion carried.**
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Absent*   *Commissioner Beckendorff – Yes*

## ELECTIONS

16. Discuss and take action to approve the Lease Proposal from Xerox for a C8055H Printer/Copier. Monthly rate of $224.56 to be funded from line item 125-434-581826 [Equipment Rental].

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion carried.**
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Absent*   *Commissioner Beckendorff – Yes*

August 22, 2018 Regular Session

DEFENDANTS000133

17. Discuss and take action to approve Early Voting locations and Election Day polling locations to be used in the November 6, 2018 General Election.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion carried**.
    *Judge Trey Duhon  – Yes*        *Commissioner Amsler  – Yes*        *Commissioner Klecka      – Yes*
                                     *Commissioner Barnett – Absent*     *Commissioner Beckendorff – Yes*

18. Discuss and take action to approve rate of pay for Election Judges and Alternate Judges at $10/hour and Election Clerks at $9/hour for the November 6, 2018 General Election.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion carried**.
    *Judge Trey Duhon  – Yes*        *Commissioner Amsler  – Yes*        *Commissioner Klecka      – Yes*
                                     *Commissioner Barnett – Absent*     *Commissioner Beckendorff – Yes*

## MISCELLANEOUS

19. Discuss and take action to approve the Vine Service Agreement between Appriss and Waller County.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Klecka.
    **Motion carried**.
    *Judge Trey Duhon  – Yes*        *Commissioner Amsler  – Yes*        *Commissioner Klecka      – Yes*
                                     *Commissioner Barnett – Absent*     *Commissioner Beckendorff – Yes*

20. ~~Discuss and take action to approve Burn Ban~~.  **Item WITHDRAWN.**

21. ~~Discuss and take action to deliberate business and financial issues in executive session based on determination and recommendation from the District Attorney's Office that deliberation in an open meeting regarding business and financial issues related to purchasing or leasing real property in Precinct 1 would have a detrimental effect on the position of the County in negotiations with third persons~~.  **Item WITHDRAWN.**

## EXECUTIVE SESSION

22. Deliberate business and financial issues related to purchasing or leasing real property in Precinct 1 pursuant to Government Code Sections 551.072 and 551.0725.
23. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.
24. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

    *No Executive Session needed*

## ADJOURN MEETING

Motion to **adjourn** meeting by Commissioner Beckendorff, seconded by Commissioner Klecka.
**Motion carried**.
*Judge Trey Duhon  – Yes*        *Commissioner Amsler  – Yes*        *Commissioner Klecka      – Yes*
                                 *Commissioner Barnett – Absent*     *Commissioner Beckendorff – Yes*

Meeting was **ADJOURNED** at 9:32 a.m.

August 22, 2018 Regular Session

DEFENDANTS000134

I **ATTEST** TO THE ACCURACY OF THE FORGOING MINUTES:

*Debbie Hollan*

Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas



**APPROVED** this the 29th day of August 2018.

*Jeron Barnett*

Commissioner Jeron Barnett
Presiding Judge

August 22, 2018 Regular Session

DEFENDANTS000135