

# Exhibit 115

Video of August 22, 2018 Commissioners Court Hearing (DEFENDANTS000695)

https://wallercountytx.swagit.com/play/08222018-816/2/