PLAINTIFF'S EXHIBIT 117

# NOTICE OF MEETING
# OF COMMISSIONERS COURT
# OF WALLER COUNTY, TEXAS
# WEDNESDAY SEPTEMBER 5, 2018
# 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the 5th **day of September, 2018,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

## PUBLIC COMMENT

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes.

3. Request to approve payment on the following:

    (a) $2,887.00 for invoice # AH017684, $3,022.00 for invoice # AH017685 and $2,887.00 for invoice # AH017698 for a total of $8,796.00 to Harris County Treasurer from line item 125-423-540702 [Autopsy].

4. Request by County Auditor for approval and/or ratification of Accounts Payable.

## PROCLAMATION

5. Discuss and take action to approve the Proclamation designating Waller County as a Purple Heart County.

## PUBLIC HEARING

6. Public Hearing – Proposed Tax Rate, first hearing.

   Commissioners Court will vote on the proposed tax rate on September 19, 2018 at 9:00 a.m. at its meeting place in the Waller County Courthouse located at 836 Austin Street, Hempstead, Texas.

## COMMISSIONER PRECINCT 3

7. Presentation of a future County Park by Adam McGovern with EHRA Engineering.

## COUNTY JUDGE

8. Discuss and take action to Order the General Election to be held on November 6, 2018.

## COUNTY ENGINEER

9. Discuss and take action to approve a variance request to the Subdivision and Development Regulations, Engineering Design Standards, Section 2, Lot size, regarding the minimum lot size per dwelling, by Ms. Letitia Duncan.

10. Discuss and take action to approve the Infrastructure Development Plan of The Haven RV Park.

## AUDITOR

11. Discuss and take action to approve line item transfers.

12. Discuss and take action to amend the 2018 Budget to accommodate the remaining balance of $12,500.00 from the Charitable Activities/Initiatives Contract with Prairie View A&M.

13. Spread upon the minutes the Certification of Funds for Constable, Precinct 4, 2017 LEOSE Funds in the amount of $683.00.

## AUDITOR cont.

14. Discuss and take action to amend the 2019 Budget to accommodate Constable, Precinct 4, 2017 LEOSE Funds.

## SHERIFF

15. Discuss and take action to approve leasing 13 vehicles with Enterprise Fleet Management.

## MISCELLANEOUS

16. Discuss and take action to rescind Burn Ban.

17. Discuss and take action to approve the Optional Fees for Calendar year 2019.

18. Discuss and take action to approve Designation of Representatives for Houston-Galveston Area Council 2019 General Assembly and Board of Directors.

19. Discuss and take action to deliberate business and financial issues in executive session based on determination and recommendation from the District Attorney's Office that deliberation in an open meeting regarding business and financial issues related to purchasing or leasing real property in Precinct 1 would have a detrimental effect on the position of the County in negotiations with third persons.

## EXECUTIVE SESSION

20. Deliberate business and financial issues related to purchasing or leasing real property in Precinct 1 pursuant to Government Code Sections 551.072 and 551.0725.

21. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

22. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

**ADJOURN MEETING**

_____
Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

### NOTICE

The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).