

PLAINTIFF'S EXHIBIT

**118**

3a

MICHAEL POST
**HARRIS COUNTY AUDITOR**

1001 Preston, Suite 800
Houston, Texas 77002
(832) 927-4550



**REMIT PAYMENT TO:**
Harris County Treasurer
Orlando Sanchez
1001 Preston, Room 652
Houston, Texas 77002

Invoice / Statement No.: AH017684

**INVOICE**

Customer No.: 83317

WALLER COUNTY
ATTN CO TREASURER
836 AUSTIN ST STE 316
HEMPSTEAD, TX 77445

Amount Due: 2,887.00

Amount Paid: _____

(Please detach and mail this top portion with payment)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/20/18 | AUTOPSY: ▓▓▓▓▓▓▓▓<br>CASE #: OC18-013<br>JUDGE TED KREENK<br>AUTOPSY DATE: 06/18/2018<br>REPORT MAILED TO JUDGE: 08/20/18 | 2,887.00 |

REGISTRATION # **066811**
Joan Sargent Waller Co. Treasurer
Deputy _SP_   Date 8-27-18

The above amount is for County services. Amounts are due upon
receipt of the invoice. If you have any questions, contact
Accounts Receivable at 832-927-4550.

**REMIT PAYMENT TO:**   *HARRIS COUNTY TREASURER*
*Orlando Sanchez*
*1001 Preston, Room 652*
*Houston, Texas 77002*

County Auditor's Form #581
Harris County, Texas (REV. 7-17)

DEFENDANTS001744

MICHAEL POST
**HARRIS COUNTY AUDITOR**
1001 Preston, Suite 800
Houston, Texas 77002
(832) 927-4550



**REMIT PAYMENT TO:**
Harris County Treasurer
Orlando Sanchez
1001 Preston, Room 652
Houston, Texas  77002

Invoice / Statement No.: AH017685

Customer No.: 83317

**INVOICE**

WALLER COUNTY
ATTN CO TREASURER
836 AUSTIN ST STE 316
HEMPSTEAD, TX 77445

Amount Due:          3,022.00

Amount Paid: _____

(Please detach and mail this top portion with payment)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/20/18 | AUTOPSY: ▓▓▓▓▓▓▓▓▓▓▓▓▓<br>CASE #: OC18-014<br>JUDGE TED KRENEK<br>AUTOPSY DATE: 06/24/2018<br>REPORT MAILED TO JUDGE: 08/20/2018<br>BODY STORAGE FEES: $45/DAY X 3 DAYS | 2,887.00 |
| 08/20/18 | BODY STORAGE FEES: 3 DAYS | 135.00 |

REGISTRATION # **066812**

Joan Sargent Waller Co. Treasurer
Deputy  ~~Sr~~  Date 8-27-18

The above amount is for County services. Amounts are due upon
receipt of the invoice. If you have any questions, contact
Accounts Receivable at 832-927-4550.

*REMIT PAYMENT TO:*      ***HARRIS COUNTY TREASURER***
***Orlando Sanchez***
***1001 Preston, Room 652***
***Houston, Texas  77002***

County Auditor's Form #581
Harris County, Texas (REV. 7-17)

DEFENDANTS001745

MICHAEL POST
**HARRIS COUNTY AUDITOR**
1001 Preston, Suite 800
Houston, Texas 77002
(832) 927-4550



**REMIT PAYMENT TO:**

Harris County Treasurer
Orlando Sanchez
1001 Preston, Room 652
Houston, Texas  77002

Invoice / Statement No.: AH017698

**INVOICE**

Customer No.: 83317

WALLER COUNTY
ATTN CO TREASURER
836 AUSTIN ST STE 316
HEMPSTEAD, TX 77445

Amount Due: _____ 2,887.00

Amount Paid: _____

(Please detach and mail this top portion with payment)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/22/18 | AUTOPSY: ▓▓▓▓▓▓▓▓▓▓<br>CASE #: OC18-017<br>JUDGE TED KRENEK<br>AUTOPSY DATE: 08/14/18<br>REPORT MAILED TO JUDGE: 08/21/18 | 2,887.00 |

RECEIVED

REGISTRATION # 066837
Joan Sargent Waller Co. Treasurer
Deputy _____ Date 8-29-18

8/29

The above amount is for County services. Amounts are due upon
receipt of the invoice. If you have any questions, contact
Accounts Receivable at 832-927-4550.

**REMIT PAYMENT TO:**   *HARRIS COUNTY TREASURER*
*Orlando Sanchez*
*1001 Preston, Room 652*
*Houston, Texas  77002*

County Auditor's Form #581
Harris County, Texas  (REV. 7 17)

DEFENDANTS001746

*5*



# Waller County Commissioners Court
# Waller County, Texas

**WHEREAS,** the people of the county Waller, Texas have great admiration and the utmost gratitude for all the men and women who have selflessly served their country and this community in the Armed Forces; and

**WHEREAS,** the Purple Heart is the oldest military decoration in present use and was initially created as the Badge of Military Merit by George Washington in 1782; and

**WHEREAS,** the Purple Heart was the first American service award or decoration made available to the common soldier and is specifically awarded to members of the United States Armed Forces who have been wounded or paid the ultimate sacrifice in combat with a declared enemy of the United States of America; and

**WHEREAS,** the contributions and sacrifices of the men and women from the Waller County, Texas,  who served in the Armed Forces have been vital in maintaining the freedoms and way of life enjoyed by our citizens; and

**WHEREAS,** many men and women in uniform have given their lives while serving in the Armed Forces; and

**WHEREAS,** September 5, 2018 has officially been designated as the day in Waller County, Texas to remember and recognize veterans who are recipients of the Purple Heart Medal.

NOW, THEREFORE, I, Carbett "Trey" J. Duhon III County Judge of Waller, join with the Waller County Commissioners, to hereby proclaim Waller County, Texas

# A PURPLE HEART COUNTY

IN WITNESS WHEREOF, we have hereunto set our hands to this Proclamation
5th day of September 2018.

_____
**CARBETT "TREY" J. DUHON III**
**WALLER COUNTY JUDGE**

_____
**JOHN A. AMSLER**
**COMMISSIONER PCT 1**

_____
**RUSSELL KLECKA**
**COMMISSIONER PCT 2**

_____
**JERON BARNETT**
**COMMISSIONER PCT 3**

_____
**JUSTIN BECKENDORFF**
**COMMISSIONER PCT 4**

DEFENDANTS001747

9



# WALLER COUNTY

**Yancy Scott, P.E., CFM**
**County Engineer**

## MEMORANDUM

**To:**  Honorable Commissioners' Court

**Item:**  Variance Request – Ms. Letitia Duncan

**Date:**  August 29, 2018

**Background**
Ms. Duncan is requesting a variance to the Subdivision and Development Regulations, Engineering Design Standards, Section 2 – Lot Size, regarding the minimum lot size per dwelling. They would like to add a third home to their property which contain 3 acres on Bosque Road in Hempstead. This third home would be for Ms. Susan Storms where she could help Ms. Duncan in her declining health.

**Staff Recommendation**
None

775 Business 290 East, Hempstead, Texas 77445 Ph: 979-826-7670 Fax: 979-826-7673

DEFENDANTS001748

# WARANTY DEED

THE STATE OF TEXAS    )

                            )

COUNTY OF WALLER      )        KNOW ALL MEN BY THESE PRESENTS:

     THAT, Brazos 220, LTD., a Texas limited partnership, of Harris County, Texas, acting herein by DRS INVESTMENTS, Inc., its duly authorized general partner, herein called Grantor, for valuable consideration of the sum of TEN and NO/100 DOLLARS ($10.00) to the undersigned paid by Grantee, the receipt of which is herein acknowledged and confessed.

     Have GRANTED, SOLD and CONVEYED, and by these presents does GRANT, Sell and CONVEY unto Letitia Lea Duncan of Waller County, Texas, herein called Grantee, whose mailing address is Rt. 3, Box 211 T, Hempstead, Texas, 77445, all of the following described real property, to wit:

     A certian three acre tract of land known as Lot two (2) of RIO ACRES SUBDIVISION, a subdivision located in the Jared E. Groce Survey, Abstract 30, Waller County, Texas, according to the map or plat thereof recorded in Volume 484 at page 358 of  the Deed Records of Waller County, Texas.

TO HAVE AND TO HOLD the above premises, together with all and singular rights and appurtenances thereto in anywise belonging unto Grantee, Grantee's heirs and assigns forever: and Grantor does hereby bind Grantor, Grantor's heirs, successors, executors and administrators to WARRANT AND FOREVER DEFEND all and singular the said premises unto Grantee, Grantee's heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

DEFENDANTS001749

EXECUTED on this the _19th_ day of _July_ 2002.

> BRAZOS 220,Ltd.,
> a Texas limited partnership
> DRS INVESTMENTS, INC.,
> General Partner
>
>
> BY: _____
>        DON R. SMITH, President


This instrument was acknowledged before me on this the _19th_ day of July, 2002 by DON R. SMITH, as President of DRS INVESTMENTS, INC., General Partner of BRAZOS 220, LTD., a TEXAS limited partnership, on behalf of said corporation.

NOTARY PUBLIC
ELLEN D. CAIN
Notary Public, State of Texas
My Commission Expires: 10/02/2005

_Ellen D. Cain_
Notary Public, State of Texas



DEFENDANTS001751



DEFENDANTS001752



DEFENDANTS001753



DEFENDANTS001754



## Waller County Road & Bridge Department
775 Bus 290 E – Hempstead TX 77445
979-826-7670    www.co.waller.tx.us

**$100.00 Fee**

## SINGLE FAMILY VARIANCE REQUEST APPLICATION

This form is used to request a variance to Waller County Standards. No variance will be granted unless the general purpose and intent of the Standards is maintained. Any variance granted will only be applicable to the specific site and conditions for which the variance was granted, and will not modify or change any standards as they apply to other sites or conditions.

The applicant must clearly demonstrate that the variance request meets minimum acceptable engineering and safety standards.  The applicant must also clearly demonstrate that the variance is not detrimental to the health, safety, and welfare of the public.

**Instructions:**  Complete all fields below. Additional sheets may be attached, however, a summary of your responses must be included in the spaces provided below.  Simply stating "see attached" is considered insufficient information.

| PROPERTY OWNER INFORMATION | APPLICANT INFORMATION |
|---|---|
| **Name:** _LETITIA DUNCAN_ | **Name:** _Susan Storms_ |
| **Mailing Address:** _40109 BOSQUE RD._ | **Mailing Address:** _40109 Bosque Rd_ |
| **City, State, Zip:** _HEMPSTEAD, TX 77445_ | **City, State, Zip:** _Hempstead, TX 77445_ |
| **Email:** _TISHDUNCAN1220@YAHOO.com_ | **Email:** _Jackaxe19@yahoo.com_ |
| **Phone:** _979-826-4744_ | **Phone:** _979-221-8008_ |

**Location of Parent Tract (Picture of posted 9-1-1 numbers required before variance will be granted)**

_40109 BOSQUE RD, HEMSTEAD, TX_                                    _3_

| Address of Property | Property ID # | Acreage |
|---|---|---|

**PLEASE PROVIDE THE FOLLOWING:**

[✓] Sketch, drawing, boundary survey or WCAD map noting proposed development
[✓] Copy of Recorded Deed

### VARIANCE REQUEST OVERVIEW & JUSTIFICATION

Note the specific regulation(s) to which this variance is being requested. Describe why the County's minimum requirements can't be met and what the proposed deviation will achieve. (Attached additional sheets if more room is needed.) _I, LETITIA DUNCAN, HAVE BEEN IN DECLINING HEALTH SINCE AT LEAST 2015, I LIVE ALONE AND NEED SOMEONE CLOSE AND RELIABLE TO HELP ME WITH EVERYDAY CHORES AND TASKS. THERE ARE SOME DAYS I LITERALLY CAN NOT TAKE MORE THAN A FEW STEPS_

### OWNER/APPLICANT CERTIFICATION & ACKNOWLEDGEMENT   _( SEE ATTACHED →)_

The owner and applicant declare under the penalty of perjury, and any other applicable state or federal law, that all information provided on this form and submitted attachments are true, factual, and accurate.  The owner and applicant also hereby acknowledge any false misleading information contained herein is grounds for variance denial and/or permit revocation.

| _LETITIA DUNCAN_ | _Letitia Duncan_ | _8-15-18_ |
|---|---|---|
| **Printed Owner/Applicant Name** _Susan Storms_ | **Signature Owner/Applicant** _Susan Storms_ | **Date** _8-15-18_ |

### OFFICE USE ONLY

| | | NOTES |
|---|---|---|
| [ ] **Approved**   [ ] **Denied** | | |
| **Waller County Commissioner Prct  1  2  3  4** | **Date** | |
| **Waller County Judge** | **Date** | |

**OFFICE USE ONLY Payment: Cash** _____ **Check** _100.00_ **#** _2058_ **CC** _____ **ID #** _____

DEFENDANTS001755

AND MUST REMAIN IN BED DUE
TO CHRONIC MESENTERIC
ISCHEMIA, RHEUMATOID ARTHRITIS,
FIBROMYALGIA, AND VASCULAR
DISEASE. AT THIS POINT IN MY
LIFE I ENJOY MY INDEPENDENCE
AND PRIVACY, AND DO NOT REQUIRE
OR WANT LIVE-IN ASSISTANCE.
(OR AFFORD)

DEFENDANTS001756

To whom it my concerns

My Aunt's health is defending rapidly
I would like to just live here at least
a year while I'm in search of property
near her residence. She's just simply
not always able to do simple tasks or
sometimes even get out of bed. I need
to be close to make sure she eats, gets
her medicine, gets to Dr. Appointments,
pay her bills, clean her house, do her
laundry ect. She doesn't have much
room in her current house due to
things she has gathered over the years &
some of the medical equipment that
is big & bulky takes up her
spare bedroom and bathroom. I
just want time to find a place to be
close enough that I can check on
her a minimum of 3-4 times
daily.

Thank you for your
Consideration
Susan Storms

# WALLER COUNTY

### Yancy Scott, P.E., CFM
### County Engineer

## MEMORANDUM

**To:**        Honorable Commissioners' Court

**Item:**      Infrastructure Development Plan of The Haven RV Park

**Date:**       August 29, 2018

**Background**

IDP Name:              The Haven RV Park

Applicant:              Michael Jones/Emerald Growth LLC

Owner/Developer:        Michael Jones/Emerald Growth LLC

Location:               Precinct 2 – Joseph Rd

Description: The Haven RV Park will be built in one phase, located along Joseph road between Hegar road and Kickapoo road. This project will consist of 30.23 total acres.

This project consists of 30.23 acres and 120 RV spaces. It will also include office/community building with 5' hike and bike trail. This RV Park will have a beautiful natural setting, along with asphalt streets, public water system, septic sanitary sewer, landscaping, lighting, community areas and a pet area.

Professionally operated facility, managing the community with strict standards for residents with on-site management.

**Staff Recommendation**

Approve IDP.

DEFENDANTS001758



DEFENDANTS001759

*12*

THE STATE OF TEXAS

COUNTY OF WALLER

IN THE COMMISSIONER'S COURT

OF WALLER COUNTY, TEXAS

BE IT REMEMBERED That on this the 5th day of September, 2018, A.D., the Commissioner's Court of Waller County, Texas met in Regular Session at its regular meeting place in the Waller County Courtroom in Hempstead, Texas, with the following members of said Court present:

> Carbett "Trey" J. Duhon, County Judge
> John Amsler, Commissioner, Precinct 1
> Russell Klecka, Commissioner, Precinct 2
> Jeron Barnett, Commissioner, Precinct 3
> Justin Beckendorff, Commissioner, Precinct 4

and the Court being duly opened, there came on for consideration the matter to amend the 2018 budget to accommodate the line item transfer as follows:

FROM

125-000-475005          RESERVED FUND BALANCE          $ 12,500.00

TO

125-416-510101          PART-TIME          $ 12,500.00

Motion was made by Commissioner _____, duly seconded by Commissioner _____ that the above and foregoing request be and the same is hereby **APPROVED.**

Upon the question being duly and timely put by the County Judge, Commissioner's _____, _____ voted "AYE" and Commissioner's _____, and _____, voted "NAY", whereupon the County Judge declared the motion passed, approved and adopted as an ORDER of this COURT.

_____
Carbett "Trey" J. Duhon, County Judge
Waller County, Texas

ATTEST:

_____
Debbie Hollan, County Clerk

DEFENDANTS001760

*13*



# Waller County

**ALAN YOUNTS**                                                                     **COUNTY AUDITOR**

September 5, 2018

Honorable Commissioners' Court
836 Austin Street
Hempstead, Texas 77484

Re:  Certification of Revenues – LEOSE (Law Enforcement Officer Standards and
                                    Education) Monies

Waller County has received additional revenue in the amount of $683.00 for annual allocation from the Texas Comptroller of Public Accounts that had not been previously budgeted or anticipated.

Waller County may adopt a special budget for the expenditure of this revenue per Local Government Code Section 111.0108.  I recommend that the funds be budgeted into the Constable, Precinct 4 Line Item 125-514-533202, Training/LEOSE.  A budget amendment has been prepared based on this recommendation and will be applied to fiscal year 2018.

I hereby certify that the forgoing statements are true and correct.

*Alan Younts*

Alan Younts
Waller County Auditor

836 Austin Street • Suite 221 • Hempstead, Texas 77445 • 979.826.7740 • Fax: 979.826.8317
Email: a.younts@wallercounty.us

DEFENDANTS001761

*14*

THE STATE OF                                    IN THE COMMISSIONER'S

COUNTY OF WALLER                      COURT OF WALLER COUNTY, TEXAS

        BE IT REMEMBERED That on this the 5th day of September, 2018, A.D., the
Commissioner's Court of Waller County, Texas met in Regular Session at its
regular meeting place in the County Courtroom in Hempstead, Texas, with the
following members of said Court present:

                Carbett "Trey" J. Duhon, County Judge
                John Amsler, Commissioner, Precinct 1
                Russell Klecka, Commissioner, Precinct 2
                Jeron Barnett, Commissioner, Precinct 3
                Justin Beckendorff, Commissioner, Precinct 4

and the Court being duly opened, there came on for consideration the matter
to amend the 2018 budget and to increase expense and revenue line items to
accommodate 2017 LEOSE (Law Enforcement Officer Standards and Education)
monies for Constable, Precinct #4:

REVENUE

125-000-422036        CONSTABLE LEOSE              $ 683.00

EXPENSE

125-514-533202        TRAINING/LEOSE              $ 683.00

        Motion was made by Commissioner _____, duly seconded by
Commissioner _____ that the above and foregoing request be and the
same is hereby **APPROVED.**

        Upon the question being duly and timely put by the County Judge,
Commissioner's _____, _____, _____, and
_____, voted "AYE" and Commissioner's _____ voted
"NAY", whereupon the County Judge declared the motion passed, approved and
adopted as an ORDER of this COURT.

                                _____
                                Carbett "Trey" J. Duhon, County Judge
                                Waller County, Texas

ATTEST:

_____
Debbie Hollan, County Clerk

DEFENDANTS001762

/5

**enterprise**
**FLEET MANAGEMENT**

# County of Waller - Sheriff's Dept
## Menu Pricing

## County of Waller Sheriff's Department Vehicle Needs

### Equity Lease Menu Pricing

| Vehicle Type | Quote Number | Year | Make | Model | Trim Level | Color | Quantity | Term | Estimated Annual Mileage | Monthly Cost (Lease Rate)* | Full Maintenance ... | Annual Cost | Annual Cost by Quantity | One Time Aftermarket Cost (by Quantity) | Estimated Return of Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sport Utility | # 3888788 | 2019 | Ford | Interceptor Police SUV AWD | 500A - 3.5L V6 Ecoboost Engine | Dark Toreador Red Metallic | 10 | 48 | 20,000 | $972.25 | $0.00 | $11,667.00 | $ 116,670.00 | $8,878.50 | $30,000.00 |
| SUV | # 3888834 | 2019 | Ford | Ford Expedition 4x2 | 101A Equipment Group 3.5L EcoBoost V6 | White Gold | 1 | 48 | 20,000 | $846.62 | $65.50 | $10,945.44 | $ 10,945.44 | $3,500.00 | $3,500.00 |
| Truck | # 3839974 | 2019 | Ford | F150 XLT Crew Cab 4x4 | 300A Equipment Group 5.0L V8 Engine | White | 2 | 48 | 20,000 | $737.76 | $66.43 | $9,686.52 | $ 19,373.04 | $0.00 | $12,000.00 |

### Annual Cost - Sheriff

| | |
|---|---|
| | **$146,988.48** |
| One Time Upfront Aftermarket Cost | $98,785.00 |
| Estimated Equity Return at End of Term | $45,500.00 |
| Estimated Equity in Vehicles to be Sold | $0 |

**Year one Sheriff Budget**

*Lease rates are based upon factory order pricing and miles per year
Pricing does not include any applicable taxes
Pricing does not include expected return on equity at end of lease

*Lease rates are based upon factory order pricing and miles per year
Pricing does not include any applicable taxes
Pricing does not include expected return on equity at end of lease

DEFENDANTS001763

*17*



**Texas Department
of Motor Vehicles**

## Imposition of Optional Fees
## Calendar Year 2019

---

**INSTRUCTIONS:** Complete and return this form (including court orders if required) to the
TxDMV via email.
Email to: *DMV_OptionalCountyFeeUpdates@TxDMV.gov*

Please submit at your earliest convenience, but no later than **Monday, August 27, 2018**.

---

## County Name: *WALLER*

### SELECT ONLY **ONE** OPTION BELOW:

---

☑ **OPTION A – No change. This county will charge the same fees in 2019.** 🛑
   *Submit this form to TxDMV.  A copy of the commissioners court order is **NOT** required.*

---

*OR*

---

☐ **OPTION B – The commissioners court has approved fee changes for 2019.**
   *Enter amounts for each fee, even those that did not change. Enter zero (0) if applicable.*
   Calendar Year 2019 fees to be collected by your county:

   | | |
   |---|---|
   | Road and Bridge Fee: | $ _____ |
   | Child Safety Fee: | $ _____ |
   | Transportation Project Fee (applicable to Bexar, Cameron, El Paso, Hidalgo and Webb counties only): | $ _____ |
   | **Total Fee Amount to be collected in 2019:** | $ _____ |

   **For Option B, submit this form <u>and</u> a copy of the court order.**

---

*Thank you, we appreciate your participation!*

DEFENDANTS001764



### DESIGNATION OF REPRESENTATIVES
### HOUSTON-GALVESTON AREA COUNCIL
### 2019 GENERAL ASSEMBLY
### AND
### BOARD OF DIRECTORS
**************************************************

**BE IT RESOLVED,** by the Commissioner's Court of Waller County, Texas, that the following be and are hereby designated as the REPRESENTATIVES and ALTERNATES of the GENERAL ASSEMBLY of the Houston-Galveston Area Council for the year 2019, and that the REPRESENTATIVES to the GENERAL ASSEMBLY be designated as the DELEGATE and ALTERNATE to the Houston-Galveston Area Council BOARD OF DIRECTORS for the year 2019:

    1.  **REPRESENTATIVE, GENERAL ASSEMBLY**
        and **DELEGATE, BOARD OF DIRECTORS** _____

    2.  **REPRESENTATIVE, GENERAL ASSEMBLY**
        and **ALTERNATE, BOARD OF DIRECTORS**_____

    1.  **ALTERNATE, GENERAL ASSEMBLY**     _____

    2.  **ALTERNATE, GENERAL ASSEMBLY**     _____

**THAT,** the Executive Director of the Houston-Galveston Area Council be notified of the designation of the hereinabove named DELEGATES and ALTERNATES.

**PASSED AND ADOPTED,** this ____ day of _____, 2018.

                    APPROVED:

                    _____
                    Commissioner's Court of Waller County

DEFENDANTS001765

*19*



**ELTON R. MATHIS**
**Criminal District Attorney**
**Waller County**

645 12ᵗʰ Street
Hempstead, Texas 77445

979.826.7718 Ph
979.826.7722 Fax

TO:          Waller County Commissioners' Court
FROM:    Elizabeth Dorsey, Assistant District Attorney
DATE:     May 31, 2018
RE:          Legal Determination Regarding Deliberations in Closed Session

Dear Commissioners,

On the agenda for Executive Session on June 6th is an item to deliberate business and financial issues related to purchasing or leasing real property in Precinct 1.

Section 551.072 of the Government Code authorizes a governmental body to deliberate the purchase, exchange, lease, or value of real property in executive session if deliberation in an open meeting would have a detrimental effect on the governmental body's negotiating position with respect to a third party.

Section 551.0725 of the Government Code authorizes a commissioners' court to deliberate in a closed session about business and financial issues related to contract negotiations if, before the closed session:

(1)  the commissioners court votes unanimously that deliberation in an open meeting would have a detrimental effect on the position of the commissioners court in negotiations with a third person; and

(2)  the attorney advising the commissioners court issues a written determination that deliberation in an open meeting would have a detrimental effect on the position of the commissioners court in negotiations with a third person.

Prior to entering Executive Session there will be a vote for members of the court to determine that deliberations in an open meeting would have a detrimental effect on the Court's negotiating position, in accordance with the 1ˢᵗ requirement above. This memorandum serves to fulfill the 2ⁿᵈ requirement. Discussing business and financial issues related to purchasing or leasing real property will naturally require discussing the County's current and future needs as it grows, alternatives for meeting those needs, and potential offers for negotiations. As your legal advisor, I have determined that these deliberations in an open meeting would have a detrimental effect on the position of Commissioners' Court in the negotiations. I am requesting that Commissioners' Court unanimously vote that deliberations in an open meeting would have a detrimental effect on the Court's position in negotiations, and that all such deliberations should take place in executive session. In keeping with our normal practice, I request that such deliberations in closed session be recorded, as required by Section 551.0725(b) of the Government Code.

Elizabeth Dorsey, Assistant District Attorney

DEFENDANTS001766



AW1-1
Prescribed by Secretary of State
Sections 3.004, 3.006, 85.004, Texas Election Code
3/07

## ORDER OF GENERAL ELECTION
## (ORDEN DE GENERAL ELECCIÓN)

An election is hereby ordered to be held on November 6, 2018, in Waller County, Texas for the purpose of electing the following county and precinct officers as required by Article XCVI, Section 65 of the Texas Constitution. (Criminal DA, CCL Judge, County Judge, District Clerk, County Clerk, County Treasurer, Commissioner Pct. 2 and Pct. 4, JP, Pct. 1, 2, 3 and 4, ) Se ordena que una elección se celebre el 6 de noviembre de 2018 en el condado de Waller, Texas, con el propósito de elegir a los siguientes oficiales del condado y del distrito electoral según lo exige el Artículo XCVI, Sección 65 de la Constitución de Texas.

**EARLY VOTING BY PERSONAL APPEARANCE** WILL BEGIN ON MONDAY, OCTOBER 22, 2018 AND END ON FRIDAY, NOVEMBER 2, 2018. (LA VOTACIÓN TEMPRANA POR APARIENCIA PERSONAL COMIENZA EL LUNES, 22 DE OCTUBRE DE 2018 Y FINALIZARÁ EL VIERNES, 2 DE NOVIEMBRE DE 2018)

| 2018 GENERAL ELECTION   EARLY VOTING BY PERSONAL APPEARANCE – DATES, TIME AND LOCATIONS | | | | | |
|---|---|---|---|---|---|
| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| OCT 22 | OCT 23 | OCT 24 | OCT 25 | OCT 26 | OCT 27 |
| Courthouse **8 – 5**<br>WISD Admin. Bldg<br>Brookshire Library<br>Katy VFW | Courthouse **8 – 5**<br>WISD Admin. Bldg<br>Brookshire Library<br>Katy VFW | Courthouse **8 – 5**<br>WISD Admin. Bldg<br>Brookshire Library<br>Katy VFW | Courthouse **8 – 5**<br>WISD Admin. Bldg<br>Brookshire Library<br>JP 2 Fieldstore<br>JP 3 Monaville | Courthouse **8 – 5**<br>WISD Admin. Bldg<br>Brookshire Library<br>JP 2 Fieldstore<br>JP 3 Monaville | Courthouse **9 - 2**<br>WISD Admin. Bldg<br>Brookshire Library<br>JP 2 Fieldstore<br>JP 3 Monaville |
| OCT 29 | OCT 30 | OCT 31 | NOV 1 | NOV 2 | |
| Courthouse **8 –5**<br>WISD Admin. Bldg<br>Brookshire Library<br>PVAMU Student Ctr | Courthouse **8 – 5**<br>WISD Admin. Bldg<br>Brookshire Library<br>PVAMU Student Ctr | Courthouse **8 – 5**<br>WISD Admin. Bldg<br>Brookshire Library<br>PVAMU Student Ctr | Courthouse **7 – 7**<br>WISD Admin. Bldg<br>Brookshire Library<br>WC Comm. Ctr PV | Courthouse **7 – 7**<br>WISD Admin. Bldg<br>Brookshire Library<br>WC Comm. Ctr PV | |

**Applications for ballot by mail shall be mailed to:** (Las solicitudes para boletas que se votarán adelantada por correo deberán enviarse a:)

*Christy A. Eason, Elections Administrator*
*846 Wilkins Street*
*Hempstead, TX 77445*

**Applications must be received no later than the close of business on Friday, October 26, 2018.** Las solicitudes para boletas que se votaran adelantada por correo deberán recibirse no más tardar de las horas de negocio e

**Election Day Polling Locations November 6, 2018** *7AM - 7PM (Sitios del Día de Elecciones 6 de Noviembre 2018 7AM-7PM)*
Pct. (*Precinto*) 101: St. Bartholomew's Episcopal Church, 811 14ᵗʰ St., Hempstead (County only)
Pct. (*Precinto*) 102: Waller County Annex, 775 Bus. 290 East, Hempstead (County only)
Pct. (*Precinto*) 103: Hempstead High School Library, 801 Donoho St., Hempstead (County only)
Pct. (*Precinto*) 104: Waller County Fairgrounds, 21988 FM 359, Hempstead (County only)
Pct. (*Precinto*) 105: Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead (County only)
Pct. (*Precinto*) 206: Fieldstore Elementary School, 31670 Giboney Rd., Waller (County only)

DEFENDANTS001767

Pct. (*Precinto*) 207: Turlington Elementary, 23400 Hegar Rd., Hockley (County only)
Pct. (*Precinto*) 208: Waller ISD Admin Bldg., 2214 Waller St., Waller (County only)
Pct. (*Precinto*) 309: Memorial Student Center, Prairie View A & M University (County only)
Pct. (*Precinto*) 310: Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View I (County only)
Pct. (*Precinto*) 311: Monaville County Building JP3, 12620 FM 1887, Hempstead (County + RISD)
Pct. (*Precinto*) 312: Monaville Fire Department, 13631 Cochran Rd., Waller (County only)
Pct. (*Precinto*) 313: Adam's Flat Building, 36249 FM 529, Brookshire (County only + RISD)
Pct. (*Precinto*) 414: Mt. Zion Methodist Church, 4998 Mt. Zion Road, Brookshire (County + RISD)
Pct. (*Precinto*) 415: Pattison VFW, 2950 FM 359 North, Pattison (County + RISD)
Pct. (*Precinto*) 416: Brookshire Convention Center, 4027 5th St., Brookshire TX 77423 (County + RISD)
Pct. (*Precinto*) 417: Waller Co. Library, 3815 6th St., Brookshire (County + RISD)
Pct. (*Precinto*) 418: Igloo 777 Igloo Rd., Katy (County + RISD)
Pct. (*Precinto*) 419/420: Katy VFW ,6202 George Bush Dr., Katy (County only)

**Issued this the 5th day of September, 2018.**

_____

**Signature of County Judge**

DEFENDANTS001768