

# Exhibit 119

Video Waller County Commissioners Court
Hearing, September 5, 2018 (ECF 73-2)

https://wallercountytx.swagit.com/play/09052018-654