

PLAINTIFF'S EXHIBIT 120

# NOTICE OF MEETING
## OF COMMISSIONERS COURT
## OF WALLER COUNTY, TEXAS
### WEDNESDAY SEPTEMBER 19, 2018
### 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the 19th **day of September, 2018,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

## PUBLIC COMMENT

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes.

3. Request to approve payment on the following:

   (a) $24,458.56 for Invoice # 0818WCA1801 to Turner Duran Architects from line item 125-600-581610 [Precinct 4 Building].

   (b) $1,400.00 for Invoice to Singleton & Sons Funeral Home, Inc. from line item 125-423-540705 [Transport to Morgue].

   (c) $607.50 for Invoice # NRDD-0003873 and $2,455.00 for Invoice # NRDD-0003862 for a total of $3,062.50 to Texas Association of Counties Risk Management Pool from line item 125-411-560300 [Ins Equip/Build/Pub Liab.]

## CONSENT AGENDA cont.

4. Request by County Judge for approval to pay $804.41 for reimbursement for expenses pertaining to High-Speed Rail meeting in Washington, D.C.

5. Request by County Treasurer for approval of Treasurer's Monthly Report.

6. Request by County Auditor for approval and/or ratification of Accounts Payable.

## PUBLIC HEARING

7. Public Hearing – 2019 Proposed Budget.

8. Discuss and take action to adopt the 2019 Budget.

9. Discuss and take action to ratify the property tax increase reflected in the 2019 Budget.

10. Discuss and take action to adopt the Tax Rate for 2018.

## JUSTICE OF THE PEACE, PRECINCT 3

11. Discuss and take action to approve the purchase of technology equipment and supplies for a total of $8.011.25 to be paid from the following line items:

    $6,000.00 from line item 125- 420-581817 [Technology Enhancements] and $2,011.25 from line item 119-429-581815 [Technology Fund].

## TREASURER

12. Discuss and take action to approve the 2018-2019 Plan and premiums for medical, dental, and life insurance through the Texas Association of Counties and authorize the County Judge to sign said plan.

## COUNTY JUDGE

13. Discuss and take action to approve the following line item transfer from within the County Judge's budget:

    $250.00 from 125-440-581800 [Furniture & Equipment] to 125-440-560100 [Bond Premiums].

## ELECTIONS ADMINISTRATOR

14. Discuss and take action to approve the Notice of Joint General Election to be held on November 6, 2018 and authorize the Elections Administrator to publish said Notice in a newspaper of general circulation in Waller County as required by Sec 4.003 of the Texas Election Code. Advertising to be paid from line item 125-434-544200 [Publications/Elec Notices].

## COUNTY CLERK

15. Discuss and take action to approve the 2019 Sheriffs' and Constables' Fees as recommended by the County Sheriff.

## CONSTRUCTION MANAGER

16. Discuss and take action to approve and publish Request for Qualifications for Construction Materials Testing Services for the justice center project. Advertising to be posted in the Times Tribune with payment from line item 125-401-544100 [Bid Notices and Printing].

17. Discuss and take action to approve leasing 2 vehicles with Rawson Koenig Equipment service bodies through Enterprise Fleet Management.

18. Discuss and take action to transfer $10,000.00 from line item 125-442-581400 [Vehicle] to line item 125-442-587523 [Fleet] for Enterprise vehicle leases.

## AUDITOR

19. Spread upon the minutes the Certification of Funds for the Harvey Preparedness Grant.

20. Discuss and take action for approval to amend the 2018 Grant Budget to accommodate the Harvey Preparedness Grant.

21. Discuss and take action for approval of contract with Xerox for a new copier/printer, and authorize the County Judge to sign said contract.

DEFENDANTS001056

## FIRE MARSHAL

22. Discuss and take action to issue requests for proposals and qualifications for services related to CDBG-Disaster Recovery funds as administered by the General Land Office. Advertising to be posted in the Times Tribune with payment from line item 125-401-544100 [Bid Notices and Printing].

23. Discuss and take action to issue requests for proposals and qualifications for services related to Hazard Mitigation Assistance funds as administered by the Texas Department of Emergency Management. Advertising to be posted in the Times Tribune for two consecutive weeks with payment from line item 125-401-544100 [Bid Notices and Printing].

24. Discuss and take action to issue requests for proposals and qualifications for services related to CDBG Community Development Fund as administered by the Texas Department of Agriculture. Advertising to be posted in the Times Tribune with payment from line item 125-401-544100 [Bid Notices and Printing].

## MISCELLANEOUS

25. Discuss and take action to approve Burn Ban.

26. Discuss and take action to deliberate business and financial issues in executive session based on determination and recommendation from the District Attorney's Office that deliberation in an open meeting regarding business and financial issues related to purchasing or leasing real property in Precinct 1 would have a detrimental effect on the position of the County in negotiations with third persons.

## EXECUTIVE SESSION

27. Deliberate business and financial issues related to purchasing or leasing real property in Precinct 1 pursuant to Government Code Sections 551.072 and 551.0725.

28. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

DEFENDANTS001057

29. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

**ADJOURN MEETING**

                                            Carbett "Trey" J. Duhon III,
                                                    County Judge
                                                 Waller County, Texas

### NOTICE

**The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).**

DEFENDANTS001058

Prescribed by Secretary of State
Sections 4.004, 83.010, 85.004, 85.007, 172.1112, V.T.C.A.,
Election Code
02/14

## NOTICE OF JOINT GENERAL ELECTION

To the Registered Voters of the County of Waller County, Texas:
A los votantes registrados del Condado de Waller County, Texas

Notice is hereby given that the polling places listed below will be open from 7:00 a.m. to 7:00 p.m., November 6, 2018, for voting in a Joint General Election.
- To elect Federal Officers, Members of the State Legislature, and State, District, County Officers.
- To elect Trustees for the Royal Independent School District.

Por la presente se da aviso de que los centros de votación listados a continuación estarán abiertos de 7:00 a.m. a 7:00 p.m., el 6 de noviembre de 2018, para votar en una elección articulación general.
- Para elegir a los oficiales federales, a los miembros de la Legislatura estatal y a los oficiales estatales, distritales y del condado
- Para elegir Síndicos para el Distrito Escolar Independiente Real.

**\*\* On Election Day, voters must vote in their precinct where registered to vote\*\***

### 2018 GENERAL ELECTION
### WALLER COUTY ELECTION DAY LOCATIONS
### November 6, 2018   7am – 7 pm

| PRECINCT | POLLING LOCATION (ubicaciones de sondeo) |
|---|---|
| 101 | St. Bartholomew's Episcopal Church, 811 14th St., Hempstead, Tx |
| 102 | Waller Co. Annex (Road and Bridge), 775 Bus. 290 East, Hempstead, Tx |
| 103 | Hempstead High School Library, 801 Donoho St., Hempstead, Tx |
| 104 | Waller Co. Fairgrounds, 21988 FM 359, Hempstead, Tx |
| 105 | Rolling Hills Vol. Fire Dept., 31601 FM 1736, Hempstead, Tx |
| 206 | Fieldstore Co. Bldg. (JP2), 27388 Fieldstore Rd., Waller, Tx |
| 207 | Turlington Elementary, 23400 Hegar Rd., Hockley |
| 208 | Waller ISD Admin Bldg., 2214 Waller St., Waller, Tx |
| 309 | Memorial Student Center, PVAMU, 155 L.W. Minor St., Prairie View, Tx |
| 310 | Prairie View City Hall, 44500 Bus. Hwy. 290 East, Prairie View, Tx |
| 311 | Monaville Co. Bldg. (JP3), 12620 FM 1887, Hempstead, Tx |
| 312 | Monaville Fire Dept., 13631 Cochran Rd., Waller, Tx |
| 313 | Adam's Flat Building, 36249 FM 529, Brookshire, Tx |
| 414 | Mt. Zion Methodist Church, 4998 Mt. Zion Rd., Brookshire, Tx |
| 415 | Pattison Vol. Fire Dept., 2950 FM 529 N, Pattison, Tx |
| 416 | Brookshire Convention Ctr., 4027 5th St., Brookshire, Tx |
| 417 | Waller Co. Library Brks Branch, 3815 6th St., Brookshire, Tx |
| 418 | Igloo, 777 Igloo Rd., Katy, Tx |
| 419/20 | Katy VFW, 6206 George Bush Dr., Katy, Tx |

| 2018 GENERAL ELECTION WALLER COUNTY AND ROYAL ISD | EARLY VOTING LOCATIONS | |
|---|---|---|
| DURING EARLY VOTING ALL PRECINCTS AND ENTITIES CAN VOTE AT ANY LOCATION | | |
| **WEEK ONE** | | |
| MONDAY – FRIDAY October 22 – 26, 2018 | Waller County Courthouse 836 Austin St, Hempstead, Tx | 8am – 5pm |
| SATURDAY October 27, 2018 | | 9am – 2pm |
| MONDAY – FRIDAY October 22 – 26, 2018 | Waller ISD Admin Bldg 2214 Waller St., Waller, Tx | 8am – 5pm |
| SATURDAY October 27, 2018 | | 9am – 2pm |
| MONDAY – FRIDAY October 22 – 26, 2018 | Waller Co Library Brookshire 3815 6th St., Brookshire, Tx | 8am – 5pm |
| SATURDAY October 27, 2018 | | 9am – 2pm |
| THURSDAY – FRIDAY October 25 – 26, 2018 | Fieldstore County Bldg, JP 2 27388 Fieldstore Rd., Waller, Tx | 8am – 5pm |
| SATURDAY October 27, 2018 | | 9am – 2pm |
| THURSDAY – FRIDAY October 25 – 26, 2018 | Monaville County Bldg., JP 3 12620 FM 1887, Hempstead, Tx | 8am – 5pm |
| SATURDAY October 27, 2018 | | 9am – 2pm |
| MONDAY – WEDNESDAY October 22 – 24, 2018 | Katy VFW 2606 George Bush Dr., Katy, Tx | 8am – 5pm |
| **WEEK TWO** | | |
| MONDAY – WEDNESDAY October 29 – 31, 2018 | Waller Co Courthouse 836 Austin St, Hempstead, Tx | 8am – 5pm |
| THURSDAY - FRIDAY November 1 – 2, 2018 | | 7am – 7pm |
| MONDAY – WEDNESDAY October 29 – 31, 2018 | Waller ISD Admin Bldg 2214 Waller St., Waller, Tx | 8am – 5pm |
| THURSDAY - FRIDAY November 1 – 2, 2018 | | 7am – 7pm |
| MONDAY – WEDNESDAY October 29 – 31, 2018 | Waller Co Library Brookshire 3815 6th St., Brookshire, Tx | 8am – 5pm |
| THURSDAY - FRIDAY November 1 – 2, 2018 | | 7am – 7pm |
| MONDAY – WEDNESDAY October 29 – 31, 2018 | Memorial Student Center PVAMU University, Prairie View, Tx | 8am – 5pm |

DEFENDANTS001059