PLAINTIFF'S EXHIBIT
122

# Exhibit 122

Video of September 26, 2018
Commissioners Court Hearing
(DEFENDANTS00706)

https://wallercountytx.swagit.com/play/09262018-675/6/