# MINUTES
## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – OCTOBER 10, 2018

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 10th day of October 2018 at its meeting place in the Commissioners Courtroom of the Waller County Courthouse, Hempstead, Texas. The meeting was called to order by Presiding Judge Commissioner Justin Beckendorff at 9:00 a.m. with the following members of the Court present to-wit:

John A. Amsler, Commissioner Precinct 1
Russell Klecka, Commissioner Precinct 2
Jeron Barnett, Commissioner Precinct 3
Justin Beckendorff, Commissioner Precinct 4 – *Presiding Judge*
Debbie Hollan, County Clerk

Absent: Carbett "Trey" J. Duhon III, County Judge

Delivery of Invocation by: Commissioner Amsler
Pledge to the American Flag and Texas Flag led by: Commissioner Barnett

1. Approval of Agenda.

    Motion to **approve** agenda by Commissioner Barnett, seconded by Commissioner Klecka.
    **Motion carried**.

    *Judge Trey Duhon – Absent*      *Commissioner Amsler – Yes*      *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*      *Commissioner Beckendorff – Yes*

## PUBLIC COMMENT

Mr. Yancy Scott, County Engineer gave monthly update.

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes – October 3, 2018 Regular Session

3. Request by County Treasurer for approval of Payroll.

4. Request by County Tax Assessor to approval of the 2018 Tax Roll.

5. Request to approve payment on the following:

    (a) $ 1,090.00 for invoice dated September 29, 2018 to Schmidt Funeral Home from line item 125-423-540705 [Transport to Morgue].

6. Request by County Engineer to approve a Utility Permit for CenterPoint Energy, for the installation of HP Service Pipe within the right-of-way of Morton Road.

7. Request by County Auditor for approval and/or ratification of Accounts Payable.

    Motion to **approve** consent agenda by Commissioner Barnett, seconded by Commissioner Klecka.
    **Motion carried**.

    *Judge Trey Duhon – Absent*      *Commissioner Amsler – Yes*      *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*      *Commissioner Beckendorff – Yes*

October 10, 2018 Regular Session

### COUNTY ENGINEER

8. Discuss and take action to approve a variance request to the Subdivision and Development Regulations, Engineering Design Standards, Section 2 – Lot size, regarding the minimum lot size per dwelling, by Mr. Claude Bryant.

   Motion to **approve** variance request by Commissioner Barnett, seconded by Commissioner Klecka.
   **Motion FAILED – Variance Denied.**
   *Judge Trey Duhon – Absent*   *Commissioner Amsler – No*   *Commissioner Klecka – No*
   *Commissioner Barnett – No*   *Commissioner Beckendorff – No*

9. Discuss and take action to approve a variance request to the Subdivision and Development Regulations, Engineering Design Standards, Section 2 – Lot size, regarding the minimum lot size per dwelling, by Ms. Letisia Balderas.

   Motion to **approve** variance request by Commissioner Klecka, seconded by Commissioner Barnett.
   **Motion FAILED – Variance Denied.**
   *Judge Trey Duhon – Absent*   *Commissioner Amsler – No*   *Commissioner Klecka – No*
   *Commissioner Barnett – No*   *Commissioner Beckendorff – No*

10. Discuss and take action to approve a variance request to the Subdivision and Development Regulations, Engineering Design Standards, Section 2 – Lot size, regarding the minimum lot size per dwelling, by Mr. and Mrs. John Laine.

    Motion to **approve** variance request by Commissioner Klecka, seconded by Commissioner Barnett.
    **Motion carried.**
    *Judge Trey Duhon – Absent*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

11. **Discuss** anticipated end of year expenditures and necessary budgetary transfers for the Road and Bridge Department. *No action required.*

### IT

12. Discuss and take action to approve the cost and payment of local hardware usage for Backup Services as provided by Axcient/eFolder through Xpernet Services at the cost of $552.00 per month. Funds to be taken from 125-441-540905 [Recovery & Retention].

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Klecka.
    **Motion carried.**
    *Judge Trey Duhon – Absent*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

13. Discuss and take action to approve the cost and payment of off-site and encrypted/secure and virtual Disaster/Backup Services by Axcient/eFolder through Xpernet Services beginning September 2018 at the cost of
    a. Road & Bridge: $150.00/Month
    b. DA Office: $1,500.00/Month
    c. Courthouse: $900.00/Month

    For a total of $2,550.00 per month to be funded from 125-441-540905 [Recovery & Retention].

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Klecka.
    **Motion carried.**

DEFENDANTS000143

*Judge Trey Duhon – Absent    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
*Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

14. Discuss and take action to approve the cost and payment of backup services already provided and not yet invoiced for the Road & Bridge Department January through August 2018 at the rate of $325.00/month as was invoiced/paid since January, 2017. Funds to be taken from 125-441-540905 [Recovery & Retention].

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Klecka.
    **Motion carried**.
    *Judge Trey Duhon – Absent    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

15. Discuss and take action to approve funds transfer for the 2019 Budget to accommodate the annual Backup and Disaster Recovery costs as indicated:

    a. Transfer $7,000.00 from 125-441-581700 [Equipment] to 125-441- 540905 [Recovery and Retention] for Budget year 2019.

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Klecka.

    Motion to **table** by Commissioner Klecka, seconded by Commissioner Barnett.
    **Motion carried – Item TABLED.**
    *Judge Trey Duhon – Absent    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

16. ~~Discuss and take action to approve agreement between XperNet Services and Waller County for continued IT Support with an increase in cost of $550.00 per month beginning in October 2018. Funds to be taken from 125-441-540900 [Professional Services] supported by existing 2018 and 2019 budgets.~~ **Item WITHDRAWN.**

*Advanced to Agenda Item #20*

## **ELECTIONS**

17. Discuss and take action to approve early voting hours for October ~~29~~ *28*, 2018.

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Klecka.

    Motion to **amend** agenda item by Commissioner Barnett, seconded by Commissioner Klecka to read *October 28, 2018.*
    **Amendment carried**.
    *Judge Trey Duhon – Absent    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*
    **Amended Motion carried**.
    *Judge Trey Duhon – Absent    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

18. Discuss and take action to approve the following line item transfer within the Election Department Budget:
    $ 2,000.00 from 125-434-581826 [Election/Equipment Rental] to 125-434-531400 [Postage].

    Motion to **approve** by Commissioner Barnett, seconded by Commissioner Klecka.
    **Motion carried**.
    *Judge Trey Duhon – Absent    Commissioner Amsler – Yes    Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

October 10, 2018 Regular Session

DEFENDANTS000144