

# Exhibit 124

Video of October 10, 2018 Commissioners Court Hearing (DEFENDANTS000723)

https://wallercountytx.swagit.com/play/10102018-554/2/