

# MINUTES
## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – OCTOBER 17, 2018

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 17th day of October 2018 at its meeting place in the Commissioners Courtroom of the Waller County Courthouse, Hempstead, Texas. The meeting was called to order by Waller County Judge Trey Duhon at 9:01 a.m. with the following members of the Court present to-wit:

Carbett "Trey" J. Duhon III, County Judge
John A. Amsler, Commissioner Precinct 1
Russell Klecka, Commissioner Precinct 2
Jeron Barnett, Commissioner Precinct 3
Justin Beckendorff, Commissioner Precinct 4
Debbie Hollan, County Clerk

Delivery of Invocation by: Commissioner Amsler
Pledge to the American Flag and Texas Flag led by: Commissioner Barnett

1. Approval of Agenda.

   Motion to **approve** agenda with correction to Consent Agenda item 3(g) by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.

   *Judge Trey Duhon – Yes*      *Commissioner Amsler – Yes*      *Commissioner Klecka – Yes*
                                  *Commissioner Barnett – Yes*     *Commissioner Beckendorff – Yes*

## PUBLIC COMMENT

1. Frank Jackson addressed the Court regarding address issues in Prairie View as well as the rural addressing system in Prairie View.
2. Dewayne Charleston commented on agenda item #5.
3. Roland Stasny commented on agenda item #5.
4. Dr. Denise Mattox commented on agenda item #5.
5. Sabrina Franklin addressed concerns with voting at Prairie View A&M University
6. Ethelene Wilmore commented on early voting at Prairie View A&M University as well as addressed flooding issues and roads in Brookshire.
7. David Luther commented on agenda item #5.
8. Joshua Muhammad commented on voting issues at Prairie View A&M University.

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes – October 10, 2018 Regular Session
3. Request to approve payment on the following:
   (a) $565.00 for invoice dated October 3, 2018 to Schmidt Funeral Home from line item 125-423-540705 [Transport to Morgue].

(b) $1,095.00 for invoice dated September 29, 2018 to Magnolia Funeral Home, Inc. from line item 125-423-540705 [Transport to Morgue].

(c) $80.00 for invoice #18547410 [Courthouse, Hold-Up Alarm], and $995.00 for invoice #18112410 [Courthouse Camera Surveillance], for a total of $1075.00 payable to TAC Security from line item 117-428-568425 [Courthouse Security/Misc. Security].

(d) $21,250.00 for Invoice # 1789 to Waller County Economic Development from line item 125-411-547200 [Economic Development] for quarterly payment as allocated in the 2018 Budget.

(e) $391,424.71 for invoice # 14 to Brinkley Sargent Wiginton Architects from line item 601-601-545405 [Professional Services Jail].

(f) $36,618.75 for invoice # 0918WCA1801 to TurnerDuran Architects and $78.54 for invoice # E0918WCA1801 for a total of $36,697.29 from line item 125-600-581610 [Precinct 4 Bldg.].

(g) $74,169.92 for invoice # 10800 to Sedalco from line item ~~600-600-581000~~ ***601-601-581000*** [Bldg Purch, Cons., or Improv.]

4. Request by County Auditor for approval and/or ratification of Accounts Payable.

Motion to **approve** consent agenda by Commissioner Beckendorff, seconded by Commissioner Barnett.
**Motion carried**.

*Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
                           *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

*Advanced to Agenda Item #6*

## ELECTIONS

5. Discuss and take action to approve additional early voting locations at Prairie View A & M University.

Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.

Motion made by Judge Duhon to add 3 days - Wednesday, Thursday, and Friday to the first week of Early Voting at the Waller County Community Center and add hours in Monaville, 7:00 a.m. to 7:00 p.m. Thursday and Friday.
**Motion FAILED due to lack of a second.**

Motion made by Commissioner Amsler to make no change to the Early Voting Schedule, seconded by Commissioner Beckendorff.
**Motion carried**.

*Judge Trey Duhon – No*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
                          *Commissioner Barnett – No*    *Commissioner Beckendorff – Yes*

*Court recessed at 10:50 a.m.*
*Court reconvened at 11:00 a.m.*

*Proceeded to Agenda Item #7*

October 17, 2018 Regular Session
DEFENDANTS001071

## COUNTY ENGINEER

6. **Open bids** for "Bridge Replacement on Heise Road at Rocky Creek".
   The following bids were submitted and opened by the Court:
   1. John Reed and Company
   2. Wakefield Bridge Inc.
   3. Fuqua Construction

*Returned to Agenda Item #5*

7. **Open bids** for nuisance abatement services on Marti Lane.
   The following bid was submitted and opened by the Court:
   Ray's Tractor and Back Hoe Services

## CONSTRUCTION MANAGER

8. **Open** responses to Request for Qualifications for Construction Materials Testing Services for the justice center project.
   The following bids were submitted and opened by the Court:
   1. Raba Kistner
   2. Earth Engineering
   3. HTS Consultants
   4. Alpha Testing
   5. Terracon Consultants
   6. HVJ Associates
   7. Ninyo & Moore
   8. Gessner

*Advanced to Agenda items #10 & #11*

9. Review, discuss, and take action on a new Ford F350 truck, with a Rawson Keonig Body for the Maintenance Department. One time cost to purchase new from Silsbee Ford (under State buying contract) vs the monthly cost to lease the truck for 60 months with Enterprise Fleet Management.

   Motion to **approve** by Commissioner Barnett, seconded by Commissioner Beckendorff.

   Motion to table agenda item by Commissioner Klecka, seconded by Commissioner Amsler.
   **Motion FAILED.**
   *Judge Trey Duhon – No*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
   *Commissioner Barnett – No*   *Commissioner Beckendorff – No*

   Motion to **pursue** the buy option by Judge Duhon, seconded by Commissioner Barnett.
   **Motion carried.**
   *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – No*
   *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

*Proceeded to Agenda Item #12*

10. Review, discuss, and take action to approve requested City of Hempstead water-line easements at new Waller County Criminal Justice Center and existing Road and Bridge property.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried.**
    *Judge Trey Duhon – Yes*   *Commissioner Amsler – Yes*   *Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes*   *Commissioner Beckendorff – Yes*

11. Discuss and take action to adopt Texas A&M University System Minimum Prevailing Wage Rate schedule for Waller County public works projects.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.

**Motion carried.**
*Judge Trey Duhon – Yes     Commissioner Amsler – Yes     Commissioner Klecka – Yes*
*Commissioner Barnett – Yes     Commissioner Beckendorff – Yes*

*Returned to Agenda Item #9*

## FIRE MARSHAL

12. **Open** responses to requests for proposals and qualifications for services related to CDBG-Disaster Recovery funds and for services related to the 2019-2020 CDBG Community Development Fund.

    The following bids were submitted and opened by the Court:
    1. Grant Administration Services
    2. Mpact Strategic Consulting

## DISTRICT ATTORNEY

13. Discuss and take action to approve Service Agreement Renewal with Appriss (VINE) for the provision of crime victim notification services to victims of crime in Waller County. The underlying cost of this program is totally paid by the Texas Attorney General's Office.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes     Commissioner Amsler – Yes     Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes     Commissioner Beckendorff – Yes*

## MISCELLANEOUS

14. Discuss and take action to approve Resolution Authorizing County Grant between Waller County and Fort Bend Seniors Meals on Wheels and Much Much More.

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.
    **Motion carried**.
    *Judge Trey Duhon – Yes     Commissioner Amsler – Yes     Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes     Commissioner Beckendorff – Yes*

15. ~~Discuss and take action to deliberate business and financial issues in executive session based on determination and recommendation from the District Attorney's Office that deliberation in an open meeting regarding business and financial issues related to purchasing or leasing real property in Precinct 1 would have a detrimental effect on the position of the County in negotiations with third persons.~~  **Item WITHDRAWN.**

## COUNTY ENGINEER

16. **Award bid** for: "Bridge Replacement on Heise Road at Rocky Creek".

    Motion to **approve** by Commissioner Beckendorff, seconded by Commissioner Barnett.

    Motion to **table** agenda item per recommendation of County Engineer Yancy Scott by Commissioner Barnett, seconded by Commissioner Amsler.
    **Motion carried**.
    *Judge Trey Duhon – Yes     Commissioner Amsler – Yes     Commissioner Klecka – Yes*
    *Commissioner Barnett – Yes     Commissioner Beckendorff – Yes*

DEFENDANTS001073

## EXECUTIVE SESSION

17. Deliberate business and financial issues related to purchasing or leasing real property in Precinct 1 pursuant to Government Code Sections 551.072 and 551.0725.

18. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

19. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

    *No Executive Session needed.*

## ADJOURN MEETING

Motion to **adjourn** meeting by Commissioner Barnett, seconded by Commissioner Beckendorff. **Motion carried**.

| | | |
|---|---|---|
| Judge Trey Duhon – Yes | Commissioner Amsler – Yes | Commissioner Klecka – Yes |
| | Commissioner Barnett – Yes | Commissioner Beckendorff – Yes |

Meeting was **ADJOURNED** at 11:25 a.m.

I ATTEST TO THE ACCURACY OF THE FORGOING MINUTES:

*Debbie Hollan* (signature)
Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas

APPROVED this the 24th day of October 2018.

_____
Carbett "Trey" J. Duhon, III
County Judge