

PLAINTIFF'S EXHIBIT 126

# Exhibit 126

Video of October 17, 2018 Commissioners Court Hearing (ECF 73-2)

https://wallercountytx.swagit.com/play/10172018-1225