

PLAINTIFF'S
EXHIBIT

**127**

# MINUTES

## WALLER COUNTY COMMISSIONER'S COURT
## EMERGENCY SESSION
## WEDNESDAY – OCTOBER 24, 2018

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **EMERGENCY SESSION** on Wednesday, the 24th day of October 2018 at its meeting place in the Commissioners Courtroom of the  Waller County Courthouse, Hempstead, Texas.  The meeting was called to order by Waller County Judge Trey Duhon at 2:02 p.m. with the following members of the Court present to-wit:

Carbett "Trey" J. Duhon III, County Judge
John A. Amsler, Commissioner Precinct 1
Jeron Barnett, Commissioner Precinct 3
Justin Beckendorff, Commissioner Precinct 4
Debbie Hollan, County Clerk

Absent:  Russell Klecka, Commissioner Precinct 2

**This meeting was held to discuss the unforeseen lawsuit filed against the County concerning early voting locations and times. Immediate attention is required due to the accelerated timetable of the lawsuit and the fact that early voting has already commenced.**

1. Approval of Agenda.

   Motion to **approve** agenda by Commissioner Beckendorff, seconded by Commissioner Barnett.
   **Motion carried**.

   *Judge Trey Duhon – Yes*      *Commissioner Amsler  – Yes*      *Commissioner Klecka        – Absent*
                                 *Commissioner Barnett – Yes*      *Commissioner Beckendorff – Yes*

*Advanced to Executive Session*

2. Discuss and take action on adding, changing, extending, and/or otherwise modifying early voting locations and/or times of voting in Waller County for the November 2018 general election.

   Motion made by Judge Duhon, seconded by Commissioner Beckendorff to extend Early Voting times at the Prairie View A&M University Memorial Student Center to 7:00 a.m. to 7:00 p.m. Monday thru Wednesday and add 12:00 p.m. to 5:00 p.m. on Sunday at the Prairie View City Hall.
   **Motion carried**.

   *Judge Trey Duhon – Yes*      *Commissioner Amsler  – Yes*      *Commissioner Klecka        – Absent*
                                 *Commissioner Barnett – Yes*      *Commissioner Beckendorff – Yes*

3. ~~Discuss and take action on pursuing, defending, settling, or otherwise taking action on Cause No. 4:18-cv-3985, styled Jayla Allen, et. al., v. Waller County, Texas, et. al., pending in the United States District Court for the Southern District of Texas.~~
   **Item WITHDRAWN.**

*Proceeded to Adjournment*

## EXECUTIVE SESSION

**Court convened to Executive Session at 2:04 p.m.**

DEFENDANTS001077

4.  Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

5.  Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

**Court reconvened from Executive Session at 6:18 p.m.**

*Returned to Agenda Item #2*

## ADJOURN MEETING

Motion to **adjourn** meeting by Commissioner Beckendorff, seconded by Commissioner Barnett.
**Motion carried.**

| | | |
|---|---|---|
| *Judge Trey Duhon  – Yes* | *Commissioner Amsler  – Yes* | *Commissioner Klecka  – Absent* |
| | *Commissioner Barnett  – Yes* | *Commissioner Beckendorff  – Yes* |

Meeting was **ADJOURNED** at 6:21 p.m.


ATTEST TO THE ACCURACY OF THE FORGOING MINUTES:

Debbie Hollan, County Clerk
And Ex-Officio Clerk of the Commissioners'
Court of Waller County, Texas


**APPROVED this the 31ˢᵗ day of October 2018.**

Commissioner Jeron Barnett
Presiding Judge

DEFENDANTS001078