PLAINTIFF'S EXHIBIT
128

# Exhibit 128

Video of October 24, 2018
Commissioners Court Emergency Hearing
(ECF 73-2)

https://wallercountytx.swagit.com/play/10242018-1502