PLAINTIFF'S EXHIBIT 129

# THE WALLER TIMES

*"Serving Waller & Surrounding Areas"*

**Scripture of the Week**
**2 CHRONICLES 7:14**
If my people, who are called by my name, shall humble themselves, and pray, and seek my face, and turn from their wicked ways, then will I hear from heaven, and will forgive their sin, and will heal their land.

*We Support Our Service Men and Women — God Bless America*

**VOLUME 12 NUMBER 50**  **MONDAY, November 10, 2003 — 10 PAGES**



### 1st Annual Winnie Baker Frey Scholarship Trailride held

The First Annual Winnie Baker Frey Scholarship Trailride was held on October 25, 2003, and attended by many family members and long-time friends. The group raised over $7,000 to benefit a deserving Waller High School student attend college. Frey's horse "Jigger" - in "Lost Rider" fashion was dressed in a collar of fresh flowers and with boots in the stirrups led the trailride alongside Frey's nephew Justin Baker. Frey was very active in the Waller County Go Texan Committee of the Houston Livestock Show and Rodeo, whose main objective was to raise funds for scholarships. Family and friends of Winnie Frey take this opportunity to thank everyone who helped in whatever manner to make this 1st Annual Trailride a success. A Special Thanks to the Waller County Go Western Gala for taking care of the scholarship details. Seniors..........see your counselor to make your application.

## Avoid a stroke in just 10 minutes
*Waller Community helps reduce the risk of stroke*

Residents living in and around the Waller, Texas, community can be screened to reduce their risk of having a stroke. Life Line Screening will be at the Waller Lions Club on November 19th. The site is located at 3007 Waller Street in Waller. Appointments will begin at 9:00 a.m.

A stroke, also known as a "brain attack," is ranked as the third leading killer in the world, and the second among women. Through preventive screenings, the risk of having a stroke can be greatly reduced.

Screenings are fast, painless and low cost. They involve the use of ultrasound technology, and scan for potential health problems related to: blocked arteries which can lead to a stroke, aortic aneurysms which can lead to a ruptured aorta, and hardening of the arteries in the legs, which are a

See STROKE page 2

## The Waller Times Salutes



**DAVID SHULTZ**
US NAVY - Midshipmen
Attending
US Naval Academy
2003 WHS Graduate

This picture, as well as all others who serve in the armed forces can be seen on the WISD website at www.waller.isd.esc4.net

## Alewine to play in WHS Alumni game

Former Waller High School standout Mykayla Alewine has taken her basketball career to the next level. After completing her college career at the University of Louisiana at Monroe in 2002 as the school's all time leading 3-point field goal record holder Alewine is now playing with the Houston Jaguars.

The Jaguars are a Semi-Pro Basketball Team out of Houston, Texas that consists of former NCAA Division I Basketball players, players from overseas and several WNBA players. The women travel across the U.S. competing in leagues, tournaments, and exhibition games.

Alewine graduated from WHS in 1998 as the Texas State Record Holder for most 3-point field goals made in a single game. She always been known for her ability to out the ball in the hole from anywhere on the court and has dreams of one day making it to the league. Alewine plans on using this experience to prepare her

*Mykayla Alewine*

for what is yet to come. During the month of November the Jaguars will be tour around the U.S. playing in an Exhibition Tour. The ladies will play a total of sixteen games in just fifteen days.

Alewine will take a day off to play in the Waller Alumni Game at Waller High School on November 14th at 7:00 p.m.

## Turn Tyson products into big bucks
*For Holleman Elementary School*

WALLER - If you eat Tyson products, you can help Holleman Elementary School earn money! Principal Merilyn Godwin has announced that the school is taking part in a national fundraising program sponsored by Tyson Foods, Inc. the program is called Project A+, and, according to Principal Godwin, it works like this: "There's a Project A+ label, worth 24¢, on various Tyson products

See TYSON page 4



### District 18-4A Champions

In a 56-31 win over Foster, the Waller Bulldogs walked away as District 18-4A Champions, a title not held for 20 years by the Bulldogs. (L-R, not in order) Jeremy Haynes, Bryan Victorian, Dane Morse, Tyrone Jackson, Dexter Beck, John J. Powers, Abraham Garcia, Johnny Alvarez, Bo Hill, Scott Byer, Derek Beck, Tino Albarran, Troy Thomas, Nathan Tanner, Cody Craig, Jason Phillips, Michael Schmitz, Chris Jefferson, J. R. Williams, Trey Reid, Josh Stanley, Wellington De Shield, Louis Frederick, Don Brooks, Darren Douglas, Lennox Thompson, Cody Dodd, Chris Tillery, Y.D. Rosborough, Mark Guillory, Heath Dozier, Michael Portillo, Nathan Schilling, Jose Lopez, James Roush, David Gonzales, Robert Paben, Alvin Gertman, Jacob Shafer, Sam Wright, Thomas Hart, Corey Brooks, Chris Simon, Taylor Thomas, Mark Hafner. (Not pictured: Drew Birthisel, Dustin Smith). (See page 5 for game details and pictures.)

## *A Brief Look*

### Holiday Home Tour Scheduled

WALLER — The Waller Area Chamber of Commerce announces the First Annual Waller Holiday Home Tour scheduled for Sunday, December 7, 2003 from 1:00 p.m. - 5:00 p.m. Enjoy the beauty and true spirit of Christmas as you tour through privately owned and beautifully decorated homes in Waller. We will have a number of historic and newer homes with individual themes open for the community to learn more about Waller's history while celebrating the holiday season.

Tickets will be $10 in advance and will be available at Showtime Pizza, Waller Independent School District Administration Building and State Bank in Waller and Tomball. Watch your local paper for more information as the holidays approach. There are a number of volunteer opportunities available should you want to be involved with this exciting event. For questions or suggestions, please call Kim Parmer at 281-924-1876 or 281-252-9370 or the Chamber office at 936-372-5300.

### G & W Water Supply meeting

G&W Water Supply Corporation is holding a membership meeting on November 13, at 7:00 p.m. at the Waller County Courthouse.

The water company wants to extend its water system in the FM 1736 and Hwy. 290 area. This system will bring Health Department approved water and fire protection to the roads that the water mains are installed on. Property owners can sign up for $100 and have a meter set at their property with pressures of around 60 psi.

The cost to get a meter after the system is installed will be considerably more than the introductory fee. We have about 48 customers signed up at this time. All are welcome to come and ask questions and sign up for Health Department approved water. Questions about the meeting, call the main office at 936-372-9858.

## Life Line Screening, reduce your risk for a stroke

WALLER - The Waller Lion's Club is hosting a community health event for all to attend. Life Line Screening will offer four health screenings using non-invasive ultrasound to assess the risk of stroke and vascular disease on Wednesday, November 19 at the Waller Lion's Club located at 3007 Waller Street.

The tests will include a Stroke/Carotid Artery screening, an Abdominal Aortic Aneurysm screening, and an Ankle Brachial Index, which screens for Peripheral Ar-

See LIFE LINE page 2

## Hempstead PD says *"Thank You"*

The Hempstead Police Department would like to thank everyone that has participated so far in the bullet-proof vest fund program. It has been an overwhelming success. There has been enough money raised to purchase all HPD Officers, including Reserve Officers, a new vest. The vests being ordered are actually a higher level of protection than ones previously purchased. We are all proud to work in Hempstead where our City Government and our citizens support us so much.

The following is a list of some donors in addition to the list released October 13, 2003. Others may be anonymous or will be released at a later date.

St. Katharine Drexel Catholic Church, Mr. & Mrs. Shelby Morris, Jr., American Legion, Texas Liquid Fertilizer Co., LTD, and Thompson Feed & Supply.



### New Youth Center Opens

First Baptist Church of Hempstead held Ribbon Cutting for their new youth center, The Connection Youth Center on Wednesday evening, November 5, 2003. Pictured (L-R, front row) Jeannine Davis, Hempstead Chamber of Commerce, Ronnie Manning representing the youth of First Baptist and volunteer Annell Price from First Baptist.

## Local woman, Jackie McAmis wins awards

Jackie McAmis, former long time barber of Hempstead, competed in the "Best of Texas' Country and Gospel Music competition sponsored by "Lone Star State Country Music Association", the contest was held in Beaumont, Texas on October 23 through October 25.

The contestants were from all over the United States as well as other Countries including Singapore. It was the fourth year the event has been held in Beaumont. It had been held in Gatlinburg, Tenn. Before being moved to Texas.

Jackie entered last year and won Second Place in "Traditional Gospel". This year, she won Second Place for "Female Vocalist," Second Place for "Female Gospel Singer," and First Place for "Gospel Show-Case." Jackie's first priority is to entertain residences at area nursing homes and throughout East Texas and the Veterans Hospital in Houston. She feels that we as a nation have failed severely in giving thanks and recognition, so richly deserved, to our senior citizens and our military veterans who have given so much for our freedom and our wonderful way of life. She also performs at several Oprys in the area.

Jackie has several songs currently being played in Europe as well as Australia and New Zealand, one of which was in the "Top 50 Independent Broadcasters" charts for three months this year, and one of her Gospel recordings is currently on the Top 40 Independent Artists Gospel charts.

Jackie is a member of "Faith United Church of Hempstead" and also sings two nights a month at Julio's Restaurant in Hempstead. Please try to find time to visit someone in a nursing home soon!!!



*Jackie McAmis*

## Letter to the Editor

Mrs. Lela Loewe
Waller County Elections Officer

Serious inquiries have come to my office this year concerning the actual application of the terms domicile and residency in elections in Waller County. (Those terms are construed to have the same meaning in the Texas Election Code.) Considerable research discloses that the most recent dominant Texas case on that subject is styled Barbra Sluscher v. Sylvia Streater which is found in the law books at 896 S.W. 2nd 239. Incorrect information about what constitutes residency (and feigned residency) has deprived Waller Countians of fair elections on many occasions in the recent past. Numerous constituents urge me to do something about this. It's my duty to do so and I will.

By no means do I cite myself as an authority on the law of domicile for voting purposes. I am, however, confident to rely on the authority of a treatise at 44 A.L.R. 3D 797 (Updated, March 2003), another work at 29 C.J.S. Elections 22 (updated June 2003) and Vernon's Texas Statutes and Codes Annotated, Constitution Art. 6, Sec. 2. (Updated through the 78th Reg. Ses., 2003). Those who challenge the work of those authorities or the accuracy of the substance of this letter are invited and encouraged to find the law upon which they rely and send or bring it to me. All the attorneys in Texas are urged to examine the ALR article and allow me benefit of any majority legal authority they may find that is contrary to it.

"The mischief against which such constitutional and statutory provisions are aimed is the participation of an unconcerned body of men in the control, through the ballot box, of municipal affairs, in whose further conduct they have no interest and from the mismanagement of which, by the officers whom their ballots may elect, they sustain no injury." Robbins v. Chamberlain, 75 N.Y. 2d 107, 297 N.Y. 799.

Texans regard illegal voting as a serious matter. They have caused the Texas Election Code to establish that illegal voting is a crime, a 3rd degree felony, (Elec. 64.012) which is punishable by confinement in the Texas Department of Corrections for a period of not more than 10 years and a fine of not more than $10,000.

Among the court rulings repeated and confirmed by the foregoing works, we find a few general principles of law that are of interest to us who feel a duty to ensure the integrity of our election process. Some of the more pertinent ones are as follows:

1. A person can have only one residence;
2. A person cannot acquire a new residence until the prior residence is abandoned;
3. A voter does not lose his or her residency by leaving home temporarily;
4. A voter does not acquire a residence in a place to which he or she has come temporarily and without the intention of making that place his or her home;
5. A voter is, in general, a resident in the home where he/she primarily sleeps. (Not in an office or other place of employment for example);
6. Volition, intention and action are all elements to be considered in determining where a person resides...;
7. Neither bodily presence alone nor intention alone will suffice to create a residence but when the two collide at the same moment the residence is fixed;
8. All voters must be bona fide residents of the jurisdiction in which they are to vote. (There are minor statutory provisions for people in the process of moving.);
9. State statutes and policies that provide for privileges and unique impediments to the determination of domicile for specific groups of people, such as students, have been consistently stricken down by the Federal Courts as being in violation of the equal protection clause of the U.S. Constitution. Domicile is determined in accordance with the common law. Federal Court rulings on the subject prevail over state statutes.

Illegal voting is a serious and fundamental violation of the civil rights of all lawful voters in any election. Everyone has the right and power to vote in the jurisdiction of their residence. Respecting and observing the law does not disenfranchise anyone.

I shall do my best to restore respect for our elections. Of course, I hope that our political parties and political leaders work personally to avoid all illegal voting. This office is committed to the use of its resources against all violations of election laws and to do so in a totally non-partisan manner.

I realize that the principles of this letter are in sharp conflict with prior statements by the Texas Secretary of State to the effect one may vote in a certain jurisdiction simply because they intend to live there some day and that students have a choice of where they wish to vote. Students of America's most noble university (Texas A&M), do not, on any campus, have lawful right to a special definition of "domicile" for voting purposes. The Secretary of State, Texas' chief election official has been asked to provide any prevalent legal authority contrary to the ALR treatise. I urge you to follow the authority of the established principles stated herein. Your help to inform the voters on the law is necessary and valuable. You are invited to call or otherwise contact me if questions arise. Please suggest to any one not satisfied with the accuracy of any part of this letter to visit with any other lawyer, including the Attorney General of Texas, and provide authority to support a differing view or to correct any error I have made herein.

I am sending copies of this letter to the Chairpersons of the Republican and Democratic parties.

Please, within your means, provide this information to election officials, candidates, voter registrars and to potential voters as needed to promote lawful registration and honest elections.

Sincerely,
Oliver S. Kitzman

**WHO IS A RESIDENT** for voting purposes?

To be eligible to vote, a person must be a bona fide resident of the place where the election is being held. Questions sometime arise about what a "resident" is for voting purposes.

The Federal Courts, in their decisions since the birth of the United States, are the source of our law that defines the meaning of the word, resident. So much has been written by the courts that it is not possible to write a short summary.

Among the court rulings, repeated and confirmed by the Federal Courts, we find a few general principles that will help answer most questions. Some of them are as follows:

1. A person can have only one residence;
2. A person cannot acquire a new residence until the prior residence is abandoned;
3. A voter does not lose his or her residency by leaving home temporarily;
4. A voter does not acquire a new residence in a place to which he or she has moved temporarily without the intention of making that place his or her home;
5. A voter is, in general, a resident of the home in which he/she primarily sleeps. (Not in an office or other place of employment for example);
6. Volition, intention and action are all elements to be considered in determining where a person resides;
7. Neither bodily presence alone nor intention alone will suffice to create a residence.

**No one is disenfranchised by respect for the law on residence.** Everyone has the right and power to vote in the jurisdiction of their residence in person or absentee.

### State Convention slated in Dallas by GOP Women

The Texas Federation of Republican Women will being together more than 1000 members and elected officials for the 24th biennial TFRW Convention November 16-16, 2003, at the Westin Galleria Hotel in Dallas.

The Republican Women of Waller County will be represented by delegates Audrey Luther - Waller; Estella Smith - Hempstead; Debi Ferris - Pine Island; Marilyn Stokes - Hempstead and alternates Jan Canales - Brookshire, Candice Trimm - Katy, and Carol Eplen - Pine Island.

All statewide Republican office holders, including U.S. Senators Kay Bailey Hutchinson and John Cornyn, Governor Rick Perry and Lieutenant Governor David Dewhurst, have been invited to address the convention, where the them will be "Women Are Winners."

TFRW is composed of 185 clubs throughout Texas, with the total membership exceeding 10,000 women. For more information, visit the TFRW website at www.tfrw.org.



Ribbon Cutting for Andrus Learning Center and The Upper Room Eatery
The Hempstead Chamber of Commerce held a Ribbon Cutting for the Andrus Learning Center (provides after school and Saturday Tutoring for 1st - 12th grades and prepatory courses for ACT/SAT/TEKS/TAAS/TASP. New Horizon Alternative and Diversion Program - provides counseling and character building classes for all juveniles and adults. Work very closely with Juvenile Delinquents), and The Upper Room Eatery (Full-service Cajun/Soul Food Restaurant), located at 48061 Hwy. 290 Business East of Hempstead. (Pictured L-R) Jeannine Davis, Hempstead Chamber of Commerce; Waller County Judge Owen Ralston; Dr. Sonya Burnett - Andrus; Rev. Tracy Andrus; Prairie View Councilwoman Dorothy Anderson-Carter and Gary Lecamu, President Hempstead Chamber of Commerce.

## LIFE LINE Continued from page 1

terial Disease. Life Line Screening will also offer a bone density screening for men and women, which assesses the risk of osteoporosis.

Anyone interested in the screenings must register at least 24 hours in advance. Call 1-800-643-6075 to schedule an appointment for the tests.

---



**HEMPSTEAD THEATRE**
**826-2981** • Phone Theatre for Features & Show Times
740 12th Street, Hempstead, TX

| Now Showing | Coming Next |
|---|---|
| ELF | THE MATRIX REVOLUTIONS |
| Starts Friday | |
| LOONEY TUNES/Back in Action | |

---

Let us help you with all your insurance needs.

**Cheryl Liere & Associates Insurance Agency, Inc.**

**CHERYL LIERE, AGENT**
**LIFE • HEALTH • ANNUITIES**
**AUTO • COMMERCIAL • HOME**
**FARM & RANCH**

P.O. Box 976   31315 FM 2920, Suite 13
Waller, Texas 77484

Office: (936) 931-9630
Office: (800) 541-2918
Fax: (936) 372-5631
email: cheryll@liereinsurance.com

---

## STROKE Continued from page 1

strong predictor of heart disease. Also offered for men and women, is a bone density screening to assess their risk for osteoporosis.

Each screening requires ten minutes or less to complete. A complete vascular screening package, including the Stroke/Carotoid Artery, Abdominal Aortic Aneurysm and Ankle Brachial Index (hardening of the arteries) screenings is $99. Sign-up for a complete vascular package; include the osteoporosis screening and pay only $125.

Life Line Screening was established in 1993, and has since become the nation's leading provider of vascular screenings. Over 45 ultrasound teams are on staff to travel to your local community, bringing the screenings to you. These non-invasive, inexpensive and painless, ultrasound tests help people identify their risk for stroke, vascular diseases or osteoporosis early enough for their physician to begin preventive procedures.

**DRIVE FRIENDLY**

---

## "Around Waller ISD"





Waller Junior High School Seventh Grade District Champion Cross-Country Team! (L-R, front row) Claudia Zamora (District Individual Champion), Kelly Mai (Runner-up District Individual Champion); (L-R, back row) Whitney Herzog (Third Place), Shelby Sheffield (Eleventh Place), and Dawn Shriver (Fourth Place). *WISD Public Information photo*

### Two WJH Cross-Country Teams wins District Championships

By STEPHANIE BURMAN
WISD Public Information

WALLER - The WJH Eighth Grade Boys Team and the WJH Seventh Grade Girls Team both won District Cross-Country Championships at the 18AAAA Cross-Country Meet held at Foster High School on October 30.

The Eighth Grade Boys Teams defended their District Championship title from last year with Patrick Murphy and Blake Froman leading the way with third and fourth place finishes. Jake Toman finished in seventh place, Kevin Crowl finished in eighth place, and Kenny Wendt finished in ninth place in the championship run.

The Seventh Grade Girls Team dominated their division with Claudia Zamora winning the District Individual Championship and Kelly Mai winning the Individual Championship Runner-up spot. Whitney Herzog finished in third place, Dawn Shriver finished in fourth place, and Shelby Sheffield finished in eleventh place.

The Seventh Grade Boys Team had four top ten finishers at the District Meet. Travis Wright finished in fifth place, Philip Sessions finished in sixth place, and Jake Seaman finished in seventh place. Dorian Nero's drive for the finish line to pick up tenth place was one of the highlights of the day.

In the Eighth Grade Girls Division WJH runner Celeste Jimenez finished in third place. Celeste has been a leader for the team the entire season, never finishing lower than third place.

The WJH Cross-Country teams have had an outstanding season. In the six meets in which they participated, the boys teams took three championships and two second place finishes and the girls won two championships with three third place finishes. Their coach is Robert Owens.



**Red Ribbon Week at JES**
Texas Department of Health Tobacco Specialist Judy Terry (far left) uses pig lungs to teach the importance of not smoking to students at Jones Elementary School during Red Ribbon Week, October 23-31. *WISD Public Information photo*

**Smashing Pumpkins...for real.**
Waller High School seniors (L-R) Jessica Berry and Casey Cox use a pumpkin on October 30 to demonstrate the throwing ability of the catapult they designed for Dr. Robert Faber's Dual Credit/AP Physics class. The pumpkin traveled 178 feet before landing. *WISD Public Information photo*

### WC Hay Producers bring home awards
From the 32nd Annual South Central Texas Cow - Calf Clinic Trade Show and Cattlemen's Hay Show

By DAVID E. McGREGOR, SR.
ERICA ORTMANN
WallerCo Extension Agents

The Beef and Forage Committee of Greater Waller County not only helped sponsor and put on the Annual South Central Texas Cow-Calf Clinic but also picked up awards for winning Waller County Hay Producers.

Dean Allred exhibited his sample of Haygrazer in the Cattleman's Hay Show Class III Warm Season Annual Grasses and won a second place plaque.

Other participants receiving ribbons in the various classes were Billy Kloecker, Bill Hawkins, Patti

See HAY page 9



Former and current members of the Waller County 4-H program recently cleaned and replanted the flowerbeds and placed a new bench in front of the County Extension Office in Hempstead. The community service project and the bench were done in memory of long-time County Extension Agent Kenneth Singletary, who passed away last April.

## WC Beef & Forage Committee 03 Hayshow winners

By DAVID E. McGREGOR, SR.
ERICA ORTMANN
WallerCo Extension Agents

The judging was held on October 16, 2003 and judged by Dr. David H. Bade, Professor and Extension Forage Specialist for Districts 9 and 11. We sincerely appreciated his time and efforts. Also many thanks to our sponsor for the awards:

Ribbons: Courtesy of the Texas Cooperative Extension Testing Laboratory; Rosettes: Waller County Beef and Forage Committee; Buckles: American Plant Food and Waller Mayor Danny Marburger.

Winners were as follows: Class I Coastal Bermuda; Entry #5 exhibited by Dean Allred with Protein of 14.1%, he received a Ribbon and a Class Winner Rosette. Class II Other Bermuda; Entry #14 a Tifton 85 exhibited by TP Farms (Tom and Diane Paben) with Protein of 9.1%, they received a Ribbon and Class Winner Rosette; Class V Haygrazer; Entry #16 a haygrazer exhibited by TP Farm (Tom and Diane Paben) with Protein of 16.9%, they received a Ribbon and Class Winner Rosette; Class VI Perennial Peanut; Entry #26 a peanut exhibited by Chase Baker with a Protein of 6.3%, he received a Ribbon and Class Winner Rosette.

Grand Champion winner who received a belt buckle was selected from Class I Coastal. This entry #5 was exhibited by Dean Allred. Reserve Champion winner also received a belt buckle and was also selected from Class II Other Bermuda. This entry #14 was a Tifton 85 which was exhibited by TP Farms (Tom and Diane Paben).

Other participants receiving ribbons in the various classes were Billy Kloecker, Bill Hawkins, Patti Brownshadel, Ray Gipson, Ernest Harris, Clear Creek Ranch, Kruse Ranch, Richard Carson, Brightside Ranch, and Carl Miller.



(L - R) Tom Paben, Dean Allred, and Chase Baker

*God Bless America*
*United We Stand*



**EL RANCHO WESTERN WEAR**

31303 FM 2920 Suite 1
Waller, TX 77484
(936)372-9596

1231 Alma St, Suite E.
Tomball, TX 77375
(281)351-6040



**S & N Appliances** — Whirlpool JUST IMAGINE

All American Holiday

REBATES UP TO $290
By Mail with the Purchase of 1 to 5 Qualifying Whirlpool Appliances November 13 through December 6.

$30-$50 REBATE — By Mail with the Purchase of a Qualifying Whirlpool Range

$25 REBATE — By Mail with the Purchase of a Qualifying Whirlpool Microwave Hood and a Freestanding Range

$30-$40 REBATE — By Mail with the Purchase of a Qualifying Whirlpool Dishwasher

$50-$75 REBATE — By Mail with the Purchase of a Qualifying Whirlpool Refrigerator

$25-$100 REBATE — By Mail with the Purchase of a Qualifying Whirlpool Washer or Laundry Pair

FREE OMAHA STEAKS PACKAGE — By mail with the purchase of a Whirlpool g2microven SpeedCook Appliance

FREE GLASS COOKWARE SET — By mail with the purchase of a qualifying Whirlpool Built-In Oven

FREE STORE COUPONS GOOD FOR A 12 MONTH SUPPLY OF TIDE HE DETERGENT — By mail with the purchase of any Whirlpool Calypso or Duet washer and dryer pair

**S & N Appliances**
Waller, Texas • 936-372-3639

nationwide



**WELLS FARGO** — The Next Stage

# Now, in Texas, the key to your house can open a lot more doors than ever.

You're in control of your finances with a Wells Fargo Home Equity Line of Credit.

**3.99% APR***
No Fees, No Closing Costs

Something big has just happened for homeowners in Texas – they have access to money in ways that were never possible before. Home renovations, bill consolidation, college tuition – you can get money for the important things in life. You just use the money when you need it, as you need it, and you only have to apply once no matter how many times you use it. Interest rates on equity lines of credit are lower than most other financing options and the interest is usually tax deductible. The first step is to talk with a Wells Fargo banker and they'll answer your questions and help you find the equity line of credit that's perfect for you. Just visit a Wells Fargo banker, call 1-800-WFB-OPEN (1-800-932-6736) or visit wellsfargo.com.

PLS000374

**TREES • SHRUBS • TREES**
"Buy Farm Direct"
• Oak Trees • Magnolia
• Crepe Myrtle • Cypress
Elm • Shrubs and More
● $8.95 - $39.85 ●
979-826-8514
www.LogansRunTreeFarm.com

Specials!
Live Oaks
5'-6'
$5.95

**Hockley LIVESTOCK**
Barn • 936-372-9125

Henry Warneke
(M)832/620-8470
(H)936/931-2538

Brad Story
281/924-7096

Paul Story
281/924-7097

Gary Friedel
Pg# 713/912-8119

James Warneke
713/819-6782

Layaways Welcome   936-931-1054

*Paragon Antiques & Collectibles*
American, English Furniture, Glassware, Primitives
**STORE CLEARANCE SALE**

Open 7 Days A Week
Mon - Sun 10-5:30
2122 Mills @ 290
P.O. Box 1312
Waller, TX 77484

**GROWING IN GOD'S HANDS**
ROSE HILL UNITED METHODIST CHURCH
Celebrating Christ For Over 125 Years

Services 8:30am & 10:30am
Sunday School 9:30am
Full & Part-Time Child Care Facility
Pastor Wayne Harberson

281-351-5356
www.rosehillumc.org
5 miles west of SH 249 Tomball
21022 Rosehill Church Rd (Off FM 2920)

**ROCKING H RANCH**
BAR-B-Q OUTFIT & CATERING CO.
936-931-2386

**Turkeys & Spiral Hams $1.25 lb.**

Let us cater your next event!
25-2000 Guest

*Custom Cooking Available*

*Happy Thanksgiving*

FM 2920 & Kickapoo ★ Waller, Tx

TO ALL INTERESTED PERSONS AND PARTIES:

Best Materials, Inc., has applied to the Texas Commission on Environmental Quality (TCEQ) for issuance of an Air Quality Permit Number 53464L001, which would authorize construction of a Concrete Batch Plant to be located 300 yards north of Highway 290 on Badtke Road, Hockley, Harris County, Texas. Additional information concerning this application is contained in the public notice section of this newspaper.

**IS YOUR HOMEOWNER'S INSURANCE PREMIUM GOING THROUGH THE ROOF?**

**IF SO, LET OUR FRIENDLY STAFF HELP YOU!**

**EDMONDS INSURANCE Agency, Inc.**

Waller Office
936-372-9122

Hempstead Office
979-826-9300

## Engagements & Weddings



*Brandon Gray, Barbara Helt*

### Helt, Grey wedding planned

Mr. and Mrs. Raymond Helt, Jr. of Waller, Texas are pleased to announce the engagement of their youngest daughter, Barbara Ann to Brandon Michael Grey of Waller, Texas.

Brandon's parents are Carol and Danny George of Burleson, Texas and James Grey of Waller, Texas.

The wedding is planned for April 17, 2004 at The Gateway Church of Hockley.

### Calendar of Events

**Blinn Workforce Education**

An orientation that provides information to those interested in a career as a pharmacy technician or pharmacy assistant is set for November 12 at 5:30 p.m. in the Blinn College Student Center on the campus in Brenham. This session is an introduction to the training program that begins Jan. 23, presented by the Blinn College Department of Workforce Education. "The orientation will provide information to those persons interested in the pharmacy tech program, the content and the registration process," said Dwayne Walters, associate director of workforce education. The program includes 236 hours of classroom coursework and 80 to 112 hours of internship work. There is also a mandatory prerequisite -- an academic basic skills class -- that all applicants to the program will have to complete. For more information about the orientation call 979-830-4027.

**Annual Conference - "Empowering to Serve"**

On November 15, 2003 Hillside Baptist Church will host it's first Annual Conference entitled "Empowering to Serve" men, women and youth conference. Registration begins November 5th thru November 15th, 2003. Lunch and Dinner included. For more information please contact Pastor J. White @ 713-725-4356, or Evangelist E. Turney 281-847-1315 send e-mail to hillsidebc@hotmail.com

**City Offices to Close for Holiday**

City of Waller offices will be closed for Veteran's Day on 11-11-03. Trash pickup will not be offered.

**NOTICE**
The City of Waller is enforcing environmental laws of the State of Texas and local ordinances in order to clean up unsightly and/or unhealthy conditions within the city limits.
Please report violations to the City of Waller Police Department at 936-372-2525.

**COLOR COPIES**
**79¢ Ea.**
8 1/2 x 11 only-1 side
Waller Village
936-372-9448

**3H Sales**
4225 Hwy. 90 • Brookshire, Texas
281-934-1414

**TRAILER SALE**

| | |
|---|---|
| 5 x 8 Std | $485.00 |
| 5 x 8 Tilt | $525.00 |
| 5 x 10 Tilt | $550.00 |
| 76 x 16 Angle Top | $795.00 |
| 82 x 16 Pipe Top | $950.00 |

*MC/VISA Accepted*

**Have a Gobblin' Good THANKSGIVING**

**Security Finance**
Loans Available from $100 - $495
NO CREDIT • NO PROBLEM!
Phone Applications Welcome
Call **979-826-9000** or come by **1033 Austin St.**

## 4-H Livestock Judging results

The members of the Waller County 4-H Livestock Judging Team have been busy competing in several area contests this year. In the Waller County Contest the team took 4th in Junior Teams and 8th in Senior Teams. Members Brent Herzog took High Point Senior 4-H'er and was awarded a belt buckle, as did Sarah Friedel who took High Point 4-H Junior.

In the Austin County contest Brandon Behrens placed 6th High Junior with two of the 4-H Teams placing 5th and 9th overall.

On October 18th the Teams traveled to Texas A&M to compete in the Aggie Fest. In Sub Junior competition, Tedi Hamner placed 2nd High Point Cattle and Patricia Cook placed 1st and Dianne Velasco placed 6th in swine. Overall Tedi Hamner placed 6th High Point Sub Junior and Dianne Velasco placed 11th. In Junior Competition Megan Kluna placed 2nd in cattle and Justin Behrens placed 5th. The Junior Team placed 1st in cattle, 6th in sheep and 5th in swine. Overall they placed 6th in Junior Team competition.

The Harris County contest on October 25th place the Junior Teams 10th and 11th with Michelle Stewart placing 9th High



**Sarah Friedel**, daughter of Tim and Dorothy Friedel and a member of the Bracy Island 4-H Club show's off her winning livestock judging belt buckle.

Individual and Regina Shelton placing 12th.

The judging teams will be on to competition in Houston and San Antonio in the Spring and end the year with District 4-H in April.



## Gamma Omega News

Delta Kappa Gamma, Gamma Omega Chapter met at 9:30 AM on Saturday, November 1, 2003 at St. Paul Lutheran Church in Phillipsburg, Texas.

The Program topic was: Continuing Education -- Using Member Expertise.

The Program Title: "What Do We Collect?"

The summary of the program: Members displayed 3 - 4 items from a personal collection.

The purpose of the program was: Members will learn more about each other.

Society Business included: Initiation of 8 new members from Lee County; Kathleen Boettcher, Denise Brademan, Michele Brown, Noel Buck, Trudy Holland, Sheryl Kleinschmidt, Sara Larsen and Susan Schafer.

Other Society Business included: Yearbook, Legislative and Achievement.

The Delta Kappa Gamma Song and Thanksgiving songs were give by Mary Jean Brehm.

The Caldwell Hostesses were: Remah Barnett, Mary Jean Brehm, Susan Groce, Kimberly McManus and Sandria Strong. Mary Jean Brehm led the Collect, Annabel Crow gave the Meditation. The Door Prize was provided by Joyce Haugen. The Perfect Attendance was provided by Evelyn Turlington.

The Door Prize was won by Linda Braun and Perfect Attendance was won by Marjorie Baker. 51 members were present.

Members from Waller County were Mary Alice Cure, Annette Balke, Cathy Dawson, Julie

See NEWS page 7

## TYSON

Continued from page 1

that feature the Project A+ logo on the front of the package. Schools earn money from Tyson by collecting and redeeming the labels."

Participating schools can earn up to $12,000 per academic year, and there are no restrictions on how the funds are used. "We can use the money for anything we need - field trips, computer equipment, sports gear, library books - anything!" said Principal Godwin.

"Our Tyson Project A+ coordinators, Coach Cure and Teresa Wilson have set up a collection site at the school lobby, where parents and others in the community can drop off their Tyson Project A+ redemption labels."

According to Project A+ coordinator, "Our goal this year is to collect a total of 10,000 labels." Cure went on to urge everyone to participate in the program. "If everyone out in the community clips and saves the Tyson Project A+ redemption labels, we can make this program a huge success for our school."

For more information on the Tyson Project A+ program, contact Wilson or Cure at 936-372-9196, or check out the Tyson Project A+ Web site, http://ProjectAPlus.tyson.com.

# Waller Bulldogs are District Champions

There is a saying in the sports world that "big time players make big time plays in big time situations." For the first time since 1983, the Waller Bulldog Football Team can refer to themselves as "Champions" because of their big time players making big time plays in an obvious big time situation. With a District Championship clinching 56-31 victory over Foster Friday night, the Bulldogs enter the playoffs as the first seed from 18-4A.

Defensively, the Bulldogs knew they had to stop Javarris Williams, the district's leading rusher with over 1,500 yards on the season. Rising to the challenge, the Bulldogs held him to 130 yards on 28 carries and only one touchdown. The majority of Foster's 330 total yards came on two long pass plays that covered almost 150 yards combined. Waller's philosophy of gang-tackling the Falcons worked to perfection as it seemed there were six or seven men in maroon tackling every Foster ball carrier. Lennox Thompson, Darrin Douglas, Mark Guillory, Alvin Gertman, Dexter Beck, Wellington DeShield, Bo Hill, Mark Hafner, Chris Jefferson, Bryan Victorian, and Drew Birthisel were flying to the football and making big stop after big stop to preserve the victory. Birthisel, in his first game as a Varsity starter, recorded over ten tackles and made an interception.

Offensively, the Bulldogs had a night that could be compared to a few in the past. Coach Faigle and Coach Phillips could not remember a night when the offense put up 647 total yards as they did against the Falcons. This was 247 yards above the Bulldog's average. The offensive line manhandled the line of scrimmage and controlled almost every possession the Bulldogs had. One of Foster's defensive lineman, a Baylor Bear commitment, was frustrated the entire evening as the Bulldogs were constantly blowing him and his batter mates off the ball. Cody Dodd and Johnny Alvarez made crucial blocks all evening giving spring Bulldog runners for large gains. Dodd also had 75 yards rushing. Coach Faigle remembered a game in the 1980's when Bulldog great Tommy Cook, rushed for over 300 yards, and believed that to be

**BULLDOG FOOTBALL**

one of very few who outperformed Don Brooks's 278 yards on 21 carries. Jason Phillips finished the evening with 181 yards on 18 carries. Jeremy Haynes caught four passes for 65 yards, Tyrone Jackson caught three passes, and Bryan Victorian caught one ball.

The Bulldogs will enter the playoffs with confidence and momentum against a dangerous Taylor Ducks squad. Taylor, the third place team fro 17-4A has speed to spare and is considered a quick-strike offense and a fast defense. The game will be Friday night in Taylor with kickoff slated for 7:30 p.m. The Bulldog players and coaches would like to thank the fans for their support throughout the season, and especially this past Friday night. It was great to see the Bulldog Maroon packing the stadium. The players and coaches would also like to invite the fans to continue their support by traveling to Taylor and back the Bulldogs as they fight to keep their season alive.


*Waller Bulldog Jason Phillips, #19, gains yardage as he heads for the end zone in Friday nights game against Foster. The Bulldogs won the game handily, 56-31, to become District 18-4A District Champions. Photo courtesy Tom Godwin.*


*"Build it .... and they will come" as the saying goes. The Bulldogs built a strong lead to become District Champions and the crowds came. Supporters of the 2003 Waller Bulldog District Champions braved the cool air and came to watch their team win. And win they did, 56-31 over Foster. Photo courtesy Tom Godwin.*



## GAME STATS

| WALLER - 56 | | FOSTER - 31 |
|---|---|---|
| 32 | 1st Downs | 13 |
| 53/538 | Rushing | 35/116 |
| 109 | Passing Yds. | 221 |
| 12-9-0 | Passes A-C-Int. | 16-7-2 |
| 0-0.0 | Punts/Avg. | 5-37.6 |
| 2-2 | Fumbles - Lost | 3-0 |
| 3-15 | Penalties/Yds. | 5-35 |
| 647 | Total Offense | 337 |

---

## Go Bulldogs! 

**Waller VS Foster 56-31 ★ Waller VS Taylor (There)**

### PLAYERS OF THE WEEK


**DREW BIRTHISEL**
Defensive Player


**ALVIN GERTMAN**
Defensive Lineman


Offensive Lineman

HEATH DOZIER
CODY DODD
THOMAS HART
SAM WRIGHT
CHRIS SIMON
JACOB SHAFER
JOHNNY ALVAREZ



**TYRONE JACKSON**
Offensive Player

**SCOTT BYERS**
Special Teams

| WE SUPPORT THE WALLER BULLDOGS | WE SUPPORT THE WALLER BULLDOGS | WE SUPPORT THE WALLER BULLDOGS |
|---|---|---|
| **TRUCK TUFF** Bedliners, Truck Accessories & Tires *Waller, Texas* 936-372-3765 | **COLDWELL BANKER PROPERTIES UNLIMITED** *Colt Haack* 936-372-3011 | **Showtime Video & Pizza Black Canyon Express** *Waller, Texas* 936/372-3000 |

## WHS wins Katy-Taylor Computer Science Contest

**By STEPHANIE BURMAN**
**WISD Public Information**

WALLER - The Waller High School Computer Science Team surprised almost everyone by not only winning overall First Place in the Katy-Taylor Computer Science Contest, but also claiming a Third Place win in the Advanced Division of the competition held on November 1 at Katy-Taylor High School. Among the 5A competitors in the event were Cypress Creek, Cypress Falls, Cypress Springs, Klein, Jersey Village, Elkins, Hightower, Dulles, Cinco Ranch, and Tomball High School.

The contest consisted of teams of three students working together to solve very difficult computer programming problems during a two-hour period. The team who collected the most points was the winner.

"This is by far the greatest accomplishment that Waller has made in computer science in the last five years," said Coach and WHS Computer Science teacher Scotty Johnson. "What made the victory even more remarkable was the all eight of the WHS teams were shorthanded. We had to split up our squad so team members could also compete in the UIL Academic Meet going on at the same time in Hempstead. So, instead of having three members, WHS competed with teams of two. In addition, most of the WHS team members missed the first few minutes of the contest because they had participated in morning events in Hempstead and the shuttle ran a little late."

The top three teams of the contest were: First Place - Waller High School (Shaun Sherman and Jonathan Timmer), Second Place - Cypress Falls High School, and Third Place - Waller High School (Patrick Foley and Justin Harmon).

Johnson says the WHS academic and computer science teams are working for "A November to Remember"...and, if what they have done so far is any indication, it's going to be just that.

In addition to this computer science win, the WHS Quiz Bowl Team has already earned an invitation to the National Academic Challenge by being one of five schools in the state (and eleven nationwide) to make a perfect score in the September Twenty Questions Academic Challenge competition - and the team has since defeated Bellaire High School, Mayde Creek, and others to finish in the top ten of the Rice University Invitational Quiz Bowl Contest. Meanwhile, the WHS UIL Academic Team - amid all the shuttling to and from the Katy-Taylor Computer Science Contest - won the Sweepstakes Championship at the UIL Academic Contest in Hempstead.

---

**Sports Calendar**
WALLER VARSITY
DISTRICT CHAMPIONS
vs. TAYLOR
1st Round of Playoffs
Friday, November 14
7:30 PM Kickoff @
Taylor, Texas

**COLOR COPIES**
**79¢ Ea.**
8 1/2 x 11 only-1 side
Waller Village
936-372-9448

## PUBLIC FAX
Sending & Receiving ★ Receiving 24 Hours A Day • 936/372-5534 or call 936/372-9448

---

**FRIERSON CHIROPRACTIC**
**Dr. Robert C. Frierson**
• Back • Legs, • Neck • Shoulder • Headaches,
• Stress • Auto Injuries
Blue Cross - Blue Shield Provider
*A Waller County Tradition of Friendly Professional Care*
MOST INSURANCE ACCEPTED
1506 Smith St. • Waller, Texas • 936-372-3688

---

**Cedar Bayou Kennel**
*"Accepting Reservations For Holiday Season"*
• Specializing In Hunting Dogs - Lg. Breed - 25 lbs +
• Clean, Secure, Enclosed, Well-Ventilated
• Fenced Airing, Exercise Area
• Personalised Programs Available
• Up-to-Date Shot Record/Bordetella Required
• Second Generation Kennelmen
Hempstead, Texas • 979-826-4490

---



**Order Your Fried Turkeys & Holiday Pies**
Bring Your Own Turkey
Book For Your Christmas Parties & Catering
**Deadline for Turkey's is November 21, 2003**
The Hill Bar & Grill
936/931-9822

---



**SUMMERS MEAT PROCESSING**
*in Bellville, Texas is Back and Ready to take care of your processing needs. We also supply halfs and quarters of beef packaged to your requirements.*
*Call us for 24 hour drop off of your animals.*
*Don't forget we can handle all your Deer Processing needs this Fall.*
**979-865-3822**

---

**JAMES BONDS CUSTOM LAND CLEARING**
**Hydro-Mulching - *Land Clearing***
**Commercial and Residential**



* Mulching Builds and Protects Topsoil
* No Debris to Burn
* No Tree Root Damage

* Land Clearing
* Site Pad Work
* Ponds
* Root Raking
* Roads and Driveways
* Right of Way Clearing
* Fence Lines

**936-931-9372**
Office: 936-931-9372 • Mobile: 713-206-1427
Fax: 936-931-3724 • Hockley, Texas

---

**HOCKLEY COWBOY FELLOWSHIP**
†
Pastor Greg Crawford and the crew at **Hockley Livestock Auction** invites you to come and hear the Word of God presented "COWBOY STYLE"!
Fellowship and Children's Sunday School Every Sunday @ 9:00 AM
Nondenominational Worship Services at 10:00 AM
Adult and Children's Bible Study Every Tuesday Night at 7:00 PM
Old Highway 290 † Hockley, Texas
*Dress comfortable and bring a friend!!!*
FMI: Call Brad @ 281-924-7096 or
. Pastor Greg @ 281-259-9800

# Congratulations District 18-4A Champion Waller Bulldogs



(L-R, not in order) Jeremy Haynes, Bryan Victorian, Dane Morse, Tyrone Jackson, Dexter Beck, John J. Powers, Abraham Garcia, Johnny Alvarez, Bo Hill, Scott Byer, Derek Beck, Tino Albarran, Troy Thomas, Nathan Tanner, Cody Craig, Jason Phillips, Michael Schmitz, Chris Jefferson, J. R. Williams, Trey Reid, Josh Stanley, Wellington De Shield, Louis Frederick, Don Brooks, Darren Douglas, Lennox Thompson, Cody Dodd, Chris Tillery, Y.D. Rosborough, Mark Guillory, Heath Dozier, Michael Portillo, Nathan Schilling, Jose Lopez, James Roush, David Gonzales, Robert Paben, Alvin Gertman, Jacob Shafer, Sam Wright, Thomas Hart, Corey Brooks, Chris Simon, Taylor Thomas, Mark Hafner. (Not pictured: Drew Birthisel, Dustin Smith).

This page is sponsored by the following families, friends and businesses of the Waller Bulldogs

| Waller Country Club 936-931-3335 | Kickapoo Feed 936-372-2920 | Toni & Co. Salon & Spa 936-372-3855 | TRUCK TUFF 936-372-3765 | Waller County Land Company 936-372-9181 979-826-4133 | Waller County Butane 936-372-3630 |
|---|---|---|---|---|---|
| Tracy's Tanz & Boutique 936-372-3138 | Waller County Water Well, Inc. 936-372-9231 | Western Rock, LLC 936-931-3804 | WALLER COUNTY LINE 936-931-2214 | Kat's Eye Shop 936-931-3420 936-931-9033 | Today's Vision 936-372-3644 |
| Barry Auto & Truck 979-826-8717 | Way To Go Heath #50 Love, Mom & Rick | Bulldawg Stuff 936-931-9255 | GO BO #9 Love, Mom, Dad Wade & Glenn | Barry Trucking & Equipment Sales, Inc. 979-921-9106 | Scrapping USA 936-372-2858 |
| A Field of Flowers 936-372-2275 | S & N APPLIANCES 936-372-3639 | Terry E. Harrison Dozer & Backhoe Services 936-372-2248 | Collier Vet Services 936-372-3619 | MARSHALL'S 979-826-2411 | Don Hart's Radiator Service Center, Inc. 936-372-9107 |
| Doyle's Auto Parts 936-372-9188 | Bob Bright Barber Shop 936-372-5509 | Cuttin Up Hair Salon 936-931-1770 | COUNTRY LIVING MORTGAGE 979-826-2100 | Allied Hempstead Bank 979-826-6622 | Narramore Glass & Contracting 936-931-1199 |
| The Hill Bar & Grill 936-931-9822 | Haney Feed & Farm Supply 936-372-3652 | Waller Florist 936-372-2438 | Bonds Septic Services 936-372-2443 | Visible Choices 936-931-1997 | Capital Gas 936-372-9164 |
| Amsler Associates Real Estate 936-931-5356 | BILL'S TIRE CO. 936-372-2654 | Canon Funeral Home 936-372-3683 | Shirts, Caps & More 936-931-2655 | Showtime Video & Pizza Black Canyon Express 936-372-3000 | Chat-N-Curl Hair Salon 936-931-3924 |
| Cheryl Liere & Associates Insurance Agency 936-931-9630 | Children's Learning Center 936-372-3996 | Waller Rice Dryer, Inc. 936-372-3624 | Honeybee Pumping 936-931-9778 | Coldwell Banker Colt Haack 936-372-3011 | Hill's Construction 713/569/4023 713/822/6324 |
| K & S Flooring Co. 936-931-9920 | Fab Services, LTD 936-372-9943 | Hair Tech 936-931-3269 | Texas Homeplace Mortgage Co. 936-931-5355 | Hometown Hardware 936-372-9183 979-826-3372 | Thompson Feed 979-826-3263 |
| KNIGHT INSURANCE AGENCY 979-826-3026 | Lone Star Lube & Wash 936-931-5823 | WALLER TROPHIES 936-931-3788 | Northwest Water Wells 936-372-2443 | Pizza 2 936-931-2020 | Repka's Hardware 979-826-2424 |

PLS000377

# Waller County Sheriff's Report

*Sheriff's Deputies responded to the following priority calls this week:*

**TUESDAY, OCTOBER 28**
• Arrested a subject in Hempstead for a local warrant for failure to appear/theft by check; • Investigated an assault report in Hempstead; • Investigated an harassment complaint on Hwy 90 East of Brookshire; • Checked the welfare concern of a resident living on FM 1488; • Assisted DPS working a motor vehicle accident on FM 529 East.

**WEDNESDAY, OCTOBER 29**
• Investigated the burglary of a building on Pryor Rd.; • Investigated the violation of a protective order in Rolling Hills Subdivision; • Assisted DPS, Waller County EMS, Hempstead Fire Dept. and Hermann LifeFlight working a motor vehicle accident on FM 1887 South of FM 3346; • Assisted Hempstead Police Dept. and Waller County EMS Personnel working a motor vehicle accident on US 290 at Urban Rd.; • Investigated the burglary of a building on Bachler Lane.

**THURSDAY, OCTOBER 30**
• Investigated an illegal dumping complaint on Neiman Rd.; • Assisted DPS and Waller County EMS Personnel working a motor vehicle accident on US 290 at Liendo Pkwy.; • Checked the welfare concern of a resident living on Cary Lane.

**FRIDAY, OCTOBER 31 HAPPY HALLOWEEN....**

• Investigated a death of a resident on Robinson Road; • Investigated an assault complaint on Mt Zion Road; • Handled a criminal trespass complaint on Morton Road; • Investigated a terroristic threat complaint on Pohl Road; • Assisted the DPS Trooper working a motor vehicle accident on State Highway 6; • Assisted the DPS Trooper, Brookshire EMS and Monaville Fire Department working a motor vehicle on FM 359.

**SATURDAY, NOVEMBER 1**
• Responded to a disturbance on Country Lane and arrested a subject for assault causing bodily injury; • Assisted the DPS Trooper and Waller County EMS working a motor vehicle accident on FM 1488; • Investigated the burglary of a motor vehicle on West Country Lane; • Investigated a criminal trespass complaint on Kerr Road; • Handled a criminal trespass complaint on FM 359; • Investigated the burglary of a habitation on Kyle Drive; • Investigated a theft complaint on Brooks Road; • Investigated an assault complaint on FM 1458; • Handled a terroristic threat complaint on Charter Lane; • Responded to a disturbance at a Business on FM 359 and arrested a subject on possession of a controlled substance.

**SUNDAY, NOVEMBER 2**
• Responded to a motor vehicle accident on Joseph Road; • Assisted Waller County EMS Personnel responding to a medical call in Hempstead; • Assisted the DPS Trooper working a motor vehicle accident on FM 1887; • Investigated a theft complaint on Howell Road; • Investigated the burglary of a habitation on Clear Creek Road; • Responded to a disturbance on FM 1458; the subject was gon upon arrival; • Investigated a telephone harassment on Ridgeview Road; • Assisted the DPS Trooper and Waller County EMS Personnel working a motor vehicle accident on US Highway 290; • Investigated a theft complain on Mikeska Road; • Responded to a disturbance on Beckendorf Road and settled the problem at the scene

**MONDAY, NOVEMBER 3**
• Investigated the burglary of a Business on Austin Street; • Investigated an illegal dumping complaint on Fisk Lane; • Investigated an attempted suicide in Country Lane Estates Subdivision; • Investigated an assault report in Mill Creek Estates Subdivision; • Arrested a subject in Brookshire for a local felony warrant for probation violation/deadly conduct; • Responded to a disturbance on FM 1488 and settled the problem at the scene.

...

## 2003 4-H Hay Judging contest results

**By DAVID E. McGREGOR, SR.**
**ERICA ORTMANN**
**WallerCo Extension Agents**

The 2003 4-H Hay Judging Contest was held on Thursday, October 16, 2003 at the P.V. Equipment Shed, Prairie View A&M University with Sub Junior, Junior and Senior participants from various 4-H clubs competing.

The contest consisted of two placing classes. Four samples of hay for each class were place according to their physical characteristics. 4-H'ers tested their skills to recognize the physical characteristics which are indicators of intake and digestibility as well as other factors affecting animal performance that are not reflected in the chemical score. The analysis used to determine the chemical score is the crude protein content of the hay. Protein is a major nutrient requirement of livestock. Both physical and chemical (crude protein) factors are considered in classifying all hay entries.

Nine grading classes which contain samples from various hay species were used to further test 4-H'ers in recognizing stages of maturity, texture, leafiness, foreign material, and color. The 4-H'ers received training toward preparation of the contest. The training helped the contestants to familiarize themselves with the hay characteristics that are associated with hay quality. The young people did a super job in expressing their knowledge and exhibited strong competition. To those who didn't win, next year will roll around sooner than you think. You need to improve in areas requiring further practice and study. YOU CAN DO IT!!!...I KNOW YOU CAN!!!

Congratulations! The results of the 2003 4-H Hay Judging Contest -- are as follows:

1st Place Sub Jr. Team plaques were awarded to: Meagan Bonefas, Shannon Bronikowski, Michelle Bronikowski, Dominque Walker; 2nd Place Sub Jr. Team rosettes were awarded to: Chavet Dancy, Haley Rittenberry, Mason Seets; 1st Place Jr. Team plaques were awarded to: Katie Robinson, Elspeth Bacher, Regina Shelton, Teddi Hamner; 2nd Place Jr. Team rosettes were awarded to: Sarah Bonefas, Jessica Rittenberry, Jamie Williams; 1st Place Sr. Team plaques were awarded to: Melissa Stewart, Beth Brannon, Justin Behrens; 2nd Place Sr. Team rosettes were awarded to: Timmy Necker, Melanie Harris, Melissa Myles.

High Point Sub Jr. Rosette was awarded to Shannon Bronikowski. High Point Jr. Rosette was awarded to Jessica Rittenberry. Second place went to Regina Shelton, and third place went to Sarah Bonefas. High Point Sr. Rosette was awarded to Melissa Stewart. Second place went to Justin Behrens and third place went to Beth Brannon.

Many thanks to the parents, leaders, P.V.A&M University, Dwight Rhodes and other friends of 4-H. Without your help, the set up of the hay samples for competition, tabulating of the scores, and allowing the use of the premises for the contest would not make this contest possible. If we have forgotten any other area that we fail to mention -- a "special thanks" goes especially to you.

Each year this contest gets bigger and better. Look forward to seeing you next year!

## WHS wins Hempstead UIL

**By STEPHANIE BURMAN**
**WISD Public Information**

WALLER - The Waller High School UIL Academic Team won the Sweepstakes Championship at the Hempstead High School UIL Contest on November 1. WHS placed in 16 events, won five team events, and brought home 31 individual awards. Thirteen schools competed in the event, including 5A schools Alvin, Bryan, and Katy, as well as Bellville, El Campo, Giddings, Harmony Science Academy, Hempstead, Iola, Rogers, Sealy, and Yes College Prep.

WHS earned First Place in five team events: Group Improv (Donald McCaig, Cameron Kubos, Cory Matthews); Spelling (Alysia Navarro, Wesslee Whatley, Sunil Aradhya, Jason Massey); Number Sense (Shaun Sherman, Brent Leith, Daniel Blaylock, Catherine Waldrop); Math (Brent Leith, Shaun Sherman, Sarajane Williams, Justin Harmon); Computer Science (Shaun Sherman, Jonathan Timmer, Patrick Foley, Justin Harmon).

WHS also won Second Place in two team events: Calculator (Sunil Aradhya, Aramis Battle, Jason Massey, Katie Koenig) and Current Events ( Sunil Aradhya, Donald McCaig, Michael Blaylock, Jacklyn Crowl).

Five individual First Place wins went to Catherine Abbruscato (Lincoln Douglas Debate), Cameron Kubbos (Informative Speaking), Brent Leith (Math), Shaun Sherman (Computer Science), and Alyssia Navarro (Spelling).

Other individual winners were: Informative Speaking - Sunil Aradhya (4th), Catherine Sessions (6th); Math - Shaun Sherman (2nd), Sarajane Williams (3rd), Justin Harmon (4th); Computer Science - Jonathan Timmer (3rd), Patrick Foley (4th), Justin Harmon (5th), Daniel Blaylock (6th); Spelling Wesslee Whatley (3rd), Sunil Aradhya (6th); Headline Writing - Sarajane Williams (2nd), Sunil Aradhya (3rd); Number Sense - Shaun Sherman (2nd), Brent Leith (4th); Current Events - Sunil Aradhya (2nd); Persuasive Speaking - Jessica Forrester (3rd), Catherine Abbruscato (4th), Bryttani Jefferson (5th); Science - Joseph Rawls (4th); Calculator - Sunil Aradhya (5th); Computer Applications - Katie Koenig (5th); Prose - Katy Beth Sherman (5th); Poetry - Catherine Abbruscato (6th); Cold Interpretation - Cameron Kubos (6th); Social Studies - Brent Leith (6th).

## NEWS
Continued from page 3

Muchow, Eunice Sitton, Evelyn Turlington, Linda Braun, Vivian Killian, Gail Schroeder, and Clara Timmerman.

With no further business, President Barbara Webb adjourned the meeting at 12:00 Noon.

Mary Jean Brehm gave directions for the meal, and Susan Groce blessed the food.

**PUBLIC FAX**
SENDING/RECEIVING
*Receiving 24 Hrs. a day*
31315 FM 2920 Waller Village
936-372-9448

---

**LAYAWAY NOW!**
Diamonds
*Trust*
1/4 Ct tdw** $199
1/2 Ct tdw** $349
1 Ct tdw** $699
Available in yellow or white gold
R&R Jewelers
2403 Main St. • Waller, TX
936-372-3617  **individual weight

---

Save money on your insurance.
**Auto • Life Fire • Truck Commercial**
• **Monthly Payments**
Knight Insurance Agency
Sue, Knight Agent
350 #3 Hwy. 290 E/Hemp. Tx.
979/826-3026/800/660-3026
FARMERS

---



**Turned Down for a Car Loan?**
**LAWRENCE MARSHALL Will Finance You Today!**
Got a job? We'll get you...
**APPROVED**
**You Deserve a 2nd Chance!**
If you've got a job, Lawrence Marshall can help you get the car, truck, or SUV you want with no hype, no hassle. We'll get you APPROVED!
Bad Credit • No Credit • Divorce
Repossesions • Bankruptcy
Chargeoffs • Tax Liens • Foreclosures
**NO PROBLEM!**
Call Bob Griffey, Toll Free
**1-866-540-3600**
APPLY FOR CREDIT 24 HOURS A DAY
Call Toll Free
1-888-345-LEND
or on-line at www.lmdp.getayes.com
**MARSHALL HEMPSTEAD**
Hwy 290 at Bryan/Hwy 6 Exit
**Buy in Hempstead Pay in Hempstead**
*Some restrictions apply.

---

## AUCTION



**ESTATE SALE**
**ARNOLD SCHULTZE**



**November 15, 2003**
**1:00 p.m.**
28358 Hwy 6 North - 1 mile N of FM 1736

John Deere 2750 Tractor w/Loader
Mohawk 6" Shredder
Front End Loader Hay Fork
3 Pt Rear Hay Fork
Galaxie 15' Boat w/50 HP
Mercury Motor & Trailer
Fishing Accessories
2 Wheel Trailer - 4'x8'
250 Gallon Fuel Tank w/Stand
250 Gallon Fuel Tank on Skids
Small 2 Wheel Trailer
6' Tee Posts
Metal Work Bench w/Vice
225 AMP Lincoln Electric Welder
5 HP Craftsman Air Compressor

Cutting Rig w/Hoses
Bench Drill Press
Electric Grinders
Smoke House
Jacks
Hand Tools (many)
Yard Tools
Remington 742 30-06 Rifle
2 Model 1100 12ga Shotguns
Weatherly Mark 5 Rifle (7 mg)
Assortment of Pistols
Household Furniture
Dishes, Pots and Pans
Appliances
Plus Many More Items




*Consignments Welcome For More Information Contact*

**Jordan Sale Management Services**
**979-826-6175**

Payment Terms:
Cash or Check with Bank Letter of Credit

Bill Jordan, Auctioneer
License #AUCTNR00012736





# "The Waller Times" CLASSIFIEDS
Call **936.372.9448** today to place your Display or Classified Word ad. *Visa, MC, AmEx, Discover accepted.*

---

**REAL ESTATE**

## Texas Homeplace MORTGAGE COMPANY

30717 FM 1488 # Field Store, Texas

*Residential and Commercial Mortgages Made Easy*

CONSTRUCTION ★ PURCHASE ★ REFINANCE

**LANCE GRANBERRY, BROKER**

# 936-931-5355

---

**FOR SALE**

Two 1.5 Acre Tracts in Restricted Subdivision. Menke Road @ FM 359. Mobiles OK, One Tract is Move-in Ready, Has Well, Septic, Culvert, Driveway, Elect. $34,000.00. Other Tract Has Culvert, is Fenced. No Well or Septic, $16,000.00. Both Lots Have Adjoining Land Available in Future Subdivision. Fin. Available.
Steve Elder
281-391-0803 • 979-826-2922

---

### House to be Moved
Modern 1970's
3 Bedroom Ranch Style
$22,000 Delivered
**Neatherlin House Moving**
**936-931-2429**

**Drive Safely**

---

### House to be Moved
Houston Heights, 1920's
2 Bedroom Original
(Nice)
$23,000 Delivered
**Neatherlin House Moving**
**936-931-2429**

---

**FOR LEASE**

### FOR LEASE
In the Country
3 Bedroom • 2 yr. lease
$700.00 per month + deposit
credit check required
no pets
**936-931-2429**

---

### House For Lease
In the City of Waller
Large 2 Bedroom
$625.00 Per Month
+
Deposit
**936-931-2429**

---

**FOR LEASE:** Approximately 2,500 sq. ft. air conditioned space in City of Waller, can be used for dance studio, Tae Kwon Do, etc. $550/month. Call Colt Haack, Broker 936-931-3011. tfn

**WANT TO LEASE:** acreage for cattle grazing in Waller-Hockley area. 281-684-8257, 936-931-5599. 11/10

**FOR LEASE:** 2 bdrm, 2 bath Townhome. Near WISD schools. Central AC/Heat W/D hook ups. $650.00 plus equal deposit. No pets 936-372-5013 leave message. tfn

---

**FOR RENT**

**FOR RENT:** 1 bedroom apt. in the country completely furnished. All utilities included except phone, no pets, no children. $600.00 a month! Firm! Call for appointment. 979-826-4074. 12/1

**FOR RENT:** 600 sq. ft. bldg. located on 11th st. Brand new interior, nice! $400/mth. LT lease available for less please call 979-826-4477. tfn

**FOR RENT:** 2 bedroom, 1 bath house $475.00 month + security deposit, within walking distance of Holleman Elem. & Jr. High. Very clean, fresh paint 281-373-9142. 11/10

**1 BED, 1 BATH APT.** in Waller for rent $375.00 per month, dep. $375.00. 281-356-5270. 11/10

---

**MOBILE HOMES**

### MUST SELL
Beautiful & Spacious 2000' Palm Harbor 28'x60' Doublewide Manufactured Home. 3/2 with F/P, garden tub, lg. walk-ins, all upgraded appliances, 10'x18' deck, and a ton of upgrades and extras. Looks Brand New! Call
**979-826-8550**

**MOBILE HOME FOR SALE:** Doublewide 40x28, 3 bedroom, 2 bath 936-931-1965. 11/10

---

**HELP WANTED**

### H & R BLOCK
Is hiring full time daytime tax preparer & part-time tax preparer positions are available. Tax training and computer training will be provided. Call 979-826-4477 for appointment. Bi-lingual a plus.

**EAST TEXAS PRECAST CO., LTD** is currently seeking grouters and patchers to work in the Houston area. All applicants will be subject to a drug test, physical and background check. Please call (281)463-0654 for more information. East Texas Precast Co., LTD, is an equal opportunity employer. tfn

### CLASS A CDL DRIVER
**Waller based company** looking for Class A CDL Driver to haul and set-up aerobic wastewater treatment plants. Off-Road experience a real plus. Local hauls, home nights and weekends. Full training program, competitive wages, incentive plan and comprehensive benefits package available.
Call **936-372-5403**

### Help Wanted
General Laborer needed at tree farm for heavy labor. Must have own transportation to work and valid TDL. Bilingual and/or knowledge of heavy equipment a plus.
**281-304-9555**

**NEEDED LIVE IN CARE GIVER** for paralyzed man in Hempstead - CNA creditials preferred. Call Laura or Gina 979-826-2056. 12/1

**UTMB** is currently seeking a Clerk II for the Prairie View Clinic. 40 hrs/week, full benefits. Looking for bilingual, mature, detail-oriented clerk. Apply on-line at jobs.utmb.edu for requisition #040775. UTMB is an equal opportunity, affirmative action institution that proudly values diversity. Candidates of all backgrounds are encouraged to apply. 11/10

### Contractor Helpers Needed!
Transportation and Experience a Must. Pay based on experience. Mon-Fri. weekends if necessary. Call
**B & B Contractors**
**936-931-5515 or 713-702-0253**
*ask for Bill*

**HELP WANTED:** East Texas Precast Co., LTD, a Precast concrete plant located in Prairie View is currently taking applications for the following positions, steel tiers, crew leaders, Q.C. techs, and travel lift operators. All applicants will be subject to a drug test, physical and background check. Please apply in person at 44855 Old Houston Hwy in Prairie View. (936)857-5077. East Texas Precast Co., LTD, is an equal opportunity employer. tfn

---

**NOTICE**

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

**NOTICE OF HEARING**
**BEST MATERIALS, INC.**
SOAH Docket No. 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
TCEQ Docket No. 2003-0669-AIR
Permit No. 53464L001

**APPLICATION.** Best Materials, Inc., 7119 Kindred, Houston, Texas 77049, has applied to the Texas Commission on Environmental Quality (TCEQ) for issuance of Air Quality Permit Number 53464L001 which would authorize construction of a Concrete Batch Plant to be located 300 yards north of Highway 290 on Badtke Road, Hockley, Harris County, Texas. This application was submitted to the TCEQ on November 4, 2002. The proposed facility will emit the following air contaminants: particulate matter (aggregate, cement, and road dust). The TCEQ executive director has prepared a draft permit which, if approved, would establish the conditions under which the facility must operate.

**CONTESTED CASE HEARING.** The State Office of Administrative Hearings (SOAH) will conduct a formal contested case hearing at:

**10:00 a.m. - December 16, 2003**
State Office of Administrative Hearings
2020 North Loop West, Suite 111
Houston, Texas 77018

The contested case hearing will be a legal proceeding similar to a civil trial in state district court. The hearing will address the disputed issues of fact identified in the TCEQ order concerning this application issued on August 22, 2003. In addition to these issues, the judge may consider additional issues if certain factors are met.

The hearing will be conducted in accordance with the Chapter 2001, Texas Government Code; Chapter 382, Texas Health and Safety Code; TCEQ rules including 30 Texas Administrative Code (TAC) Chapter 116: Subchapters A and B; and the procedural rules of the TCEQ and SOAH, including 30 TAC Chapter 80 and 1 TAC Chapter 155. The hearing will be held unless all timely hearing requests have been withdrawn or denied.

To request to be a party, you must attend the hearing and show you would be affected by the application in a way not common to the general public. Any person may attend the hearing and request to be a party. Only persons named as parties may participate at the hearing.

**INFORMATION.** If you need more information about the hearing process for this application, please call the Office of Public Assistance, Toll Free, at 1-800-687-4040. General information regarding the TCEQ can be found at www.TCEQ.state.tx.us

Persons with disabilities who need special accommodations at the hearing should call the Office of Public Assistance at the number above or 1-800-RELAY-TX (TDD) at least one week prior to the hearing.

Further information may also be obtained from Best Materials, Inc., at the address stated above or by calling Roger W. Bertling, Vice President at (281)458-3768.

---

**SERVICES**

**MOWING:** City lots and pasture mowing - will beat any price. 281-463-2686. 11/10

**HOUSECLEANING:** Now have opening for one house wkly or bi wkly 20 yrs exp. also have ref. call 936-372-5399 or 372-9426. 11/10

**Showtime Video**
**Pizza**
**Black Canyon Express**
**936-372-3000**

**Smith Tractor Service**
*Mowing Grading, Etc.*
**979-826-9670**
**832-603-1429**

Refinishing
Upholstery
Recaning
Lamp Repair & Parts
**936/931/2951**
Blue Bonnet Antiques

---

**CHILDCARE**

**EXPERIENCED CHILD CARE** in my home, starting Nov. 12 ages 0-4, call Christy 936-372-5354. 11/17

---

**AUTO**

**FOR SALE:** 99 DODGE DAKOTA TRUCK, V-8, 57K miles, $8,400. Call 713-828-1220 cell. 11/10

**FOR SALE:** RUSTY 1954 GMCP/U, 1/2 ton long bed parts, 216 engine, 3 sp. trans., + parts 979-826-8909. 11/10

---

# AMSLER AND ASSOCIATES
## REAL ESTATE

Ph: (936)931-5356  Fax: (936)372-5307

**JOHN A. AMSLER - BROKER/OWNER**

| SPACIOUS RANCH STYLE HOME IN RIVERWOOD ESTATES | Tim Martens, Connie Amsler, Sherry Whiteley Real Estate Agents | 3/1 HOME ON 2.50 ACRES |
|---|---|---|
|  4/6 1/2 home with 7000+ sq. ft, has numerous updates and features, such as granite countertops, glass & cherry wood cabinets, formal bar in 1500 sq. ft. gameroom, 3 car garage, workshop, heated pool & jacuzzi. Plus 1.98 acres fenced and ready for horses. Priced to sell..................$298,000 | **FIND US HERE!** (map) | Recently remodeled but not complete. Property is fenced and cross-fenced for livestock. Also, has well, conventional septic system, and storage shed. Located in Waller School District.............$69,900 |

### ACREAGE TRACTS

| | |
|---|---|
| 53.00 Acres in Magnolia School District, un-restricted......$8,500/ac. | |
| 40.00 acres of rolling pasture land with natural spring fed pond, trees, fenced, and a barn, located in Grimes County close to Hwy 105 and FM 1774.......................$208,000 | |
| 18.00 acre home site FM 2979, live creek, Waller ISD, Ag Exempt......................REDUCED...............$79,500 | |
| 3.79 acre home site, in Montgomery County with no restrictions............................$56,850 | |
| 10.20 wooded acres in Grimes County...............................$42,840 | |
| 7.37 acres in Millstone Subdivision in Grimes County...$28,500 | |
| 1.53 acre lot in Grand Lake Estates, located in Montgomery County and restricted...............................Reduced...............$22,900 | |
| 1.99 wooded acres in Grimes County.....................$12,000 | |
| 2.23 wooded acres in Grimes Co., water and electricity available with seasonal creek adjacent to property, lot is high and dry, mobile homes allowed..................Reduced SOLD 11,500 | |
| 1.62 wooded acres in Grimes County. With community water and electricity available, mobiles okay....Price Reduced.........$9,500 | |
| 1.99 wooded acres in Grimes County....Price PENDING...$6,000 | |

### HOMES READY FOR YOU!

| |
|---|
| 4/2 Colonial home on 2.05 acres. This well built home has many extras...........................PENDING...$165,000 |
| 4/2 1/2, 2-story brick home in Pinecrest Subdivision. Close to Compaq and Tomball in Klein ISD........................$125,900 |
| New on Market 3/2 home on 5.00 acres fenced with 2 ponds, barn, and storage building in Waller ISD........................$124,900 |
| New on Market 3/2 home on 1.94 acres with well & septic in Grimes County..........................$89,900 |
| 3/2 Brick home on 4.0 acres in Waller ISD.....SOLD...$79,900 |
| New on Market 3/1 home on 2 1/2 acres fenced and cross fenced for livestock in Waller ISD..................$69,900 |
| 3/1 home in Deerwood Lakes Subdivision, located in Waller ISD..........................Reduced..............$37,500 |
| New on Market 5.75 wooded acres in Grimes County - on paved road w/partial drive into property mobile homes allowed...$24,900 |

### COMMERCIAL PROPERTY

1.0 ACRE Commercial Property in high traffic FM 2920 area. In Harris County...................................$185,000

30717 FM 1488 AT FIELD STORE COMMUNITY
**OPEN SUNDAYS AFTER CHURCH FOR YOUR CONVENIENCE!**

PLS000379

November 10, 2003, THE WALLER TIMES, Page 9

# "The Waller Times" CLASSIFIEDS

Call 936.372.9448 today to place your Display or Classified Word ad. *Visa, MC, AmEx, Discover accepted.*

## LIVESTOCK

**BARN 4 SELL** 24x36x18 4 $2300 obo · 4 Yrs. Old. You take down (finance available) Fieldstore/Waller 4SaleNow@ev1.net. Must Sell Now! 936-931-9131 ext. 1030. 11/10

**SUNDOWNER HORSE TRAILER.** Gooseneck 3 horse slant, tack & sleep area. New tires. Must Sell! $2500 Fieldstore/Waller area JustInTexas@ev1.net Call Today! 936-931-9131 ext 1030. 11/10

## GARAGE SALES

**GARAGE SALE:** November 15th, 2714 Orange St., Waller, Texas, lots of kids clothes & toys. 11/10

## LOST & FOUND

**FOUND:** Black & White Boston Terrier. Hegar Road area call 936-372-3403 (wk) or 936-931-5209. 11/17

## MERCHANDISE

**Movies For Sale** $2.99 - $4.99 @ Showtime Video & Pizza 936-372-3000

**FOR SALE: SPA/HOT TUB** 7' lounger, 5 person, 5 hp, loaded w/shoulder, hip, back and neck jets. Cabinet white, warranty, never used. Retail $4300 asking $1595. 832-794-1001. 12/1

**GO-CARTS FOR SALE:** See at Action Rental. Great Christmas present $800.00 obo 281-798-2255. 11/24

## HAY FOR SALE

ROUND BALES FOR SALE old round bales 40+, coastal and bermuda, for sale cheap 936-372-2575. 11/10

### COLOR COPIES
**79¢ Each**
8 1/2 x 11 only - 1 Side
**Johnson Graphics**
FM 2920 · Waller, Texas
936-372-9448

### HAY Continued from page 2

Brownshadel, Ray Gipson, Ernest Harris, Clear Creek Ranch, Kruse Ranch, Richard Carson, Brightside Ranch, and Carl Miller. Congratulations to you all. This annual affair in Washington County has been going longer and stronger than any other in the State. The nine county group (Waller County included), acting as one of Texas Cooperative Extension's Beef and Forage Committees, puts on the event which is considered the "Grand Daddy" of the all.

**Support The Waller Bulldogs**
**Buy Your Playoff T-Shirts**
**For $10.00**
**At Waller High School**
**Contact**
**Coach Jim Phillips**
**or Kelly Bielski**
**@ 936-372-3654**

**PUBLIC FAX**
SENDING/RECEIVING
*Receiving 24 Hrs. a day*
31315 FM 2920 Waller Village
**936-372-9448**

## Obituaries

### CARTER
LOIS ETTA BUTZKE CARTER was born into this life June 30, 1925 and went home to the Lord November 3, 2003 at the age of 78 years 4 months and 4 days. Lois was born and raised in Waller and graduated from Waller High School. Lois was united in marriage to William L. Carter on June 12, 1954. Lois and W.L. pastored the Waller Revival Center for 49 years at which time they retired for health reasons.

Lois was preceded in death by her parents, Mary and Reinhardt Butzke; husband, W.L. Carter; daughter, Patricia Carter; son, Jack Henson; and brother, Ablee Butzke.

Lois is survived by her son Raymond Holder and wife Amy, sister Birdie Kleb, brother August Butzke (6) granddaughters - Tammy Barnes and husband David, Angie Ashorn and husband Todd, Kim Wojenski and husband Paul, Tara Russell and husband Paul, Jacque' Henson and fiance T.J., and Amber Lytle; (2) great granddaughters, Alexandria Wojenski and Patricia Ashorn, and numerous nieces, nephews, loved ones and friends.

Visitation was held on Wednesday, November 5, 2003 from 5 - 8 p.m. at Canon Home Chapel. Funeral Services were held on Thursday, November 6, 2003 at 10:00 a.m. at Canon Funeral Home Chapel with David Tirey and Jim Murrell officiating. Interment followed at Waller Cemetery.

### CRAIG
THOMAS HAROLD CRAIG, beloved husband and father, age 82 of Hockley, passed away on November 2, 2003.

Harold is survived by his wife, Rosa Lee Craig. They would have celebrated 62 years of marriage on November 19th. He is also survived by his daughters, Mary Lee Kula, Carolyn Sue Williamson and husband Jackie, Alice Faye Mize and husband J.D., Judy Lynn Harkins and husband Joe, and Tommie Kaye Skobla and husband Alan; brother, Jadell Craig; 12 grandchildren and 16 great grandchildren.

Visitation was held on Wednesday, November 5, 2003 from 6 - 8 p.m. at Canon Funeral Home Chapel. Funeral Services were held on Thursday, November 6, 2003 at 1:00 p.m. at Canon Funeral Home Chapel. Interment followed at Fieldstore Cemetery.

Pallbearers were Leslie Kula, Jr., Justin Kula, Mark Preston, Chad Skobla, Michael Williamson, Jackie Williamson, Bobby Williamson, and Albert Sonnier.

**Pre-Planned Funerals and Monuments**
**CANON FUNERAL HOME**
936-372-3683

*Buckle Up*

---

**Port City Stockyards Report**
Established 1931 · PO Box 540 · Sealy, TX 77474
979-885-3526
Livestock Market Report · Port City Stockyards Company
Sealy & Brenham, Texas
**Wednesday, November 5, 2003**

**Feeder Steers & Heifers:** Sold on a very active market and sold steady to strong on all weights and grades when compared to last week's trade. The lighter muscled, smaller framed steers and heifers of all weights sold in the $76.00 to $86.00 range.
**Packer Cows and Bulls:** Traded on an active market and traded mostly $1.00-$3.00 higher with the most increase coming on the higher grades when compared to last week.

**SLAUGHTER COWS AND BULLS**

| | | |
|---|---|---|
| Shelly Canned Cows: | 20.00 | 30.00 |
| Canner Cows: | 30.00 | 38.50 |
| Cutter Cows: | 37.50 | 42.00 |
| Utility Cows: | 41.50 | 45.00 |
| Few Low Yielding Utes: | 35.00 | 39.00 |
| Few High Yielding Utes: | 44.50 | 47.00 |
| Yield Grade 1-2 Bulls: | 48.00 | 55.50 |
| Lower Yielding Bulls: | 39.00 | 48.00 |

**FEEDER CATTLE & CALVES**

| | Medium/Large Frame #1 & #2 Steers | | Medium/Large Frame #1 & #2 Heifers | |
|---|---|---|---|---|
| 200-300 lb | 100.00 | 131.00 | 92.00 | 116.00 |
| 300-400 lb | 94.00 | 121.00 | 88.00 | 109.00 |
| 400-500 lb | 91.00 | 113.00 | 85.00 | 103.00 |
| 500-600 lb | 86.00 | 103.00 | 82.00 | 95.00 |
| 600-700 lb | 81.00 | 97.00 | 78.00 | 88.00 |

**HOG MARKET REPORT**
**Packer Barrows & Gilts:** Sold on a very active market and sold $2.00 higher from week. A few "pickem" type hogs sold $36.00 - $41.00.

| | | | |
|---|---|---|---|
| 1-2 Grade | 230-260 lbs | 34.50 | 36.00 |
| 2-3 Grade | 225-275 lbs | 32.00 | 34.50 |
| 3-4 Grade | 225-275 lbs | 29.00 | 32.00 |

**Packer Sows:** Traded mostly steady with last hog sale.

| | | | |
|---|---|---|---|
| 1-2 Grade | 550-700 lbs | 22.50 | 24.00 |
| 2-3 Grade | 350-500 lbs | 20.50 | 22.50 |
| 3-4 Grade | 250-500 lbs | 18.00 | 20.50 |

**Packer Boars:** 300-700 lbs. Sold mostly steady with some of the boars selling to recreational buyers for hunting purposes bringing $5.00 - $7.00 CWT. Boars not suitable for recreational purposes sold steady at $1.00/CWT.
**Light Weight Boars:** $8.50 - $13.00 (Sold steady)
**FEEDER & SLAUGHTER PIGS:** Sold mostly $4.00-$7.00 lower than last week.

| | | | |
|---|---|---|---|
| 1-2 Grade | 40-80 lbs | 35.00 | 40.00 |
| 2-3 Grade | 40-80 lbs | 30.00 | 35.00 |
| 3-4 Grade | 40-80 lbs | 25.00 | 30.00 |

---

## Business Directory

The WALLER TIMES OFF: 936-372-9448 FAX: 936-372-5534

**Arnold Dozer & Dirt**
37579 Brumlow Rd.
Hempstead, TX 77445
*DOZER WORK*
Box Blade · Bobcat
★ Land Clearing · Ponds Dug
★ Driveways · Leveling, Etc. · Shredding
*Jason Arnold*
979-826-4997 (Home)
281-414-8020 (Mobile)


**Gateway Christian Fellowship**
Traducción en Español disponible en todos los servicios.
Service Times:
Sunday School 9:00am
Sunday Worship Service 10:00am
Sunday Evening Service 6:00pm
Wednesday Youth Service 7:00pm
25314 Zube Rd.
Hockley, TX
(281) 373-0202

**Jason McCaffety**
**Painting & Construction Service**
Remodeling · Carports · Decks
Roofs · Fencing & Etc.
*Free Estimates*
979-826-9916 ★ 281-413-5936 (mobile)


**Toni & Company**
*Salon and Spa*
Family Haircare / Massage
Nails / Gift Certificates
Now hiring a Hair Stylist & Nail Tech
2619 Washington Suite C - Waller, TX 77484 936-372-3855

**AmeriGas**
America's Propane Company
★ RESIDENTIAL
★ AGRICULTURAL
★ Prompt Installation
★ Automatic Fuel Delivery
★ 24-Hour Emergency Service
★ Appliance Sales
★ EASY PAYMENT PLANS
SERVING 44 STATES
936-372-3635
3014 Taylor · Waller


**BABBITT CUSTOM HOMES**
· Serving the Waller, Hempstead area
· Custom built to your specs
· Over 30 years experience
*Bud Babbitt*
281.684.0448
babbittcustomhomes.com

**SURESH K. J. BABU, M.D.**
Board Certified in Internal Medicine
We Do Accept
HMO Blue TX & CIGNA HMO
Hempstead, TX
(979)826-8833

**B & J EXCAVATION**
Dirt and Gravel
Swimming Pool Excavation · Construction Site Work
Fence Line Building & Clearing · Underbrush Removal
Roads Built · Demolition Work
**IF IT'S DIRT - WE MOVE IT!**
*Call For Free Estimate*
BILL WOLLGAST ★ 936/931/3212

**Five Star Landscaping & Irrigation**
Lawncare, Landscape
Maintenance & Design
Irrigation - Sprinkler Systems
Michael & Heather Zach    Hm/Office 979/826/2102
Peggy Hightower
Hempstead, Texas          MZ Cell 713/302/7524
TX Licensed Irrigation #9358    HZ Cell 713/594/2097


**D & M Flag Pole Co.**
2038 Main Street · Waller, Texas
**Flag Poles · Flags · Gifts**
Telescoping Flag Poles
16 ft., 20 ft., & 25 ft.
**God Bless America**
Dick Livingston, Owner
936-372-3390
936-419-9211

**Tri - County Painting**
25 Years Experience
Interior · Exterior · New
Remodeling · Textures · Carpentry
832-607-4559

**Improve YOUR Family Health & Wealth!**
Are you concerned about your family's health?
How about the health of our environment?
Would you like to supplement or replace
your current income?
For information, visit
http://www.Safer-Healthier-Home.com
A risk-free home business opportunity

PLS000380

# WALLER COUNTY LAND COMPANY

**TIM PHELAN, BROKER** - ASSOCIATES: Theron Bly, Melinda DeGroot, Pat Dunaway, Gene Follis, Gary Friedel, Jackie Godson, John Goforth, Bill Herrmann, Charles Ligon, Penny Smith, Steve Schreiner, Rick Sturkie, Nancy Thomason, Sandra Trevino



*2 Locations to Serve You Better!*
WALLER — HEMPSTEAD
(936)372-9181   (979)826-4133
(281) 373-5555   (281)391-5600
www.wallercountyland.com

"Serving The Area For Over 18 Years"

**MANICURED:** 3-2 home on 2.87 acres in Hempstead. Two stall barn w/tack room, workshop, loafing shed, large oaks, fenced & cross-fenced ......$119,000

### ACREAGE
- **SMALL ACREAGE:** Over 15 different tracts to choose from.............. Call for Details
- **10 ACRES:** Two 5 acre tracts in beautiful Century Oaks. Will sell separate or together. Special package price for both. ........$89,900/ea.
- **10 ACRES:** Secluded wooded tract w/creek in northern Waller County with water well, septic, electricity & older mobile home that needs work..........$9,250/ac.
- **10.3 ACRES:** Good farmland with neighbors few & far between just 4 minutes north of Hwy 290 near Waller.........$5,900/ac.
- **10.3 ACRES:** Good farmland on country road in Waller. Just a few trees & few neighbors. Near Hwy 290.........$6,500/ac.
- **10.5 ACRES:** Just north of Hempstead. Residential or commercial. Four tracts to choose from. Restricted - no mobiles .........$8,500/ac.
- **10.5 ACRES:** In Riverwood near Hempstead. Will divide. Restricted .........$12,500/ac.
- **10.8 ACRES:** Wooded w/seasonal creek in Grimes County on dead end road .........$4,100/ac.
- **11 ACRES:** Heavily wooded w/large oaks & seasonal creek. South of Hempstead. More land available .........$6,000/ac.
- **12 ACRES:** Restricted homesite just 3 miles from Hwy 290 near Hempstead.........$6,500/ac.
- **12 ACRES:** Parklike setting, wooded & scattered trees. Scenic area just northwest of Hempstead.........$6,500/ac.
- **12 ACRES:** Slightly rolling. Just north of Hempstead. Residential or commercial. Restricted - no mobiles .........$8,500/ac.
- **13.34 ACRES:** in Prairie View. Rolling w/scattered live oaks, creek & weekend cabin. Great residential or commercial .........$8,000/ac.
- **13.93 ACRES:** In quiet scenic area near Hempstead w/scattered trees & pond .........$6,500/ac.
- **15.5 ACRES:** Just north of Hempstead. Gently rolling. Residential or commercial. Restricted - no mobiles .........$8,500/ac.
- **16 ACRES:** Heavily wooded w/large oaks + seasonal creek. South of Hempstead on FM 1887. More land available .........$6,000/ac.
- **16.45 ACRES:** Easily accessible location just off Hwy 290 & FM 362 in Waller. Great commercial potential w/no restrictions $12,000/ac.
- **18.2 ACRES:** Field Store north of Waller. Gently rolling, heavily wooded. Secluded w/40' lane off FM ... PENDING .........$6,750/ac.
- **19 ACRES:** Near Hempstead. Scenic w/large oaks & pond .........$5,500/ac.
- **20 ACRES:** south of Hempstead. Fenced across front & back. No restrictions. 198'x4396' - you own private air strip! .........$5,000/ac.
- **20 ACRES:** 2 tracts - rolling pasture w/trees near Hempstead w/easy access to Hwy 290. Restricted, no commercial, n...
- **21.7 ACRES:** Near Hempstead in scenic country neighborhood with lake & easy access to H.........$5,500/ac.
- **25 ACRES:** 2 tracts - scenic rolling land near Hempstead w/easy access ... restricted, no commercial & no mobiles $6,000/ac.
- **27 ACRES:** Wooded w/seasonal creek near Hempstead. Will divide .........$5,000/ac.
- **30 ACRES:** Homesite w/water well & electricity. Near Hempstead & Hwy ... PENDING .........$4,500/ac.
- **34 ACRES:** with scattered oaks & a pond. Just north of Hempstead, w/easy access to Hwy. 6 .........$4,000/ac.
- **39.5 ACRES:** in Monaville south of Hempstead. Fenced .........$4,000/ac.
- **42.3 ACRES:** near Hempstead. Remote beautiful tract w/huge trees, 2 ponds & great homesites .........$4,000/ac.
- **45 ACRES:** 2 tracts - Scenic near Hempstead. High & dry w/sandy soil. Easy access. Restricted. no commercial & no mobiles $5,000/ac.
- **50 ACRES:** 3 miles from Hwy 290 near Hempstead. Great site for small ranch .........$5,000/ac.
- **60 ACRES:** Fenced w/ large shade trees. Also commercial potential w/city utilities available & near Hwy 290. Owner/Agent ... $5,500/ac.
- **65 ACRES:** Wide open farmland 3 minutes from Hwy. 290 near Waller on lightly traveled country road .........$6,000/ac.
- **326 ACRES:** Rolling fenced tract w/well, scattered trees & creek north of Hempstead .........$4,250/ac.

### HOMES
- **FOR LEASE:** 2-1 cedar home in the trees on 5 acres north of Waller .........$650/Mth
- **FOR LEASE:** Nice, remodeled 2 story 3-2 on 0.50 acre w/lots of trees north of Hockley. New carpet, tile & appliances. Landlord will maintain yard. Horse boarding available .........$1,050/Mth
- **A GOOD START:** Small 2-1 frame house in Hempstead. Good condition .........$25,000
- **INVESTMENT:** property in Prairie View. Three mobile homes on 0.64 acre. Two are leased .........$38,000
- **STARTER:** home or office. 2-1-1 in central business district of Hempstead .........$39,000
- **WHY RENT?** Small 2-1 on 1 acre w/beautiful trees & easy access to Hwy 290 & FM 1488 .........$49,500
- **BROOKSHIRE:** 3-1-1 with extra room & kitchenette for guest quarters. Also extra room & bath in garage. On 0.32 acre w/storage building .........$54,000
- **LAKESIDE ESTATES:** 3-2 mobile home on 0.3 acre w/storage shed .........$55,000
- **EASY ACCESS:** 3-2 mobile home on 0.46 acre near Waller. Shows well .........$62,900
- **CUTE:** 3-1 in Hempstead w/recent central air & heat. Must see! .........$69,900
- **ONE BLOCK:** from Hwy 6 in Hempstead. 3-1 w/recent central air & heat in commercial district .........$69,900
- **NEW:** 3-2 custom home in Hempstead. Open w/high ceilings, crown molding, ceiling fans, appliances & patio .........$79,900
- **CONVENIENTLY:** located in Waller on 0.77 acre. 3-2 doublewide w/2-car garage plus 2-carport .........$79,900
- **COZY:** 2-1 country home on 5 acres near Waller. Easy access to Hwy 290. Seller motivated .........$80,000

- **LAKEFRONT:** '99 3-2 doublewide on 1.38 acres on community lake near Hempstead .........$99,000
- **CEDAR LOG:** Sided 3-2 doublewide on 5 acres south of Hempstead with partial fencing, shed w/3 stalls & storage building .........$105,900
- **EXCEPTIONAL:** '96 4-3 doublewide w/double-sided fireplace on 2.23 acres in Hockley. Storage bldg. w/electricity .........$107,900
- **MANICURED:** 3-2 home on 2.87 acres in Hempstead. Two stall barn w/tack room, workshop, loafing shed, large oaks, fenced & cross-fenced .........$119,000
- **NEAR COLLEGE:** 3-2-2 brick home in Prairie View on 0.75 acre w/beautiful trees. Hardwood floors, built-ins, sky light, guest qrtrs. & fenced. Easy access to Hwy 290 .........$119,000
- **COMMUNITY LAKE:** 3-2-2 w/study built in '99 on 0.87 acre. Located north of Hempstead .........$123,000
- **METAL BUILDING:** Recently constructed 40x60 heavy duty building with concrete slab, 3 - 12' roll-up doors, 1,400 sq. ft. shop area plus unfinished 2nd floor & nice 1-1 apartment w/1,005 sq. ft. In Riverwood subdivision near Hempstead .........$135,000
- **RARE FIND:** 2 story 3-2 home on 5.4 acres near Hempstead. Metal roof, well insulated & 30x36 barn .........$139,000
- **MUST SEE:** Two story 4-2-2 w/wood beam ceilings, fireplace & porches on 1.5 acre with trees, landscaping, oversized garage w/workshop & storage. Located north of Hockley in Clear Creek Forest .........$153,000
- **OVERLOOKING:** Fairway. Two story 4-2-2 on 0.26 acre near Waller. Large rooms, pretty trees & home warranty .........$149,900
- **PICTURE THIS:** Park-like setting on 1.93 acres in Waller with a 3-2 brick home. 3-1 guest home & 2-carport .........$169,000
- **RECENTLY BUILT:** 4-3-2 brick on 1 acre in neighborhood near Waller. Formals, tile, berber carpet & corner fireplace .........$176,900
- **PICTURE PERFECT:** 3-2-5-2 plus attached 2-carport on 2.2 acres in very nice restricted neighborhood near Waller. Island kitchen, laminated floors, ceramic tile, high ceilings, fireplace, well landscaped & 40x50 barn for 4-H projects .........$205,000
- **STUNNING:** 3-3 stone & cedar home w/attached 2-carport on 2.2 acres northwest of Waller. Open plan w/high ceiling, loft, study, fireplace, covered porches, pool w/waterfall & spa. Fully landscaped w/sprinkler system, partially fenced & 14 acre community lake .........$295,000

### FARMS AND RANCHES
- **UNFINISHED:** Older 4-2.5 home on 10 acres north of Waller. Fenced w/large scattered trees, barn, pond & working pens .........$125,000
- **MINI RANCH:** 3-2 mobile on 13.8 acres near Hempstead w/3 pole barns & 28x38 barn w/tack room .........$132,500
- **SECLUDED:** With lots of potential in Hempstead. 15 acres with 2-1 wood frame house, barn and pond .........$140,000
- **MONAVILLE:** 10 acres w/large lighted arena, barn, pasture. 2 small frame houses & pond. Ample parking for events .........$140,000
- **NATURE'S NEIGHBOR:** 4-2 w/2 carport on 15 acres north of Waller. Approx. 2,780 sq. ft., wood floors throughout, wood burning stove, 2 screened porches, 2 barns, guest house & lg. scattered trees .........$249,000
- Or will sell on 26 acres for .........$299,000
- **FOR THOSE WHO:** want it all! Custom 4-3-4 on 11 acres near Waller. Over 4,800 sq. ft., huge rooms, 2 fireplaces & lots of amenities. Also shed, older mobile home & fenced .........$355,000
- **HOCKLEY:** Just 20 minutes to Houston. Custom 4-3 doublewide home on 55 + scenic acres w/pond, fenced & cross-fenced .........$379,000
- **64 ACRES:** Park-like w/30x40 barn, 2 ponds, working pen, fertilized bahia pastures, good interior road, nice homesites, pines, hardwoods & fenced. North of Waller .........$6,988/ac.
- **CUSTOM TAILORED:** 1.5 story 4/5-3-2 on 35 acres north of Hempstead. Wonderful home w/covered porch, patio, pool & landscaped. Fenced, cross-fenced, 2 large barns w/turnouts, 2 stocked ponds, RV/boat storage & large oaks .........$550,000
- **SCENIC & ROLLING:** 130+ wooded acres just south of Hempstead w/3-2 main residence, 3-2-5 guest home, barns, creek & fenced .........$695,000
- **393.7 ACRES:** Rolling w/road frontage on 4 sides near Hempstead. 2 homes, barn, 2 water wells, fenced & cross fenced. .........$4,900/ac.
- **COYOTE SUNSET RANCH:** Gated 270 acres near Waller w/stunning 4,800 sq. ft. 5-4.5 custom home, 3-carport, 8,000 sq. ft. barn w/shop area, kitchen & bath, scattered oaks, landscaping & guest home. Amenities & features are too numerous to list .........$2,950,000
- **1,072 ACRES:** Over 2.5 miles of county & FM road frontage. 1.5 miles of Hwy 290 adjacent to Waller city limits. 3 rental homes, several water wells, fencing, interior roads, windmills, lake & some farmland .........$3,500/ac.

### COMMERCIAL - INVESTMENT
- **OFFICE SPACE:** for lease in new building across from court house in Hempstead. Ranges from 625 sq. ft. to 4,500 sq. ft. Covered parking .........$0.90/sq. ft.
- **OFFICE LEASE:** Three 100 sq. ft. offices in Hempstead. Utilities included & paved parking .........$0.90/sq. ft.
- **LEASE:** office or retail space in downtown Hempstead. 1,280 sq. ft. brick building .........$650/Mth
- **18 ACRES:** Great location at corner of Hwy 290 & FM 2920 area. Additional acreage available for Hwy 290 frontage .........$1,000/Sq. Ft.
- **EXCELLENT LOCATION:** 5 acres on FM 2920 across from Harlans shopping center in Waller .........$1.50/sq. Ft.
- **16.45 ACRES:** Easily accessible location just off Hwy 290 & FM 362 in Waller. Great commercial potential w/no restrictions $12,000/ac.
- **HEMPSTEAD:** 20 x20' brick building on approx. 1/4 acre just southwest of city limits .........$15,000
- **NEAR COURTHOUSE:** 2-1 frame house on 0.23 acre in Hempstead .........$30,000
- **HEMPSTEAD:** 4 + lots on FM 1488 & 1st St., near Bus. Hwy 290 .........$37,500
- **STEEL BUILDING:** 2,400 sq. ft. w/three overhead doors on .81 acre in Hockley. Currently machine shop .........$45,000
- **NEAR MAJOR SHOPPING:** in Hempstead. 100'x125' lot at 1st & Austin St. .........$49,000
- **1.49 ACRES:** W/city utilities on Bus. 290 in Hempstead. For sale or long term lease. Additional 2.3 acres available .........$150,000
- **WALLER:** 8.24 acres behind Harlans Grocery. Frontage on Waller-Tomball Rd. Ideal for commercial or residential .........$20,000/ac.
- **PRAIRIE VIEW:** 14 ac. just off New Hwy 290. Long paved frtge & a few trees. Great commercial potential .........$12,000/ac.
- **2.3 ACRES:** Great location w/city utilities on Bus. 290 in Hempstead across from Brookshire Bros. food store .........$176,000
- **NAVASOTA:** 7,000 sq. ft. metal bldg. w/three 12' roll-up doors, 2 entry doors, kitchen, office w/restroom, 2 walk-in coolers, 3 phase electric, paved parking, fenced & gated on 4.5 acres on Hwy. 6 .........$185,000
- **MULTI-USE:** Office building - bank, health care, etc. Drive-through window, vault, counters, offices, plenty of parking. .........$140,000
- **2.66 ACRES:** Next to Brookshire Bros. in Hempstead w 272' frontage on FM 1488 & 20'-25' on Bus. 290. City utilities avail. .........$200,000
- **CASH IN:** on this opportunity - 4 ac. w/5 rental homes. All occupied with rents totaling $1,900. FM 359 off U.S. Hwy 290 .........$175,000
- **HEMPSTEAD:** Excellent commercial location, 2.269 acres, 700' frontage on FM 1488 @ Factory Outlet Dr. .........$200,000
- **18 ACRES:** Prime commercial property at FM 362 & Old Washington in Waller. Excellent visibility from Bus. 290. Owner may divide .........$27,500/ac.

---



# CALL COLDWELL BANKER
## PROPERTIES UNLIMITED
**936-372-3011** • From Houston Call Toll Free - Metro **936-931-3011**
www.wallertexasrealestate.com
**HUD Certified Broker and VA Broker**

COLT HAACK - Broker/Owner ★ Carl Jones ★ Kenneth Murphy ★ Henry Staruska ★ Travis Winfree ★ Debbie Deering
Freddie Zach ★ Marna Lewis ★ Brent Rollings ★ Rendy Elizalde ★ Nancy Rollings

*Open 6 days a week & Sunday by appt.*

## Buying or Selling..... Call Us!!

### SINGLE FAMILY RESIDENCE
- W3129 3-2 Brick new construction home in Hempstead close to schools ......$69,500
- W3161 2-1 Brick home on 3 corner lots in Hempstead with recent updates ......$55,500
- W3181 3-1 Home in Hempstead. Hardwood floors, Large Kitchen, close to schools, on 2 corner lots, large Pecan and fruit trees ......PENDING ......$54,900
- W3202 3-2 Brick home, corner lot, Waller ......$162,000
- W3224 3-2-1 Brick home, recent updates, fenced yard, nice shade trees ......$75,000
- W3232 3-1 A-Frame home, recent paint, floors, air/heat and kitchen, 1.5 story, close to schools, Waller ISD ......$64,500
- W3239 3-2-2 Brick, built in appliances, covered porch, Waller ISD ......PENDING ......$139,000
- W3242 3-2 1-2 Brick home on 1.25 acres, fireplace, built ins, neutral colors, large metal shop, mature trees, Waller ISD ......$229,000
- W3252 4-3-2 Brick home on 2 acres, inground pool and hot tub, landscaped, cross fenced, formals, split floor plan, Waller area ......$207,500
- W3253 3-2 Doublewide with large porch across front, large rooms, island kitchen, Waller area ......$92,500
- W3254 2-2 Mobile on 1 lot in Hempstead, skylights, large covered deck and carport ......PENDING ......$25,000
- W3256 3-2-2 Brick home in quiet neighborhood, fenced yard, formal dining, storage building in Hempstead area ......PENDING ......$112,500
- W3262 3-3-2 Brick home in Cypress Area, 2 fireplaces, split floor plan, game room and formal dining ......$172,500
- W3265 3-1.5-1 Brick home on 1 acres with large shade trees ......PENDING ......$70,000
- W3273 3-2-2 Brick home, nice upgrades, tile flooring, built in entertainment center w/stereo, fireplace, island kitchen, patio, beautiful landscaping, fenced back yard, Katy ISD ......$139,900

### COUNTRY HOMES & ACREAGES
- W2996 1.7 Acres, nice homesite, city utilities ......$27,500
- W3000 1.46 Acres, commercial, fully fenced, corner property ......$133,555
- W3001 .97 Acres, great commercial visibility ......$75,000
- W3030 21.38 Acres Ag Exempt, Brookshire Area ......$96,210
- W3038 1836 sq. ft. metal building with offices in Waller ......$89,000
- W3042 Lot in restricted subdivision, .60 acre ......$60,000
- W3093 3-2 5--2 CP Brick 2 story home on 27 + acres, fenced, Hwy frontage ......$285,000
- W3116 28,10 acres, Waller ISD, secluded ......$126,462
- W3126 12 acres, restricted, FM frontage, oak trees ......$72,000
- W3127 12 acres, FM frontage, large oaks, restricted ......$72,000
- W3128 13 + acres, large oaks, restricted, frontage on 2 sides ......PENDING ......$87,106
- W3134 30 acres, wooded, large metal storage building and pole barn, Magnolia ISD ......$210,000
- W3137 40 acres, corner property, Waller ISD, some trees ......PENDING ......$220,110
- W3140 13 acres, Brookshire area, 110 visability ......$97,500
- W3153 2-1 Cottage on 99 acres, improved pastures, pond, barn ......$390,000
- W3162 3.6 Acres, wooded, private water system, mobiles OK ......PENDING ......$31,000
- W3167 9.58 Acres, easy access to Hwy 290, ready to build, more available ......$85,882
- W3168 10.03 Acres, ready to build on, Waller ISD ......$90,335
- W3172 449 Acs., Waller ISD, Ag ex., large irrigation well, pond, open pasture ......$1,392,157
- W3173 389 Acres, lots of frontage, pond, fenced, open pasture ......$1,208,182
- W3179 14.9 Acres, Commercial or Residential, great visibility ......$112,343
- W3186 2-1 Home on 19 acres, partially wooded ......$219,000
- W3190 2-2-2 Home on 18 acres with a 3-2 mobile, 2 shops, lake, large oaks ......$169,000
- W3192 5.5 Acres, Harris Co., Waller ISD ......$50,000
- W3198 10 Acres, Waller ISD, FM frontage, restricted ......$100,000
- W3199 15 Acres, Waller ISD, FM frontage, restricted ......$150,000
- W3200 10 Acres, Waller ISD, FM frontage, restricted ......$100,000
- W3201 18 Acres, Waller ISD, FM frontage, restricted ......$144,000
- W3204 30 Acres, Cameron area, pond, FM frontage ......$80,014
- W3208 15 Acres, Hwy 6 frontage, nice trees, water well ......$150,870
- W3209 10 Acres, Waller ISD, fenced, well and septic, 24x48 Morton building ......$132,430
- W3210 27.3 Acres, Ag exempt, unrestricted, pond, creek, good pasture ......$89,900
- W3212 1 Acre lot, Mobiles OK, Waller ISD, public water available ......PENDING ......$17,000
- W3225 45 Acres, presently used for farming, south of Waller, unrestricted ......$202,500
- W3226 57 Acres, good location, Waller ISD, unrestricted ......$258,500
- W3228 12 Acres, creek, nice home sites, fenced, secluded ......PENDING ......$65,000
- W3230 2.69 Acres, wooded, mobiles OK, corner lot, Waller ISD ......$17,500
- W3231 2.92 Acres, mobiles OK, Waller ISD, wooded ......$12,000
- W3233 3-4-2 Stucco custom home with beautiful stone fireplaces, large lake, horsebarns, pens, irrigation well on 700 +/- acres with river frontage ......$3,500,000
- W3236 6-3 2 story home on 4.99 acres, deck upstairs and down, large kitchen, metal roof, cross fenced with a pond ......PENDING ......$169,500
- W3243 Beautiful custom 3-3-3 rock home, stone fireplace, formals, tile flooring, lush landscaping, pool, stocked pone with pier, cook house with large bbq pit, horse barn, pens, workshop, on 89 +/- acres ......$1,250,000
- W3244 37 Acres, lots of frontage, will divide, Royal ISD ......$370,000
- W3246 1.28 Acres, Oak Hollow Sub., restricted, area pool and lake, Waller ISD ......$14,000
- W3249 3-2-2 Custom home with many upgrades, formals, covered porch, barn with stalls, ag exempt, fenced and cross fenced on 13 + acres ......$295,800
- W3250 2-2 1-3 New home under construction on 8 acres, large horse barn with bath and office, charming cottage with covered porch, large scattered trees in Pattison area ......$599,000
- W3251 2-1 Log home on 6.6 acres, partially cleared, large oaks, pond, secluded ......$169,500
- W3258 3-1-2 Brick home on 17.9 acres, lake, large trees, cross fenced, screened back porch, stock pens in Hempstead area ......$222,000
- W3259 3-2.1-2 Home, Saltillo tile, marble, large windows, lots of built ins, crown moldings, french doors, beautifully landscaped on 5.9 acres, Waller area ......$399,000
- W3261 1.53 acres, Riverwood Subdivision, restricted, Horses OK, beautiful trees ......PENDING ......$15,900
- W3263 4-3-3 Brick home, recent remodeled, large kitchen with lots of cabinets, walk in pantry, tile floors, zoned air, horse barn, paddocks, 3 large barns, additional living quarters, beautiful pond on 15.9 acres, Waller area ......$459,500
- W3264 3-1 Manufactured home on 5 acres with scattered trees and pond ......$65,000
- W3266 3-2-2 Brick home, fireplace, deck, formals, 4 stall barn, cross fenced, restricted, on 6.33 acres, Waller ISD ......$186,000
- W3267 18.7 Acres, restricted, nice building spots with great views, ag exempt, Waller ISD ......$98,000
- W3268 5.39 Acres, restricted, nice rolling hill, Waller ISD ......$35,035
- W3269 13.89 Acres, great views of surrounding horse properties, new restricted subdivision, Waller ISD ......$134,900
- W3270 2.5 Acres, fenced, Waller ISD, restricted ......$34,500
- W3271 4-2 Home, great floor plan, front and back porch, 72 x 16 metal shed, on 10.2 acres, ag exempt, pond ......$139,900
- W3272 10.2 Acres, ag exempt, improved pasture, rolling, Waller ISD ......$59,000
- W3274 17.4 Acres, partially cleared, pond, small building with electric, storage shed, nice hardwoods, timber exemption, Waller ISD ......$101,500
- W3275 5 Acres, unrestricted, wooded, ready for you to build or move in your home, Waller ISD ......$25,000

W3249 3-2-2 Custom home with many upgrades, formals, covered porch, barn with stalls, ag exempt, fenced and cross fenced on 13 + acres ........ **$295,800**

W3259 3-2.1-2 Home, Saltillo tile, marble, large windows, lots of built ins, crown moldings, french doors, beautifully landscaped on 5.9 acres, Waller area ........ **$399,000**

**SOLD**

**COLDWELL BANKER**
**Properties Unlimited**
*Expect the best.*

31315 FM 2920
#22
Waller, Texas

PLS000381