PLAINTIFF'S EXHIBIT 131

www.chron.com /neighborhood/article/Barnett-is-candidate-for-Waller-County-sheriff-9360926.php

# Barnett is candidate for Waller County sheriff

By

3-4 minutes

---

Published 6:00 pm CST, Wednesday, January 2, 2008

Barnett, 44, is a 22-year law enforcement veteran, and has been a resident of Waller County for 18 years.

He is married to Paulette (a graduate of Waller High School and Sam Houston State University, and a 21-year law enforcement veteran), and is the father of four, Jeron Jr. (a former U.S. Marine, and Iraq war veteran), Jeffery (a pre-med student at Lamar University), Jasmine and Jadan who attends Jones Elementary.

Barnett is active in the community, serving as vice president for the Prairie View Crime Control and Crime Prevention District, alternate member for the Prairie View Board of Adjustments and Appeals, and vice president of the Parent Teachers Organi-zation at Jones Elementary in Prairie View.

Barnett began his service in law enforcement with the Harris County Sheriff's Department. In his 22 years in law enforcement, he has served as a deputy sheriff assigned to jail detention, a patrol deputy, an instructor and training officer, narcotics investigator. He holds a state master peace officer's certification. He has also served as a deputy with the Washington County Sheriff's Office, and currently serves the citizens of Katy as a crime prevention officer, and patrol officer.

Barnett is a proud United States Army veteran, and he served in the United States Navy Reserve. He attended the University of Phoenix where he majored in business management, and he is a small business owner. He has also received honors and awards for military, law enforcement and community service. His combination of education and training in the military, law enforcement, and business makes him the right person to protect the citizens and businesses of Waller County in these uncertain and dangerous times.

Barnett will protect all the citizens of Waller County while bringing training, professionalism, and new ideas to the sheriff's department. He will lead the department by example, using fairness, respect, and compassion as his guides. As sheriff, Barnett will serve and be accessible to all citizens of the county, aggressive on the sheriff's department proactive roll in all communities within Waller County, and maintain a zero tolerance policy on illegal drugs and crime.