**PLAINTIFF'S EXHIBIT 138**

**COLDWELL BANKER PROPERTIES UNLIMITED**
COLT HAACK - Owner/Broker
936-372-3011 • Metro 936-931-3011
www.wallertexasrealestate.com

**CCR Portable Buildings**
Storage Solutions * Workshops * Garages
Portable * All Metal * Deliver Today
Over 30 Storage Solutions in Stock
Open 7 Days Per Week
30555 FM 1488 • Waller, Texas
979.826.2230 • 713.628.7054
20' x 31' x 8' Carport
w/ 10' Utility – 8' rollup,
21' panels, 4' braces,
gable end, (4) anchors
$4,170 Installed

**WALLER COUNTY LAND CO.**
www.WallerCountyLand.net
Since 1985
WALLER (936) 372-9181
HEMPSTEAD (979) 826-4133



# THE WALLER TIMES

*"Serving Waller, Hempstead & Surrounding Communities"*

**Scripture of the Week**
**LUKE 2: 13, 14**
[13] And suddenly there was with the angel a multitude of the heavenly host, praising God, and saying, [14] Glory to God in the highest, and on earth peace, good will toward men.

**Merry Christmas**

VOLUME 25  NUMBER 4 — VISIT US ON THE WEB @ www.thewallertimes.com — wallertimes@sbcglobal.net • Phone 936-372-5184 — Wednesday, December 23, 2015, 10 Pages, 2 Sections

# No indictment for sheriff, jailers
## In Sandra Bland case

**By CARRIE PRAZAK-GOURLEY**
**The Waller Times**

On Monday, December 21, a Waller County Grand Jury decided that no felony crime was committed by the Waller County Sheriff's Office or Waller County jailers in the treatment of Illinois native Sandra Bland. Grand jurors considered evidence collected by a team of special prosecutors named by Waller County District Attorney, Elton Mathis.

The secret grand jury proceedings included the findings of a Texas Rangers' investigation.

Darrell Jordan, one of the special prosecutors on the case, stated that after the grand jury was presented with all the evidence as it relates to the death of Bland, there was no indictment. The grand jury met on Monday, December 21 for about 11 hours, and considered all things that occurred during the traffic stop, her arrest and time spent in jail and cleared jail employees of criminal wrongdoing.

Jordan said grand jurors will reconvene on January 6 to consider other matters related to the case.

Waller County District Attorney Mathis stated, "The grand jury is working diligently to review the facts and events surrounding the arrest and death of Sandra Bland. They have recessed for the Christmas holidays and will reconvene after the first of the year. The public can be assured that these matters are receiving the scrutiny that was promised last summer."

Sandra Bland's family has filed a wrongful death lawsuit against the Texas Department of Public Safety, arresting officer Brian Encinia, Waller County, and two jailers. The trial date has been set by a U.S. District Judge for January 23, 2017.

Bland, age 28, was found dead in a Waller County Jail cell on July 13, 2015, three days after she was pulled over and arrested by Texas Department of Public Safety Trooper Brian Encinia. An autopsy determined that her death was the result of suicide by hanging.

# Changes debated in early voting locations for March 1 Primary

**By CARRIE PRAZAK-GOURLEY**
**The Waller Times**

On Wednesday, December 16, the Waller County Commissioners Court met at 9 a.m. in regular session at the Waller County Courthouse. Waller County Judge Trey Duhon conducted the meeting attended by Commissioners John Amsler, Russell Klecka, Jeron Barnett, and Justin Beckendorf.

Elections Administrator Dan Teed addressed the court on his concerns about reducing early voting locations, stating that he feared the Election's Office would be inundated with complaints.

However, both the Democratic Chair, Ben Tibbs, and the Republican Party Chair, Wallace Koennig, presented their plan for having only two early voting locations--the Waller County Courthouse and the Brookshire Library--as what they believed to be the most viable option. Both chairs stated that there is often too much confusion when early polling locations are at various locations throughout the county and open on different days with different hours.

As a solution, both party chairs felt that having only two locations, each open on Monday-Friday for the two weeks before the March 1 primary, would create more stability and fewer complaints.

Commissioner Amsler stated that for the two party chairs to be in complete agreement was an "historic moment in Waller County."

Although some concern was expressed about having fewer polling locations, ultimately the court voted unanimously to approve the party chair's plan as presented.

However, the decision resulted in many voters complaining about the reduction in locations. So the matter will be up for discussion again at the next

See VOTING page 4A



Jolly Ol' Saint Nick paid a visit to Waller ISD's E. Turlington Elementary and I.T. Holleman Elementary Schools the first week of December to take pictures with students and share in the joy of the season. Students gathered in front of the beautifully decorated holiday tree in the school to take turns sitting on Santa's lap. They posed for pictures and quietly shared their wish lists for the upcoming holiday with the joyous man in the red suit. Pictured are excited Holleman students in Nerva Rios' bilingual pre-kindergarten class after they each had a turn telling Santa what they hope to find under their tree this holiday season. *WISD Public Information.*

# Rare full moon expected for Christmas Day

**By CARRIE PRAZAK-GOURLEY**
**The Waller Times**

It hasn't happened since 1977, but this year the moon will be full at Christmas. According to NASA's Goddard Space Flight Center, it will be full at 5:11 a.m. CST on December 25. A Christmas full moon will not happen again until 2034. In fact, the moon will be so bright that Rudolph might be able to take a year off from guiding Santa's annual trek around the world

December's full moon, according the Farmer's Almanac, is called the Full Cold Moon. The moon will be entirely illuminated at 5:11 a.m., so you'll see the brightest moon on either side of that time. The December full moon rises around sunset and sets around sunrise; this is the only night in the month when the moon is in the sky all night long. The rest of the month, the moon spends at least some time in the daytime sky.

This full moon comes three days after the shortest day of the year in the Northern Hemisphere, the winter solstice, which occurs on Tuesday, December 22. The December full moon will also have a long arc and a high trajectory across the sky.

Sky watchers may also be interested in checking out the sky about a half-hour after sunset on December 29, when Mercury will be well placed for observation in the western sky.

Full moons and lore often go hand in hand. In fact, an artist's painting of Santa and his eight reindeer flying across a full moon is one of the iconic depictions of the season.



A iconic painting by renowned American artist Thomas Kinkaid depicts an image of Santa flying over a full moon as seen in the classic Christmas film "National Lampoon's Christmas Vacation". *Internet photo.*



**WALLER DENTAL**
General and Cosmetic Dentistry
*We Love Children*

**Waller Dental Services:**
• Medicaid, Chips, most PPO Accepted
• Root Canal Treatment
• Sedation Dentistry/ Laughing Gas
• Wisdom Teeth Extractions
• Bleaching (Teeth Whitening)
• All General and Cosmetic Dentistry

**Waller Dental Specials:**
• $45 New Patient Exam with X-rays
• Bleaching (Teeth Whitening) Special - $150
• 20% Complete Treatment Plans
• Payment Plans Available

~ **NOW HIRING** ~
Experienced Bilingual RDA
wallerdental@gmail.com

31315 FM 2920, Suite 16A
Waller, Texas
wallerdental.com
**936-372-2673**

**WARM** – Waller Assistance & Restoration Ministries
Thrift Store & Pantry
Support W.A.R.M.
Helping those in need.
40070 Bus. Hwy. 290
Waller, TX 77484
**936-372-5173**
WARM Assistance
Office - 936-372-3025
Monday - Friday
10:00 a.m. – 4:00 p.m.
Saturday
10:00 a.m. – 2:00 p.m.



*Wishing our readers a very Merry Christmas and A Prosperous New Year*
**The Waller Times**

## Your Local Waller County Weather

*Proudly Sponsored By:* **WARM** Waller Assistance & Restoration Ministries

| Wednesday December 23 | Thursday December 24 | Friday December 25 | Saturday December 26 | Sunday December 27 | Monday December 28 | Tuesday December 29 |
|---|---|---|---|---|---|---|
| Chance of a Thunderstorm | Partly Cloudy | Thunderstorm | Thunderstorm | Thunderstorm | Chance of a Thunderstorm | Clear |
| H 78° L 56° | H 81° L 67° | H 79° L 70° | H 80° L 68° | H 69° L 43° | H 63° L 43° | H 66° L 42° |




**TOWNE DENTAL & ORTHODONTICS**
*Enjoy paraffin wax lavender neck pillows, & warm towels.*
*Providing all dental services including cleanings, cosmetic dentistry, orthodontics for adults and children.*

# Waller Wonders – *Ham on the hoof*

**By NANCY ARNOLD**



o, tell me if something like this has ever happened to you.

My boss was in my office the other day, standing by my desk munching on my cookies. I don't even blame him. These were those yummy butter cookies packaged in the blue tin (the one that morphs into a sewing box or some such).By the way, these cookies are made in CHINA! Who knew? To borrow a phrase from the potato chip people, nobody can eat just one, no matter where they're from.

Anyway, he's talking and stuffing cookies in his mouth when he suddenly yells "HOG!" I thought to myself: "How rude! He's eating MY cookies and he calls ME a hog!"

But then he runs out of my office and heads down the hall toward the back door. Well, naturally I had to follow.

I met him as he came back inside the building, and he was as excited as a kid on Christmas morning. Turns out he had seen a feral hog streaking across our lawn just outside my window.

Oh, lordy! Those creatures are nocturnal, and I get here in the morning around daybreak, and I leave in the evening around dark. The squirrels that run amok around this place scare the whey out of me as I come and go. I'd probably die of fright on the spot if confronted with 300 pounds of thundering wild pork.

To tell the truth, I didn't realize we even had feral hogs on our grounds. I should have, I suppose. In the last two years, I've seen two hog carcasses on nearby roads during my morning commute. Big ugly animals. I REALLY don't want to encounter one in our parking lot!

To orient you, I work in Cypress, just about a mile north of Cy-Fair High School. Our 100-acre facility is bordered by Spring Creek to the south. This property was carved out of a dense thicket back in 1985, and most of that thicket remains. Apparently it harbors feral hogs.

Our company president showed up while my boss and I were nattering on about the hog. He said, oh, yeah, we've had a guy in to trap 'em; he's taken about 15 out of here. Again, something I didn't know, and not too sure I wanted to know.

This trapper captures the hogs and sells them to a hunting compound where rich guys in helicopters hunt them. The meat is then processed and donated to food banks. Or at least that's how we understand our part of this food chain.

According to the Texas Parks and Wildlife Department (TPWD), feral hogs are domestic hogs that either escaped, or were released for hunting purposes 'way back when. With each generation (and I'll tell you about that in a minute), the domestic characteristics diminish and they develop the traits needed for survival in the wild. In case you're wondering, the feral hog and the javelina are not related. In fact, the javelina isn't even swine; it's another kind of mammal.

How big are feral hogs? They stand around 36 inches at the shoulder, and weigh anywhere from 100-400 pounds. The boars, of course, are bigger than the sows. Yikes!

So let's talk about their breeding. I'll quote directly from TPWD: "Feral hogs are capable of breeding at six months of age (emphasis mine), but eight to ten months is normal, provided there is good nutrition. Under poor habitat conditions, sows have been known to eat their young."

"Gestation is around 115 days with an average litter size of four to six, but under good conditions (a sow) may have ten to twelve young. While capable of producing two litters per year, research has shown the majority of sows have only one per year. Young may be born throughout the year with peak production in the early spring. The young are born with a 1:1 male to female sex ratio. Feral hogs generally travel in family groups called sounders, comprised normally of two sows and their young. Mature boars are usually solitary, only joining a herd to breed."

Again from TPWD: "Feral hogs are omnivorous, meaning they eat both plant and animal matter. Foods include grasses, forbs, roots and tubers, browse, acorns (we have bushels of acorns on our property), fruits, bulbs, and mushrooms. Animal matter includes invertebrates (insects, snails, earthworms, etc.), reptiles, amphibians, and carrion (dead animals), as well as live mammals and birds if given the opportunity. Feral hogs feed primarily at night and during twilight hours, but will also feed during daylight in cold or wet weather."

Finally, are they dangerous, and should I be concerned about encountering our hog in the parking lot some evening? Short answer: yes. Like most wild animals, the feral hog prefers to run and escape perceived danger (that could be me screaming and leaping about in a panic). However, if they think there's danger to their young, or if they're just having a bad day, those sharp tusks can do some serious damage to a person. You did note that they are omnivorous, right?

Just when I thought it was safe to be outside, now that the mosquitos are going dormant, I have feral hogs to contend with. There's always something …

Happy anniversary to Jimmy and Brittany Rodgers, Tom and Kathi Chavez, Jack and Susan Harris, John and Mary Roberson, Jimmy and Jackie Bundrant, and Roger and Karen Frey (celebrating 30 years).

We wrap up December birthdays and head into January with Pam Saladino, Victoria Hatcher, Nita Jean Phillips, Lillian Lee Storz, Calan Boettcher, Chris Perry, Colron Shamblin, Lonnie Mikeska, Sr., Marlin Hart, Kyley Bennett, Mary Ann Weisner, Michelle Harrison Strong, John Pinheiro, Robert Paben, Douthitt Briggs III, Mary Sledge, Ben Fritzsching, Jill Young, Becky Hyatt, George Russell, Tyler Garrett Storz, Jeanette Naegeli Koenig, Melba Bryant, Garrett Evans, Quinn Gordon Niebergall, Kathy Friedel, Michelle Taylor, Sonny Tisdale, Eudora Marburger, Holly McReavy, Sam Henry Garrett, Talon Bundrant, Haley Nicole Rollings, Melanee Eloise Elizalde (13 already!), and Javier Silva, Jr.

Bro. Lowell Thompson, 87, long-time former pastor of Waller Baptist Church, and an ordained Baptist minister for over 60 years, passed away suddenly

See ARNOLD page 1B

---

# This Christmas, may the force be with us

**By CARRIE PRAZAK-GOURLEY**



This Christmas, in a world full of chaos and uncertainty, a new Star Wars film--Star Wars: The Force Awakens, plunges onto movie screens across the world. The Star Wars series depicts the eternal struggle between good and evil, and unlike many films, allows good to achieve the upper hand.

I have always been a Star Wars fan since the premiere of the original when I was a young college student. I watched the first Star Wars, marveling at the creativity of George Lucas and the out-of-this-world settings he so realistically created. My partiality to the series of films continued when my oldest son, Zachary, as a young boy, became fascinated with the series. To this day, he still possesses many of the models from the film which he proudly displays in his living room.

No, we are not one of those crazies lining up for days to see the new movie, but see it we will, and we look forward to it. In fact, early reviews highly praise this new addition, touting it as the



**Star Wars Premiere, Los Angeles, California.**

best since the original.

After all, Star Wars possesses all the qualities of a great tale. For if a band of rebels can defeat the powerful Evil Empire, there is hope. I always likened the story to our own American Revolution, when a ragtag band of colonial Americans fought and defeated the mighty British Empire, bringing about the most glorious nation the world has ever known.

In fact, when the original Star Wars was released in 1977, the world was still deep in a "Cold War" between the ideologies of freedom and democracy in the West and that of totalitarian dictatorships, like that of the former Soviet Union. President Ronald Reagan even referred to the Soviet Union as the "Evil Empire", which ironically, just like the dark side in the movie, collapsed a little over 10 years after Star Wars was released.

And you've got to admire George Lucas, the creator of Star Wars, who marched back through the looking glass to create the simplicity of the pre-1960's Golden Age of cinema. Star Wars emerged from the decadence of the sex-drugs-and rock'n'roll generation to bring back old-fashioned good-versus-evil storytelling to the big screen.

Lucas developed Star Wars as a homage to the serial matinee adventures of his childhood, by creating a fast-paced sci-fi drama that has become the quintessential American mythology. Many call Star Wars an American take on King Arthur or Tolkien, all dressed-up in the space-opera trappings of Buck Rogers or Flash Gordon. Star Wars scenes are also reminiscent of WWII movie dogfights, Nazi villains and saloon shootouts of the traditional American western.

At the time, Lucas realized that there was no modern use of mythology in film, especially with the Western dying, which was the last generically American fairy tale faithful to traditional values. Wanting to recreate a morally themed action adventure, Lucas embarked on a study of mythology under the tutelage of Joseph Campbell, a worldwide authority on the topic.

See GOURLEY page 5A

---

**the art of marriage**
FAMILYLIFE PRESENTS

Presenting God's design for marriage

**February 12 & 13, 2016**
**The Fellowship at Field Store**

For registration and additional information visit
fellowshipatfieldstore.org/
or call 281-202-9868

*"Unto us a Child is born!"*
*Join us at The Fellowship at Field Store*
*7 p.m. Christmas Eve as we celebrate the*
*birth of Jesus Christ, the Savior of the world.*

30402 FM 1488 • in the Field Store Community
936-372-9465

Other opportunities for worship:
Sunday: Bible Study 9:30am & Worship 10:45am
Wednesday: Bible Study & Meal (n/c) @ 6:15pm
Tuesday: Food Pantry 10:00am – noon

The Fellowship is a Bible-based community minded Church whose purpose is to glorify God through His Son Jesus Christ. S.B.C.
*"Sharing One Another's Joy and Burdens"*

## News Briefs

### The Waller Times Christmas/NYE closures
The Waller Times will be closed for the Christmas and New Years holidays beginning on Wednesday, December 23, 2015 at 12 noon - Friday, January 1, 2016. The offices will re-open on Monday, January 4, 2016. The deadline for all advertising and news articles for the Wednesday, December 30 edition is Wednesday, December 23, 2015 at 12 noon. The deadline for all advertising and news articles for the Wednesday, January 6 edition is Wednesday, December 30, 2015 at 12 noon. All advertising and news articles should be emailed to wallertimes@sbcglobal.net. The staff of The Waller Times wishes everyone a very Merry Christmas and a prosperous New Year with family and friends.

### CALH to hold New Years Eve party
Celebrate New Year's Eve, Thursday, December 31, 2015, at the KC Hall in Hempstead with prime rib dinner and dance to a Tribute to George Strait by Derek Spence and special guest, Chris Brade. Tickets are available at Steinhauser's in Hempstead and Carl's BBQ in Waller or by calling 713-254-2275. All proceeds will benefit Citizens Against the Landfill in Hempstead (CALH). For further information, please visit StopHwy6Landfill.com.

### WISD schools, offices closure announced
Waller ISD schools and offices will be closed for Winter Break December 21 through January 1. The Waller ISD Tax Office will be open on Wednesday, December 30 and Thursday, December 31 from 8 a.m. – 2 p.m. Employees will return to work on Monday, January 4 and students will return to school Tuesday, January 5, 2016.

### Junior Fair Board interviews available
The Interviewing/Selection Process for the 2016 Waller County Junior Fair Board has been set for Monday, January 12, 2016 at 6 p.m. at the Barbara Carpenter Building at the Waller County Fairgrounds. All current 10th grade and 11th grade students from any Waller County FFA or 4-H club are encouraged to come. Parents are asked to be present to understand what will be asked of the incoming Junior Fair Board members during a short informational meeting and then go straight into interviews. For more information or to have the application papers be emailed, please contact Linda Randall @ lulu081276@yahoo.com or 832-279-8464 or contact Julie Abke @ jcabke@gmail.com or 281-507-0555.

---

**BULLDOG BLASTOFF ROCKETRY MEET & WINTER FESTIVAL**
**January 30, 2016**

WHS AFJROTC PARENT BOOSTER CLUB IS
**SEEKING VENDORS!**
EVENT TO BE HELD AT THE WHS STADIUM
(VISITOR SIDE)
BOOTH FEE: $50
LOOKING FOR ARTS AND CRAFTS,
HANDMADE GOODS, DECORATING ITEMS, ETC.
*Vendor cutoff is January 29.*
PLEASE CONTACT LESLIE SELLERS
713-204-9187
SELLERSMOM93@GMAIL.COM

Save money on your insurance.

**Auto • Life**
**Fire • Truck**
**Commercial**
**•**
**Monthly Payments**

Knight Insurance Agency
Sue Knight Agent
350 Hwy. 290 E #3
Hempstead, Tx.
979-826-3026 • 800-660-3026



**FARMERS**
Se habla Espanol

# Waller Police Department activity Dec. 10 - Dec. 16

Waller Police Department officers responded to 38 calls for service resulting in eight incident reports. 105 Safe Holiday Business checks were initiated. Additionally, officers completed four motor vehicle crash reports.

On December 10, Officer Prudente responded to the 3000 block of Waller Street to investigate the report of a burglary of a habitation.

On December 11, Officer Floyd responded to the 40900 block of US 290 to investigate a motor vehicle crash with injuries.

On December 13, Sergeant Lopez responded to 31100 block of FM 2920 to investigate the report of hit and run.

On December 13, Sergeant Lopez responded to the 1700 block of Penick to investigate the report of indecent exposure.

On December 15, Officer Zuniga responded to the 3200 block of Business 290 to investigate a motor vehicle crash.

On December 16, Officer Prudente responded to the 3000 block of Waller Street to investigate the report of criminal mischief.

# TXDOT urges to plan for sober rides this holiday

The Texas Department of Transportation's "Plan While You Can" campaign urges party goers to plan for a sober ride this holiday season. The campaign runs through January 1, 2016 and coincides with an increase in DUI patrols and enforcement.

"The holidays are a time of celebration and family, but they also require responsible decisions and planning if alcohol is involved," said TxDOT Executive Director LtGen Joe Weber, USMC (Ret). "Our goal is to save families from the heartbreak of losing a loved one.

Finding a sober ride is easy and it can save you from being arrested, injured or killed. There is no excuse for drinking and driving."

During last year's holiday season (December 1, 2014 - January 1, 2015) there were 2,412 alcohol-related traffic crashes in Texas, resulting in 190 serious injuries and 110 fatalities. This was nearly an 8-percent increase in alcohol-related traffic fatalities over the previous holiday season.

Central to the "Plan While You Can" campaign is a statewide tour featuring an interactive dodgeball game that uses custom gaming technology to replicate the effects of alcohol on a person's reflexes. As participants play, virtual drinks are added and the players' on-screen avatars become less able to dodge incoming "snowballs." The game demonstrates how even one drink can slow reaction times.

Additionally, TxDOT is hosting a contest on its Facebook, Twitter and Instagram social media accounts. Participants who tag up to three friends in a tweet or a post with the hashtag #PlanWhileYouCan will be entered into a giveaway for a donated gift card from a retailer, restaurant or entertainment venue. To enter and learn more, follow TxDOT on its social media accounts.

As always, TxDOT strongly encourages everyone to plan for a sober ride before going out. Visit SoberRides.org to find alternatives to drinking and driving, such as calling a taxi or using a transportation app on your smartphone, using mass transit, asking a sober friend or family member for a ride home, and staying put.

•••

# Texas Adds 16,300 Jobs in November

Texas employers expanded their payrolls in November with the addition 16,300 seasonally adjusted nonfarm jobs, marking the ninth month of job increases for Texas in 2015.

"Texas employers added 179,300 jobs over the past year, highlighting the diversity of the Texas economy and job market," said TWC Chairman Andres Alcantar. "Job seekers are encouraged to pursue these opportunities with employers by contacting their local Workforce Solutions office for assistance."

Texas' seasonally adjusted unemployment rate increased to 4.6 percent in November, up from 4.4 percent in October, and remained below the national average of 5.0 percent.

"I'm pleased to see that the Construction industry continued to see growth in Texas in November," said TWC Commissioner Representing Labor Ronny Congleton. "This is a good indicator that the state's economy is growing and that job opportunities will continue to increase."

The Construction industry accounted for more than half of November's net job gains with the addition of 9,000 jobs, marking that industry's fourth straight month of growth. The Professional and Business Service industry also added jobs for the fourth month in a row, adding 5,500 positions in November.

"Texas employers continue to lead the good economic news for our state," said TWC Commissioner Representing Employers Ruth R. Hughs. "The fact that our state has added jobs for nine of the eleven months of 2015 is a credit to the diversity and resilience of employers in Texas."

The Amarillo Metropolitan Statistical Area (MSA) recorded the month's lowest unemployment rate among Texas MSAs with a non-seasonally adjusted rate of 3.2 percent, followed by the Austin-Round Rock and Lubbock MSAs with rates of 3.3 and 3.4 percent, respectively, in November.

## S & N Appliances
**Serving the Waller Area for 69 Years!**

Whirlpool   We Service What We Sell   KitchenAid

**936.372.3639**
1118 Smith Street • Waller, TX

---

## WALLER UNITED METHODIST CHURCH
1206 Smith St., Waller, TX 77484
Sunday School - 9:45 am
Common Ground - 11:00 am
(a Spirited Traditional)

*Carrying Christ into our community with a strong faith!*

www.wallerumc.org     936-372-3907

---

## CVBS...
### Christmas Vacation Bible School

Are you ready for a break? By this we mean Christmas break.

This year right in the middle of the Christmas break The Fellowship at Field Store will host a CVBS Monday, December 28 – Wednesday, December 30, from time 6 to 8pm (supper will be served at 6, n/c) for children pre-K thru 12th grade and adults.

Over these 3 days we will answer the questions about the why, how and what of Christmas. Come learn just what Christmas is all about and why we even have this holiday discover the real truth about Christmas, because the truth will set you free!

The Fellowship is located at 30402 **FM 1488 @ Scroggins Ln.** (half way between Hempstead and Magnolia) in the Field Store Community.  For more information call 936-372-9465 or visit our web site: www.fellowshipatfieldstore.org. The Fellowship is a Bible-based community minded Church whose purpose is to glorify God through His Son Jesus Christ. All are welcome.

---



**TEGELER Used Cars of Hempstead**
850 Highway 290 N • Hempstead, Texas 77445
979-826-8100 • www.tegelerusedcars.com
**2015 Chevrolet 2500 HD**
Duramax 4X4
**$46,995**
Serving the Tri-Counties over 34 Years

---



Don't forget to use your Health Savings Account by the end of the year. Now would be a good time to get those sunglasses you've always wanted.

**Specialty Services Include:**
❑ State of the Art Vision and Eye Health Testing
❑ Specialist in Contact Lens Fit and Comfort
❑ Comprehensive Test and Treatment of Eye Disease
❑ We Accept Many Medical and Vision Plans
❑ Large Selection of Frames to Match any Budget and Lifestyle!

See...Even Santa wears glasses.

**Waller Family Eyecare**
Dr. Tara Bailey, OD
Therapeutic Optometrist/ Glaucoma Specialist

31315 FM 2920, Suite 19 • Waller, TX 77484
*(Next Door to Harlans Grocery)*
Phone 936-372-3644 • Fax 936-372-3243
www.wallerfamilyeyecare.com
*Proud to be your LOCAL eye care experts for over 9 years.*

---



Tribute To **George Strait**
**NEW YEAR'S EVE DINNER & DANCE**
Thursday, December 31, 2015
at 7 pm - 12:30 am
Knights of Columbus Hall
22892 Mack Washington Lane
Hempstead, Tx 77445
**TICKETS - 713-254-2275**
**$50**
Per Person, Includes Prime Rib Dinner, Party Hats and Favors, Photo Booth, Champagne Toast at Midnight
Beer, Wine & Set Ups Available
Purchase Tickets at Carl's BBQ in Waller or Steinhauser's in Hempstead
Proceeds to Benefit Citizens Against the Landfill in Hempstead
CHRIS BRADE BAND
DEREK SPENCE
**STOPHWY6LANDFILL.COM**

## TAX TIPS

**KEEPING ACCOUNT OF EXPENSES -** It is our experience that regularly keeping up with expenses and income is very important to operating a more successful business and often personal money management. Here at V.L. Snider, P.C., we have extensive experience using the QuickBooks range of bookkeeping computer software. This software ranges from simple to advanced which allows you to manage customer receivables, payroll and inventory, pay bills, and generate all manner of financial statements and other reports. We are accredited QuickBooks advisors and offer help using these products.

We also offer businesses the choice of using us, with our CPA accounting program, to do the bookkeeping, such as reconciling bank statements, preparing payroll reports and W-2s, recording their income and expenses on a regular basis and furnishing financial reports for business use. We offer these services on a fixed fee basis so that a business knows and can budget our fees. As we do this, we point out trends, possible tax problems and other items that we notice while preparing these reports. At times, we act as outside company financial controllers.

We can just prepare payroll, sales taxes, and other government reports on a monthly or quarterly basis also.

If you have any questions or would be interested in using any of our services, please do not fail to contact us.

### V.L. SNIDER, P.C.
*Certified Public Accountants*
**OVER 25 YEARS EXPERIENCE**
*Waller Village Shopping Center • 936-931-1315*



### Waller County Chiropractic
1206 11th Street • Hempstead
### 979 - 921 - 0700
*Dr. Chad Barber*
*Now Offering Disc Decompression*
**WE ACCEPT AND FILE MOST INSURANCE**

# Waller HS UIL Academic Team Competes

**WISD Public Information**

The weekend of November 6, the Waller High School UIL Academic team competed at Pflugerville High School in their first invitational meet of the year. Competition was fierce at the meet as the team competed against 31 schools from the North and Central regions of Texas. The Waller UIL team entered the new season fiercely, coming away with eight trophies.

The following are Waller ISD students who placed and their event: 1st place 9th grade Calculator and 3rd place 9th grade Number Sense, Laura Duncan; 6th place Editorials, Kaven Xiong; 1st place Editorials, Imelda Pacheco; 5th place Spelling, Johana Pospisilova; 4th place Literary Criticism, Brant Lemons; 5th place Poetry Interpretation, Cassidy Kelly; 4th place Prose Interpretation, Kyle Bookout.

The Spelling team consisting of Johana Pospisilova, Ginny DeCoste, Abbie Leslie, and Nicole Garza placed second overall, and the Literary Criticism team consisting of Brant Lemons, Grace Stewart, Luna Simpson, and Haley West also placed second overall.

•••



Pictured are students preparing for their event at the Pflugerville High School Invitational Meet the weekend of November 6. *WISD Public Information.*

## VOTING Continued from page 1A

meeting of the Waller County Commissioners Court, scheduled for Wednesday, December 23, at 9 a.m.

Waller County Economic Development Partnership Executive Director Vince Yokom made his quarterly report. Afterwards, the court voted unanimously to approve an agreement between Waller County and WCEDP for 2016 in which the quarterly payments to the WEDCP were increased from $17,500 to $20,000.

In other action, the court unanimously voted to increase the Committed Fund Balance for construction from the current amount of $3,500,000 to $6,000,000, due to the many construction projects that will need to be tackled in 2016. County Auditor, Alan Younts, stated that the county is in good financial shape and that revenue exceeds expenses. The county has a $16,882,184 fund balance at this time with $7,215,054 allocated toward the Rainy Day Fund per policy. To view all county financial documents, go to www.co.waller.tx.us and click on the Financial Transparency tab.

### Ridin' With Christ Fellowship
**3108 Washington St.**
**Waller, Texas 77484**

Sunday School:          10:00 a.m.
Sunday Worship Service: 11:00 a.m.     For more information call:
Wednesday Service:      7:00 p.m.       (936) 372-3100 Main
                                        (713) 899-3021 Pastor

*A non-denominational cowboy church that preaches the Bible from Genesis to Revelations.*

**Boots, jeans, and cowboy hats are always welcome!**

**Where Jesus becomes REAL!**

**Wanted ~ Anointed Musicians & Singers**

---

# Business and Professional Directory
## ~ *Place Your Business Here* ~
### Call 936-372-5184   •   Fax 936-372-5186   •   Email wallertimes@sbcglobal.net

---

### #ONE PRO Handyman
### (832) 443-0698
*1/2 Price of Most Contractors*

•Painting   •Remodeling
•Commercial / Residential

Call 7 Days a Week
FREE Estimates - Phone Quotes Available
Senior Discount

**Read The Waller Times online at www.thewallertimes.com**

### Williams Business Solutions
Bookkeeping Services  •  Payroll
Quarterly Tax Preparation  •  Administrative Services
**Amy G. Williams**
813 12th Street • Hempstead
Phone: 979-826-8000  •  Fax: 979-826-3842
www.williamsbussolutions.com


S & L Remodeling
Scott 281-507-9926

### MOBILE SOUND
31315 FM 2920 #18 • Waller, TX 77484
(936) 372-8230 office • (832) 951-8989 cell



| U-HAUL | BOOSTMOBILE |
| *Authorized Dealer* | **DEALER** |
| Truck's, Vans, | FREE PHONE - FREE PHONE. |
| Trailers, U-BOX | Unlimited Talk & Text |
| Car Stereo, Speaker's, | T-Mobile, Net10 |
| Amplifiers, In-Dash TV, Navagation | Simple, H2O, Pageplus |

### BENT FORK CONSTRUCTION
*Serving Waller, Grimes and Austin Counties*
LAND CLEARING, PONDS,
PADS, DRIVEWAYS,
SIDEWALKS AND PATIOS
**713-829-5964**
We accept Visa, Mastercard, American Express and Discover cards.

### STYERS Construction Co.
CONCRETE CONSTRUCTION
Residential      ★      Commercial
**All Types of Concrete Work**
BULL DOZER ★ BACKHOE ★ MOTOR GRADER
**All Types of Dirt Work**

ODIS STYERS III            Home (979) 826-6791
P. O. Box 557              Mobile (936) 870-5112
Hempstead, TX 77445        Fax (979) 826-8409


Waller County Feed & Fertilizer
626 Austin St.  *  Hempstead, TX  *  (979) 826-4003
20313 FM 362  *  Waller, TX  *  (936) 372-3466
**Feed * Fencing * Health Aides * Tack * Lawn & Garden * Pet Foods & Supplies * Gifts & More**

### Red's Barber Shop
*** NEW LOCATION ***
1039 Business Hwy 290 • Hempstead, Texas
*(around the back next to McDonalds)*
**936-727-4982**
Mon., Tues., Thurs. • 8:30 a.m. – 5:00 p.m.
Wed. & Fri. • 8:30 a.m. –1:00 p.m.
Sat. • Closed    Sun. • 8:30 a.m. – 1:30 p.m.
**After hour appointments available**

### Jason McCaffety
**Painting & Construction Service**
Remodeling • Carports • Decks
Roofs • Fencing & Etc.
*Free Estimates*
**281-413-5936** (mobile)

## WAYNE'S WORK
*Residential  •  Commercial*
•Roofing •Siding / Windows •Remodeling •Painting
•Custom Decks •Patio Covers
Handyman and Small Jobs Welcome
Metal Roof Repairs
Mobile Homes
 
BEST PRICES    Call 713.824.3344   FREE ESTIMATES
See us @WaynesWork.Net

### BENT FORK CONSTRUCTION
**Materials & Services**
• CRUSHED CONCRETE
• CRUSHED ASPHALT
• CLAY    • SAND
**713-829-5964**
richardvinson@bentforkconstruction.com


**TEGELER Used Cars**
Quality Used Cars at Reasonable Prices
*Tegeler Family Dealerships serving the tri-counties for over 30 years*
Always open on the web at:
www.tegelerusedcars.com
**979-826-8100**
Monday - Friday 8:30-6:00 & Saturday 8:30-5:30

### Aaron Pool Plastering, Inc.
*Servicing The Pool Industry in Harris & Surrounding Counties*

**Since 1976**
★ Replastering Specialists ★
★ Structural Repairs ★
★ Complete Pool Makeovers ★
John S. Leatherman          Off: (936) 372-1300
Cell: (713) 240-2041        Fax: (936) 372-1300

### Rivenbark Insurance
Travelers • Progressive • Foremost • MetLife

936-372-5106        *Auto / Home / Commercial*
936-931-9277
31315 FM 2920
Waller, Texas 77484
*Located between Arlan's and Varsity Grill*






Case 4:18-cv-03985 Document 125-138 Filed on 09/17/20 in TXSD Page 5 of 10

# GOURLEY Continued from page 2A

And the story Lucas created was remarkable. Star Wars has had an impact on generations of moviegoers. The Force, the Jedi Knights, Darth Vader, Yoda, Obi-Wan, Princess Leia, Luke Skywalker, lightsabers, and the Death Star hold a place in our imaginations that Americans can only describe as mythic.

And what about "the force"? "May the force be with you" is a common part of the lexicon in the "galaxy far, far way", but it has also become an often used phrase in earthly language as well.

Lucas, when questioned in a 1999 interview with Bill Moyers about the meaning of "the force" said, "It's designed to make young people think. Is there a God? How do we relate to God? Ultimately the force is the larger mystery in the universe and to use "the force" is to take a leap of faith. And isn't that what God is all about?" Lucas went on to say that in all his films, he adhered to the Judeo-Christian tradition, touting the primacy of good over evil.

The force, of course, is not God, since it can be used by the Dark Side as well, similar to the way Satan uses his power on Earth to lead humanity to darkness.

George Lucas realized when he created Star Wars that morality was on a massive downward spiral, and that most of what kids saw on television had no moral value to speak of. So he created Star Wars, reminiscent of old classics like Superman, who "fought a never ending battle for truth, justice, and the American way."

Of course, Star Wars isn't a Christian film, but there are definite parallels that we can draw from the "force" and Lucas' band of heroic characters. Central to the theme of Star Wars is the concept of love, portraying itself in the self-sacrificing actions of the Jedi, namely Luke and Anakin Skywalker, and most especially in Obi-Wan Kenobi. Star Wars doesn't say it's all about love, but it is. In that theme lies a similarity to Christianity, for "if I have not love, I am nothing."

Lucas, of course, did not create the latest Star Wars film, The Force Awakens, having sold his franchise to Disney in 2012 for $4 billion. Although he acts as a consultant, the new film was directed by J. J. Abrams, creator of the long-running hit TV show "Lost", which ironically also was awash in the theme of the struggle of good vs. evil.

Last Monday, December 14, the premiere of Star Wars: The Force Awakens was larger than the Oscars. Four blocks of Hollywood Blvd., just outside the Mann Chinese Theater, was closed to traffic, starting four days before the premiere. According to reports, the movie is expected to be the biggest blockbuster in movie history, surpassing Avatar and Titanic.

So this Christmas, as we celebrate the birth of our Lord and Savior Jesus Christ, many are on edge as we seem to be living in a world increasingly embarked on a downward spiral into amoral chaos. However, we should achieve comfort in the hope that the baby Jesus offered to the world.

Like in Star Wars, there will always be a conflict between the forces of good and evil, for as Jesus Himself said in Matthew 24:6-7, "And you shall hear of wars and rumors of wars. See that you are not troubled; for all these things must come to pass, but the end is not yet. For nations shall rise against nations, and kingdom against kingdom.."

But as Christians, just as in the movie Star Wars, we know that good will in the end conquer evil--that in the fulfillment of time, Jesus, who came to earth as a small baby, born in a manger in a remote Roman province, will return again in a cloud of glory.

As for me, I will enjoy the Christmas festivities with my family as we again marvel at God's gift of His Son. But, without a doubt, sometime during the hustle and bustle of the season, we will take time to visit "a galaxy far, far away".

May the force of God's love be with you at Christmas and throughout the new year. Merry Christmas!

*Contact Carrie at gidget2114@gmail.com for any questions or comments on her columns.*

---

## Sheriff Smith to seek Re-election



HELLO TO ALL CITIZENS OF WALLER COUNTY.

I am R. Glenn Smith, your current County Sheriff. For the past seven years I have worked diligently to provide a Sheriff's Office prepared for the future of this county. I am passionate about the future and what the Sheriff's Office can do to make Waller County even better. As a result, I am announcing my candidacy to run for re-election as Sheriff of Waller County. My 37 years of experience, willingness to change, and be progressive with ideas to keep our county safe enables me to do the best job possible for each of you. I have opened 3 satellite offices in the county along with completely updating our technology in order for us to provide a better service to each of you. My office has made frugal decisions in the operation of our current jail and we are working with Commissioner's Court to make wise decisions in the future investment of a new facility. Tax payer money does not need wasted!

I ask for each of your votes in order to continue my effort to have a safe Waller County and to be there daily in service to each of you.

Thank you,

R.Glenn Smith
Sheriff

Paid for by R.Glenn Smith Campaign. Deedee Smith Treasurer, PO Box 474, Hempstead, TX 77445.

---



**There's an awesome place of worship in Waller!!!**

**Redeemed Life Temple Of Worship**

*A non denominational, Bible-teaching ministry.*

**Kenneth Harris, Pastor & Charlean Harris, First Lady**
**Service Times are Sunday 10:30 am and Wednesday 7:00 pm.**

We invite you to come out for a powerful Word of God as we worship in the presence of the Holy Spirit!!
If you can't join us in person, watch us live during the above times or 24/7 at www.pastorkennethharris.com.

*Let the REDEEMED of the Lord say so, whom He hath redeemed from the hand of the enemy. Psalm 107:2*

517 Alliance, Waller • 832-978-4785
redeemedlifetempleofworship@gmail.com
Looking for an anointed man or woman of God, musician/praise & worship leader!



Insurance for all your needs:

Personal ☆ Home ☆ Auto ☆ Business
**We Specialize in insuring Rural Property**

   
   

**Waller Office**
1202 Alliance Street
936-372-9122

www.edmondsins.com

**Hempstead Office**
845 12th Street
979-826-9300



# Merry Christmas & Happy New Year

Las Fuentes Mexican Restaurant & Bar would like to thank all of our customers for an amazing year and would like to wish y'all a Merry Christmas and a magnificent New Year.

We are proud to be able to serve Hempstead and the surrounding areas and thank y'all for your preference in choosing us. Here's to hoping that we can continue to build good memories with your families and loved ones - we promise to continue to do our best to help build those memories. Once again, thank you for your continued support.

**Las Fuentes Mexican Restaurant & Bar**
**601 10th Street • Hempstead, Texas 77445**
**979-826-2548**

# Waller ISD School Board December meeting held

**WISD Public Information**

Holiday cheer was spread at the Waller ISD Board of Trustees Meeting on December 14 during the performance of Christmas songs by the Waller ISD Community Chorus. The Chorus is directed by W.C. Schultz Junior High School Choir Director, Donna Baskin, who led the talented singers in performing three songs.

Following the performance, Waller High School Varsity Cross Country Coach Julie Bonner introduced Tyler Rohrman who competed at the Regional Meet. Following the high school cross country recognition, Waller Junior High School Principal Eric Meldahl and Cross Country Coach Laurence Christie introduced the Waller Junior High Cross Country Seventh-Grade Boys team to be recognized for winning the Boys Cross Country District Champion-



**Members from The Waller ISD Community Chorus spread holiday cheer to the attendees of the December 14 Waller ISD School Board of Trustees Meeting.** *WISD Public Information.*

ship title. After the cross country celebration, Waller High School Head Volleyball Coach Jordan White and Assistant Varsity Coach Taylor Kader recognized the District 19-5A Volleyball Honors.

After the Recognitions, the Consent Agenda was presented by Board President Bryan Lowe. Consideration of resignations, employment, leaves of absence, staff transfers, the November 9 Board Meeting minutes and November 16 Special Called Board Meeting minutes, disbursements, budget change requests, tax refunds and reports, and staffing requests were on the agenda. The Waller ISD and Harris County interlocal agreement for law enforcement services and E-rate Contract Renewals for technology services were approved.

The Regular Agenda opened with the setting of a Special Called Board Meeting on January 4 to evaluate the Waller ISD Superintendent. Trustee Joe Landin is designated to compile the Board's comments for the evaluation. The Board considered and approved an option to replace the Waller ISD Stadium turf. The Board will replace the turf with an upgraded version of the original turf that was installed in 2009. The Board took into account several turf options and settled on one that several colleges and professional football stadiums use. The turf that was approved by the Board will come with an 8-year warranty.

Assistant Superintendent of Finance Mike Marcus presented a recap of revenue and expenditures from the 2014-2015 budget, and announced that the Waller ISD Audit Report is not finalized for the 2014-2015 school year. The finalized Audit Report will be presented at the January school board meeting. Marcus reported that the preliminary report reflects a $1.7 million dollar addition to fund balance, and a $900,000 addition to the Interest and Sinking fund balance.

In Information items, President Lowe presented the Waller ISD Board Member Continuing Education Report. School Board members are required by Texas law and the Commissioner of Education rule to participate in three types of continuing education courses that pertain to the orientation of local district policy. In addition, Board Members must be informed on the laws affecting public education in Texas, participate in an annual team building activity, and complete a specified number of hours each year in areas of special need.

Superintendent Danny Twardowski presented an overview of the meeting highlights of the High Speed Rail project and its projected path through Waller ISD boundaries.

Waller ISD's Director of Building Programs, Mark Lam, provided a 2015 Waller ISD Bond project update. Lam introduced VLK Architects Principal Todd Lien to the Board, who is overseeing the project. Lam provided a bond project summary update.

Lam stated that Package A, which includes H.T. Jones Elementary School, Roberts Road Elementary additions and the Waller High School Career and Technical Education and Agriculture Building is due to be complete by the Fall of 2017. Package A projects will be released for contactor bid on February 25, 2016. Package B includes Schultz Junior High School tennis courts and track, and bus paving for parking and is due to be complete by January 2017. Package B projects will be released for contactor bid on April 26, 2016. Package C includes mechanical and electrical repairs and improvements and is on the schedule to start the design phase in the Fall of 2016. Package C projects will be released for contactor bid on February 21, 2017.

Also in the project updates, Lam stated that three of six portable buildings have been purchased and delivery is pending. The Waller ISD Stadium parking crushed concrete addition is complete. Ten school buses have been ordered, and the ordering of technology and access control project is to be determined. Lam will provide monthly bond project updates at each board meeting.

---

**New Service**
**Safe - Luxurious Wheelchair Access Transportation**
(Wheelchair plus 2 passengers)
*Diamond Chauffeured Transportation*
**979-921-0154**
Always hiring quality chauffeurs

---

**CARL'S BBQ**

Room available for Parties or Meetings
Call 713-703-2275 to book.

31315 FM 2920 #10
Waller, TX 77484
936-931-CARL
(936-931-2275)

**HOURS**
Monday - Saturday • 6 a.m. - 2 p.m. & Sunday • Closed
Breakfast Served • 6 a.m. - 10 a.m.
Lunch Served • 11 a.m. - 2 p.m.

"Let Molly cook your breakfast"
**NOW SERVING BREAKFAST**

**$5.00 OFF**
Your Total Purchase of $20 or More
Valid for Lunch and Dinner. Dine in only.
Excludes alcohol. Not valid with any other offer. With coupon. Expires December 31, 2015.

---

## CCR Buildings
Carports·Garages·Barns·Workshops·Greenhouses·Portable Buildings·RV Covers·Cabins



We have portable buildings ranging from 8x8 storage sheds to 18x46 finished cabins. We also offer carport, workshops, and barns. Stop by our lot to find the perfect building for your needs.

**14x28 Cabin**
¾ bath, kitchenette w/ microwave & mini-fridge, water heater, 18000 BTU ac/heat, 200 amp BB, (4) 110 outlets
Suggested Retail = $18,500
Special = $14,997
Rent to own as low as 676.43/mo.

**12x30 Horse Barn**
6' tack room, (4)' light
Suggested Retail = $5,860
Special = $5,097
Rent to own as low as $229.90/mo.

**14x30 Workshop**
8x8 rollup, 48" walk-in, (5) windows, loft, w/ bench, vent
Suggested Retail = $8,540
Special = $7,750
Rent to own as low as $349.56/mo.

We also carry Carports, Garages, Barns, General Shelters Portable Buildings.
**Models Open 24/7**
30555 FM 1488 • Waller, Texas 77484
**979.826.2230**
**713.628.7054**
Selling Quality Since 1993
www.cryincoyoteranch.com
**RENT TO OWN! NO CREDIT CHECK**

---



**WARM**
*Waller Assistance & Restoration Ministries*
Monitory & Donations are tax deductible.

40070 Bus. Hwy. 290
Waller, TX 77484
**936-372-5173**
WARM Assistance
Office - 936-372-3025
Monday - Friday
10:00 a.m. – 4:00 p.m.
Saturday
10:00 a.m. – 2:00 p.m.

---

# Everyone Needs a Lawyer
## Who Is Yours?



(l-r) Trey Duhon, Of-Counsel, Paul C. Looney, Clay S. Conrad and Richard Senasac

**We are proud to announce the addition of Trey Duhon as an of-counsel attorney**



## LOONEY & CONRAD
### LAWYERS

*We offer big city quality at small county prices*

* Waller County * (979) 826-8484
* 918 Austin * Hempstead, Texas
not certified by the Texas Board of Legal Specialization

---

*"Until you see tomorrow, you will never see today."*
**The Pine Street Washateria**
1202 Pine St. • Waller, Texas

---



*Relaxed Quiet Country Living*
*1-2-3 Bedroom Apartments at Low Affordable Prices*

• Playground on Property
• Affordable Daycare on Property
• Laundry Facilities on Property
• Affordable Housing Program with income guidelines
• Handicap Accessible



**Hillside Plaza Apartments**
19610 Fm 362 • Waller, Texas 77484
**936-372-9248**

# Waller Junior High October PROS



**Merry CHRISTMAS**



**NEW YEARS EVE EXTRAVAGANZA**
**$500 CASH PRIZE (Raffle)**
RESERVE YOUR TABLE NOW
MAMA ROSE BREAKFAST

**Cedar Creek Saloon**
20727 FM 362 @ Hwy 290 • Waller, Texas 77484
For more information, call 936-647-5266.

The October Waller Junior High School Principal's Recognition of Outstanding Students PROS recognition acknowledged 54 outstanding students. The students were recognized with an encouraging call home to their parents stating the positive behavior the student displayed. *WISD Public Information.*

**WISD Public Information**

Waller Junior High Principal, Eric Meldahl announced 54 names of the October Principal's Recognition of Outstanding Students PROS. PROS is an incentive program that recognizes and rewards students who consistently set a good example for their peers by making good choices.

Teachers submit nominations to the principal each week of students who have exhibited leadership qualities in class throughout the month. At the end of the month, the students who were nominated are recognized by the principal and awarded with a personal thank you, an encouraging call home to share with parents the positive behavior displayed at school, a certificate of appreciation, and a coupon for a free slushy at lunch.

The October students that were recognized in this program are sixth-graders: Dalia Alvarado, Thanh Chiem, Nancy Esquivel, Leah Fraysur, Zack Glynn, Caleb Godfrey, Breanda Gonzalez, Katherine Gonzalez, Antonella Jabbour, Jonni Jameton, Fernanda Lara, Chloe Lewis, Michelle Medina, Claudia Monroe, Anthony Montoya, Brandon Piper, Brookelynn Resecker, Jesus Reyes, Reanna Rosalez, Kaylee Torres, and Mariah Williams; seventh-graders: Marlies Garcia, Reagan Haynes, Jacob Lassetter, Ronique Lyons, Ingrid Machuca, Jaylon McCoy, Aracely Mendoza, Alex Nielsen, Gabriela Orobio, Jason Perry, Hugo Rodriguez, Amber Steele, Roxanne Tank and Eayana Walther; eighth-graders: Kayla Abreu, Rosa Belmonte, Alisya Bradley, Avery Brill, Angel Busby-Wilson, Yanel Delacruz, Rayna Gooden, Kasandra Gonzalez, Deysi Lopez, Iveth Martinez, Serenity Martinez, Fabiola Morales, Mauricio Plaza-Cabello, David Romero, Justin Rojas, LeeAnn Schmidt, Ariana Seeloff, Teri Stanton and Margarita Zarate.

**Christmas Eve Service**
December 24 • 5:00 p.m.
**New Year's Eve Service**
December 31 • 5:00 p.m.

*Cross of Christ Lutheran Church*
*19361 FM 362 • Waller, Texas 77484*

## ARNOLD
Continued from page 2A

on Sunday morning after falling ill Saturday night. He is survived by his wife Betty, and daughters Theresa Hill, Shiela Thompson, and Beth Cryer, eight grandchildren, nine great-grandchildren, and two great-great children. His daughter, Connie Hegar, and son, Austin Thompson, await him in Heaven.

Betty and the family would be comforted to hear from their Waller friends. The address is 46 Tusculum Road, Antioch, TN 37013.

Have a blessed Christmas. Until next week …

Contact Nancy at arnoldn@msn.com, or mail news items to her at P. O. Box 282, Waller, 77484.



Read The Waller Times online at www.thewallertimes.com



**TOWNE DENTAL & ORTHODONTICS**
936.372.1177

**No Insurance? No Problem!!**
Ask about our in office "townie" discount plan!!

• Crowns  • Fillings  • Dentures  • Partials
• Root Canals  • Extractions  • Cosmetic Dentistry
• Sedation/Laughing Gas  • Cleanings
• Implant Crowns  • Braces  • Invisalign

Complimentary Orthodontic Consultations
Free Lifetime Whitening*

**FREE CORDLESS POWER TOOTHBRUSH**
Some restrictions apply.
New Patients only after comprehensive exam, xrays and cleaning.
Coupon only valid at initial visit.

Spreading Smiles Across Towne
**Paula Wood Herber, DDS**
31303 FM 2920, Suite B | Waller, Texas
www.townedentalandortho.com
General dentist practicing orthodontics.  *Some restrictions apply.



**WALLER FIREWORKS WAREHOUSE**

"Can't Beat Our Prices"

**Commercial Grade Fireworks**

20797 FM 362 • Waller
(Corner of FM 362 & Hwy 290)
Inside the Crawfish Shack • Across from Buc-ee's

Open: December 20 - January 1

**Bring this ad before December 25th for 10% off.**

We accept all major credit cards.

# "The Waller Times" Classifieds

Call 936-372-5184 today to place your Classified Word ad or Classified Display.
Visa, Master Card, American Express, Discover accepted.

## HELP WANTED

**HIRING HEAVY EQUIPMENT OPERATORS**
Tractor with Pull Scraper, Bulldozer, and Trackhoe.
Experience is a plus, but training is available.
FREE medical insurance, uniforms, retirement, and bonuses.
**Call 979-865-5941**

**Footprints in the Sand Learning Center** (Christian owned and operated) Now hiring both full and part-time dependable, energetic, and loving individuals. Previous childcare experience is preferred. Applicants must be certified in First Aid and CPR within 90 days of hire date. We can assist if needed. Benefits include, paid holidays after the 90 day probation period. Full time employees will receive one week of paid vacation after one year of service. Starting pay depends on previous experience. Please call (979) 826-3487 or send resume to communications@footprintsinthesandlc.com.

**SSC Services Solution Custodial Department**
**Prairie View, Texas (Physical Plant)**
We are seeking hard working individuals looking for a job in a fast paced environment.
Job Hours: Varies
Age requirements: 18 years or older
For Questions: please call 936-261-9703

**CAJUN READY MIX, LTD** is now taking applications for professional and qualified Truck Drivers. Drivers need 2+ years experience, class B CDL or better, clean driving record, and be 23 years & above. Pre-employment DOT drug test and physical required. Benefits: Paid holiday's & vacation, health insurance, company match 401K, long/short term disability insurance, uniforms. 50-60 hours weekly & you're home every night! Apply in person M-F, 8-4 at 12691 FM 149 Rd, Montgomery TX 77316. 4tc1/13

**Subway**
**NOW HIRING**
**All Shifts Available**
*Seeking energetic person willing to work weekends.*
**Apply in person at Subway in Waller. No calls please.**

### SAN BERNARD ELECTRIC CO-OP
**MEMBER SERVICES REPRESENTATIVE**

The Member Services Representative assists in the planning, developing and implementation of programs for energy conservation, public relations, key accounts and marketing. Job duties include high bill & voltage concern resolution, field meter testing, and energy auditing. Other duties include public speaking engagements, key account representation, and website/social media maintenance. Qualified candidates should have a working knowledge of electricity in residential & commercial applications and possess excellent customer service, communication and presentation skills.

Requirements: A high school diploma or equivalent with a minimum 2 year Technical degree or Associates degree or 5 years' experience in a related field with background in basic electricity. Must learn Co-op policies, tariffs and service territories and be able to perform well in stressful situations.

Applications accepted until 5 pm Thursday, January 7, 2016. For application, call (979) 865-3171, pick one up at Bellville office or print one at www.sbec.org.

**Waller based Plastics Recycling Company is seeking a Granulator Technician/CDL Driver.**
Class 'A' CDL with clean driving record required. No experience necessary; we will train. Company pays expenses while on the road. Paid holidays and vacation. Offering a $1500 sign on bonus. Military experience is a plus.
**Call 800-654-3145 to submit application or for further information.**

### PIANO LESSONS

**PIANO LESSONS**
All Ages
Degreed and Certified,
Accompanist for
Waller ISD Choirs.
832-813-2663
MaryRadspinner@gmail.com

## LEGAL / PUBLIC NOTICES

**IRS PUBLIC AUCTION SALE**
Under the authority in Internal Revenue Code section 6335 of the Internal Revenue Code, the property described below will be sold at public sale. The United States seized this property under provisions of Section 6331. The sale will be held by public auction.
Date of Sale: January 14th, 2016
Time of Sale: 11:00am with Registration beginning at 10:00am.
Location: Waller County Court of Law, 836 Austin Street, Hempstead, TX 77445
Property Offered: 40460 FM 529, Hempstead, TX 77445. Approx 9.54 acres of land.
Minimum Bid: $37,062.05
Property may be viewed at: Drive by only.
Under the authority in IRC Section 6335, the property described below has been seized for non payment of taxes due from Jose T Alcantar. Property will be sold at public auction as provided in IRC Section 6335 and related regulations. Only the right, title and interest of Jose T Alcantar in and to the property will be offered for sale.
Terms of Payment: 20% due at time of acceptance of highest bid. Remaining balance due NLT February 4th, 2016
Payments must be made by cash, cashier's check or money order made payable to the US Treasury.
For more information go to www.irsauctions.gov or contact Gary Chambers (360)536-6602.

## APTS FOR RENT

**SHADY OAKS APARTMENTS.** Senior community 55+. Affordable living. Colorado Valley Transit route. Laundry on site. Call 936-857-5511. 10tc1/20

## COMMERCIAL FOR LEASE

**SMALL OFFICE BUILDING FOR LEASE**
2319 Main Street
Downtown Waller
Recently Remodeled
Historic Barber Shop Building
**Call 281-897-1119**

## PRAYERS

**Novena To St. Jude**
Oh Holy St. Jude, Apostle, Martyr, Great in virtue & rich in miracles, near kinsmen of Jesus Christ, faithful intercessor of all who invoke your special patronage in time of need, to you I have recourse from the depth of my heart & humbly beg to who God has given such great power to come to my assistance. Help me in my present & urgent petition. In return I promise to make your name known and cause you to be invoked. St. Jude pray for us and all who invoke your aid. Amen.
Say 3 Our Fathers, 3 Hail Mary's promise publication. This Novena has never been known to fail.
J.C.

## SERVICES

★ **Refinishing Upholstery Recanning Lamp Repair & Parts** ★
**936-931-2951**
Blue Bonnet Antiques

**CHUCKS HAUL OFF**
**FREE removal of**
•Appliances •Old Cars
•A/C Units •Tin •Steel
•Copper •Etc.
*Trash Removal also Available*
**281-356-3521 • 281-382-8691**

**Read the Classifieds online at www.thewallertimes.com**

**MOWING SERVICES**
*Self-employed*
Weed eating, mowing
Starting at $30.00 per lot
**Call 832-600-2173**
Thomas

# COLOR COPIES
## LARGE OR SMALL QUANTITIES

**JOHNSON GRAPHICS**
40344 Business Hwy 290
Waller, Texas

936.372.9448 Off. • 936.372.5534 Fax
johnsongraphics@att.net email

Email your information you want copied and we'll have it ready when you come to pick it up!

## REAL ESTATE

# AMSLER
### AND ASSOCIATES



Phone: (936) 931-5356     **REAL ESTATE**     Fax: (936) 372-5307

**JOHN A. AMSLER - BROKER**
SALES ASSOCIATES
Connie Amsler, Sherry Whiteley, Cindy Ochsner

*In The Spotlight*

**REAL ESTATE FOR SALE**

**ACREAGE AND LOTS**

**12.558 wooded acres** to build your new home or enjoy outdoor life on the weekend. Partially fenced with nice homes in the area................................ASKING.......$215,000

**1.501 wooded acres** in upscale subdivision in Waller County. Park, lakes, tennis, swimming pool, basketball court & volleyball. Restricted......................ASKING....$39,900

**14.94 acres** unrestricted and ag exempt. Property has house in need of TLC and another house which was moved unto the property being refurbished. Property is being sold as is condition..................PENDING.....$334,900

**HOMES READY FOR YOU**

**3/2 home** in Grimes County with a 2 car attached garage with workshop and drive threw door. Home is a 2 story with 2 bedrooms up and the master down stairs. Navasota ISD with quick access to FM 1774 / Hwy 105.................................PENDING......$119,900

**New on the Market! Beautiful custom built home** on 5.46 acres in a quiet country setting with private gated entrance. Home features 4 bedrooms, 3.5 baths, study plus 2 living areas, stainless steal appliances, reverse osmosis water system, two patios. Split floor plan with mother-in-law retreat and much more!
..........................ASKING......$650,000

**3/2 home** on 2 city lots with a large living/dinning area, a converted garage and a workshop.

**HOMES READY FOR YOU**
Location provides quick access to Highway 290 and puts the owner is less than a hour driving distance to Brenham, Navasota, College Station or Cypress. Close to shopping and schools. HISD..................REDUCED....$125,000

**COMMERCIAL**
Being sold as commercial or residential property. This 3/2 home features a living room iwth a fireplace & wet bar, spacious kitchen, and a back yard swimming pool. Great location for home business...........ASKING...$185,000

**FIND US HERE!**



*List Your Property With Us!*
*We Deliver Qualified Buyers!*

**Serving Buyers and Sellers in Waller, Grimes, Harris and Montgomery Counties**
30717 FM 1488 @ Field Store Community • Waller, Texas 77484 • Call us or visit us online at www.amslerrealestate.net



3/2 home on 2 city lots with a large living/dinning area, a converted 1-car garage, and a workshop. Property has beautiful mature oak trees, flower beds, concrete patio, partially fenced in the front and a chain link fence in the back. Location provides quick access to Highway 290 and puts the owner is less than a hour driving distance to Brenham, Navasota, College Station, or Cypress. Close to shopping and schools. Hempstead ISD schools. Home needs a little TLC.........................REDUCED...$125,000



New on the Market! Beautiful custom home on 5.46 acres in a quiet country setting with private gated entrance. Home features four bedrooms, 3.5 baths, study plus two living areas. Stainless appliances, including subzero refrigerator, Viking stove, commercial icemaker, reverse osmosis water system, two patios, double pane windows, & much more. Split floor plan with mother-in-law retreat/2nd Master off kitchen. If your looking for the country life but want easy access to the city, you have found it! Call today!..........................ASKING......$550,000

## REAL ESTATE

**FINDING YOUR PLACE**

**HODDE**
REAL ESTATE CO.
*Downtown Brenham*
**979-836-8532**
HODDERE.COM

*Farms & Ranches, Residential & Country Homes, Acreage and Commercial Properties*

**Read The Waller Times online each week at www.thewallertimes.com**



**Cedar Creek Saloon** — EST 2007

- Now Serving Pitchers
- Daily Drink Specials
- 4 Pool Tables
- The Best Looking Bartenders in Town
- 8 Flat Screen TV's
- Dance Floor
- Live Entertainment on Weekends

20727 FM 362 • Waller, TX

Still time to reserve a table for New Year's Eve

* **Monday Nights** *
Pool Tournament • 8 pm

* **Wednesday • December 23** *
Christmas Party • DJ

* **Friday • December 25** *
Open 5 pm Christmas Day

* **Saturday • December 26** *
Karaoke with DJ Bull

* **Sunday Funday • December 27** *
Texans vs Titans

Hours: Monday - Friday 11 a.m. - 2 a.m.
Saturdays 11 a.m. - 2 a.m. • Sundays 12 p.m. - 2 a.m.



**FLOORING DI$COUNTERS**

6 OR 12 MONTHS SPECIAL FINANCING AVAILABLE*

SALES & INSTALLATION
COMMERCIAL & RESIDENTIAL

**IN-STOCK SPECIALS AVAILABLE**

CERAMIC TILE
CARPET
VINYL
WOOD & LAMINATE
GRANITE ◊ QUARTZ ◊ LAMINATE COUNTERTOPS

**979-826-2994**
WWW.FLOORINGDISCOUNTERSTX.COM

MON-FRI: 9:00am – 5:00pm
SAT: BY APPOINTMENT ONLY

145 BREMOND ST, HEMPSTEAD
(1 BLOCK S. OF FM 1488 & BUS. 290)

* Subject to credit approval. Minimum monthly payments required. See store for details.

# WALLER COUNTY LAND COMPANY

*Specializing in Waller County Real Estate For Over 30 Years*

**TIM PHELAN, BROKER:** Associates: Melinda DeGroot, Rendy Elizalde, Roger Frey, Gary Friedel, Don Garrett, David Henke, Marie Herndon, Debbie Jones, Danielle Killian, Ann Kulhanek, Alicia Martinez, Ray Miller

**2 Locations to Serve You Better!**
WALLER — (936) 372-9181
HEMPSTEAD — (979) 826-4133
WallerCountyLand.com

## ACREAGE

**SMALL ACREAGE:** Many tracts to choose from .................. CALL OR GO ONLINE ........... FOR DETAILS

**10 ACRES:** Wooded tract in scenic North Waller County. Lightly restricted with community water. Waller ISD ......... **$14,500/ac.**

**10 ACRES:** Unrestricted & to be surveyed out of larger parcel. Fronts FM 1488 - perfect for your home or business!.... **$15,000/ac.**

**15.88 ACRES:** Quiet location in North Waller county, great for a new home site or for cows or horses. Access from Mellman Road .................. **$17,512/ac.**

**16.44 ACRES:** Wide open land and unrestricted! Perfect for whatever your heart desires! Overlooks high-fenced exotic game ranch and picturesque countryside. Fenced on 3 sides. Ready for cattle, recreation or your new homesite!.................. **$25,000/ac.**

**21 ACRES:** Ag-exempt property on Old Joseph road. Quiet, secluded and heavily-wooded - a perfect retreat! ........... **$16,000/ac.**

**27.34 ACRES:** Unrestricted acreage in Sealy, just south of I-10 on FM 3013. Electricity, well, septic & 2 ponds on property. Ag exempt.................. **$15,500/ac.**

**30.63 ACRES:** Great commercial potential. 82' frontage on US 290. Next to Motel & Gas Station/Convenience store in Hempstead. City water available. 2 ponds, water well & septic next to mobile home site.................. **$39,176/ac.**

**36 ACRES:** in north Waller County. Pond, large trees & choice homesites. Unrestricted.................. **$11,000/ac.**

**40.9 ACRES:** Near Hempstead. Unrestricted. More acreage available .................. **$9,500/ac.**

**50.25 ACRES:** Near Hempstead. Unrestricted. More acreage available .................. **$9,500/ac.**

**63 ACRES:** Field Store Rd. & US Hwy 290 - Excellent location for residential or commercial development. City water & sewer. Rapidly growing area. Ag exempt .................. **$1.06/sq. ft.**

**88 ACRES:** Great investment/commercial potential! Located 1 mile from 290. Existing infrastructure includes 6BR brick home w/pool, large shop with office, storage bldgs, walk-in cooler, well & septic, tree-lined asphalt driveway, chain link security fence on 3 sides. Ready for development!.................. **$2,650,000/ac.**

**144 ACRES:** Organic Farm. Rolling, unrestricted, 4 ponds, 3 barns & working pens.................. **$10,500/ac.**

## HOMES

**LAKESIDE ESTATES:** Manufactured home sits on 0.34 acres right across from lake! 2-bedroom, 2-bath home with living room, den and addition. Also has 2-car carport and large front yard with lake view!.................. **$78,500**

**PRAIRIE VIEW:** 3 bedroom, 2 bath, well-maintained home complete with attached 2-car garage, built-ins and fireplace in living room .................. **$130,000**

**OAK HOLLOW:** Beautifully kept home in Oak Hollow subdivision featuring many upgrades including wood burning fireplace, large kitchen, 4 bedrooms, 2 full size bathroom and office with built ins! Extra large lot adds to this beauty! .................. **$135,000**

**PRAIRIE VIEW:** 3-bedroom, 2-bath brick & wood home. Isolated living room, large family room with fireplace, sun room, large master bedroom, island cooktop in kitchen, double car attached garage, utility room & lots of storage. Fenced backyard.................. **$185,000**

**WALLER COUNTY CLUB:** Beautifully updated 4-bedroom, 2.5-bath home complete with 40x40 airplane hangar! New septic pump, fresh paint, new flooring, completely overhauled bathrooms & closets, immaculate kitchen, the list of upgrades is lengthy!.................. PENDING ........ **$245,000**

**LOG CABIN:** Beautiful log cabin that you must see to appreciate. Constructed using 8" D-logs of white pine - home is well insulated. Low utilities & taxes. Large wood burning fireplace. A/C replaced 2 yrs. ago. High ceilings. Beautiful wood floors. Huge metal constructed shop - well insulated w/ full bath and roll up doors.................. **$298,000**

**HEMPSTEAD:** 3-2 all brick home on 4.4 unrestricted acres! New 30-year roof, a/c, duct work and water heater. Covered patio/carport, implement shed and storage building. Gorgeous trees line entry and surround property!.................. **$298,500**

**HOME WITH ACREAGE:** Beautiful country home on 2 acres with light restrictions. Pasture in front and behind home for extra privacy and awesome sunrises and sunsets! Lovely pool to enjoy all those hot Texas days along with oversized patio to entertain on .................. **$315,000**

**COUNTRY ESTATE:** These 5 acres are full of gorgeous hardwoods & park-like scenery. Custom features throughout 3,910 sq. ft. home, 5-4.5-3, back patio, chefs kitchen, crown molding, coffered ceilings, hardwood floors. Enjoy the fireplace, whirlpool tub and granite counter with vanity in your master suite!.................. **$620,000**

**67 ACRE ESTATE:** Tucked away in the woods just beyond the city enjoy serenity with it's view. Custom home built with attention to detail, deep large porches on all 4 sides provides max outdoor living space, beautiful stone and wood work, huge master with fireplace and sitting area, 20' cathedral ceiling in living room, quality wood & slate floors, standing seam metal roof, oversize 3-car carport, landscaping with irrigation system. Low taxes as wildlife exempt in place.................. PENDING ...... **$1,250,000**

**183 ACRE RANCH:** Slightly rolling terrain, open pastures & hay meadows with mature trees & heavily-wooded areas. This beautiful property includes 2 homes with 3 bedrooms & 2 bathrooms each with amazing porches! Great for entertaining, hunting, horseback riding, 4-wheeling & shooting. Perimeter fenced w/ag & timber exemption .................. **$2,800,000**

## MULTI-FAMILY

**Prairie View Duplex:** 2 1-bedroom units, screened-in front porch, ideal student housing, excellent location for future development, in need of "TLC".................. **$88,000**

**TOWNHOMES:** 5-Unit townhome building in Prairie View. Each unit is a 2-2. Located less than 1 mile from Prairie View A & M campus. Built in 2009 on 1 acre with paved parking.................. **$475,000**

## COMMERCIAL - INVESTMENT

**0.46 ACRE:** Cleared lot in Brookshire with high visibility from 90. Zone commericial or residential. Property is in 100 year flood plain.................. **$60,000**

**1.5 ACRES:** Just 1 block north of I-10 in Brookshire. Zoned commercial.................. **$1.95/sq. ft.**

**30 ACRES:** Commercial corner on Kickapoo right of US Hwy 290. Freeway on/off ramps on east & west side of intersection for easy access.................. PENDING........ **$2.00/sq. ft.**

## Featured Listings



**16.44 ACRES:** Wide open land and unrestricted! Perfect for whatever your heart desires! Overlooks high-fenced exotic game ranch and picturesque countryside. Fenced on 3 sides. Ready for cattle, recreation or your new homesite!.................. **$25,000/ac.**



**WALLER:** 0.982 acres with three steel-frame buildings totaling 8,840 sq. ft plus a 3-bedroom, 2-bath residence with fenced yard! 16-camera security system, city utilities, no flood plain and 3-phase electric.................. **$595,000**



**COUNTRY ESTATE:** These 5 acres are full of gorgeous hardwoods & park-like scenery. Custom features throughout 3,910 sq. ft. home, 5-4.5-3, back patio, chefs kitchen, crown molding, coffered ceilings, hardwood floors. Enjoy the fireplace, whirlpool tub and granite counter with vanity in your master suite!.................. **$620,000**

## COMMERCIAL - INVESTMENT

**30.63 ACRES:** Great commercial potential. 82' frontage on US 290. Next to Motel & Gas Station/Convenience store in Hempstead. City water available. 2 ponds, water well & septic next to mobile home site.................. **$39,176/ac.**

**63 ACRES:** Field Store Rd & US Hwy 290 - Excellent location for residential or commercial development. City water & sewer. Rapidly growing area. Ag exemp.................. **$1.06/sq. ft.**

**HEMPSTEAD:** Investment opportunity - 8 houses on 8 lots. Must be sold together. All but one is currently leased...**$364,430**

**WALLER:** 0.982 acres with three steel-frame buildings totaling 8,840 sq. ft plus a 3-bedroom, 2-bath residence with fenced yard! 16-camera security system, city utilities, no flood plain and 3-phase electric.................. **$595,000**

**HEMPSTEAD:** Established & successful ballroom/reception hall. On 11.3 acres in Hempstead. Beautifully finished. Furnished with everything you need – set up w/bookings & ready to go.................. **$1,299,000**

**88 ACRES:** Great investment/commercial potential! Located 1 mile from 290. Existing infrastructure includes 6BR brick home w/pool, large shop with office, storage bldgs, walk-in cooler, well & septic, tree-lined asphalt driveway, chain link security fence on 3 sides. Ready for development!.................. **$2,650,000**

# CALL COLDWELL BANKER PROPERTIES UNLIMITED

## 936-372-3011 • From Houston Call Toll Free - Metro 936-931-3011
### www.wallertexasrealestate.com
### HUD Certified Broker




COLT HAACK - Broker/Owner ★ Denise Cerny ★ Katy Collette ★ Bob Freshcorn
★ Rowdy Haack ★ Melissa Hegemeyer ★ Mark McLafferty ★ Crystal Mielke
★ Anett Mier ★ Connie Mundy ★ Kenneth Murphy ★ Terri McNeill ★ Travis Winfree

## Buying or Selling…..Call Us!!

*Open 6 Days a Week & Sunday by appointment*








**4440** 3-2-2 Brick home, sunroom, large living with fireplace, formal dining, large kitchen on over an acre..... ...........................................................PENDING.........**$212,000**

**4479** 4-3-2 Brick home on 2 acres, beautiful trees, pond, two fireplaces, fenced.....................................................**$235,000**

**4452** 3-3.1-3 Ranch style home with circle drive, fruit trees, workshop, cross fenced, recent roof, ag exempt........................**$474,900**





**4349** 388 Acres, rail fencing, stables, 8 acre lake, irrigated hay field, tennis courts, main home shaded by majestic oaks............**$4,225,000**

**4471** 3-2 Brick home in wonderful country setting, pens, barn perfect for 4H or FFA project, carport and large deck for entertaining................................................................**$210,000**

**4449** Commercial building on 2 acres with Hwy frontage, all equipment included...........................................**$495,000**

## SINGLE FAMILY RESIDENCE

4359 1-1-1 Brick home in Hempstead ................................................................**$69,000**
4375 3-2 Home in town with a smaller home also on property...................................**$65,000**
4391 5 Small homes on 3 city lots, investment potential .......................................**$250,000**
4441 3-2.1/2 Two story home on two and a half acres with mature trees, large island kitchen, gated entrance ..............................................................................**$495,000**
4454 Nice brick 3-2 home on corner lot with large shade trees, fireplace, hardwood flooring ...**$139,000**

## COUNTRY HOMES AND ACREAGE

4088 80 Acres, barns, storage shed, lake, beautiful land ......................................**$2,258,760**
4267 9 Acres, FM 2920 frontage, excellent development location ......................................**$1,300,000**
4275 9+ Acres, Tomball area, ag exempt, FM 2920 frontage...................................**$750,000**
4276 318 Acres, Peek Rd in Katy, excellent location ......................................**$11,130,000**
4309 Three lots with city utilities, curbs, close to schools and shopping ...................................**$35,000**
4349 388 Acres, rail fencing, stables, 8 acre lake, irrigated hay field, tennis courts, main home shaded by majestic oaks ................................................................**$4,225,000**
4360 Corner lot in city with utilities................................................................**$4,500**
4374 10 Acres in subdivision, deed restrictions, Waller ISD................................................**$435,600**
4386 160 Acres with lots of frontage, water well, FM frontage, could be divided ...............**$2,486,820**
4411 Lots in City of Waller, corner property, scattered trees, recently cleared ........................**$27,900**
4421 Beautiful 97 acres, brick home, barn, pond, scattered trees, close to Hwy. 290.......**$2,764,500**
4432 Unrestricted lot, commercial or residential, community water......................................**$165,000**
4435 4-3-2 75 Acres, large scattered oaks, ag exempt, community water available ............**$1,027,000**
4437 3-2-1 Home, open floorpan, island kitchen on 4 acres, beautiful scattered tree.............**$225,000**
4440 3-2-2 Brick home, sunroom, large living with fireplace, formal dining, large kitchen on over an acre ................................................................PENDING.....**$212,000**

## COUNTRY HOMES AND ACREAGE

4448 40 Acres, Hwy 290 visible frontage, currently in ag use .............................................**$1,408,400**
4449 Commercial building on 2 acres with Hwy frontage, all equipment included ................**$495,000**
4451 42.5 Acres, scattered trees, corner property, can be divided..........................................**$638,640**
4452 3-3.1-3 Ranch style home with circle drive, fruit trees, workshop, cross fenced, recent roof, ag exempt ................................................................**$474,900**
4455 11+ Acres, heavily wooded, secluded, lots of wildlife, Waller ISD .............................**$146,212**
4464 15 Rolling acres with pond, main home has many updates, above ground pool and hot tub, 2 additional homes for rental income  ................................................................**$650,000**
4470 3 + Acres, FM frontage, Brookshire area, unrestricted...................................**$124,990**
4471 3-2 Brick home in wonderful country setting, pens, barn perfect for 4H or FFA project, carport and large deck for entertaining................................................................**$210,000**
4472 Commercial or residential, Hwy 6 frontage, 7 acres, with manufactured home, 2 storage buildings, 2 car carport, unrestricted................................................................**$219,000**
4473 3-2.1-2  2 Story home with wrap around porch, oversized garage, barn with rollup doors and bunkhouse, seasonal creek, plenty of wildlife, beautiful large trees, secluded on 17 + acres.....**$589,900**
4474 34 Acres with frontage on 2 sides, live creek, pond, 6 stall horse barn with tack room and wash rack, 2 septic systems and a well  ................................................................**$597,500**
4477 3-2.1-2  4 Acres great for commercial development, FM 2920 frontage ......................**$958,320**
4478 2 Acres, unrestricted, well and septic in place, community water also available, FM frontage................................................................**$79,500**
4479 4-3-2 Brick home on 2 acres, beautiful trees, pond, two fireplaces, fenced ....................**$235,000**

## BUYING OR SELLING LET COLDWELL BANKER PROPERTIES UNLIMITED HELP YOU!!



31315 FM 2920 #24
Waller, Texas