**COLDWELL BANKER PROPERTIES UNLIMITED**
COLT HAACK - Owner/Broker
936-372-3011 • Metro 936-931-3011
www.wallertexasrealestate.com

**CCR Portable Buildings**
Storage Solutions * Workshops * Garages
Portable * All Metal * Deliver Today
Over 30 Storage Solutions in Stock
Open 7 Days Per Week
30555 FM 1488 • Waller, Texas
979.826.2230 • 713.628.7054
20' x 31' x 8' Carport w/ 10' Utility – 8' rollup, 21' panels, 4' braces, gable end, (4) anchors
$4,170 Installed

**WALLER LAND CO.**
www.WallerCo
Since 1985
WALLER (936) 372-9181
HEMPSTEAD (979) 826-4133

PLAINTIFF'S EXHIBIT 140





# THE WALLER TIMES

*"Serving Waller, Hempstead & Surrounding Communities"*

**Scripture of the Week**
**MATTHEW 25: 40**
⁴⁰ And the King shall answer and say unto them, Verily I say unto you, Inasmuch as ye have done it unto one of the least of these my brethren, ye have done it unto me.

*We Support Our Service Men and Women*
*God Bless America*

VOLUME 25  NUMBER 9

VISIT US ON THE WEB @ www.thewallertimes.com
wallertimes@sbcglobal.net • Phone 936-372-5184

Wednesday, January 27, 2016, 10 Pages

**WALLER DENTAL**
General and Cosmetic Dentistry
We Love Children

Waller Dental Services:
• Medicaid, Chips, most PPO Accepted
• Root Canal Treatment
• Sedation Dentistry/ Laughing Gas
• Wisdom Teeth Extractions
• Bleaching (Teeth Whitening)
• All General and Cosmetic Dentistry

Waller Dental Specials:
• $45 New Patient Exam with X-rays
• Bleaching (Teeth Whitening) Special - $150
• 20% Complete Treatment Plans
• Payment Plans Available

~ NOW HIRING ~
Experienced Bilingual RDA
wallerdental@gmail.com

31315 FM 2920, Suite 16A
Waller, Texas
wallerdental.com
936-372-2673

## Contentious Court tables PV campus poll location addition

**By CARRIE PRAZAK-GOURLEY**
*The Waller Times*

On Wednesday, January 20, the Waller County Commissioners Court met at 9 a.m. at the Waller County Courthouse. Commissioners Justin Beckendorf, Jeron Barnett, Russell Klecka, and John Amsler were present and Waller County Judge Trey Duhon presided.

For the third time in a month, polling locations were on the agenda for the commissioners court, and in a packed courtroom, several citizens, including Democratic Party Chair Ben Tibbs, addressed the court, thanking them for adding to the agenda a possible addition of a poll location on the Prairie View A&M campus. Tibbs stated, "You have the chance today to continue to move our county forward. I urge you to do so."

Currently, the polling location in Prairie View is at St. Francis Episcopal Church, located just off the Prairie View campus. Tibbs suggested keeping that site as well, since it is more easily accessible to elderly and disabled voters than the student center on the PV campus.

Waller County Election Administrator Dan Teed stated that he requested the addition of a location on the Prairie View A&M campus after being approached by citizens who felt that adding a campus location would go a long way in moving forward with a new

See  LOCATION page 3

## Prairie View police officer indicted by WallCo grand jury

**By CARRIE PRAZAK-GOURLEY**
*The Waller Times*

A Waller County grand jury indicted a City of Prairie View police officer, Michael Kelly, on Friday, January 23, for official oppression in the arrest and tasing of Jonathan Miller, a Prairie View city councilman.

Councilman Miller, who was later charged with resisting arrest and interfering with public duties, was tased outside his home in Prairie View last October. That evening, Miller stated that he came out to check on his friends and while questioning officers, they stated he was interfering with their investigation.

According to Miller, it was Homecoming weekend on the Prairie View A&M University campus, and his fraternity brothers, all PVAMU graduates, were staying with him to celebrate the event, and his friends were practicing dance steps.

The situation escalated and Miller was put face down on the ground and tased. Officer Kelly stated that Miller interfered with his questioning of the three men about alleged drug activity. A video reveals Miller was kneeling on the ground with his arms at his sides when he was tasered.  He was booked at the Waller County Jail and later released on bond.

At the time, Prairie View Police Chief Larry Johnson said he did not see anything that would make him question the officer's' conduct and that they would not be placed on leave since deadly force was not used.

Prairie View Police Department posted the officer's body camera video on YouTube.



**WARM**
Waller Assistance & Restoration Ministries
Thrift Store & Pantry
Support W.A.R.M.
Helping those in need.

40070 Bus. Hwy. 290
Waller, TX 77484
936-372-5173
WARM Assistance Office - 936-372-3025
Monday - Friday
10:00 a.m. – 4:00 p.m.
Saturday
10:00 a.m. – 2:00 p.m.

## Kermier Road widening project nears completion

Goodman Manufacturing, currently in the process of building a new facility in northwest Harris County along U.S. 290, is now in the process of upgrading Kermier Rd., north of the freeway, to allow easier access to their new plant.

The upgrade consists of widening the road from two to four lanes to handle the additional traffic anticipated upon completion of the new plant. Two new lanes have been constructed adjacent to the original two Kermier lanes, and now the process begins of upgrading the original lanes from asphalt to concrete. While the old lanes are upgraded, traffic will be temporarily diverted to the new lanes. When the project is completed, Kermier will consist of four lanes, with an esplanade from U.S. 290 up to the end of the Goodman property.

Goodman's Internal Communications Manager, Graham Painter, stated that all four lanes are expected to be completed by early March 2016, depending on the weather.

According Painter, Kermier will provide principal access for commuting employees, whereas Kickapoo will be used by trucks bringing in raw materials and taking away completed air conditioners.

Goodman, a subsidiary of the Daikin Corp., is currently building its new $417MM industrial campus slated to employ up to 4,000 people when opened.  Daikin bought Goodman Air Conditioning & Heating a couple of years ago and is consolidating its manufacturing facilities in this location.



*Aerial photo of the Daikin facility, currently under construction at Hwy. 290 and Kermier Rd., just east of Waller. Photo courtesy of Goodman Industries.*

**Inserts this week:**
Arlan's Market

be our friend on facebook
www.facebook.com

Printed on recycled paper

## Carriage Crossing affordable housing begins construction

**By CARRIE PRAZAK-GOURLEY**
*The Waller Times*

Construction site work began last week on Carriage Crossing Apartments, a new affordable housing project, located on the 31500-31700 block of Waller-Tomball Rd. Located directly behind Arlan's Market, the complex is to consist of 80 apartments with 15% of the apartments designated for all income levels.

A grant for the project was received through Federal income tax credits which will be administered through the Texas Department of Housing and Community Affairs. The Mark-Dana Corporation is the developer of the project, and according to David Coogler, construction contractor for the developer, the tax credit is $750,000 yearly for 10 years and benefits the developer. The remainder of the cost of the project (total cost is stated to be $10.5 million) will be financed in a conventional loan.

Coogler Construction of Texas, the general contractor for the two-story apartment project, stated that the complex will have only one secure access entrance/exit located on Waller Tomball Rd. Elevator service will be available as an aid to seniors, and a fence will surround the entire complex.

On December 15, 2015, the Waller City Council approved a resolution offering Carriage Crossing, L.P. a $20,500 in-kind contribution for the development of the project inside the city limits of Waller.

At the time, the resolution passed 4-1, with former council member Roger Frey being the sole vote against the project. Frey stated during the council meeting his belief that businesses should be self-supporting, and that the apartments, when completed, will have reduced market value for tax purposes. In addition, he felt that the large influx of new students at one time might burden the school district.

Mayor Danny Marburger disagreed with Fry, stating, "This city needs affordable housing. Not everyone that moves to Waller can afford a $200,000 house."

Income levels for federal housing grants

See  HOUSING page 3



*The Mark-Dana Corporation breaks ground on its new affordable housing project, Carriage House, located at 31500-31700 Waller-Tomball Rd., in the City of Waller, directly behind Arlan's Market. City Council approved the project in December of 2014. Photo credit: Carrie Prazak-Gourley, The Waller Times.*

**Your Local Waller County Weather**
Proudly Sponsored By: WARM Waller Assistance & Restoration Ministries

| Wednesday January 27 | Thursday January 28 | Friday January 29 | Saturday January 30 | Sunday January 31 | Monday February 1 | Tuesday February 2 |
|---|---|---|---|---|---|---|
| Partly Cloudy H 58° L 31° | Clear H 65° L 38° | Clear H 70° L 48° | Clear H 74° L 58° | Partly Cloudy H 77° L 59° | Partly Cloudy H 77° L 58° | Partly Cloudy H 68° L 41° |




**TOWNE DENTAL & ORTHODONTICS**
Enjoy paraffin wax lavender neck pillows, & warm towels.
Providing all dental services including cleanings, cosmetic dentistry, orthodontics for adults and children.



# Waller Wonders – *Winter in Waller ... 70 degrees*

**By NANCY ARNOLD**



e had winter one day last week, so I dug into the back of the closet for some sort of coat. I have three. My raincoat serves for most occasions. It wards off a little chill, and of course, rain. It has a button-on hood … and you know I look quite fetching wearing it … but it smooshes my hair, and it keeps coming unbuttoned from the collar. Right now the hood is wadded up in the bottom of my daily tote bag.

The next coat is a real coat … or as real as I've had in thirty or forty years. It's warm and snuggly and puffy and long. Just one tiny little problem – although tiny is not the best word to use. After putting off buying a true winter coat for so many years, I finally made the plunge four years ago.

Then between that winter and the next winter, I lost weight. Still wore the coat, though. Over the next year, I lost a lot more weight – 130 pounds in all. I now have plenty of room in that coat. In fact, I could wear a couple of sweaters and another coat and STILL have plenty of room. However, I have the coat. I'm going to wear the coat. I may look like an olive green bear in the coat, but I'm gonna wear the coat.

The third coat – also too big, but I really like the coat – is what we used to call a car coat. Never knew why. That's just what we called the thigh-length, kinda flared, heavier-than-a-jacket, really comfortable, coat. My curiosity got the better of me (I should have been doing laundry), so I looked up the origins of "car coat."

Turns out, the design, and the name, is fairly recent. Okay, it's 58 years old – to me that's recent. The name came into the lexicon around 1958 or so. Articles I read said it was designed for open (convertible?) cars to provide warmth for the upper body, but shorter so it didn't tangle around the legs. That coincides with the era of the T-Bird and Mustang convertibles, so it makes sense. Supposedly the "stylish flair" of the garment allowed a person to step out of the car (presumably a convertible) and still look fashionable.

My car coat is reversible, with this shag carpet-looking stuff on one side and a water-repellant material on the other side. I usually wear that side out, although it does make loud and annoying swishing sounds. It also has four pockets in all, which tend to collect debris such as receipts, tissues, mints, and what-have-you.

Now that I've located a coat to wear, I'm trying to find my gloves and earmuffs. Yes, I looked in the pockets of the three coats – 10 pockets in all. Apparently I cleaned them out last winter, 'cause there were no receipts, tissues, mints – and no gloves or earmuffs. I'd hate to think I lost 'em, but it's possible.

February will be here soon and I'll need them. About the only way to find them is to buy more, but that seems like a frivolous waste of money. However, I do have plenty of pockets to store new gloves in. Really, though, how often do we need gloves in these parts? I might try to tough it out.

I feel kinda bad about griping about coats and gloves given what's going on in the northeast. I have customers and suppliers there, and they are truly affected by all of the snow – two and three feet or more in some places! I would just have to hibernate. I can't keep up with one pair of gloves. Can you imagine me trying to keep up with long underwear and boots and scarves and such?

Not only that, but when the temperature drops below 72, I just want to snuggle under a blanket, put on fuzzy socks, turn on the electric heater by my chair, and sip hot tea or cocoa. It's safe to say that I'm not a cold weather gal.

I suppose it's all a matter of attitude, though. One of my contacts lives in Minneapolis. He has snow shoes and a Sno-Cat, knows how to "layer" his clothes, and he doesn't let "a little snow" keep him from his daily routine. I couldn't do it. I just couldn't do it.

Had a great time Saturday night at the Waller Volunteer Fire Department holiday party. Smart folks; the December calendar is always over-full, so they have their party in January!

To be clear, I was a guest … please, can you see me pulling on bunker gear and hauling those heavy hoses around? The Fire Department invited city council members and other guests to this event, and I was delighted to go. Council member Sidney Johnson was on hand, as was Waller Municipal Judge Delores Hargrave. Council member Dwayne Hajek is the assistant fire chief, so he was there representing both the council and the fire department.

We gathered in the upstairs fire department meeting room, where we enjoyed lots of good food – prepared by the fire fighters and the ladies of the fire department – and terrific fellowship.

Rick Dalton, president of the Waller VFD, gave a summary of the calls made by the department in 2015 that just emphasized how much we owe these volunteers for keeping us and our property safe. They train – hard, physical training – three times a month, as well meet for other planning and training sessions weekly. Add to that the hundreds of times they are called out to emergencies at all hours of the night and day. Yep, we owe them a lot.

Fire Chief Gene Schmidt handed out service awards. Robert Ross was recognized for 10 years of service, and Rick also recognized him for his successful efforts to get a $200,000 grant toward the purchase of a $240,000 fire truck (shined up and on display for all to admire).

Kevin White also received a 10-year service pin, and Michael Mathis, who apparently doesn't get enough excitement in his regular job as a State Trooper, collected his five-year pin.

Thank you to the Waller Volunteer Fire Department, the Emergency Services crew, and to all the supporters of the department. We're proud to know you!

Light the birthday candles for Geralyn Ochsner, Clint Robinson, Stacy Haines, Everett Walker, Connie Kersh, Charlene Boettcher, Jean Rochen, Gloria Stanford, Regan Marburger, Rose Canon, Blake Clark, David Wunderlich, Rodney Loewe, Ryan Loewe, Teddy Schild, Cheryl Liere, Jay Fritzsching, Jesus Avila, Tom Lockler IV, LeeAnn Hackler, Hannah Stahman, Shelley Burk, and Wyatt Hoffart.

Happy anniversary to James and Julie Stinnett, Merle and Alice Stewart, Brandon and Stacy Holmes, Kevin and Kristi Hart, and Martin and Sylvia Aguilar.

We're well into 2016, so it's past time to get your subscription in for a United States flag to fly in front of your house or business. The fee is very affordable, and you'll be proud to see Old Glory waving in the breeze. The money collected will go to help the needy in our community, provide scholarships for graduates of Waller High School, and for charities in the area. The Waller Masonic Lodge will come put the flag up on special days – Memorial Day, Flag Day, July 4th, etc – and they'll come back at dusk and take it down. To show your patriotism, call Calvin Trapp at 936-931-9324, and reserve your flag.

Until next week …

*Contact Nancy at arnoldn@msn.com, or mail news items to her at P. O. Box 282, Waller 77484.*

# Three words to remember…care, custody, and control

**By CARRIE PRAZAK-GOURLEY**



Sandra Bland's death has placed a lingering pall on Waller County and its citizens. Officials in Waller County, as well as its residents, see Bland's death as a sad and tragic event.

After her death, county officials did everything possible to assure the Bland's case was handled appropriately. Videos were released, press conferences held, and our District Attorney, Elton Mathis, practiced due diligence in the search to find out the truth about the death of Bland. Mathis appointed well-known African-American former prosecutors and defense attorneys Darrell Johnson and Lewis White as part of a committee charged with reviewing evidence in the case, which was later presented, along with the Texas Rangers investigation results, to a Waller County grand jury.

As is well known, after a long presentation of the facts of the case to the grand jury last December, no charges were filed against the Waller County Sheriff's Office, or the jailers involved in Bland's supervision.

However, due to the civil lawsuit filed on August 3 by Bland's mother, Geneva-Reed Veal, against several entities, including Waller County, the Waller County Jail, and the jailers, the case is far from over.

Like it or not, whether the county or its employees were negligent in the care of Bland is an entirely different matter than that of causing her death. Three words come into play in the civil lawsuit: care, custody, and control. These three words are of utmost importance when any individual is in the hands of a hospital, nursing home, jail, or school. And Bland was in the care, custody, and control of the Waller County Jail.

As an example, in a similar situation, my mother was living in an assisted living in Cypress, after having fallen and unable to take care of herself in her own home. I did a great deal of research to find the best nearby facility for my beloved mother, and had been mostly satisfied with their care.

However, after a year or so in residence, I noticed that a water leak had developed in her bathroom. It was cleaned up and towels were put down on the floor, and I was assured a plumber was on their way. The next day, I was told by phone that the leak had been taken care of, but I later found out that that was not the case. The next day, I was called and told my mother had fallen, and had been taken to the hospital. When I went to her room to get some necessities for her, I noticed water and towels were still on the bathroom floor.

Never had I been so angry. My mama could not take care of herself. She was in the care, custody, and control of that facility and they had failed miserably. Of course, they claimed that no plumber was available, but I believed they had not been willing to pay a higher price for quick service. For my mother, I did receive recompense for her medical bills, and for the remainder of her time there, I was not billed for her care, but no money could compensate for their negligence. It was at that time that my husband and I decided to add a room addition to our home for my mother, so that she could really receive the loving care she deserved.

Waller County faces a similar problem in the Bland case, since she was in the care, custody, and control of the Waller County Jail and its employees. In fact, in the aftermath of Bland's death, the WCJ was cited by the Texas Commission on Jail Standards for violating standards in not checking on Bland in person as required, and for not having state-required mental health training for jailers. In 2012, the jail had also been cited for violating the 60-minute in-person observation when a 29 year-old male, James Harper Howell IV of Bandera, hung himself with a bed sheet while in custody.

In Bland's intake documents at the jail, although she stated she did not have suicidal thoughts that day, she did state that she had tried to commit suicide that year. She also informed the jailer that she suffered from depression, and these disclosures should have served as a red flag.

Also, according to a fellow inmate, Alexandria Pyle, Bland was distraught and tearful during her stay. Pyle said she kept calling a local friend, because she said she was from Chicago, but the calls kept going to voicemail, and she was very upset about it. She also had refused her breakfast on the morning of her suicide.

Bland's death, one of more than 140 suicides in county jails across the state since 2009, prompted criminal justice advocates to call for changes in how Texas handles the mentally ill. In October of 2015, the Texas Commission on Jail Standards introduced a new screening process for jails across the state in an attempt to try to prevent more tragic deaths.

It's too late for Bland and others, but screening process is a great improvement which may help prevent jail suicides in the future. The new inmate intake form is similar to the old form, but gives jailers specific directions if an inmate indicates a history of mental illness or suicide. Texas Jail Standards Director Brandon Wood said that the form could have prevented Bland's death. The new form instructs the jailer to place on suicide watch and notify other officials if there is any indication of a previous suicide or mental health issue.

Death by suicide is a tragedy for all involved. It is a great sadness that individuals reach such a depth of despair. The new inmate intake form is certainly a step in the right direction.

Three words need to be echoed through the halls of all facilities--such as jails, nursing homes, and hospitals--that have charge over the care of individuals: care, custody, and control. Don't be surprised when the Bland civil suit comes to trial next January that the county is found to be negligent. Nothing, of course, can bring back a lost life, but it may serve as a reminder to all facilities nationwide to be more diligent in regards to the care of anyone in their custody.

May everyone involved in this case and in other jail suicide cases across the state, find peace and solace in the hope of Jesus Christ, and may the lost lives, by the mercy of God, rest in eternal peace.

Jesus said in Matthew 25:35, "For I was hungry, and you gave me something to eat; I was thirsty and you gave me drink; I was a stranger and you took me in; naked and you clothed me; sick and you visited me; in prison and you came to me.."

Jesus' disciples, confused, asked Him when they had done these things for Him.

And in Matthew 25:40 Jesus answered, saying, "Verily I say unto you, whenever you did so to the least of these my brethren, you have done it unto me."

*Contact Carrie at gidget2114@gmail.com for any questions or comments on her columns.*

---

## THE WALLER TIMES
*Family Owned – Family Operated*
Published Every Wednesday
Serving Waller, Hempstead and Surrounding Communities
Mailing address is 2323 Main Street, Waller, Texas 77484
Physical Address: 2323 Main Street, Waller, Texas.
Office hours are Monday through Thursday 9 am - 5 pm and Friday 9 am - 12 noon.
Office: 936-372-5184 • Fax: 936-372-5186
email: wallertimes@sbcglobal.net

The Waller Times welcomes readers to submit club news, community and church news, school news or farm and ranch news. All articles and news briefs run on a space available basis. We do, however, reserve the right to edit all news items for length, as well as controversial subjects or anything that may be libelous or slanderous. All fundraisers, thank yous, garage sales, events with a ticket/cover charge, or events that are held by multiple organizations such as Vacation Bible Schools, Revivals, etc. are considered advertising and needs to be a paid advertisement. Email news articles as microsoft word files or in body of email and all photos as jpg files only to the email address above. Deadline to submit is Fridays by 12 noon for consideration.

**NOTICE**
Any erroneous reflection upon the character, standing or reputation of any person, firm or corporation which may happen to appear in the columns of The Waller Times, will gladly be corrected if brought to the attention of the management. All opinions and views of the columnists are not necessarily the views of The Waller Times.

**LETTERS TO THE EDITOR**
We welcome Letters to the Editor, however, all letters must be signed by the author. Upon request, your signature can be withheld from publication. We will not publish unsigned Letters to the Editor. We also reserve the right to edit for length, libelous or slanderous remarks.

**ELECTION SEASON POLICY**
It is the policy of The Waller Times to withhold all election campaign information, including, but not limited to, election campaign events and appearances, during an election season consisting of three months. All electoral candidate information, campaign events, campaign fundraisers, campaign town halls, etc. must be submitted as paid advertisements during the three-month period that precedes an election. Prior to and proceeding election season, we reserve the right to edit all election and candidate news for length, as well as controversial subject matter or anything that may be libelous or slanderous. It is not the policy of The Waller Times to include a free candidate profile at any time. All candidate profiles must be submitted as advertisements unless it is a part of an editorial column or staff article.

**ADVERTISING DISPLAY AND CLASSIFIED WORD ADS**
DISPLAY ADS - (Bordered Ads) are charged at a per column inch rate. Deadline is Fridays by 12 noon.
All Display ads are paid in advance, unless you run on a regular basis with our company.
Personal Ads: 25 words or less $5.25. Any words over 25 is charged at 25¢ a word. Deadline is Fridays by 12 noon.
Business Ads: 25 words or less $5.75. Any words over 25 is charged at 25¢ a word. Deadline is Fridays by 12 noon.
All Classified Word ads are paid in advance, unless you run on a regular basis with our company.
THE CONTENTS OF THIS NEWSPAPER ARE COPYRIGHTED BY THE WALLER TIMES. NO PART OF THE CONTENTS OF THIS NEWSPAPER (EDITORIAL OR ADVERTISING) MAY BE REPRODUCED OR COPIED WITHOUT THE EXPRESS PERMISSION OF THE PUBLISHER. NO EXCEPTIONS!!

---

**Save money on your insurance.**

Auto • Life
Fire • Truck
Commercial
•
Monthly Payments

**Knight Insurance Agency**
Sue Knight Agent
350 Hwy. 290 E #3
Hempstead, Tx.
979-826-3026 • 800-660-3026



FARMERS
Se habla Espanol

# News Briefs

**HISD accepting GATE nominations**
Hempstead ISD is now accepting nominations for students enrolled in Kindergarten for screening and possible placement in the Hempstead ISD Gifted and Talented Program for the Spring 2016 semester. Students may be nominated by administrators, teachers, parents, guardians, themselves or by any other interested person(s). Nomination forms may be found in the main office of the elementary school. Nominations will be accepted through January 29, 2016. For more information, please contact Cindy Jenkins at 979-826-5520 or by e-mail at jenkinsc@hempsteadisd.org.

**Waller County Democrats to meet**
The Waller County Democratic Club meeting will be held on Thursday, January 28, at the Waller County Road & Bridge building, located at 775 Hwy 290 E., in Hempstead at 7 p.m. The 2016 Oath of Office for all Waller County Democratic Club officers will be delivered by Democratic County Executive Committee member Rosa Patlan Harris. For more information, please call 979-645-1664.

**WHS AFJROTC Winter Festival scheduled**
The Waller High School AFJROTC will be holding its Bulldog Blastoff and Winter Festival on January 30, 2016 at the WHS Stadium (visitors side). A rocketry competition is planned as well as many food options, and vendor booths with jewelry, home décor, toys and more. Area residents are encouraged to join in the family fun from 9 a.m. – 1 p.m.

**WISD to hold District Site-Based DCM**
Waller ISD will host a District Site-Based Decision Making Committee Meeting on Wednesday, February 3 at 4 p.m. in the Waller ISD Administration Building Board Room located at 2214 Waller Street. Expedited waivers and a review draft of the school calendar and survey results for the 2016-2017 school year are on the agenda. For more information, call 936-931-3685.

# Waller Police Department activity January 14 - January 20

Waller Police officers responded to 41 calls for service resulting in 10 incident reports. Additional officers completed six motor vehicle accident reports.

On January 14, Officer Zuniga responded to the 1402 block of A Street to investigate a theft. The case was forwarded to the Criminal Investigation Division for further investigation.

On January 14, Officer Zuniga responded to 40900 US 290 to investigate counterfeit money. The case was forwarded to the Criminal Investigation Division for further investigation.

On January 14, Officer Prudente responded to the 30711 block of FM 2920 to investigate a robbery. The case was forwarded to the Criminal Investigation Division for further investigation.

On January 14, Officer Prudente responded to the 1400 block of A Street to investigate an assault. The case was forwarded to the Criminal Investigation Division for further investigation.

On January 14, Sgt. Lopez responded to the 2712 block of Daugherty Street to investigate an assault. The case was forwarded to the Criminal Investigation Division for further investigation.

On January 16, Officer Serges responded to the 1402 block of A Street to investigate a suspicious person. The suspect fled the scene prior to the officers arrival.

On January 16, Officer Serges responded to the 2614 block of Daugherty Street to investigate a burglary of a motor vehicle. The case was forwarded to the Criminal investigation Division for further investigation.

On January 18, Officer Zuniga responded to the 40900 block of US 290 to investigate lost property. The property was recovered and placed into evidence within the Waller Police Department.

On January 18, Officer Zuniga responded to the 40900 block of US 290 to investigate a criminal trespass. A criminal trespass warning was issued to the suspect who was removed from the property.

On January 19, Sgt. Lopez responded to the 31315 block of FM 2920 to investigate a theft. The case was forwarded to the Criminal Investigation Division for further investigation.

## Texas ends 2015 with another month of job growth

Texas employers expanded their payrolls in December with the addition of 24,900 seasonally adjusted nonfarm jobs, marking the tenth month of job increases for Texas in 2015.

"Texas finished 2015 on a strong note in December with employers adding 166,900 jobs over the year across a diverse range of industries," said TWC Chairman Andres Alcantar. "Our state offers many advantages to employers who choose to do business in Texas and we are pleased employers continue to create opportunities for Texas workers."

Texas' seasonally adjusted unemployment rate increased to 4.7 percent in December, up from 4.6 percent in November, and remained below the national average of 5.0 percent.

Professional and Business Services employment surged in December with the addition of 12,500 positions. This marked the industry's largest over-the-month gain since November 2014. The Education and Health Services industry recorded the second largest employment gain over the month in Texas with 7,400 jobs added. This marked 21 consecutive months of growth within the industry and a total of 66,700 jobs added since January 2015.

"Private-sector employment was strong over the year with the overall job growth of 141,300 jobs in December," said TWC Commissioner Representing Employers Ruth R. Hughs. "Texas employers continue to be strong and resilient in providing employment and training opportunities."

The Amarillo Metropolitan Statistical Area (MSA) recorded the month's lowest unemployment rate among Texas MSAs with a non-seasonally adjusted rate of 2.9 percent, followed by the Austin-Round Rock and Lubbock MSAs each with rates of 3.1 percent in December.

## S & N Appliances

Serving the Waller Area for 69 Years!



We Service What We Sell

**936.372.3639**

1118 Smith Street • Waller, TX

**Please Join Us for Ash Wednesday Services at 11:00 a.m. and 7:00 p.m. on Wednesday February 10, 2016**

**Each Wednesday through Lent, we will worship together at 11:00 a.m. and 7:00 p.m. beginning February 17 – March 16, 2016**



## LOCATION Continued from page 1

chapter in Waller County history.

Teed then made an emotional plea to the court, and apologized for not bringing up the issue earlier. In reference to Waller County's voting right's history, Teed asked commissioners to "Tear down this wall."

In response, Commissioner Pct. 2, Klecka, then addressed Teed, stating, "What about Pct. 2? In all fairness, some of my voters have to drive over 10 miles to reach a polling location. Please consider Pct. 2 in future deliberations about the addition of polling locations."

Both Commissioners Amsler and Beckendorf added that the current plan didn't seem to obstruct anyone from voting.

Judge Duhon explained that Teed's original early voting proposal was identical to that used for 2012 voting, but the Democratic and Republican chairs' plan to have only two locations for early voting won approval by the court in December. Commissioners at the time praised party leaders for coming to an agreement.

However, after the two locations were approved, intense opposition to the plan arose from the citizens, and the plan was changed to Teed's original proposal, which was approved by the court on December 23, 2015.

Discussion on whether or not to add the Prairie View campus location continued for two hours. Commissioners supported the idea, but some felt the student center could be difficult to access for seniors, and may not have enough available parking spaces. Also, placing of campaign signage might be problematic, and monitoring such a large facility with enormous crowds poses problems with the ability to properly monitor the poll.

The Republican Party Chair, Wallace Koennig, said, "I have no problem with voting on campus at all. I just worry about parking and accessibility for the citizens."

Tension filled the room as citizens muttered comments and raised their voices in frustration. Some citizens at court expressed their opinion that not having a polling location on campus was "bringing back the poll tax." Others had a different opinion and stated that anyone, elderly or otherwise, can always vote by mail or absentee and that no one is left out of the process.

After more than two hours of deliberation, Commissioner Amsler voted to table the discussion until an agreement was made by concerned parties. "We're getting nowhere," Amsler stated. The motion was seconded by Commissioner Beckendorff.

Further discussion ensued until Amsler demanded a vote on his motion. The motion passed 3-2, with Commissioners Amsler, Beckendorf, and Klecka voting to table the addition of a polling place on the Prairie View A&M campus, and Judge Duhon and Commissioner Barnett voting against the motion.

After the meeting, Judge Duhon made the following statement, "I was disappointed today that the Commissioners Court as a whole was not prepared to extend early voting to the PVAMU campus. It seems everyone agrees that having early voting on campus is a positive measure, but the exact location seems to be an issue. I am prepared to bring back early voting to the Memorial Student Center, as long as the university can assure us that they can address logistical issues such as access, parking, and assisting our older voters, which I believe they are able to do."

Duhon added, "I am comfortable that any voter in Prairie View wanting to vote will have ample opportunity to do so, regardless of their abilities or disabilities."

The addition of a voting location on the Prairie View A&M campus and a final proposal for early voting times has been placed on the agenda for discussion and possible approval for the January 27 meeting of the commissioners court.

## WHS AFJROTC
## BULLDOG BLASTOFF AND WINTER FESTIVAL

**January 30, 2016**
**WHS Stadium (visitors)**

ROCKETRY COMPETITION!
FOOD!
BOOTHS WITH JEWELRY, HOME DÉCOR, TOYS AND MORE!

**FAMILY FUN from 9 to 1**

## Donkey Basketball is Coming to Waller!!!



Craziest show on earth! Good clean family fun. Come out and watch Waller ISD teachers and administrators along with a local leaders and celebrities play some real basketball games while trying to ride a live donkey.

We have some people riding you won't want to miss!

Date: Thursday, February 11, 2016 at 6:00pm

Place: Waller High School Gymnasium

Advance tickets: $8
(available at First National Bank of Bellville and Waller High School)
Tickets at the Door: $10
Kids 5 and under are FREE!

Papa John's Pizza will be there and concessions will be available.

All proceeds will benefit the Waller FFA Booster Club Scholarship Fund.

## HOUSING Continued from page 1

range from $18,000 to $46,000 per family, depending on the number of persons per household. The apartments will range in size from one bedroom, with 780 sq. ft., to a two bedroom with 1080 sq. ft. Rental costs for the one bedroom will run from $300 to $690 for those who qualify for affordable housing, and from $660-$820 for the two bedroom apartment. For those not qualifying for affordable housing, the currently projected rental will be $780 for the one bedroom, and $930 for the two bedroom, although all prices are subject to change when construction is complete.

Carriage Crossing is slated for completion by late summer of 2016.

•••







## TAX TIPS

Happy New Year! As usual, Congress passed new tax laws just before Christmas which were included in the budget bill. This means that tax program writers are busy updating their programs to include these new changes. This will push back when we can begin preparing tax returns until February when we receive the newly updated program. However, we have been reading any available information regarding the law and have included some of these changes below:

- The standard exemption is $3,950 per person while the standard itemized deduction for single or married taxpayers filing separate returns is $9,075; for married is $18,150; and for head of household is $12,950.
- The standard mileage rate deduction for business travel for 2015 is .57 1/2 cents per mile, but has fallen to .54 cents per mile for 2016.
- Children receiving a Form 1099 for the sale of livestock (such as FFA or fair project) must file a tax return and deduct any related expenses.
- Children with income must file a tax return and their investment income will be taxed at the parent's highest tax rate. This applies to children age 18 or younger whether or not they are students and to children who are full time students at least (5) months during the year unless the child's income (excluding scholarships) is greater than 50% of their living expenses.

We are a full service CPA office for personal and business tax purposes. If you have any questions or would be interested in using any of our services, please do not fail to contact us.

**V.L. Snider, P.C.**
Certified Public Accountants
Over 25 Years Experience
Waller Village Shopping Center • 936-931-1315

---

Email all advertising, news briefs, articles and photos to wallertimes@sbcglobal.net.

---

# Hempstead HS Betas advance to Nationals



Kiley Parke and Diana Garcia, members of the Hempstead High School Beta Club, placed in the top three at the Texas Beta Convention and earned their Beta Chapter the invitation to attend the National Beta Convention later this summer. Garcia (right) placed second in Acrylic Painting while Parke (left) captured third in English. *HISD Public Information.*

**By LAURIE BETTIS**
HISD Public Information

Kiley Parke and Diana Garcia, members of the Hempstead High School Beta Club, placed in the top three at the Texas Beta Convention held at the Hyatt Regency in Dallas on January 8-9. Garcia placed second in Acrylic Painting while Parke captured third in English.

By placing in the top three in their events at the state convention, Parke and Garcia have earned their Beta Chapter the invitation to participate in the National Beta Convention in New Orleans later this summer while both girls will compete in the national competition.

Beta promotes the ideals of character, service and leadership. Beta rewards meritorious achievement while encouraging and assisting students to continue their education after high school. Twenty-three high school students participated in this year's state convention and are looking forward to another trip to the national convention.



The Waller Christian Academy boys basketball team is wrapping up their season. These boys came out on top with their first win last week. Coach Richard Gavigan is very happy with their performance on and off the court. They have grown spiritually as a team, as well as in the sport, and have displayed awesome sportsmanship. WCA would like to thank Boys and Girls Country for kindly opening their gym to them and hosting all of their home games. *Submitted photo.*

---

# Business and Professional Directory
## ~ *Place Your Business Here* ~
Call 936-372-5184 • Fax 936-372-5186 • Email wallertimes@sbcglobal.net

---

### #ONE PRO Handyman
**(832) 443-0698**
*1/2 Price of Most Contractors*
- Painting  • Remodeling
- Commercial / Residential

Call 7 Days a Week
FREE Estimates - Phone Quotes Available
Senior Discount

---

### FAB & Co.
*Restoration & Fabication*
**Fidel Alan Banuelos**
Owner/Lead Fabicator
FidelAlanBanuelos.Fab@gmail.com   832-610-0369
Patch Panels • Paint & Body • Custom Metal Work

---

### TEGELER Used Cars
Quality Used Cars at Reasonable Prices
*Tegeler Family Dealerships serving the tri-counties for over 30 years*
Always open on the web at:
**www.tegelerusedcars.com**
**979-826-8100**
Monday - Friday 8:30-6:00 & Saturday 8:30-5:30

---

### Read The Waller Times online at www.thewallertimes.com

---

### Aaron Pool Plastering, Inc.
*Servicing The Pool Industry in Harris & Surrounding Counties*
**Since 1976**
★ Replastering Specialists ★
★ Structural Repairs ★
★ Complete Pool Makeovers ★
John S. Leatherman         Off: (936) 372-1300
Cell: (713) 240-2041       Fax: (936) 372-1300

---

### BENT FORK CONSTRUCTION
*Serving Waller, Grimes and Austin Counties*
**LAND CLEARING, PONDS, PADS, DRIVEWAYS, SIDEWALKS AND PATIOS**
**713-829-5964**
We accept Visa, Mastercard, American Express and Discover cards.

---

### TRACTOR WORK
- Low impact brush clearing
- Grapple bucket debris removal
- Mowing

**LOW COST, FREE ESTIMATE**
Small jobs welcome!
713-702-9422 or 713-702-9424

---

### Williams Business Solutions
Bookkeeping Services • Payroll
Quarterly Tax Preparation • Administrative Services

**Amy G. Williams**
813 12th Street • Hempstead
Phone: 979-826-8000 • Fax: 979-826-3842
www.williamsbussolutions.com

---

### STYERS Construction Co.
CONCRETE CONSTRUCTION
Residential  ★  Commercial
**All Types of Concrete Work**
BULL DOZER ★ BACKHOE ★ MOTOR GRADER
*All Types of Dirt Work*

ODIS STYERS III              Home (979) 826-6791
P. O. Box 557                Mobile (936) 870-5112
Hempstead, TX 77445          Fax (979) 826-8409

---

### BENT FORK CONSTRUCTION
**Materials & Services**
• CRUSHED CONCRETE
• CRUSHED ASPHALT
• CLAY   • SAND
**713-829-5964**
richardvinson@bentforkconstruction.com

---

### Jason McCaffety
**Painting & Construction Service**
Remodeling • Carports • Decks
Roofs • Fencing & Etc.
**Free Estimates**
**281-413-5936** (mobile)

---

### Waller County Feed & Fertilizer
626 Austin St.  *  Hempstead, TX  *  (979) 826-4003
20313 FM 362  *  Waller, TX  *  (936) 372-3466
Feed * Fencing * Health Aides * Tack * Lawn & Garden * Pet Foods & Supplies * Gifts & More

---

### WAYNE'S WORK
*Residential • Commercial*
• Roofing • Siding / Windows • Remodeling • Painting
• Custom Decks • Patio Covers
Handyman and Small Jobs Welcome
Metal Roof Repairs
Mobile Homes
BEST PRICES   FREE ESTIMATES
**Call 713.824.3344**
See us @WaynesWork.Net

---

### MOBILE SOUND
31315 FM 2920 #18 • Waller, TX 77484
(936) 372 -8230 office • (832) 951-8989 cell

U-HAUL                    BOOSTMOBILE
*Authorized Dealer*          DEALER
Truck's, Vans,          FREE PHONE-FREE PHONE.
Trailers, U-BOX            Unlimited Talk & Text
Car Stereo, Speaker's,         T-Mobile, Net10
Amplifiers, In-Dash TV, Navagation  Simple, H2O, Pageplus

---

### Rivenbark Insurance
Travelers • Progressive • Foremost • MetLife
**936-372-5106**
**936-931-9277**
*Auto / Home / Commercial*
31315 FM 2920
Waller, Texas 77484
*Located between Arlan's and Varsity Grill*

# Waller Junior High November PROS



**The November Waller Junior High School Principal's Recognition of Outstanding Students PROS recognition acknowledged 27 outstanding students.** *WISD Public Information.*

**WISD Public Information**

Waller Junior High Principal, Eric Meldahl announced that 27 students received the November Principal's Recognition of Outstanding Students PROS recognition. PROS is an incentive program that recognizes and rewards students who consistently set a good example for their peers by making good choices.

Teachers submit nominations to the principal each week of students who have exhibited leadership qualities in class throughout the month. At the end of the month, the students who were nominated are recognized by the principal and awarded with a personal thank you, an encouraging call home to share with parents the positive behavior displayed at school, a certificate of appreciation, and a coupon for a free slushy at lunch.

The November students that were recognized in this program are sixth-graders: Samuel Barnes, Yaiselis Carballo Monduy, Keaton Gleason, Alan Gonzalez, Katherine Gonzalez, Antonella Jabbour, Fernanda Lara, Kyla Lemon, Chasity Livingston, Claudia Monroe, Israel Rocha, Felipe Soto and Camila Valdez; Seventh-graders Kayli Bennett, Tessa Pettit, Savannah Stowers and Taryn Wilkins; Eighth-graders Bethany Flanagan, Jacqueline Fonseca, Zachary Freshcorn, Anna Gunderson, Mauricio Plaza-Cabello, Dreaneshia Scott, Ariana Seeloff, Erin Stokes, Brianna Thaler and John Williams.

# Waller Junior High December PROS



**The December Waller Junior High School Principal's Recognition of Outstanding Students PROS recognition acknowledged 61 outstanding students.** *WISD Public Information.*

**WISD Public Information**

Waller Junior High Principal, Eric Meldahl announced 61 names of the December Principal's Recognition of Outstanding Students PROS. PROS is an incentive program that recognizes and rewards students who consistently set a good example for their peers by making good choices.

Teachers submit nominations to the principal each week of students who have exhibited leadership qualities in class throughout the month. At the end of the month, the students who were nominated are recognized by the principal and awarded with a personal thank you, an encouraging call home to share with parents the positive behavior displayed at school, a certificate of appreciation, and a coupon for a free slushy at lunch.

See PROS page 6



Cross of Christ Lutheran Church, in Waller, celebrated the dedication of their new multi-purpose/worship building on Sunday, January 17, 2016. This dedication celebration was in thanksgiving to the Lord for a bigger place to worship and praise His holy name. There was a reception that followed the service with more than 200 in attendance. The church's new address is 19361 FM 362 S in Waller. *Submitted photo.*

**New Service**
**Safe - Luxurious Wheelchair Access Transportation**
(Wheelchair plus 2 passengers)
**Diamond Chauffeured Transportation**
**979-921-0154**
*Always hiring quality chauffeurs*

**TEGELER Used Cars of Hempstead**
850 Highway 290 N • Hempstead, Texas 77445
979-826-8100 • www.tegelerusedcars.com

**2014 Sonic LT**
**$15,995**
**205 miles**
*Serving the Tri-Counties over 34 Years*

HAPPY NEW YEAR

**SPECIALTY SERVICES INCLUDE:**
❑ State of the Art Vision and Eye Health Testing
❑ Specialist in Contact Lens Fit and Comfort
❑ Comprehensive Test and Treatment of Eye Disease
❑ We Accept Many Medical and Vision Plans
❑ Large Selection of Frames to Match any Budget and Lifestyle!

The Party Is Over... You don't want to miss seeing 2016

**Waller Family Eyecare**
Tara Bailey, OD
Therapeutic Optometrist/ Glaucoma Specialist
**31315 FM 2920, Suite 19 • Waller, TX 77484**
*(Next Door to Harlans Grocery)*
Phone 936-372-3644 • Fax 936-372-3243
www.wallerfamilyeyecare.com
*Proud to be your LOCAL eye care experts for over 9 years.*

## The "Poor" Giver



Anne Frank, the famous Jewish girl who journaled her thoughts while hiding during WWII, once wrote *"No one has ever become poor by giving"*. What she wrote was not a new teaching:

*"Give, and it will be given to you. A good measure, pressed down, shaken together and running over, will be poured into your lap. For with the measure you use, it will be measured to you." (Luke 6:38)*

God's promise here is not a blanket promise for unconditional wealth as we give, but a depiction of what it looks like when we cultivate a generous heart.

December is traditionally the month of record giving to charities. Filled with warm hearts of Christmas cheer, Americans open their purse strings and dig deep to get a child a gift, to save the stray pets, or to help the homeless. But what happens in January? Americans reel back from holiday overeating and overspending and return to routine. But what about *you*?

What if in 2016 we gave more intentionally and generously? What if we decided to give to others in need as often as we thought of our own needs, blessing others as *we* have been blessed?! What would happen if every time I heard my stomach growl, I set aside groceries to take to the food bank? What if next time I am tempted to get the latest iPhone, I instead wrote a check to provide solar-powered audio Bibles for the illiterate in remote Papua, New Guinea? (It's real. They are called "GodPods," by the way![1]) You don't need to be a millionaire to do this! In fact, credible studies reveal that with few exceptions, the less you earn, the more likely you are to be generous with your earnings.[2] There are countless opportunities for each of us (rich or poor) to cultivate generous hearts.

Last year around this time, for the first time in my life, someone I did not know very well gave me a huge gift that I would have great difficulty repaying: *a brand-new vehicle*. I resisted. They insisted. They discovered that mine was dying and had compassion. I will never forget their response. This person said "I regret that I am not giving more. I am giving out of my abundance, my overflow. It is not a sacrificial gift!" I reassured them to not lose sleep over it, that they were blessing my family and ministry more than they could imagine! But that is the heart of God…He cannot give enough!

Will you make it your aim to bless others this year? Will you endeavor to bless as you have been blessed? Your joy will over flow, because:

*"He who sows sparingly will also reap sparingly, and he who sows bountifully will also reap bountifully. So let each one give as he purposes in his heart, not grudgingly or of necessity; for God loves a cheerful giver." (II Corinthians 9:6-7)*

[1] http://www.itiswritten.com/support-godpod
[2] http://nccs.urban.org/nccs/statistics/Charitable-Giving-in-America-Some-Facts-and-Figures.cfm

*Travis Patterson is the pastor of the Waller Seventh-day Adventist Church on Hamilton St.*


**EDMONDS Insurance**
Insurance for all your needs:
Personal ☆ Home ☆ Auto ☆ Business
**We Specialize in insuring Rural Property**

   
   

**Waller Office**
1202 Alliance Street
936-372-9122

www.edmondsins.com

**Hempstead Office**
845 12th Street
979-826-9300

# Powerlifters qualifies for regional at first meet

**By LAURIE BETTIS**
**HISD Public Information**

After competing at the Buffalo Invitational Meet in Florence on Thursday, January 14, Hempstead Powerlifters are off to a great start.

Jas'Lyn Glover, a junior at Hempstead High School who qualified for state last year as a sophomore, qualified for this year's regional competition during her first powerlifting meet of the season. With a total combined lift of 810 pounds, Glover placed first in the Girls 181 Class, recording an incredible 355 pound dead lift along with a 300 pound squat lift and a 155 bench lift to qualify for the regional competition in March.

In other girls action, junior Jessica Harvey captured first in the Girls 114 Class with a total lift of 450 pounds (squat 175, bench 75 and dead lift 200).

In boys competition, junior Vaughn Morris placed second in the Boys 181 Class while junior Michael Rodgers took sixth in the 220 Class and freshman Jaime Lopez placed seventh in the 220 Class. Morris finished with a total combined lift of 1075 pounds (squat 405, bench 245 and dead lift 425); Rodgers with a total combined lift of 1060 pounds (squat 360, bench 250 and dead lift 450) and Lopez with a total combined lift of 1000 pounds (squat 360, bench 205 and dead lift 435).

## PROS Continued from page 5

The December students that were recognized in this program are sixth-graders: Samuel Barnes, Haley Brown, Juan Bustamante, Mario De La Rosa, Keaton Gleason, William Jackson, Erin Hicks, Chloe Lewis, Chasity Livingston, Roselyn Martinez, Tony Matthews, Jennifer Morales, Daleyla Ortega, Garrett Reynolds, Reanna Rosalez, Luis Rosario, Christian Smith and Adrianna Valdez; seventh-graders: Riley Barnes, Julie Facundo, Debany Gonzalez, Kierra Green, Siarha Hanks, Zak Henson, Cole Holladay, Janae Jefferson, Julian Juarez, Jeremiah Lange, Marvin Lewis, Oziel Longoria, William Misak, Jennifer Pacheco, Antonio Pascual, Jason Perry, Alonzo Porter, Devontrae Ramirez, Jaqueline Rodriguez, David Romero, Daisy Romero, Lupita Sanabrie, Roxanne Tank, Taniya Thomas, Isabel Valdez, Hayley Vargas, Nicholes Vera Cruz, Cesar Villa, and Ya Shaunti Wilson; eighth-graders: Kayla Abreu, Keylin Humphrey, Joshua Lopez, Iveth Martinez, Brooke Peetz, Anthony Ramirez, Juana Rodriguez, Laura Ruiz, Paola Sanchez, Alexandria Thompson, Carlos Trevino, Erin Stokes, Leonzo Villarreal and John Williams.



**Three Hempstead Powerlifters brought home medals from their first meet of the year. Jas'Lyn Glover (right) finished first in her weight division and qualified for regional. Jessica Harvey (left) finished first in her weight division and Vaughn Morris (center) finished second in his weight division.** *HISD Public Information.*

## Horse club competes at Montgomery County

On December 5, the Waller County 4-H Horse Judging Team attended the Montgomery County Horse Judging competition.

The Junior team consisting of Sarah McFarlane, Ethan Jorn, Erin Stokes, and Alison McCurdy won three team awards for fourth place halter team, fifth place performance team, and fifth place overall team.

Stokes also won fourth place over all junior individual reasons. McFarlane won 4th overall individual performance, 7th overall individual halter, 1st overall individual reasons, and 2nd overall individual junior. Madyson Guidry won an individual award for 10th overall senior reasons.



**The Waller County 4-H Horse Judging Team attended the Montgomery County Horse Judging competition on December 5. Shown is (l-r) Sarah McFarlane, Alison McCurdy, Erin Stokes, Ethan Jorn, Madyson Guidry, and Alyssa Moellers.** *Submitted photo.*

## Obituary

### LIVINGSTON



Richard (Dick) Livingston, Sr., age 78, of Waller, Texas, went to be with our Lord on Friday, January 15, 2016 at the VA hospital in Temple, Texas.

Livingston was born in Monticello, Illinois on July 23, 1937 to Raymon and Barbara Livingston. Dick grew up on his family's dairy farm in Imboden, Arkansas. When he finished school he went to Oswego, IL to work at Cat¬erpiller Tractor Co. Oswego is where he met his wife, Mary Lou Kindelberger. They married in 1960 and recently celebrated 55 years of marriage and family.

He was preceded in death by his parents, Raymon and Barbara Livingston, his brother Jacob "Blake", two sisters, Patricia Livingston and Lawanda Roberts, and his daughter, Tracie Lea Livingston Waddell.

He is survived by his wife, Mary Lou, son Richard "Rick" Livingston, Jr., of Willis, Texas, daughter Jayme Case and family of Etowah, NC, son Christopher Livingston and wife Christine of Galveston, Texas, grandson Lance Wad¬dell of Smiley, Texas, granddaughter Taylor Waddell of Murfreesboro, TN, granddaughter Mary Michelle "Miki" Livingston of Huntsville, Texas, grandson Walker Case and granddaughter Tyler, of Etowah NC, and many loved nieces and nephews.

Livingston spent most of his life as a builder. In his retirement, he sold flags and flagpoles from his home in Waller.

His family and friends will greatly miss his honesty, strength and friendship. A Memorial service will be held on January 30, 2016 at First United Methodist Church of Hempstead at 11 a.m.





# CALL COLDWELL BANKER PROPERTIES UNLIMITED

**936-372-3011 • From Houston Call Toll Free - Metro 936-931-3011**

www.wallertexasrealestate.com

**HUD Certified Broker**




COLT HAACK - Broker/Owner ★ Denise Cerny ★ Katy Collette ★ Bob Freshcorn
★ Rowdy Haack ★ Melissa Hegemeyer ★ Mark McLafferty ★ Crystal Mielke
★ Anett Mier ★ Connie Mundy ★ Kenneth Murphy ★ Terri McNeill ★ Travis Winfree




## Buying or Selling…..Call Us!!

*Open 6 Days a Week & Sunday by appointment*



44485 Great starter home, 3-2-1 with recent flooring, close to schools .................................................................$129,500



4479 4-3-2 Brick home on 2 acres, beautiful trees, pond, two fireplaces, fenced......................................................$235,000



4452 3-3.1-3 Ranch style home with circle drive, fruit trees, workshop, cross fenced, recent roof, ag exempt........................$474,900



4349 388 Acres, rail fencing, stables, 8 acre lake, irrigated hay field, tennis courts, main home shaded by majestic oaks...PENDING..$4,225,000



4471 3-2 Brick home in wonderful country setting, pens, barn perfect for 4H or FFA project, carport and large deck for entertaining.................................................................$210,000



4449 Commercial building on 2 acres with Hwy frontage, all equipment included..........................................$495,000

### SINGLE FAMILY RESIDENCE

4359 1-1-1 Brick home in Hempstead......................................................$69,000

4391 5 Small homes on 3 city lots, investment potential ..........................$250,000

4441 3-2.1/2 Two story home on two and a half acres with mature trees, large island kitchen, gated entrance ................................................................$495,000

44485 Great starter home, 3-2-1 with recent flooring, close to schools .................................$129,500

### COUNTRY HOMES AND ACREAGE

4088 80 Acres, barns, storage shed, lake, beautiful land .......................$2,258,760

4267 9 Acres, FM 2920 frontage, excellent development location .........$1,300,000

4275 9+ Acres, Tomball area, ag exempt, FM 2920 frontage...................$750,000

4276 318 Acres, Peek Rd in Katy, excellent location........................$11,130,000

4309 Three lots with city utilities, curbs, close to schools and shopping ..$35,000

4349 388 Acres, rail fencing, stables, 8 acre lake, irrigated hay field, tennis courts, main home shaded by majestic oaks ....................................PENDING...$4,225,000

4360 Corner lot in city with utilities.............................................................$4,500

4374 10 Acres in subdivision, deed restrictions, Waller ISD...................$435,600

4386 160 Acres with lots of frontage, water well, FM frontage, could be divided ...........$2,486,820

4411 Lots in City of Waller, corner property, scattered trees, recently cleared .........$27,900

4421 Beautiful 97 acres, brick home, barn, pond, scattered trees, close to Hwy. 290.......$2,764,500

4435 4-3-2 75 Acres, large scattered oaks, ag exempt, community water available ............$1,027,000

4448 40 Acres, Hwy 290 visible frontage, currently in ag use.............$1,408,400

4449 4-Commercial building on 2 acres with Hwy frontage, all equipment included............$495,000

### COUNTRY HOMES AND ACREAGE

4451 42.5 Acres, scattered trees, corner property, can be divided.........................................$638,640

4452 3-3.1-3 Ranch style home with circle drive, fruit trees, workshop, cross fenced, recent roof, ag exempt ......................................................................................................................$474,900

4455 11+ Acres, heavily wooded, secluded, lots of wildlife, Waller ISD .............................$143,712

4464 15 Rolling acres with pond, main home has many updates, above ground pool and hot tub, 2 additional homes for rental income .........................................................................................$575,000

4470 3 + Acres, FM frontage, Brookshire area, unrestricted.................................................$124,990

4471 3-2 Brick home in wonderful country setting, pens, barn perfect for 4H or FFA project, carport and large deck for entertaining...........................................................................................$210,000

4472 Commercial or residential, Hwy 6 frontage, 7 acres, with manufactured home, 2 storage buildings, 2 car carport, unrestricted........................................................................................$219,000

4473 3-2.1-2 2 Story home with wrap around porch, oversized garage, barn with rollup doors and bunkhouse, seasonal creek, plenty of wildlife, beautiful large trees, secluded on 17 + acres.....$589,900

4474 34 Acres with frontage on 2 sides, live creek, pond, 6 stall horse barn with tack room and wash rack, 2 septic systems and a well .............................................................................................$597,500

4477 3-2.1-2 4 Acres great for commercial development, FM 2920 frontage .....................$958,320

4478 2 Acres, unrestricted, well and septic in place, community water also available, FM frontage..................................................................................................................................$79,500

4479 4-3-2 Brick home on 2 acres, beautiful trees, pond, two fireplaces, fenced ...................$235,000

**BUYING OR SELLING LET COLDWELL BANKER PROPERTIES UNLIMITED HELP YOU!!**



31315 FM 2920 #24 Waller, Texas

# "The Waller Times" Classifieds

Call 936-372-5184 today to place your Classified Word ad or Classified Display.
Visa, Master Card, American Express, Discover accepted.

## LEGAL / PUBLIC NOTICES

### NOTICE TO VENDORS

The Waller Independent School District requests bids for Telecommunications, Internet Access Services and Internal Connections.

Sealed bids addressed to Waller ISD, Attn: Rosa Ojeda, will be received in the Technology Building at 1914 Key Street, Waller, Texas 77484 until:

WEDNESDAY, FEBRUARY 24, 2016 – 4:00 PM

Waller Independent School District reserves the right to reject any or all bids and to accept any bids deemed most advantageous to the district, and to waive any informalities and minor irregularities in proposals received.

Additional information may be obtained at www.crwconsulting.com/rfp.

### Public Notice

Waller ISD voters approved $ 71,320,000 in school building bonds on November 3, 2015.  The District plans to sell those bonds (plus some refunding bonds for debt service savings) **on or about** February 17, 2016.  Interest rates are at historical lows, which is of great benefit to the District and its taxpayers.  Yields on the bonds are expected to be approximately:

| Year | Yield |
|------|-------|
| 2020 | 1.04% |
| 2025 | 1.80% |
| 2030 | 2.28% |
| 2040 | 2.81% |

If you have any interest in purchasing some of the District's bonds, the District has given the highest priority to local residents and taxpayers. **Please contact your broker, your bank or our senior managing underwriter directly at:**

**WELLS FARGO ADVISORS**
909 FANNIN STREET, SUITE 1200
HOUSTON, TX 77010
Phone: (713) 853-2200
Toll Free: (800) 231-0983

## FOR LEASE

**SHADY OAKS APARTMENTS.** Senior community 55+. Affordable living. Colorado Valley Transit route. Laundry on site. Call 936-857-5511. 10tc3/30

### COMMERCIAL FOR LEASE

**SMALL OFFICE BUILDING FOR LEASE**
2319 Main Street
Downtown Waller
Recently Remodeled
Historic Barber Shop Building
**Call 281-897-1119**

### FOR SALE

**For Sale By Owner**
2 Bedroom, 1 bath
Nice brick home on large lot. New AC unit.
In Waller City limits.
Shown by appointment.
Serious inquires please.
281-638-1352

**Call to place classified ads**
**936-372-5184**

### FOR LEASE

**Modern 2 bedroom**
City of Waller (near Waller Jr. High)
Appliances. Fenced yard.
Credit check / References.
2 year Lease. $850 month + deposit.
**Call 936-931-2429**

### NOW LEASING

• **Duplexs**
• **Rooms**
*Free Wi-Fi*

**The Meadows At Prairie View**
23171 Richards Rd • Hempstead, Texas 77445
www.meadowsatprairieview.com
**936-857-9113**

### LEANING OAKS MOBILE HOME PARK
2 Bedrooms  2 Bath
No pets
$620 Month • $400 Deposit
**Call 936-931-5111**

## HELP WANTED

**CAJUN READY MIX, LTD** is now taking applications for professional and qualified Truck Drivers. Drivers need 2+ years experience, class B CDL or better, clean driving record, and be 23 years & above. Pre-employment DOT drug test and physical required. Benefits: Paid holiday's & vacation, health insurance, company match 401K, long/short term disability insurance, uniforms. 50-60 hours weekly & you're home every night! Apply in person M-F, 8-4 at 12691 FM 149 Rd, Montgomery TX 77316. 4tc2/10

**CLASSIFIEDS**
**936.372.5184**

### HELP WANTED
**Accountant:**  Part-time, must be able to organize invoices and all paper work. Must be able to get taxes ready. Small body shop, clean office atmosphere.
Call Alan at 832-610-0369 and leave message or Kenny at 713-416-4894 and leave message.

**SSC Services Solution Custodial Department**
Prairie View, Texas (Physical Plant)
We are seeking hard working individuals looking for a job in a fast paced environment.
Job Hours: Varies
Age requirements: 18 years or older
For Questions: please call 936-261-9703

### NASH MECHANICAL CONTRACTORS INC.
**AC TECHNICIAN**
- Great pay with experience
- Year round work
- Must have 5+ years experience and pass employment screening
Call us!  713-460-5253

### HELP WANTED
**ROLL-OFF TRUCK DRIVER**
**Class A or B CDL**

Please call Action Roll-Off
at 979-826-2815 or email
contactus@actionrolloffs.com

**NOW HIRING!** QuestSpecialty in Brenham, TX seeks the following qualified individuals:
CONSTRUCTION MAINTENANCE with an emphasis in CARPENTRY, PAINTING, PLUMBING, DRYWALL, TRIM,  WELDING AND ELECTRICAL starting at $13/hr DOE,
a LINE MECHANIC  starting at $12/hr, AM Shift
QC Tech starting at $14/hr, AM and PM shift
AEROSOL LINE PERSONNEL starting at $9/hr, and a MIXER/PRODUCT FORMULATOR.
All positions are full-time and offer benefits including medical, dental, vision and 401K. Job descriptions and additional info is listed on website at www.questspecialty.com, click on employment tab. Please apply online or in person  at 2001 E. Tom Green, Brenham, TX. No phone calls please.

## AUCTION

### EQUIPMENT AUCTION
**Saturday, January 30    10 am**
1036 S FM 331 **Sealy**, Texas

Tractors ★ Farm Implements
Construction Equipment
Hay Equipment ★ Autos & Trailers
Shop Equipment ★ Miscellaneous

10% BP on Items $1000 or Less

 **Mark Switzer** Land & Auction Services  TXS #7342

Buying or Selling – Call Today!
**979-885-2400**
www.switzerauction.net

## AUTO FOR SALE

**FOR SALE**
**2001 Cadillac Eldorado**
Call 713-366-2908

### DOGS & PETS

**HAPPY JACK** mange medicine promotes healing and hairgrowth to any mange, hot spot, ringworm on dogs and horses. *Haney Feed* (936-372-3652). (kennelvax.com) 4tc2/3

## REAL ESTATE

# AMSLER
### AND ASSOCIATES

Phone: (936) 931-5356          **REAL ESTATE**          Fax:  (936) 372-5307

**JOHN A. AMSLER - BROKER**
**SALES ASSOCIATES**
Connie Amsler, Sherry Whiteley, Cindy Ochsner

### REAL ESTATE FOR SALE

**ACREAGE AND LOTS**

**12.558 wooded acres** to build your new home or enjoy outdoor life on the weekend. Partially fenced with nice homes in the area................................................**ASKING**....**$215,000**

**1.501 wooded acres** in upscale subdivision in Waller County. Park, lakes, tennis, swimming pool, basketball court & volleyball. Restricted....................**SOLD**......**$39,900**

**14.94 acres** unrestricted and ag exempt. Property has house in need of TLC and another house which was moved unto the property being refurbished. Property is being sold as is condition.......................**SOLD**...**$334,900**

**HOMES READY FOR YOU**

**3/2 home** in Grimes County with a 2 car attached garage with workshop and drive thru door. Home is a 2 story with 2 bedrooms up and the master down stairs. Navasota ISD with quick access to FM 1774 / Hwy 105............................................**SOLD**.....**$119,900**

**3/2 home** on 2 city lots with a large living/dinning area, a converted garage and a workshop. Location provides quick access to Highway 290 and puts the owner is less than a hour driving distance to Brenham, Navasota, College Station or Cypress. Close to shopping and schools. HISD...............**REDUCED**.....**$120,000**

**HOMES READY FOR YOU**

**3/2 home** in City of Hempstead with limestone exterior, 2 car garage, corner lot...............................................**PENDING**......**$164,900**

**New on the Market!** 4/2 Ranch style home on 1.652 acres in Hockley area. Inside of home features rustic cedar board accents, ceramic tile flooring, utility room in home, and a large master bedroom with master bath. Property is fenced and cross fenced. ...................................**ASKING**.......**$189,000**

### FIND US HERE!



*List Your Property With Us!*
*We Deliver Qualified Buyers!*

*In The Spotlight*



**3/2 home on 2 city lots with a large living/dinning area, a converted 1-car garage, and a workshop. Property has beautiful mature oak trees, flower beds, concrete patio, partially fenced in the front and a chain link fence in the back. Location provides quick access to Highway 290 and puts the owner is less than a hour driving distance to Brenham, Navasota, College Station, or Cypress. Close to shopping and schools. Hempstead ISD schools. Home needs a little TLC.....REDUCED...$120,000**



**New on the Market! 4/2 Ranch style cedar home situated on 1.652 acres that provides plenty of room for the kids to play and raise livestock for 4-H projects. Property is fully fenced with scattered trees. Inside of home features rustic cedar decor and the sellers have remodeled to add a large master bedroom with master bath, and a game room and bedroom upstairs. Great home for the family wanting to move to a rural area and experience country living. Property is in Waller ISD with quick access to FM 1488. Take a look!......PRICE REDUCED...$189,000**

**Serving Buyers and Sellers in Waller, Grimes, Harris and Montgomery Counties**
30717 FM 1488 @ Field Store Community  •  Waller, Texas 77484  •  Call us or visit us online at www.amsllerrealestate.net

# "The Waller Times" Classifieds

Call 936-372-5184 today to place your Classified Word ad or Classified Display.
Visa, Master Card, American Express, Discover accepted.

## HELP WANTED

**Footprints in the Sand Learning Center** (Christian owned and operated) Now hiring both full and part-time dependable, energetic, and loving individuals. Previous childcare experience is preferred. Applicants must be certified in First Aid and CPR within 90 days of hire date. We can assist if needed. Benefits include, paid holidays after the 90 day probation period. Full time employees will receive one week of paid vacation after one year of service. Starting pay depends on previous experience. Please call (979) 826-3487 or send resume to communications@footprintsinthesandlc.com.

**Septic System Technician**
Repair and Install septic systems.
Dirty job, lots of driving and hard work.
$12.00 per hour.
Call 281-858-1553
Call Classifieds
936-372-5184

Place your advertising in the classifieds. Email to wallertimes@sbcglobal.net

**HIRING HEAVY EQUIPMENT OPERATORS**
Tractor with Pull Scraper, Bulldozer, and Trackhoe.
Experience is a plus, but training is available.
FREE medical insurance, uniforms, retirement, and bonuses.
Call 979-865-5941

**ADMINISTRATIVE ASSISTANT**
Waller based plastic recycling company is seeking out an Administrative Assistant. Must be organized, dependable and have the ability to multitask. Must be proficient in Microsoft Office. 3-5 years' experience is required.
Please apply in person or submit resume.
800-654-3145.

## SERVICES

★ Refinishing ★
Upholstery
Recanning
Lamp Repair & Parts
**936-931-2951**
Blue Bonnet Antiques

**MOWING SERVICES**
*Self-employed*
Weed eating, mowing
Starting at $30.00 per lot
Call 832-600-2173
Thomas

**TAX SERVICE**
Call
936-463-3407
713-366-2908

Call Classifieds at 936-372-5184 or email wallertimes@sbcglobal.net

---

# WALLER COUNTY LAND COMPANY

*Specializing in Waller County Real Estate For Over 30 Years*

**TIM PHELAN, BROKER:** Associates: Melinda DeGroot, Rendy Elizalde, Roger Frey, Gary Friedel, Don Garrett, David Henke, Marie Herndon, Debbie Jones, Danielle Killian, Ann Kulhanek, Alicia Martinez, Ray Miller

**2 Locations to Serve You Better!**
WALLER          HEMPSTEAD
(936) 372-9181   (979) 826-4133
WallerCountyLand.com

## ACREAGE

**SMALL ACREAGE:** Many tracts to choose from ..........................CALL OR GO ONLINE............FOR DETAILS
**10 ACRES:** Wooded tract in scenic North Waller County. Lightly restricted with community water. Waller ISD.........**$13,500/ac.**
**10 ACRES:** Unrestricted & to be surveyed out of larger parcel. Fronts FM 1488 - perfect for your home or business!...............................................................................................................................................**PENDING**.....**$15,000/ac.**
**15.88 ACRES:** Quiet location in North Waller county, great for a new home site or for cows or horses. Access from Mellman Road ........................................................................................................................................................................................**$17,512/ac.**
**16.44 ACRES:** Wide open land and unrestricted! Perfect for whatever your heart desires! Overlooks high-fenced exotic game ranch and picturesque countryside. Fenced on 3 sides. Ready for cattle, recreation or your new homesite!..................**$25,000/ac.**
**21 ACRES:** Ag-exempt property on Old Joseph road. Quiet, secluded and heavily-wooded - a perfect retreat! ...........**$16,000/ac.**
**27.34 ACRES:** Unrestricted acreage in Sealy, just south of I-10 on FM 3013. Electricity, well, septic & 2 ponds on property. Ag exempt...........................................................................................................................................................................**$15,500/ac.**
**30.63 ACRES:** Great commercial potential. 82' frontage on US 290. Next to Motel & Gas Station/Convenience store in Hempstead. City water available. 2 ponds, water well & septic next to mobile home site ........................................**$39,176/ac.**
**36 ACRES:** in north Waller County. Pond, large trees & choice homesites. Unrestricted.............................................**$11,000/ac.**
**40.9 ACRES:** Near Hempstead. Unrestricted. More acreage available  ....................................................................**$9,500/ac.**
**50.25 ACRES:** Near Hempstead. Unrestricted. More acreage available ...................................................................**$9,500/ac.**
**88 ACRES:** Great investment/commercial potential! Located 1 mile from 290. Existing infrastructure includes 6BR brick home w/pool, large shop with office, storage bldgs, walk-in cooler, well & septic, tree-lined asphalt driveway, chain link security fence on 3 sides. Ready for development!...........................................**$2,650,000/ac.**
**144 ACRES:** Organic Farm. Rolling, unrestricted, 4 ponds, 3 barns & working pens............................................**$10,500/ac.**

## HOMES

**HEMPSTEAD:** 3/2 with new carpet, paint and mini-blinds! Lots of windows make this one light and bright! Just a few blocks from Business 290, close to shopping! ...........................................................................................................**$67,900**
**LAKESIDE ESTATES:** Manufactured home sits on 0.34 acres right across from lake! 2-bedroom, 2-bath home with living room, den and addition. Also has 2-car carport and large front yard with lake view! ....................................................**$70,000**
**PRAIRIE VIEW:** 3 bedroom, 2 bath, well-maintained home complete with attached 2-car garage, built-ins and fireplace in living room...................................................................................................................................................................**$130,000**
**OAK HOLLOW:** Beautifully kept home in Oak Hollow subdivision featuring many upgrades including wood burning fireplace, large kitchen, 4 bedrooms, 2 full size bathroom and office with built ins! Extra large lot adds to this beauty! ......**$135,000**
**COUNTRY ESCAPE:** 1,200 sq. ft. 1-1 home on 3.3 acres. Nicely landscaped with covered front porch, deck, hot tub and large workshop..........................................................................................................**PRICE REDUCED**...........**$160,000**
**WEST MAGNOLIA FOREST:** One-year old 2/2 mfg home on 2.5 landscaped acres! 40x47 metal garage with roll-up doors & plumbing! Stocked pond with catfish & perch, raised garden area, citrus trees, fenced & oak trees! ......................**$185,000**
**PRAIRIE VIEW:** 3-bedroom, 2-bath brick & wood home. Isolated living room, large family room with fireplace, sun room, large master bedroom, island cooktop in kitchen, double car attached garage, utility room & lots of storage. Fenced backyard............**$185,000**
**RICE ROAD:** Recently updated home with new roof, flooring, fresh paint and light fixtures. 4 unrestricted acres with workshop and lots of trees! .........................................................................................................................................**$195,000**
**WALLER COUNTY CLUB:** Beautifully updated 4-bedroom, 2.5-bath home complete with 40x40 airplane hangar! New septic pump, fresh paint, new flooring, completely overhauled bathrooms & closets, immaculate kitchen, the list of upgrades is lengthy!.................................................................................................................................**PENDING**........**$245,000**
**WALLER COUNTY CLUB:** Beautiful home on 3 lots! This home features updated kitchen, extra large laundry, 2-car garage with workshop, screened-in porch and large oak trees................................................................**PENDING**........**$250,000**
**LOG CABIN:** Beautiful log cabin that you must see to appreciate. Constructed using 8"D-logs of white pine - home is well insulated. Low utilities & taxes. Large wood burning fireplace. A/C replaced 2 yrs. ago. High ceilings. Beautiful wood floors. Huge metal constructed shop - well insulated w/ full bath and roll up doors.............................................................**$298,000**
**HOME WITH ACREAGE:** Beautiful country home on 2 acres with light restrictions. Pasture in front and behind home for extra privacy and awesome sunrises and sunsets! Lovely pool to enjoy all those hot Texas days along with oversized patio to entertain on .................................................................................................................................................$315,000
**MONAVILLE RANCH:** Scattered hardwoods, 2 ponds, branch to Irons Creek, rolling terrain makes this 12.5 acres a beautiful country property! Two manufactured homes, a cowboy cabin, several outbuildings, barn, fishing pier, large covered deck with hot tub ....................................................................................................................................................**$400,000**
**BAETHE ESTATES:** New home under construction in new development just 4 miles south of Downtown Waller! 2,693 sq. ft., 4-bedroom, 2.5 bath on 3 acres! Scheduled completion of April 1! Five additional homes (prices vary) on neighboring lots soon to follow - contract now to work with builder on finishes in home!..................................................................**$415,000**
**COUNTRY ESTATE:** These 3 acres are full of gorgeous hardwoods & park-like scenery. Custom features throughout 4,176 sq. ft. home, 5-4.5-3, back patio, chefs kitchen, crown molding, coffered ceilings, hardwood floors. Enjoy the fireplace, whirlpool tub and granite counter with vanity in your master suite!......................................................................................**$510,000**
**HEMPSTEAD ESTATE:** 4-BR, 2-Bath home on 9.5 unrestricted acres with huge oak trees! 2-story 30x40 barn with septic, well and roll-up doors. Front/Back porches, garden area, fenced backyard and more! ................................................**$550,000**
**HOCKLEY ESTATE:** 25-acre property boasts 2 homes with room to grow! 1/4 mile driveway offers great privacy. Home #1 is barndominium constructed in 2012 with countless amenities. Home #2 is a 2015 manufactured 3-bedroom, 2-bath.....**$850,000**
**67 ACRE ESTATE:** Tucked away in the woods just beyond the city enjoy serenity with a view. Custom home built with attention to detail, deep large porches on all 4 sides provides max outdoor living space, beautiful stone and wood work, huge master with fireplace and sitting area, 20' cathedral ceiling in living room, quality wood & slate floors, standing seam metal roof, oversize 3-car carport, landscaping with irrigation system. Low taxes as wildlife exempt in place............................................**$1,250,000**
**183 ACRE RANCH:** Slightly rolling terrain, open pastures & hay meadows with mature trees & heavily-wooded areas. This beautiful property includes 2 homes with 3 bedrooms & 2 bathrooms each with amazing porches! Great for entertaining, hunting, horseback riding, 4-wheeling & shooting. Perimeter fenced w/ag & timber exemption ..............................**$2,800,000**

## MULTI-FAMILY

**Prairie View Duplex:** 2 1-bedroom units, screened-in front porch, ideal student housing, excellent location for future development, in need of "TLC"....................................................................................................................**$88,000**
**TOWNHOMES:** 5-Unit townhome building in Prairie View. Each unit is a 2-2. Located less than 1 mile from Prairie View A & M campus. Built in 2009 on 1 acre with paved parking.....................................................................................**$475,000**

## COMMERCIAL - INVESTMENT

**WALLER RENTAL:** Great office building for professional, retail or medical use! This 1,300 sq ft space holds 4 "exam" rooms, reception desk/window, waiting room, break room/kitchen and 2 bathrooms. Signage opportunities available on building and at road frontage!...........................................................................................................................................**$900/mo.**
**1.5 ACRES:** Just 1 block north of I-10 in Brookshire. Zoned commercial.....................................................**$1.95/sq. ft.**
**30 ACRES:** Commercial corner on Kickapoo right off US Hwy 290. Freeway on/off ramps on east & west side of intersection for easy access ..........................................................................................................................................**$2.00/sq. ft.**



**BAETHE ESTATES:** New home under construction in new development just 4 miles south of Downtown Waller! 2,693 sq. ft., 4-bedroom, 2.5 bath on 3 acres! Scheduled completion of April 1! Five additional homes (prices vary) on neighboring lots soon to follow - contract now to work with builder on finishes in home!..................................................**$415,000**



**HEMPSTEAD ESTATE:** 4-BR, 2-Bath home on 9.5 unrestricted acres with huge oak trees! 2-story 30x40 barn with septic, well and roll-up doors. Front/Back porches, garden area, fenced backyard and more!.....................................$550,000



**MONAVILLE RANCH:** Scattered hardwoods, 2 ponds, branch to Irons Creek, rolling terrain makes this 12.5 acres a beautiful country property! Two manufactured homes, a cowboy cabin, several outbuildings, barn, fishing pier, large covered deck with hot tub...............................**$400,000**

## COMMERCIAL - INVESTMENT

**30.63 ACRES:** Great commercial potential. 82' frontage on US 290. Next to Motel & Gas Station/Convenience store in Hempstead. City water available. 2 ponds, water well & septic next to mobile home site................................................**$39,176/ac.**
**HEMPSTEAD:** Investment opportunity - 8 houses on 8 lots. Must be sold together. All but one is currently leased...**$364,430**
**WALLER:** 0.982 acres with three steel-frame buildings totaling 8,840 sq. ft plus a 3-bedroom, 2-bath residence with fenced yard! 16-camera security system, city utilities, no flood plain and 3-phase electric.........................................................**$595,000**
**HEMPSTEAD:** Established & successful ballroom/reception hall. On 11.3 acres in Hempstead. Beautifully finished. Furnished with everything you need – set up w/bookings & ready to go.................................................................**$1,299,000**
**88 ACRES:** Great investment/commercial potential! Located 1 mile from 290. Existing infrastructure includes 6BR brick home w/pool, large shop with office, storage bldgs, walk-in cooler, well & septic, tree-lined asphalt driveway, chain link security fence on 3 sides. Ready for development!.....................................................................**$2,650,000**

# Waller FFA members hold annual progress show

**WISD Public Information**

On Saturday, January 16, 89 members of the Waller FFA Chapter participated in the annual Waller FFA Progress Show at the Waller County Fairgrounds. Students showed off their hard work and dedication through the exhibition of steers, heifers, swine, goats and lambs. Waller FFA winners in each species are as follows: Champion Swine Showman, Haeden Snapp; Champion Lamb Showman, Richard Bremer; Champion Goat Showman, Jacob Franz; Champion Cattle Showman, Kimberlee Davis. The Waller FFA chapter was thankful for all of those in attendance, as well as the individuals that lent a hand throughout the day to make the show a success. Waller FFA is proud of all of the returning and new members that are exhibiting livestock. The Waller FFA will show their skills off again in the 66th Annual Waller FFA Show and Sale on April 1 and 2 at the Waller County Fairgrounds.



FFA member Kimberlee Davis won Champion Cattle Showman at the Waller FFA Progress Show on January 16. Photo Courtesy Craig Melton. *WISD Public Information.*





89 members of the Waller FFA Chapter participated in the annual Waller FFA Progress Show on January 16. Pictured are FFA Chapter President Sydney Golbow, Judge GW Krasucky and Richard Bremer. Photo Courtesy Craig Melton. *WISD Public Information.*

Pictured is FFA Chapter President Sydney Golbow, Judge GW Krasucky and Champion Goat Showman Jacob Franz. Photo Courtesy Craig Melton. *WISD Public Information.*



Haeden Snaapp was named Champion Swine Showman at the Waller FFA Progress Show held at the Waller County Fairgrounds. Photo Courtesy Craig Melton. *WISD Public Information.*

## LAS FUENTES MEXICAN RESTAURANT & BAR

601 10th Street • Hempstead, Texas 77445
979-826-2548

*Presenting*
**Rodney Lake KARAOKE**
Every Saturday Night
5:00 pm - 9:00 pm
starting February 6

Come join us and be the STAR of the night!
While your here, try our exquisite Mexican food and awesome Margaritas!
Don't forget to ask your server for daily drink specials and food specials!

---

**WARM** — Waller Assistance & Restoration Ministries
Monitory & Donations are tax deductible.

40070 Bus. Hwy. 290
Waller, TX 77484
936-372-5173
WARM Assistance
Office - 936-372-3025
Monday - Friday
10:00 a.m. – 4:00 p.m.
Saturday
10:00 a.m. – 2:00 p.m.

---



*Relaxed Quiet Country Living*
**1-2-3 Bedroom Apartments at Low Affordable Prices**

• Playground on Property
• Affordable Daycare on Property
• Laundry Facilities on Property
• Affordable Housing Program with income guidelines
• Handicap Accessible



**Hillside Plaza Apartments**
19610 Fm 362 • Waller, Texas 77484
936-372-9248

---

# Everyone Needs a Lawyer
## Who Is Yours?



(l-r) Trey Duhon, Of-Counsel, Paul C. Looney, Clay S. Conrad and Richard Senasac

**We are proud to announce the addition of Trey Duhon as an of-counsel attorney**

## LOONEY & CONRAD LAWYERS

We offer big city quality at small county prices

* Waller County * (979) 826-8484
* 918 Austin * Hempstead, Texas
not certified by the Texas Board of Legal Specialization



---

## TD — Towne Dental & Orthodontics
**936.372.1177**

**No Insurance? No Problem!!**
Ask about our in office "townie" discount plan!!

• Crowns • Fillings • Dentures • Partials
• Root Canals • Extractions • Cosmetic Dentistry
• Sedation/Laughing Gas • Cleanings
• Implant Crowns • Braces • Invisalign

Complimentary Orthodontic Consultations
Free Lifetime Whitening*

**FREE CORDLESS POWER TOOTHBRUSH**
Some restrictions apply.
New Patients only after comprehensive exam, xrays and cleaning.
Coupon only valid at initial visit.



Spreading Smiles Across Towne

**Paula Wood Herber, DDS**
31303 FM 2920, Suite B | Waller, Texas
www.townedentalandortho.com
General dentist practicing orthodontics.  *Some restrictions apply.

