Case 4:18-cv-08985 Document 125-1 Filed on 02/14/20 in TXSD Page 213 of 782

PLAINTIFF'S
EXHIBIT

153

# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| JAYLA ALLEN, et al.,<br><br>                              *Plaintiffs*,<br><br>       v.<br><br>WALLER COUNTY, TEXAS, et al.,<br><br>                              *Defendants*. | Civil Case No. 4:18-cv-3985 |

## DECLARATION OF WILLIAM S. COOPER

In accordance with 28 U.S.C. § 1746, Rules 26(a)(2)(B) and 26(e) of the Federal Rules of Civil Procedure, and Rules 702 and 703 of the Federal Rules of Evidence:

### I.  BACKGROUND, QUALIFICATIONS, AND METHODOLOGY

1. My name is William S. Cooper. I serve as a demographic expert for Plaintiffs. I previously filed a declaration in this matter on October 24, 2018.[1]

2.  Since 1986, I have prepared proposed redistricting maps of approximately 750 jurisdictions for Section 2 of the Voting Rights Act litigation, Section 5 of the Voting Rights Act comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below. I routinely use and analyze census data for my redistricting work and other non-voting projects.

---

[1]      ECF No. 17-3.

1

3.   From 1986 to 2018, I prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Missouri, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, and Wyoming.

4.   During the 2010 redistricting cycle, five plans that I developed for local government clients were adopted – Bolivar County, Mississippi; Claiborne County, Mississippi; the City of Grenada, Mississippi; Sussex County, Virginia; and Wenatchee, Washington.

5.   I served as a redistricting consultant in 2011 to the Miami-Dade County Commission and Board of Education. I currently serve as a consultant and expert witness for the City of Decatur, Alabama defendants in *Voketz v. City of Decatur.*

6.   Since 2011, based in part on my testimony, five federal courts have found a Section 2 violation based on the first prerequisite (*Gingles* 1) and totality of circumstances information pursuant to *Thornburg v. Gingles*, 478 U.S. 30 (1986): *Montes v. City of Yakima*, *Washington* (E.D. Wash. Aug. 22, 2014); *Pope v. Albany County, New York* (N.D.N.Y. Jan. 28, 2014; N.D.N.Y. Mar. 24, 2015); *Missouri State Conference NAACP, et al. v. Ferguson-Florissant School District, et al.* (E. D. Mo. Aug. 22, 2016); *Terrebonne Parish Branch NAACP et al. v. Jindal et al. (*M.D. La. Aug. 27, 2017); and *Thomas v. Bryan*t (S.D. Ms. Feb. 16, 2019).

7.   In 2016, two redistricting plans that I developed on behalf of the plaintiffs for consent decrees in Section 2 lawsuits in Georgia were adopted – *Georgia State Conference of the NAACP, et al. v. Fayette County Bd. of Commissioners, et al., Georgia* and *Georgia State Conference NAACP, et al. v. Emanuel County Bd. of Commissioners, Georgia.*

8.  In addition to voting-related projects, throughout this decade, I have provided demographic and GIS consulting services to national, state, and local organizations on issues

relating to environmental justice, housing, school desegregation, and site qualifications for the Summer Food Program and Child and Adult Care Food Program.

9. For additional historical information on my testimony as an expert witness and experience, attached as an **Appendix** is a copy of my curriculum vitae.

10. In this case, Plaintiffs requested that I analyze and provide information on Waller County demographics and incorporated places therein based on U.S. Census Bureau reports.

11. I am being compensated in the amount of $150 per hour and reasonable expenses for my service. My compensation is not contingent on or affected by the substance of my opinions or the outcome of this litigation.

12. In the preparation of this declaration, I analyzed data from the 2010 U.S. Census and American Community Survey ("ACS") conducted by the Census Bureau – specifically, the 5-year 2013-2017 ACS. I also examined 2018 population estimates for Waller County and municipalities within Waller County, as reported on June 20, 2019 by the Census Bureau.

13. I used a geographic information system ("GIS") software package called *Maptitude for Redistricting*, developed by the Caliper Corporation. This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

14. The geographic boundary files that I used with *Maptitude* are created from the U.S. Census 2010 TIGER (Topologically Integrated Geographic Encoding and Referencing) files.

15. I used population data from the U.S. Census 2010 PL 94-171 data files and the 2010 SF-1 File.

16. The PL 94-171 dataset is published in electronic format and is the complete count population file designed by the Census Bureau for use in legislative redistricting. The file contains

3

basic race and ethnicity data on the total population and voting-age population found in units of Census geography such as states, counties, municipalities, townships, reservations, school districts, legislative districts, census tracts, census block groups, precincts (called voting districts or "VTDs" by the Census Bureau), and census blocks.

17. The *Maptitude for Redistricting* software processes the TIGER files to produce a map for display on a computer screen. The software also merges demographic data from the PL 94-171 files to match the relevant decennial Census geography.

18. I obtained a GIS shapefile depicting 2017 precincts for Waller County via https://tlc.texas.gov/redist/data/data.html.

## II. GEOGRAPHY AND POPULATION ESTIMATES

19. Waller County sits on the northwest border of Harris County and within 55 miles of the City of Houston.

20. According to the 2010 Census, Waller County has a <u>total population</u> of 43,205, of whom 44.58% (19,260) are Anglo (non-Hispanic White), 24.39% (10,537) are non-Hispanic Black ("NH Black"), 25.70% (11,103) are Any Part Black ("AP Black"), and 29.02% (12,536) are Latino (of any race).

21. The table in **Figure 1** (on the next page) includes 2010 Census counts by race and ethnicity and 2018 total population estimates for Waller County.

4

**Figure 1**

**Waller County, TX – 2010 Census and 2018 Estimates**
**Population by Race and Ethnicity**

| All Ages | 2010 Census | Percent | 2018 Estimates | Percent | 2010 to 2018 Change | Percent Change |
|---|---|---|---|---|---|---|
| Total Population | 43,205 | 100.00% | 53,126 | 100.00% | 9,921 | 22.96% |
| NH White | 19,260 | 44.58% | 22,875 | 43.06% | 3,615 | 18.77% |
| Total Minority Pop. | 23,945 | 55.42% | 30,251 | 56.94% | 6,306 | 26.34% |
| Latino | 12,536 | 29.02% | 16,364 | 30.80% | 3,828 | 30.54% |
| NH Black | 10,537 | 24.39% | 12,521 | 23.57% | 1,984 | 18.83% |
| NH Asian | 213 | 0.49% | 599 | 1.13% | 386 | 181.22% |
| NH Hawaiian and PI | 9 | 0.02% | 19 | 0.04% | 10 | 111.11% |
| NH American Indian and Alaska Native | 141 | 0.33% | 178 | 0.34% | 37 | 26.24% |
| NH Other[2] | 54 | 0.12% | | | | |
| NH Two or More | 455 | 1.05% | 570 | 1.07% | 115 | 25.27% |
| SR Black (Single-Race Black)[3] | 10,739 | 24.86% | 12,972 | 24.42% | 2,233 | 20.79% |
| AP Black (Any Part Black)[4] | 11,103 | 25.70% | 13,449 | 25.32% | 2,346 | 21.13% |

22.    As shown in **Figure 1,** Waller County has experienced significant population growth this decade–increasing by 9,921 persons (22.96%) from 43,205 in 2010 to a 2018 estimate of 53,126.[5] As the columns shaded yellow in **Figure 1** indicate, while population growth has been recorded across all racial and ethnic categories since 2010, this growth has been higher among

---

[2]     In 2018 estimates, the Census Bureau combines the "Other" category with 2+ races.

[3]     The SR Black classification includes persons who self-identify as Black only, including those who identify as Hispanic Black.

[4]     The AP Black classification includes all persons who self-identified in the 2010 Census as single-race Black or some part Black, including Hispanic Black.

[5]     The methodology for Census Bureau annual estimates is explained in documentation at the link below:

https://www.census.gov/programs-surveys/popest/technical-documentation/methodology.html.

minority residents than among Anglo residents, with a resulting decrease in the Anglo proportion of the County's population.

23.    According to the 2010 Census, the total population of the City of Prairie View ("Prairie View") is 5,576, of whom 90.21% (5,030) are AP Black and 2.6% (147) are Anglo. The table in **Figure 2** shows total population by race/ethnicity for the five incorporated places in Waller County, with a breakout for the Waller County portions of Katy and Waller City.

**Figure 2**

**Waller County Incorporated Places**
**Population by Race and Ethnicity (2010 Census)**

| Jurisdiction | Total | NH White | % NH White | Latino | % Latino | NH Black | SR Black | AP Black | % AP Black |
|---|---|---|---|---|---|---|---|---|---|
| Brookshire | 4,702 | 774 | 16.46% | 2,223 | 47.28% | 1,622 | 1,672 | 1,723 | 36.64% |
| Hempstead | 5,770 | 1,299 | 22.51% | 2,158 | 37.40% | 2,195 | 2,242 | 2,297 | 39.81% |
| Katy* | 1,156 | 917 | 79.33% | 202 | 17.47% | 7 | 7 | 15 | 1.30% |
| Pattison | 472 | 298 | 63.14% | 137 | 29.03% | 23 | 23 | 29 | 6.14% |
| Pine Island | 988 | 490 | 49.60% | 363 | 36.74% | 118 | 118 | 120 | 12.15% |
| Prairie View | 5,576 | 147 | 2.64% | 427 | 7.66% | 4,884 | 4,938 | 5,030 | 90.21% |
| Waller City* | 1,880 | 904 | 48.09% | 501 | 26.65% | 422 | 441 | 463 | 24.63% |

*Waller County portion only

24.    Mirroring countywide trends, the five municipalities that are entirely within Waller County have experienced population growth since 2010. The Census Bureau Population Estimates Program does not report annual estimates by race and ethnicity at the sub-county level. The table in **Figure 3** (on the next page) shows 2018 estimates for the five incorporated places that are entirely within Waller County, with changes in population since the 2010 Census.[6]

---

[6]    As Katy and Waller City are not entirely within Waller County, post-2010 population estimates are not available.

**Figure 3**

### Waller County -- Incorporated Places
### 2010 Census and 2018 Estimates

| City | 2010 Population | 2018 Estimates | 2010 to 2018 Change | Percent Change |
|------|-----------------|----------------|---------------------|----------------|
| Brookshire | 4,702 | 5,489 | 787 | 14.34% |
| Hempstead | 5,770 | 8,084 | 2,314 | 28.62% |
| Pattison | 472 | 607 | 135 | 22.24% |
| Pine Island | 988 | 1,130 | 142 | 12.57% |
| Prairie View | 5,576 | 6,428 | 852 | 13.25% |

25.     The table in **Figure 4** reports the 2010 voting-age and percentages for incorporated places, including the Waller County portions of Katy and Waller City, with corresponding countywide totals. Post-2010 voting-age population estimates are not available at the county or sub-county levels from the Population Estimates Program.

**Figure 4**

### Waller County by Voting Age (2010 Census)

| Jurisdiction | Total VAP | NH White | % NH White | Latino | % Latino | NH Black | SR Black | AP Black | % AP Black |
|--------------|-----------|----------|------------|--------|----------|----------|----------|----------|------------|
| Brookshire | 3,123 | 639 | 20.46% | 1,337 | 42.8% | 1,095 | 1,116 | 1,139 | 36.47% |
| Hempstead | 4,002 | 1,054 | 26.34% | 1,296 | 32.4% | 1,570 | 1,593 | 1,615 | 40.35% |
| Katy* | 870 | 707 | 81.26% | 138 | 15.9% | 5 | 5 | 8 | 0.92% |
| Pattison | 381 | 263 | 69.03% | 86 | 22.6% | 23 | 23 | 24 | 6.30% |
| Pine Island | 746 | 417 | 55.90% | 228 | 30.6% | 90 | 90 | 92 | 12.33% |
| Prairie View | 5,168 | 132 | 2.55% | 308 | 6.0% | 4,627 | 4,674 | 4,754 | 91.99% |
| Waller City* | 1,332 | 696 | 52.25% | 304 | 22.8% | 301 | 312 | 319 | 23.95% |
| **Waller County**[7] | 32,549 | 15,455 | 47.48% | 7,755 | 23.8% | 8,737 | 8,852 | 9,038 | 27.77% |

*Waller County portion only

---

[7]     The numbers for individual jurisdictions in Figure 4 do not add up to the numbers for Waller County as a whole because the figure does not include rows for the populations of rural areas in the County.

26.     As of the 2010 Census, Waller County's <u>voting age population</u> ("VAP") is 32,549, of whom 27.77% (9,038) are AP Black, 47.48% (15,455) are Anglo, and 23.8% (7,755) are Latino. The City of Prairie View has a VAP of 5,168, of whom 91.99% (4,754) are AP Black.

27.     County-level and municipal-level sample survey percentage estimates for the citizen voting-age population ("CVAP") are available from a Special Tabulation of the ACS prepared by the Census Bureau.[8] The rightmost columns (shaded yellow) in the table in **Figure 5** break out the citizenship estimates for Waller County and the incorporated municipalities that are wholly within Waller County, based on the 2013-2017 ACS.[9] The leftmost columns show percentages from the 2008-2012 ACS, with a survey midpoint of July 2010, which is roughly coincident with the 2010 Census.

**Figure 5**
**Waller County – 2008-2012 CVAP and 2013-2017 CVAP**

| Jurisdiction | 2008-2012 % NH Black CVAP | 2008-2012 % Latino CVAP | 2008-2012 % NH White CVAP | 2013-2017 % NH Black CVAP | 2013-2017 % Latino CVAP | 2013-2017 % NH White CVAP |
|---|---|---|---|---|---|---|
| Brookshire | 49.2% | 32.7% | 17.2% | 55.4% | 20.5% | 23.2% |
| Hempstead | 52.9% | 13.2% | 32.8% | 66.2% | 12.2% | 20.3% |
| Pattison | 3.3% | 23.3% | 73.3% | 6.8% | 25.7% | 66.2% |
| Pine Island* | 19.2% | 18.6% | 59.3% | 15.4% | 22.3% | 61.5% |
| Prairie View | 86.6% | 6.2% | 4.5% | 80.0% | 8.6% | 7.6% |
| **Waller County**[10] | 29.94% | 13.9% | 54.15% | 32.1% | 14.1% | 51.6% |

*Town Status

---

[8]     Data source: https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html.
        The midpoint of the 2013-2017 survey period is July 1, 2015. Thus, estimates reported in the 5-year ACS are nearly four years behind current 2019 citizenship rates.
        The Special Tabulation does not provide an "any part" estimate, so the single-race NH Black CVAP slightly understates the AP Black CVAP.                    .

[9]     As Katy and Waller City are not entirely within Waller County, post-2010 population estimates are not available.

[10]    The numbers for individual jurisdictions in Figure 5 do not add up to the numbers for Waller County as a whole because the figure does not include rows for the populations of rural areas in the County.

28.    **Figure 5** reveals that, since the 2010 Census, both NH Black CVAP and Latino CVAP have increased countywide by about two percentage points at mid-decade, while NH White CVAP slipped by slightly more than two percentage points, from 54.15% to 51.6%.

29.    The City of Prairie View remains overwhelmingly comprised of Black residents, but by mid-decade NH Black CVAP had dropped from 86% to 80%, as both Latino CVAP and NH White CVAP increased by a couple of percentage points.

30.    Prairie View A&M ("PVAMU") is a historically Black university located entirely within the City of Prairie View and serves as the only university in Waller County. More than 80% of the more than 9,000 enrolled students at the University identify as Black.[11]

31.    As revealed in **Figure 6**, this concentration of predominantly young, college-age Black residents makes Prairie View demographically unique as compared to other areas within Waller County.

**Figure 6**

**Waller County – 18-20 year-old Population (2010 Census)**

| Jurisdiction | Ages 18-20 | Total 18+ | % 18-20 of 18+ | SR Black Ages 18-20 | SR Black 18+ | % 18-20 of SR Black 18+ |
|---|---|---|---|---|---|---|
| Brookshire | 220 | 3,123 | 7.04% | 91 | 1,116 | 8.2% |
| Hempstead | 316 | 4,002 | 7.90% | 142 | 1,593 | 8.9% |
| Katy* | 53 | 870 | 6.09% | 0 | 5 | 0.0% |
| Pattison | 12 | 381 | 3.15% | 0 | 23 | 0.0% |
| Pine Island | 42 | 746 | 5.63% | 10 | 90 | 11.1% |
| Prairie View | 2,808 | 5,168 | 54.33% | 2,628 | 4,674 | 56.2% |
| Waller City* | 98 | 1,332 | 7.36% | 25 | 312 | 8.0% |
| Waller County[12] | 4,422 | 32,549 | 13.59% | 2,954 | 8,852 | 33.4% |

*Waller County portion only

---

[11]    Prairie View A&M University, *Prairie View A&M University Enrollment Snapshots: Fall 2018* at 6, http://www.pvamu.edu/ir/wp-content/uploads/sites/98/FA18_Enrollment-Snapshots.pdf.

[12]    The numbers for individual jurisdictions in Figure 6 do not add up to the numbers for Waller County as a whole because the figure does not include rows for the populations of rural areas in the County.

32.     As of the 2010 Census, 91.99% of Prairie View's VAP is AP Black, and 54.33% of Prairie View's VAP is aged 18 through 20. By contrast, in Waller County as a whole, 27.77% of the VAP is AP Black, and just 13.59% of the VAP is aged 18 through 20. Prairie View also is unique in that it is the only municipality in Waller County that is *both* majority-Black CVAP (80.0%), according to the 2013-2017 ACS *and* majority-Black 18-20 as a percentage of VAP (50.85%), according to the 2010 Census – 2,628 divided by 5,168).

33.     The table in **Figure 7** shows Waller County's CVAP among Latino, non-Hispanic Black, and Anglo residents by commission district.

**Figure 7**

### 2013-2017 CVAP by Commission District

| District | NH BCVAP | LCVAP | NH WCVAP | NH BCVAP + LCVAP |
|----------|----------|-------|----------|------------------|
| 1 | 44.30% | 14.75% | 40.22% | 59.05% |
| 2 | 3.40% | 8.14% | 85.35% | 11.54% |
| 3 | 53.33% | 14.63% | 29.23% | 67.96% |
| 4 | 24.80% | 18.77% | 54.65% | 43.57% |

34.     The map in **Figure 8** (on the next page) shows the 2013-2017 percent NH Black plus Latino CVAP by census block group in Waller County, with an overlay of the four current commission districts (thick black lines). A census block group is a combination of census blocks and may reflect a neighborhood or other geographic area. Census block groups are combined to form census tracts.

**Figure 8**

**Percent NH Black + Latino CVAP by Block Group – 2013-2017 ACS**



### III. SOCIOECONOMIC PROFILES

35. Non-Hispanic White (or "Anglo") people in Waller County outpace Black and Latino people across a broad range of socioeconomic measures, as reported in the 5-year 2013-2017 ACS.[13]

**(a) Waller County**

*(1) Mobility*

- Nearly 9 in 10 (87.9%) of Anglo householders live in the same house as in the prior year, compared to just 73.4% of Black householders. 85.1% of Latino householders live in the same house as in the prior year. (**Exhibit A at pp. 13-14**)

- Of employed persons 16 and over, 81% of Anglo residents drive to work alone, compared to 74.4% of Black residents and 79.7% of Latino residents. By contrast, 23.0% of Black residents in Waller County, as compared to only 12.6% of Anglo residents, commute to work by walking, biking, or via carpool (i.e., riding in another person's vehicle), taxi, or public transit. (**Exhibit A at pp. 15-16**)

*(2) Income*

- The poverty rate for Anglo residents is 7.3%. More than one-third of Black residents (35.7%) live in poverty, as do 22.1% of Latino residents. (**Exhibit A at pp. 28-29**)

- Anglo median household income is $74,132 – more than twice the Black median household income ($34,159) and over three-fourths higher (77%) than Latino median household income ($41,924). (**Exhibit A at pp. 32-33**)

- Anglo median family income is $90,746, compared to a median of $51,345 for Black families, and $42,386 for Latino families. (**Exhibit A at pp. 36-37**)

- Per capita income disparities in Waller County are even more pronounced than the disparities seen in median household income. At $37,458, Anglo per capita income is nearly three times Black per capita income ($12,795) and two and a half times higher than Latino per capita income ($14,029). (**Exhibit A at pp. 40-41**)

- 8.4% of Anglo households rely on food stamps, compared to more than one-third (35.6%) of Black households and 19.7% of Latino households. (**Exhibit A at pp. 49-50**)

---

[13] In this section, "Black" or "African American" refers to single-race Black. The 5-year ACS does not report socioeconomic data for the Any Part Black or NH Black categories.

*(3) Education*

• Of persons 25 years of age and over, 9.3% of Anglo residents have not finished high school – half the 18.3% rate of Black residents. By contrast, more than half (51.9%) of Latino residents are without a high school diploma. (**Exhibit A at pp. 21-22**)

• At the other end of the educational scale, for ages 25 and over, 26.2% of Anglo residents have a bachelor's degree or higher, compared to 15.0% of Black residents. Just 4.9% of Latino residents have a bachelor's degree or higher. (**Exhibit A at pp. 21-22**)

*(4) Employment*

• The Anglo unemployment rate (for the working-age population ages 16-64, expressed as a percent of the civilian labor force) is 4.1% compared to 18.0% of Black working-age residents and 5.5% of Latino working-age residents. (**Exhibit A at pp. 51-54**)

• About one-third (34.3%) of Anglo workers are in management or professional occupations, compared to 23.0% of Black workers and 15.7% of Latino workers. (**Exhibit A at pp. 55-56**)

• 15.7% of Anglo workers are in service occupations, compared to about one-third (32.1%) of Black workers and 22.4% of Latino workers. (**Exhibit A at pp. 55-56**)

*(5) Housing*

• Over three-fourths (78.5%) of Anglo householders in Waller County are homeowners. Less than half of Black householders (40.0%) are homeowners, while 71.3% of Latino householders are homeowners. (**Exhibit A at pp. 57-58**)

• 2.6% of Anglo households live under crowded conditions (defined as more than one person per room), compared to 9.2% of Black households and 14.1% of Latino households. (**Exhibit A at pp. 59-60**)

**(b) Prairie View**

36.    There is an even starker socioeconomic disparity between Black people who reside in Prairie View and Anglo people countywide.[14] The Black population in Prairie View (5,030 in 2010) represents about 45% of the countywide Black population (11,103 in 2010).

---

[14]    For reference, **Exhibit C** presents socioeconomic characteristics for the Anglo, Latino, and Black populations in Prairie View in a format that is identical to the Waller County statistics reported in **Exhibit A**.

*(1) Mobility*

- In Prairie View, 65.0% of Black residents live in the same house as in the prior year, compared to 87.9% of Anglo residents countywide. (**Exhibit B at p. 4**)

- In Prairie View, of employed persons 16 and over, 46.8% of employed Black residents drive to work alone, compared to 81% of employed Anglo residents countywide. (**Exhibit B at p. 5**)

- In Prairie View, 46.5% of employed Black people commute to work by walking, biking, or via carpool (i.e., riding in another person's vehicle) or taxi, compared to 12.6% of employed Anglo people countywide. (**Exhibit B at p. 5**)

*(2) Income*

- In Prairie View, 58.3% of Black residents live in poverty, compared to 7.3% of Anglo residents countywide. (**Exhibit B at p. 12**)

- In Prairie View, Black median household income is $21,179, compared to a countywide Anglo median household income of $74,132. (**Exhibit B at p. 14**)

- In Prairie View, Black per capita income is $5,979 versus countywide Anglo per capita income of $37,458. (**Exhibit B at p. 18**)

- In Prairie View, 17.5% of Black households participate in SNAP, compared to 8.4% of Anglo households countywide. (**Exhibit B at p. 22**)

*(3) Education*

- In Prairie View, of persons 25 years of age and over, 17.9% of Black residents have not finished high school, compared to 9.3% of Anglo persons countywide. (**Exhibit B at p. 8**)

*(4) Employment*

- In Prairie View, the Black unemployment rate (for the working-age population ages 16-64, expressed as a percent of the civilian labor force) is 19.2%, compared to a countywide Anglo unemployment rate of 4.1%. (**Exhibit B at p. 24**)

- In Prairie View, 17.0% of employed Black residents are in management or professional occupations, compared to 34.3% of employed Anglo workers countywide. (**Exhibit B at p. 25**)

- In Prairie View, over one-third (35.7%) of Black workers are in service occupations, as compared to 15.7% of Anglo workers countywide. (**Exhibit B at p. 25**)

*(5) Housing*

- In Prairie View, 23.3% of Black households are homeowners, compared to 78.5% of Anglo households countywide. **(Exhibit B at p. 26)**

**(c) Prairie View A&M Student Dormitories**

37.    Many of the socio-economic statistics reported in the 5-year 2013-2017 ACS are not reported for the students living in dormitories at PVAMU.

38.    The PVAMU dormitories are in 2010 census block group 484736804001. There is no non-dormitory population in this block group. According to the 2010 Census, there are 3,191 students (96.55% Black) living in the dormitories.

39.    Below are a few socioeconomic statistics that are available from the 2013-2017 ACS for the PVAMU dormitories.

- Of the estimated 3,269 Black dorm students, 121 have a disability.

- Of the estimated 888 Black dorm students who are employed, 425 (48%) walked to work.

- The per capita income for Black dorm students is $3,562.

**(d) Summary**

40.    Based on all of the above socioeconomic data, I reach the following two conclusions:

(1)    **Black residents in Waller County are socioeconomically disadvantaged, as compared to Anglo residents**.

(2)    **Black residents in Prairie View, particularly PVAMU students, are extremely socioeconomically disadvantaged, as compared to Anglo residents countywide**.

# # #

15

I reserve the right to continue to supplement my declarations in light of additional facts, testimony, and/or materials that may come to light.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on **July 1, 2019**

_____
WILLIAM S. COOPER

# EXHIBIT A

# Selected Socio-Economic Data

## Waller County, Texas

## Single-Race African Americans and Latinos vis-à-vis Non-Hispanic Whites

## Data Set: 2013-2017 American Community Survey 5-Year Estimates

14-Jun-19

**C02003.DETAILED RACE - Universe: TOTAL POPULATION**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **48,443** | ***** | **100.0%** |
| Population of one race: | 47,128 | 419 | 97.3% |
| White | 31,306 | 944 | 64.6% |
| Black or African American | 12,241 | 362 | 25.3% |
| American Indian and Alaska Native | 165 | 108 | 0.3% |
| Asian alone | 409 | 94 | 0.8% |
| Native Hawaiian and Other Pacific Islander | 20 | 27 | 0.0% |
| Some other race | 2,987 | 894 | 6.2% |
| Population of two or more races: | 1,315 | 419 | 2.7% |
| Two races including Some other race | 277 | 231 | 0.6% |
| Two races excluding Some other race, and three or more races | 1,038 | 356 | 2.1% |
| Population of two races: | 1,236 | 402 | 2.6% |
| White; Black or African American | 428 | 271 | 0.9% |
| White; American Indian and Alaska Native | 399 | 172 | 0.8% |
| White; Asian | 99 | 72 | 0.2% |
| Black or African American; American Indian and Alaska Native | 2 | 6 | 0.0% |
| All other two race combinations | 308 | 238 | 0.6% |
| Population of three races | 79 | 62 | 0.2% |
| Population of four or more races | 0 | 28 | 0.0% |

Note: Hispanics may be of any race. See Table B03002 and chart.

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

A - 2

## Population by Race

### Waller County, Texas



Source:   C02003.DETAILED RACE - Universe:  TOTAL POPULATION
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | 48,443 | ***** | **100.0%** |
| Not Hispanic or Latino: | 34,213 | ***** | 70.6% |
| White alone | 20,853 | 64 | 43.0% |
| Black or African American alone | 12,041 | 311 | 24.9% |
| American Indian and Alaska Native alone | 36 | 46 | 0.1% |
| Asian alone | 351 | 64 | 0.7% |
| Native Hawaiian and Other Pacific Islander alone | 20 | 27 | 0.0% |
| Some other race alone | 66 | 75 | 0.1% |
| Two or more races: | 846 | 304 | 1.7% |
| Two races including Some other race | 13 | 21 | 0.0% |
| Two races excluding Some other race, and three or more races | 833 | 303 | 1.7% |
| Hispanic or Latino | 14,230 | ***** | 29.4% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

A - 4

## Non-Hispanic by Race and Hispanic Population

### Waller County, Texas



Source: B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION
Data Set: 2013-2017 American Community Survey 5-Year Estimates

A - 5

**B03002. HISPANIC OR LATINO ORIGIN BY RACE**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| Hispanic or Latino: | 14,230 | ***** | **100.0%** |
| White alone | 10,453 | 936 | 73.5% |
| Black or African American alone | 200 | 170 | 1.4% |
| American Indian and Alaska Native alone | 129 | 96 | 0.9% |
| Asian alone | 58 | 68 | 0.4% |
| Native Hawaiian and Other Pacific Islander alone | 0 | 28 | 0.0% |
| Some other race alone | 2,921 | 885 | 20.5% |
| Two or more races: | 469 | 281 | 3.3% |
| Two races including Some other race | 264 | 232 | 1.9% |
| Two races excluding Some other race, and three or more races | 205 | 158 | 1.4% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

Case 4:18-cv-03985 Document 125-153 Filed on 09/17/20 in TXSD Page 25 of 187
Case 4:18-cv-03985 Document 77-1 Filed on 02/14/2024 in TXSD Page 242 of 752

## Hispanic or Latino Origin by Race

## Waller County, Texas



Source:   B03002. HISPANIC OR LATINO ORIGIN BY RACE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B01001. SEX BY AGE**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **12,241** | **100.0%** | **14,230** | **100.0%** | **20,853** | **100.0%** |
| Under 18 years | 1,632 | 13.3% | 5,491 | 38.6% | 4,144 | 19.9% |
| 18 to 64 years | 9,653 | 78.9% | 8,091 | 56.9% | 12,851 | 61.6% |
| 65 years and over | 956 | 7.8% | 648 | 4.6% | 3,858 | 18.5% |
| Male: | 6,005 | 49.1% | 7,359 | 51.7% | 10,233 | 49.1% |
| Under 18 years | 968 | 7.9% | 2807 | 19.7% | 2,075 | 10.0% |
| 18 to 64 years | 4,637 | 37.9% | 4,221 | 29.7% | 6,321 | 30.3% |
| 65 years and over | 400 | 3.3% | 331 | 2.3% | 1,837 | 8.8% |
| Female: | 6,236 | 50.9% | 6,871 | 48.3% | 10,620 | 50.9% |
| Under 18 years | 664 | 5.4% | 2,684 | 18.9% | 2,069 | 9.9% |
| 18 to 64 years | 5,016 | 41.0% | 3,870 | 27.2% | 6,530 | 31.3% |
| 65 years and over | 556 | 4.5% | 317 | 2.2% | 2,021 | 9.7% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 8

## Population by Age

## Waller County, Texas



Source:   B01001. SEX BY AGE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

A - 9

**B05003. SEX BY AGE BY CITIZENSHIP STATUS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total by Age | Latino | % of Latino Total by Age | White, Not Hispanic | % of NHW Total by Age |
| Total: | **12,241** | **100.0%** | **14,230** | **100.0%** | **20,853** | **100.0%** |
| **Under 18 years:** | **1,632** | **100.0%** | **5,491** | **100.0%** | **4,144** | **100.0%** |
| Native | 1,618 | 99.1% | 4,847 | 88.3% | 4,144 | 100.0% |
| Foreign born: | 14 | 0.9% | 644 | 11.7% | 0 | 0.0% |
| Naturalized U.S. citizen | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not a U.S. citizen | 14 | 0.9% | 644 | 11.7% | 0 | 0.0% |
| **18 years and over:** | **10,609** | **100.0%** | **8,739** | **100.0%** | **16,709** | **100.0%** |
| Native | 10,351 | 97.6% | 3,011 | 34.5% | 16,433 | 98.3% |
| Foreign born: | 258 | 2.4% | 5,728 | 65.5% | 276 | 1.7% |
| Naturalized U.S. citizen | 47 | 0.4% | 1,518 | 17.4% | 105 | 0.6% |
| Not a U.S. citizen | 211 | 2.0% | 4,210 | 48.2% | 171 | 1.0% |
| **Male:** | 6,005 | 49.1% | 7,359 | 51.7% | 10,233 | 49.1% |
| **Under 18 years:** | 968 | **100.0%** | 2807 | **100.0%** | 2075 | **100.0%** |
| Native | 960 | 99.2% | 2,500 | 89.1% | 2,075 | 100.0% |
| Foreign born: | 8 | 0.8% | 307 | 10.9% | 0 | 0.0% |
| Naturalized U.S. citizen | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not a U.S. citizen | 8 | 0.8% | 307 | 10.9% | 0 | 0.0% |
| **18 years and over:** | **5,037** | **100.0%** | **4,552** | **100.0%** | **8,158** | **100.0%** |
| Native | 4,950 | 98.3% | 1,423 | 31.3% | 7,991 | 98.0% |
| Foreign born: | 87 | 1.7% | 3,129 | 68.7% | 167 | 2.0% |
| Naturalized U.S. citizen | 23 | 0.5% | 858 | 18.8% | 47 | 0.6% |
| Not a U.S. citizen | 64 | 1.3% | 2,271 | 49.9% | 120 | 1.5% |

|  | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA by Age | Latino | % of Latino by Age | White, Not Hispanic | % of NHW by Age |
| **Female:** | 6,236 | 50.9% | 6,871 | 48.3% | 10,620 | 50.9% |
| **Under 18 years:** | **664** | **100.0%** | **2,684** | **100.0%** | **2,069** | **100.0%** |
| Native | 658 | 99.1% | 2,347 | 87.4% | 2,069 | 100.0% |
| Foreign born: | 6 | 0.9% | 337 | 12.6% | 0 | 0.0% |
| Naturalized U.S. citizen | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not a U.S. citizen | 6 | 0.9% | 337 | 12.6% | 0 | 0.0% |
| **18 years and over:** | **5,572** | **100.0%** | **4,187** | **100.0%** | **8,551** | **100.0%** |
| Native | 5,401 | 96.9% | 1,588 | 37.9% | 8,442 | 98.7% |
| Foreign born: | 171 | 3.1% | 2,599 | 62.1% | 109 | 1.3% |
| Naturalized U.S. citizen | 24 | 0.4% | 660 | 15.8% | 58 | 0.7% |
| Not a U.S. citizen | 147 | 2.6% | 1,939 | 46.3% | 51 | 0.6% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 11

## Citizenship Status of Voting Age Population (18 and Over)

## Waller County, Texas



Source:   B05003. SEX BY AGE BY CITIZENSHIP STATUS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

A - 12

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe:  POPULATION 1 YEAR AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | **12,160** | **100.0%** | **13,929** | **100.0%** | **20,677** | **100.0%** |
| Same house 1 year ago | 8,929 | 73.4% | 11,858 | 85.1% | 18,171 | 87.9% |
| Moved within same county | 1,467 | 12.1% | 949 | 6.8% | 979 | 4.7% |
| Moved from different county within same state | 1,562 | 12.8% | 960 | 6.9% | 1,280 | 6.2% |
| Moved from different state | 177 | 1.5% | 102 | 0.7% | 214 | 1.0% |
| Moved from abroad | 25 | 0.2% | 60 | 0.4% | 33 | 0.2% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 13

## Geographical Mobility in the Past Year (Population 1 Year and Over)

### Waller County, Texas



Source:  B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN
THE UNITED STATES - Universe:  POPULATION 1 YEAR AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | 5,024 | **100.0%** | 5,718 | **100.0%** | 10,199 | **100.0%** |
| Car, truck, or van - drove alone | 3,738 | 74.4% | 4,559 | 79.7% | 8,261 | 81.0% |
| Car, truck, or van - carpooled | 579 | 11.5% | 840 | 14.7% | 826 | 8.1% |
| Public transportation (excluding taxicab) | 22 | 0.4% | 5 | 0.1% | 158 | 1.5% |
| Walked | 425 | 8.5% | 146 | 2.6% | 207 | 2.0% |
| Taxicab, motorcycle, bicycle, or other means | 130 | 2.6% | 60 | 1.0% | 100 | 1.0% |
| Worked at home | 130 | 2.6% | 108 | 1.9% | 647 | 6.3% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

## Means of Transportation to Work (Workers 16 Years and Over)

### Waller County, Texas



Source:  B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | 8,968 | **100.0%** | 13,273 | **100.0%** | 20539 | **100.0%** |
| In family households | 6,461 | 72.0% | 12,434 | 93.7% | 18015 | 87.7% |
| In nonfamily households | 2,507 | 28.0% | 839 | 6.3% | 2524 | 12.3% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 17

## Household Type for Population in Households

### Waller County, Texas



Source: B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **10,855** | **100.0%** | **9,563** | **100.0%** | **17,430** | **100.0%** |
| Never married | 7,629 | 70.3% | 3,390 | 35.4% | 3,933 | 22.6% |
| Now married (except separated) | 2,033 | 18.7% | 5,300 | 55.4% | 9,972 | 57.2% |
| Separated | 211 | 1.9% | 165 | 1.7% | 427 | 2.4% |
| Widowed | 329 | 3.0% | 307 | 3.2% | 1,183 | 6.8% |
| Divorced | 653 | 6.0% | 401 | 4.2% | 1,915 | 11.0% |
| **Male:** | **5,216** | **48.1%** | **4,980** | **52.1%** | **8,513** | **48.8%** |
| Never married | 3,802 | 35.0% | 1,959 | 20.5% | 2,067 | 11.9% |
| Now married (except separated) | 968 | 8.9% | 2,687 | 28.1% | 5,033 | 28.9% |
| Separated | 150 | 1.4% | 51 | 0.5% | 218 | 1.3% |
| Widowed | 37 | 0.3% | 60 | 0.6% | 268 | 1.5% |
| Divorced | 259 | 2.4% | 223 | 2.3% | 927 | 5.3% |
| **Female:** | **5,639** | **51.9%** | **4,583** | **47.9%** | **8,917** | **51.2%** |
| Never married | 3,827 | 35.3% | 1,431 | 15.0% | 1,866 | 10.7% |
| Now married (except separated) | 1,065 | 9.8% | 2,613 | 27.3% | 4,939 | 28.3% |
| Separated | 61 | 0.6% | 114 | 1.2% | 209 | 1.2% |
| Widowed | 292 | 2.7% | 247 | 2.6% | 915 | 5.2% |
| Divorced | 394 | 3.6% | 178 | 1.9% | 988 | 5.7% |

Source: U.S. Census Bureau, 2013-2017 American Community

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Marital Status for the Population 15 Years and Over

## Waller County, Texas



Source:  B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **4,104** | **100.0%** | **6,765** | **100.0%** | **14,745** | **100.0%** |
| Less than high school diploma | 753 | 18.3% | 3,514 | 51.9% | 1,373 | 9.3% |
| High school graduate, GED, or alternative | 1,604 | 39.1% | 1,942 | 28.7% | 4,493 | 30.5% |
| Some college or associate's degree | 1,130 | 27.5% | 979 | 14.5% | 5,012 | 34.0% |
| Bachelor's degree or higher | 617 | 15.0% | 330 | 4.9% | 3,867 | 26.2% |
| Male: | 1,937 | 47.2% | 3,544 | 52.4% | 7,217 | 48.9% |
| Less than high school diploma | 342 | 8.3% | 1,760 | 26.0% | 787 | 5.3% |
| High school graduate, GED, or alternative | 672 | 16.4% | 905 | 13.4% | 2,176 | 14.8% |
| Some college or associate's degree | 612 | 14.9% | 659 | 9.7% | 2,331 | 15.8% |
| Bachelor's degree or higher | 311 | 7.6% | 220 | 3.3% | 1,923 | 13.0% |
| Female: | 2,167 | 52.8% | 3,221 | 47.6% | 7,528 | 51.1% |
| Less than high school diploma | 411 | 10.0% | 1,754 | 25.9% | 586 | 4.0% |
| High school graduate, GED, or alternative | 932 | 22.7% | 1,037 | 15.3% | 2,317 | 15.7% |
| Some college or associate's degree | 518 | 12.6% | 320 | 4.7% | 2,681 | 18.2% |
| Bachelor's degree or higher | 306 | 7.5% | 110 | 1.6% | 1,944 | 13.2% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 21

**Educational Attainment for the Population 25 Years and Older**

**Waller County, Texas**



Source: C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **11,773** | **100.0%** | **12,690** | **100.0%** | **19,797** | **100.0%** |
| Speak only English | 11,565 | 98.2% | 2,024 | 15.9% | 19,221 | 97.1% |
| Speak another language | 208 | 1.8% | 10,666 | 84.1% | 576 | 2.9% |
| Speak English "very well" | 199 | 1.7% | 4,953 | 39.0% | 521 | 2.6% |
| Speak English "less than very well" | 9 | 0.1% | 5,713 | 45.0% | 55 | 0.3% |
| Native: | 11,505 | 97.7% | 6,353 | 50.1% | 19,521 | 98.6% |
| Speak only English | 11,372 | 96.6% | 1,725 | 13.6% | 19,047 | 96.2% |
| Speak another language | 133 | 1.1% | 4,628 | 36.5% | 474 | 2.4% |
| Speak English "very well" | 126 | 1.1% | 3,314 | 26.1% | 439 | 2.2% |
| Speak English "less than very well" | 7 | 0.1% | 1,314 | 10.4% | 35 | 0.2% |
| Foreign born: | 268 | 2.3% | 6,337 | 49.9% | 276 | 1.4% |
| Speak only English | 193 | 1.6% | 299 | 2.4% | 174 | 0.9% |
| Speak another language | 75 | 0.6% | 6,038 | 47.6% | 102 | 0.5% |
| Speak English "very well" | 73 | 0.6% | 1,639 | 12.9% | 82 | 0.4% |
| Speak English "less than very well" | 2 | 0.0% | 4,399 | 34.7% | 20 | 0.1% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Speak English "Less than Very Well" (Population 5 Years and Over)

## Waller County, Texas



Source: B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER

Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **1,761** | **100.0%** | **2,901** | **100.0%** | **5,898** | **100.0%** |
| Income in the past 12 months below poverty level: | 470 | 26.7% | 499 | 17.2% | 341 | 5.8% |
| Married-couple family: | 209 | 11.9% | 293 | 10.1% | 177 | 3.0% |
| With related children under 18 years | 181 | 10.3% | 255 | 8.8% | 46 | 0.8% |
| Other family: | 261 | 14.8% | 206 | 7.1% | 164 | 2.8% |
| Male householder, no wife present | 22 | 1.2% | 0 | 0.0% | 34 | 0.6% |
| With related children under 18 years | 22 | 1.2% | 0 | 0.0% | 34 | 0.6% |
| Female householder, no husband present | 239 | 13.6% | 206 | 7.1% | 130 | 2.2% |
| With related children under 18 years | 192 | 10.9% | 206 | 7.1% | 130 | 2.2% |
| level: | 1,291 | 73.3% | 2,402 | 82.8% | 5,557 | 94.2% |
| Married-couple family: | 648 | 36.8% | 1,860 | 64.1% | 4,587 | 77.8% |
| With related children under 18 years | 234 | 13.3% | 1,181 | 40.7% | 1,489 | 25.2% |
| Other family: | 643 | 36.5% | 542 | 18.7% | 970 | 16.4% |
| Male householder, no wife present | 187 | 10.6% | 321 | 11.1% | 375 | 6.4% |
| With related children under 18 years | 5 | 0.3% | 92 | 3.2% | 219 | 3.7% |
| Female householder, no husband present | 456 | 25.9% | 221 | 7.6% | 595 | 10.1% |
| With related children under 18 years | 177 | 10.1% | 165 | 5.7% | 394 | 6.7% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Family Households Below Poverty in the Past 12 Months

## Waller County, Texas



Income in the past 12 months below poverty level:

Source: B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE
OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Waller County, Texas



Source:   B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE
OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA By Age | Latino | % of Latino Total | White, Not Hispanic | % of NHW By Age |
| **Total:** | **8,948** | **100.0%** | **13,635** | **100.0%** | **20,147** | **100.0%** |
| Income in the past 12 months below poverty level: | 3,196 | 35.7% | 3,009 | 22.1% | 1,463 | 7.3% |
| **Under 18 years** | 809 | 50.5% | 1,535 | 28.3% | 371 | 9.3% |
| **18 to 59 years** | 2,164 | 36.5% | 1,416 | 19.7% | 884 | 8.1% |
| **60 years and over** | 223 | 15.8% | 58 | 5.7% | 208 | 4.0% |
| Income in the past 12 months at or above poverty | 5,752 | 64.3% | 10,626 | 77.9% | 18,684 | 92.7% |
| **Under 18 years** | 793 | 49.5% | 3,886 | 71.7% | 3,623 | 90.7% |
| **18 to 59 years** | 3,767 | 63.5% | 5,782 | 80.3% | 10,056 | 91.9% |
| **60 years and over** | 1,192 | 84.2% | 958 | 94.3% | 5,005 | 96.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Population Below Poverty in the Past 12 Months

## Waller County, Texas



Source:   B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMII
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **3,190** | **100.0%** | **3,282** | **100.0%** | **7,924** | **100.0%** |
| Less than $ 10,000 | 416 | 13.0% | 159 | 4.8% | 242 | 3.1% |
| $ 10,000 to $ 14,999 | 165 | 5.2% | 204 | 6.2% | 397 | 5.0% |
| **$ 15,000 to $ 24,999** | 795 | 24.9% | 263 | 8.0% | 591 | 7.5% |
| **$ 25,000 to $ 34,999** | 289 | 9.1% | 610 | 18.6% | 585 | 7.4% |
| **$ 35,000 to $ 49,999** | 472 | 14.8% | 728 | 22.2% | 915 | 11.5% |
| **$ 50,000 to $ 74,999** | 606 | 19.0% | 580 | 17.7% | 1,290 | 16.3% |
| $ 75,000 to $ 99,999 | 234 | 7.3% | 350 | 10.7% | 1,170 | 14.8% |
| **$ 100,000 to $ 149,999** | 160 | 5.0% | 263 | 8.0% | 1,477 | 18.6% |
| $ 150,000 to $ 199,999 | 31 | 1.0% | 43 | 1.3% | 540 | 6.8% |
| $ 200,000 or more | 22 | 0.7% | 82 | 2.5% | 717 | 9.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 30

## Household Income in the Past 12 Months

## Waller County, Texas



Source:   B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017
INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | **Waller County, Texas** | | |
|---|---|---|---|
|  | African American | Latino | White, Not Hispanic |
| Median household income in the past 12 months (in 201 | $ 34,159 | $ 41,924 | $ 74,132 |

Source: U.S. Census Bureau, 2013-2017 American
Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Median Household Income in the Past 12 Months

### Waller County, Texas



Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **1,761** | **100.0%** | **2,901** | **100.0%** | **5,898** | **100.0%** |
| Less than $ 10,000 | 109 | 6.2% | 82 | 2.8% | 175 | 3.0% |
| $ 10,000 to $ 14,999 | 36 | 2.0% | 161 | 5.5% | 52 | 0.9% |
| **$ 15,000 to $ 24,999** | **444** | **25.2%** | **291** | **10.0%** | **416** | **7.1%** |
| **$ 25,000 to $ 34,999** | **87** | **4.9%** | **523** | **18.0%** | **270** | **4.6%** |
| **$ 35,000 to $ 49,999** | **162** | **9.2%** | **575** | **19.8%** | **428** | **7.3%** |
| **$ 50,000 to $ 74,999** | **519** | **29.5%** | **580** | **20.0%** | **1,121** | **19.0%** |
| **$ 100,000 to $ 149,999** | **139** | **7.9%** | **254** | **8.8%** | **1,301** | **22.1%** |
| $ 150,000 to $ 199,999 | 8 | 0.5% | 35 | 1.2% | 484 | 8.2% |
| $ 200,000 or more | 22 | 1.2% | 50 | 1.7% | 637 | 10.8% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Family Income in the Past 12 Months

### Waller County, Texas



Source: B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Waller County, Texas | | |
|---|---|---|---|
|  | African American | Latino | White, Not Hispanic |
| Median family income in the past 12 months (in 2017 inflation-adjusted dollars) | $ 51,345 | $ 42,386 | $ 90,746 |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 36

## Median Family Income in the Past 12 Months

## Waller County, Texas



Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Median nonfamily household income in the past 12 months (in 2017 inflation-adjusted dollars) | $ 19,987 | $ 28,750 | $ 38,297 |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 38

## Median Non-Family Income in the Past 12 Months

## Waller County, Texas



Median nonfamily household income in the past 12 months (in 2017 inflation-adjusted dollars)

Source:   B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Per capita income in the past 12 months (in 2017 inflation-adjusted dollars) | $ 12,795 | $ 14,029 | $ 37,458 |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 40

## Per capita Income in the Past 12 Months

### Waller County, Texas



Per capita income in the past 12 months (in 2017 inflation-adjusted dollars)

Source:   B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | |
| --- | --- | --- | --- |
| | African American | Latino | White, Not Hispanic |
| inflation-adjusted dollars) -- | | | |
| Total: | $ 10,672 | $ 21,119 | $ 39,888 |
| Male -- | | | |
| Total | $ 12,444 | $ 28,197 | $ 53,110 |
| Worked full-time, year-round in the past 12 months | $ 31,966 | $ 34,296 | $ 66,412 |
| Other | $ 4,997 | $ 9,339 | $ 17,920 |
| Female -- | | | |
| Total | $ 7,601 | $ 12,967 | $ 31,648 |
| Worked full-time, year-round in the past 12 months | $ 24,908 | $ 19,119 | $ 41,178 |
| Other | $ 4,678 | $ 6,736 | $ 11,327 |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Median earnings in the Past 12 Months (16 Years and Over with Earnings)

### Waller County, Texas



Source: B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2017
INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **10,840** | **100.0%** | **9,348** | **100.0%** | **17,241** | **100.0%** |
| Worked full-time, year-round in the past 12 months: | 2,653 | 24.5% | 4,323 | 46.2% | 7,786 | 45.2% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 35 | 0.2% |
| With earnings: | 2,653 | 24.5% | 4,323 | 46.2% | 7,751 | 45.0% |
| $ 1 to $ 9,999 or loss | 142 | 1.3% | 268 | 2.9% | 81 | 0.5% |
| $ 10,000 to $ 19,999 | 452 | 4.2% | 910 | 9.7% | 606 | 3.5% |
| $ 20,000 to $ 29,999 | 605 | 5.6% | 951 | 10.2% | 882 | 5.1% |
| $ 30,000 to $ 49,999 | 1,095 | 10.1% | 1,322 | 14.1% | 1,748 | 10.1% |
| $ 50,000 to $ 74,999 | 308 | 2.8% | 490 | 5.2% | 2,152 | 12.5% |
| $ 75,000 or more | 51 | 0.5% | 382 | 4.1% | 2,282 | 13.2% |
| Other: | 8,187 | 75.5% | 5,025 | 53.8% | 9,455 | 54.8% |
| No earnings | 3,776 | 34.8% | 2,723 | 29.1% | 5,846 | 33.9% |
| With earnings: less than full time, year-round | 4,411 | 40.7% | 2,302 | 24.6% | 3,609 | 20.9% |
| Male: | 5,216 | 48.1% | 4,835 | 51.7% | 8,413 | 48.8% |
| Worked full-time, year-round in the past 12 months: | 1,528 | 14.1% | 2,987 | 32.0% | 4,556 | 26.4% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 35 | 0.2% |
| With earnings: | 1,528 | 14.1% | 2,987 | 32.0% | 4,521 | 26.2% |
| $ 1 to $ 9,999 or loss | 59 | 0.5% | 67 | 0.7% | 21 | 0.1% |
| $ 10,000 to $ 19,999 | 236 | 2.2% | 394 | 4.2% | 174 | 1.0% |
| $ 20,000 to $ 29,999 | 193 | 1.8% | 669 | 7.2% | 406 | 2.4% |
| $ 30,000 to $ 49,999 | 805 | 7.4% | 1,081 | 11.6% | 835 | 4.8% |
| $ 50,000 to $ 74,999 | 184 | 1.7% | 459 | 4.9% | 1,100 | 6.4% |
| $ 75,000 or more | 51 | 0.5% | 317 | 3.4% | 1,985 | 11.5% |

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Other: | 3,688 | 34.0% | 1,848 | 19.8% | 3,857 | 22.4% |
| No earnings | 1,525 | 14.1% | 674 | 7.2% | 2,247 | 13.0% |
| With earnings: | 2,163 | 20.0% | 1,174 | 12.6% | 1,610 | 9.3% |
| Female: | 5,624 | 51.9% | 4,513 | 48.3% | 8,828 | 51.2% |
| Worked full-time, year-round in the past 12 months: | 1,125 | 10.4% | 1,336 | 14.3% | 3,230 | 18.7% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| With earnings: | 1,125 | 10.4% | 1,336 | 14.3% | 3,230 | 18.7% |
| $ 1 to $ 9,999 or loss | 83 | 0.8% | 201 | 2.2% | 60 | 0.3% |
| $ 10,000 to $ 19,999 | 216 | 2.0% | 516 | 5.5% | 432 | 2.5% |
| $ 20,000 to $ 29,999 | 412 | 3.8% | 282 | 3.0% | 476 | 2.8% |
| $ 30,000 to $ 49,999 | 290 | 2.7% | 241 | 2.6% | 913 | 5.3% |
| $ 50,000 to $ 74,999 | 124 | 1.1% | 31 | 0.3% | 1,052 | 6.1% |
| $ 75,000 or more | 0 | 0.0% | 65 | 0.7% | 297 | 1.7% |
| Other: | 4,499 | 41.5% | 3,177 | 34.0% | 5,598 | 32.5% |
| No earnings | 2,251 | 20.8% | 2,049 | 21.9% | 3,599 | 20.9% |
| With earnings: | 2,248 | 20.7% | 1,128 | 12.1% | 1,999 | 11.6% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

## Employment and Earnings in in the Past 12 Months (16 Years and Over)

### Waller County, Texas



Source:   B20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS
(IN 2017 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **10,609** | **100.0%** | **8,736** | **100.0%** | **16,709** | **100.0%** |
| Veteran | 279 | 2.6% | 173 | 2.0% | 1,430 | 8.6% |
| Nonveteran | 10,330 | 97.4% | 8,563 | 98.0% | 15,279 | 91.4% |
| Male: | 5,037 | 47.5% | 4,549 | 52.1% | 8,158 | 48.8% |
| 18 to 64 years: | 4,637 | 43.7% | 4,218 | 48.3% | 6,321 | 37.8% |
| Veteran | 137 | 1.3% | 104 | 1.2% | 563 | 3.4% |
| Nonveteran | 4,500 | 42.4% | 4,114 | 47.1% | 5,758 | 34.5% |
| 65 years and over: | 400 | 3.8% | 331 | 3.8% | 1,837 | 11.0% |
| Veteran | 89 | 0.8% | 59 | 0.7% | 731 | 4.4% |
| Nonveteran | 311 | 2.9% | 272 | 3.1% | 1,106 | 6.6% |
| Female: | 5,572 | 52.5% | 4,187 | 47.9% | 8,551 | 51.2% |
| 18 to 64 years: | 5,016 | 47.3% | 3,870 | 44.3% | 6,530 | 39.1% |
| Veteran | 50 | 0.5% | 10 | 0.1% | 91 | 0.5% |
| Nonveteran | 4,966 | 46.8% | 3,860 | 44.2% | 6,439 | 38.5% |
| 65 years and over: | 556 | 5.2% | 317 | 3.6% | 2,021 | 12.1% |
| Veteran | 3 | 0.0% | 0 | 0.0% | 45 | 0.3% |
| Nonveteran | 553 | 5.2% | 317 | 3.6% | 1,976 | 11.8% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Veterans in the Civilian Population 18 Years and Over

## Waller County, Texas



Source:  C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **3,190** | **100.0%** | **3,282** | **100.0%** | **7,924** | **100.0%** |
| HH received Food Stamps/SNAP in the past 12 months | 1,135 | 35.6% | 646 | 19.7% | 666 | 8.4% |
| HH did not receive Food Stamps/SNAP in the past 12 months | 2,055 | 64.4% | 2,636 | 80.3% | 7,258 | 91.6% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

A - 49

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Waller County, Texas



Source: B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **10,840** | **100.0%** | **9,348** | **100.0%** | **17,241** | **100.0%** |
| In labor force: | 6,229 | 57.5% | 6,188 | 66.2% | 10,854 | 63.0% |
| In Armed Forces | 0 | 0.0% | 3 | 0.0% | 0 | 0.0% |
| Civilian: | 6,114 | 56.4% | 6,071 | 64.9% | 9,832 | 57.0% |
| Employed | 5,130 | 47.3% | 5,850 | 62.6% | 10,447 | 60.6% |
| Unemployed | 1,099 | 10.1% | 335 | 3.6% | 407 | 2.4% |
| Not in labor force | 4,611 | 42.5% | 3,160 | 33.8% | 6,387 | 37.0% |
| Male: | 5,216 | 48.1% | 4,835 | 51.7% | 8,413 | 48.8% |
| 16 to 64 years: | 4,816 | 44.4% | 4,504 | 48.2% | 6,576 | 38.1% |
| In labor force: | 3,218 | 29.7% | 3,890 | 41.6% | 5,440 | 31.6% |
| In Armed Forces | 0 | 0.0% | 3 | 0.0% | 0 | 0.0% |
| Civilian: | 3,218 | 29.7% | 3,887 | 41.6% | 5,440 | 31.6% |
| Employed | 2643 | 24.4% | 3711 | 39.7% | 5162 | 29.9% |
| Unemployed | 575 | 5.3% | 176 | 1.9% | 278 | 1.6% |
| Not in labor force | 1,598 | 14.7% | 614 | 6.6% | 1,136 | 6.6% |
| 65 years and over: | 400 | 3.7% | 331 | 3.5% | 1,837 | 10.7% |
| In labor force: | 51 | 0.5% | 85 | 0.9% | 630 | 3.7% |
| Employed | 51 | 0.5% | 85 | 0.9% | 630 | 3.7% |
| Unemployed | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not in labor force | 349 | 3.2% | 246 | 2.6% | 1,207 | 7.0% |

A - 51

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Female: | 5,624 | 51.9% | 4,513 | 48.3% | 8,828 | 51.2% |
| 16 to 64 years: | 5,068 | 46.8% | 4,196 | 44.9% | 6,807 | 39.5% |
| In labor force: | 2,896 | 26.7% | 2,184 | 23.4% | 4,392 | 25.5% |
| In Armed Forces | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Civilian: | 2,896 | 26.7% | 2,184 | 23.4% | 4,392 | 25.5% |
| Employed | 2,372 | 21.9% | 2,025 | 21.7% | 4,293 | 24.9% |
| Unemployed | 524 | 4.8% | 159 | 1.7% | 99 | 0.6% |
| Not in labor force | 2,172 | 20.0% | 2,012 | 21.5% | 2,415 | 14.0% |
| 65 years and over: | 556 | 5.1% | 317 | 3.4% | 2,021 | 11.7% |
| In labor force: | 64 | 0.6% | 29 | 0.3% | 392 | 2.3% |
| Employed | 64 | 0.6% | 29 | 0.3% | 362 | 2.1% |
| Unemployed | 0 | 0.0% | 0 | 0.0% | 30 | 0.2% |
| Not in labor force | 492 | 4.5% | 288 | 3.1% | 1,629 | 9.4% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Employment Status for the Population 16 years and over

### Waller County, Texas



Source: C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Unemployment of Working Age Population  (Ages 16 to 64)
### (As a Percent of 16-64 Civilian Labor Force)

### Waller County, Texas



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **5,130** | **100.0%** | **5,850** | **100.0%** | **10,447** | **100.0%** |
| Management, professional, and related occupations | 1,179 | 23.0% | 918 | 15.7% | 3,581 | 34.3% |
| Service occupations | 1,647 | 32.1% | 1,313 | 22.4% | 1,642 | 15.7% |
| Sales and office occupations | 1,330 | 25.9% | 1,349 | 23.1% | 2,594 | 24.8% |
| Natural resources, construction, and maintenance occupations: | 319 | 6.2% | 1,131 | 19.3% | 1,564 | 15.0% |
| Production, transportation, and material moving occupations | 655 | 12.8% | 1,139 | 19.5% | 1,066 | 10.2% |
| Male: | 2,694 | 52.5% | 3,796 | 64.9% | 5,792 | 55.4% |
| Management, business, science, and arts occupations: | 653 | 12.7% | 516 | 8.8% | 1,931 | 18.5% |
| Service occupations | 503 | 9.8% | 748 | 12.8% | 702 | 6.7% |
| Sales and office occupations | 698 | 13.6% | 454 | 7.8% | 953 | 9.1% |
| Natural resources, construction, and maintenance occupations: | 305 | 5.9% | 1,063 | 18.2% | 1,385 | 13.3% |
| Production, transportation, and material moving occupations | 535 | 10.4% | 1,015 | 17.4% | 821 | 7.9% |
| Female: | 2,436 | 47.5% | 2,054 | 35.1% | 4,655 | 44.6% |
| Management, professional, and related occupations | 526 | 10.3% | 402 | 6.9% | 1,650 | 15.8% |
| Service occupations | 1,144 | 22.3% | 565 | 9.7% | 940 | 9.0% |
| Sales and office occupations | 632 | 12.3% | 895 | 15.3% | 1,641 | 15.7% |
| Natural resources, construction, and maintenance occupations: | 14 | 0.3% | 68 | 1.2% | 179 | 1.7% |
| Production, transportation, and material moving occupations | 120 | 2.3% | 124 | 2.1% | 245 | 2.3% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

## Occupation for the Civilian Employed 16 Years and Over Population

### Waller County, Texas



Source:   C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

A - 56

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **3,190** | **100.0%** | **3,282** | **100.0%** | **7,924** | **100.0%** |
| Owner occupied | 1,277 | 40.0% | 2,341 | 71.3% | 6,217 | 78.5% |
| Renter occupied | 1,913 | 60.0% | 941 | 28.7% | 1,707 | 21.5% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.h

# Home Owners and Renters by Household

## Waller County, Texas



Source:   B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B25014. OCCUPANTS PER ROOM  -  Universe: OCCUPIED HOUSING UNITS**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **3,190** | **100.0%** | **3,282** | **100.0%** | **7,924** | **100.0%** |
| 1.00 or less occupants per room | 2,896 | 90.8% | 2,820 | 85.9% | 7,717 | 97.4% |
| 1.01 or more occupants per room | 294 | 9.2% | 462 | 14.1% | 207 | 2.6% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.ht

A - 59

## More than One Person per Room (Crowding) by Household

## Waller County, Texas



Source:  B25014. OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B18101. AGE BY DISABILITY STATUS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **12,215** | **100.0%** | **14,193** | **100.0%** | **20,672** | **100.0%** |
| Under 18 years: | 1,632 | 13.4% | 5,491 | 38.7% | 4,128 | 20.0% |
| With a disability | 40 | 0.3% | 146 | 1.0% | 99 | 0.5% |
| No disability | 1,592 | 13.0% | 5,345 | 37.7% | 4,029 | 19.5% |
| 18 to 64 years: | 9,627 | 78.8% | 8,054 | 56.7% | 12,810 | 62.0% |
| With a disability | 854 | 7.0% | 614 | 4.3% | 1,752 | 8.5% |
| No disability | 8,773 | 71.8% | 7,440 | 52.4% | 11,058 | 53.5% |
| 65 years and over: | 956 | 7.8% | 648 | 4.6% | 3,734 | 18.1% |
| With a disability | 492 | 4.0% | 330 | 2.3% | 1,620 | 7.8% |
| No disability | 464 | 3.8% | 318 | 2.2% | 2,114 | 10.2% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

A - 61

## Disability by Age

## Waller County, Texas



Source:   B18101. AGE BY DISABILITY STATUS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Waller County, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | **12,215** | **100.0%** | **14,193** | **100.0%** | **20,672** | **100.0%** |
| Under 18 years: | 2,885 | 23.6% | 5,827 | 41.1% | 4,536 | 21.9% |
|   With health insurance coverage | 2,619 | 21.4% | 4,860 | 34.2% | 4,327 | 20.9% |
|   No health insurance coverage | 266 | 2.2% | 967 | 6.8% | 209 | 1.0% |
| 18 to 64 years: | 8,374 | 68.6% | 7,718 | 54.4% | 12,402 | 60.0% |
|   With health insurance coverage | 5,993 | 49.1% | 4,081 | 28.8% | 10,107 | 48.9% |
|   No health insurance coverage | 2,381 | 19.5% | 3,637 | 25.6% | 2,295 | 11.1% |
| 65 years and over: | 956 | 7.8% | 648 | 4.6% | 3,734 | 18.1% |
|   With health insurance coverage | 925 | 7.6% | 608 | 4.3% | 3,734 | 18.1% |
|   No health insurance coverage | 31 | 0.3% | 40 | 0.3% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

**Lack of Health Insurance Coverage by Age**

**Waller County, Texas**



Source:   C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

# EXHIBIT B

Case 4:18-cv-03985 Document 77-1 Filed on 02/14/2040 in TXSD Page 801 of 752

# Selected Socio-Economic Data

## Prairie View African Americans vis-a-vis Waller County Anglos

### African American and White, Not Hispanic

### Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Population by Age

### Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B01001. SEX BY AGE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

B - 2

## Citizenship Status of Voting Age Population (18 and Over)

## Prairie View African Americans vis-a-vis Waller County Anglos



Source: B05003. SEX BY AGE BY CITIZENSHIP STATUS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

B - 3

**Geographical Mobility in the Past Year (Population 1 Year and Over)**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe:
POPULATION 1 YEAR AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

B - 4

## Means of Transportation to Work (Workers 16 Years and Over)

## Prairie View African Americans vis-a-vis Waller County Anglos



Source: B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Household Type for Population in Households**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

B - 6

**Marital Status for the Population 15 Years and Over**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source: B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Educational Attainment for the Population 25 Years and Older**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Speak English "Less than Very Well" (Population 5 Years and Over)**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:  B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Family Households Below Poverty in the Past 12 Months**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Female-headed Households with Related Children Below Poverty in the Past 12 Months**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Population Below Poverty in the Past 12 Months**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source: B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Household Income in the Past 12 Months

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Median Household Income in the Past 12 Months**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Family Income in the Past 12 Months

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Median Family Income in the Past 12 Months

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

B - 16

## Median Non-Family Income in the Past 12 Months

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Per capita Income in the Past 12 Months

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

### Median earnings in the Past 12 Months (16 Years and Over with Earnings)

### Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Veterans in the Civilian Population 18 Years and Over

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:  C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Employment and Earnings in in the Past 12 Months (16 Years and Over)**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   B20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2017 INFLATION-
ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:  B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Employment Status for the Population 16 years and over

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:  C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Unemployment of Working Age Population (Ages 16 to 64)
## (As a Percent of 16-64 Civilian Labor Force)

### Prairie View African Americans vis-a-vis Waller County Anglos



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Occupation for the Civilian Employed 16 Years and Over Population**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Home Owners and Renters by Household

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## More than One Person per Room (Crowding) by Household

## Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B25014. OCCUPANTS PER ROOM  -   Universe: OCCUPIED HOUSING UNITS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Disability by Age

### Prairie View African Americans vis-a-vis Waller County Anglos



Source:   B18101. AGE BY DISABILITY STATUS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**Lack of Health Insurance Coverage by Age**

**Prairie View African Americans vis-a-vis Waller County Anglos**



Source:   C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

# EXHIBIT C

# Selected Socio-Economic Data

## Prairie View city, Texas

## Single-Race African Americans and Latinos vis-à-vis Non-Hispanic Whites

## Data Set: 2013-2017 American Community Survey 5-Year Estimates

14-Jun-19

**C02003.DETAILED RACE - Universe: TOTAL POPULATION**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | **6,286** | **16** | **100.0%** |
| Population of one race: | 6,122 | 112 | 97.4% |
|   White | 868 | 842 | 13.8% |
|   Black or African American | 5,034 | 1,026 | 80.1% |
|   American Indian and Alaska Native | 0 | 19 | 0.0% |
|   Asian alone | 96 | 75 | 1.5% |
|   Native Hawaiian and Other Pacific Islander | 20 | 27 | 0.3% |
|   Some other race | 104 | 63 | 1.7% |
| Population of two or more races: | 164 | 109 | 2.6% |
|   Two races including Some other race | 1 | 3 | 0.0% |
|   Two races excluding Some other race, and three or more races | 163 | 109 | 2.6% |
| Population of two races: | 113 | 79 | 1.8% |
|   White; Black or African American | 67 | 55 | 1.1% |
|   White; American Indian and Alaska Native | 24 | 34 | 0.4% |
|   White; Asian | 2 | 5 | 0.0% |
|   Black or African American; American Indian and Alaska Native | 2 | 6 | 0.0% |
|   All other two race combinations | 18 | 36 | 0.3% |
| Population of three races | 51 | 41 | 0.8% |
| Population of four or more races | 0 | 19 | 0.0% |

Note: Hispanics may be of any race. See Table B03002 and chart.

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

C - 2

## Population by Race

### Prairie View city, Texas



Source: C02003.DETAILED RACE - Universe: TOTAL POPULATION
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| **Total:** | 6,286 | 16 | **100.0%** |
|   Not Hispanic or Latino: | 5,674 | 323 | 90.3% |
|     White alone | 448 | 569 | 7.1% |
|     Black or African American alone | 4,944 | 1,006 | 78.7% |
|     American Indian and Alaska Native alone | 0 | 19 | 0.0% |
|     Asian alone | 96 | 75 | 1.5% |
|     Native Hawaiian and Other Pacific Islander alone | 20 | 27 | 0.3% |
|     Some other race alone | 22 | 48 | 0.3% |
|     Two or more races: | 144 | 111 | 2.3% |
|       Two races including Some other race | 1 | 3 | 0.0% |
|       Two races excluding Some other race, and three or more races | 143 | 111 | 2.3% |
|   Hispanic or Latino | 612 | 320 | 9.7% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

C - 4

## Non-Hispanic by Race and Hispanic Population

## Prairie View city, Texas



Source:   B03002. HISPANIC OR LATINO ORIGIN BY RACE - Universe: TOTAL POPULATION
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B03002. HISPANIC OR LATINO ORIGIN BY RACE**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | |
|---|---|---|---|
| | Population | Margin of Error (+/-) | % of Total |
| Hispanic or Latino: | 612 | 320 | **100.0%** |
| White alone | 420 | 289 | 68.6% |
| Black or African American alone | 90 | 49 | 14.7% |
| American Indian and Alaska Native alone | 0 | 19 | 0.0% |
| Asian alone | 0 | 19 | 0.0% |
| Native Hawaiian and Other Pacific Islander alone | 0 | 19 | 0.0% |
| Some other race alone | 82 | 70 | 13.4% |
| Two or more races: | 20 | 21 | 3.3% |
| Two races including Some other race | 0 | 19 | 0.0% |
| Two races excluding Some other race, and three or more races | 20 | 21 | 3.3% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey Methodology.
http://www.census.gov/acs/www/UseData/index.htm

C - 6

## Hispanic or Latino Origin by Race

## Prairie View city, Texas



Source:   B03002. HISPANIC OR LATINO ORIGIN BY RACE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B01001. SEX BY AGE**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **5,034** | **100.0%** | **612** | **100.0%** | **448** | **100.0%** |
| Under 18 years | 248 | 4.9% | 43 | 7.0% | 28 | 6.3% |
| 18 to 64 years | 4,672 | 92.8% | 560 | 91.5% | 418 | 93.3% |
| 65 years and over | 114 | 2.3% | 9 | 1.5% | 2 | 0.4% |
| Male: | 1,990 | 39.5% | 207 | 33.8% | 42 | 9.4% |
| Under 18 years | 138 | 2.7% | 14 | 2.3% | 5 | 1.1% |
| 18 to 64 years | 1,797 | 35.7% | 184 | 30.1% | 37 | 8.3% |
| 65 years and over | 55 | 1.1% | 9 | 1.5% | 0 | 0.0% |
| Female: | 3,044 | 60.5% | 405 | 66.2% | 406 | 90.6% |
| Under 18 years | 110 | 2.2% | 29 | 4.7% | 23 | 5.1% |
| 18 to 64 years | 2,875 | 57.1% | 376 | 61.4% | 381 | 85.0% |
| 65 years and over | 59 | 1.2% | 0 | 0.0% | 2 | 0.4% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see http://www.census.gov/acs/www/UseData/index.htm

**Population by Age**

**Prairie View city, Texas**



Source:   B01001. SEX BY AGE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B05003. SEX BY AGE BY CITIZENSHIP STATUS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total by Age | Latino | % of Latino Total by Age | White, Not Hispanic | % of NHW Total by Age |
| Total: | **5,034** | **100.0%** | **612** | **100.0%** | **448** | **100.0%** |
| **Under 18 years:** | **248** | **100.0%** | **43** | **100.0%** | **28** | **100.0%** |
| Native | 234 | 94.4% | 43 | 100.0% | 28 | 100.0% |
| Foreign born: | 14 | 5.6% | 0 | 0.0% | 0 | 0.0% |
| Naturalized U.S. citizen | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not a U.S. citizen | 14 | 5.6% | 0 | 0.0% | 0 | 0.0% |
| **18 years and over:** | **4,786** | **100.0%** | **569** | **100.0%** | **420** | **100.0%** |
| Native | 4,596 | 96.0% | 477 | 83.8% | 409 | 97.4% |
| Foreign born: | 190 | 4.0% | 92 | 16.2% | 11 | 2.6% |
| Naturalized U.S. citizen | 37 | 0.8% | 15 | 2.6% | 2 | 0.5% |
| Not a U.S. citizen | 153 | 3.2% | 77 | 13.5% | 9 | 2.1% |
| **Male:** | 1,990 | 39.5% | 207 | 33.8% | 42 | 9.4% |
| **Under 18 years:** | 138 | **100.0%** | 14 | **100.0%** | 5 | **100.0%** |
| Native | 130 | 94.2% | 14 | 100.0% | 5 | 100.0% |
| Foreign born: | 8 | 5.8% | 0 | 0.0% | 0 | 0.0% |
| Naturalized U.S. citizen | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not a U.S. citizen | 8 | 5.8% | 0 | 0.0% | 0 | 0.0% |
| **18 years and over:** | **1,852** | **100.0%** | **193** | **100.0%** | **37** | **100.0%** |
| Native | 1,783 | 96.3% | 147 | 76.2% | 28 | 75.7% |
| Foreign born: | 69 | 3.7% | 46 | 23.8% | 9 | 24.3% |
| Naturalized U.S. citizen | 13 | 0.7% | 9 | 4.7% | 0 | 0.0% |
| Not a U.S. citizen | 56 | 3.0% | 37 | 19.2% | 9 | 24.3% |

|  | **Prairie View city, Texas** | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA by Age | Latino | % of Latino by Age | White, Not Hispanic | % of NHW by Age |
| **Female:** | 3,044 | 60.5% | 405 | 66.2% | 406 | 90.6% |
| **Under 18 years:** | **110** | **100.0%** | **29** | **100.0%** | **23** | **100.0%** |
| Native | 104 | 94.5% | 29 | 100.0% | 23 | 100.0% |
| Foreign born: | 6 | 5.5% | 0 | 0.0% | 0 | 0.0% |
| Naturalized U.S. citizen | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not a U.S. citizen | 6 | 5.5% | 0 | 0.0% | 0 | 0.0% |
| **18 years and over:** | **2,934** | **100.0%** | **376** | **100.0%** | **383** | **100.0%** |
| Native | 2,813 | 95.9% | 330 | 87.8% | 381 | 99.5% |
| Foreign born: | 121 | 4.1% | 46 | 12.2% | 2 | 0.5% |
| Naturalized U.S. citizen | 24 | 0.8% | 6 | 1.6% | 2 | 0.5% |
| Not a U.S. citizen | 97 | 3.3% | 40 | 10.6% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Citizenship Status of Voting Age Population (18 and Over)

### Prairie View city, Texas



Source:  B05003. SEX BY AGE BY CITIZENSHIP STATUS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN THE UNITED STATES - Universe: POPULATION 1 YEAR AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | **5,027** | **100.0%** | **608** | **100.0%** | **448** | **100.0%** |
| Same house 1 year ago | 3,266 | 65.0% | 339 | 55.8% | 211 | 47.1% |
| Moved within same county | 298 | 5.9% | 61 | 10.0% | 81 | 18.1% |
| Moved from different county within same state | 1,311 | 26.1% | 164 | 27.0% | 94 | 21.0% |
| Moved from different state | 127 | 2.5% | 44 | 7.2% | 53 | 11.8% |
| Moved from abroad | 25 | 0.5% | 0 | 0.0% | 9 | 2.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Geographical Mobility in the Past Year (Population 1 Year and Over)

### Prairie View city, Texas



Source:   B07004. GEOGRAPHICAL MOBILITY IN THE PAST YEAR BY RACE FOR CURRENT RESIDENCE IN
THE UNITED STATES - Universe:  POPULATION 1 YEAR AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | 1,593 | **100.0%** | 105 | **100.0%** | 172 | **100.0%** |
| Car, truck, or van - drove alone | 745 | 46.8% | 53 | 50.5% | 91 | 52.9% |
| Car, truck, or van - carpooled | 227 | 14.2% | 0 | 0.0% | 19 | 11.0% |
| Public transportation (excluding taxicab) | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Walked | 425 | 26.7% | 52 | 49.5% | 57 | 33.1% |
| Taxicab, motorcycle, bicycle, or other means | 89 | 5.6% | 0 | 0.0% | 0 | 0.0% |
| Worked at home | 107 | 6.7% | 0 | 0.0% | 5 | 2.9% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

## Means of Transportation to Work (Workers 16 Years and Over)

## Prairie View city, Texas



Source:  B08105. MEANS OF TRANSPORTATION TO WORK - Universe: WORKERS 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | 1,726 | **100.0%** | 243 | **100.0%** | 28 | **100.0%** |
| In family households | 756 | 43.8% | 77 | 31.7% | 23 | 82.1% |
| In nonfamily households | 970 | 56.2% | 166 | 68.3% | 5 | 17.9% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Household Type for Population in Households

### Prairie View city, Texas



Source:   B11002. HOUSEHOLD TYPE BY RELATIVES AND NONRELATIVES FOR POPULATION IN HOUSEHOLDS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **4,875** | **100.0%** | **590** | **100.0%** | **439** | **100.0%** |
| Never married | 4,533 | 93.0% | 552 | 93.6% | 423 | 96.4% |
| Now married (except separated) | 180 | 3.7% | 38 | 6.4% | 7 | 1.6% |
| Separated | 24 | 0.5% | 0 | 0.0% | 4 | 0.9% |
| Widowed | 64 | 1.3% | 0 | 0.0% | 0 | 0.0% |
| Divorced | 74 | 1.5% | 0 | 0.0% | 5 | 1.1% |
| **Male:** | **1,884** | **38.6%** | **193** | **32.7%** | **37** | **8.4%** |
| Never married | 1,750 | 35.9% | 173 | 29.3% | 31 | 7.1% |
| Now married (except separated) | 75 | 1.5% | 20 | 3.4% | 2 | 0.5% |
| Separated | 0 | 0.0% | 0 | 0.0% | 4 | 0.9% |
| Widowed | 25 | 0.5% | 0 | 0.0% | 0 | 0.0% |
| Divorced | 34 | 0.7% | 0 | 0.0% | 0 | 0.0% |
| **Female:** | **2,991** | **61.4%** | **397** | **67.3%** | **402** | **91.6%** |
| Never married | 2,783 | 57.1% | 379 | 64.2% | 392 | 89.3% |
| Now married (except separated) | 105 | 2.2% | 18 | 3.1% | 5 | 1.1% |
| Separated | 24 | 0.5% | 0 | 0.0% | 0 | 0.0% |
| Widowed | 39 | 0.8% | 0 | 0.0% | 0 | 0.0% |
| Divorced | 40 | 0.8% | 0 | 0.0% | 5 | 1.1% |

Source: U.S. Census Bureau, 2013-2017 American Community

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

C - 19

## Marital Status for the Population 15 Years and Over

## Prairie View city, Texas



Source: B12002. MARITAL STATUS FOR THE POPULATION 15 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **497** | **100.0%** | **49** | **100.0%** | **25** | **100.0%** |
| Less than high school diploma | 89 | 17.9% | 31 | 63.3% | 0 | 0.0% |
| High school graduate, GED, or alternative | 84 | 16.9% | 18 | 36.7% | 6 | 24.0% |
| Some college or associate's degree | 159 | 32.0% | 0 | 0.0% | 15 | 60.0% |
| Bachelor's degree or higher | 165 | 33.2% | 0 | 0.0% | 4 | 16.0% |
| Male: | 249 | 50.1% | 23 | 46.9% | 15 | 60.0% |
| Less than high school diploma | 43 | 8.7% | 19 | 38.8% | 0 | 0.0% |
| High school graduate, GED, or alternative | 44 | 8.9% | 4 | 8.2% | 4 | 16.0% |
| Some college or associate's degree | 84 | 16.9% | 0 | 0.0% | 9 | 36.0% |
| Bachelor's degree or higher | 78 | 15.7% | 0 | 0.0% | 2 | 8.0% |
| Female: | 248 | 49.9% | 26 | 53.1% | 10 | 40.0% |
| Less than high school diploma | 46 | 9.3% | 12 | 24.5% | 0 | 0.0% |
| High school graduate, GED, or alternative | 40 | 8.0% | 14 | 28.6% | 2 | 8.0% |
| Some college or associate's degree | 75 | 15.1% | 0 | 0.0% | 6 | 24.0% |
| Bachelor's degree or higher | 87 | 17.5% | 0 | 0.0% | 2 | 8.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

**Educational Attainment for the Population 25 Years and Older**

**Prairie View city, Texas**



Source:   C15002. SEX BY EDUCATIONAL ATTAINMENT FOR THE POPULATION 25 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **5,006** | **100.0%** | **600** | **100.0%** | **448** | **100.0%** |
| Speak only English | 4,893 | 97.7% | 223 | 37.2% | 435 | 97.1% |
| Speak another language | 113 | 2.3% | 377 | 62.8% | 13 | 2.9% |
| Speak English "very well" | 104 | 2.1% | 290 | 48.3% | 13 | 2.9% |
| Speak English "less than very well" | 9 | 0.2% | 87 | 14.5% | 0 | 0.0% |
| Native: | 4,806 | 96.0% | 508 | 84.7% | 437 | 97.5% |
| Speak only English | 4,718 | 94.2% | 223 | 37.2% | 433 | 96.7% |
| Speak another language | 88 | 1.8% | 285 | 47.5% | 4 | 0.9% |
| Speak English "very well" | 81 | 1.6% | 244 | 40.7% | 4 | 0.9% |
| Speak English "less than very well" | 7 | 0.1% | 41 | 6.8% | 0 | 0.0% |
| Foreign born: | 200 | 4.0% | 92 | 15.3% | 11 | 2.5% |
| Speak only English | 175 | 3.5% | 0 | 0.0% | 2 | 0.4% |
| Speak another language | 25 | 0.5% | 92 | 15.3% | 9 | 2.0% |
| Speak English "very well" | 23 | 0.5% | 46 | 7.7% | 9 | 2.0% |
| Speak English "less than very well" | 2 | 0.0% | 46 | 7.7% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Speak English "Less than Very Well" (Population 5 Years and Over)

### Prairie View city, Texas



Source:   B16005. NATIVITY BY LANGUAGE SPOKEN AT HOME BY ABILITY TO SPEAK ENGLISH FOR THE POPULATION 5 YEARS AND OVER

Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE OF RELATED CHILDREN UNDER 18 YEARS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **208** | **100.0%** | **14** | **100.0%** | **9** | **100.0%** |
| Income in the past 12 months below poverty level: | 65 | 31.3% | 0 | 0.0% | 4 | 44.4% |
| Married-couple family: | 2 | 1.0% | 0 | 0.0% | 0 | 0.0% |
| With related children under 18 years | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other family: | 63 | 30.3% | 0 | 0.0% | 4 | 44.4% |
| Male householder, no wife present | 22 | 10.6% | 0 | 0.0% | 4 | 44.4% |
| With related children under 18 years | 22 | 10.6% | 0 | 0.0% | 4 | 44.4% |
| Female householder, no husband present | 41 | 19.7% | 0 | 0.0% | 0 | 0.0% |
| With related children under 18 years | 33 | 15.9% | 0 | 0.0% | 0 | 0.0% |
| level: | 143 | 68.8% | 14 | 100.0% | 5 | 55.6% |
| Married-couple family: | 65 | 31.3% | 11 | 78.6% | 2 | 22.2% |
| With related children under 18 years | 34 | 16.3% | 7 | 50.0% | 0 | 0.0% |
| Other family: | 78 | 37.5% | 3 | 21.4% | 3 | 33.3% |
| Male householder, no wife present | 42 | 20.2% | 3 | 21.4% | 0 | 0.0% |
| With related children under 18 years | 5 | 2.4% | 3 | 21.4% | 0 | 0.0% |
| Female householder, no husband present | 36 | 17.3% | 0 | 0.0% | 3 | 33.3% |
| With related children under 18 years | 13 | 6.3% | 0 | 0.0% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

C - 25

## Family Households Below Poverty in the Past 12 Months

### Prairie View city, Texas



Source:  B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE
OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

### Prairie View city, Texas



Source:   B17010. POVERTY STATUS IN THE PAST 12 MONTHS OF FAMILIES BY FAMILY TYPE BY PRESENCE
OF RELATED CHILDREN UNDER 18 YEARS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

C - 27

**B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMINED**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA By Age | Latino | % of Latino Total | White, Not Hispanic | % of NHW By Age |
| **Total:** | **1,757** | **100.0%** | **102** | **100.0%** | **38** | **100.0%** |
| Income in the past 12 months below poverty level: | 1,025 | 58.3% | 29 | 28.4% | 17 | 44.7% |
| **Under 18 years** | 101 | 46.3% | 0 | 0.0% | 9 | 100.0% |
| **18 to 59 years** | 918 | 66.3% | 29 | 42.0% | 8 | 32.0% |
| **60 years and over** | 6 | 3.9% | 0 | 0.0% | 0 | 0.0% |
| Income in the past 12 months at or above poverty | 732 | 41.7% | 73 | 71.6% | 21 | 55.3% |
| **Under 18 years** | 117 | 53.7% | 24 | 100.0% | 0 | 0.0% |
| **18 to 59 years** | 467 | 33.7% | 40 | 58.0% | 17 | 68.0% |
| **60 years and over** | 148 | 96.1% | 9 | 100.0% | 4 | 100.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

C - 28

## Population Below Poverty in the Past 12 Months

## Prairie View city, Texas



Source:   B17020 POVERTY STATUS IN THE PAST 12 MONTHS BY AGE - Universe: POPULATION FOR WHOM POVERTY STATUS IS DETERMI

Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **587** | **100.0%** | **35** | **100.0%** | **14** | **100.0%** |
| Less than $ 10,000 | 188 | 32.0% | 21 | 60.0% | 4 | 28.6% |
| $ 10,000 to $ 14,999 | 41 | 7.0% | 0 | 0.0% | 2 | 14.3% |
| **$ 15,000 to $ 24,999** | 100 | 17.0% | 0 | 0.0% | 0 | 0.0% |
| **$ 25,000 to $ 34,999** | 97 | 16.5% | 4 | 11.4% | 0 | 0.0% |
| **$ 35,000 to $ 49,999** | 67 | 11.4% | 6 | 17.1% | 3 | 21.4% |
| **$ 50,000 to $ 74,999** | 36 | 6.1% | 0 | 0.0% | 3 | 21.4% |
| $ 75,000 to $ 99,999 | 36 | 6.1% | 4 | 11.4% | 0 | 0.0% |
| **$ 100,000 to $ 149,999** | 14 | 2.4% | 0 | 0.0% | 2 | 14.3% |
| $ 150,000 to $ 199,999 | 8 | 1.4% | 0 | 0.0% | 0 | 0.0% |
| $ 200,000 or more | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

Case 4:18-cv-03985 Document 77-1 Filed on 02/14/20 in TXSD Page 361 of 752

## Household Income in the Past 12 Months

## Prairie View city, Texas

Source: B19001. HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | |
| --- | --- | --- | --- |
| | African American | Latino | White, Not Hispanic |
| Median household income in the past 12 months (in 201 | $ 21,179 | -- | -- |

Source: U.S. Census Bureau, 2013-2017 American
Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

Case 4:18-cv-03985 Document 27-5 Filed on 02/14/20 in TXSD Page 363 of 752

## Median Household Income in the Past 12 Months

### Prairie View city, Texas



Source: B19013. MEDIAN HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **208** | **100.0%** | **14** | **100.0%** | **9** | **100.0%** |
| Less than $ 10,000 | 10 | 4.8% | 0 | 0.0% | 4 | 44.4% |
| $ 10,000 to $ 14,999 | 26 | 12.5% | 0 | 0.0% | 0 | 0.0% |
| **$ 15,000 to  $ 24,999** | **51** | **24.5%** | **0** | **0.0%** | **0** | **0.0%** |
| **$ 25,000 to $ 34,999** | **37** | **17.8%** | **4** | **28.6%** | **0** | **0.0%** |
| **$ 35,000 to $ 49,999** | **10** | **4.8%** | **6** | **42.9%** | **3** | **33.3%** |
| **$ 50,000 to $ 74,999** | **23** | **11.1%** | **0** | **0.0%** | **0** | **0.0%** |
| **$ 100,000 to $ 149,999** | **7** | **3.4%** | **-** | **0.0%** | **2** | **22.2%** |
| $ 150,000 to $ 199,999 | 8 | 3.8% | 0 | 0.0% | 0 | 0.0% |
| $ 200,000 or more | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Family Income in the Past 12 Months

## Prairie View city, Texas



Source:   B19101. FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| Median family income in the past 12 months (in 2017 inflation-adjusted dollars) | $ 31,071 | $ 41,250 | -- |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Median Family Income in the Past 12 Months

## Prairie View city, Texas



Median family income in the past 12 months (in 2017 inflation-adjusted dollars)

Source:   B19113. MEDIAN FAMILY INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Prairie View city, Texas | | |
| --- | --- | --- | --- |
|  | African American | Latino | White, Not Hispanic |
| Median nonfamily household income in the past 12 months (in 2017 inflation-adjusted dollars) | $ 12,396 | -- | -- |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Median Non-Family Income in the Past 12 Months

## Prairie View city, Texas



Source:  B19202. MEDIAN NONFAMILY HOUSEHOLD INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | |
| --- | --- | --- | --- |
| | African American | Latino | White, Not Hispanic |
| Per capita income in the past 12 months (in 2017 inflation-adjusted dollars) | $ 5,979 | $ 3,264 | $ 5,678 |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

**Per capita Income in the Past 12 Months**

**Prairie View city, Texas**



Source: B19301. PER CAPITA INCOME IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS)
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS FOR THE POPULATION 16 YEARS AND OVER WITH EARNINGS IN THE PAST 12 MONTHS**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | |
|---|---|---|---|
| | African American | Latino | White, Not Hispanic |
| inflation-adjusted dollars) -- | | | |
| Total: | $ 4,608 | $ 4,884 | $ 3,583 |
| Male -- | | | |
| Total | $ 5,059 | -- | -- |
| Worked full-time, year-round in the past 12 months | $ 17,083 | $ 30,694 | -- |
| Other | $ 4,373 | $ 4,125 | -- |
| Female -- | | | |
| Total | $ 4,299 | $ 4,853 | $ 3,500 |
| Worked full-time, year-round in the past 12 months | $ 20,990 | -- | $ 41,250 |
| Other | $ 3,633 | $ 4,706 | $ 3,417 |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

C - 42

## Median earnings in the Past 12 Months (16 Years and Over with Earnings)

### Prairie View city, Texas



Source: B20017. MEDIAN EARNINGS IN THE PAST 12 MONTHS (IN 2017
INFLATION-ADJUSTED DOLLARS) BY SEX BY WORK EXPERIENCE IN THE PAST
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS (IN 2017 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
|---|---|---|---|---|---|---|
| **Total:** | **4,860** | **100.0%** | **588** | **100.0%** | **439** | **100.0%** |
| Worked full-time, year-round in the past 12 months: | 459 | 9.4% | 17 | 2.9% | 10 | 2.3% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| With earnings: | 459 | 9.4% | 17 | 2.9% | 10 | 2.3% |
| $ 1 to $ 9,999 or loss | 97 | 2.0% | 0 | 0.0% | 0 | 0.0% |
| $ 10,000 to $ 19,999 | 117 | 2.4% | 0 | 0.0% | 0 | 0.0% |
| $ 20,000 to $ 29,999 | 124 | 2.6% | 4 | 0.7% | 0 | 0.0% |
| $ 30,000 to $ 49,999 | 76 | 1.6% | 13 | 2.2% | 8 | 1.8% |
| $ 50,000 to $ 74,999 | 34 | 0.7% | 0 | 0.0% | 2 | 0.5% |
| $ 75,000 or more | 11 | 0.2% | 0 | 0.0% | 0 | 0.0% |
| Other: | 4,401 | 90.6% | 571 | 97.1% | 429 | 97.7% |
| No earnings | 1,919 | 39.5% | 293 | 49.8% | 139 | 31.7% |
| With earnings: less than full time, year-round | 2,482 | 51.1% | 278 | 47.3% | 290 | 66.1% |
| Male: | 1,884 | 38.8% | 193 | 32.8% | 37 | 8.4% |
| Worked full-time, year-round in the past 12 months: | 215 | 4.4% | 13 | 2.2% | 2 | 0.5% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| With earnings: | 215 | 4.4% | 13 | 2.2% | 2 | 0.5% |
| $ 1 to $ 9,999 or loss | 59 | 1.2% | 0 | 0.0% | 0 | 0.0% |
| $ 10,000 to $ 19,999 | 52 | 1.1% | 0 | 0.0% | 0 | 0.0% |
| $ 20,000 to $ 29,999 | 45 | 0.9% | 4 | 0.7% | 0 | 0.0% |
| $ 30,000 to $ 49,999 | 26 | 0.5% | 9 | 1.5% | 0 | 0.0% |
| $ 50,000 to $ 74,999 | 22 | 0.5% | 0 | 0.0% | 2 | 0.5% |
| $ 75,000 or more | 11 | 0.2% | 0 | 0.0% | 0 | 0.0% |

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Other: | 1,669 | 34.3% | 180 | 30.6% | 35 | 8.0% |
| No earnings | 760 | 15.6% | 62 | 10.5% | 29 | 6.6% |
| With earnings: | 909 | 18.7% | 118 | 20.1% | 6 | 1.4% |
| Female: | 2,976 | 61.2% | 395 | 67.2% | 402 | 91.6% |
| Worked full-time, year-round in the past 12 months: | 244 | 5.0% | 4 | 0.7% | 8 | 1.8% |
| No earnings | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| With earnings: | 244 | 5.0% | 4 | 0.7% | 8 | 1.8% |
| $ 1 to $ 9,999 or loss | 38 | 0.8% | 0 | 0.0% | 0 | 0.0% |
| $ 10,000 to $ 19,999 | 65 | 1.3% | 0 | 0.0% | 0 | 0.0% |
| $ 20,000 to $ 29,999 | 79 | 1.6% | 0 | 0.0% | 0 | 0.0% |
| $ 30,000 to $ 49,999 | 50 | 1.0% | 4 | 0.7% | 8 | 1.8% |
| $ 50,000 to $ 74,999 | 12 | 0.2% | 0 | 0.0% | 0 | 0.0% |
| $ 75,000 or more | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Other: | 2,732 | 56.2% | 391 | 66.5% | 394 | 89.7% |
| No earnings | 1,159 | 23.8% | 231 | 39.3% | 110 | 25.1% |
| With earnings: | 1,573 | 32.4% | 160 | 27.2% | 284 | 64.7% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

**Employment and Earnings in in the Past 12 Months (16 Years and Over)**

**Prairie View city, Texas**



Source: B20005. SEX BY WORK EXPERIENCE IN THE PAST 12 MONTHS BY EARNINGS IN THE PAST 12 MONTHS
(IN 2017 INFLATION-ADJUSTED DOLLARS) FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

|  | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
|  | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **4,786** | **100.0%** | **569** | **100.0%** | **420** | **100.0%** |
| Veteran | 22 | 0.5% | 0 | 0.0% | 5 | 1.2% |
| Nonveteran | 4,764 | 99.5% | 569 | 100.0% | 415 | 98.8% |
| Male: | 1,852 | 38.7% | 193 | 33.9% | 37 | 8.8% |
| 18 to 64 years: | 1,797 | 37.5% | 184 | 32.3% | 37 | 8.8% |
| Veteran | 5 | 0.1% | 0 | 0.0% | 2 | 0.5% |
| Nonveteran | 1,792 | 37.4% | 184 | 32.3% | 35 | 8.3% |
| 65 years and over: | 55 | 1.1% | 9 | 1.6% | 0 | 0.0% |
| Veteran | 10 | 0.2% | 0 | 0.0% | 0 | 0.0% |
| Nonveteran | 45 | 0.9% | 9 | 1.6% | 0 | 0.0% |
| Female: | 2,934 | 61.3% | 376 | 66.1% | 383 | 91.2% |
| 18 to 64 years: | 2,875 | 60.1% | 376 | 66.1% | 381 | 90.7% |
| Veteran | 4 | 0.1% | 0 | 0.0% | 3 | 0.7% |
| Nonveteran | 2,871 | 60.0% | 376 | 66.1% | 378 | 90.0% |
| 65 years and over: | 59 | 1.2% | 0 | 0.0% | 2 | 0.5% |
| Veteran | 3 | 0.1% | 0 | 0.0% | 0 | 0.0% |
| Nonveteran | 56 | 1.2% | 0 | 0.0% | 2 | 0.5% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

## Veterans in the Civilian Population 18 Years and Over

### Prairie View city, Texas



Source:  C21001. SEX BY AGE BY VETERAN STATUS FOR THE CIVILIAN POPULATION 18 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **587** | **100.0%** | **35** | **100.0%** | **14** | **100.0%** |
| HH received Food Stamps/SNAP in the past 12 months | 103 | 17.5% | 13 | 37.1% | 9 | 64.3% |
| HH did not receive Food Stamps/SNAP in the past 12 months | 484 | 82.5% | 22 | 62.9% | 5 | 35.7% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

**Receipt of Food Stamps/SNAP in the Past 12 Months by Household**

**Prairie View city, Texas**



Source:   B22005. RECEIPT OF FOOD STAMPS/SNAP IN THE PAST 12 MONTHS BY RACE OF HOUSEHOLDER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **4,860** | **100.0%** | **588** | **100.0%** | **439** | **100.0%** |
| In labor force: | 2,095 | 43.1% | 142 | 24.1% | 176 | 40.1% |
| In Armed Forces | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Civilian: | 2,061 | 42.4% | 142 | 24.1% | 176 | 40.1% |
| Employed | 1,699 | 35.0% | 105 | 17.9% | 172 | 39.2% |
| Unemployed | 396 | 8.1% | 37 | 6.3% | 4 | 0.9% |
| Not in labor force | 2,765 | 56.9% | 446 | 75.9% | 263 | 59.9% |
| Male: | 1,884 | 38.8% | 193 | 32.8% | 37 | 8.4% |
| 16 to 64 years: | 1,829 | 37.6% | 184 | 31.3% | 37 | 8.4% |
| In labor force: | 701 | 14.4% | 24 | 4.1% | 6 | 1.4% |
| In Armed Forces | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Civilian: | 701 | 14.4% | 24 | 4.1% | 6 | 1.4% |
| Employed | 632 | 13.0% | 24 | 4.1% | 2 | 0.5% |
| Unemployed | 69 | 1.4% | 0 | 0.0% | 4 | 0.9% |
| Not in labor force | 1,128 | 23.2% | 160 | 27.2% | 31 | 7.1% |
| 65 years and over: | 55 | 1.1% | 9 | 1.5% | 0 | 0.0% |
| In labor force: | 20 | 0.4% | 0 | 0.0% | 0 | 0.0% |
| Employed | 20 | 0.4% | 0 | 0.0% | 0 | 0.0% |
| Unemployed | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not in labor force | 35 | 0.7% | 9 | 1.5% | 0 | 0.0% |

C - 51

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Female: | 2,976 | 61.2% | 395 | 67.2% | 402 | 91.6% |
| 16 to 64 years: | 2,917 | 60.0% | 395 | 67.2% | 400 | 91.1% |
| In labor force: | 1,360 | 28.0% | 118 | 20.1% | 170 | 38.7% |
| In Armed Forces | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Civilian: | 1,360 | 28.0% | 118 | 20.1% | 170 | 38.7% |
| Employed | 1,033 | 21.3% | 81 | 13.8% | 170 | 38.7% |
| Unemployed | 327 | 6.7% | 37 | 6.3% | 0 | 0.0% |
| Not in labor force | 1,557 | 32.0% | 277 | 47.1% | 230 | 52.4% |
| 65 years and over: | 59 | 1.2% | 0 | 0.0% | 2 | 0.5% |
| In labor force: | 14 | 0.3% | 0 | 0.0% | 0 | 0.0% |
| Employed | 14 | 0.3% | 0 | 0.0% | 0 | 0.0% |
| Unemployed | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Not in labor force | 45 | 0.9% | 0 | 0.0% | 2 | 0.5% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

**Employment Status for the Population 16 years and over**

**Prairie View city, Texas**



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

## Unemployment of Working Age Population (Ages 16 to 64)
### (As a Percent of 16-64 Civilian Labor Force)

### Prairie View city, Texas



Source:   C23002. SEX BY AGE BY EMPLOYMENT STATUS FOR THE POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **1,699** | **100.0%** | **105** | **100.0%** | **172** | **100.0%** |
| Management, professional, and related occupations | 289 | 17.0% | 4 | 3.8% | 59 | 34.3% |
| Service occupations | 607 | 35.7% | 25 | 23.8% | 43 | 25.0% |
| Sales and office occupations | 700 | 41.2% | 66 | 62.9% | 70 | 40.7% |
| Natural resources, construction, and maintenance occupations: | 44 | 2.6% | 3 | 2.9% | 0 | 0.0% |
| Production, transportation, and material moving occupations | 59 | 3.5% | 7 | 6.7% | 0 | 0.0% |
| Male: | 652 | 38.4% | 24 | 22.9% | 2 | 1.2% |
| Management, business, science, and arts occupations: | 138 | 8.1% | 4 | 3.8% | 2 | 1.2% |
| Service occupations | 146 | 8.6% | 8 | 7.6% | 0 | 0.0% |
| Sales and office occupations | 283 | 16.7% | 2 | 1.9% | 0 | 0.0% |
| Natural resources, construction, and maintenance occupations: | 30 | 1.8% | 3 | 2.9% | 0 | 0.0% |
| Production, transportation, and material moving occupations | 55 | 3.2% | 7 | 6.7% | 0 | 0.0% |
| Female: | 1,047 | 61.6% | 81 | 77.1% | 170 | 98.8% |
| Management, professional, and related occupations | 151 | 8.9% | 0 | 0.0% | 57 | 33.1% |
| Service occupations | 461 | 27.1% | 17 | 16.2% | 43 | 25.0% |
| Sales and office occupations | 417 | 24.5% | 64 | 61.0% | 70 | 40.7% |
| Natural resources, construction, and maintenance occupations: | 14 | 0.8% | 0 | 0.0% | 0 | 0.0% |
| Production, transportation, and material moving occupations | 4 | 0.2% | 0 | 0.0% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see Survey
http://www.census.gov/acs/www/UseData/index.htm

## Occupation for the Civilian Employed 16 Years and Over Population

### Prairie View city, Texas



Source:   C24010. SEX BY OCCUPATION FOR THE CIVILIAN EMPLOYED POPULATION 16 YEARS AND OVER
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B25003. TENURE - Universe: OCCUPIED HOUSING UNITS**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **587** | **100.0%** | **35** | **100.0%** | **14** | **100.0%** |
| Owner occupied | 137 | 23.3% | 7 | 20.0% | 5 | 35.7% |
| Renter occupied | 450 | 76.7% | 28 | 80.0% | 9 | 64.3% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.h

## Home Owners and Renters by Household

### Prairie View city, Texas



Source:   B25003. TENURE - Universe: OCCUPIED HOUSING UNITS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B25014. OCCUPANTS PER ROOM  -  Universe: OCCUPIED HOUSING UNITS**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **587** | **100.0%** | **35** | **100.0%** | **14** | **100.0%** |
| 1.00 or less occupants per room | 552 | 94.0% | 34 | 97.1% | 14 | 100.0% |
| 1.01 or more occupants per room | 35 | 6.0% | 1 | 2.9% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions,
http://www.census.gov/acs/www/UseData/index.ht

## More than One Person per Room (Crowding) by Household

### Prairie View city, Texas



Source:  B25014. OCCUPANTS PER ROOM  -  Universe: OCCUPIED HOUSING UNITS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**B18101. AGE BY DISABILITY STATUS**
Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| **Total:** | **5,024** | **100.0%** | **612** | **100.0%** | **448** | **100.0%** |
| Under 18 years: | 248 | 4.9% | 43 | 7.0% | 28 | 6.3% |
| With a disability | 20 | 0.4% | 0 | 0.0% | 0 | 0.0% |
| No disability | 228 | 4.5% | 43 | 7.0% | 28 | 6.3% |
| 18 to 64 years: | 4,662 | 92.8% | 560 | 91.5% | 418 | 93.3% |
| With a disability | 190 | 3.8% | 10 | 1.6% | 19 | 4.2% |
| No disability | 4,472 | 89.0% | 550 | 89.9% | 399 | 89.1% |
| 65 years and over: | 114 | 2.3% | 9 | 1.5% | 2 | 0.4% |
| With a disability | 23 | 0.5% | 0 | 0.0% | 2 | 0.4% |
| No disability | 91 | 1.8% | 9 | 1.5% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

Case 4:18-cv-03985 Document 27-15 Filed on 02/14/20 in TXSD Page 392 of 752

## Disability by Age

## Prairie View city, Texas



Source:   B18101. AGE BY DISABILITY STATUS
Data Set: 2013-2017 American Community Survey 5-Year Estimates

**C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE**

Data Set: 2013-2017 American Community Survey 5-Year Estimates

| | Prairie View city, Texas | | | | | |
|---|---|---|---|---|---|---|
| | African American | % of AA Total | Latino | % of Latino Total | White, Not Hispanic | % of NHW Total |
| Total: | **5,024** | **100.0%** | **612** | **100.0%** | **448** | **100.0%** |
| Under 18 years: | 1,358 | 27.0% | 235 | 38.4% | 94 | 21.0% |
|   With health insurance coverage | 1,184 | 23.6% | 168 | 27.5% | 94 | 21.0% |
|   No health insurance coverage | 174 | 3.5% | 67 | 10.9% | 0 | 0.0% |
| 18 to 64 years: | 3,552 | 70.7% | 368 | 60.1% | 352 | 78.6% |
|   With health insurance coverage | 2,639 | 52.5% | 213 | 34.8% | 260 | 58.0% |
|   No health insurance coverage | 913 | 18.2% | 155 | 25.3% | 92 | 20.5% |
| 65 years and over: | 114 | 2.3% | 9 | 1.5% | 2 | 0.4% |
|   With health insurance coverage | 114 | 2.3% | 9 | 1.5% | 2 | 0.4% |
|   No health insurance coverage | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |

Source: U.S. Census Bureau, 2013-2017 American Community Survey

For information on confidentiality protection, sampling error, nonsampling error, and definitions, see
http://www.census.gov/acs/www/UseData/index.htm

### Lack of Health Insurance Coverage by Age

### Prairie View city, Texas



Source: C27001B. HEALTH INSURANCE COVERAGE STATUS BY AGE
Data Set: 2013-2017 American Community Survey 5-Year Estimates

# APPENDIX

<div align="right">May 1, 2019</div>

*William S. Cooper*
*P.O. Box 16066*
*Bristol, VA 24209*
*276-669-8567*
*bcooper@msn.com*

## Summary of Redistricting Work

I have a B.A. in Economics from Davidson College in Davidson, North Carolina.

Since 1986, I have prepared proposed redistricting maps of approximately 750 jurisdictions for Section 2 litigation, Section 5 comment letters, and for use in other efforts to promote compliance with the Voting Rights Act of 1965. I have analyzed and prepared election plans in over 100 of these jurisdictions for two or more of the decennial censuses – either as part of concurrent legislative reapportionments or, retrospectively, in relation to litigation involving many of the cases listed below.

From 1986 to 2018, I have prepared election plans for Section 2 litigation in Alabama, Connecticut, Florida, Georgia, Louisiana, Maryland, Mississippi, Missouri, Montana, Nebraska, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, South Dakota, Tennessee, Utah, Virginia, Washington, and Wyoming.

## Post-2010 Redistricting Experience

Since the release of the 2010 Census in February 2011, I have developed statewide legislative plans on behalf of clients in eight states (Alabama, Connecticut, Florida, Georgia, Kentucky, South Carolina, Texas, and Virginia), as well as over 150 local redistricting plans in approximately 30 states – primarily for groups working to protect minority voting rights. In addition, I have prepared congressional plans for clients in eight states (Alabama, Florida, Georgia, Louisiana, Maryland, Ohio, Pennsylvania, South Carolina, and Virginia).

In March 2011, I was retained by the Sussex County, Virginia Board of

<div align="center">1</div>

May 1, 2019

Supervisors and the Bolivar County, Mississippi Board of Supervisors to draft new district plans based on the 2010 Census. In the summer of 2011, both counties received Section 5 preclearance from the U.S. Department of Justice (DOJ).

Also in 2011, I was retained by way of a subcontract with Olmedillo X5 LLC to assist with redistricting for the Miami-Dade County, Florida Board of Commissioners and the Miami-Dade, Florida School Board. Final plans were adopted in late 2011 following public hearings.

In the fall of 2011, I was retained by the City of Grenada, Mississippi to provide redistricting services. The ward plan I developed received DOJ preclearance in March 2012.

In 2012 and 2013, I served as a redistricting consultant to the Tunica County, Mississippi Board of Supervisors and the Claiborne County, Mississippi Board of Supervisors.

In *Montes v. City of Yakima* (E.D. Wash. Feb. 17, 2015) the court adopted, as a remedy for the Voting Rights Act Section 2 violation, a seven single-member district plan that I developed for the Latino plaintiffs. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In *Pope v. Albany County* (N.D.N.Y. Mar. 24, 2015), the court approved, as a remedy for a Section 2 violation, a plan drawn by the defendants, creating a new Black-majority district. I served as the expert for the Plaintiffs in the liability and remedy phases of the case.

In 2016, two redistricting plans that I developed on behalf of the plaintiffs for consent decrees in Section 2 lawsuits in Georgia were adopted (*NAACP v. Fayette County, Georgia* and *NAACP v. Emanuel County, Georgia)*.

2

In 2016, two federal courts granted summary judgment to the plaintiffs based in part on my *Gingles 1* testimony: *Navajo Nation v. San Juan County, Utah* (C.D. Utah 2016) and NAACP v. *Ferguson-Florissant School District, Missouri* (E. D. Mo. August 22, 2016).

Also in 2016, based in part on my analysis, the City of Pasco, Washington admitted to a Section 2 violation. As a result, in *Glatt v. City of Pasco* (E.D. Wash. Jan. 27, 2017), the court ordered a plan that created three Latino majority single-member districts in a 6 district, 1 at-large plan.

In 2017, a federal court ruled in favor of the plaintiffs in a Section 2 case regarding the 32nd Judicial District in Louisiana, based in part on my *Gingles* 1 testimony in *Terrebonne Parish Branch NAACP et al. v. Jindal et al* (M.D La. August 17, 2017).

In August 2018, the Wenatchee City Council adopted a hybrid election plan that I developed – five single-member districts with two members at-large. The Wenatchee election plan is the first plan adopted under the Washington Voting Rights Acts of 2018.

In February 2019, a federal court ruled in favor of the plaintiffs in a Section 2 case regarding Senate District 22 in Mississippi, based in part on my *Gingles* 1 testimony in *Thomas v. Bryant (S.D. Ms. Feb 16, 2019)*.

I currently serve as a redistricting consultant and expert to the City of Decatur, Alabama (V*oketz v. City of Decatur*) and to the State of Maryland (*Benisek v. Lamone)*.

I am currently a redistricting consultant and expert for the plaintiffs in ten voting cases –*Navajo Nation v. San Juan County, Utah*; *Terrebonne Parish Branch NAACP et al. v. Jindal et al.*; *Dwight v. Kemp; NAACP v. East Ramapo Central School District; Ohio A. Philip Randolph Institute, et al. v. Ryan; Thomas v. Bryant; Jayla Allen et al. v. Waller County, Texas; Chestnut v. Merrill*; *Alabama State Conference of the NAACP v. State of Alabama;* and *Alabama State Conference of the NAACP v. City of Pleasant Grove*.

May 1, 2019

Since 2011, I have served as a redistricting and demographic consultant to the Massachusetts-based Prison Policy Initiative and to Demos for a nationwide project to end prison-based gerrymandering. I have analyzed proposed and adopted election plans in about 25 states as part of my work with these two organizations.

**Post-2010 Demographics Experience**

My trial testimony in Section 2 lawsuits usually includes presentations of U.S. Census data with charts, tables, and/or maps to demonstrate socioeconomic disparities between non-Hispanic Whites and racial or ethnic minorities.

I have also served as an expert witness on demographics in non-voting trials. For example, in an April 2017 opinion in *Stout v. Jefferson County Board of Education* (Case no.2:65-cv-00396-MHH), a school desegregation case involving the City of Gardendale, Ala., the court made extensive reference to my testimony.

I provide technical demographic and mapping assistance to the Food Research and Action Center (FRAC) in Washington D.C and their constituent organizations around the country. Most of my work with FRAC involves the Summer Food Program and Child and Adult Care Food Program. Both programs provide nutritional assistance to school-age children who are eligible for free and reduced price meals. As part of this project, I developed an online interactive map to determine site eligibility for the two programs that has been in continuous use by community organizations and school districts around the country since 2003. The map is updated annually with new data from a Special Tabulation of the American Community Survey prepared by the U.S. Census Bureau for the Food and Nutrition Service of the U.S. Department of Agriculture.

**Historical Redistricting Experience**

In the 1980s and 1990s, I developed voting plans in about 400 state and local

4

jurisdictions – primarily in the South and Rocky Mountain West. During the 2000s, I prepared draft election plans involving about 300 state and local jurisdictions in 25 states. Most of these plans were prepared at the request of local citizens' groups, national organizations such as the NAACP, tribal governments, and for Section 2 or Section 5 litigation.

Election plans I developed for governments in two counties – Sussex County, Virginia and Webster County, Mississippi – were adopted and precleared in 2002 by the U.S. Department of Justice. A ward plan I prepared for the City of Grenada, Mississippi was precleared in August 2005. A county supervisors' plan I produced for Bolivar County, Mississippi was precleared in January 2006.

In August 2005, a federal court ordered the State of South Dakota to remedy a Section 2 voting rights violation and adopt a state legislative plan I developed (Bone Shirt v. Hazeltine).

 A county council plan I developed for Native American plaintiffs in a Section 2 lawsuit (*Blackmoon v. Charles Mix County*) was adopted by Charles Mix County, South Dakota in November 2005. A plan I drafted for Latino plaintiffs in Bethlehem, Pennsylvania (*Pennsylvania Statewide Latino Coalition v. Bethlehem Area School District*) was adopted in March 2009. Plans I developed for minority plaintiffs in Columbus County, North Carolina and Cortez-Montezuma School District in Colorado were adopted in 2009.

Since 1986, I have testified at trial as an expert witness on redistricting and demographics in federal courts in the following voting rights cases (approximate most recent testimony dates are in parentheses). I also filed declarations and was deposed in most of these cases.

**Alabama**
*Alabama Legislative Black Caucus et al. v. Alabama et al. (2013)*
*Alabama State Conference of the NAACP v. Alabama (2018)*

**Colorado**
*Cuthair v. Montezuma-Cortez School Board (1997)*

**Georgia**
*Cofield v. City of LaGrange (1996)*
*Love v. Deal (1995)*
*Askew v. City of Rome (1995)*
*Woodard v. Lumber City (1989)*

**Louisiana**
*Knight v. McKeithen (1994)*
*Reno v. Bossier Parish (1995)*
*Wilson v. Town of St. Francisville (1996)*
*Terrebonne Parish NAACP v. Jindal, et al. (2017)*

**Maryland**
*Cane v. Worcester County (1994)*

**Mississippi**
*Addy v Newton County (1995)*
*Boddie v. Cleveland  (2003)*
*Boddie v. Cleveland School District (2010)*
*Ewing v. Monroe County(1995)*
*Fairley v. Hattiesburg (2014)*
*Fairley v. Hattiesburg (2008)*
*Jamison v. City of Tupelo (2006)*
*Gunn v. Chickasaw County   (1995)*
*NAACP v. Fordice (1999)*
*Nichols v. Okolona (1995)*
*Smith v. Clark (2002)*
*Thomas v. Bryant (2019)*

**Montana**
*Old Person v. Cooney (1998)*
*Old Person v. Brown (on remand) (2001)*

**Missouri**
*Missouri NAACP v. Ferguson-Florissant School District (2016)*

**Nebraska**
*Stabler v. Thurston County (1995)*

6

May 1, 2019

*New York*
*Arbor Hills Concerned Citizens v. Albany County (2003*
*Pope v. County of Albany (2015)*

**Ohio**
*Ohio A. Philip Randolph Institute, et al. v. Ryan (2019)*

**South Carolina**
*Smith v. Beasley (1996)*

**South Dakota**
*Bone Shirt v. Hazeltine (2004)*
*Cottier v. City of Martin (2004)*

**Tennessee**
*Cousins v. McWherter (1994)*
*Rural West Tennessee  African American Affairs Council v. McWherter (1993)*

**Virginia**
*Henderson v. Richmond County (1988)*
*McDaniel v. Mehfoud (1988)*
*White* v. *Daniel (1989)*
*Smith v. Brunswick County (1991)*

***Wyoming***
*Large v. Fremont County (2007)*

In addition, I have filed expert declarations or been deposed in the following

cases that did not require trial testimony. The dates listed indicate the deposition date or

date of last declaration or supplemental declaration:

**Alabama**
*Voketz v. City of Decatur (2019)*
*Alabama State NAACP v. City of Pleasant Grove (2019)*
*Chestnut v  Merrill (2019)*

**Florida**
*Calvin v. Jefferson County (2016)*
*Thompson v. Glades County (2001)*
*Johnson v. DeSoto County (1999)*
*Burton v. City of Belle Glade (1997)*

May 1, 2019

**Georgia**
*Dwight v. Kemp (2018)*
*Georgia NAACP et al. v. Gwinnett County, GA (2018*
*Georgia State Conference NAACP et al v. Georgia (2018)*
*Georgia State Conference NAACP, et al. v. Fayette County (2015)*
*Knighton v. Dougherty County (2002)*
*Johnson v. Miller (1998)*
*Jones v. Cook County (1993)*

**Kentucky**
*Herbert v. Kentucky State Board of Elections (2013)*

**Louisiana**
*NAACP v. St. Landry Parish Council (2005)*
*Rodney v. McKeithen (1993)*
*Prejean v. Foster (1998)*

**Maryland**
*Fletcher v. Lamone (2011)*
*Benisek v. Lamone (2017)*

**Mississippi**
*Partee v. Coahoma County (2015)*
*Figgs v. Quitman County (2015)*
*West v. Natchez (2015)*
*Williams v. Bolivar County (2005)*
*Clark v. Calhoun County (on remand)(1993)*
*Houston v. Lafayette County (2002)*
*Wilson v. Clarksdale (1992)*
*Stanfield v. Lee County(1991)*
*Teague v. Attala County (on remand)(1993)*

**Montana**
*Alden v. Rosebud County (2000)*

**New York**
*NAACP v. East Ramapo Central School District (2018)*

**North Carolina**
*Lewis v. Alamance County (1991)*
*Gause v. Brunswick County (1992)*
*Webster v. Person County (1992)*

**Rhode Island**
*Davidson v. City of Cranston (2015)*

**South Carolina**
*Vander Linden v. Campbell (1996)*

8

**May 1, 2019**

**South Dakota**
*Emery v. Hunt (1999)*
*Kirkie v. Buffalo County (2004*

**Tennessee**
*NAACP v. Frost, et al. (2003)*

**Texas**
*Jayla Allen et al. v. Waller County (2018)*

**Utah**
*Navajo Nation v. San Juan County (2018)*

**Virginia**
*Moon v. Beyer (1990)*

***Washington***
*Montes v. City of Yakima (2014*
*Glatt v. City of Pasco (2016)*

# # #