PLAINTIFF'S EXHIBIT
154

# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAYLA ALLEN, et al.,<br><br>                *Plaintiffs*,<br><br>v.<br><br>WALLER COUNTY, TEXAS, et al.,<br><br>                *Defendants*. | Civil Case No. 4:18-cv-3985 |

## SUPPLEMENTAL DECLARATION OF WILLIAM S. COOPER

In accordance with 28 U.S.C. § 1746, Rules 26(a)(2)(B) and 26(e) of the Federal Rules of Civil Procedure, and Rules 702 and 703 of the Federal Rules of Evidence:

### I. BACKGROUND, QUALIFICATIONS, AND METHODOLOGY

1. My name is William S. Cooper. I serve as a demographic expert for Plaintiffs. I previously filed declarations in this matter on October 24, 2018,[1] and July 1, 2019.[2]

2. My July 1, 2019 declaration details my methodology. Historical information on my testimony as an expert witness and experience is included in a copy of my curriculum vitae that is attached as an Appendix to my July 1 declaration.

3. For this Supplemental Declaration, Plaintiffs requested that I analyze and provide information on the demographics of specific electoral precincts within Waller County Commissioner Precinct 3 based on U.S. Census Bureau reports.

---

1     ECF No. 17-3.
2     Declaration of William S. Cooper.

1

## II. SUPPLEMENTAL GEOGRAPHY AND POPULATION ESTIMATES

4. Although Precinct 3, based on its overall population, is a majority Black electoral district, the Black population within Precinct 3 is not distributed evenly. Precinct 3 includes five electoral precincts: 309, 310, 311, 312, and 313. For purposes of demographical analysis, it is useful to think of these precincts as constituting two distinct areas: Precincts 309 and 310 to the north, which for ease of reference I will refer to as "the Prairie View precincts," and Precincts 311, 312, and 313 to the south, which I will refer to as "the Monaville precincts." Although they constitute one Commissioner Precinct (3), the Prairie View precincts (309 and 310) and the Monaville precincts (311, 312, and 313) are unlike each other in terms of their racial and age-related demographics.

5. Of Commissioner Precinct 3's five electoral precincts, only Precincts 309 and 310 have sizeable Black populations. Precinct 309 is centered around the Prairie View A&M University (PVAMU) campus. Precinct 310 is adjacent to 309 and includes most of the off-campus areas of the City of Prairie View. Precincts 309 and 310, combined, comprise approximately 55% of Precinct 3's overall residents and approximately 60% of Precinct 3's residents of voting age. During elections, these two electoral precincts appear to be generally served by polling locations in the City of Prairie View, including on the PVAMU campus.

6. Precincts 311, 312, and 313 are relatively distant from the City of Prairie View or the PVAMU campus, and generally appear to be served during elections by polling locations in or around Monaville, an unincorporated area. In contrast to the populations of 309 and 310, the populations of Precincts 311, 312, and 313 are predominantly white and, on average, older. **Figures 1** and **2** illustrate these differences.

2

**Figure 1**

**Waller County, TX – Commissioner Precinct 3**
**Racial Demographics of Precinct 3's Electoral Precincts**

| Precinct | Total Pop. | SR Black | % SR Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|
| 309 | 3524 | 3328 | 94% | 117 | 3% | 48 | 1% |
| 310 | 2343 | 1642 | 70% | 383 | 16% | 282 | 12% |
| **Subtotal** | **5867** | **4970** | **85%** | **500** | **9%** | **330** | **6%** |
| 311 | 1266 | 128 | 10% | 496 | 39% | 633 | 50% |
| 312 | 2368 | 71 | 3% | 739 | 31% | 1528 | 65% |
| 313 | 1217 | 61 | 5% | 687 | 56% | 445 | 37% |
| **Subtotal** | **4851** | **260** | **5%** | **1922** | **40%** | **2606** | **54%** |

**Figure 2**

**Waller County, TX – Commissioner Precinct 3**
**Racial Demographics of Precinct 3's Electoral Precincts (Residents Aged 18+)**

| Precinct | 18+ Pop. | SR Black 18+ | % SR Black 18+ | Latino 18+ | % Latino 18+ | NH White 18+ | % NH White 18+ |
|---|---|---|---|---|---|---|---|
| 309 | 3485 | 3293 | 94% | 116 | 3% | 46 | 1% |
| 310 | 1908 | 1409 | 74% | 244 | 13% | 230 | 12% |
| **Subtotal** | **5393** | **4702** | **87%** | **360** | **7%** | **276** | **5%** |
| 311 | 961 | 109 | 11% | 306 | 32% | 539 | 56% |
| 312 | 1758 | 53 | 3% | 456 | 26% | 1233 | 70% |
| 313 | 857 | 49 | 6% | 423 | 49% | 369 | 43% |
| **Subtotal** | **3576** | **211** | **6%** | **1185** | **33%** | **2141** | **60%** |

7. As shown in **Figures 1** and **2**, the populations of Precincts 309 and 310 are overwhelmingly Black. As shown in **Figure 2**, the voting-age population (that is, the subset of residents who are 18 or older) in Precinct 309 is 94% Black. The voting-age population of Precinct 310 is 74% Black. In aggregate, the voting-age populations of Precincts 309 and 310, the Prairie View precincts, are 87% Black and 5% white.

8. Precincts 311, 312, and 313, the Monaville precincts, are dissimilar in their demographics from the Prairie View precincts. The voting-age population of Precinct 311 is 11% Black, while the voting-age populations of Precincts 312 and 313 are 3% and 6% Black, respectively. In aggregate, the voting-age populations of Precincts 311, 312, and 313, the Monaville precincts, are <u>6% Black</u> and <u>60% white</u>.

9. Similarly, while Precinct 3 overall has a relatively high percentage of residents who are aged 18, 19, and 20, these younger residents of voting age are not evenly distributed geographically within the district. Of Precinct 3's five electoral precincts, only Precincts 309 and 310 have sizeable populations of residents aged 18 through 20—and Precinct 309 stands apart in this respect. In contrast, the populations of the Monaville precincts, Precincts 311, 312, and 313, include far fewer voting-age residents who are younger than 21. **Figure 3** illustrates these differences.

**Figure 3**

**Waller County, TX – Commissioner Precinct 3**
**Age Demographics of Precinct 3's Electoral Precincts (Residents Aged 18+)**

| Precinct | 18+ Pop | 18-20 Pop | % 18-20 of 18+ | 21+ Pop | % 21+ of 18+ |
|---|---|---|---|---|---|
| 309 | 3485 | 2534 | 73% | 951 | 27% |
| 310 | 1908 | 286 | 15% | 1622 | 85% |
| **Subtotal** | **5393** | **2820** | **52%** | **2573** | **48%** |
| 311 | 961 | 45 | 5% | 916 | 95% |
| 312 | 1758 | 108 | 6% | 1650 | 94% |
| 313 | 857 | 55 | 6% | 802 | 94% |
| **Subtotal** | **3576** | **208** | **6%** | **3368** | **94%** |

10. As shown in **Figure 3,** the voting-age populations of Precincts 309 and 310 are more than half made up of individuals under the age of 21. Nearly three-fourths of Precinct 309's voting-age residents are under the age of 21. Approximately 15% of Precinct 310's voting-age

4

residents are under 21—but even this lower proportion in Precinct 310 is more than double the proportion of voting-age residents who are under 21 in Precincts 311, 312, or 313. In aggregate, the voting-age populations of Precincts 309 and 310 are <u>52% aged 18-20</u> and <u>48% aged 21 or older</u>.

11. Precincts 311, 312, and 313 do not share these age-related demographic features with Precincts 309 and 310. Only 5% of Precinct 311's voting-age residents are under the age of 21. Only 6% of Precinct 312's voting-age residents are younger than 21, and only 6% of Precinct 313's voting-age residents are younger than 21. In aggregate, the voting-age populations of Precincts 311, 312, and 313 are <u>6% aged 18-20</u> and <u>94% aged 21 or older</u>.

12. Thus, Waller County Commissioner Precinct 3 can be seen as comprising two demographically dissimilar parts. The district's northern portion, consisting of Precincts 309 and 310, is home to a voting-age population that is majority Black. More than half of the voting-age residents of these two "Prairie View precincts" are aged 18, 19, or 20. The district's southern portion, consisting of Precincts 311, 312, and 313, is home to a voting-age population that is majority white. Only a small fraction of the voting-age residents of these three "Monaville precincts" are aged 18, 19, or 20.

\* \* \*

I reserve the right to continue to supplement my declarations in light of additional facts, testimony, and/or materials that may come to light.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on **December 3, 2019**

_____
WILLIAM S. COOPER