PLAINTIFF'S
EXHIBIT

155

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

JAYLA ALLEN, et al.,

**PLAINTIFFS**

v.                       **Civil Case No. 4:18-cv-3985**

WALLER COUNTY, et al.,

**DEFENDANTS**

**EXPERT REPORT
OF
Peniel Joseph, Ph.D.**

**ON BEHALF OF PLAINTIFFS
JAYLA ALLEN, DAMON JOHNSON, RAUL SANCHEZ, TREASURE SMITH,
AND THE PANTHER PARTY**

# TABLE OF CONTENTS

I.    **Statement of Purpose**

II.    **Evidence and Methodology**

III.    **Qualifications**

IV.    **Historical Background of Waller County's 2018 Early Voting Decision**

        A.   **Historical Background of Voting Discrimination Against African Americans in the United States**

        B.   **Historical Background of Voting Discrimination Against African Americans in Texas**

        C.   **Historical Background of Voting Discrimination Against African Americans in Waller County, Texas**

V.    **Conclusion**

## I.      Statement of Purpose

Plaintiffs in *Allen v. Waller County* asked me to consider the history of voting discrimination against African Americans in Texas, generally, and Waller County, specifically. My report focuses on the history of Black voter disenfranchisement in Waller County from 1971 to the present. The report places Waller County's discriminatory voting policies toward Black college students within a wider historic and contemporaneous voting rights context in the State of Texas and nationally.

This history is relevant to whether Waller County's action in adopting and maintaining its early voting plan for the November 2018 is part of the continuum of Waller County's longstanding acts of official discrimination in voting, particularly against students at Prairie View A&M University ("PVAMU"). I understand that my findings will be relied upon by other Plaintiffs' experts, including to determine whether this history and ongoing record supports an inference of discriminatory intent. My findings also will be used by Plaintiffs' experts, to determine, among other things, whether under a "totality of circumstances" analysis under Section 2 of the Voting Rights Act ("Section 2"), Waller County's actions in adopting and maintaining the early voting plan in October 2018 interact with social and historical factors to have the purpose and effect of causing an inequality of opportunity in the political process for Black and Latinx voters in Prairie View.

I am being compensated in the amount of $250 per hour and reasonable expenses for my services. Attached, as an **Appendix**, is a copy of my curriculum vitae.

3

## II.    Evidence and Methodology

This report draws upon standard sources in historical and social scientific analysis, including, but not limited to: scholarly books, articles, and reports; newspaper and other journalistic articles; judicial opinions; oral histories; U.S. Congressional records; legislative history; and federal and state government documents. I pay special attention to efforts by local residents, civil rights activists, and students at PVAMU to access voting rights in the aftermath of the 1965 Voting Rights Act.

To assess intentional discrimination, experts follow the methodological guidelines set forth by the United States Supreme Court's ruling in *Village of Arlington Heights v. Metropolitan Housing Development Corporation*, which are similar to procedures followed by historians in making such assessments. Under this *Arlington Heights* framework, the Court focuses on five distinct factors that are relevant to ascertaining intentional discrimination: (1) discriminatory impact, (2) historical background of discrimination, (3) the sequence of events leading up to the decision, (4) procedural or substantive deviations from the normal decision-making process, and (5) contemporaneous viewpoints expressed by the decision-makers. Under this framework, I analyzed the second factor: historical background of discrimination. This report focuses only on this factor as part of the assessment of intentional discrimination in Waller County's decision to adopt and maintain its November 2018 early plan.

Concerning Section 2's results test, as referenced above, this report considers one relevant Senate Factor discussed as part of the "totality of circumstances" in the United States Supreme Court case of *Thornburg v. Gingles*, 478 U.S. 30 (1986). I analyzed the following factor: the extent of any history of official discrimination in the state or political

4

subdivision (i.e., Waller County and Texas) that touched upon the rights of the members of the minority group to register, to vote, or otherwise to participate in the democratic process.

## III.   Qualifications

This study draws on my extensive experience in political history, political analysis, and historical and statistical methodology. I am the Barbara Jordan Chair in Political Values and Ethics at the University of Texas at Austin's LBJ School of Public Affairs, where I serve as Founding Director of the Center for the Study of Race and Democracy, a research and policy-based center that explores the relationship between race and democracy in public policy through research, conferences, and symposia, and engages in civic and public conversations about a wide range of issues, including voting rights and the criminal justice system. I am also a Professor of History at the University of Texas at Austin. I have taught American history for over twenty years with an expertise on the Civil Rights Movement, social movements of the 1960s, race and the American presidency, and American and African American political history in the postwar era. I have taught courses on Civil Rights and Public Policy, American Race Relations, the African American Urban History, and Black Politics.

I have edited or written six books, the most recent of which will be published next year. I have been recognized by my peers as an elected member of the Society of American Historians and serve as a Distinguished Lecturer for the Organization of American Historians. I am a frequent national commentator on issues of race, civil rights, and democracy, whose work has appeared in both leading academic journals such as The Journal of American History, the American Historical Review, and the Journal of Urban

History, as well as The New York Times, The Washington Post, and The New Republic. I serve as a contributing opinion writer for CNN.com and have appeared frequently on National Public Radio, C-SPAN, MSNBC, CNN, and other outlets discussing contemporary race relations, social justice movements, and civil rights issues.

## IV.   Historical Background of Waller County's 2018 Early Voting Decision

### A. Historical Background of Voting Discrimination Against African Americans in the United States

The United States has a long, complex, and painful history with respect to guaranteeing voting rights to African Americans.[1] This history has been well-documented and judicially recognized.

During the period of racial slavery in the United States from 1789-1865, Black Americans were not considered citizens and did not enjoy voting rights. After the Civil War and the ratification of the 15th Amendment to the U.S. Constitution provided voting rights for Black men, southern states erected a series of laws, statutes, and codes, such as poll taxes, literacy tests, and other means, including extralegal violence, to effectively disfranchise Black voters. The promise of American Reconstruction between 1865-1877, where Black men gained the right to vote and were elected to local, statewide, and national office, gave way to the historical perils of the "Redeemer South," the continued rise of white supremacy, and the elimination of Black political power through the convict-lease system, sharecropping, and physical and economic reprisals that barred African Americans from voting. For a century after the Civil War, African Americans, the majority of whom resided in the south, as they do today, were systematically denied the right to vote. The loss of the vote effectively meant the end of citizenship rights for Black Americans, who,

---

[1] Throughout this report, I use the terms "African American" and "Black American" interchangeably.

without political power, were relegated to racially segregated and economically deprived communities, neighborhoods, towns, and parts of cities.[2]

The Modern Civil Rights Movement represents America's second Reconstruction, much of which occurred during the years between the May 17, 1954 *Brown v. Board of Education of Topeka, Kansas* U.S. Supreme Court decision that effectively outlawed state-sponsored racial segregation in public schools and collaterally other areas of public life, and August 6, 1965 when Congress passed voting rights legislation. The *Brown* decision came on the heels of the 1950 *Sweatt v. Painter* decision that integrated the University of Texas Law School. Heman Sweatt, who became the first African American student to enroll in the University of Texas Law School, grew up in a family that prized education. His father, James Leonard Sweatt Sr., was a graduate of Prairie View College.[3] Despite Sweatt's admission to the University of Texas, Black students faced a decades-long struggle for true equality and socio-political access that paralleled the circumstances that would be faced by PVAMU students in their pursuit of the vote.[4]

The passage of the 1965 Voting Rights Act (VRA) into federal law transformed the historic and contemporaneous era of Black disenfranchisement. The VRA facilitated the registration of millions of African Americans nation-wide, especially in the parts of the Deep South that constituted the old Confederacy. The VRA's most effective mechanism of enforcement proved, over time, to be Section 5, which covered parts or all of sixteen states, including Texas, with long histories of past voting rights discrimination, requiring

---

[2] Eric Foner, "Reconstruction: America's Unfinished Revolution 1863-1877" (New York: Harper & Row, 1989).
[3] Gregory J. Vincent, Virginia A. Cumberbatch, and Leslie A. Blair, eds., "As We Saw It: The Story of Integration at the University of Texas at Austin" (Austin: University of Texas Press, 2016), 10.
[4] Dwonna Goldstone, "Integrating the 40 Acres: The 50-Year Struggle for Racial Equality at the University of Texas" (Athens: University of Georgia Press, 2006).

them to receive federal approval before adopting electoral changes designed to dilute, restrict, or otherwise hamper minority voters.[5] During and through this time, Section 2 of the VRA also served as a tool for African Americans and other racial minority voters to challenge racially discriminatory voting laws.

Still, the VRA did not, ultimately, offer a permanent solution to voting rights for African Americans. The Supreme Court's 2013 *Shelby County, Alabama v. Holder* decision, which nullified Section 5 of the legislation, has since removed one of the core protections to racially disenfranchised voters. In the ensuing years since *Shelby*, voters continue to rely on Section 2 and other laws to challenge a new generation of efforts unleashed by states and local jurisdictions to limit, suppress, and disenfranchise African American voters, including changes to early voting opportunities (at issue in this case), polling places, and redistricting plans, as well as the enactment of restrictive ID laws.

### A. Historical Background of Voting Discrimination Against African Americans in Texas

The state of Texas' relationship with the Voting Rights Act remains historically star-crossed. For much of the 20th century, African Americans were denied the right to vote in Texas through the "white primary" system and subsequent policies that unconstitutionally excluded Black Americans from the franchise. This history has been well-documented and judicially recognized.[6]

Among many examples of Texas's history of racial discrimination in voting is the 1923 Terrell Law, passed by the legislature, that explicitly forbade African Americans from

---

[5] Ari Berman, "Give Us the Ballot: The Modern Struggle for Voting Rights in America" (New York: Picador, 2016), 7.
[6] E.g., *Veasey v. Perry*, 71 F. Supp. 3d 627, 633-637 (S.D. Tex. 2014) (summarizing Texas' history of using "various election devices to suppress minority voting from the early days of Texas through today").

participating in voting in the Democratic Primary at a time when Texas stood out as virtually a one-party state. The explicit notification that "in no event shall a Negro be eligible to participate in a Democratic primary" contest in Texas sparked protest from the NAACP, which spent the next two decades challenging what became known as the "white primary."[7] The NAACP filed suit against the Terrell Law the year after its passage, sparking a legal challenge that traveled all the way to the U.S. Supreme Court in 1927. In *Nixon vs. Herndon*, the Supreme Court ruled against the Terrell Act and the constitutionality of the white primary system, but more legal struggle lay ahead.[8]

Civil rights activists pressed on until 1944, when the Supreme Court's *Smith v. Allwright* decision began the process of eliminating the white primary once and for all.[9] Yet further obstacles, from poll taxes to violent intimidation in Texas and nationally, prevented Black citizens from being able to express the full measure of their voting rights. After the passage of the VRA in 1965, the state's poll tax was eliminated, but the legislature responded with an annual voter registration requirement that stood in place until 1971.

Texas state and local officials then played a shell game wherein they purposely erected new and innovative forms of voter suppression at the very instance when an old one managed to be removed.[10] The 1975 extension of the VRA, co-sponsored in the House of Representatives by former Texas Congresswoman Barbara Jordan, attached the preclearance requirement to Texas, since the state had adopted onerous rules on voter

---

[7] Darlene Clark Hine, William C. Hine, Stanley Harrold, "The African American Odyssey" (New Jersey: Prentice Hall, 2000), 433.
[8] Ibid., 399.
[9] Ibid., 433.
[10] Nina Perales, Luis Figueroa, and Criselda G. Rivas, "Voting Rights in Texas: 1982-2006," 721-722 (2008); *Veasey v. Perry*, 71 F. Supp. 3d 627 (S.D. Tex. 2014); Consent Order, *Prairie View Chapter of NAACP v. Kitzman*, No. 04-459 (S.D. Tex. Feb. 24, 2004), ECF No. 11; Consent Decree, *United States v. Waller City*, No. 4:08-cv-03022 (S.D. Tex. Oct. 17, 2008), ECF No. 8.

registration that disproportionately impacted Black voters and passed a series of redistricting efforts found to be in violation of the VRA by federal courts.[11] Representative Jordan began her political career as a voting rights activist in Harris County, a position that imbued in her an intimate ground-level view of both the importance of the vote and the many obstacles placed in the way of African Americans locally.[12]

Texas, especially after the passage of the VRA, sought to maintain white political power in elections through policy measures aimed at diminishing the Black vote. Between 1975 and 2006, the Department of Justice (DOJ or Justice Department) issued 201 objections to proposed Texas election changes under Section 5 of the VRA. Beginning in 1982, the DOJ successfully objected to proposed changes that would have impacted 30% of the state's 254 counties, comprising 71.8% of non-white voting age residents.[13]

Central to this story has been Texas's persistent recent attempts to enact discriminatory redistricting plans to maintain the political power of white Texans. A three-judge federal court recently found that "in every decade since 1970 Texas has passed one or more redistricting plans after the census that have been declared either unconstitutional or violations of the VRA."[14] What emerges from these efforts is a pattern of systematic voter discrimination efforts to dilute and discriminate against racial minorities in Texas. Indeed, federal courts have routinely found Texas' redistricting plans to violate statutory and constitutional limits on redistricting. *White v. Weiser*, 412 U.S. 783 (1973); *White v.*

---

[11] Expert Report of Orville Vernon Burton, "On Behalf of Plaintiff-Intervenors The Texas League of Young Voters Education Fund and Imani Clark," 15-16, *Veasey v. Perry* (obtained from: Plaintiffs' attorneys).

[12] Max Krochmal, "Blue Texas: The Making of a Multiracial Democratic Coalition in the Civil Rights Era" (Chapel Hill: University of North Carolina Press, 2016), 370-372.

[13] Nina Perales, Luis Figueroa, and Criselda G. Rivas, "Voting Rights in Texas: 1982-2006," 730 (2008).

[14] *Perez v. Perry*, No. SA-11-CV-360, 2017 WL 962686, at *177 (W.D. Tex. Mar. 10, 2017).

*Regester*, 412 U.S. 755 (1973); *McDaniel v. Sanchez*, 452 U.S. 130 (1981); *Terrazas v. Clements*, 537 F. Supp. 514 (N.D. Tex. 1982); *Upham v. Seamon*, 456 U.S. 37 (1982); *LULAC v. Perry*, 548 U. S. 399 (2006).

Most recently, following the 2010 Census, Texas failed to gain approval to enact state house and congressional redistricting plans under Section 5, requiring the State—with guidance from the U.S. Supreme Court in *Perry v. Perez*, 656 U.S. 388 (2012)—to implement remedial plans based on a three-judge federal courts' preliminary findings that those plans violated the U.S. Constitution and VRA.[15] Federal oversight and pre-enforcement review under Section 5 of the VRA were yet again necessary to prevent systemic racial discrimination in legislative and congressional redistricting plans created by the Texas Legislature.

Without federal oversight and comprehension protections, however, Texas repealed its 2011 plans and made modifications in 2013, which were never subject to pre-enforcement review following the *Shelby County v. Holder* invalidation of Section 4 of the VRA's coverage provision. Community members, therefore, bore the costly and time-consuming efforts to challenge Texas' next effort at racially discriminatory redistricting plans. On June 25, 2018, the U.S. Supreme Court affirmed a federal three-judge court's decision that the Texas Legislature intentionally discriminated by racially gerrymandering a Latino majority State House district in Fort Worth.[16]

Equally illustrative of the well-founded concerns about future discriminatory governmental action, the City of Pasadena, a local jurisdiction in Texas, is the only

---

[15] *Perez v. Perry*, No. SA-11-CV-360, 2012 WL 13124278, at *23 (W.D. Tex. Mar. 19, 2012); *id.* 250 F.Supp.3d 123 (W.D. Tex. 2017); *id.* 253 F.Supp.3d 864 (W.D. Tex. 2017); *Perez v. Abbott*, 138 S. Ct. 2305, 2317 & n.8 (2018).
[16] *Abbott v. Perez*, 138 S. Ct. 2305 (2018).

11

jurisdiction since *Shelby* to have been bailed into the Section 5 preclearance process by a court via the 2017 *Patino v. City of Pasadena* decision. The court found that Pasadena's "change from an eight single-member district map and plan to a six single-member district and two at-large position map and plan for electing its City Council dilutes the votes of Latinos" and violated section 2 of the VRA and the Fourteenth Amendment to the Constitution.[17] The court's remedy placed Pasadena under a six-year preclearance review, until 2023, to protect Latino voters and prevent the city from intentionally diluting their voting power.

### B. Historical Background of Voting Discrimination Against African Americans in Waller County, Texas

Waller County, Texas offers perhaps the most troubling and illuminating case study of the extensive and ongoing efforts by local officials to curtail, suppress, and disenfranchise Black voters. Simply put, Waller County is the most difficult county in Texas for African American college students to vote. This is not by accident. Waller County is home to the majority-Black city of Prairie View and the state's oldest historically Black university, PVAMU.

The city of Prairie View stands on parts of the former Alta Vista slave plantation operated by Colonel Jared Ellison Kirby, a direct descendent of Jared Ellison Groce, one of the original 300 settlers in the state alongside Stephen F. Austin. Founded by an act of the state legislature on August 14, 1876, PVAMU enrolled its inaugural class of eight Black students two years later.[18] Over the course of the next 75 years, Waller County would be

---

[17] *Patino v. City of Pasadena*, No. CV H-14-3241, 2017 WL 10242075, at *1 (S.D. Tex. Jan. 16, 2017).
[18] Frank D. Jackson, A Brief History of the City of Prairie View, Texas, 14-20.

the site of among the highest numbers of lynchings of all of the counties in the State of Texas.[19]

Today, Waller County continues to make national headlines for divisive racial politics connected to race, democracy, and citizenship. As of 2007, the City of Hempstead in Waller County still had separate cemeteries for Black and white residents—and, according to plaintiffs in a federal lawsuit, the city neglected the upkeep of the historically Black cemeteries.[20]

The 2015 death of Sandra Bland, a PVAMU alumna who was pulled over and incarcerated after a routine traffic stop turned combative, has made Waller County synonymous with racial intolerance and has associated it with some of the worst chapters of the nation's history.[21] Waller County's deeply entrenched history of racial division provides the context for Bland's death.[22] Sheriff Glenn Smith, who was the highest law enforcement officer in Waller County at the time of Bland's death, was elected to his post as sheriff in Waller County after being fired from his position as police chief in the City of Hempstead, following accusations that he was racially prejudiced and engaged in police brutality against Black residents, including children.[23] For example, Smith was accused of

---

[19] Equal Justice Initiative, "Lynching in America: Confronting the Legacy of Racial Terror" (3d Ed., 2017) (retrieved from: https://lynchinginamerica.eji.org/report/).

[20] Tom Dart, "The Texas county where Sandra Bland died: there's 'racism from cradle to grave,'" *The Guardian*, July 17, 2015 (retrieved from: https://www.theguardian.com/us-news/2015/jul/17/sandra-bland-alleged-suicide-waller-county-texas-racism).

[21] "The Interview: Frank Jackson," *The Texas Observer*, June 20, 2016 (retrieved from: https://www.texasobserver.org/prairie-view-mayor-frank-jackson-interview/).

[22] Natasha Korgaonkar, "Sleepy county's history of discrimination," *CNN.com*, August 4, 2015 (retrieved from: https://edition.cnn.com/2015/08/03/opinions/korgaonkar-waller-county-history/index.html); "Texas County's Racial Past Is Seen as Prelude to Sandra Bland's Death," *The New York Times*, July 27, 2015, 1, 12 (retrieved from: https://www.nytimes.com/2015/07/27/us/racial-divide-persists-in-texas-county-where-sandra-bland-died.html).

[23] Helen Eriksen, "Hempstead police chief disciplined in racially charged arrest," *Houston Chronicle*, February 21, 2007 (retrieved from: https://www.chron.com/news/houston-texas/article/Hempstead-police-chief-disciplined-in-racially-1794136.php).

humiliating and mistreating a group of young black men by conducting a strip search during a drug raid that yielded no evidence, among a number of other accusations. Despite these allegations of racial discrimination and police brutality, the majority of voters in Waller County embraced Smith and elected him sheriff in 2008 and 2012. Just a year after Sandra Bland died in jail under Smith's tenure as sheriff, Waller County voters turned out in high numbers to re-elect Smith in 2016. He won with 65 percent of the vote.[24] He remains sheriff to this day.

In the face of this ongoing history, PVAMU is a vibrant engine of economic opportunity, democracy, and citizenship for the State of Texas, serving a diverse group of predominantly African American students, faculty, and staff with a commitment to racial equality, justice, and opportunity through higher education. Yet still, or perhaps because of this success, PVAMU students continue to face illegal barriers to voting in Waller County.[25] Since 1971, when the passage of the Twenty-Sixth Amendment lowered the voting age to 18, Waller County has viewed Black voters as a threat to the racial status quo and sought to marginalize the political power of African American residents through the use of racially discriminatory voter suppression policies.

Between 1971 and 1979, African American students at PVAMU launched a successful legal challenge to stave off pernicious residency requirements designed to prevent them from voting if they could not prove they planned to reside in the county after

---

[24] Neena Satija and Nicole Cobler, "In county where Sandra Bland died, sheriff is re-elected," *Texas Tribune*, November 9, 2016 (retrieved from: https://www.texastribune.org/2016/11/09/waller-county-sheriffs-race/).

[25] Katherine Haenschen, "Black Students Facing Barriers to Voting in the County Where Sandra Bland Died," *Burnt Orange Report*, January 22, 2016 (retrieved from: http://www.burntorangereport.com/diary/31700/black-students-facing-barriers-to-voting-in-the-county-where-sandra-bland-died).

14

graduation. Paul Ragsdale, a Black state representative from Dallas, sounded the alarm during the mid-1970s, publicly calling on Secretary of State Mark White to halt the practices of Waller County officials denying PVAMU students the right to register to vote.[26] Texas State Senator Paul B. Ragsdale, one of the first Black Americans elected to state legislature in the twentieth century, emerged as an outspoken proponent for Texas to be covered under the VRA in 1975. "This state's record in the field of voting rights," noted the state representative, "has been dismal." He identified PVAMU undergraduates as "the only students in Texas who are not allowed to register to vote where they attend school."[27] As the only majority Black county in the state at that time, the denial of PVAMU students' voting rights represented a clear violation of the spirit and letter of the VRA. In 1975, as the U.S. Congress debated extending the VRA to include Texas, PVAMU students actively protested for the right to be recognized as legal residents who could be registered to vote.[28] As Ragsdale and other activists took pains to point out, PVAMU students were being denied the right to vote out of fear from predominantly white Waller County officials that their votes could reorganize the county's balance of power in a way that resulted in a vast increase of Black political power.[29] The fear of Black power in Waller County drove local officials, with the support of state elected officials, to consistently deploy policy and bureaucratic measures designed to stifle, diminish, and suppress Black voter access, participation, and turnout.

Barbara Jordan, the first Black woman elected to the House of Representatives from the South in American history in 1972, testified at Congressional hearings to extend the

---

[26] "Black students denied voting rights in Texas," *Atlanta Daily World*, April 20, 1974, 10.
[27] "Black legislator urges voting act," *The Austin American Statesman*, July 8, 1975, 33.
[28] "Labor Group urges extension of voting act," *The Austin American Statesman*, July 22, 1975, 6.
[29] Paul Ragsdale letter to the editor, *The Austin American Statesman*, August 8, 1975, 5.

VRA in 1975, a bill she co-sponsored. "The same discriminatory practices which moved the Congress to pass the Voting Rights Act in 1965, and renew it in 1970, are practiced in Texas today."[30] Representative Jordan introduced legislation, passed in 1975 during the VRA extension, that offered language minorities bilingual election materials and triggered the state of Texas' coverage under Section 5, since less than 50% of eligible voters had been registered or voted as of the 1972 election.[31] Texas became covered by Section 5 with most of its elected officials kicking and screaming in opposition to a measure designed to broaden democracy but which they saw as a possible threat to their entrenched political power.[32]

PVAMU students were unable, even after the passage of the VRA, to vote in the 1972 presidential elections, the 1974 midterm elections, and the bicentennial election of 1976. This would, unfortunately, prove to be just the tip of the proverbial iceberg. In Waller County, these practices would continue, grow, and evolve with a vengeance over the next several decades.

The inclusion of Texas into the reauthorized VRA offered political leverage for Black Texans and other racial minorities historically excluded from voting in the state. Throughout the 1970s, legal challenges on behalf of PVAMU students failed to allow them to vote in local and national elections. In 1976, after filling out a questionnaire not required by students attending the predominantly white University of Texas campus, only 27 out of 738 PVAMU students were allowed to register to vote, thus effectively denying students the opportunity to vote in a presidential election year. Despite the Justice Department's

---

[30] Ari Berman, "Give Us the Ballot: The Modern Struggle for Voting Rights in America" (New York: Picador, 2016), 109.
[31] Ibid., 108.
[32] Ibid., 110.

16

efforts to gain a temporary restraining order prohibiting the use of the questionnaire, a three-panel federal court panel denied the DOJ's request.[33]

Even after the U.S. Supreme Court upheld students' voting rights in a 1979 decision,[34] nineteen PVAMU students faced prosecution from local officials in 1992 for "illegally voting."[35] Such charges were only dropped after intervention by the U.S. Justice Department[36] and an organized effort by PVAMU students and local civil rights activists. That same year, State Representative Rodney Ellis, who is Black, penned an opinion essay in the New York Times documenting the long struggle for racial justice organized by PVAMU students. Representative Ellis's essay, "Jim Crow Goes to College," offered a capsule history of the myriad ways Waller County officials weaponized electoral policies against Black students at PVAMU.

When one policy effort to neutralize Black voting power failed, another quickly replaced it. After PVAMU students were allowed to register as voters, statewide redistricting efforts carved students into various precincts in an effort to dilute their voting power. By 1990, with the aid of DOJ intervention, PVAMU students were represented in one precinct—and, two years later, when two students ran for local office, the county unleashed a spate of indictments, fourteen of which targeted PVAMU students. Representative Ellis, while condemning the racist practices of Waller County officials, compared the students under indictment to some of the icons of the civil rights movement. "I told them the indictments were nothing to be ashamed of, just as Rosa Parks and the

---

[33] "Voter registration bias upheld by court in Texas," *Atlanta Daily World*, November 12, 1976, 9; "U.S. court bars challenge to bias in Texas vote rule," *Atlanta Daily World*, March 29, 1977, 5.
[34] *Symm v. United States*, 439 U.S. 1105 (1979).
[35] Expert Report of Orville Vernon Burton, "On Behalf of Plaintiff-Intervenors The Texas League of Young Voters Education Fund and Imani Clark," 17 (retrieved from Plaintiffs' attorneys).
[36] Ibid.

Rev. Martin Luther King Jr. had nothing to be ashamed of in their legal battles for justice."[37]

If Waller County's history of voting rights, race, and democracy ended in 1992, the same year as the Los Angeles riots in response to the Rodney King verdict, we could examine the county as an unusual outlier in the story of civil rights in America, a place where Black citizenship and racial equality took perhaps an extra quarter of a century to be achieved from the usual historical markers we celebrate. Unfortunately, this has been far from the case. In fact, judged by Waller County's history, the past two decades have seen an increase, rather than a diminution, of coordinated, intense, and sophisticated efforts to disenfranchise African American students at PVAMU. Over the past two decades and continuing to the present, Waller County's efforts to disenfranchise Black voters have evolved from blatant discriminatory policies to quieter but still lethal voter suppression tactics.[38]

Waller County officials continued to practice a policy of voter intimidation directed against PVAMU students into the 21st century. In 2002, the DOJ objected to a redistricting plan proposed by Waller County officials, citing census data and statistical analyses to demonstrate how the plan seemed purposefully designed to undermine the effectiveness of racial minority voters. "Within the context of electoral behavior in Waller County," stated the DOJ, "the county has not established that implementation of this plan will not result in a retrogression in the ability of minority voters to effectively exercise their electoral

---

[37] Rodney Ellis, "Jim Crow Goes to College," *The New York Times*, April 27, 1992 (retrieved from: https://www.nytimes.com/1992/04/27/opinion/jim-crow-goes-to-college.html).
[38] Carol Anderson, "One Person, No Vote: How Voter Suppression is Destroying Our Democracy" (New York: Bloomsbury Press, 2018).

18

franchise."[39] Waller County elected officials have, over the course of the new century, sought to enact a series of proposals designed to disenfranchise the predominantly Black voting base made up largely of PVAMU students. The DOJ objection in 2002 successfully thwarted these efforts, but these proposals still serve as evidence of a systematic pattern of voter suppression targeting Black voters in Waller County. Unfortunately, generations of PVAMU students, alumni, and local Black citizens have come to understand the battle to exercise fundamental citizenship rights through the vote as a most disturbing rite of passage that echoes the political struggles waged by African Americans during the Civil Rights Movement's heroic period.

Former Prairie View Mayor and PVAMU alumnus Frank Jackson exemplifies the long history of Black voters in Waller County fighting to exercise the franchise. From his early days as an undergraduate student from 1969-1973, to his efforts on the City Council in the 1990s, and through a fourteen-year stint as mayor, Jackson led community-wide efforts to protect and expand voting rights and equal opportunity for African Americans in Waller County.[40] "Each time the district attorney, the election administrator, would come up with some way to block these kids," explains Jackson, "we would speak up and say, 'No, we're training citizens for the world.' Voting rights is part of that."[41]

In 2003, Waller County District Attorney Oliver Kitzman publicly threatened to prosecute PVAMU students who did not meet his definition of being residents. This threat ran counter to settled law from the Supreme Court's 1979 decision and prompted PVAMU

---

[39] Nina Perales, Luis Figueroa, and Criselda G. Rivas, "Voting Rights in Texas: 1982-2006," 721-733 (2008).
[40] "The Interview: Frank Jackson," *The Texas Observer*, June 20, 2016 (retrieved from: https://www.texasobserver.org/prairie-view-mayor-frank-jackson-interview/).
[41] Ibid.

students to sue Waller County to prevent the district attorney from making such threats and to file a second lawsuit in Houston federal court to block county officials from restricting early voting days.[42] DA Kitzman's efforts were particularly chilling to PVAMU students' political participation since they came on the heels of an announcement by two PVAMU students that they intended to run for county office at a time where students made up 20% of the voting age population. DA Kitzman's tactics, which some in the community had identified as "crude intimidation techniques," represented an updating of historic and racially discriminatory efforts to bar African Americans from voting.[43] These methods tapped into a long and ugly racial history in Waller County and the larger state of Texas that found white elected officials utilizing overt and covert tactics of harassment, threats, and intimidation to block Black citizens from even attempting to register to vote.

Black Texas Congressional Representatives Sheila Jackson Lee and Eddie Bernice Johnson, alongside Congressional Black Caucus Chair Representative Elijah Cummings of Florida, sounded the alarm about events in Waller County in a letter to Attorney General John Ashcroft on December 30, 2003. "Considering that the tradition of Prairie View student involvement in local elections withstood a challenge in Federal Court nearly 25 years ago," they wrote, "we are particularly concerned that this hostile action is being directed at the student body in order to undermine their voting rights."[44] Yolanda Smith,

---

[42] "Prairie View students file another voting rights suit," *My Plainview*, February 16, 2004 (retrieved from: https://www.myplainview.com/news/article/Prairie-View-students-file-another-voting-rights-8814873.php).

[43] Julia Craven, "6 Things You Should Know About The County Where Sandra Bland Died," *Huffington Post*, July 21, 2015 (retrieved from: https://www.huffpost.com/entry/sandra-bland-waller-county-texas_n_55ae7aa6e4b0a9b948529e30?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAAhBgXOBlgG8NsOncPqlfElJGnIakX2zrqqrp5jTkzG3iFPZ9d9rZs0V-tQiTyf9lZUW7C0-hdgdbIe9RTXWO8CJbslUopNi34AmQLryT4kWzHmUszuB-7wNyZPK1QvhTcwxpNbmT-1W37lx9vmiFiR3Cy1NLFulyfFTrnz03i-e).

[44] "U.S. Department of Justice called to intervene on behalf of the Prairie View A&M University Student Body," *Westside Gazette*, January 14, 2004, 6.

then executive director of the Houston NAACP, likened the situation in Prairie View to past struggles for racial justice and voting rights. "It's a situation very reminiscent of the '60s that unfortunately we're having to deal with in 2004."[45]

Although the Attorney General blocked DA Kitzman's actions, 5,000 PVAMU students organized a powerful rally in support of voting rights on Martin Luther King Day in 2004 and four students sued DA Kitzman, fearing that he might still prosecute them for voting.[46] The efforts at voter suppression backfired in the immediate instance, as Waller County received 2,000 new voter applications after DA Kitzman's threats.[47] The threats also energized the local Prairie View chapter of the NAACP, which helped to organize students seeking to register to vote and become more aware of the responsibilities and joys of civic activism.[48]

After the lawsuit brought by PVAMU students and the NAACP, and statements in support of students' voting rights by Texas Attorney General Gregg Abbott, DA Kitzman backed down. However, county officials still attempted to thwart Black voting power by dramatically reducing early voting access—the subject of this lawsuit— from 17 hours to 6 hours during a primary election that was scheduled to take place during PVAMU's spring break. These actions prompted a second lawsuit and more protests just one month before the primary election. Officials sought to enact these changes without seeking preclearance under Section 5, which caused further anxiety and outrage, eventually resulting in a

---

[45] "D.A. Challenge of Student Voters Is a Civil Rights Lesson," *Los Angeles Times*, February 15, 2004, 37 (retrieved from: https://www.latimes.com/archives/la-xpm-2004-feb-15-na-prairie15-story.html).
[46] "Prairie View A&M Students Lead Charge Against Voter Suppression and Intimidation," *Los Angeles Sentinel*, Sep. 30-Oct. 26, 2004, 3.
[47] "Attorney General Settles Voting Rights Flap at Prairie View A&M," *Black Issues in Higher Education*, March 11, 2004, 9.
[48] "Prairie View Branch Makes Right to Vote a Priority," *The Crisis*, November/December 2004, 55.

restoration of early voting and a narrow electoral victory by one of the PVAMU students running for election to the County Commission.[49] This instance, just one of many efforts to prevent PVAMU students from exercising their voting rights, underscores Waller County's active and ongoing efforts to suppress voting by Black PVAMU students who make up 20% of voting age residents in the county.

In the summer of 2004, Kitzman announced his plans to resign from his office as district attorney. Black community leaders embraced this decision, characterizing DA Kitzman as a "symbol of deep-seated racism" and his time in office as a "reign of terror" that targeted the African American community for abuse, humiliation, and harassment.[50] In response, Kitzman's office identified the disproportionate number of Black residents who received charges, warrants, and indictments against them as civil rights agitators. Black Waller County Judge DeWayne Charleston faced a series of ethics charges that he claimed were designed to intimidate him. "The objective is not to get a conviction," claimed Charleston. "The objective is to hit you in your wallet, to discredit you, to disenfranchise you."[51]

During 2004, a presidential election year, Waller County once again made national news as a symbol of anti-Black racism, voter suppression, and the face of the new Jim Crow in American democracy. "The Long Shadow of Jim Crow," a report on voter intimidation published by the NAACP and People For the American Way, cited Waller

---

[49] Nina Perales, Luis Figueroa, and Criselda G. Rivas, "Voting Rights in Texas: 1982-2006," 721-742-743 (2008); "Weil, Gotshal & Manges achieves pro bono victory in students' civil rights case at historically African-American Texas university," PR Newswire, March 2012).

[50] "In Texas County, Blacks Breathe Easier," *Los Angeles Times*, September 5, 2004, 20 (retrieved from: https://www.latimes.com/archives/la-xpm-2004-sep-05-na-waller5-story.html).

[51] "In Texas County, Blacks Breathe Easier," *Los Angeles Times*, September 5, 2004. 20 (retrieved from: https://www.latimes.com/archives/la-xpm-2004-sep-05-na-waller5-story.html).

County as an example of the vital necessity of rigorous enforcement and protections of voting rights through the continued support and expansion of the VRA.[52] *The Crisis Magazine*, the official publication of the NAACP, cited Waller County as a threat to voting rights nationally.[53] Civil rights activist Jesse Jackson, in an op-ed on "Jim Crow Revival," pointed to Waller County as an example of the resurgence of racist tactics thought to have ended with the 1960s.[54] Julian Bond, former Georgia state representative and Chairman of the NAACP Board of Directors, similarly cited Waller County as part of a wide-scale attempt across the nation to curtail voting rights for African Americans.[55] In 2005, as portions of the VRA were set to expire in two years, Georgia Congressman, March On Washington speaker, and Bloody Sunday survivor, John Lewis, wrote about the importance of Section 5 as a protector of voting rights in the present. Lewis also wrote about Waller County's history of trying to prevent Black PVAMU students from voting.[56]

In short, by the early 2000s, Waller County became a focal point in a national conversation about the evolution and continuation of voting rights abuses in the state of Texas and the city of Prairie View and the campus of PVAMU. Numerous civil rights activists, elected officials, journalists, lawyers, policy experts, and PVAMU students documented systemic and illegal patterns of harassment, voter intimidation, and deliberate efforts to preclude African Americans from voting in Waller County.

---

[52] NAACP and People For the American Way, "The Long Shadow of Jim Crow: Voter Intimidation and Suppression in America Today" (2004), 6.
[53] *The Crisis*, Sep/Oct 2004, 15; Damien Cave, "Mock the Vote," *Rolling Stone,* (May 27, 2004), 47-48 (retrieved from: https://www.rollingstone.com/politics/politics-news/mock-the-vote-178939/); Mathis, G., "Voter suppression efforts must end," *Call & Post* (October 2004).
[54] Jesse L. Jackson, "Jim Crow Revival," *Los Angeles Sentinel*, October 7, 2004, 6.
[55] Julian Bond, "Georgia's Fraudulent Anti-Fraud Legislation," *Washington Informer*, November 24, 2005, 20, 32, 39.
[56] John L. Lewis, "The Voting Rights Act: Ensuring Dignity and Democracy," Human Rights, Vol. 32, Iss, 2 (Spring 2005), 2-3, 7.

Even against the backdrop of vigorously enforced Section 5 preclearance, Waller County officials routinely attempted to threaten, harass, and intimidate Black students from voting, creating an environment where PVAMU students felt unable to fully and freely enjoy their democratic and constitutional rights as citizens. Rather than encouraging, welcoming, and nurturing the civic and electoral participation and contributions of PVAMU students, Waller County officials engaged in a campaign of legal, verbal, and political bullying designed to effectively suppress Black student turnout, interest, and participation in the political process. When that failed, officials fell back on calculated efforts to block voter access by ensuring that PVAMU students would be underserved and underrepresented at the polls. Discrimination by Waller County officials ran the gamut from verbal threats of prosecution against student residents able to vote as a matter of settled law to deliberate attempts to end early voter access by PVAMU students and in the process nullify local Black electoral power and clout.

By the next presidential election cycle in 2008, the first election to feature a major Black candidate in Barack Obama, PVAMU students were forced to organize a demonstration of 1,000 students to protest county officials' plan to cut the number of early voting locations—again the subject of this lawsuit—down from six to one. The plan left the county courthouse as the sole polling place, which would have required students who lacked access to a motor vehicle to travel as many as 30 miles away to vote. Under intense pressure from PVAMU students, local civil rights leaders, and local elected officials,

including then Prairie View Mayor Frank Jackson, county officials reversed course and opened three extra polling venues, with one located a mile from campus.[57]

In 2008, Judge DeWayne Charleston, a Black justice of the peace and voting rights activist, led efforts to prevent Waller County officials from reducing early voting and polling locations. Charleston also alleged that county officials refused to allow hundreds of local residents, many of whom he personally registered, to vote in the 2006 elections. By this time, then-Attorney General and now Governor Abbott, who supported PVAMU students' right to vote in 2004, became viewed as a staunch opponent of PVAMU students' voting rights. Attorney General Abbott found himself listed as a defendant in a voting rights suit filed in 2006[58] that sought to protect voting rights activists from harassment and intimidation from anti-voting fraud groups that specifically targeted Black voters and those trying to help them register and vote.[59] The Prairie View Polling Station found more than 700 votes challenged and many voter registration cards unprocessed in the Election Office after Election Day, resulting in a joint U.S. DOJ and Texas Attorney General investigation.[60] "The cold war's not over," said Charleston, "they just moved the fence

---

[57] "The Walk of Political Engagement at PVAMU," *1876* (March 31, 2017) (retrieved from: https://www.pvamu.edu/1876/2017/03/31/the-walk-of-political-engagement-at-pvamu/); Elizabeth Summers, "One Texas School's Long Walk of Political Engagement," *PBS.org* (November 5, 2012) (retrieved from: https://www.pbs.org/newshour/politics/picture-this-more-than-1000).

[58] In 2006, Waller County was listed as one of the eleven most difficult places to vote by a national periodical. Sasha Abramsky, "Just Try Voting Here: 11 of America's Worst Places to Cast a Ballot (or Try)," *Mother Jones* (September/October 2006), 55 (retrieved from: https://www.motherjones.com/politics/2006/09/just-try-voting-here-11-americas-worst-places-cast-ballot-or-try/).

[59] Ronald D. Server, "Prairie View A&M Students Walk the Walk of Political Engagement," *Washington Peer Review* Vol. 10, Iss. 2/3 (Spring 2008), 25-27 (retrieved from: https://www.aacu.org/publications-research/periodicals/prairie-view-am-students-walk-walk-political-engagement).

[60] Ibid., 25-27.

25

from Berlin to the Texas border."[61] Over one thousand PVAMU students holding signs and banners declaring "We Shall Overcome" and "No Justice, No Peace" marched in front of the Waller County Courthouse in February 2008 to demonstrate against efforts to curtail early voting access yet again. Under pressure from the Black community, Waller County officials agreed to open three more polling locations, with the nearest one located one mile off campus.

On October 10, 2008, the DOJ announced a consent decree with Waller County officials who agreed to halt "implementation of the unprecleared registration practices, reprocess those applications which were wrongly rejected and initiate voter registration programs" at PVAMU.[62] In accordance with the consent decree, Waller County agreed to halt changes in voter registration practices that they had begun to implement without DOJ approval. Specific changes to the county's volunteer deputy registration program, notice requirements, and standard for accepting voter registration applicants were now halted. As part of the agreement, Waller County also agreed to reprocess applications from Black residents that had been improperly rejected and implement voting registration programs at PVAMU.[63]

Despite the consent decree, in 2008, the DOJ designated Waller County as one of the sites across twenty three states to receive elector monitoring by the Civil Rights Division, one of 55 elections that would be closely watched by 415 federal observers.[64]

---

[61] "2 Voter Rights Cases, One Gripping a College Town, Stir Texas," The New York Times, May 28, 2008, 15 (retrieved from: https://www.nytimes.com/2008/05/28/us/28texas.html).
[62] Justice Department Announces Agreement with Waller County, Texas to Remedy Alleged Violations of Voting Rights Statutes, October 10, 2008 (retrieved from: https://www.justice.gov/archive/opa/pr/2008/October/08-crt-917.html).
[63] Ibid.
[64] "Department of Justice to Monitor Polls in 23 States Across the Nation on Election Day," Department of Justice Documents, October 30, 2008.

Waller County's place on that list in a year where America elected its first Black president in Barack Obama attested to the complex relationship between racial progress and racial injustice in the post-civil rights landscape.

What is truly extraordinary about this history and ongoing record of voter suppression, intimidation, and disenfranchisement in Waller County is its stubborn persistence. Voter suppression tactics directed against PVAMU students became so egregious as to earn a place yet again in the unfolding national dialogue on renewed assaults on Black voting rights.[65] When the VRA was reauthorized in 2007, Texas stood as the second worst offender, just behind the state of Mississippi, with 105 DOJ challenges to discriminatory voter changes.[66] Despite clear evidence of progress thanks to the increased numbers of Black elected officials at the local, state, and national levels, legislative efforts aimed at blocking the voting rights of African Americans and other racial minorities continued.

On this score, several PVAMU students and other individuals and organizations intervened in a suit in 2012 to challenge Texas's voter ID law, which disallowed them from using student identification to vote. PVAMU students represented a handful of the estimated 600,000-800,000 registered voters and approximately one million eligible voters in Texas who lacked one of Texas's required government-issued IDs under the law. Attorney General Eric Holder disavowed the Texas voter ID law as unconstitutional and

---

[65] "How America Doesn't Vote," *The New York Times*, February 15, 2004, 10 (retrieved from: https://www.nytimes.com/2004/02/15/opinion/how-america-doesn-t-vote.html); "Barriers to Student Voting," *The New York Times*, September 28, 2004, 24 (retrieved from: https://www.nytimes.com/2004/09/28/opinion/barriers-to-student-voting.html); Bob Herbert, "Protect the Vote," *The New York Times*, September 13, 2004, 23 (retrieved from: https://www.nytimes.com/2004/09/13/opinion/protect-the-vote.html).
[66] Ari Berman, "Give Us the Ballot: The Modern Struggle for Voting Rights in America" (New York: Picador, 2016), 242.

discriminatory during a December 2011 appearance at the Lyndon Baines Johnson School of Public Affairs at the University of Texas in Austin. Texas' interest in strict voter ID laws served to target its increasingly diverse electorate of Black and Hispanic voters by making it harder for them to vote. By accepting gun licenses over student identifications, conservative legislators intended to limit the rising political influence of Black and brown voters, including students, in the state. They sought to hide their discriminatory actions by spreading false and unsubstantiated rumors of non-existent and widespread voter fraud as a pretext for new ID laws that would effectively muffle voters of color.[67]

A district court in Washington ruled in 2012 that Texas's voter ID law discriminated against Black and Latinx voters under Section 5 of the VRA, a provision which was immobilized the next year, thus allowing voter ID, in addition to polling access, discussed throughout this report, to be the latest tool to be used by local and state officials in the ever-expanding arsenal of voter disenfranchisement. Texas officials embraced this new barrier that impacted PVAMU students' access to voting. Where some Texas students could vote in 2012 with a college ID, in subsequent elections they proved unable to do so.[68]

PVAMU students and others continued to challenge Texas' strict voter ID law through trial in 2014, after which a federal court found that the law had a discriminatory impact on Black and Hispanic voters in Texas and was enacted for that purpose. Subsequent appellate court decisions upheld that the law had a discriminatory impact on Black Texans. PVAMU students' advocacy for their voting rights once again cast a searchlight on the politics of racial injustice in Waller County, showing again how the right

---

[67] Ibid. 254-260, 265-267.
[68] Ibid., 266-267.

to vote had been weaponized against African Americans and other racial and ethnic groups in Texas.[69]

In 2016, a full panel of judges of the Fifth Circuit Court of Appeals affirmed the Texas district court's ruling that the Texas voter ID law was racially discriminatory. The *en banc* federal appellate court observed that the restrictive voter ID bill was passed "'in the wake of a "seismic demographic shift,' as minority populations rapidly increased in Texas, such that . . . the party currently in power [wa]s 'facing a declining voter base and c[ould] gain partisan advantage' through a strict voter ID law."[70] The historical background of this demographic shift and the state's response to it provided credible evidence that discriminatory intent motivated the voter ID law.

An analogous demographic shift underlies this case. As documented in the declaration of Plaintiffs' expert, William S. Cooper, the proportion of Waller County's citizen voting-age population (CVAP) that consists of Black citizens of voting age has increased by more than two percentage points since the 2010 Census, while the non-Hispanic white or "Anglo" proportion of Waller County's CVAP has decreased by more than two percentage points.[71] Waller County officials appear to have responded to this increase in Black residents' relative voting strength in much the same way that Texas officials responded to the "seismic demographic shift" noted by the Fifth Circuit, and in much the same way that County officials responded to growing Black voting strength in the 1970s, after the ratification of the Twenty-Sixth Amendment—by seeking to make it more difficult for Black voters to access and exercise the franchise.

---

[69] "2 Sides Cite Discrimination as Battle on Texas Voting Law Heads to Court," *The New York Times*, September 2, 2014, 9, 13.

[70] *Veasey v. Abbott*, 830 F.3d 216, 241 (5th Cir. 2016) (en banc).

[71] Bill Cooper's report has been provided to me by Plaintiffs' attorneys.

In 2013, in the aftermath of the Supreme Court's *Shelby* decision, Vermont Senator Patrick Leahy narrated aspects of Waller County's brutal racial history into the congressional record. Leahy cited Waller County as a prime example of the long road to freedom that lay ahead for the nation even as commemoration of the 50th anniversary of the history March On Washington took place. "If you did not know the long and tortured history of the schemes to block Prairie View A&M voters from their constitutionally protected rights, *moving a polling place may seem like merely a matter of administrative convenience, but in voting, both history and context matter*," observed Leahy. "The Prairie View A&M story illustrates that sometimes discrimination starts early, and that some officials are surprisingly persistent in their efforts to erect barriers in the path of our youngest voters."[72] PVAMU student have waged, like the mythological Sisyphus, an uphill and seemingly endless struggle to raise the boulder of voter suppression off their shoulders and high up on a hill only to have this stone roll back downhill, blocking their path to full and free citizenship.

That same year PVAMU students achieved a great victory in their long fight for voting rights when the Waller County Commissioners Court approved a polling site on campus at the Memorial Student Center—a focal point of this lawsuit. Priscilla Barbour, PVAMU Student Government President, expressed conflicting feelings upon hearing the news, a decision her letter to the election commissioners helped to precipitate. "I didn't

---

[72] Statement of Senator Patrick Leahy (D-Vt.), Chairman, Senate Judiciary Committee, On Commemorating the 1963 16th Street Church Bombing in Birmingham, Congressional Documents and Publications, September 10, 2013 (emphasis added) (retrieved from: https://www.leahy.senate.gov/press/statement-of-senator-patrick-leahy-d-vt-chairman-senate-judiciary-committee-on-commemorating-the-16th-street-church-bombing-in-birmingham-september-10-2013).

know if I wanted to jump up for joy or cry," said Barbour. "This has been a long journey."[73]
One that continues until this day. Despite PVAMU students representing 8,300 of the
county's 43,205 residents, the school did not achieve an on-campus polling location until
2013.[74] This victory proved bittersweet. As PVAMU President George C. Wright stated:
"I found it a little frustrating though, that our students have had to work so long on
something like this." [75] What Senator Leahy called the "Prairie View A&M
disenfranchisement playbook"[76] continues.

Having won an on-campus voting site in 2013, PVAMU students continue to battle
to have opportunities to use that on-campus site. In 2016, PVAMU students protested so
that county officials would not remove the on-campus polling site recently won. Waller
County officials were considering a new plan that would require PVAMU students to vote
either at the County Courthouse in Hempstead, located five miles from the school with no
public transit access, or in Brookshire, twenty-five miles away. The end of the VRA's
preclearance process in 2013 made it more difficult to protect Black student voters at
PVAMU from proposed changes like these. But with the help of local voting rights
attorneys and election reform experts, students were able to persuade officials that the
county's primary plan, which called for reducing the number of early polling places from
8 to 2 and eliminating the hard-won polling site on-campus, would potentially expose it to

---

[73] Renee C. Lee, "Prairie View students will finally be able to vote on campus," *My San Antonio*,
September 25, 2013 (retrieved from: https://www.mysanantonio.com/news/politics/article/Prairie-
View-students-will-finally-be-able-to-4843888.php).
[74] Ibid.
[75] Reeve Hamilton, "A Polling Place of Their Own: Students Win a Long Battle," *The New York Times*,
September 28, 2013 (retrieved from: https://www.nytimes.com/2013/09/29/us/a-polling-place-of-their-
own-students-win-a-long-battle.html?_r=0).
[76] Ibid.

another lawsuit under Section 2 of the VRA or other laws because the proposed change threatened to deny voting rights "on account of race or color."[77]

On October 10, 2018, Jacob Aronowitz, a field director for the congressional campaign of candidate Mike Siegel, was arrested in Waller County after delivering a letter to County Judge Carbett Duhon and Elections Administrator Christy Eason. Aronowitz's letter demanded that the county allow thousands of students, whose local PVAMU addresses were being questioned by authorities, to vote. PVAMU student addresses continue to be a source of controversy, since the university does not offer them the opportunity for individual addresses. School officials instead offered them the use of two different addresses for voter registration, one of which turned out to be considered outside of the campus voting precinct.[78] After Eason claimed that students would be required to fill out change of address forms before the November election to have their votes counted, Aronowitz delivered his protest letter and took a picture of the clerk as proof of delivery. He was promptly arrested for his efforts. The arrest made national news and offered the latest shameful display of Waller County's resistance to the citizenship rights of PVAMU students.

On October 12, 2018, Representative Sheila Jackson Lee, then senior member of the House Committees on Judiciary, Homeland Security, and Budget, released a powerful statement documenting the abuses in Waller County and demanding that the DOJ launch

---

[77] Samantha Lachman, "Voter Suppression Is Happening Everywhere. This Institute Is Trying To Stop It," *Huffington Post*, March 18, 2016 (retrieved from: https://www.huffpost.com/entry/voting-rights-institute_n_56eb145ae4b03a640a69fe56).

[78] Brianna Stone, "Why one political activist felt changing Prairie View A&M's voting procedure was worth going to jail," *Dallas News*, October 11, 2018 (retrieved from: https://www.dallasnews.com/news/2018-elections/2018/10/11/campaign-worker-arrested-after-standing-prairie-view-am-students-voting-rights).

an investigation. Lee's statement was inspired by Waller County's efforts, even in the aftermath of DA Kitzman's resignation, to limit the number of polling locations and early voting access in Black communities in and around PVAMU. "What is happening in Waller County, Texas appears to be part of an ongoing campaign of abusing state law to disenfranchise minority voters, which is why I am calling upon the U.S. Department of Justice to take appropriate action immediately and enjoin elections administration officials for Waller County, Texas from implementing their announced plan to impose additional and unreasonable burdens" on PVAMU students.[79]

Thereafter, the instant suit was filed on behalf of PVAMU students in October 2018, alleging violations of the VRA and U.S. Constitution based on plans once again to restrict access to early voting opportunities in Waller County.[80] At the time, nineteen-year-old PVAMU sophomore Damon Johnson, a plaintiff in this lawsuit, explained: "I don't want this to be the reason, but it looks like we're PVAMU in a predominantly white area and they don't really want us to vote."[81]

Congresswoman's Lee's aggressive defense of PVAMU students' voting rights was followed with vigorous support by Texas Representative Lloyd Doggett, who pushed for maintaining early voting polling places on university campuses across the state.[82] By

---

[79] "Congresswoman Sheila Jackson Lee Calls Upon Department of Justice to Take Action to Prevent 'Waller County Outrage,'" Congressional Documents and Publications, October 11, 2018 (retrieved from: https://jacksonlee.house.gov/media-center/press-releases/congresswoman-sheila-jackson-lee-calls-upon-department-of-justice-to).

[80] "Students sue Texas county, allege voting rights violations," *The Louisiana Weekly*, October 29, 2018, 13.

[81] Danny Hakim and Michael Wines, "'They Don't Really Want Us to Vote': How Republicans Made It Harder," *The New York Times*, November 3, 2018 (retrieved from: https://www.nytimes.com/2018/11/03/us/politics/voting-suppression-elections.html).

[82] Alexa Ura, "Student Voting Rights Fight Erupts at Texas State University," *Texas Tribune*, October 25, 2018 (retrieved from: https://www.texastribune.org/2018/10/25/student-voting-rights-fight-erupts-texas-state-university/).

2018, Waller County's long running shenanigans continued to be cited by numerous newspapers as a case study in the nation's long history of preventing Black Americans from voting. [83] Once again, these stories confirmed the ugliness of the situation – a predominantly-white Waller County maintaining its decades-long policy vendetta against the county's sole majority-Black precinct comprised of African American student voters of PVAMU. Thus, in 2018, Waller County found itself once again a federally monitored polling site, identified by the DOJ as worthy of close watch for compliance with voting rights laws.[84]

Waller County's efforts in 2018 to limit early voting for PVAMU students, the largest group of Black voters in the county, garnered national attention that yet again invoked the long history of racial tension, voter suppression, and institutional racism structured in Waller County.[85]

***

Before and after the passage of the VRA in 1965, generations of PVAMU students have found themselves living in a time machine, including in an era when Jim Crow ruled much of the American South and African Americans were systematically denied the right to vote. Where some localities and states begrudging embraced the racial progress

---

[83] Mary Anne Marsh, "Stop making it hard to vote -- midterm elections are too important for such shenanigans," *Fox News*, October 29, 2018 (retrieved from: https://www.foxnews.com/opinion/mary-anne-marsh-stop-making-it-hard-to-vote-midterm-elections-are-too-important-for-such-shenanigans).
[84] "Justice Department to Monitor Compliance with Federal Voting Rights Laws on Election Day," Department of Justice Documents, November 5, 2018 (retrieved from: https://www.justice.gov/opa/pr/justice-department-monitor-compliance-federal-voting-rights-laws-election-day).
[85] Vann R. Newkirk II and Adam Harris, "Fighting for the Right to Vote in a Tiny Texas County, *The Atlantic*, November 1, 2018 (retrieved from: https://www.theatlantic.com/politics/archive/2018/11/prairie-view-m-students-file-suit-over-voting-hours/574600/); Sam Levine, "Black Students Sue Texas County Over Limited Early Voting Locations," *Huffington Post*, October 23, 2018 (retrieved from: https://www.huffpost.com/entry/waller-county-texas-early-voting-black-students_n_5bcf746ee4b055bc9485b30c?guccounter=1).

symbolized by the VRA, others did not. Texas emerged as one of the states that enacted a full-throated defense of the pre-civil rights racial status quo and consistently sought ways to circumvent the VRA and the U.S. Constitution by denying Black citizens voting rights. Waller County has become, over the past 48 years, perhaps the most difficult place for a Black student to vote in Texas. It is vitally important to note that this is not simply a past history of discrimination – these issues continue to this day. The lessons of Waller County are depressingly immense and panoramic, highlighting the way in which racial justice struggles thought to have been won generations ago continue to be played out in the present. Waller County's pattern of discrimination against PVAMU students, played out against the national backdrop of social justice movements such as Black Lives Matter, represents an insidious example of institutional racism that has produced great anxiety, anger, and confusion among students and the larger African American community there.

PVAMU students have been forced to become voting rights activists and legal and policy analysts in an effort to uphold their personal dignity and defend the very idea that American democracy values their efforts to emerge as active, educated, and intellectually engaged citizens. The story of Waller County and African American voting rights is not finished; it remains incomplete. The latest suit filed by PVAMU students is a continuum of a history of racial discrimination, both in intent and outcomes, that has never ended. Contemporary PVAMU students are engaged, right now, in the same struggle for voting rights that propelled Dr. Martin Luther King Jr. to Selma, Alabama in 1965 and that inspired President Lyndon Johnson to embrace voting rights during a March 15 joint session of Congress. President Johnson described his support for Black voting rights as

part of an "unending search for freedom."[86] For PVAMU students, that journey for freedom remains incomplete and continues in Waller County to this day.

## V.    Conclusion

Based on the totality of the evidence, I have documented both a historic and contemporaneous pattern of voting rights abuses in Texas and Waller County specifically, including an evolving but consistent effort to undermine PVAMU students from exercising their right to vote as American citizens and legal residents of the State of Texas. At least four major themes emerge from this report.

1.  Any decision by Waller County to enact and maintain its early voting plan cannot be detached from, and indeed must be analyzed within, the context of a long, well-documented history in Texas, generally, and Waller County, specifically. That history exemplifies a steady, evolving, but unmistakable pattern of voter suppression enacted by Waller County officials against PVAMU students with respect to their voting rights. Before the passage of the Twenty-Sixth Amendment in 1971, Waller County had almost no Black voters. Since that time, Waller County officials have systematically deployed illegal and unconstitutional voter suppression methods against PVAMU students. Barriers ranging from illegal voter registration challenges, to property and residency requirements, to the denial and then the reduction or elimination of early voting access and polling places—all of which were only removed after litigation or other advocacy demands launched by or on behalf of PVAMU students. The Constitution and/or the VRA have made

---

[86] Taylor Branch, *At Canaan's Edge: America in the King Years 1965-1968* (New York: Simon & Schuster, 2006), 112.

these tactics individually and cumulatively illegal, since they result in Black voters' being denied or limited from accessing their citizenship rights.

2. Waller County, which from 1975-2013 was subject to preclearance under Section 5 of the VRA, has a deep history of racially marginalizing Black residents of Prairie View and PVAMU students as illustrated in a series of consent decrees and court orders.[87] Waller County has continued its voter suppression tactics after the *Shelby* decision in 2013. For example, in 2016, Waller County officials attempted to reduce the number of early voting sites during the primary election season from 8 to 2 and only increased the numbers back up to 6 after being threatened with litigation.

3. Waller County's enactment and maintenance of the 2018 early voting plan is part of the continuum of longstanding acts of official discrimination in voting. In every decade following the passage of the VRA, both during the forty-eight years under Section 5 and afterward, PVAMU students have faced an uphill battle to be recognized as legal residents of the state of Texas; to receive free and unfiltered access and information to register to vote; to register themselves and other residents without fear of reprisal; to gain access to voting on campus; and to gain equal and fair access to early voter mechanisms. In 2018, Waller County's initial early voting plans provided no early voting days for PVAMU students and no polling location on-campus during the first week of early voting, making Prairie View the lone major city in the county with no early voting days. This plan was only amended after PVAMU students sought litigation. The revised plan offered PVAMU

---

[87] Consent Order, *Prairie View Chapter of NAACP v. Kitzman*, No. 04-459 (S.D. Tex. Feb. 24. 2004), ECF No. 11; Consent Decree, *United States v. Waller Cty.*, No. 4:08-cv-03022 (S.D. Tex. Oct. 17, 2008), ECF No. 8;

students and Prairie View residents only one day of early voting off-campus during the first week and additional voting hours during the second week, actions that notwithstanding curtailed the voting rights of Black students and Prairie View residents.[88]

4. This voter suppression pattern, documented in detail in the above report, is relevant to drawing inferences of present-day discrimination. It is no accident or exception that PVAMU students consistently must overcome barriers to voting that are continuously erected by Waller County officials long after such hurdles have been popularly thought to have been eradicated.

5. This documented history, which is persistent and ongoing, impacts Black students and Black Prairie View voters from participating in the democratic process, which affects PVAMU students' life chances during their tenure on campus and long after they have graduated. The failure of Waller County to neither encourage nor allow Black Prairie View voters and Black students from voting and becoming a more integral and fully integrated members of the civic and political community undermines the very fabric of democracy here in the state of Texas and the wider United States of America.

---

[88] Plaintiffs' Memorandum of Law In Opposition to Defendants' Rule 12 (b)(6)Motion to Dismiss Plaintiffs' First Amended Complaint, Civil Case No. 4:18-cv-3985, 4-6, 21-22.

I reserve the right to continue to supplement my declarations in light of additional facts, testimony and/or materials that may come to light.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on: ___June 30, 2019___

Peniel E. Joseph, PhD

# APPENDIX

# Peniel E. Joseph, Ph.D.
Peniel.Joseph@austin.utexas.edu
**(401) 497-6110**

| | |
|---|---|
| LBJ School of Public Affairs | Department of History |
| Barbara Jordan Chair of Ethics & Political Values | 128 Inner Campus Drive, B7000 |
| Director, Center for the Study of Race and Democracy | The University of Texas at Austin |
| 2300 Red River Street, E2700, SRH 3.231 | Austin, Texas 78712 |
| The University of Texas at Austin | 512-475-7241 (office) |
| Austin, Texas 78712 | 512-475-7222 (fax) |
| 512-471-4263 (office) | |
| 512-471-4697 (fax) | |

## EDUCATION

Ph.D.   American History
      Temple University        Philadelphia, PA
              *Dissertation Title: "Waiting 'til the Midnight Hour: Black Political and Intellectual Radicalism, 1960-1975"*
B. A.   Africana Studies and European History
      Stony Brook University      Stony Brook, New York

## PROFESSIONAL EXPERIENCE

**ACADEMIC APPOINTMENTS**

2015-Present  *Founding Director, Center for the Study of Race and Democracy, Lyndon B. Johnson School of Public Affairs*
           *Barbara Jordan Chair in Ethics and Political Values, Lyndon B. Johnson School of Public Affairs*
           *Professor, Department of History*
           The University of Texas at Austin, Lyndon B. Johnson School of Public Affairs
           The University of Texas at Austin, Department of History

2012-2015    *Founding Director, Center for the Study of Race and Democracy in the School of Arts and Sciences, Department of History*
           Tufts University, School of Arts and Sciences

2014-2015    *Fellow, Center for Humanities, The School of Arts and Sciences*
           *Fellow, Tisch College of Active Citizenship*
           Tufts University, Center for the Humanities
           Tufts University, Jonathan M. Tisch College of Civic Life

2009-2015    *Professor (with Tenure)*
           Tufts University, School of Arts and Sciences

| 2007-2009 | *Associate Professor (with Tenure), Joint Appointment, African and Afro-American Studies and Department of History* <br> Brandeis University, College of Arts and Sciences |
| 2005-2007 | *Assistant Professor* <br> Stony Brook University – SUNY, College of Arts and Sciences |
| 2000-2005 | *Assistant Professor* <br> University of Rhode Island, College of Arts and Sciences |

## FELLOWSHIPS, AWARDS, AND HONORS

*Fellowships*

| 2012-13 | Caperton Fellow, W.E.B. Du Bois Institute, Harvard University |
| 2008-09 | Fellowship, Charles Warren Center for Studies in American History, Harvard University |
| 2002-03 | Fellowship, Woodrow Wilson Center for International Scholars Residential Fellowship, Washington, D.C. |
| 2002-03 | Postdoctoral Fellowship, Ford Foundation, Dept. of Africana Studies, Brown University |

*Awards*

| 2017 | Ally Award Empowering Women/Eliminating Racism YWCA Greater Austin |
| 2016 | Benjamin Hooks Institute for Social Justice National Book Award, University of Memphis for *Stokely: A Life* |
| 2015 | Hidden Heroes Award, Andrew Goodman Memorial Foundation |
| 2014 | Next Generation Leadership Award, Boston NAACP |
| 2008 | Norman Award for Faculty Research and Creative Projects, Brandeis University |
| 2007 | W.E.B. Du Bois Book Prize, Northeast Black Studies Alliance, Fairfield University |
| 2007 | Finalist, Mark Lynton History Prize, Lukas Prize Project (Co-sponsored by Columbia and Harvard Universities) |
| 2007 | Tubman-Wells-Hamer Social Justice Award, Schomburg Center for Research in Black Culture, New York City |

*Honors*

| 2007-Present | Distinguished Lecturer, Organization of American Historians |
| 2015 | Invited Member, Society of American Historians |
| 2014 | The Root 100 Class of 2014, honoring the top African American Influencers and Thought Leaders 45 and Under |
| 2011 | Emerging Academic Leader, *Ebony Magazine*, Power 100 Issue |
| 2007 | Emerging Scholar, *DIVERSE: Issues in Higher Education* |
| 2006 | Best Nonfiction 2006 Pick, *Washington Post Book World* for *Waiting 'Til the Midnight Hour: A Narrative History of Black Power in America* |
| 2006 | Top Young Historian, George Mason University History News Network |

# PUBLICATIONS

**BOOKS**

*Stokely: A Life.* New York: Basic Books, 2014; Paperback, 2016.

*Dark Days, Bright Nights: From Black Power to Barack Obama.* New York: Basic Books, 2010; Paperback, 2013.

*Waiting 'Til the Midnight Hour: A Narrative History of Black Power in America.* New York: Henry Holt, 2006; Paperback, 2007; Audio Book, 2007.

**BOOKS IN PROGRESS**

*The Sword and the Shield: The Political Worlds of Malcolm X and Martin Luther King, Jr.*

**EDITED BOOK SERIES**

Founding Series Co-Editor (with Manning Marable and Yohuru Williams). *Contemporary Black History*. New York: Palgrave Macmillan, 2008-2017

Editor. *Neighborhood Rebels: Black Power at the Local Level*. New York: Palgrave Macmillan, 2010.

Editor and Introduction. *The Black Power Movement: Rethinking the Civil Rights and Black Power Era*. New York: Routledge, 2006. In 4th Printing. Reviewed in *The Journal of American History*.

**BOOK CHAPTERS**

"Barack Obama and the Movement for Black Live: Race, Democracy, and Criminal Justice in t he Age of Ferguson." In Julian Zelizer, ed., *The Presidency of Barack Obama: A First Historical Assessment* (Princeton, NJ: Princeton University Press, 2018), pp. 127-143.

"The Black Power Movement," in Sylviane A. Diouf and Komozi Woodard, eds., *Black Power 50* (New York: The New Press, 2016), pp. 1-27.

"The Modern Black Freedom Struggle: From Black Power to Black Lives Matter," in Kinshasha Holman Conwill, ed., *Dream A World Anew: The African American Experience and the Shaping of America* (Washington, D.C.: Smithsonian Books, 2016).

"Introduction: The Black Panthers and Black Power," in Bryan Shih and Yohuru Williams, eds., *The Black Panthers: Portraits From An Unfinished Revolution* (New York: Nation Books: 2016).

 "Revolution in Babylon: Stokely Carmichael and America in the 1960s." In *The New Black History: Revisiting the Second Reconstruction,* edited by Manning Marable and Elizabeth Kai Hinton, 169-193. New York: Palgrave Macmillan, 2011.

"Waiting Till the Midnight Hour: Reconceptualizing the Heroic Period of the Civil Rights Movement, 1954-1965." In *The New Black History: Revisiting the Second*

*Reconstruction*, edited by Manning Marable and Elizabeth Kai Hinton, 157-168. New York: Palgrave Macmillan, 2011.

"Malcolm X's Harlem and Early Black Power Activism." In *Neighborhood Rebels: Black Power at the Local Level*, edited by Peniel E. Joseph, 21-43. New York: Palgrave Macmillan, 2010.

"Introduction: Community Organizing, Grassroots Politics, and Neighborhood Rebels: Local Struggles for Black Power in America." In *Neighborhood Rebels: Black Power at the Local Level*, edited by Peniel E. Joseph, 1-19. New York: Palgrave Macmillan, 2010.

"Preface." and "Introduction: Toward a Historiography of the Black Power Movement." In *The Black Power Movement: Rethinking the Civil Rights-Black Power Era*, edited by Peniel E. Joseph, xi-xii and 1-25. New York: Routledge, 2006.

"An Emerging Mosaic: Rewriting Postwar African American History." In *A Companion to African-American Studies*, edited by Lewis R. Gordon and Jane Anna Gordon, 400-416. Malden, MA: Basil Blackwell, 2006.

"Rethinking Harold Cruse and the Crisis of the Negro Intellectual." In *Harold Cruse and the Crisis of the Negro Intellectual Reconsidered,* edited by Jerry G. Watts, 241-260. London: Routledge, 2004.

"At the Crossroads: Black Radicalism's Global Vision During the Age of Civil Rights." In *Marvels of the African World: Africa, New World Connections, and Identities*, edited by Niyi Afolabi, 425-450. Trenton, NJ: Africa World Press, 2003.

"All Power to the People! Teaching Black Nationalism in the Post-Civil Rights Era." In *Teaching the American Civil Rights Movement: Freedom's Bittersweet Song,* edited by Julie Buckner Armstrong, et al, 147-158. New York: Routledge, 2002.

"`It's Dark and Hell is Hot': Cornel West, the Crisis of African-American Intellectuals, and the Cultural Politics of Race." In *Cornel West: A Critical Reader*, edited by George Yancy, 295-311. Oxford: Basil Blackwell, 2001.

**JOURNAL ARTICLES**

*The American Historical Review*
"The Black Power Movement, Democracy, and America in the King Years." *The American Historical Review* 114, no. 4 (October 2009): 1001-1016.

*The Black Scholar*
"Black Liberation Without Apology: Rethinking the Black Power Movement," *The Black Scholar* 31, no. 3-4 (Fall/Winter 2001): 2-17.

" 'Black' Reconstructed: White Supremacy in Post Civil Rights America." *The Black Scholar* 25, no. 4 (Fall 1995): 52.

"Race & Racism in the Last Quarter of '95: The OJ & Post-OJ Trial & The Million Man March—A Symposium." Co-authored with Lewis R. Gordon, Lisa M. Anderson, T.

Denean Sharpley-Whiting, James B. Stewart, Jr., Stanley O. Gaines, Floyd W. Hayes III, Renée T. White, & Jennifer Berlinda Thompson. *The Black Scholar* 25, no. 4 (1995): 37.

*Journal of African American History*
"Dashikis and Democracy: Black Studies, Student Activism, and the Black Power Movement." *Journal of African American History* 88, no. 2 (Spring 2003): 182-203. Reprinted as "Black Studies, Student Activism, and the Black Power Movement." In *The Black Power Movement: Rethinking the Civil Rights-Black Power Era* edited by Peniel E. Joseph, 251-277. New York: Routledge, 2006.

*The Journal of American History*
"The Black Power Movement: A State of the Field." *The Journal of American History* 96, no. 3 (December 2009): 751-776.

*The Journal of Southern History*
"Rethinking the Black Power Era." *The Journal of Southern History* 75, no. 3 (August 2009): 707-716.

*The OAH Magazine of History*
 "Civil Rights, Black Power, and American Democracy." *The OAH Magazine of History* 22, no. 3 (July 2008): 30-33.
"Historians and the Black Power Movement." *The OAH Magazine of History* 22, no. 3 (July 2008): 8-15.
"Reinterpreting the Black Power Movement." *The OAH Magazine of History* 22, no. 3 (July 2008): 4-6.

*New Formations*
 "Where Blackness is Bright? Cuba, Africa, and Black Liberation During the Age of Civil Rights." *New Formations* 45 (Winter 2001): 111-124.

*SOULS*
"Revolution in Babylon: Stokely Carmichael and America in the 1960s." *SOULS* 9, no. 4 (October-December 2007): 281-301.
"Waiting Till the Midnight Hour: Reconceptualizing the Heroic Period of The Civil Rights Movement, 1954-1965." *SOULS* 2, no. 2 (Spring 2000): 6-17.

**EDITED ISSUES OF JOURNALS AND MAGAZINES**
Guest Editor and Introduction. "Black Power Studies: A New Scholarship," *The Black Scholar: Journal of Black Studies and Research* 31, no. 3-4 (April 2015): 1.

Guest Editor and Foreword. "Black Power," *Organization of American Historians Magazine of History* 22, no. 3 (July 2008): 48.

Guest Editor and Introduction. "The New Black Power History," *SOULS: A Critical Journal of Black Politics, Culture, and Society* 9, no. 4 (October-December 2007): 98.

Guest Editor and Introduction. "Black Power Studies II," *The Black Scholar* 32, no. 1, (Spring 2002): 66.

Guest Editor. "Black Power Studies I," *The Black Scholar* 31, no. 3-4, (Fall/Winter 2001): 66.

**MAGAZINE, RADIO, NEWSPAPER, AND ONLINE PUBLICATIONS**

*KUT Austin Public Radio,* " 'We need to create safe spaces where people can say the wrong thing about race,' scholar says." April 8, 2019.

*KUT Austin Public Radio,* "Morning Edition." April 1, 2018.

*American Public Media*, "Campaign '68: The politics of race." October 9, 2018. Accessible via https://itunes.apple.com/us/podcast/campaign-68/id1437315028?mt=2

*This is Democracy*, Podcast guest. Hosted by Dr. Jeremi Suri, UT History Professor, September 19, 2018. Accessible via iTunes.

*The Brian Lehrer Show*, July 24, 2018. Accessible from https://www.wnyc.org/story/the-brian-lehrer-show-2018-07-24/

KUT.org, April 11, 2018. Accessible from http://www.kut.org/post/50th-anniversary-fair-housing-act-law-has-mixed-bag-legacy

NPR guest, "Report updates landmark 1968 racism study, finds more poverty and segregation." https://www.npr.org/templates/transcript/transcript.php?storyId=589351779 (February 27, 2018)

https://www.washingtonpost.com/news/post-nation/wp/2018/01/15/kings-assassination-shaped-americas-identity-50-years-ago-and-continues-to-shape-it-today/?utm_term=.ee537b597877

https://www.wnyc.org/story/shifting-mission-naacp/ (May 2017)

http://www.wbur.org/hereandnow/2017/04/05/peniel-joseph-black-lives-matter (April 2017)

https://www.cnn.com/2017/01/10/opinions/obama-sessions-peniel-joseph-opinion/index.html (January 2017)

https://www.cnn.com/2017/01/11/opinions/obama-still-offers-hope-joseph-opinion/index.html (January 2017)

https://www.theguardian.com/commentisfree/2017/jan/07/barack-obama-forever-changed-black-america (January 2017)

https://www.cnn.com/2017/01/15/opinions/mlk-trump-lewis-lynch-joseph-opinion/index.html (January 2017)

http://www.wbur.org/hereandnow/2017/01/16/mlk-obama-legacies (January 2017)

https://www.cnn.com/2017/02/02/opinions/we-need-black-history-month-now-more-than-ever-opinion/index.html

"This speech made Martin Luther King Jr. a revolutionary," CNN.com April 3, 2017
"Why Black Lives Matter Still Matters," **Cover Essay**, The New Republic, April 6, 2017
"Why the 1992 L.A. Riots Matter Today," CNN.com, April 28, 2017
"LeBron James' master class on race," CNN.com, June 1, 2017
"A presidency built on racial divisions," The Boston Globe, August 13, 2017
"Charlottesville spotlights Trump toxic failure to lead," CNN.com, August 13, 2017
"Can I have Dream help us heal after Charlottesville?" August 26, 2017
"Protesting Made these athletes Patriots," CNN.com, September 29, 2017

"Manson's Infamy, like his violence, did lasting harm," CNN.com, November 20, 2017
"If Trump can change his mind on hunting, why not on Haiti," CNN.com, November 22, 2017
"Coates vs. West: Feud has long roots in black intellectual tradition,"CNN.com, December 21, 2017

## OPINION PIECES AND EDITORIALS

*The Atlanta Voice*

"Celebrate Black History Month: One of today's 'wokest' moments happened in 1968, courtesy of the Kerner Report." *The Atlanta Voice*, February 22, 2018. https://www.theatlantavoice.com/articles/celebrate-black-history-month-one-of-todays-wokest-moments-happened-in-1968-courtesy-of-the-kerner-report/

*Austin American Statesman*

"Joseph: Muhammad Ali Helped Make Black Power into a Global Brand." *Austin American Statesman*, June 9, 2016. Accessed October 4, 2016. http://www.mystatesman.com/news/news/opinion/joseph-muhammad-ali-helped-make-black-power-into-a/nrcPz/.

*The Boston Globe*

"A presidency built on racial divisions." *The Boston Globe*, August 13, 2017. https://www.bostonglobe.com/opinion/columns/2017/08/12/presidency-built-racial-divisions/8KMaTGooXCk9gWe8Rfq2UL/story.html

"We Need Much More Than Soul Searching." *The Boston Globe*, July 8, 2016. Accessed October 4, 2016. https://www.bostonglobe.com/opinion/2016/07/08/need-much-more-than-soul-searching/Bv2fbeJgt8PPA5KljUdVlM/story.html.

"Muhammad Ali's Fights Outside the Ring." *The Boston Globe*, June 4, 2016. Accessed October 4, 2016. https://www.bostonglobe.com/opinion/2016/06/04/muhammad-ali-fights-outside-ring/10KHDdcahN9cZilxsI6BJK/story.html.

*The Chronicle of Higher Education*

"The Many Meanings of a Fist." *The Chronicle of Higher Education* 62, no. 37 (May 18, 2016): B4.

"Our Long Walk to Freedom." *The Chronicle of Higher Education* 59, no. 45 (August 13, 2013): B10-B12.

"Still Reinventing Malcolm." *The Chronicle of Higher Education* 57, no. 35 (May 6, 2011): B6-B9. Cover Essay.

"Rescuing Malcolm X from His Calculated Myths." *The Chronicle of Higher Education* (2011). Accessed from https://www.chronicle.com/article/Rescuing-Malcolm-X-From-His/127272

"Obama Cannot Be Our Racial Healer-in-Chief." *The Chronicle of Higher Education* 56, no. 20 (January 29, 2010): B10-B11.

"Obama and the Enduring Divisions of Race." *The Chronicle of Higher Education,* January 24, 2010. Accessed February 23, 2017. http://www.chronicle.com/article/Obamathe-Enduring/63656?cid=rclink.

"Our National Postracial Hangover: With the Gates Fiasco, the Rosy Glow Has Faded." *The Chronicle of Higher Education*, July 27, 2009. Accessed February 23, 2017. http://www.chronicle.com/article/Our-National-Postracial/47462.

"Black Power's Powerful Legacy." *The Chronicle of Higher Education* 52, no. 46 *(*July 21, 2006): B6-B8. Cover Essay.

*CNN*

"Beto O'Rourke made things personal in his CNN town hall." CNN, May 22, 2019. Accessed https://www.cnn.com/2019/05/22/opinions/beto-orourke-cnn-town-hall-joseph/index.html.

"One of America's proudest moments is being sabotaged." CNN, May 16, 2019. Accessed https://www.cnn.com/2019/05/16/opinions/brown-v-board-of-education-anniversary-joseph/index.html.

"John Singleton's virtuoso vision of black life." CNN, April 29, 2019. Accessed https://www.cnn.com/2019/04/29/opinions/john-singleton-legacy-boyz-n-the-hood-matters-joseph/index.html.

"Cory Booker's blend of personal and political could catch fire." CNN, March 28, 2019. Accessed https://www.cnn.com/2019/03/28/opinions/cory-booker-presidential-town-hall-joseph/index.html.

"We've never had a Black History Month like this before." CNN, February 28, 2019. Accessed https://www.cnn.com/2019/02/28/opinions/black-history-month-blackface-cotton-oscars-cohen-joseph/index.html

"Why this Year's Black History Month is Pivotal." CNN, February 9, 2019. Accessed https://www.cnn.com/2019/02/09/opinions/black-history-month-jamestown-400th-anniversary-joseph/index.html

"How Liam Neeson's Shame Could Do Some Good." CNN, February 5, 2019. Accessed https://www.cnn.com/2019/02/05/opinions/liam-neeson-interview-racism-courage-joseph/index.html

"Ralph Northam's Yearbook Page Reveals Much More than a Young Man's Mistake." CNN, February 2, 2019. Accessed https://www.cnn.com/2019/02/01/opinions/ralph-northam-yearbook-page-more-than-mistake-joseph/index.html

"America Love to Praise Martin Luther King Jr. But We Ignore His Message." CNN, January 15, 2019. Accessed https://www.cnn.com/2019/01/15/opinions/martin-luther-king-jr-90th-birthday-legacy-joseph/index.html

"JFK's Death Wasn't Just an End- It Was Also a Crucial Beginning." CNN, November 21, 2018. Accessed https://www.cnn.com/2018/11/21/opinions/jfk-assassination-anniversary-what-it-means-today-peniel-joseph/index.html

"This is How the Democrats Can Win in 2020." *CNN*, November 8, 2018. Accessed https://www.cnn.com/2018/11/07/opinions/the-future-of-the-democrats-joseph-opinion-intl/index.html

"We're Way Past Willie Horton Now." *CNN*, November 2, 2018. Accessed https://www.cnn.com/2018/11/02/opinions/trump-immigration-ad-willie-horton-joseph/index.html

"The 50-year Lessons America Still Hasn't Learned." *CNN*, August 28, 2018. Accessed September 14, 2018. https://www.cnn.com/2018/08/27/opinions/1968-chicago-dnc-violence-50-years-later-joseph/index.html

"How 'BlacKkKlansman' Could Help American Write a New Chapter." *CNN*, August, 9, 2018. https://www-m.cnn.com/2018/08/09/opinions/blackkklamsman-charlottesville-one-year-later-joseph-opinion/index.html

"Frances's World Cup Win is a Victory for Immigrants Everywhere." *CNN*, July 15, 2018. https://www-m.cnn.com/2018/07/15/opinions/france-world-cup-win-immigration-diversity-joseph/index.html

"The Hypocrisy at the Heart of Trump's Rancher Pardon." *CNN*, July 10, 2018.

https://www-m.cnn.com/2018/07/10/opinions/trump-hammond-pardon-race-and-justice-joseph-opinion/index.html

"America's racism has long been Russia's secret weapon." CNN, July 2, 2018. https://www.cnn.com/2018/07/02/opinions/philando-castile-russia-history-of-infiltration-joseph-opinion/index.html

"Manson's infamy, like his violence, did lasting harm." *CNN*, July 2, 2018. https://www.cnn.com/2017/11/20/opinions/charles-manson-the-real-1960s-peniel-joseph-opinion/index.html

"RFK's Legacy is Still Alive Today." *CNN*, June 5, 2018. https://www.cnn.com/2018/06/05/opinions/robert-kennedy-assassination-50-years-later-joseph-opinion/index.html

"The stunning—and pivotal—decision by Lyndon Johnson." *CNN*, March 30, 2018. https://www.cnn.com/2018/03/30/opinions/the-stunning-decision-by-president-lyndon-johnson-joseph/index.html

"Seeing your world—and your love—on screen matters." *CNN*, March 2, 2018. https://www.cnn.com/2018/03/02/opinions/black-panther-call-me-by-your-name-peniel-joseph-opinion/index.html

"We wouldn't be America without student activists." *CNN*, February 22, 2018. https://www.cnn.com/2018/02/21/opinions/florida-students-long-activist-tradition-joseph-opinion/index.html

"One of America's 'wokest' moments happened in 1968." *CNN*, February 2, 2018. https://www.cnn.com/2018/02/02/opinions/kerner-commission-report-still-relevant-joseph-opinion/index.html

"Donald Trump's enmity for Haiti." *CNN*, January 12, 2018. https://www.cnn.com/2018/01/12/opinions/trump-personal-enmity-for-haiti-opinion-joseph/index.html

"If Trump can change his mind on hunting, why not on Haiti?" *CNN*, December 23, 2017. https://www.cnn.com/2017/11/22/opinions/haiti-president-trump-temporary-status-joseph-opinion/index.html

"Coates vs. West: Feud has its roots in long tradition of black intellectuals." *CNN*, December 21, 2017. https://www.cnn.com/2017/12/21/opinions/west-coates-feud-black-intellectual-tradition-joseph-opinion/index.html

"Charlottesville spotlights Trump's toxic failure to lead." *CNN*, August 13, 2017. https://www.cnn.com/2017/08/13/opinions/charlottesville-trump-race-moral-leadership-joseph-opinion/index.html

"The lessons to learn from Trump voters." *CNN*, November 7, 2016. https://www.cnn.com/2016/11/07/opinions/lessons-of-trump-voters-peniel-joseph/index.html

"The Struggle for Black Dignity Continues." *CNN*, August 12, 2016. Accessed October 4, 2016. http://www.cnn.com/2016/08/12/opinions/department-justice-report-baltimore-joseph/index.html.

"Black Lives Matter's big step." *CNN*, August 3, 2016. Accessed October 4, 2016. http://www.cnn.com/2016/08/03/opinions/black-lives-matter-movement-report-joseph/.

"The Voters Clinton Needs to Win Over." *CNN*, July 30, 2016. Accessed October 4, 2016. http://www.cnn.com/2016/07/30/opinions/clinton-win-over-voters-opinion-joseph/.

"What's Fueling the Republican Fury." *CNN*, July 23, 2016. Accessed October 4, 2016. http://www.cnn.com/2016/07/23/opinions/race-and-the-rnc-opinion-peniel-joseph/index.html.

*Democracy: A Journal of Ideas*

"Will Democrats Finally Align With Racial Justice?" *Democracy: A Journal of Ideas*, August 19, 2016. Accessed October 4, 2016. http://democracyjournal.org/arguments/will-democrats-finally-align-with-racial-justice/

*Diverse: Issues in Higher Education*

"Remembering U.N. Secretary General Kofi Annan." *Diverse: Issues in Higher Education,* August 20, 2018. https://diverseeducation.com/article/123322/


*The Globe and Mail*

"For Change to Happen, Americans Must Confront the Pain of Black History." *The Globe and Mail*, July 9, 2016. Accessed October 4, 2016. http://www.theglobeandmail.com/opinion/for-change-to-happen-americans-must-confront-the-pain-of-black-history/article30831352/

*The Guardian*

"Barack Obama forever changed black America." The Guardian, January 7, 2017. https://www.theguardian.com/commentisfree/2017/jan/07/barack-obama-forever-changed-black-america

"'White Lives Matter', Now a Hate Group, is Part of a Long Arc of White Supremacy." *The Guardian*, August 31, 2016. Accessed October 4, 2016. https://www.theguardian.com/commentisfree/2016/aug/31/white-lives-matter-hate-group-white-supremacy.

"Dallas Shootings: The Latest Chapter in a Painful Racial History." *The Guardian*, July 9, 2016. Accessed October 4, 2016. https://www.theguardian.com/commentisfree/2016/jul/09/police-killings-dallas-shooting-racism-american-history.

 "Obama is Chipping Away at the 'New Jim Crow'. But More Needs to be Done." *The Guardian*, April 27, 2016. Accessed October 4, 2016. https://www.theguardian.com/commentisfree/2016/apr/27/barack-obama-new-jim-crow-progress-mass-incarceration.

*Huffington Post*

"What Made Muhammad Ali Unapologetically Black." *Huffington Post*, June 6, 2016. Accessed October 4, 2016. http://www.huffingtonpost.com/entry/muhammad-ali-unapologetically-black_us_57556af5e4b0c3752dce06a3.


*The New Republic*

"Why Black Lives Matter still matters." *The New Republic*, April 6, 2017. https://newrepublic.com/article/141700/black-lives-matter-still-matters-new-form-civil-rights-activism


*New York Times*

"Clinton Continues to Take Voters of Color for Granted." *The New York Times*, July 22, 2016. Accessed October 4, 2016. http://www.nytimes.com/roomfordebate/2016/07/22/is-tim-kaine-the-right-running-mate-for-hillary-clinton/clinton-continues-to-take-voters-of-color-for-granted?smid=tw-share.

*Newsweek*

"The Martin Luther King That America and Obama Ignore." *Newsweek*, January 18, 2016. Accessed October 4, 2016. http://www.newsweek.com/martin-luther-king-obama-state-union-ignore-417108.

"Scalia Comments Shine Light on U.S. Institutional Racism." *Newsweek*, December 10, 2015. Accessed October 4, 2016. http://www.newsweek.com/scalia-comments-shine-light-us-institutional-racism-403823.

*Reuters*

"Commentary: The America He Knows – Obama on the Nation's Fractured Racial Landscape." *Reuters*, July 13, 2016. Accessed October 4, 2016. http://www.reuters.com/article/us-race-obama-dallas-commentary-idUSKCN0ZT08R.

"Commentary: A Day of Horrors and Martyrs." *Reuters*, July 7, 2016. Accessed October 4, 2016. http://www.reuters.com/article/us-race-police-shootings-commentary-idUSKCN0ZN2GI.

"Commentary: From the Civil-Rights Struggle to Black Lives Matter, John Lewis Blazes the Trail." *Reuters*, June 30, 2016. Accessed October 4, 2016. http://www.reuters.com/article/us-congress-guns-race-commentary-idUSKCN0ZG0CH.

"Commentary: 'Black and Proud:' From Black Power to Black Lives Matter." *Reuters*, June 21, 2016. Accessed October 4, 2016. http://www.reuters.com/article/us-social-race-blackpower-commentary-idUSKCN0Z7329.

"Commentary: What Made Muhammad Ali 'Unforgivably Black.'" *Reuters*, June 6, 2016. Accessed October 4, 2016. http://www.reuters.com/article/us-race-ali-commentary-idUSKCN0YQ0TZ.

"The Elephant in the Supreme Court." *Reuters*, February 29, 2016. Accessed October 4, 2016. http://blogs.reuters.com/great-debate/2016/02/29/the-elephant-in-the-supreme-court/.

*The Root*

"As Summer Ends, Tensions Remain High Between Black Community and Police." *The Root*, August 25, 2016. Accessed October 4, 2016. http://www.theroot.com/articles/culture/2016/08/as-summer-ends-tensions-remain-high-between-black-community-and-police/?utm_medium=social&utm_source=email&utm_campaign=socialshare.

"President Obama Defends Phrase 'Black Lives Matter' in Unprecedented Town Hall." *The Root*, July 15, 2016. Accessed October 4, 2016. http://www.theroot.com/articles/politics/2016/07/president-obama-defends-phrase-black-lives-matter-in-unprecedented-town-hall/.

"Hillary Clinton's Speech May Finally Start That Long-Overdue Conversation on Race." *The Root*, July 13, 2016. Accessed October 4, 2016. http://www.theroot.com/articles/politics/2016/07/hillary-clintons-speech-may-finally-start-that-long-overdue-conversation-on-race/.

"50 Years Ago Stokely Carmichael Called for 'Black Power,' Galvanizing a Movement." *The Root*, June 16, 2016. Accessed October 4, 2016. http://www.theroot.com/articles/culture/2016/06/50-years-ago-stokely-carmichael-called-for-black-power-galvanizing-a-movement/.

"Bill Clinton Speaking at Muhammad Ali's Funeral is the Corporate Co-Optation of an Icon." *The Root*, June 10, 2016. Accessed October 4, 2016. http://www.theroot.com/articles/politics/2016/06/bill-clinton-speaking-at-muhammad-alis-funeral-is-the-corporate-co-optation-of-an-icon/.

"Donald Trump's Anti-Muslim Comments Cross a Moral Line." *The Root*, December 8, 2015. Accessed October 4, 2016. http://www.theroot.com/articles/politics/2015/12/donald_trump_s_anti_muslim_comments_cross_a_moral_line/.

"Black Student Activists Stand Against Racist Cultures on Campus." *The Root*, November 9, 2015. Accessed October 4, 2016. http://www.theroot.com/articles/culture/2015/11/black_student_activists_stand_against_racist_cultures_on_campus/.

"Hip-Hop's Nas Joins Eric Holder as W.E. B. Du Bois Honoree." *The Root*, October 1, 2015. Accessed October 4, 2016. http://www.theroot.com/articles/culture/2015/10/hip_hop_s_nas_joins_eric_holder_as_w_e_b_du_bois_honoree_at_harvard_university/.

"Elizabeth Warren's Embrace of Black Lives Matter Is an Example of Moral Leadership." *The Root*, September 29, 2015. Accessed October 4, 2016. http://www.theroot.com/articles/politics/2015/09/elizabeth_warren_s_embrace_of_black_lives_matter_is_an_example_of_moral/.

"Jeb Bush's Claim That Blacks Want 'Free Stuff' for Votes Insults Our Dignity and History of Struggle." *The Root*, September 28, 2015. Accessed October 4, 2016. http://www.theroot.com/articles/politics/2015/09/jeb_bush_saying_blacks_want_free_stuff_for_votes_insults_our_dignity_and/.

*The Undefeated*

"Stokely Carmichael's Call for 'Black Power' Spoke Real Truth to a Flawed Nation." *The Undefeated*, June 16, 2016. Accessed October 4, 2016. http://theundefeated.com/features/stokely-carmichaels-call-for-black-power-spoke-real-truth-to-a-flawed-nation/.

*The Washington Post*

"On Martin Luther King's 90th Birthday, a Reminder of How Far We Have Come and How Far We Still Have to Go." *The Washington Post*, January 15, 2019. https://www.washingtonpost.com/nation/2019/01/15/martin-luther-kings-th-birthday-reminder-how-far-we-have-come-how-far-we-still-have-go/?utm_term=.3c1a528b10b7

"America's Long and Painful History of Domestic Terrorism Against Racial and Religious Minorities." *The Washington Post*, November 9, 2018. https://www.washingtonpost.com/nation/2018/11/09/americas-long-painful-history-domestic-terrorism-against-racial-religious-minorities/?utm_term=.61c1bbf53d36

"On the 55th Anniversary of the March on Washington, still work to do to 'make the promise of democracy real'." *The Washington Post*, August 28, 2018. https://www.washingtonpost.com/news/post-nation/wp/2018/08/28/on-the-55th-anniversary-of-the-march-on-washington-still-work-to-do-to-make-the-promise-of-democracy-real/?noredirect=on&utm_term=.581c5573a4f1

"America's Nonviolence Civil Rights Movement was Considered Uncivil by Critics at the Time." *The Washington Post*, July 4, 2018. https://www.washingtonpost.com/news/post-nation/wp/2018/07/04/the-civil-rights-movement-might-have-been-nonviolent-but-to-critics-it-was-considered-uncivil/?utm_term=.d58375cfd852

"'Black Panther' is a milestone in African Americans' search for home." *The Washington Post,* February 16, 2018. https://www.washingtonpost.com/news/post-nation/wp/2018/02/16/black-panther-is-a-milepost-in-african-americans-search-for-home/?utm_term=.7c9fa099093d

"How Martin Luther King Jr.'s assassination change American 50 years ago and still affects us today." *The Washington Post*, January 15, 2018. https://www.washingtonpost.com/news/post-nation/wp/2018/01/15/kings-assassination-shaped-americas-identity-50-years-ago-and-continues-to-shape-it-today/?utm_term=.29fe7350e091

"Obama's Legacy: Some Initially Heralded His Victory as the Arrival of a 'Post-Racial' America." *The Washington Post*, April 22, 2016. Accessed October 4, 2016. https://www.washingtonpost.com/graphics/national/obama-legacy/racism-during-presidency.html.

## **PROFESSIONAL PRESENTATIONS/CONFERENCES/SYMPOSIA**

UT Austin (Select)
**SPRING 2017**

### **JANUARY**

**Jan 25th**, **Peniel Joseph and Jeremi Suri,** *Injustice Anywhere***:** *Dr. King's Legacy 50 Years After Vietnam***,** 12:15-1:30pm , Rm 3.122                                      48 attended

**Jan 13-14[th], Peniel Joseph,** *What Does Racial Justice Mean in the 21st Century?*, Texas Tribune Symposium on Race and Public Policy, Huston-Tillotson University

### **FEBRUARY**

**Barbara Jordan Forum Feb 20 thru Feb 24**

**Feb 15th**, **Dr. Madeline Y Hsu**, *The Good Immigrants: How the Yellow Peril Became the Model Minority*, 12:15-1:30pm, RM 3.122                                    45 attended

## MARCH
### Spring Break March 13th thru 18th

**Mar 8th**,  **GRA Robert Arjet,** *New Jim Crow,* 12:15-1:30PM, RM 3.214/3.220        34 attended

**Mar 28TH**, **Dr. Max Krochmal**, *Blue Texas: The Making of a Multiracial Democratic Coalition in the Civil Rights Era (Justice, Power, and Politics),* 12;15pm – 1:30PM, Rm 3.122        29 attended

## APRIL

**Apr 4th**, **Dr. James Galbraith and Dr. Peniel Joseph**, *"Vietnam, MLK and Civil Rights: 50th Anniversary of King's April 4, 1967, Riverside Address"*, 12:15 – 1:30PM, RM 3.122     32 attended

**Apr 12th, Coach Shaka Smart and Dr. Peniel Joseph,  "**A Conversation: Race, Sports and Citizenship*", 6:00-7:30pm,* BLH                                    87 attended
NOTE:  Music Lab Fee = $700 (reduced to $650)

## MAY
### Last Class Day May 5th

**May 1st, Dr. Richard Rothstein,** The Myth of *De Facto* Segregation and How We Can Correct It**, 12:15-1:30pm, RM 3.124     (co-sponsored)

- This is a book tour for Mr. Rothstein.  Dr. Galbraith's assistant will leave for vacation on April 21st.  Event will then be managed by Alice Rentz.  Book sales by UT Co-op will be held immediately following the talk.

**FALL 2017**

**SEPTEMBER**

**Sep 20th, Dr. Jeremi Suri,** *Race, Democracy, and the Impossible Presidency,* 12:15-1:30PM,
Room 3.122                                                                                          72 Attended
       **\*** Dr. Joseph will comment on the book, leading into conversation with Dr. Suri
       **\*** Buy a box of Dr. Suri's book, *The Impossible Presidency*    Books Confirmed


**OCTOBER**

**Oct 24th,** *Slavery's Capitalism and Black Lives Matters,* 12:15 – 5:30pm  BLH & BLH Foyer
are confirmed

    **SESSION 1**                                                                          126 Attended
    *Racial Capitalism and Human Rights: Reimagining Slavery in the Age of Black Lives Matter*
    • Daina R. Berry
    • Peniel Joseph
    • Manisha Sinha

    **SESSION II**                                                                          79 Attended
    *Black Lives, Democratic Matters: The World that Slavery Made*
    • Kendra Field
    • Steve Hahn
    • Walter Johnson
    • Peniel Joseph


**NOVEMBER**

**Nov 7th, Black Policy Symposium – Part III,** Black Policy Symposium III: A Discussion on
Black Political Power  (co-sponsored)
12:00 – 1:30pm, Utopia Theatre, Steve Hicks School of Social Work


**Nov 28th, Screening:** *The History of Lynching,* 12:15 – 1:30pm, BLH & Foyer              71
Attended


**ACADEMIC CONFERENCES (select)**
*American Historical Association*
2015, Jan. 2-5     Invited Panelist, "Being a Public Intellectual: Historians and the Public"
                        American Historical Association 129th Annual Meeting: History and the Other
                        Disciplines. Broadcast on C-SPAN.

| 2015, Jan. 2-5 | Chair, "The Black 1980s: Politics, Culture, and New Historiographies" American Historical Association 129th Annual Meeting: History and the Other Disciplines. |
| 2012, Jan. 5-6 | Plenary Speaker, "Historians and the Obama Narrative" and Panelist, "Stokely Carmichael and America in the 1960s," American Historical Association, Chicago, IL. |
| 2011, Jan. 8 | Chair, "Imagining Black Power in the Global Sixties for Berlin to Beijing," American Historical Association Conference, Boston. |
| 2007, Jan. 4 | Invited Panelist, Roundtable on 40th anniversary of *Black Power* by Kwame Ture (Stokely Carmichael) and Charles Hamilton, American Historical Association, Atlanta, GA. |

*Association for the Study of Afro-American Life and History*

| 2008, Oct. 3 | Plenary Organizer and Presenter, "The New Black Power History," Association for the Study of Afro-American Life and History, Birmingham, Alabama. |
| 2006, Sep. 27-30 | Organizer and Presenter, Association for the Study of Afro-American Life and History, Atlanta, GA.: "The Black Power Movement: Rethinking the Civil Rights Black Power Era" |

*German Historical Institute*

| 2013, Sep. 19-21 | Invited Panelist, Malcolm X, the March on Washington, and Reimagining American Democracy, Conference: The Dream and Its Untold Stories: The March on Washington and Its Legacy, German Historical Institute. |
| 2012, Sep. 19-21 | Invited Panelist, March on Washington Conference, German Historical Institute. |

*Organization of American Historians*

| 2008, Mar. 28 | Plenary Organizer and Moderator, "Storm Warnings: Rethinking 1968: The Year that Shook the World," Organization of American Historians Conference, New York City. |
| 2003, Apr. 5 | Panel Organizer and Presenter, Organization of American Historians Annual Conference, Memphis, TN. Paper: "Rethinking the Black Liberation Movement" |

*Smithsonian National Museum of African American History and Culture*

| 2016, May 19-21 | Invited Panelist, The Future of the African American Past, Smithsonian National Museum of African American History and Culture and the Organization of American Historians. |
| 2009, Mar. 30-31 | Lead Historical Consultant and Keynote Speaker, "1968 and Beyond: A Symposium on the Impact of the Black Power Movement on America," Smithsonian National Museum of African American History and Culture. Washington, D.C. |

*Tufts University*

| 2012, Mar. 1-3 | Organizer and Speaker, Barack Obama and American Democracy III, Tufts University, Boston, MA. |
| 2010, Mar. 5-6 | Organizer and Speaker, Barack Obama and American Democracy Conference, Tufts University. |

*Other*

| 2014, Nov. 18 | Invited Panelist, Civil Rights and the Black Power Movement, John F. Kennedy Presidential Library: Kennedy Library Forum." |
| 2014, Apr. 16-18 | Conference Organizer, Barack Obama and American Democracy V, Tufts University Center for the Study of Race and Democracy. |
| 2013, May 18 | Panelist, Biographers Conference, New York City. |
| 2013, Mar. | Keynote Speaker, Barack Obama and American Democracy IV, Arizona State University. |
| 2010, Mar. | Invited Panelist, Left Forum Conference, New York City. |
| 2009, Nov. 12-14 | Invited Speaker, Expanding the Civil Rights Movement in Time and Space Conference, University of New Hampshire. |
| 2009, Apr. 2-4 | Invited Speaker, The Long Civil Rights Movement Conference, UNC-Chapel Hill. |
| 2007, Aug. 13 | Invited Panelist, "Dialogue on the Future of Black Liberation," American Sociological Association Meeting. |
| 2006, Apr. 1 | Panel Organizer and Presenter, Race, Roots, and Resistance: Revisiting the Legacies of Black Power Conference, University of Illinois Urbana-Champagne. Paper: "Toward a Historiography of the Black Power Movement" |
| 2006, Jan. 11 | Invited Panelist, International Humanities Conference, Honolulu, Hawaii. Paper: "New Perspectives on the Black Power Movement" |
| 2005, Nov. 5 | Invited Panelist, American Studies Association Conference, Washington, D.C. Paper: "Re-imaging the Black Power Era." |
| 2003, Nov. 13-14 | Invited Panelist, The Black Power Movement in Historical Perspective, University of Connecticut. Paper: "Redefining the Black Power Movement." |
| 2003, Jun. 12 | Invited Panelist, The Black Panther Party in Historical Perspective, Wheelock College. Comment: "The Black Panther Party in Historical Time" |

**INVITED LECTURES/PANELS (select)**

**2019**

| 4/9/2019 | Invited panelist, "Social Justice and the Search for the Beloved Community," LBJ Foundation-Summit on Race in America. |
| 2/20/19 | Invited moderator, "Her Voice Shaped the Nation," Barbara Jordan Week, LBJ School of Public Affairs, Austin, TX |
| 2/15/19 | Invited speaker, LASA Cultural Day (Liberal Arts and Sciences Academy high school), Austin, TX |
| 1/17/19 | Invited keynote speaker, UT Black Faculty and Staff Association |
| 1/17/19 | Invited speaker, Austin Forum at UT LBJ School |

| | |
|---|---|
| 1/15/19 | Invited speaker, Cultural Competency Assembly, St. Andrew's Episcopal School, Austin, Texas. |

**2018**

| | |
|---|---|
| 10/29/18 | Invited speaker to African American Male Research Initiative (AAMRI), Division of Diversity and Community Engagement, UT-Austin. |
| 10/16/18 | Keynote speaker, "Ready for Revolution: Stokely Carmichael and Global 1968." University de Poitiers, Poitiers, France. |
| 10/23/18 | **"**Future of Work in Texas" Conference, Keynote Speaker. |
| 10/10/18 | Austin Presbyterian Theological Seminary, Keynote Speaker. |
| 9/21/18 | Georgetown University, From Civil Rights to Black Lives Matter: The Struggle for Black Dignity in the Age of Trump, Keynote Speaker. |
| 9/14/18 | Precursor's Program at UT Black Alumni Homecoming Weekend, Keynote Speaker, theme: A Retrospective of 1968 |
| 8/29/18 | LBJ Student Orientation, Invited Speaker, "Policymaking through the Lens of Equity." |
| 4/16/18 | Keynote Speaker, MLK Remembrance, University of St. Thomas Law School, Minneapolis, MN |
| 4/6/18 | Invited symposium speaker, Martin Luther King, Jr.: Life, Loss, Legacy-Hutchins Center Symposium, Harvard Kennedy School, Harvard University |
| 4/1/18 | C-SPAN *Civil Rights Race Relations 1968* |
| 3/28/18 | Race and Law Course, Guest Speaker, theme: Voting rights and how voter suppression has been used to maintain racial inequality |
| 3/5/18 | *Kerner at 50 Evening Event*, Panelist and Host Director. |
| 2/2018 | Speaker, Barbara Jordan State Capitol Exhibit Speaker, Media Event |
| 2/26/18 | MLK Day Event – Poverty and Social Justice: Then and Now, Moderator |

| | |
|---|---|
| **1/13/18** | Speaker, Austin Forum on Diplomacy and State Craft |
| **1/4/18** | UT Austin 3rd Annual Black Student Athlete Conference, Keynote Speaker, Theme: *The Black Student Athlete in the Age of Black Lives Matter* |
| **2018, Jan.** | Keynote Speaker, UT Law School, Mass Incarceration Conference |
| **11/4/17** | C-SPAN BOOK TV  *Author Discussion, Texas Book Festival, Race, Crime and Law in Black America, Moderator* |
| **10/22/17** | C-SPAN  Host: Steve Scully/Guest: Dr. Peniel Joseph on the Effectiveness of NFL Protests |
| **10/20/17** | Lyndon, Lunch & Lecture Event, Keynote Speaker |
| **10/19/17** | Black Lives Mattered Talk w/ students at the Malcolm X Lounge |
| **10/2017** | Slavery's Capitalism, Featured Speaker. |
| **8/31/17** | UT Austin History Department, The Confederate Statues at UT, Panelist |
| **8/25/17** | PBS Newshour, The Confederate Statue Controversy |
| **6/24/17** | 11th Annual Austin African American Book Festival |
| **4/26/17** | OLLI/LAMP Presentation |
| **4/22/17** | On-Air Interview with Kimberly Atkins from the Washington Journal to discuss "Why Black Lives Matter Still Matters" from the May issue of the New Republic. |
| **3/23/17** | Keynote – John Wood Professorship UMASS Boston McCormack Graduate School of Global Studies and Public Policy |
| **2/24/17** | BARBARA JORDAN WEEK, Keynote speaker at the Barbara Jordan Early |
| 2017, Jan. | MLK Keynote Speaker, City of Austin School District, Austin Texas |
| 2017, Jan. | Panelist, Austin Forum on Diplomacy and State Craft, the Lyndon B. Johnson School of Public Affairs, The University of Texas at Austin |
| 2017, Jan. | Panelist, Opportunity Forum Roundtable Lunch, School of Architecture, The University of Texas at Austin |
| 2016, Dec. | Keynote, Diversity Forum at McCombs Business School, The University of Texas at Austin |

| | |
|---|---|
| 2016, April | Keynote, "Race and the Politics of Access: 1950-Present", Heman Sweatt Symposium on Civil Rights, The University of Texas at Austin Division of Diversity and Community Engagement |
| 2016, April | Panelist, "How Smart Managers Make Diversity Work", Department of Management, McCombs School of Business, The University of Texas at Austin |
| 2016, April | Panelist, "Smart Decarceration: Transforming Criminal Justice in America", School of Social Work, The University of Texas at Austin |
| 2016, March | Panelist, "Confederate Symbols in Public Spaces", Graduate Public Affairs Council, The Lyndon B. Johnson School of Public Affairs, The University of Texas at Austin |
| 2016, Feb. | Lecture, National Book Award Winner Lecture, "Stokely: A Life", Benjamin L. Hooks Institute for Social Change, University of Memphis |
| 2016, Feb. | Keynote, Barbara Jordan Week event at Barbara Jordan Elementary School, the Lyndon B. Johnson School of Public Affairs, The University of Texas at Austin |
| 2015, Dec. | Keynote, State of Black Massachusetts, Urban League |
| 2015, Nov. | Keynote, Macalester College, St. Paul, MN |
| 2015, Nov. | Keynote, Museum of African American History |
| 2015, Oct. | Keynote, Navin Lecture, Harvard University |
| 2015, Sep. | Keynote, Costa Lecture, Ohio University, Athens, OH |
| 2015, Jun. | Keynote, Georgia State University, TRIO Program |
| 2015, Apr. | Keynote, Media and Civil Rights Movement Symposium, University of South Carolina |
| 2015, Apr. | Keynote, Annual Humanities Festival, University of Rhode Island |
| 2015, Apr. | Keynote, Keene State College, New Hampshire |
| 2015, Jan. | Keynote, Emerson College, Boston, MA |
| 2015, Jan. | Martin Luther King Jr. Keynote, Bates College, ME |
| 2015, Jan. | Martin Luther King Jr. Keynote, City of Melrose, MA |
| 2015, Jan. | Keynote, Commonwealth School, Boston |
| 2014, Nov. | Keynote, Medgar Evers College, Brooklyn, NY |
| 2014, Oct. | Keynote, Association for Black Cultural Centers, University of Illinois Urbana Champagne |
| 2014, Sep. | Keynote Speaker, Quinsigamond Community College, Worcester, MA |
| 2014, Feb. | Keynote Speaker, "How Far to the Promised Land?" Northeastern University |
| 2013, Feb. | Keynote Speaker, Black History Month, Boston City Council |
| 2013, Feb. | Keynote Speaker, Black History Month, Babson College |
| 2013, Feb. | Keynote Speaker, Black History Month, Division of Capital Asset Management and Maintenance (MA State) |
| 2013, Jan. | Speaker, Stokely Carmichael and American Democracy in the 1960s, Harvard University W.E.B. Du Bois Institute |
| 2012, Oct. | Keynote Speaker, Strategic National Conference on Mass Incarceration and Reentry, Boston University School of Law |
| 2012, Oct. | Keynote Speaker, Harvard University Institute for Learning in Retirement |
| 2012, Feb. | Keynote Speaker, Stetson University |
| 2012, Feb. | Keynote Speaker, University of Connecticut |
| 2012, Jan. | Keynote Speaker, University of Louisville |
| 2011, Nov. | Keynote Speaker, University of Memphis |

| | |
|---|---|
| 2011, Jul. | Keynote Speaker, Harvard University NEH Teaching the Civil Rights Movement Summer Seminar |
| 2011, Jun. | Keynote Speaker, "Stokely Carmichael and Kwame Ture in Historical Context," Sorbonne Nouvelle, Paris, France |
| 2011, Mar. | Keynote Luncheon Speaker, Jackie Robinson Foundation |
| 2011, Feb. | Black History Keynote Speaker, Cambridge Rindge and Latin High School |
| 2011, Feb. | Keynote Lecture, Hunter College |
| 2011, Jan. | Keynote Speaker, City of Brookline, MA MLK Celebration |
| 2010, Oct. | Keynote Speaker, LaGuardia Community College |
| 2010, Apr. | Keynote Lecture, Framingham State College |
| 2010, Apr. | Keynote Lecture, North Carolina A & T |
| 2010, Feb. | Keynote Lecture, Reed College |
| 2010, Feb. | Keynote Lecture, Southern University Law Center |
| 2010, Feb. | Keynote Lecture, Colby College |
| 2010, Jan. | Keynote Speaker, Tufts University (MLK) |
| 2010, Jan. | Keynote Speaker, Boston University |
| 2010, Jan. | Keynote Speaker, Belmont MLK Breakfast |
| 2009, Nov. | Keynote Lecture, University of Georgia |
| 2009, Mar. | Keynote Speaker, Smithsonian National Museum of African American History and Culture |
| 2009, Feb. | Keynote Speaker, University of Rhode Island |
| 2009, Feb. | Keynote Speaker, Central Connecticut State University |
| 2008, Apr. | Invited Keynote Littlefield Lectures, University of Texas-Austin |
| 2008, Apr. | Keynote Lecture, Norfolk State University |
| 2008, Apr. | Keynote Lecture, Anne Braden Institute, University of Louisville |
| 2008, Mar. | Keynote Lecture, Lesley University |
| 2008, Mar. | Keynote Lecture, Central Connecticut State University |
| 2008, Feb. | Keynote Lecture, Earlham College |
| 2008, Feb. | Keynote Lecture, University of North Texas |
| 2008, Feb. | Keynote Lecture, Morgan State University |
| 2007, Sep. | Keynote Lecture: "Waiting 'Til the Midnight Hour: A Narrative History of Black Power in America," Clark University. (Featured Broadcast on C-SPAN's Booknotes, October 21 and 22, 2007.) |
| 2007, Apr. | Keynote: "Revisiting An Epoch: Black Power in American and World History," St. John's University. |
| 2007, Apr. | Keynote: "Waging War Amid Shadows: Black Power's Hidden History," Arizona State University. |
| 2007, Mar. | Keynote: "Rethinking the 1960s: Black Power, Race, and Democracy," City University of New York, Graduate Center. |

*Speaker/Guest Lecturer*

| | |
|---|---|
| 2014, Jan. | Speaker, Dreams for NYC Inspired by MLK, New York, NY |
| 2014, Jan. | Speaker, America in the Age of MLK: Teaching the Civil Rights Movement in Schools, Boston, MA |
| 2013, Sep. | Speaker, Boston NAACP's Annual Freedom Fund Dinner, Boston, MA |
| 2011, Nov. | Guest Lecture, "Martin Luther King and Social Justice," Occupy Boston |

| 2010, Apr. | Invited Speaker, New School University |
| 2010, Apr. | Lecture, Board of Overseers, Tufts Medical University School |
| 2010, Apr. | Invited Speaker, Cambridge Club |
| 2010, Mar. | Speaker, Temple University |
| 2010, Jan. | Speaker, Bus Boys and Poets Bookstore, Washington, DC |
| 2010, Jan. | Speaker, Brecht Forum New York City |
| 2009, Nov. | Black Solidarity Day Speaker, Tufts University |
| 2009, Oct. | Speaker, Voices of a Tufts Diversity Experience, Tufts University |
| 2009, Sep. | After Hours Conversation, Guest Speaker, Tufts University |
| 2009, Jan. | Martin Luther King Lecture, Case Western Reserve University |
| 2009, Jan. | Martin Luther King Lecture, Berea College |
| 2008, Nov. | Letitia Woods Brown Keynote Lecture, DC Historical Society |
| 2008, Nov. | Fellows Lecture, Charles Warren Center, Harvard University |
| 2008, Jul. | Invited Speaker, NEH "The Long Civil Rights Movement" Seminar, Harvard University |
| 2007, Oct. | Lecture "Black Power Studies," Kings College, London |
| 2007, Oct. | Lecture "The Civil Rights and Black Power Movement," Cambridge University |
| 2007, Mar. | Lecture: "The Black Power Movement: A Reassessment," Fordham University |
| 2007, Feb. | Lecture: "Black Power and Civil Rights: A Reassessment," Martin Luther King Public Library, Black Studies Division, Washington, D.C. |

*Panelist/Moderator*

| 2017, Jan. | Interview, WBUR (Boston, MA), "Martin Luther King, Jr. and President Obama: A Look At Their Legacies", http://www.wbur.org/hereandnow/2017/01/16/mlk-obama-legacies |
| 2015, Jun. | Invited Panelist, JFK Presidential Library, "James Baldwin Forum" |
| 2015, Feb. | Invited Panel, New York University |
| 2014, Nov. | Panelist, "Civil Rights and the Black Power Movement," Plenary, JFK Presidential Library, Boston, MA |
| 2013, Sep. | Panelist, "All the Way" play analysis, American Repertory Theatre, Cambridge, MA |
| 2013, Aug. | Panelist, John F. Kennedy Library, "The 50th Anniversary of the March On Washington-A Conversation with John Lewis" |
| 2013, Jan. | Panelist, "Songs of a Movement," Central Square Theater |
| 2012, Dec. | Speaker, Black Cultural Program, MCI Concord Prison |
| 2012, Nov. | Speaker, The Windsor School, Boston |
| 2012, Jul. | Organizer and Moderator, "Decision 2012: Race, Democracy, and the New Jim Crow" |
| 2012, Jan. | Panelist, "Stokely Carmicael and American Democracy in the 1960s," Popular Protests in Global Perspective Panel, American Historical Association |
| 2012, Jan. | Panelist, Historians and the Obama Narrative Roundtable, American Historical Association |
| 2011, Sep. | Panelist, "Black Power Mixtape, 1967-1975," Screening, Roxbury Community Center |
| 2011, Jul. | Organizer and Panelist, "Malcolm X: A Life of Reinvention," Harlem Book Fair, Broadcast on C-SPAN Book TV. |

2011, Jun.    Panelist, "Rethinking the Black Power Movement in the United States,"
              University of Nantes, France
2011, Feb.    Panelist, Harvard University, Kennedy School
2011, Feb.    Invited Panelist, Mount Holyoke College
2011, Jan.    Invited Panelist, MLK Brooklyn Museum/WNYC Radio Panel
2011, Jan.    Panelist, City of Cambridge, MA "Untold History of Haiti"
2010, Dec.    Panelist, Boston College, Mass Humanities Plenary
2010, Jun.    Graduate Institute For Teaching, Panel on Excellence, Tufts University
2010, Apr.    Panelist, Shaw University-SNCC 50th Anniversary Reunion
2010, Apr.    Panelist, Haiti Forum, Institute for Global Leadership, Tufts University
2010, Nov.    Invited Panelist, Northeastern University, "In Memory and Legacy: The
              Interdisciplinary of Civil Rights"
2009, Oct.    Moderator, Northeastern University, Lincoln Forum
2008, Nov.    Invited Panelist, MLK Roundtable, D.C. Humanities Council
2007, Oct.    Invited Participant, Internationalizing Black Power Conference, Institute for the
              Study of the Americas, University of London
2007, Mar.    Invited Panelist, Shabazz Conversations Lecture: "Fannie Lou Hamer, Black
              Radicalism, and the Search for American Democracy," Schomburg Research
              Center
2007, Feb.    Provost's Lecture, Stony Brook University, "Dark Days, Bright Nights: Black
              Power and American Democracy."


# TEACHING AND RESEARCH INTERESTS

## FIELDS OF MAJOR RESEARCH INTEREST

- Civil Rights/Black Power Movements
- Race and Public Policy
- African American History
- African American Intellectual History
- Black Political Thought
- Black Feminism
- Black Urban History
- Comparative Black Nationalism
- Twentieth Century American Political and Social History
- African Diaspora
- Pan-Africanism
- Barack Obama
- Race and Democracy
- Malcolm X
- Stokely Carmichael/Kwame Ture
- Martin Luther King, Jr.

## COURSES
- The Civil Rights Movement
- The Black Power Movement
- Black Political Thought in the 20th Century
- Black Nationalism in America
- Recent African American History
- The Black Panther Party
- The Post Civil Rights Era
- American Attitudes Toward Race
- Blacks in the Urban City
- The Black Radical Tradition
- Seminar on Civil Rights and Black Power

# ACADEMIC SERVICE

**STUDENT-RELATED SERVICE**
*Dissertation Committees (Outside Reader)*

Ashley Farmer, Harvard University, "Black Women in the Black Power Movement," 2013.

Donald Tibbs, School of Justice Studies, Arizona State University "The North Carolina Prisoners Union," 2006.

*Master's Theses*

Nicole Cedillo, Tufts University "Feminism and the Chicana Movement During the 1960s," 2013.

Spenser Schwerdtfeger, Tufts University "White Grassroots Conservativism during the Civil Rights Era," 2013.

*Senior Honors Theses*

Adam Cooper Barnes, UT-Austin, anticipated 2019.

Duncan MacLaury, Tufts University, "The Black Panther Party in Boston," 2013.

Benji Cohen, Tufts University, "C.L.R. James," 2011.

# UNIVERSITY SERVICE AND COMMITTEE WORK

**The University of Texas at Austin**
*Program Administration*

2018- 2019    Co-Chair, Diversity and Inclusion Committee, LBJ School of Public Affairs

2017-2018    Member, Diversity and Inclusion Committee, LBJ School of Public Affairs

2016, Spring – present    Director, Center for the Study of Race and Democracy

2016-Spring 2018-Member, Executive Committee, History Department

2016-present, member, Budget Council, LBJ School of Public Affairs

*Events*

Invited Judge, Roddenberry Foundation Fellowship for academic year, 2017-2018.

Robert Arjet, "The New Jim Crow Project: Race and Justice in Austin Travis County", March 8, 2017

Keramet Reiter, "The Rise of Long-Term Solitary Confinement", February 2, 2017 [co-sponsored event with the Center for Health and Social Policy (CHASP)]

Panel discussion, "Injustice Anywhere: Dr. King's Legacy 50 Years After Vietnam", January 25, 2017 [panelist]

Panel discussion, "Black Policy Symposium: Analyzing and Interrogating the Movement for Black Lives Policy Agenda", November 10, 2016. [in collaboration with the Institute for Urban Policy Research and Analysis and the School of Social Work, panelist]

Panel discussion, "Race, Democracy and the 2016 Election" [co-sponsored by Opportunity Forum], October 26, 2016 [panelist]

Conference, "The Black Power Movement and American Political Culture 1966-2016", October 12, 2016 [panelist]

Dr. Ibram Kendi, "Stamped From the Beginning", September 26, 2016

Panel discussion, "Black Lives, American Justice: From Ferguson to Dallas: Part 2", September 21, 2016 [panelist]

Panel discussion, "Black Lives, American Justice: From Ferguson to Dallas: Part 1", September 15, 2016 [panelist]

Dr. Michael Eric Dyson, "The Black Presidency and the 2016 Election", September 8, 2016

Conference, "Race, Democracy, and Public Policy in America: From LBJ'S Great Society to Barack Obama and Black Lives Matter", February 8-9, 2016 [panelist]

*Board and Committee Member*
Committee member, Plutarch Award Committee (Spring 2019)
Executive Committee, Lyndon B. Johnson School of Public Affairs
Budget Council, Lyndon B. Johnson School of Public Affairs
Center for Leadership and Innovation Committee
Executive Committee, Department of History
(Austin) Mayor's Task Force on Institutional Racism and Systemic Inequities
Justice, Power, and Politics Book Series (University of North Carolina Press)


**Tufts University**
*Program Administration*
2013, Fall-2016, Spring     Founding Director, Center for the Study of Race and Democracy

*Events*
2013, Fall-Spring 2015     Organizer, National Dialogue on Race Day Initiative
2011-2012     Organizer, Barack Obama and American Democracy Conference
2009-2012     Coordinator, Gerald Gill Lecture Series, 2009-2012
2010, Spring     Coordinator, Symposium on President Barack Obama

*Board and Committee Member*
2012, Spring-Soriun 2015     Board Member, BRAND Haiti
2011, Fall-2012, Spring     Co-Chair of Race and Ethnicity Task Force
2011, Fall     Committee Member, Martin Luther King Jr. Essay Contest
2011, Spring     Committee Member, Africana Studies Task Force

*Search Committees*
2014, Fall                                  Member, Dean of School of Arts and Sciences Search Committee
2011, Spring-2012, Spring    Member, Provost Search Committee
2010, Spring                            Member, Dean of Arts and Science Search Committee

*Mentoring and Supervision*
2011-2012                               Advisor, Freshman Advising
2011, Fall                                 Supervisor, Tisch Scholars: Annie Sloane and Libby Schrobe
2010, Fall – Spring 2015       Mentor, RESPE Ayiti Group

*Other*
2010-2011                               Department IT Liaison
2010-Spring 2011                  Department Public Relations Liaison

# LOCAL AND NATIONAL SERVICE

## COMMUNITY ADVOCACY
2015, Jan. 18          Keynote Speaker, Attleboro, MA Food Shelter and Drive, MLK Celebration
2014, Jan. 21          Keynote Speaker, 26th Annual Rev. Dr. Martin Luther King, Jr. Arlington Birthday Celebration
2013, Sep. 12          Founding Organizer, National Dialogue on Race Day, Tufts University
2013, Sep. 10          Moderator and Speaker, Boston Mayoral Forum
2013, Aug. 16         Speaker, MLK Summer Scholars Program, Boston University
2013, Apr. 8            Guest Speaker, Brooke Mattapan Charter School
2013, Feb. 20          Speaker, Black History Panel, Harvard University
2012, Mar.               Speaker, Timilty Middle School, Dorchester, Boston
2012, Feb. 25          Panelist, Haitian Celebration, University of Massachusetts-Boston

# PROFESSIONAL AFFILIATIONS AND ACTIVITIES

## PROFESSIONAL ACTVITIES

Advisor, PBS produced film "Black America Since MLK: And Still I Rise", premiered November 15, 2016

Promotion and Tenure Letter Writer: University of Chicago, University of Minnesota, Saint Louis University, York College, City University of New York, Duke University, University of Connecticut, Drexel University Law School, Northwestern University, Rutgers-Newark Program Committee, 2008 Association for the Study of Afro-American Life and History Conference On a rolling, continuous basis over the last ten years.

Chair, Liberty Legacy 2017 and 2008 Book Award Committee (Best Book on Civil Rights), Organization of American History.

Joseph | 16

Panel Member, NAACP Image Awards, Nonfiction Committee, 2007

Organization of American History Membership Committee, 2002-2007 (Co-chair of New York State Committee, 2005-2007)

Co-Chair, New York Chapter, Membership Committee, Organization of American Historians, Spring 2006-

Participant, "Surviving the Job Market" Workshop, American Studies Association Meeting, Washington, D.C., November 5, 2005

Book Reviewer: *Journal of African American History*, *Journal of American History*, 2003-, Manuscript Reviewer: *Journal of American History*; *Journal of Southern History*; *Journal of Social History*; *Journal of Urban History*; *Journal of Women's History*; *Journal of Law and Society*; Cornell University Press; University of Georgia Press

Scholar-in-Residence, Brown University, 2002-2003

Organization of American History Committee on the Status of Minority Historians and Minority History, 2000-2002


**EDITORIAL BOARDS**
*The Sixties Journal* (2008-)
*Transformations in Higher Education: The Engaged Scholar* (2008-)
*SOULS: A Critical Journal of Black Politics, Culture, and Society* (2006-2008)

**PROFESSIONAL AFFILIATIONS**
American Historical Association
Association for the Study of Afro-American History and Life
Association for the Study of the World Wide African Diaspora
Organization of American Historians
Southern Historical Association
PEN American Center
Authors Guild

**FOREIGN LANGUAGES**
Fluent in Haitian Kreyol