**PLAINTIFF'S EXHIBIT**

**163**
_____



**Jayla Allen**
October 9, 2018 · 👥

Today was beyond stressful due to this problem but we have some dedicated students and administration who are working effortlessly, trying to fix this, myself included.



CHRON.COM
**Confusion for Prairie View A&M students on the last day for voter registration**

 15                                        6 Comments

**PLS000013**

 **Jayla Allen** is with Domonique Roy and 2 others.
October 9, 2018 · 

Out registering students to vote. Today is the last day to register, to be eligible to vote in this upcoming election ❗ #Vote



👍❤️ 38

1 Comment  1 Share

PLS000014



**Jayla Allen**
October 10, 2018 · 

•••



CHRON.COM

**Arrest throws Waller County voter registration dispute into further confusion**

😮 1                                                                1 Share



**PLS000015**

 **Alicia Brown Young** is with Doretha Hughes and 10 others. ···
October 11, 2018 · 🌐

Wow.... amazing story on MSNBC about Prairie View and the voter registration controversy in Waller County. So, we just gone' keep this voter suppression going? 😳😃😍😊Shameful.....if you don't think you need to exercise your vote... Lord help us all. This story is unbelievable for 2018. Just unbelievable. It's utterly outrageous. #yourvotematters

Image may contain: 2 people, people standing









 19

13 Comments 3 Shares

**PLS000016**



**Jayla Allen**
October 12, 2018 · 

Official statement from Texas Secretary of State! #PVAMU #Vote

*It has been communicated and confirmed that the Waller County plan ensures, as it was always intended to do, that all students residing on campus who are registered to vote in the county will be able to cast their ballots at the Precinct 309 polling location on campus, and that no students will be impeded, hampered, or otherwise delayed in exercising their constitutional right to cast a ballot in the upcoming General Election. No change of address form or statement of residence will be required prior to voting. After students vote, they will be able to update their address for future elections.*



Prairie View A&M and 4 others

 20                                    3 Comments  2 Shares

**PLS000017**



**PLS000018**



**PLS000019**



**PLS000020**



**PLS000030**

 Jayla Allen Retweeted

**Student Government**
@PVAMUSGA

If y'all don't know, PV was denied polling locations for the first week of early voting by Waller County. As a response, we are Pulling Up to the Polls TODAY- WED. If you vote you get a chance to win a presale to #KeyParty, #KappaWeen, or #HighLifeUniversity!



5:29 PM · Oct 22, 2018 · Twitter for iPhone

**20** Retweets   **11** Likes

**PLS000031**



⤵ Jayla Allen Retweeted

**jP Thee Stallion** 🎃
@macthekillerr

There are drivers waiting at the MSC to take y'all to vote! Vote today and you'll be able to be entered into a raffle to win presales to #Kappaween #thekeyparty and #HighLifeUniverity

1:32 PM · Oct 22, 2018 · Twitter for iPhone

**12** Retweets   **4** Likes

**PLS000032**

↻ Jayla Allen Retweeted



**Councilman Xanté Wallace**
@PoeticalWallace

∨

Not only can you see where the early voting polls and locations are..

PEOPLE WILL GIVE YOU A RIDE TO THE POLLS.

NO EXCUSES.

Look at the flyers below, take out some time in your day and go vote.

If we don't have the highest voting numbers in the county, it's our own fault.



9:33 PM · Oct 23, 2018 · Twitter for iPhone

**35 Retweets**   **25 Likes**

**PLS000035**



PLS000039

⭯ Jayla Allen Retweeted



**Nancy DeVille**
@devillenews

"Voting has never come easy for us students at Prairie View A&M University.... and this election is no different," - @Antoniousbrown3. #PVAMU students say #WallerCounty is suppressing their voting rights. #HBCU #Midterms2018

Read more: yr.media/news/fighting-... ... ...



5:37 PM · Oct 24, 2018 · Twitter Web Client

**6** Retweets    **9** Likes

PLS000040

↻ Jayla Allen Retweeted



**Jasper Scherer**
@jaspscherer

⌄

Amid a federal lawsuit over the lack of voting sites this week at Prairie View A&M, a coalition including the @BetoORourke and @SiegelForTexas campaigns are driving students to nearby polls #txlege #earlyvoting



'All we want to do is vote': Prairie View A&M students seek on-campus early vo...
A coalition is driving Prairie View A&M University students to local polling locations, an effort they say is necessary because Waller County is not operati...
🔗 houstonchronicle.com

9:05 PM · Oct 24, 2018 · Twitter for iPhone

**18** Retweets   **20** Likes

**PLS000041**

↻ Jayla Allen Retweeted

 **Councilman Xanté Wallace**
@PoeticalWallace

As students, our voices will not be silenced 

There will be buses taking students to go vote tomorrow at the MSC at:

9:00 AM

12:00 PM

3:00 PM

Make sure you bring your ID and let your voice be heard!


3:33 PM · Oct 25, 2018 · Twitter for iPhone

**59** Retweets  **89** Likes

**PLS000044**



PLS000045



⏴⏴ Jayla Allen Retweeted

**Jessmine M. Cornelius**
@jsuilenroc

🗣 #PVAMU ‼️

As students, our voices will not be silenced ✊🏾

There will be buses taking students to go vote tomorrow at the MSC at:

9:00 AM

12:00 PM

3:00 PM

Make sure you bring your ID and let your voice be heard!


4:04 PM · Oct 25, 2018 · Twitter for iPhone

**33** Retweets    **51** Likes

**PLS000047**

 **Jayla Allen**
@jaylajallen

 #PVAMU ‼️

As students, our voices will not be silenced ✊🏾

There will be buses taking students to go vote tomorrow at the MSC at:

9:00 AM

12:00 PM

3:00 PM

Make sure you bring your ID and let your voice be heard!


4:08 PM · Oct 25, 2018 from Prairie View, TX · Twitter for iPhone

**PLS000048**



Councilman Xanté Wallace
@PoeticalWallace

PVAMU Students who rode the bus to go vote today at Waller County Courthouse ✊🏾

The may try to suppress our voice but they will never crush our spirit 💜💛



1:35 PM · Oct 26, 2018 · Twitter for iPhone

**PLS000049**



⟲ Jayla Allen Retweeted

**Councilman Xanté Wallace**
@PoeticalWallace

Reminder:

You can go vote in Waller County even if you're not registered in this County. As long as wherever you're registered at is in the State of Texas.

You'll have to vote at the Waller County Elections Office in Hempstead on a limited ballot which has no local officials.

2:20 PM · Oct 26, 2018 · Twitter for iPhone

**21** Retweets   **25** Likes

**PLS000050**



Councilman Xanté Wallace
@PoeticalWallace

THERES A BUS TAKING PVAMU STUDENTS TO VOTE AT 12.

THERES A BUS TAKING PVAMU STUDENTS TO VOTE AT 12.

THERES A BUS TAKING PVAMU STUDENTS TO VOTE AT 12.

THERES A BUS TAKING PVAMU STUDENTS TO VOTE AT 12.

THERES A BUS TAKING PVAMU STUDENTS TO VOTE AT 12.





11:32 AM · Oct 26, 2018 · Twitter for iPhone

45 Retweets   31 Likes

**PLS000051**

 ↻ Jayla Allen Retweeted

**Jessmine M. Cornelius**
@jsuilenroc

⌄

 #PVAMU ‼️

As students, our voices will not be silenced ✊🏾

There will be buses taking students to go vote TODAY at the MSC at:

9:00 AM

12:00 PM

3:00 PM

Make sure you bring your state AND student ID and let your voice be heard! 🗳️

11:05 AM · Oct 26, 2018 · Twitter for iPhone

**63** Retweets **63** Likes

**PLS000052**

↻ Jayla Allen Retweeted



**Kirsten**
@klanae_3

Some Pvamu students & faculty have been fighting on behalf of the entire student body by:

-Suing waller county for voter suppression

- Spreading our struggle through media interviews

- Orgaizing transportation for off-camps voting

- Creating voting incentives for students

8:58 PM · Oct 28, 2018 · Twitter for iPhone

**64** Retweets   **106** Likes

**PLS000058**



**Jayla Allen**
@jaylajallen

Thank you! I'll speak with the other students and we'll be in contact! Again, we thank you for the support!

**Patty Shenker** @Pattyshenker · Oct 28, 2018

@jaylajallen I will pay to rent some vans or buses to get the students to voting place. Bravo to you all!

5:40 PM · Oct 28, 2018 from Houston, TX · Twitter for iPhone

**1** Like

**PLS000068**

↺ Jayla Allen Retweeted

 **Councilman Xanté Wallace**
@PoeticalWallace

When I tell y'all that the Nation is watching what PVAMU is doing for voting, I'm being serious.

So many congressmen and congresswomen, radio personalities, activists are talking about us as an HBCU that has dealt with voter suppression.

We have to rise up on this one.

9:31 PM · Oct 30, 2018 · Twitter for iPhone

**109** Retweets **173** Likes

**PLS000079**



⟲ Jayla Allen Retweeted

**Kirsten**
@klanae_3

PV ‼️

According to the Elections Office as of 4:45 TODAY:

Pct. 309 (University) had: 961 votes

This is the biggest turnout that we have had during a midterm election

Our determination and turnout has got us this far BUT... it's not over yet

KEEP VOTING ‼️ ‼️ ‼️

#VotersOnly

11:45 PM · Oct 30, 2018 · Twitter for iPhone

**165** Retweets    **223** Likes

PLS000080



**Jayla Allen**
@jaylajallen

For those of you who are registered in another county but would like to cast your ballot here, Jessica @macthekillerr is giving out rides to go get your limited ballot! #NoExcuses #Vote #VotersOnly

 jP Thee Stallion 🎃 @macthekillerr · Oct 30, 2018

GIVING RIDES AT 12:30 FOR THOSE NEEDING TO DO A LIMITED BALLOT! 4 spots open! Dm me! #VotersOnly

10:29 AM · Oct 30, 2018 from Prairie View, TX · Twitter for iPhone

**1** Retweet

**PLS000081**

↻ Jayla Allen Retweeted



**Mike Siegel** ✓
@SiegelForTexas

⌄

Over 1000 @PVAMU students have voted early so far, and we're not done yet! Thanks to all the great student organizers getting out the vote! #TX10 #GOTV



2:28 PM · Oct 31, 2018 from Prairie View, TX · Twitter for iPhone

**72** Retweets **188** Likes

**PLS000085**



PLS000086

⬑ Jayla Allen Retweeted



**Reid Wilson** ✓
@PoliticsReid

Turnout among 18-29 year olds, compared to 2014 early voting:
- AZ +217%
- FL +131%
- GA +415% (!!!)
- MI +128%
- NV +364%
- TN +767% (!!!)
- TX +448% (!!!)
Data h/t: @targetsmart & @tbonier



Young and new voters surge in early voting
Hundreds of thousands of new voters are showing up to cast their ballots early in the weeks before the midterm elections, fueling Democratic hopes that a ...
🔗 thehill.com

9:34 PM · Nov 2, 2018 · TweetDeck

**23K** Retweets   **60.8K** Likes

**PLS000087**

↻ Jayla Allen Retweeted

**maia a. young**
@_maiayoung

@trvisXX We are students of PVAMU and we need your help. Our votes have been suppressed but that has not stopped our fight, we are organizing a march on November 6 and we would love it if you could come out & speak to show your support. Please reply back to this tweet or DM us!!



8:30 PM · Nov 2, 2018 from Houston, TX · Twitter for iPhone

**300** Retweets  **222** Likes

PLS000088



PLS000089

t⥃ Jayla Allen Retweeted



**maia a. young**
@_maiayoung

Good morning everyone! In lieu of the current situation Waller County has put us in, this OUR time to make some noise and let them know we're not backing down! Come out to the march Tuesday @ 10am and listen for the airhorns at 9:50am. It would be great if everyone came out!!!



10:27 AM · Nov 2, 2018 from Prairie View, TX · Twitter for iPhone

**31** Retweets   **29** Likes

PLS000090



**Jayla Allen**
@jaylajallen

Today is the last day of early voting! Make sure to go out and vote if you haven't already! Happy Friday ❤️

9:52 AM · Nov 2, 2018 from Prairie View, TX · Twitter for iPhone

**3 Retweets**

**PLS000091**



↱ Jayla Allen Retweeted

**jP Thee Stallion**🎃
@macthekillerr

All Prairie View students need to be out marching Tuesday morning. What we're doing is HUGE and we need as many voices and bodies possible. #pvmarchmadness @trvisXX @CP3 @BetoORourke

3:08 PM · Nov 3, 2018 · Twitter for iPhone

**37** Retweets    **32** Likes

**PLS000092**



**PLS000093**

⟲ Jayla Allen Retweeted



**Cyd** 🌑 📊
@cydneidrake

⌄

@IGNITE_PVAMU hosted today's college council meeting. Leaders Jessica H. and Kirsten B. gathered local activists who have lead their communities to the polls the past few weeks. The panel discussion was enlightening! These students are the future!



👤 IGNITE National and IGNITE at Prairie View A&M

4:11 PM · Nov 3, 2018 · Twitter for iPhone

**11** Retweets   **19** Likes

**PLS000094**

 **Domonique Roy** is with **Maia Young** and **4 others**.   ···
November 3, 2018 · 🌐

What a great way to start of a Saturday morning with a conversation of black activism and awareness of what's going on in today's society. I truly admire and love each and everyone that spoke today. PVAMU has the next great and wonderful leaders 💜💛😊😊







 Jayla Allen and 44 others                                   3 Shares

**PLS000095**

⇊ Jayla Allen Retweeted



**NAACP Unit 6815**
@NAACP_PVAMU

#pvmarchmadness
#pvmarchmadness
#pvmarchmadness
#pvmarchmadness

The opportunity to vote is something we CANNOT take for granted. If your vote didn't matter they wouldn't try to take it away. Meet us at the UC @ 10 on Tuesday



3:18 PM · Nov 3, 2018 · Twitter for iPhone

**18** Retweets **17** Likes

**PLS000096**



PLS000097



⥀ Jayla Allen Retweeted

**Sam White**
@samwhiteout

⌄

Waller County, TX  (the same county that killed #SandraBland) is suppressing the vote to keep young, Black, HBCU students from the polls.

These amazing students are making noise to fight voter suppression & make sure every student has the ability to VOTE. I stand with them.

---

🔴 **maia a. young** @_maiayoung · Nov 2, 2018

@trvisXX We are students of PVAMU and we need your help. Our votes have been suppressed but that has not stopped our fight, we are organizing a march on November 6 and we would love it if you could come out & speak to show your support. Please reply back to this tweet or DM us!!

Show this thread



10:54 PM · Nov 4, 2018 · Twitter Web Client

**128** Retweets    **177** Likes

PLS000099



PLS000102



PLS000103

 ⬏ Jayla Allen Retweeted

**Lowe**
@Maydrianlowe

Student leaders have stood up to Waller County on your behalf. Along with the NAACP legal defense fund, several students have sued Waller County, in attempts to gain more early voting days. The commissioners court didn't do as it should have but, now it all boils down to this.

9:54 AM · Nov 5, 2018 · Twitter for iPhone

**5** Retweets   **8** Likes

**PLS000104**



⟲ Jayla Allen Retweeted

**Lowe**
@Maydrianlowe

Remember, the only tool we are guaranteed as Americans to voice our issues w/our government is our vote. Right here in Waller County, we have been told our vote doesn't matter, therefore saying that the issues we take stance on are not important, & shouldn't be listened to.

9:54 AM · Nov 5, 2018 · Twitter for iPhone

**26** Retweets   **25** Likes

**PLS000105**

 **Jayla Allen** is at Prairie View A&M University.

November 6, 2018 · Prairie View, TX · 👥

Despite what candidates I might have supported, at the end of the day I'm BEYOND proud of my peers and the students of PVAMU. We're increasing our voter participation and becoming more civically engaged as the days pass and that's the overall goal, despite what candidate you vote for or what party you affiliate with.

These past few weeks I've seen us stand together, as a unit, as one. It's only up from here. PVAMU💜💛



TEXASOBSERVER.ORG

**On Election Day, Students Rally for Voting Rights at Texas' Oldest HBCU**

 81

11 Comments 81 Shares

**PLS000107**

⊔↰ Jayla Allen Retweeted



**Priscilla R. Barbour**
@Priscilla_B30

PVAMU students continue to lead the way on fighting for students' right to vote on their college campus! I'm so proud.

 **ABC News** ✔ @ABC · Nov 6, 2018

Prairie View A&M University students walked out of class and marched to the polling station, chanting, "Go vote!"

Students there recently won a lawsuit allowing them to vote early and to vote at the student center on campus. abcn.ws/2DpP5fe



0:26   549.7K views

4:14 PM · Nov 6, 2018 · Twitter for iPhone

**112** Retweets    **269** Likes

PLS000116

 **Nathan Alexander III** is with Jayla Allen.

November 6, 2018 ·

It was PVAMU Students in 1979, who sued Waller County and the United States Supreme Court ruled that college students are able to vote in the county they attend school in. Affording the right to every college student across the country. Today has been filled with so much excitement and enthusiasm from students all over campus. So thankful to the students, and faculty of my university for being apart of something way bigger then themselves, and walking out of class to march to the polls. We are stronger together, and even stronger #WhenWeAllVote

Still can't believe I led and helped coordinate something something to this magnitude. #ElectionDay2018







 Jayla Allen and 42 others

1 Comment  6 Shares

**PLS000117**

⇄ Jayla Allen Retweeted



**HighLifePromos**
@highlife_promo

⌄

Vote early it's no reason to wait plus you win a
#HighLifeUniversity presale since we sold out

---

🦁 **Hiram Abif** @isaibnthagod · Oct 22, 2018

Early voting starts today. Pull up to the polls for a chance to win a presale to a
#PVHC2K18 Party! #PullUpToThePolls #Kappaween #KeyParty
#HighLifeUniversity #PVVotes

YOUR VOTING RECEIPT TO THE  VOLUNTEER
SERVICES OFFICE (2ND FLOOR MSC) FOR YOUR
CHANCE TO WIN!

VOTING LOCATIONS:
WALLER CO. COURTHOUSE
836 AUSTIN ST, HEMPSTEAD, TX

WALLER ISD BLDG
2214 WALLER ST, WALLER,TX

NEED A RIDE?
(832) 398-2088
(254) 371-1669

---

10:56 AM · Oct 22, 2018 · Twitter for iPhone

---

**9** Retweets    **3** Likes

PLS000264

 Jayla Allen Retweeted

**Marian Elaine Jackson**
@MEJJP3

ITS TIME TO MOVE!

Today, Lets Get Going, VOTE!!
Remind & Take Others

Waller County Courthouse
Hempstead, TX

Our Collective Future Depends On It!



8:48 AM · Oct 22, 2018 · Twitter for Android

25 Retweets   37 Likes

**PLS000265**

 **Jayla Allen**
@jaylajallen

PV was denied polling locations for the first week of early voting by Waller County. As a response, we are Pulling Up to the Polls next week! If you vote you get a chance to win a presale to #Kappaween, #KeyParty, or #HighLifeUniversity! Transportation provided ‼️



10:24 AM · Oct 22, 2018 from Prairie View, TX · Twitter for iPhone

**11 Retweets**   **6 Likes**



**PLS000266**



**PLS000267**