PLAINTIFF'S EXHIBIT
164

.ıll T-Mobile LTE     10:39 AM     26% 🔋

**Tweet**



**The Panther Party**
@tpp1876

PVAMU students it's not too late to get registered to vote‼️ The Panther Party will be hosting the #RegistrationInSession event this Thurs. in the UC Courtyard. There will be free food, music & info. on the candidates running for election! See u there 🤗💜💛 #pvamu22



REGISTRATION IN SESSION

Register to vote

Free Food!

October 04, 2018
6:30pm-8:30pm

Tweet your reply

📶 T-Mobile  LTE 10:36 AM 27% 🔋



**The Panther Party**
@tpp1876 ⌄

We should never take the power of our vote for granted, and anyone wishing to court our vote must prove themselves with substance over symbol. Does @BetoORourke deserve our vote? Come and find out next Wednesday, September 19 at 6PM in the MSC Auditorium! #PV19 #PV20 #PV21 #PV22



Tweet your reply

   

PLS000183





**tpp1876** · Follow
Prairie View A&M University

**tpp1876** As we choose our leaders this #ElectionSeason, we would like to encourage the citizens of Prairie View to choose leaders based on the best candidate who presents the best policy, platform & agenda so that we may move forward with the best plan of action to improve our university! - The Panther Party #MakePVGreatAgain #PVNation #RulesofEngagement

121w

 

**13 likes**

MARCH 27, 2017

Log in to like or comment.

PLS000184





tpp1876 · Follow
Prairie View A&M University



tpp1876 Even though we may have different perspectives, let us realize that we are not each other's enemy. Even in our disagreements, let us do so in the best & most civilized of manners! - The Panther Party #MakePVGreatAgain ##PVNation #RulesofEngagement

121w





14 likes

MARCH 27, 2017

Log in to like or comment.

PLS000185



**The Panther Party**
@tpp1876

Come listen and engage tomorrow at 6 PM at the City of Prairie View's City Council Meeting at City Hall.

1:09 PM · May 21, 2017 · Twitter Web Client

**1** Retweet **1** Like

**PLS000190**





**tpp1876** • **Follow**
Prairie View A&M University

...

**tpp1876** THIS ISN'T YOUR GRANDMA's REVOLUTION!!! Come out Monday, Feb. 5 to the Library Reading Room as we discuss protesting. Is there a right way to protest? How well did we respond to Sandra Bland? Should we protest at all?
Let your voice be heard!!
P.S. Don't forget to come out for a chance to win the exclusive BLACK PANTHER tickets.

76w

9 likes

FEBRUARY 1, 2018

Log in to like or comment.

PLS000200



The Panther Party

# Interest Meeting

Wednesday, 02.07.18, 5:00PM
Juvenile Justice Bldg RM 137

"Make PV Great Again!"

@TPP1876

@TPP1876



**tpp1876 · Follow**
Prairie View A&M University

···



**tpp1876** You're invited to The Party!
The Panther Party will be having our
Spring Interest Meeting this
Wednesday at 5PM! Come find out the
various community, economic, and
political initiatives we have underway
and how you can get involved!
#MPVGA

76w

**12 likes**

FEBRUARY 6, 2018

Log in to like or comment.

PLS000201

 The Panther Party Retweeted

**Ervin Bryant**
@ervtoserve

Heads up fam. The campus will be hosting another city council meeting in the SGA senate chambers. It'll be Tuesday, 3/6 @ 6pm.

I'll be moderating, and I'll be sure to hold the council's feet to the fire.

Come out and discuss the plan the city has to prosper our community.



7:51 PM - Mar 4, 2018 - Twitter for iPhone

**9** Retweets    **8** Likes

**PLS000205**

 The Panther Party Retweeted

**Ervin Bryant**
@ervtoserve

The power of Prairie View belongs to the people of Prairie View, lets hold our leaders accountable. Join us for "The Hot Seat: PV Political Candidate Forum" on Tuesday, April 17 at 6PM. Meet the candidates, learn their platforms, and ask the questions that need to be asked. ✊🏿



11:42 AM · Apr 15, 2018 from Prairie View, TX · Twitter for iPhone

PLS000212



**The Panther Party**
@tpp1876

Man say! This is the first function of its kind.
@highlife_promo X @tpp1876 having a Voters Only Affair:
Dj Battle April 27th 5-8.

Come to the hot seat on Tuesday to be educated on the
candidates before you cast your ballot on April 23/24th !



10:04 AM · Apr 16, 2018 · Twitter for iPhone

**2** Retweets   **1** Like

**PLS000213**



**The Panther Party**
@tpp1876

Man say! This is the first function of its kind.
@highlife_promo X @tpp1876 having a Voters Only Affair:
Dj Battle April 27th 5-8.

Come to the hot seat TODAY @ 6 to be educated on the
candidates before you cast your ballot on April 23/24th !



3:37 PM · Apr 17, 2018 · Twitter for iPhone

**7** Retweets   **7** Likes

**PLS000214**

 The Panther Party Retweeted

**Ervin Bryant**
@ervtoserve



Today is Early Voting from 7 AM – 7 PM in the MSC 🏀

If you vote today you get:

– A presale for the #VotersOnlyDJBattle

– 1 community service hour if you turn your receipt into Mrs. Lowe

Make sure you vote Antonious Brown for City Council Position #4 🏀



11:16 AM · Apr 23, 2018 from Prairie View, TX · Twitter for iPhone

**6** Retweets   **4** Likes

**PLS000220**



⟲ The Panther Party Retweeted

**Highlife Scorpio** 🌀
@_jaaaybee_

Goodmorning today Starts Early Voting in the MSC. GO VOTEEE ‼️ Take your Voters Reciept to the SGA office and get your presale for the #VotersOnlyDJBattle See y'all Friday 😛 😛 😛

🐾 **The Panther Party** @tpp1876 · Apr 23, 2018
1. Go vote in the MSC.
2. Bring your voting receipt to the SGA office for your presale.
3. See you at the #VotersOnlyDJBattle on Friday.
@tpp1876 x @highlife_promo x @PVAMUSGA

FEATURING DJs:
DJMikeSam GregthaGemini thatboydre4 SayDallas
_skilarioux SumthinAmazin_ djmalphy DJ_LARRO
KVNGVTLO ooouuu_money

**EARLY VOTING DATES AND LOCATIONS**
APRIL 23-24 | MSC | 7AM-7PM, APRIL 25-27 | CITY HALL | 7AM - 7PM

SGA

MSC BALLROOM
04.27.18 | 6-9P
04.27.18 |

10:20 AM · Apr 23, 2018 from Prairie View, TX · Twitter for iPhone

**11** Retweets    **6** Likes

**PLS000221**



**PLS000222**

⇅ The Panther Party Retweeted



**Antonious Brown**
@Antoniousbrown3

🎺 🎺 🎺 Early Voting starts today 🎺 🎺 Vote in the MSC from 7-7 to get your free presale to the Voters only DJ Battle happening on Friday 4/27. Remember to vote for Antonious Brown for City Council. I will be dedicated to seeing real growth for our City. **#pvamu** **#VotersOnlyDJBattle**





9:31 AM · Apr 23, 2018 from Prairie View, TX · Twitter for Android

**23** Retweets   **18** Likes

**PLS000223**

 **The Panther Party**
@tpp1876

1. Go vote in the MSC.
2. Bring your voting receipt to the SGA office for your presale.
3. See you at the #VotersOnlyDJBattle on Friday.
@tpp1876 x @highlife_promo x @PVAMUSGA



👤 Antonious Brown and 7 others

9:43 AM · Apr 23, 2018 · Twitter for iPhone

**25** Retweets  **20** Likes

**PLS000224**



↻ The Panther Party Retweeted

**Division of SBPS**
@PVAMU_Division

Four #PVAMU students in Washington, DC serving as interns this summer.Kirsten Budwine & Samuel Parada (POSC Majors); Antonious Brown (Bus. Admin Major); Ervin Byrant (HIST Major). #HBCU #CapitolHill



7:25 PM · Jul 15, 2018 · Twitter Web Client

**58** Retweets   **182** Likes

PLS000225



**The Panther Party**
@tpp1876

TPP getting students registered to vote today at the involvement fair



11:41 PM · Aug 29, 2018 · Twitter for iPhone

**10** Retweets   **21** Likes

PLS000227

⟲ The Panther Party Retweeted



**Antonious Brown**
@Antoniousbrown3

We out here working and getting students involved in the political process. #TPP #pv19 #pv22 #pvamu #midterms2018



🐾 **The Panther Party** @tpp1876 · Aug 29, 2018
TPP getting students registered to vote today at the involvement fair

12:17 AM · Aug 30, 2018 from Prairie View, TX · Twitter for Android

**9** Retweets   **25** Likes

PLS000228



**The Panther Party**
@tpp1876

We should never take the power of our vote for granted, and anyone wishing to court our vote must prove themselves with substance over symbol. Does @BetoORourke deserve our vote? Come and find out next Wednesday, September 19 at 6PM in the MSC Auditorium! #PV19 #PV20 #PV21 #PV22



11:51 AM · Sep 13, 2018 · Twitter for iPhone

**8** Retweets   **9** Likes

**PLS000229**



**The Panther Party**
@tpp1876

Will @MikeSiegelTX survive the Hot Seat? come find out and see NOW ‼️ ‼️ Senate Chambers(msc 2nd floor). #pvamu20 #pvamu19 #pvamu21 #pvnation

7:05 PM · Sep 18, 2018 · Twitter for iPhone

**1** Retweet   **5** Likes

PLS000237

⇅ The Panther Party Retweeted



**Antonious Brown**
@Antoniousbrown3

Politicians come to @PVAMU because they understand the power that PVAMU has to run Waller Country if we go out and vote. It's up to us to use that power to make a better day for ourselves and for a generation to follow. #PVAMU #HBCUweek #Beto4Texas #Mikesiegal4congress @tpp1876



Robert (Beto) O'Rourke came to PVAMU tonight

👤 Beto O'Rourke and Mike Siegel

9:34 AM · Sep 20, 2018 from Prairie View, TX · Twitter for Android

**13** Retweets **29** Likes

**PLS000238**



**The Panther Party**
@tpp1876

!!!

> 
>
> 🌐 **Councilman Xanté Wallace** @PoeticalWallace · Sep 21, 2018
>
> Today, The Panther Party (@tpp1876) brought students together to go knock on people's doors in the city to let them know about Community Service and a Civilians Watch Program to help bridge the gap between the University and the city.
>
> This is a Village.
>
> Stay active 👊🏾
>
> 
>
> 

12:37 AM · Sep 22, 2018 · Twitter for iPhone

**3** Retweets  **7** Likes

**PLS000239**



**The Panther Party**
@tpp1876

When you see a fellow TPP member making moves >>>



**XIOMARA** @XiomaraLaChelle · Sep 22, 2018
Today was awesome! Thank you to everyone that came out and watched the debate with us! #PVAMU4BETO Next debate is September 30th. Stayed tuned! For more details and information follow @PVAMU4BETO



12:26 AM · Sep 22, 2018 · Twitter for iPhone

**1** Retweet    **6** Likes

PLS000240

 The Panther Party Retweeted

**Kirsten**
@klanae_3

Have you registered to vote yet? We can help! Come join us on Tuesday, from 2PM to 5PM for our Registration Drive! We will conduct on site voter registration for any one interested in becoming a registered voter.Please bring a valid photo ID. Stay involved & informed. 🏿



IGNITE at Prairie View A&M

10:14 PM · Sep 23, 2018 · Twitter for iPhone

**PLS000241**

The Panther Party Retweeted

**IGNITE at Prairie View A&M**
@IGNITE_PVAMU

We want to thank everyone for coming out yesterday for the voter registration drive. Together we were able to register 104 PVAMU students.
#IGNITEtheVote #NationalVoterRegistrationDay #PVAMUVotes



1:34 PM · Sep 26, 2018 · Twitter for iPhone

**17** Retweets  **32** Likes

**PLS000242**



**The Panther Party**
@tpp1876

⌄

# TPP rocks with the women of IGNITE to the fullest!



**IGNITE at Prairie View A&M** @IGNITE_PVAMU · Sep 26, 2018

We want to thank everyone for coming out yesterday for the voter registration drive. Together we were able to register 104 PVAMU students.
#IGNITEtheVote #NationalVoterRegistrationDay #PVAMUVotes

1:40 PM · Sep 26, 2018 · Twitter for iPhone

**2** Retweets   **6** Likes

PLS000243

# Democrats, Beto, and The Black Agenda

Joshua Muhammad



Beto O'Rourke makes campaign stop at Prairie View A&M to fulfill pledge to student (Photo Credit: abc13.com)



**tpp1876** · Follow
Prairie View A&M University

· · ·

**tpp1876** "I asked how would Mr. O'Rourke, if elected to Senate, advocate, fight for, and propose legislation to get the descendants of former slaves the reparations we are justly due." - @isaibn
New article on the TPP Blog! Head over to our website now to give it a read. Link in bio.

42w



**15 likes**

SEPTEMBER 26, 2018

Log in to like or comment.

PLS000244



**The Panther Party**
@tpp1876

PVAMU students it's not too late to get registered to vote ‼️ The Panther Party will be hosting the #RegistrationInSession event this Thurs. in the UC Courtyard. There will be free food, music & info. on the candidates running for election! See u there 🤗💜🤝 #pvamu22



2:14 PM · Oct 2, 2018 · Twitter for iPhone

**12** Retweets   **13** Likes

PLS000245



**The Panther Party**
@tpp1876

Come kick it, eat pizza, and get registered to vote on Thursday!!!



🐾 **The Panther Party** @tpp1876 · Oct 2, 2018

PVAMU students it's not too late to get registered to vote ‼️ The Panther Party will be hosting the #RegistrationInSession event this Thurs. in the UC Courtyard. There will be free food, music & info. on the candidates running for election! See u there 🍕💜💛 #pvamu22

## SESSION

Register to vote

Free Food!

**October 04, 2018**
**6:30pm-8:30pm**
**UC Courtyard**

"I heard its hard to get registered to vote"

"The election is...

1:17 AM · Oct 3, 2018 · Twitter for iPhone

**8** Retweets   **5** Likes

PLS000246



**The Panther Party**
@tpp1876

We're less than 15mins away from this event! If you're tired of eating fries and cereal for dinner in the msc pull up and eat for FREE!! #pvamu22 #pvamu21 #pvamu20



6:48 PM · Oct 4, 2018 · Twitter for iPhone

PLS000247



PLS000248



⇄ The Panther Party Retweeted

**Councilman Xanté Wallace**
@PoeticalWallace

When they ask what was PVAMU's response to voter suppression by Waller County..

Show them the record numbers of student voter turnout.

Show them the lawsuit with 5 students name on it.

Show them the videos of the March.

Show them the media coverage.

Show them we don't stop.



20.3K views                                    0:13 / 0:19

12:40 PM · Nov 6, 2018 · Twitter for iPhone

PLS000251

⏱ The Panther Party Retweeted



**PV Panther**
@PVPantherOnline

# Setting the Record Straight: How Students Can Vote on Campus |



Setting the Record Straight: How Students Can Vote on Campus - PV Panther ...
Throughout the years, Prairie View A&M University students have faced
injustices and obstacles when it comes to being able to vote within Waller ...
🔗 pvpanthernews.com

7:33 PM · Oct 9, 2018 · Twitter for iPhone

**45** Retweets    **40** Likes

PLS000252



**The Panther Party**
@tpp1876

Don't get caught up in the hype or the rumors. Get the facts!

— **PV Panther** @PVPantherOnline · Oct 9, 2018

Setting the Record Straight: How Students Can Vote on Campus | pvpanthernews.com/news/setting-t...

9:13 PM · Oct 9, 2018 · Twitter for iPhone

**1** Retweet **2** Likes

PLS000253



⊔ The Panther Party Retweeted

**Councilman Xanté Wallace**
@PoeticalWallace

PVAMU Students,

This link will let you know if you're registered to vote or not.

Don't pass up the opportunity to ensure that you will be able to vote.



I Will Vote
Be a voter in the 2019 election.
🔗 iwillvote.com

1:32 PM · Oct 9, 2018 · Twitter for iPhone

**38** Retweets   **25** Likes

**PLS000254**



⤴ The Panther Party Retweeted

**Kendric D. Jones**
@KendricD_Jones

No one will be disinfranchised or not allowed to vote regardless of the fact that they are registered under the 700 University Drive address. -Judge Duhon

Your voice is your vote. Everyone will be allowed to vote if registered. 💜💛

3:02 PM · Oct 9, 2018 · Twitter for iPhone

**53** Retweets   **64** Likes

PLS000255



PLS000256

 The Panther Party Retweeted

**Antonious Brown**
@Antoniousbrown3

It's untrue that "hundreds" of voter registration cards are being thrown out. However, today is the last day to register vote it, and it's essential that you make sure you're registered. If you're not registered, please do so by the end of today because voting is crucial.@tpp1876

 **Student Government** @PVAMUSGA · Oct 9, 2018
Are you registered to vote? You can check your voter's registration status here: iwillvote.com

12:37 PM · Oct 9, 2018 from Prairie View, TX · Twitter for Android

**4** Retweets   **5** Likes

**PLS000257**



PLS000258

⇅ The Panther Party Retweeted



**Antonious Brown**
@Antoniousbrown3

I was in the paper today. Just doing what I was raised to do fight so the voices of my people can be heard. @tpp1876 @PVAMUSGA @PVAMU #pvamu19 #pvamu21 @pvamu22 #Vets



Democrats demand Waller County fix PVAMU voter registrations
Democrats in Waller and Harris counties continued Thursday to push officials to update the status of Prairie View A&M students whose voter registrations were...
🔗 chron.com

9:06 PM · Oct 12, 2018 from Hempstead, TX · Twitter for Android

**7** Retweets **9** Likes

PLS000259



tↄ The Panther Party Retweeted

**Councilman Xanté Wallace**
@PoeticalWallace

Most of this transpired at 1:01:30 to the end of the Commissioner's Court Video that I posted earlier in the thread.

We can't let this suppress our vote!

Make sure you still use your voice the first week of Early Voting as we "Pull up the Polls"!

Let's be great 👊🏾



10:48 PM · Oct 19, 2018 · Twitter for iPhone

**9** Retweets   **8** Likes

**PLS000260**

⇄ The Panther Party Retweeted



**Sistah Nature**
@SistahNature

If y'all don't know, PV was denied polling locations for the first week of early voting by Waller County. As a response, we are Pulling Up to the Polls next week! If you vote you get a chance to win a presale to #KeyParty, #KappaWeen, or #HighLifeUniversity! Do you need a ride?



9:56 PM · Oct 19, 2018 · Twitter for iPhone

3 Retweets   4 Likes

**PLS000261**

 **The Panther Party**
@tpp1876

If y'all don't know, PV was denied polling locations for the first week of early voting. As a response, we are Pulling Up to the Polls next week! If you vote you get a chance to win a presale to #KeyParty, #KappaWeen, or #HighLifeUniversity! Transportation will be available.

## OCT. 22-24
### #PULLUPTOTHEPOLLS
# VOTE FOR A CHANCE TO WIN A PRESALE TO A #PVHC2K18 PARTY!

VOTE IN THE MIDTERM ELECTIONS AND BRING YOUR VOTING RECEIPT TO THE VOLUNTEER SERVICES OFFICE (2ND FLOOR MSC) FOR YOUR CHANCE TO WIN!

VOTING LOCATIONS:
WALLER CO. COURTHOUSE
836 AUSTIN ST, HEMPSTEAD, TX

WALLER ISD BLDG
2214 WALLER ST, WALLER, TX

NEED A RIDE?
(832) 398-2088
(254) 371-1669

7:43 PM · Oct 19, 2018 · Twitter for iPhone



**13** Retweets   **12** Likes

**PLS000262**

t�follow The Panther Party Retweeted



**Abundance of Hands Ministry**
@aohministry

We want to do a shoutout to The Panther Party (@tpp1876 ) for allowing us to join them in their initiative called "Picking Up The Pieces" where we go door to door to citizens to let them know we are here to serve!

"You can't change the world without building up your community!"



7:22 PM · Oct 20, 2018 · Twitter for iPhone

**4** Retweets   **18** Likes

**PLS000263**

⟲ Jayla Allen Retweeted



**HighLifePromos**
@highlife_promo

Vote early it's no reason to wait plus you win a
#HighLifeUniversity presale since we sold out



🍯 **Hiram Abif** @isaibnthagod · Oct 22, 2018

Early voting starts today. Pull up to the polls for a chance to win a presale to a
#PVHC2K18 Party! #PullUpToThePolls #Kappaween #KeyParty
#HighLifeUniversity #PVVotes

YOUR VOTING RECEIPT TO THE VOLUNTEER
SERVICES OFFICE (2ND FLOOR MSC) FOR YOUR
CHANCE TO WIN!

VOTING LOCATIONS:
WALLER CO. COURTHOUSE
836 AUSTIN ST, HEMPSTEAD, TX

WALLER ISD BLDG
2214 WALLER ST, WALLER, TX

NEED A RIDE?
(832) 398-2088
(254) 371-1669

10:56 AM · Oct 22, 2018 · Twitter for iPhone

**9** Retweets   **3** Likes

PLS000264



Jayla Allen Retweeted

**Marian Elaine Jackson**
@MEJJP3

ITS TIME TO MOVE!

Today, Lets Get Going, VOTE!!
Remind & Take Others

Waller County Courthouse
Hempstead, TX

Our Collective Future Depends On It!



8:48 AM · Oct 22, 2018 · Twitter for Android

25 Retweets   37 Likes

**PLS000265**

 **Jayla Allen**
@jaylajallen

PV was denied polling locations for the first week of early voting by Waller County. As a response, we are Pulling Up to the Polls next week! If you vote you get a chance to win a presale to #Kappaween, #KeyParty, or #HighLifeUniversity! Transportation provided ‼️

**OCT. 22-24**

**#PULLUPTOTHEPOLLS**

**VOTE FOR A CHANCE TO WIN A PRESALE TO A #PVHC2K18 PARTY!**

VOTE IN THE MIDTERM ELECTIONS AND BRING YOUR VOTING RECEIPT TO THE VOLUNTEER SERVICES OFFICE (2ND FLOOR MSC) FOR YOUR CHANCE TO WIN!

VOTING LOCATIONS:
WALLER CO. COURTHOUSE
836 AUSTIN ST, HEMPSTEAD, TX

WALLER ISD BLDG
2214 WALLER ST, WALLER, TX

NEED A RIDE?
(832) 398-2088
(254) 371-1669

10:24 AM · Oct 22, 2018 from Prairie View, TX · Twitter for iPhone

**11** Retweets   **6** Likes

**PLS000266**



**PLS000267**



PLS000268



3:49 PM · Oct 25, 2018 · Twitter for Android

38 Retweets   70 Likes



PLS000269



**The Panther Party**
@tpp1876

Pull up, hop off the bus, walk up and VOTE💜💛!!!
Panthers voices shall be heard. Make sure you bring your
state I.D. #PullUpToThePolls #PVHC2K18

#PullUpToThePolls
GET ON THE BUS
FRIDAY, 10.26.18
*MUST HAVE STUDENT ID
IN FRONT OF BABY DOME
9AM | 12PM | 3PM
#PVHC2K18

7:03 PM · Oct 25, 2018 · Twitter for iPhone

**12** Retweets   **9** Likes

PLS000270



**The Panther Party**
@tpp1876

S/O to the winners of the #PullUpToThePolls Voting Raffle for #KappaWeen! Thank you for exercising your right to vote. If you see them tonight, show them some love!

@_tayel0r
@t_burton23
@Dommaaaaa17
@sippitheguy
@BigSprat_

cc: @zoo_boyz



Animal Nupes

5:55 PM · Oct 25, 2018 · Twitter for iPhone

**10** Retweets   **6** Likes

PLS000271



PLS000272



PLS000273

↱ The Panther Party Retweeted



**Councilman Xanté Wallace**
@PoeticalWallace

You can get Community Service Hours just for getting on the bus and voting!

Don't lose out on your last opportunity at 3!



1:17 PM · Oct 26, 2018 · Twitter for iPhone

**6** Retweets   **5** Likes

PLS000274



The Panther Party Retweeted

**Jessmine M. Cornelius**
@jsuilenroc

#PVAMU ‼️

As students, our voices will not be silenced ✊🏾

There will be buses taking students to go vote TODAY at the MSC at:

9:00 AM

12:00 PM

3:00 PM

Make sure you bring your state AND student ID and let your voice be heard! 🖨️

11:05 AM · Oct 26, 2018 · Twitter for iPhone

**63** Retweets   **63** Likes

**PLS000275**



**The Panther Party**
@tpp1876

We're not done giving out blessings! Here are the winners of the #PullUpToThePolls Voting Raffle for tonight's #KeyParty:

@Itsmeroyal_t
@JChauntelle
@briannagrays
@Serena_Antone
@chaunthegreat

cc: @pvalphas @Suavetoldyou



12:19 PM · Oct 26, 2018 · Twitter for iPhone

**10** Retweets **12** Likes

PLS000276



PLS000277



⬆ The Panther Party Retweeted

**Kirsten**
@klanae_3

Some Pvamu students & faculty have been fighting on behalf of the entire student body by:

-Suing waller county for voter suppression

- Spreading our struggle through media interviews

- Orgaizing transportation for off-camps voting

- Creating voting incentives for students

8:58 PM · Oct 28, 2018 · Twitter for iPhone

**64** Retweets **106** Likes

**PLS000278**



↑↓ The Panther Party Retweeted

**The Panther Party**
@tpp1876

# We got a FREE PARTY for them too!!! #VotersOnly



**Marian Elaine Jackson** @MEJJP3 · Oct 27, 2018

The world is watching
To see how the Citizens, which includes the Students of Prairie View A&M University, of Prairie View, Texas will respond to the Adversity we continue to face in 2018.
LET US CONTINUE TO LIGHT THE WAY FOR OTHER SMALL MUNICIPALITIES AND COLLEGE STUDENTS

VOTE!

8:06 PM · Oct 28, 2018 · Twitter for iPhone

**10** Retweets    **7** Likes

**PLS000281**



PLS000300



WE NEED EVERYBODY AND EVERY ORGANIZATION ON THIS CAMPUS TO BE APART OF THIS VOTERS MARCH!!!



10:39 PM · Nov 1, 2018 · Twitter for iPhone

**49** Retweets   **42** Likes

PLS000304



⤷ The Panther Party Retweeted

**Sistah Nature**
@SistahNature

I hope you pulled up to the polls this Halloween 🖐🏾
#votersonly #pvamu

7:32 PM · Nov 1, 2018 from Prairie View A&M University · Twitter for iPhone

**9** Retweets   **36** Likes

**PLS000305**



**PLS000306**

⇄ The Panther Party Retweeted



**Lowe**
@Maydrianlowe

We really have the power to change this whole county if want to. Please, if you haven't voted yet, March with us to the polls this Tuesday at 10 am. Even if you have voted, come stand in solidarity with your fellow panthers and show the state that WE VOTE!



10:45 PM · Nov 3, 2018 · Twitter for iPhone

**25** Retweets   **13** Likes

**PLS000307**



The Panther Party Retweeted

**Sistah Nature**
@SistahNature

What Happens When we all vote? Make sure you head to the polls November 6th ‼️ ‼️ #pvamu #votersonly



8:29 PM · Nov 3, 2018 · Twitter for iPhone

**9** Retweets   **13** Likes

**PLS000308**



⟲ The Panther Party Retweeted

**jP Thee Stallion**🎃
@macthekillerr

What we do at this march will be the legacy we leave for future Panthers. We must take advantage of this time and voice what we demand as students. #pvmarchmadness

8:13 PM · Nov 3, 2018 · Twitter for iPhone

**24** Retweets   **25** Likes

**PLS000309**

⇅ The Panther Party Retweeted



**ah ha ha**
@SodGix

I encourage all of my followers to come out and apart of something bigger than yourself be apart of something for the greater good #votersonly



2:52 PM · Nov 3, 2018 · Twitter for iPhone

**6** Retweets  **3** Likes

**PLS000310**

11:29



The Panther Party (JOIN THE
MOVEMENT STUDENT ALLIANCE)



Oct 12, 2018 at 6:31 PM



Joshua Muhammad

I don't see it on the Commissioner's
Agenda for next week http://
co.waller.tx.us/upload/template/0461/
docs/2018CC/
Agenda%20101018%20payroll.pdf

Joshua Muhammad





 Send Message...

+

PLS000341



## The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)

Joshua Muhammad

Is it not number 17?

Joshua Muhammad
Oct 29 is the 2nd week of early voting

Oct 12, 2016 at 7:14 PM

Yeah cause elections is November 6th.

Let's makes a plan to roll out on them on Wednesday at least 10 Deep.

Joshua Muhammad
Doesn't the agenda item regarding the first week of early voting need to be on the agenda for next week?

That's what frank said.

Oct 12, 2016 at 7:50 PM

GroupMe Calendar

Send Message...

PLS000342



**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

Can y'all help me get this word out. Looking for at least 40 people to show up in support of petitioning Waller county so they can us grant more than 3 early voting days on Prairie View's campus.  Arrive by 8:45 am.
9 am (8:45 am) Wed 10/17, Waller County Courthouse.

Y'all know what day Waller city council meets

Gotcha

is going to "PPP General Body Meeting"

I've been talking to Frank Jackson.

He's talked to Judge Duhon and they are negotiating extra days with extra sites. Definitely still bring students out to show a presence, but there are people working behind scenes to make something happen.

Send Message...



**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

is going to TPP General Body Meeting

I've been talking to Frank Jackson.

He's talked to Judge Duhon and they are negotiating extra days with extra sites. Definitely still bring students out to show a presence, but there are people working behind scenes to make something happen.

If students make citizens comments, speak from a general factual basis. But a plan is being devised with demands so we have a standard for Waller County to meet.

More days for early voting on campus though right?

Of course. We trying to have sites in the Square, City Hall, and the MSC

You think y'all could get the panther room in the UC too or its too short notice for that

Oct 15, 2018 at 2:27 PM

Send Message...

PLS000344

11:30



The Panther Party (JOIN THE
MOVEMENT STUDENT ALLIANCE)



3 sites is a lot in a small area. And
Square was to accommodate UC and
Square residents cause Square has a
bigger area.

Oct 15, 2018 at 3:04 PM





Oct 15, 2018 at 6:11 PM



If y'all find some keys lmk, I lost mine
this morning

 Send Message... 

11:31



The Panther Party (JOIN THE
MOVEMENT STUDENT ALLIANCE)



Did anyone attend the voters meeting
just now, in the MSC?

Yea

Oct 18, 2018 at 3:43 PM



Do you feel in any way that the
conservatives were pro voter
suppression? ▮▮▮▮▮▮▮▮▮▮▮

Oct 18, 2018 at 4:07 PM

can somebody drop me off at work @
5?

Oct 18, 2018 at 5:57 PM

Joshua Muhammad
Did you get a ride?



 Send Message...        +

11:31



**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**



 Joshua Muhammad

If y'all don't know, PV was denied polling locations for the first week of early voting by Waller County. As a response, we are Pulling Up to the Polls next week! If you vote you get a chance to win a presale to #KeyParty, #KappaWeen, or #HighLifeUniversity! Transportation will be available.

 Joshua Muhammad



Oct 19, 2018 at 8:06 PM

 Joshua Muhammad

If y'all don't know, PV was denied polling locations for the first week of early voting. As a response, let's #PullUpToThePolls next week! If you



:) Send Message...   +

PLS000347

11:31



### The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)





**Joshua Muhammad**
If y'all don't know, PV was denied polling locations for the first week of early voting. As a response, let's #PullUpToThePolls next week! If you vote you get a chance to win a presale to #KeyParty, #KappaWeen, or #HighLifeUniversity! Transportation will be available.



if anyone goes to vote, can i go with you :)

Oct 19, 2018 at 8:52 PM

I gotchu ████████████

Oct 22, 2018 at 12:14 PM



Send Message...

+

PLS000348

11:31



### The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)

I gotchu ███████████████

Oct 22, 2018 at 12:14 PM



If you vote today you could win a pre-sale to Highlife University , Key Party, or Kappaween. Call the number on the flyer if you need a ride !

Oct 22, 2018 at 2:45 PM

Hey y'all my birthday is tomorrow I planned on having a dinner at pluckers around 8 or 9 I need a headcount sooo like this if you plan on attending . I gotta set up the reservations in advance



 Send Message...     +

PLS000349

The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)

If anyone's available at 3:30 and wants to go vote, let me know. That's what time I'm going !

Voters roll call on twitter ✦✦ ?

Ayeeee. How shall we start it

A simple tweet 🏃pretty sure it'll receive the right feedback and get enough attention

The whites was in there deep

**That or post a picture with the sticker

Right I was telling people those white folks gon step 😂🤣

And that's exactly what they did

So many old white people smelled like moth balls and oppression up in

Send Message...



The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)

I went in they said "what are you here for".... to vote you knew that tho

Not moth balls and oppression 😂😂

Oct 22, 2018 at 4:30 PM

Aye start that thang !

Twitter

T. Burton
@t_burton23

I voted, did you? (VOTERS ROLL CALL) pic.twitter.com/U8DcI9gRqP

Oct 22, 2018

Oct 22, 2018 at 6:34 PM

Send Message...

11:32

**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

Twitter

Could not load tweet

Oct 23, 2018 at 2:23 PM

Does anybody have the list of on campus events? I'm trying to have some wholesome fun.

Oct 23, 2018 at 2:56 PM

AAAAAAA



Send Message...



PLS000353

11:32

### The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)



TODAY is the LAST chance to be entered into a raffle for a FREE presale to #HighLifeUniversity #Kappaween or #KeyParty . VOTE between 8-5 & bring your reciept to the volunteer office . Call the numbers on the flyer if you need a ride !

Going to vote @1 who wants a ride?

Oct 24, 2018 at 12:29 PM

Sooooo no pizza 😤 I messed up the order



☺  Send Message...  +

PLS000354

11:33

 The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)



Oct 24, 2018 at 11:26 PM

 **Joshua Muhammad**
I have a free Kappaween presale for someone who voted. First person to mention me gets it

@Joshua Muhammad

 Lmao

 Send Message... +

PLS000355



The Panther Party (JOIN THE
MOVEMENT STUDENT ALLIANCE)



 Joshua Muhammad



Pull up, hop off the bus, walk up and
VOTE💜💛!!! Panthers voices shall
be heard. Make sure you bring your
state I.D. #PullUpToThePolls
#PVHC2K18

 Joshua Muhammad

I need you all to post this and share!!!
It's crucial we push students to the
polls starting tomorrow.



☺ Send Message...                    +

11:33



### The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)

#PVHC2K18



Joshua Muhammad

I need you all to post this and share!!! It's crucial we push students to the polls starting tomorrow.



Oct 25, 2018 at 1:44 PM

SELLING LAST MINUTE





 Send Message...      ＋




The Panther Party (JOIN THE
MOVEMENT STUDENT ALLIANCE)



Pls make sure everyone goes out to
early vote. If you are registered in
ANY county in Texas you may vote on
a limited ballot at a Early Voting Poll
near you!!! We need to save our
country deadass!!!!



  Send Message...

11:34

 

The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)



 PVAMU 

Get on the bus at 12:00 pm or 3:00 pm TODAY to vote.

Bring your state AND student I.D.
‼️ ‼️ ‼️

Oct 26, 2018 at 12:14 PM



The Waller County Commissioners Court approved two changes to the 2018 general election early voting schedule: (1) adding a day of early voting at the Prairie View City Hall on Saturday 10/27 from 12-5pm and (2) extending early voting hours at the @PVAMU Memorial Student Center on Monday 10/29 through Wednesday 10/31 from 8am-5pm to 7am-7pm. The fight for equality will continue to move forward.

 Send Message... 

PLS000359



## The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)

The Waller County Commissioners Court approved new changes to the 2018 general election early voting schedule (1) adding a day of early voting at the Prairie View City Hall on Saturday 10/27 from 12-5pm and (2) extending early voting hours at the MSC/MSC Memorial Student Center on Monday, 10/29 through Wednesday 10/31 from 8am-5pm to 7am-7pm. This fight for equality will continue to move forward.

Oct 26, 2018 at 1:07 PM

CORRECTION: IT IS SUNDAY 10/28 NOT SATURDAY. ‼️

Oct 26, 2018 at 2:59 PM

Happy birthday !

Tajaun Burton
Happy birthday

Oct 26, 2018 at 3:58 PM

did you get to vote today?

Nope i don't vote till next week

☺ Send Message...                    ╋



The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)

Oct 26, 2018 at 12:14 PM

The Waller County Commissioners Court approved two changes in the 2018 general election early voting schedule: (1) adding a day of early voting at the Prairie View City Hall on Saturday 10/27 from 12-5pm and (2) extending early voting hours at the BPV/MU Memorial Student Center on Monday 10/29 through Wednesday 10/31 from 8am-5am to 7am-7pm. The fight for equality will continue to move forward.

Oct 26, 2018 at 1:07 PM

CORRECTION: IT IS SUNDAY 10/28 NOT SATURDAY. ‼️

Oct 26, 2018 at 2:59 PM

Happy birthday !

Happy birthday

Oct 26, 2018 at 3:58 PM

did you get to vote today?

Nope i don't vote till next week

Send Message...

PLS000361

11:35



The Panther Party (JOIN THE
MOVEMENT STUDENT ALLIANCE)



Oct 28, 2018 at 6:47 PM

 Joshua Muhammad



Aye y'all like FREE parties?! Bet, we
got you! It's the 90s vs 00s on Nov 9!
All you have to do is go vote and
follow the instructions on the flyer for
your presale! #VotersOnly

 Joshua Muhammad
Aye we are pushing people to the
polls and pubbing voting tomorrow. I
need volunteers at 1-2 hour time
blocks from 9-6

 Joshua Muhammad
*pubbing this party

Oct 28, 2018 at 10:01 PM



 Send Message...          +



PLS000362



### The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)



Oct 28, 2018 at 11:27 PM



Oct 29, 2018 at 12:31 AM



Send Message...



**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

Just to clarify... if someone is not registered here can they still vote in the msc?

Are they registered in Waller County?

No. If they aren't registered here they have to go to the Waller County election office (next to the court house) and they can do a limited ballot. I suggest that if they know for sure they aren't going to make it home to vote.

Oct 29, 2018 at 6:33 PM

Preciate it
and i think she is in Houston

Oct 29, 2018 at 7:08 PM

Has left the group.

Oct 29, 2018 at 11:31 PM

Which I one of yall got some pull on campus I need help with something

Send Message...

PLS000364

 

**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

 Joshua Muhammad

TPP! We will be having a General Body Meeting tomorrow to discuss the #VoterOnly event we have coming up next Friday.

 Joshua Muhammad

███████████████ bring your people ^^^

Oct 30, 2018 at 12:30 PM


^^^ come out if you can !







 Send Message...   ＋

11:37

### The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)



You all should have already voted buuttt if you haven't...

TOMORROW IS THE LAST DAY TO VOTE ON CAMPUS!!! 7am-7pm!! Pleaasseee make time to go vote yall! It literally only takes 2 minutes! You can literally order your food at Chickfila go vote come back and your food still won't be ready! Thats how fast it is! After tomorrow you would have to go to the community center across from Hobart to vote and I know yall aint doing that.

If you're not registered in Waller but somewhere else in TX I will be taking ppl to the Waller County Courthouse at 1pm to do a Limited Ballot so lmk if you need a ride.

What time will you guys still be pushing people to the polls?  because i can definitely help tomorrow



I have class 2:30-3:50 so any other time I'll be out there

 Send Message...

PLS000366



**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

Oct 30, 2018 at 10:00 PM

Joshua Muhammad
We're going to be at hump day

Will be there

Joshua Muhammad
Basically posting up at the MSC all day from about 11-7

Oct 31, 2018 at 9:53 AM

Goodmorning Bros today you didn't wake up on accident make sure you live with a purpose. 👍

🙏

Queens to lol

Thanks for including us 😂😂

Anytime

Oct 31, 2018 at 2:43 PM

Send Message...

PLS000367

11:37

**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**



easttexasreview.com

Will Waller County guard or continue to block students' voting rights

Prairie View has a larger percentage of Black and Hispanic residents compared to other Waller County cities which all have majority, White populations. Plaintiffs also charge that the early voting plan was devised without input from Prairie View students or campus officials or that of Prairie View's City Council.

I'm trying to make it to the meeting but I'm stuck in JJ because of the rain

Damn it's raining raining ?

It's damn near over

Ok just tell me about it later

Now it's easing up

Nov 1, 2018 at 10:15 AM

Send Message...





**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

Nov 1, 2018 at 12:47 PM





Artemio Hernandez ▸ Waller County News

So the Panther Party ( Democrats) are now giving out free tickets for votes? Talk about walking a fine line between vote buying and encouraging voter turn out. If you want your free tickets the information is below. As for me I'm voting based on my personal belief that too many brave men and women have died to give me the right to vote. I will not cheapen their sacrifice by participating is such an event.





Write a comment...

Why he big mad



Joshua Muhammad

Lol he said he not coming like we wasn't gonna turn up without him



 Send Message... 

PLS000369





**The Panther Party (JOIN THE MOVEMENT STUDENT ALLIANCE)**

Nov 5, 2018 at 5:13 PM

Joshua Muhammad
Waller County emailed Dr. Ruth complaining about the voters only party 😂

I'm dead

Oh wow.  Yall must be doing something right

Joshua Muhammad
Exactly bc they're too pressed!

That's great news

What did they say? **@Joshua Muhammad**

They talked to my baby 😂

Joshua Muhammad
They said it's illegal to have a party only for voters

Too bad it's not just for voters 😂

Nov 5, 2018 at 5:47 PM

Send Message...

PLS000371