

PLAINTIFF'S EXHIBIT 168

| | |
|---|---|
| **From:** | Cindy Jones <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/C.JONES> |
| **Sent:** | 12/17/2015 8:27:54 AM -0700 |
| **To:** | Jeron Barnett <j.barnett@wallercounty.us> |
| **Subject:** | FW: FW: Agenda Item |

Commissioner Barnett,

Good Morning !  I am forwarding this information from Dan Teed to you per the request of Judge Duhon.  Please see e-mail below and let us know your thoughts.  Judge Duhon said if you would like to discuss this issue with him please give him a call.

Thanks,

Cindy

*Cindy Jones*

*Administrative Assistant*

*Waller County Judge's Office*

*836 Austin Street, Ste 203*

*Hempstead, Texas  77445*

*(979) 826-7700 phone*

*(979) 826-2112 fax*

**E-mail: c.jones@wallercounty.us**

---

**From:** Dan Teed
**Sent:** Thursday, December 17, 2015 8:18 AM
**To:** Trey Duhon; Cindy Jones; Hilary Avery

**Subject:** FW: Agenda Item

Judge Duhon,

The Democratic Party is requesting that the Early Voting Locations and Hours be put back on the agenda for Court next week.

Ben's executive committee appeared to be apparently strongly against reducing the number of EV polling places to 2.

Dan Teed

Waller County Elections Administrator

(979) 826-7643

---

**From:** Ben Tibbs [mailto:tibbs_b@sbcglobal.net]
**Sent:** Wednesday, December 16, 2015 10:24 PM
**To:** Dan Teed <d.teed@wallercounty.us>
**Subject:** Agenda Item

Please let me know when this is done.  Thanks.

Please place on the Agenda for Commissioners Court

.

Discuss and take action to reconsider the early voting hours and the branch early voting locations and hours for the

.

March 1 2016 Primary Election.

This comes from the Waller County Democratic Party Executive Committee.

DEFENDANTS001417