

PLAINTIFF'S EXHIBIT 170

| | |
|---|---|
| From: | Christy Eason <FIRST ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/6CEC817386174EFFB6A05B7E8344F579-CHRIS> |
| Sent: | 3/5/2018 1:11:40 PM -0700 |
| To: | Gary Nemec <g.nemec@wallercounty.us> |
| Subject: | Re: Re: Mr. Nemec |

No, all is good. An officer is meeting me in the morning to mark off a few places for voter parking. We will do that also during the next election for Early Voting.

Once again I apologize for your inconvenience.

*Christy A. Eason*
*Elections Administrator*


On Mar 5, 2018, at 1:46 PM, Gary Nemec <g.nemec@wallercounty.us> wrote:

> Thank you for your quick attention and your email.
>
> I called the number on the parking link of the PVAM web site and talke with a Ms Darby.
>
> She was very polite and sympathetic to my complaint about the ticket. She asked me for the
>
> number 17m200000303 and told me the ticket would be cancelled.
>
> If you still want me to stop by just let me know.
>
>
> If I would have talked to her first I would not have sent the email to The Judge and Commissioner.
>
>
> Garrett (Gary) Nemec
>
> Waller County Veteran Service Officer
>
> Next Door to the Post Office
>
> Prairie View TX 77446
>
> g,nemec@wallercounty.us
>
> 979-826-7733 Fax 936-857-9109
> BEST TO CAL FOR AN APPOINTMENT
>
> Send Snail Mail To: