# NOTICE OF MEETING
# OF COMMISSIONERS COURT
# OF WALLER COUNTY, TEXAS
# WEDNESDAY AUGUST 5, 2020
# 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the 5th **day** of **August 2020,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1.  Approval of Agenda.

## PUBLIC COMMENT

To slow the spread of COVID-19, the public may make public comment at the beginning of the meeting by teleconference. **Local callers should call 979-921-6212.** Non-local callers should call 800-576-1131. The user code for both numbers is **14329937**. Callers will be asked if they would like to make public comment. After public comment, the teleconference line will be closed. The public may continue to watch the meeting streamed online at http://wallercountytx.swagit.com/live.

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2.  Approval of the minutes.

3.  Request by County Auditor for approval and/or ratification of Accounts Payable.

4.  Request by County Tax Assessor Collector to approve refunds in excess of $500.00 in accordance with section 31.11 Texas Tax Code.

## COUNTY JUDGE

5. Discuss and take action to accept the Certification of the 2020 Waller County Appraisal Roll as required under Property Tax Code 26.04(b).

## AUDITOR

6. Presentation of 2019 Financial Audit for Waller County, by outside Auditor, Lewis Crain of Rutledge Crain and Company.

7. Discuss and take action to approve the 2019 Financial Audit for Waller County.

## ELECTION ADMINISTRATOR

8. Discuss and take action to approve Election Judges and Alternate Election Judges for the 2020 General Election as submitted by the Waller County Republic Chair and the Waller County Democratic Chair.

9. Discuss and take action to approve to Order the November 3, 2020 General Election.

## FIRE MARSHAL

10. Discuss and take action on Burn Ban.

11. Discuss and take action to approve agreement with Access Health for COVID-19 testing services.

## MISCELLANEOUS

12. Discuss and take action to approve payment of $513,217.65 payable to Amazon for Reporting Period January 1, 2019 to December 31, 2019 from line item 125-411-561315 [Amazon 381 Agreement].

13. Discuss and take action to approve Agreement between Waller County and Fort Bend Seniors Meals on Wheels and payment of $40,000.00 for invoice # 3979 from line item 125-411-547315 [Ft. Bend Seniors Meals on Wheels] as allocated in the 2020 Budget.

## MISCELLANEOUS cont.

14. Discuss and take action to approve Resolution Authorizing County Grant Program for the Texas Department of Agriculture Home-Delivered Meal Grant Program for 2021.

15. Discuss and take action to approve the following debt payments due August 15, 2020:

    - WC Certificates of Obligation, Series 2014 $25,513.60, payable to B.B.&T.

    - WC General Obligation Bonds, Series 2017 $132,025.00, payable to Amegy Bank.

    - WC General Obligation Bonds, Series 2018 $542,128.13, payable to Amegy Bank.

    - WC Tax Notes, Series 2018 $93,904.51, payable to B.B.&T.

    To be paid from the following line items:
    $90,000.00 from 515-635-575000 [Principal].
    $703,571.24 from 515-635-576000 [Interest].

16. Discuss and take action to distribute CARES Act funds to school districts for COVID-19 needs.

17. Discuss and take action to amend County policies in relation to COVID-19.

## EXECUTIVE SESSION

18. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

19. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

ADJOURN MEETING

_____
Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

### NOTICE

The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).