PLAINTIFF'S EXHIBIT 172

# MINUTES
## WALLER COUNTY COMMISSIONER'S COURT
## REGULAR SESSION
## WEDNESDAY – AUGUST 5, 2020

**BE IT REMEMBERED** that the Honorable Commissioner's Court of Waller County, Texas, met in **REGULAR SESSION** on Wednesday, the 5th day of August 2020 at its meeting place in the Commissioners Courtroom of the Waller County Courthouse, Hempstead, Texas. The meeting was called to order by Waller County Judge Trey Duhon at 9:00 a.m. with the following members of the Court present to-wit:

Carbett "Trey" J. Duhon III, County Judge
John A. Amsler, Commissioner Precinct 1
Walter Smith, Commissioner Precinct 2
Jeron Barnett, Commissioner Precinct 3
Justin Beckendorff, Commissioner Precinct 4
Debbie Hollan, County Clerk

Delivery of Invocation by: Commissioner Amsler
Pledge to the American Flag and Texas Flag led by: Commissioner Barnett

1. Approval of Agenda.

    Motion to approve by Commissioner Beckendorff, seconded by Commissioner Smith.
    **Motion carried** by 5-0 vote.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Smith – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

## PUBLIC COMMENT – None

To slow the spread of COVID-19, the public may make public comment at the beginning of the meeting by teleconference. **Local callers should call 979-921-6212.** Non-local callers should call 800-576-1131. The user code for both numbers is **14329937**. Callers will be asked if they would like to make public comment. After public comment, the teleconference line will be closed. The public may continue to watch the meeting streamed online at http://wallercountytx.swagit.com/live.

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes – July 29, 2020 Regular Session

3. Request by County Auditor for approval and/or ratification of Accounts Payable.

4. Request by County Tax Assessor Collector to approve refunds in excess of $500.00 in accordance with section 31.11 Texas Tax Code.

    Motion to approve consent agenda by Commissioner Beckendorff, seconded by Commissioner Smith.
    **Motion carried** by 5-0 vote.
    *Judge Trey Duhon – Yes    Commissioner Amsler – Yes    Commissioner Smith – Yes*
    *Commissioner Barnett – Yes    Commissioner Beckendorff – Yes*

# COUNTY JUDGE

5. Discuss and take action to accept the Certification of the 2020 Waller County Appraisal Roll as required under Property Tax Code 26.04(b).

   Motion made by Commissioner Beckendorff, seconded by Commissioner Smith.
   **Motion carried** by 5-0 vote.
   *Judge Trey Duhon – Yes*  *Commissioner Amsler – Yes*  *Commissioner Smith – Yes*
   *Commissioner Barnett – Yes*  *Commissioner Beckendorff – Yes*

# AUDITOR

6. ~~Presentation of 2019 Financial Audit for Waller County, by outside Auditor, Lewis Crain of Rutledge Crain and Company.~~ **Item WITHDRAWN.**

7. ~~Discuss and take action to approve the 2019 Financial Audit for Waller County.~~ **Item WITHDRAWN.**

# ELECTION ADMINISTRATOR

8. ~~Discuss and take action to approve Election Judges and Alternate Election Judges for the 2020 General Election as submitted by the Waller County Republic Chair and the Waller County Democratic Chair.~~ **Item WITHDRAWN.**

9. ~~Discuss and take action to approve to Order the November 3, 2020 General Election.~~ **Item WITHDRAWN.**

# FIRE MARSHAL

10. Discuss and take action on Burn Ban.

    Motion made by Commissioner Beckendorff to rescind the Burn Ban, seconded by Commissioner Amsler.
    **Motion carried** by 5-0 vote.
    *Judge Trey Duhon – Yes*  *Commissioner Amsler – Yes*  *Commissioner Smith – Yes*
    *Commissioner Barnett – Yes*  *Commissioner Beckendorff – Yes*

11. ~~Discuss and take action to approve agreement with Access Health for COVID-19 testing services.~~ **Item WITHDRAWN.**

# MISCELLANEOUS

12. ~~Discuss and take action to approve payment of $513,217.65 payable to Amazon for Reporting Period January 1, 2019 to December 31, 2019 from line item 125-411-561315 [Amazon 381 Agreement].~~ **Item WITHDRAWN.**

13. ~~Discuss and take action to approve Agreement between Waller County and Fort Bend Seniors Meals on Wheels and payment of $40,000.00 for invoice # 3979 from line item 125-411-547315 [Ft. Bend Seniors Meals on Wheels] as allocated in the 2020 Budget.~~ **Item WITHDRAWN.**

14. ~~Discuss and take action to approve Resolution Authorizing County Grant Program for the Texas Department of Agriculture Home-Delivered Meal Grant Program for 2021.~~ **Item WITHDRAWN.**

15. Discuss and take action to approve the following debt payments due August 15, 2020:
    - WC Certificates of Obligation, Series 2014 $25,513.60, payable to B.B.&T.
    - WC General Obligation Bonds, Series 2017 $132,025.00, payable to Amegy ank.
    - WC General Obligation Bonds, Series 2018 $542,128.13, payable to Amegy Bank.
    - WC Tax Notes, Series 2018 $93,904.51, payable to B.B.&T.

    To be paid from the following line items:
    $90,000.00 from 515-635-575000 [Principal].
    $703,571.24 from 515-635-576000 [Interest].
    Motion made by Commissioner Smith, seconded by Commissioner Beckendorff.
    **Motion carried** by 5-0 vote.
    *Judge Trey Duhon – Yes        Commissioner Amsler – Yes        Commissioner Smith – Yes*
    *                               Commissioner Barnett – Yes       Commissioner Beckendorff – Yes*

16. ~~Discuss and take action to distribute CARES Act funds to school districts for COVID-19 needs.~~ **Item WITHDRAWN.**

17. Discuss and take action to amend County policies in relation to COVID-19.
    *No action taken.*

## EXECUTIVE SESSION

18. ~~Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.~~ **Item WITHDRAWN.**

19. ~~Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.~~ **Item WITHDRAWN.**

## ADJOURN MEETING

Motion to adjourn meeting by Commissioner Beckendorff, seconded by Commissioner Amler.
Motion carried by 5-0 vote.
*Judge Trey Duhon – Yes        Commissioner Amsler – Yes        Commissioner Smith – Yes*
*                               Commissioner Barnett – Yes       Commissioner Beckendorff – Yes*

Meeting was **ADJOURNED** at 9:14 a.m.

I **ATTEST** that the above proceedings are the true and correct minutes taken in my capacity as Ex-Officio for the Commissioners' Court of Waller County.

Debbie Hollan
Waller County Clerk

**APPROVED** this the 12th day of August 2020.

Carbett "Trey" J. Duhon, III
County Judge