PLAINTIFF'S EXHIBIT
173

# Exhibit 173

Video of the Waller County Commissioners Court Regular Session, August 5, 2020

http://wallercountytx.swagit.com/play/08052020-691