PLAINTIFF'S EXHIBIT 174

# NOTICE OF MEETING
# OF COMMISSIONERS COURT
# OF WALLER COUNTY, TEXAS
# WEDNESDAY AUGUST 12, 2020
# 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the 12th **day** of August **2020,** at its meeting place at the **Waller County Courthouse, Hempstead, Texas**.

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

## PUBLIC COMMENT

To slow the spread of COVID-19, the public may make public comment at the beginning of the meeting by teleconference. **Local callers should call 979-921-6212.** Non-local callers should call 800-576-1131. The user code for both numbers is **14329937**. Callers will be asked if they would like to make public comment. After public comment, the teleconference line will be closed. The public may continue to watch the meeting streamed online at http://wallercountytx.swagit.com/live.

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes.

3. Request by County Treasurer for approval of Payroll.

4. Request to approve payment on the following:

    (a) $300.00 for Invoice # 27291 to Metro Container LLC from line item 600-600-587521 [Library].

## CONSENT AGENDA cont.

(b) $85.00 for invoice # 20547408 [Courthouse, Hold-Up Alarm], and $995.00 for invoice #20112408 [Courthouse Camera Surveillance], for a total $1,080.00 payable to TAC Security from line item 117-428-568425 [Courthouse Security/Misc. Security].

(c) $1,190.00 for invoice dated August 3, 2020 to Schmidt Funeral Home from line item 125-423-540705 [Transport to Morgue].

(d) $1,195.00 for invoice dated August 4, 2020 to Magnolia Funeral Home, Inc. from line item 125-423-540705 [Transport to Morgue].

(e) $460.00 to Midmark Corporation from line item 601-601-581000 [Bldg. Purch. Const. or Improv.].

5. Request by County Auditor for approval and/or ratification of Accounts Payable.

6. Request by County Engineer to approve a Utility Permit for Consolidated Communications, to install fiber optic cable within the right-of-way of Schlipf Road.

7. Request by County Engineer to approve the advertising for the installation of One (1) Stop Sign on the following road:

- Shady Oak Drive at the Intersection of Forest Circle

Advertising to be posted in a newspaper of general circulation, payment for advertising to be funded from line item 125-401-544100 [Bid Notices and Printing], followed by a public hearing during regular session of Commissioners' Court on September 9, 2020.

8. Request by County Engineer to advertise for Competitive Bids for Pavement Markings and Reflective Pavement Markers at various locations in Waller County. Advertising to be posted in the newspaper of general circulation and payment for advertising to be funded from line item 125-401-544100 [Bid Notices and Printing].

## CONSENT AGENDA cont.

9. Request by County Engineer to approve the advertising for Requests for Proposals (RFPs) for Administrative Services and Requests for Qualifications (RFQs) for Engineering Services related to the Texas General Land Office CDBG-MIT funding program.

10. Request by County Engineer to approve the advertising for Requests for Proposals (RFPs) for On-Call Drainage Review Services.

11. Request by County Engineer approve a Resolution as related to the County Transportation Infrastructure Grant Program (CTIF).

12. Request by County Engineer to approve County Transportation Infrastructure Grant Program (CTIF) Fund Grant Agreement.

13. Request by County Engineer to approve payment of $46,083.37 to the Texas Division Emergency Management for the de-obligation of funding received for DR 4332 (Hurricane Harvey), Project #834-McAllister Culvert.

## AUDITOR

14. Presentation of 2019 Financial Audit for Waller County, by outside Auditor, Lewis Crain of Rutledge Crain and Company.

15. Discuss and take action to approve the 2019 Financial Audit for Waller County.

16. Discuss and take action to approve Elections Department line item budget transfer, WC 2020-37.

17. Discuss and take action to approve Sheriff Department line item budget transfer, WC 2020-38.

## COUNTY JUDGE

18. Discuss and take appropriate action regarding the 2020 tax rate.

19. Discuss and take action to authorize the County Judge to publish the Notice of 2020 Tax Year Proposed Tax Rate for Waller County in the Katy Times, Waller Times, Hot Line Press, The Waller County Express and on the County website to be paid from line item 125-401-544100 [Bid Notices & Printing].

## COUNTY JUDGE cont.

20. Discuss and take action to authorize the County Judge to publish the Notice of Budget Hearing in the Katy Times, Waller Times, Hot Line Press, and The Waller County Express and on the County website. Funds to be paid from line item 125-401-544100 [Bid Notices & Printing].

21. Discuss and take action to authorize the County Judge to publish the Notice of Salary Increases for Elected Officials in the Katy Times, Waller Times, Hot Line Press, and The Waller County Express and on the County website. Funds to be paid from line item 125-401-544100 [Bid Notices & Printing].

22. Discuss and take action to set salaries, expenses, and other allowances of all elected county and precinct officers.

## ELECTION ADMINISTRATOR

23. Discuss and take action to approve Election Judges and Alternate Election Judges for the 2020 General Election as submitted by the Waller County Republican Chair and the Waller County Democratic Chair.

24. Discuss and take action to approve Order for the November 3, 2020 General Election.

## FIRE MARSHAL

25. Discuss and take action on Burn Ban.

26. Discuss and take action to approve agreement with Access Health for COVID-19 testing services.

## COUNTY ENGINEER

27. Public Hearing: on the installation of "No Thru Trucks" signs on the following road:

    - Wade Road – No Thru Trucks

28. Discuss and take action to install "No Thru Trucks" signs on the following road:

    - Wade Road – No Thru Trucks

## COUNTY ENGINEER cont.

29. Discuss and take action to approve proposal for surveying services with WGA related to the expansion of Woods Rd. south of IH-10.

## CONSTRUCTION MANAGER

30. Discuss and take action to approve payment of $505,520.88 for Application No. 23 to Sedalco, Inc. from line item 601-601-581000 [Bldg. Purch. Const. or Improv.].

## MISCELLANEOUS

31. Discuss and take action to approve payment of $513,217.65 payable to Amazon for Reporting Period January 1, 2019 to December 31, 2019 from line item 125-411-561315 [Amazon 381 Agreement].

32. Discuss and take action to approve Agreement between Waller County and Fort Bend Seniors Meals on Wheels and payment of $40,000.00 for invoice # 3979 from line item 125-411-547315 [Ft. Bend Seniors Meals on Wheels] as allocated in the 2020 Budget.

33. Discuss and take action to approve Resolution Authorizing County Grant Program for the Texas Department of Agriculture Home-Delivered Meal Grant Program for 2021.

34. Discuss and take action to approve the publication of the public hearing notice for the Amended Resolution for 911 Rural Addressing Standards in a newspaper of general circulation followed by a public hearing during regular session of Commissioners Court on September 2, 2020. Advertising to be paid from line item 125-401-544100 [Bid Notices and Printing].

35. Discuss and take action to approve payment of $13,897.50 to Bickerstaff Heath Delgado Acosta LLP from line item 125-411-540300 [Legal].

36. Discuss and take action to distribute CARES Act funds to local school districts for COVID-19 needs.

37. Discuss and take action to amend County policies in relation to COVID-19.

## **MISCELLANEOUS cont.**

38. Discuss and take action to appoint a County Sheriff.

## **EXECUTIVE SESSION**

39. Deliberate and appointment of a County Sheriff pursuant to Government Code Section 551.074.

40. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

41. Reconvene in Open Session to take any action necessary on matters discussed in

**ADJOURN MEETING**

_____
Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

## **NOTICE**

The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).