PLAINTIFF'S EXHIBIT
176

# Exhibit 176

Video of the Waller County
Commissioners Court Regular
Session, August 12, 2020

http://wallercountytx.swagit.com/play/08122020-1231