Case 4:18-cv-03985 Document 125-177 Filed on 09/17/20 in TXSD



PLAINTIFF'S EXHIBIT
177

# NOTICE OF MEETING
# OF COMMISSIONERS COURT
# OF WALLER COUNTY, TEXAS
# WEDNESDAY AUGUST 19, 2020
# 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the 19th **day** of **August 2020,** at its meeting place at the **Waller County Courthouse**, **Hempstead, Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

## PUBLIC COMMENT

To slow the spread of COVID-19, the public may make public comment at the beginning of the meeting by teleconference. **Local callers should call 979-921-6212.** Non-local callers should call 800-576-1131. The user code for both numbers is **14329937**. Callers will be asked if they would like to make public comment. After public comment, the teleconference line will be closed. The public may continue to watch the meeting streamed online at http://wallercountytx.swagit.com/live.

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes.

3. Request by County Auditor for approval and/or ratification of Accounts Payable.

4. Request by County Tax Assessor Collector to approve refunds in excess of $500.00 in accordance with section 31.11 Texas Tax Code.

5. Request by County Treasurer for approval of Treasurer's Monthly Report.

## COUNTY JUDGE

6. Presentation of report on delinquent tax and fine and fee collection by Otilia Gonzales of Perdue Brandon Fielder Collins & Mott LLP.

7. Discussion of 2021 Budget.

## COMMISSIONER, PRECINCT 1

8. Discussion of 911 addressing complaint from Mrs. Robin Blankenburg.

## COUNTY ENGINEER

9. Discuss and take action to accept ROW on Clemons Switch Road.

10. Discuss and take action to approve Memorandum of Understanding with SRPF B/SPARTAN WEST X, L.P. and on behalf of Waller County MUD No. 19 regarding future improvements to Woods Rd. between IH-10 and US 90.

11. Discuss and take action to approve proposal for surveying services with Windrose Surveying & Land Services, LLC related to the expansion of Woods Rd. south of IH-10.

## ELECTION ADMINISTRATOR

12. Discuss and take action to approve Election Judges and Alternate Election Judges for the 2020 General Election as submitted by the Waller County Republican Chair and the Waller County Democratic Chair.

13. Discuss and take action to approve Order for the November 3, 2020 General Election.

## TREASURER

14. Discuss and take action to approve amendments for Waller County employee cafeteria plans.

## FIRE MARSHAL

15. Discuss and take action on Burn Ban.

## CONSTRUCTION MANAGER

16. Update on Justice Center Project.

## CONSTRUCTION MANAGER cont.

17. Discuss and take action to approve payment of $3,407.05 for Statement # 21533 to City of Hempstead from line item 600-600-587521 [Library].

18. Discuss and take action to approve the cost of $27,075.00 for the following Security Equipment:

    - Metal Detector and X-ray Machine at the Waller County Justice Courtroom Annex.

    - Metal Detector at Precinct 4 Courtroom Annex.

## MISCELLANEOUS

19. Discuss and take action to approve the following private tax resale bids:

    (a) Lot 6, Block 3, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17651, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

    (b) Lot 19, Block 3, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17665, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

    (c) Lot 20, Block 3, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17667, in the amount of $1,000.00 by Mr. Greg Graham (full offer value);

    (d) Lot 7, Block 6, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17726, in the amount of $1,000.00 by Mr. Greg Graham (full offer for taxes and costs);

    (e) Lot 24, Block 7, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17769, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

    (f) Lot 27, Block 7, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17772, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

## **MISCELLANEOUS cont.**

(g) Lot 6, Block 9, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17811, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

(h) Lot 10, Block 9, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17815, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

(i) Lot 23, Block 11, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17885, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

(j) Lot 24, Block 4, Deerwood Lakes, Section 6, Waller County, Texas, tax account R18355, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

(k) Lot 25, Block 4, Deerwood Lakes, Section 6, Waller County, Texas, tax account R18356, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

(l) Lot 3, Block 5, Deerwood Lakes, Section 6, Waller County, Texas, tax account R18379, in the amount of $1,000.00 by Mr. Greg Graham (full offer for value);

(m) Lot 8, Block 8, Deerwood Lakes, Section 4, Waller County, Texas, tax account R17789, in the amount of $1,670.00 by Mr. Greg Graham (full offer for taxes and costs);

(n) Lot 17, Block 3, Deerwood Lakes, Section 5, Waller County, Texas, tax account R18001, in the amount of $1,000.00 by Mr. Greg Graham (offer for 28% of value / 27.7% of taxes and costs);

and authorize the County Judge to execute deeds for said properties to Mr. Greg Graham.

## MISCELLANEOUS cont.

20. Discuss and take action to approve the re-nomination of Harvey Laas for the remainder of the June 2019-May 2021 term to the HGAC Aging and Disability Advisory Committee.

21. Discuss and take action to approve Resolution for the Nomination for a Board of Director for the Waller County Appraisal District to replace the recently vacated position by Roosevelt Alexander.

22. Discuss and take action to approve Memorandum of Understanding with the Panther Hill apartment complex for office space to be used by the Precinct 3 Constable's Office.

23. Discuss and take action to amend County policies in relation to COVID-19.

24. Discuss and take action to deliberate business and financial issues in executive session based on determination and recommendation from the District Attorney's Office that deliberation in an open meeting regarding business and financial issues related to the purchase, exchange, lease, or value of real property in Precinct 4 would have a detrimental effect on the position of the County in negotiations with third persons.

## EXECUTIVE SESSION

25. Deliberate business and financial issues related to the purchase, exchange, lease, or value of real property in Precinct 4 pursuant to Government Code Sections 551.072 and 551.0725.

26. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

27. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

**ADJOURN MEETING**

_____
Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

## NOTICE

The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).