PLAINTIFF'S
EXHIBIT

**179**

# Exhibit 179

Video of the Waller County
Commissioners Court Regular
Session, August 19, 2020

http://wallercountytx.swagit.com/play/08192020-1109