PLAINTIFF'S EXHIBIT 180

# AMENDED NOTICE OF MEETING OF COMMISSIONERS COURT OF WALLER COUNTY, TEXAS
## WEDNESDAY, SEPTEMBER 2, 2020
### 9:00 A.M.

**NOTICE** is hereby given that the Commissioners Court of Waller County, Texas, will meet in **REGULAR SESSION** at **9:00 A.M.** on **WEDNESDAY,** the **2nd day** of **September 2020,** at its meeting place at the **Waller County Courthouse**, Hempstead, **Texas**

Said meeting will be a regular meeting for the purpose of transacting the routine business of the County and to **Consider and take possible action on any of the following agenda items:**

1. Approval of Agenda.

## PUBLIC COMMENT

To slow the spread of COVID-19, the public may make public comment at the beginning of the meeting by teleconference. **Local callers should call 979-921-6212.** Non-local callers should call 800-576-1131. The user code for both numbers is **14329937**. Callers will be asked if they would like to make public comment. After public comment, the teleconference line will be closed. The public may continue to watch the meeting streamed online at http://wallercountytx.swagit.com/live.

## CONSENT AGENDA

Items identified within the consent agenda are of a routine nature, and will be passed with one vote without being discussed separately. If a member of the court or public requests that a particular item be discussed, that agenda item will be pulled from the Consent Agenda and discussed as part of the regular agenda at the appropriate time. One vote will approve the remaining items on the Consent Agenda.

2. Approval of the minutes.

3. Request to approve payment on the following:

    (a) $1,215.00 for invoice dated August 24, 2020 to Schmidt Funeral Home from line item 125-423-540705 [Transport to Morgue].

**CONSENT AGENDA cont.**

    (b) $1,145 for invoice dated August 19, 2020 and $1,145.00 for invoice dated August 20, 2020 for a total of $2,290.00 to Magnolia Funeral Home, Inc. from line item 125-423-540705 [Transport to Morgue].

    (c) $32,934.29 for invoice # 37R to Brinkley Sargent Wiginton Architects from line item 601-601-545405 [Professional Services Jail].

4. Request by County Auditor for approval and/or ratification of Accounts Payable.

5. Request by Elections Administrator for approval of Fixed Asset Transfers.

6. Request by County Tax Assessor Collector to approve refunds in excess of $500.00 in accordance with section 31.11 Texas Tax Code.

**ECONOMIC DEVELOPMENT**

7. Discuss and take action to approve Tax Abatement Agreement with Brookshire Drying Company, Inc. aka Brookshire Rice Dryer and Texas Rice Milling Inc. Brookshire Drying Company, Inc. applied for a tax abatement for property owned by Brookshire Drying Company, Inc. The property, located at 1019 Bains, in Brookshire, has been designated as Waller County Brookshire Rice Dryer Reinvestment Zone 7. Brookshire Drying Company, Inc. will construct a rice milling facility on the property at an estimated cost including real and personal property of $6,300,000.

**PUBLIC HEARING**

8. **Public Hearing:** on the adoption of an Amended Resolution for 911 Rural Addressing Standards.

9. Discuss and take action to adopt Amended Resolution for 911 Rural Addressing Standards.

**TAX ASSESSOR COLLECTOR**

10. Discuss and take action to authorize the County Judge to sign nine resale deeds for the private tax resale of properties currently held in trust by Waller County pursuant to Section 34.05(h)(2) of the Texas Tax Code.

### ELECTION ADMINISTRATOR

11. Discuss and take action to approve Election Judges and Alternate Election Judges for the 2020 General Election as submitted by the Waller County Republican Chair and the Waller County Democratic Chair.

12. Discuss and take action to approve Order for the November 3, 2020 General Election.

### AUDITOR

13. Spread upon the minutes the Certification of the Juvenile Probation Department, TJJD Grant, in the amount of $235,758.00 and create the 2020-2021 grant budget (JP 2020-06).

### TREASURER

14. Discuss and take action to approve TJJD Grant Salary Order.

15. Discuss and take action to approve the 2020-2021 Renewal Notice and Benefit Confirmation for medical, dental, and life insurance coverages through the Texas Association of Counties.

### FIRE MARSHAL

16. Discuss and take action on Burn Ban.

### CONSTRUCTION MANAGER

17. Update on Precinct 4 Building Project.

18. Discuss and take action regarding IT infrastructure needs at all construction sites.

### MISCELLANEOUS

19. Discuss and take action to approve Interlocal Agreements with the local school districts for the distribution of CARES Act funds.

20. Discuss and take action to distribute CARES Act funds to the local school districts for COVID-19 needs.

21. Discuss and take action to approve Business Associate Agreement and agreement for COVID-19 testing with AccessHealth.

22. Discuss and take action to amend County policies in relation to COVID-19.

## MISCELLANEOUS cont.

23. Discuss and take action to approve Order Assessing Nuisance Abatement Costs on property located at 3103 Clemons Switch Road, Brookshire, Texas.

24. Discuss and take action to approve Order Assessing Nuisance Abatement Costs on property located at 29601 Marti Lane, Katy, Texas.

25. Discuss and take action to approve Interlocal Agreement with Hempstead and Hempstead TIRZ for participation in the Hempstead Tax Increment Reinvestment Zone.

26. Discuss and take action to deliberate business and financial issues in executive session based on a determination and recommendation from the District Attorney's Office that deliberation in an open meeting regarding contracts being negotiated would have a detrimental effect on the position of the County in negotiations with third persons.

27. Discuss and take action to approve order designating the Waller County Community Center as the location for the sale of property pursuant to Tax Code Section 34.01.

## EXECUTIVE SESSION

28. Deliberate business and financial issues related to contracts being negotiated pursuant to Government Code Section 551.0725.

29. Consultation with District Attorney and outside counsel pursuant to Government Code Section 551.071.

30. Reconvene in Open Session to take any action necessary on matters discussed in Executive Session.

## ADJOURN MEETING

Carbett "Trey" J. Duhon III,
County Judge
Waller County, Texas

## NOTICE

The County Commissioners Court of Waller County reserves the right to adjourn into executive session at any time during the course of this meeting to discuss any of the matters listed above, as authorized by Texas Government Code Sections 551.071 (Consultation with Attorney), 551.072 (Deliberation about Real Property), 551.073 (Deliberations about Gifts and Donations), 551.074 Personnel Matters, 551.076 (Deliberations about Security Devices) and 551.086 (Economic Development).