

PLAINTIFF'S
EXHIBIT

**182**

# Exhibit 182

Video of the Waller County
Commissioners Court Regular
Session, September 2, 2020

https://wallercountytx.swagit.com/play/09022020-770