United States District Court
Southern District of Texas
**ENTERED**
November 17, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAYLA ALLEN, *et al*, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-03985 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WALLER COUNTY, *et al*, | § | |
| Defendants. | § | |

## ORDER

Trial of this action concluded on October 15, 2020. The parties were that day ordered to file a joint status report on the potential for settlement by November 16, 2020. They have requested a settlement conference before Magistrate Judge Jason B. Libby of the Southern District of Texas, Corpus Christi Division.

This case is REFERRED to United States Magistrate Judge Jason B. Libby for a settlement conference. The Magistrate Judge will determine a mutually convenient date and will contact the parties regarding requisite procedure and preparation. He is also given the authority to modify the deadline for conference as necessary.

The Court commends the parties on their good-faith efforts in this regard.

SO ORDERED.

Signed on November 17, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge