United States District Court
Southern District of Texas
**ENTERED**
December 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON JOHNSON, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3985 |
| | § | |
| WALLER COUNTY, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEDIATION REPORT

A mediation was held before the undersigned United States Magistrate Judge on November 23, 2020. The case did not settle.

Respectfully submitted this 2nd day of December 2020.

_____
Jason B. Libby
United States Magistrate Judge