United States District Court
Southern District of Texas
**ENTERED**
December 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAYLA ALLEN, *et al*, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-03985 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WALLER COUNTY, | § | |
| TEXAS, *et al*, | § | |
| Defendants. | § | |

## ORDER

The joint agreed motion to extend the deadline for post-trial submission of proposed findings of fact and conclusions of law and memorandum of law is GRANTED. Dkt 155.

The deadline for the parties to make such filing is extended to January 22, 2021.

The parties may request a further enlargement of time on showing of good cause.

SO ORDERED.

Signed on December 11, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge