IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Civil Action No. 4:18-cv-3985 |
| WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, | § § § § § § § § § | |
| *Defendants*. | | |

Before the Court is *Defendants' Motion for Leave to Late-File Post-Trial Findings of Fact, Conclusions of Law, and Supplemental Memorandum of Law*. Having considered the motion, the Court finds that it is meritorious and hereby GRANTS the motion. The clerk is ordered to file *Defendants' Post-Trial Findings of Fact, Conclusions of Law, and Supplemental Memorandum of Law*, and the same will be deemed timely filed.

It is so ORDERED this 2nd day of April, 2021



_____
CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE