UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON JOHNSON, *et al*, | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:18-cv-03985 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| WALLER COUNTY, *et al*, | § | |
| Defendants. | § | |

## ORDER

Bench trial of this matter concluded on October 15, 2020. The parties submitted proposed findings of fact and conclusions of law with post-trial briefing on March 29 and 30, 2021. Dkts 175, 176, 178, 179.

The Supreme Court heard argument in *Brnovich v Democratic National Committee* on March 2, 2021. That case addresses claims brought under Section 2 of the Voting Rights Act of 1965. The Supreme Court handed down its decision yesterday, July 1, 2021. This Court has been awaiting that ruling.

The parties are invited to submit further briefing on the applicability and pertinence of *Brnovich* to the matter at hand. Ten pages per side should likely be sufficient, but the Court imposes no actual page limit on the parties' views as to this important ruling. Any filing should be made by July 30, 2021.

It is also suggested that the parties confer before submitting any further briefing as to whether, or to what extent, the holding in *Brnovich* affects the pending claims under Section 2. But the Court will not require further or formal mediation.

So ordered.

Signed on July 2, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge