# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 12 2021

Nathan Ochsner, Clerk of Court

20210702-150

Elton R Mathis
Waller County Criminal District Attorney
645 122th Street
Hempstead, TX 77445

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Friday, July 2, 2021
Case Number: 4:18-cv-03985
Document Number: 182 (2 pages)
Notice Number: 20210702-150
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.51⁰
02 1W
0001374615 JUL. 06. 2021

United States Courts
Southern District of Texas
FILED
JUL 12 2021
Nathan Ochsner, Clerk of Court

NIXIE         773  DE 1          0007/09/21

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 77208161010          *1793-05557-06-27