IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY,<br><br>*Plaintiffs,*<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants.* | Civil Action No. 4:18-cv-3985 |

## MOTION TO WITHDRAW COUNSEL CATHERINE MEZA

Pursuant to Local Rule 83.2, Counsel for Plaintiffs move this Court to withdraw Catherine Meza as counsel of record for Plaintiffs Damon Johnson, Treasure Smith, and The Panther Party ("Plaintiffs"). Ms. Meza is no longer employed at the NAACP Legal Defense and Educational Fund, Inc. Plaintiffs' counsel have notified Plaintiffs of these developments, and Plaintiffs do not oppose the withdrawal. The Parties should serve all future correspondence and pleadings on the remaining counsel of record for the Plaintiffs.

1

Respectfully submitted on November 16, 2021,

| | |
|---|---|
| */s/ Leah C. Aden* | Adam T. Schramek (SDTX 31913) |
| Leah C. Aden* | State Bar No. 24033045 |
| John S. Cusick* | Attorney-in-Charge |
| Steven C. Lance* | **NORTON ROSE FULBRIGHT US LLP** |
| **NAACP LEGAL DEFENSE AND** | 98 San Jacinto Boulevard, Suite 1100 |
|   **EDUCATIONAL FUND, INC.** | Austin, Texas 78701-4255 |
| 40 Rector Street, 5th Floor | Telephone: (512) 474-5201 |
| New York, New York 10006 | Facsimile: (512) 536-4598 |
| Phone: (212) 965-2200 | adam.schramek@nortonrosefulbright.com |
| Fax: (212) 226-7592 | |
| laden@naacpldf.org | Julie Goodrich Harrison (SDTX 3017799) |
| jcusick@naacpldf.org | State Bar No. 24092434 |
| slance@naacpldf.org | 1301 McKinney Street, Suite 5100 Houston, |
| *Pro Hac Vice* | Texas 77010 Telephone: (713) 651-5151 |
| | Fax: (713) 651-5246 |
| | julie.harrison@nortonrosefulbright.com |

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

              */s/ Leah C. Aden*
              Leah C. Aden