# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY,<br><br>*Plaintiffs,*<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants.* | Civil Action No. 4:18-cv-3985 |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL TYLER AMES

This Court has considered, without hearing, Tyler Ames's motion to withdraw as counsel of record for Plaintiffs. Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Mr. Ames from CM/ECF on this matter.

SIGNED on this _____ day of _____, 2021.

_____
**Honorable Charles R. Eskridge III**
**United States District Court Judge**