# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY,<br><br>*Plaintiffs,*<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants.* | Civil Action No. 4:18-cv-3985 |

## MOTION TO WITHDRAW COUNSEL NICOLE LYNN

Pursuant to Local Rule 83.2, Counsel for Plaintiffs move this Court to withdraw Nicole Lynn as counsel of record for Plaintiffs Damon Johnson, Treasure Smith, and The Panther Party ("Plaintiffs"). Ms. Lynn is no longer employed at Norton Rose Fulbright US LLP. Plaintiffs' counsel have notified Plaintiffs of these developments, and Plaintiffs do not oppose the withdrawal. The Parties should serve all future correspondence and pleadings on the remaining counsel of record for the Plaintiffs.

1

Respectfully submitted on November 16, 2021,

Leah C. Aden*
John S. Cusick*
Steven C. Lance*
**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
40 Rector Street, 5th Floor
New York, New York 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
laden@naacpldf.org
jcusick@naacpldf.org
slance@naacpldf.org
*Pro Hac Vice*

*/s/ Julie Harrison*
Adam T. Schramek (SDTX 31913)
State Bar No. 24033045
Attorney-in-Charge
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
adam.schramek@nortonrosefulbright.com

Julie Goodrich Harrison (SDTX 3017799)
State Bar No. 24092434
1301 McKinney Street, Suite 5100 Houston, Texas 77010 Telephone: (713) 651-5151
Fax: (713) 651-5246
julie.harrison@nortonrosefulbright.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

<i>/s/ Julie Harrison</i><br>
Julie Harrison