**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 4:18-cv-3985 |
| WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator, | |
| *Defendants.* | |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW COUNSEL KRISTEN A. JOHNSON

This Court has considered, without hearing, Kristen A. Johnson's motion to withdraw as counsel of record for Plaintiffs. Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Johnson from CM/ECF on this matter.

SIGNED on this_____ day of_____, 2022.

_____
**Honorable Charles R. Eskridge III
United States District Court Judge**