IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY,<br><br>*Plaintiffs,*<br><br>v.<br><br>WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,<br><br>*Defendants.* | Civil Action No. 4:18-cv-3985 |

## ORDER GRANTING MOTION TO WITHDRAW
## COUNSEL KRISTEN A. JOHNSON

This Court has considered, without hearing, Kristen A. Johnson's motion to withdraw as counsel of record for Plaintiffs. Plaintiffs continue to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Ms. Johnson from CM/ECF on this matter.

SIGNED on this  25th   day of        March         , 2022.


_____
**Honorable Charles R. Eskridge III**
**United States District Court Judge**