UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON JOHNSON, *et al*, Plaintiffs, | § § § § § | CIVIL ACTION NO. 4:18-cv-03985 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WALLER COUNTY, *et al*, Defendants. | § § § § | |

## ORDER

The Court issued its Findings of Fact and Conclusions of Law on March 24, 2022. Dkt 193.

Defendants must submit a proposed form of judgment by April 14, 2022. They must there also indicate whether it should serve as a final judgment in this case.

SO ORDERED.

Signed on March 29, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge