IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DAMON JOHNSON, TREASURE SMITH, and THE PANTHER PARTY,** §§§§§ | |
| *Plaintiffs*, § | |
| v. § | |
| § | Civil Action No. 4:18-cv-3985 |
| **WALLER COUNTY, TEXAS; THE WALLER COUNTY COMMISSIONERS COURT; JUDGE CARBETT "TREY" J. DUHON III, in his official capacity as the Waller County Judge; and CHRISTY A. EASON, in her official capacity as the Waller County Elections Administrator,** §§§§§§§§ | |
| *Defendants*. | |

## FINAL JUDGMENT

Before the court is the above-referenced cause of action. By Findings of Fact and Conclusions of Law rendered March 24, 2022, the court concluded that Plaintiffs Damon Johnson, Treasure Smith and The Panther Party did not establish that the early voting schedule adopted and implemented by Waller Counter during the 2018 general election violated the Voting Rights Act or was otherwise unconstitutional. As a matter of law, and for the reasons specified in the Court's Findings of Fact and Conclusions of Law, Plaintiffs failed to prove their claims of (i) a racially discriminatory effect in violation of Section 2 of the Voting Rights Act; (ii) intentional race discrimination in violation of the Fourteenth and Fifteenth Amendments, as implemented by Section 2 of the Voting Rights Act and 42 USC § 1983; (iii) intentional discrimination on the basis of age in violation of the Twenty-Sixth Amendment, as implemented by 42 USC § 1983; and (iv) intentional discrimination against them as a specific class of Black voters in Waller County aged

eighteen to twenty. Defendants are instead entitled to final judgment on each of these claims.

**IT IS THEREFORE ORDERED** that Plaintiffs Damon Johnson, Treasure Smith and The Panther Party take nothing against Defendants Waller County, Texas; The Waller County Commissioners Court; Judge Carbett "Trey" J. Duhon III, in his official capacity as the Waller County Judge; and Christy A. Eason, in her official capacity as the Waller County Elections Administrator.

**IT IS FURTHER ORDERED** that Defendants are awarded costs.

**IT IS FINALLY ORDERED** that this case is hereby **CLOSED**.

SIGNED this _____ day of _____, 2022

_____
CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE