United States District Court
Southern District of Texas
**ENTERED**
April 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAMON JOHNSON, *et al*, | § § § § § | CIVIL ACTION NO. 4:18-cv-03985 |
| Plaintiffs, | | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WALLER COUNTY, *et al*, Defendants. | § § § | |

**FINAL JUDGMENT**

Findings of Fact and Conclusions of Law were entered in this matter on March 24, 2022. Dkt 193. It was determined there that Plaintiffs Damon Johnson, Treasure Smith, and The Panther Party didn't establish that the early voting schedule adopted and implemented by Waller County during the 2018 general election violated the Voting Rights Act or was otherwise unconstitutional. As a matter of law, and for the reasons specified there, Plaintiffs failed to prove their claims of (i) racially discriminatory effect in violation of Section 2 of the Voting Rights act; (ii) intentional race discrimination in violation of the Fourteenth and Fifteenth Amendments, as implemented by Section 2 of the Voting Rights Act and 42 USC § 1983; (iii) intentional discrimination on the basis of age in violation of the Twenty-Sixth Amendment, as implemented by 42 USC § 1983; and (iv) intentional discrimination against them as a specific class of Black voters in Waller County aged eighteen to twenty. Defendants are instead entitled to final judgment on each of these claims.

It is therefore ORDERED that Plaintiffs Damon Johnson, Treasure Smith, and The Panther Party take

nothing against Defendants Waller County, Texas; The Waller County Commissioners Court; Judge Carbett "Trey" J. Duhon III, in his official capacity as the Waller County Judge; and Christy A. Eason, in her official capacity as the Waller County Elections Administrator.

It is further ORDERED that Defendants are awarded costs.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on April 14, 2022, at Houston, Texas.

*Charles R Eskridge III*
Hon. Charles Eskridge
United States District Judge